IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

CHARLES HALL,⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀Petitioner.⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀No.⠀4:21-cv-08001-BCW
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
UNITED STATE OF AMERICA,⠀)
⠀⠀⠀⠀⠀⠀Respondent.⠀⠀⠀⠀)

## **ENTRY OF APPEARANCE**

⠀⠀⠀⠀Keith O'Connor enters his appearance, pursuant to appointment by this Court, on behalf of petitioner Charles Hall.

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Respectfully submitted,

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀*/s/ Keith O'Connor*
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Keith O'Connor, Mo. Bar No. 63134
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀PO Box 22728
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Kansas City, MO⠀64113
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Phone: 816-225-7771
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀E-Mail: Keith@keithoc.com

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Attorney for Petitioner