# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,   )     Case No. 4:21-CV-08001-BCW
)
      Plaintiff,   )
)
         v.   )
)
CHARLES MICHAEL HALL,   )
)
      Defendant.   )
_____)

## NOTICE OF APPEARANCE

TO: CLERK OF COURT

Please enter the appearance of Angela S. Elleman, Indiana Federal

Community Defenders, Inc., as counsel for the Petitioner, pursuant to this Court's

Order of Appointment.

Dated:  April 7, 2021

                   Respectfully submitted,

                   */s/ Angela s. Elleman*
                   Angela S. Elleman
                   Indiana Federal Community Defenders, Inc.
                   111 Monument Circle, Ste. 3200
                   Indianapolis, IN  46204
                   (317) 383-3520
                   E-Mail: angie_elleman@fd.org

1

<u>CERTIFICATE OF SERVICE</u>

I certify that on April 7, 2021, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Angela s. Elleman*
Angela S. Elleman
