UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:21-CV-08001-BCW |
| | ) | |
| Plaintiff, | ) | NOTICE OF FILING |
| | ) | AGREEMENT REGARDING |
| V. | ) | TIMING OF §2255 MOTION |
| | ) | |
| CHARLES MICHAEL HALL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Undersigned counsel hereby provides notice to the Court regarding the

attached agreement and waiver.

Respectfully submitted,


 /s/ Angela S. Elleman
Angela S. Elleman
Chief, § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN   46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org

Dated:  January 14, 2022

<u>CERTIFICATE OF SERVICE</u>

I certify that on January 14, 2022 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 */s/ Angela S. Elleman*
Angela S. Elleman

2