| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:21-CV-08001-BCW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| CHARLES MICHAEL HALL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **DEFENDANT'S MOTION FOR PERMISSION TO CONTACT JURORS**

Defendant, Charles Michael Hall, by and through undersigned counsel, respectfully submits this motion for an order authorizing counsel to contact the individuals who served as jurors and alternate jurors at his trial.

The reasons for this request are more fully explained in the attached memorandum in support.

## **CONCLUSION**

WHEREFORE, Mr. Hall respectfully requests that the Court exercise its discretion to grant an order authorizing counsel to contact the individuals who served as jurors and alternate jurors at his trial. A memorandum of support follows, and a proposed order is submitted.

Respectfully submitted,


 /s/ Angela S. Elleman
Angela S. Elleman
Chief, § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN   46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org

Dated:  April 10, 2023

2