**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

**CHARLES MICHAEL HALL,**

**Petitioner,**

**v.**

**UNITED STATES OF AMERICA,**

**Respondent.**

**Case No. 21-08001-01-CV-S-BCW**

## MOTION FOR EXTENSION OF TIME

The United States of America, by and through its undersigned counsel, respectfully requests an extension of time up to and including Monday, May 1, 2023, in which to file its response to petitioner Charles Micheal Hall's *Motion for Order for Permission to Contact Jurors*. In support, counsel for the United States offers the following suggestions:

1.	The petitioner is currently working on a motion under 28 U.S.C. § 2255 to challenge the validity of his conviction and sentence to death in *United States v. Charles Michael Hall*, 10-03029-02-CR-BCW.

2.	On April 10, 2023, the petitioner filed this motion seeking an order from the Court allowing the defendant to interview the jurors in Hall's criminal case. The Government's response is due on April 24, 2023.

3.	The Government is unable to complete its response on April 24, 2023, because of other case work being handled by the undesigned Assistant United States Attorney for the past two weeks.

4.	The Government believes that an one week extension will be sufficient to complete the response.

5. No previous extensions have been requested by the United States.

6. The petitioner's attoneys have indicated they have no objection to the request for extension of time.

7. This request for an extension of time is not made to vex either the petitioner, or the Court, but simply to provide the Assistant United States Attorney with adequate time to prepare an appropriate response in this case.

WHEREFORE, the United States respectfully requests that an extension of time up to and including Monday, May 1, 2023, be granted in which to submit its response.

Respectfully submitted,

TERESA A. MOORE
United States Attorney

By      */s/ Randall D. Eggert*

RANDALL D. EGGERT, Mo. Bar 39404
Assistant United States Attorney

901 St. Louis, Suite 500
Springfield, Missouri 65806
Telephone:  (417) 831-4406

### CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ Randall D. Eggert*
RANDALL D. EGGERT
Assistant United States Attorney