**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

**CHARLES MICHAEL HALL,**

**Petitioner,**

**v.**                                                **Case No. 21-08001-01-CV-S-BCW**

**UNITED STATES OF AMERICA,**

**Respondent.**

## MOTION FOR EXTENSION OF TIME

The United States of America, by and through its undersigned counsel, respectfully requests an extension of time up to and including Friday, May 12, 2023, in which to file its response to petitioner Charles Micheal Hall's *Motion for Order for Permission to Contact Jurors*. In support, counsel for the United States offers the following suggestions:

1.      The petitioner is currently working on a motion under 28 U.S.C. § 2255 to challenge the validity of his conviction and sentence to death in *United States v. Charles Michael Hall*, 10-03029-02-CR-BCW.

2.      On April 10, 2023, the petitioner filed this motion seeking an order from the Court allowing the defendant to interview the jurors in Hall's criminal case. The Government's response was intially due on April 24, 2023.

3.      On April 24, the Government filed a motion seeking to extend the time for its response to be filed to May 1, 2023. The Court has not yet ruled on this request.

4.      On April 28, 203, the attorneys for Hall's co-defendant, Wesley Coonce, filed a similar request in his Section 2255 action. *See Coonce v. United States*, 20-08000-01-CV-S-BCW (D.E. 38). The Government's response in this case is due on May 12, 2023.

5.      The Government believes that an unified response would be appropriate, considering the related natures of the cases and also the similarity of the requests.  Allowing the Government to file the response in this case on May 12, 2023, the same day as Coonce's response, will ensure that the Government is able to address concerns raised in one response but not the other.  Finally, the Government needs more time to adequately address the claims raised in Hall's motion, because of the press of other business in this office the past three weeks, which has prevented the Government from being able to work on the response.

6.      This request for an extension of time is not made to vex either the petitioner, or the Court, but simply to provide the Assistant United States Attorney with adequate time to prepare an appropriate response in this case.

WHEREFORE, the United States respectfully requests that an extension of time up to and including Friday, May 12, 2023, be granted in which to submit its response.

Respectfully submitted,

TERESA A. MOORE
United States Attorney

By      */s/ Randall D. Eggert*

RANDALL D. EGGERT, Mo. Bar 39404
Assistant United States Attorney

901 St. Louis, Suite 500
Springfield, Missouri 65806
Telephone:  (417) 831-4406

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

/s/ *Randall D. Eggert*
RANDALL D. EGGERT
Assistant United States Attorney

Case 4:21-cv-08001-BCW    Document 41    Filed 05/01/23    Page 3 of 3