# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:21-CV-08001-BCW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES MICHAEL HALL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DEFENDANT'S REQUEST FOR STATUS CONFERENCE AND NOTICE OF PARTIES' AGREEMENT TO A FINAL EXTENSION OF TIME TO FILE § 2255 MOTION

Defendant, Charles Michael Hall, by and though undersigned counsel, respectfully submits this request for a status conference and notice of parties' agreement to a final extension of the time to file Mr. Hall's motion to vacate, set aside, or correct his sentences pursuant to 28 U.S.C. § 2255. The government has agreed to waive the statute of limitations one final time. Pursuant to the Court's order of November 22, 2022, Mr. Hall's counsel seeks to notify the Court of the parties' agreement, by which the government takes an action it has the exclusive discretion and authority to take.

The reasons for this request are more fully explained in the attached memorandum in support.

1

## CONCLUSION

WHEREFORE, Mr. Hall respectfully requests that the Court either schedule a telephone conference to discuss extending the time to file Mr. Hall's motion to vacate, set aside, or correct his sentences pursuant to 28 U.S.C. § 2255, or enter an order authorizing the parties to file notice of the government's agreement to waive the statute of limitations. A memorandum of support follows.

Respectfully submitted,

 /s/ Angela S. Elleman
Angela S. Elleman
Chief, § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN   46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org

Dated:  May 09, 2023

2