# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:21-CV-08001-BCW |
| | ) | |
| Plaintiff, | ) | NOTICE OF FILING |
| | ) | AGREEMENT REGARDING |
| V. | ) | TIMING OF § 2255 MOTION |
| | ) | |
| CHARLES MICHAEL HALL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Undersigned counsel hereby provides notice to the Court regarding the attached agreement and waiver.

Respectfully submitted,


 /s/ Angela S. Elleman
Angela S. Elleman
Chief, § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN   46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org

Dated:  June 5, 2023

## CERTIFICATE OF SERVICE

I certify that on June 5, 2023 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 */s/ Angela s. Elleman*
Angela S. Elleman