UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA,       )       Case No. 4:21-CV-08001-BCW
                                )
        Plaintiff,              )
                                )
        V.                      )
                                )
CHARLES MICHAEL HALL,           )
                                )
        Defendant.              )
                                )

NOTICE OF APPEARANCE

TO: CLERK OF COURT

    Please enter the appearance of Florence Italia Patti, Indiana Federal Community

Defenders, Inc., as counsel for the Petitioner.

Dated:  August 17, 2023

                              Respectfully  submitted,

                               /s/ F. Italia Patti
                              F. Italia Patti
                              Indiana Federal Community Defenders, Inc.
                              111 Monument Circle, Ste. 3200
                              Indianapolis, IN  46204
                              (317)  383-3520
                              E-Mail: italia_patti@fd.org

1

<u>CERTIFICATE OF SERVICE</u>

I certify that on August 17, 2023, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ F. Italia Patti*
F. Italia Patti