| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:21-CV-08001-BCW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| CHARLES MICHAEL HALL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **UNOPPOSED MOTION TO FILE § 2255 MOTION UNDER SEAL**

Defendant, Charles Michael Hall, by and through undersigned counsel, respectfully submits this motion for an order allowing him to file his 28 U.S.C. § 2255 Motion and accompanying exhibits as sealed documents.

Undersigned counsel contacted AUSA Randy Eggert who indicated that the government does not oppose this motion. The reasons for this request are more fully explained in the attached memorandum in support.

## **CONCLUSION**

WHEREFORE, Mr. Hall respectfully requests that the Court enter an order authorizing him to file his 28 U.S.C. § 2255 Motion and accompanying exhibits as sealed documents. A memorandum of support follows, and a proposed order is submitted.

Respectfully submitted,


 /s/ Angela S. Elleman
Angela S. Elleman
Chief, § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN   46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org

Dated:  January 4, 2024