| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:21-CV-08001-BCW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| CHARLES MICHAEL HALL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## UNOPPOSED MOTION TO UNSEAL
## ALL DOCUMENTS FILED EX PARTE BY TRIAL COUNSEL

Defendant, Charles Michael Hall, by and through undersigned counsel, respectfully submits this motion for an order unsealing and making available on the docket all documents that trial counsel filed as *ex parte* documents and the *ex parte* orders thereon, as well as transcripts of *ex parte* hearings.

Undersigned counsel contacted AUSA Randy Eggert who indicated that the government does not oppose this motion. The reasons for this request are more fully explained in the attached memorandum in support.

## CONCLUSION

WHEREFORE, Mr. Hall respectfully requests that the Court enter an order unsealing and making available on the docket all documents that trial counsel filed as *ex parte* documents and the *ex parte* orders thereon as well as transcripts of *ex*

1

*parte* hearings. A memorandum of support follows, and a proposed order is submitted.

Respectfully submitted,


 */s/ Angela S. Elleman*
Angela S. Elleman
Chief, § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN   46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org

Dated:  January 4, 2024