UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:21-CV-08001-BCW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| CHARLES MICHAEL HALL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **MOTION TO WITHDRAW UNOPPOSED MOTION TO UNSEAL ALL DOCUMENTS FILED EX PARTE BY TRIAL COUNSEL**

Defendant, Charles Michael Hall, by and through undersigned counsel, respectfully submits this motion to withdraw from this docket the Motion to Unseal All Documents Filed *Ex Parte* by Trial Counsel (Docket No. 60). On February 1, 2024, counsel received an email from the Court with instructions to file this motion in Mr. Hall's underlying criminal case, Case No. 6:10-cr-03029, and move to withdraw the motion from the docket in this case. Pursuant to this email, counsel filed the motion in Case No. 6:10-cr-03029, and hereby moves for the Court to remove the motion (Docket No. 60) from this case's docket.

WHEREFORE, Mr. Hall respectfully requests to withdraw the motion.

Respectfully submitted,


 */s/ Angela S. Elleman*
Angela S. Elleman
Chief, § 2255 Unit
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN   46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org

Dated:  February 2, 2024

2