IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CHARLES MICHAEL HALL, | ) | Case No. 4:21-CV-08001-BCW |
| | ) | DEATH PENALTY CASE |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**List of Exhibits in Support of**
**Charles Michael Hall's Motion to Vacate, Set Aside, or**
**Correct Sentence Pursuant to 28 U.S.C. § 2255**

| | |
|---|---|
| Exhibit 1 | Report of Dr. Erin Bigler |
| Exhibit 2 | Declaration of Dr. Ruben Gur |
| Exhibit 3 | Report and Addendum of Dr. Avery Knapp |
| Exhibit 4 | Declaration of Dr. Howard Fradkin |
| Exhibit 5 | Report of Dr. Marlyne Israelian |
| Exhibit 6 | Report of Dr. Bushawn Agharkar |
| Exhibit 7 | Report of Dr. Hillary Steinhart |
| Exhibit 8 | Declaration of Maureen Baird |
| Exhibit 9 | Declaration of Joe Buckmaster |
| Exhibit 10 | Declaration of Russell Stetler |
| Exhibit 11 | MRI/PET results from Indiana University Health |
| Exhibit 12 | Transcript of Ex Parte Hearing 4/7/14 |
| Exhibit 13 | Declaration of Dr. John Wisner |
| Exhibit 14 | Declaration of Stuart Huffman |
| Exhibit 15 | Transcript of Under Oath Statement of Frederick Duchardt with Exhibits |
| Exhibit 16 | Declaration of Patricia Miles |
| Exhibit 17 | Declaration of Mark LeClaire |
| Exhibit 18 | Declaration of Richard Dougherty |
| Exhibit 19 | Declaration of Malcolm Sawyer |

Exhibit 20   Declaration of Fred M. "Bruce" Jackson

Exhibit 21   Declaration of Lisa Tomasi-Carr

Exhibit 22   Declaration of Peter Carr

Exhibit 23   Declaration of Theresa Koenke

Exhibit 24   Declaration of Bruce Sanderson

Exhibit 25   Declaration of Juno Lamb

Exhibit 26   Declaration of Jane Ginsburg

Exhibit 27   Declaration of Jessie Mashteare

Exhibit 28   Declaration of Zackary Durbin

Exhibit 29   Declaration of Elizabeth Miles

Exhibit 30   Declaration of Lucy Abair

Exhibit 31   Declaration of Chris Duval

Exhibit 32   Declaration of Derek Foxwell

Exhibit 33   Declaration of John Kimber

Exhibit 34   Declaration of Michelle Bories

Exhibit 35   Declaration of Susan Shumway

Exhibit 36   Declaration of David Ruff

Exhibit 37   Declaration of Mary Tilghman

Exhibit 38   Declaration of Lou Moretto

Exhibit 39   Declaration of Steven Parks

Exhibit 40    Declaration of Bonny-Sue Curtis

Exhibit 41    Declaration of John Mandarelli

Exhibit 42    Declaration of Richard Tayman

Exhibit 43    Declaration of Dr. Richard Staples

Exhibit 44    Shaker Mountain School Records

Exhibit 45    Newspaper articles identifying Shaker Mountain School students and staff

Exhibit 46    Mic Armstrong Billing Records (as the billing records are Court records a copy of Ex. 46 is being provided to the government but not filed on the docket)

Exhibit 47    Joe Buckmaster Billing Records (as the billing records are Court records a copy of Ex. 47 is being provided to the government but not filed on the docket)

Exhibit 48    Frederick Duchardt Billing Records (as the billing records are Court records a copy of Ex. 48 is being provided to the government but not filed on the  docket)

Exhibit 49    Michael Walker Billing Records (as the billing records are Court records a copy of Ex. 49 is being provided to the government but not filed on the docket)

Exhibit 50    Robert Lewis Billing Records (as the billing records are Court records a copy of Ex. 50 is being provided to the government but not filed on the docket)

Exhibit 51    Darryl Johnson Billing Records (as the billing records are Court records a copy of Ex. 51 is being provided to the government but not filed on the docket)

| | |
|---|---|
| Exhibit 52 | Lynn Johnson Billing Records (as the billing records are Court records a copy of Ex. 52 is being provided to the government but not filed on the docket) |
| Exhibit 53 | Declaration of Dale James |
| Exhibit 54 | Declaration of Gregory Collier |
| Exhibit 55 | Declaration of Nancy Jensen |
| Exhibit 56 | Jury Note |
| Exhibit 57 | Special Verdict Form |
| Exhibit 58 | Juror questionnaires (personal identifying information redacted) |
| Exhibit 59 | Judge's List of Jurors |
| Exhibit 60 | Saco Public Schools Records |
| Exhibit 61 | Psycho-Educational Evaluation by Lawrence Spencer August 1984 |
| Exhibit 62 | Sweetser Family Preservation Services Program Closing Summary |
| Exhibit 63 | Psychological Evaluation |
| Exhibit 64 | Thornton Academy Records |
| Exhibit 65 | Homestead Project Records |
| Exhibit 66 | No Exhibit 66 |
| Exhibit 67 | Charles Hall BOP records (filed under seal) |
| Exhibit 68 | Charles Hall BOP records of prednisone prescription (filed under seal) |
| Exhibit 69 | Emails about Bezy referral |
| Exhibit 70 | Email about Bezy withdrawing from case |

| | |
|---|---|
| Exhibit 71 | Emails about severance |
| Exhibit 72 | No Exhibit 72 |
| Exhibit 73 | No Exhibit 73 |
| Exhibit 74 | No Exhibit 74 |
| Exhibit 75 | Emails about attorneys' presence in court |
| Exhibit 76 | Memo to court re use of attorney resources |
| Exhibit 77 | BOP After Action Report |
| Exhibit 78 | BOP Employees Disciplinary Matters Summary (names redacted) |
| Exhibit 79 | Report of Interview (FBI 302) with Ruth Matteson (redacted) |
| Exhibit 80 | Declaration of Dr. Patrick Gariety |
| Exhibit 81 | 2018 Declaration of Kevin McNally |
| Exhibit 82 | Order vacating death sentence in US v. Darryl Lamont Johnson, 02-cv-6998 |
| Exhibit 83 | Declaration of Joni AvRutick |
| Exhibit 84 | Declaration of Renee Dubois |
| Exhibit 85 | Declaration of Doris Herbst |
| Exhibit 86 | Declaration of Kevin McKegney |
| Exhibit 87 | Declaration of Torley Meister |
| Exhibit 88 | Declaration of Mary Nasse |
| Exhibit 89 | Declaration of Edith Smith |
| Exhibit 90 | Declaration of Cynthia Swahlen |

Exhibit 91    Charles M. Hall Social History

Exhibit 92    Documentation of 1997 Suicide Attempt

Exhibit 93    Handwritten Note from Teenage Chuck

Exhibit 94    Maine Dartmouth Family Clinic Medical Records

Exhibit 95    Email from Dr. Weiner About David Bruesch Cop-out

Exhibit 96    In re Hall filings

Exhibit 97    Report of Interview (FBI 302) with Johnny Bass (redacted)

Exhibit 98    Hall Progress note

Exhibit 99    Letter to Vermont Department of Education about SMS

Exhibit 100   Adoption Records