# Declaration of Ruben Gur, PhD

I, Ruben Gur, declare the following:

1.  I am a neuropsychologist by training and education. I earned a PhD in Clinical Psychology from Michigan State University in 1973. I did Postdoctoral training with E.R. Hilgard at Stanford University and then came to the University of Pennsylvania in 1974 as a professor. I have conducted research in the study of the brain and behavior in healthy people and patients with brain disorders, with a special emphasis on exploiting neuroimaging in the context of neurodevelopment and acquired brain injury. My work has been supported by grants from the NIMH, NIH, NIA, DOD and NASA, as well as many private foundations and industry.

2.  I was contacted by Fred Duchardt in 2012 on behalf of his capitally charged client, Charles Hall. I worked with Fred on other previous cases. When I am consulted or retained by counsel in criminal legal cases, most communication gets channeled through my assistant. In 2012 my assistant was Ray Hill, though he died unexpectedly in 2013. Thereafter my assistant was Sherry Wang until 2020.

3.  Attached is an email dated August 24, 2012, from my then assistant, Ray Hill, to Fred. This email is very consistent with a common first exchange for a criminal case that I might become involved in. The email notes that neuropsychological testing should be done first, prior to generating a behavioral image and determining if neuroimaging is warranted. The email then instructs that the next step would be to arrange getting the patient scanned at the University of Pennsylvania, warning Fred that this would take a minimum of a month to coordinate. The email further explains that after neuroimaging was accomplished, at least six more weeks would be needed to conduct quantitative analyses and generate a final comprehensive

IFCD 00028510

report. Finally, the email provides rough estimates for costs of the actual scanning, as they were projected at the time.

4. Even if the actual imaging occurred at a facility other than the University of Pennsylvania, this estimate would remain that at least six weeks would be needed to conduct the analyses of the data and images and to generate a final comprehensive report.

5. I received summary data of neuropsychological results, but I never did receive the raw testing data that was requested in August 2012.

6. Another email in March of 2014 from my assistant Sherry Wang is also attached to this statement. This March 2014 email communicated our conclusion based on the summary data of neuropsychological results that the Behavioral Image would show deficits. All we needed to complete the Behavioral Image was the actual raw data from the neuropsychological testing, which was never received.

7. The Dr. Paul Moberg referenced in the March 2014 email is a neuropsychologist I worked closely with at the University of Pennsylvania. He is now retired and no longer working, but the email demonstrates to me that he, as part of our team at Penn, looked at the summary sheet of Mr. Hall's neuropsychological testing results and determined that the Behavioral Image would show deficits. This means that I also expected that neuroimaging would show some abnormalities in Mr. Hall's brain structure. This email includes estimation of costs for analysis of the imaging he sought and report writing.

8. I do not recall what happened after the March 2014 emails in this case, but I never completed a report in the case.

9. It was not until 2023 that I was contacted by Mr. Hall's post-conviction counsel. I have seen that a PET/MRI scan of Mr. Hall's brain was completed in 2023. I have not conducted a full analysis of this report, but these imaging results demonstrate multiple abnormalities with Mr. Hall's brain, the origin of which are likely a combination of neurodevelopmental and acquired.

IFCD 00028511

10. The results from the 2023 brain imaging conducted at the University of Indiana are results that could have been known in 2014 if imaging had been conducted at that time. The results demonstrated abnormalities in Mr. Hall's brain that I would have had the tools and software to observe and analyze in 2014, which I communicated to Mr. Duchardt. I could have testified in support of mitigating circumstances. My testimony would have helped the jury to consider what level of culpability should be assigned to Mr. Hall for his actions, and the appropriate punishment for his actions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct.

_Ruben Gur_

_____

Ruben Gur, PhD

Executed this day ____February 13____, 2024 in Philadelphia, PA.

IFCD 00028512

| Subject: | Re: need for consultation |
|---|---|
| From: | Ray Hill (hillrp@mail.med.upenn.edu) |
| To: | fduchardt@yahoo.com; |
| Date: | Friday, August 24, 2012 7:07 PM |

Hi Fred,

Great speaking with you today.  To recap, we spoke about having Ruben perform a review of neuropsych testing (to be conducted), perform quantitative analyses on MRI and PET, and generate a report of findings. Below is an overview of the process and cost for these services as requested.

Process:
1. After we receive the neuropsychological testing, our postdoctoral fellow generates a behavioral image from the raw data.  This is essentially a topographical rendering of functional performance mapped onto the brain.  This allows Dr. Gur to identify areas of potential damage.  After the behavioral image is generated, Dr. Gur would confer with you to discuss results and recommendations for imaging if damage is suspected.  Turn around time from receipt of raw testing data to phone conference of results is between 3-5 weeks.

2. You would then contact me to coordinate getting the patient scanned at Penn.  There is a rather burdensome process for scanning an incarcerated patient.  Coordination and transportation arrangements take a minimum of a month to coordinate.

3. After imaging is acquired, Drs. Andrew Newberg and Christos Davatzikos conduct quantitative analyses on the PET and MRI scans, respectively.  Turn around time for their work is roughly 3 weeks.

4. Once their analyses are received, the results are interpreted and integrated by Dr. Gur.  Dr. Gur then writes a final comprehensive report.  Turn around time for Dr. Gur's analysis and report is 3 weeks.

Costs:
1. I cannot provide exact costs for the MRI and PET scans, as we do not bill for these.  Payment in full at the self-pay rate is due in advance of the scan.  The most recent estimates I saw were as follows:
- MRI of the brain without contrast $542.27 (hospital fee $448.11 + professional fee $94.16)
- FDG PET scan of the brain $1617.53 (hospital fee $1522.69 + professional fee $94.84)

2. Penn Police assess a security fee of roughly $1000 for outfitting a special detail at the hospital.

3. I have attached both a fee schedule and an estimate for costs of Dr. Gur's analysis.

Please let me know if you have any questions or need anything further.

Have a great weekend,
Ray


On Aug 16, 2012, at 3:48 PM, Frederick Duchardt wrote:

IFCD 00028513

Ex. 2 Page 4 of 2    Case 4:21-cv-08001-BCW    Document 70-3    Filed 04/29/24    Page 4 of 7

Good afternoon Ruben, I hope you are doing well

I have just been appointed to a capital case for a client who has neurological issues.  Therefore, I am needing to talk to you, if you have time.  Let me know when would be a good time to reach you, and what would be a good number to call.  Thanks.

Fred Duchardt

IFCD 00028514

From: Sherry Wang <shwang2@mail.med.upenn.edu>
Subject: **Re: US v. Hall, consultation issues**
Date: Tue, 11 Mar 2014 12:15:32 -0400
To: Frederick Duchardt <fduchardt@yahoo.com>
Message-Id: <2223EE17-21D5-494B-8BDA-28ABF121957C@upenn.edu>
X-Email-Status: read
X-Source-Folder: Hall Case
X-Email-Hash-MD5: 8ec6d078fd5e764c95cb5c85c8eae81c
Attachments: Hall_Estimate_MobergNeuropsych.pdf

Hi Fred,

Dr. Paul Moberg has determined that a BI would show deficits according to the summary of scores you sent. Attached is an estimate for the BI, MRI, and PET. You will see that the 'Integration of findings' and 'Comprehensive Report Writing" are duplicated - I am in the process of automating the generation of estimates, but it is not complete, so for now, they are duplicated for each section in case all three (BI, MRI, and PET) cannot be done for some reason.

Also, just in case separate contracts are needed in order to pay Drs. Davatzikos and Newberg for the MRI and PET, I am giving a breakdown of the estimates for their work. Work done by Drs. Davatzikos and Newberg need to be payable to them, and not to Dr. Ruben Gur (to be later disbursed to them).

Dr. Gur - $21,700
Dr. Davatzikos - $4000
Dr. Newberg - $1200

If you have any further questions, please do not hesitate to contact me. Thank you!

Best,
Sherry

Hall_Estimate_MobergNeuropsych.pdf

**SMTP Header**

X-Email-UID: 1370869627.73699
X-IMAP-Flags: \Seen
X-Date-Stored: 11-Mar-2014 16:49:07 +0000
X-Apparently-To: fduchardt@yahoo.com via 72.30.239.237; Tue, 11 Mar 2014 16:49:03 +0000
Return-Path: <shwang2@mail.med.upenn.edu>
Received-SPF: none (domain of mail.med.upenn.edu does not designate permitted sender hosts)

X-YMailISG: CCsCpfgWLDtTK6_4W2B_9AfsY8YaA_5PA40fJM4VyCCh1Cy8
IO6fqS9xOlmfyB0qD8ma.oTjucN2AZb8MfLclJ__b_YELf9iah6Ae4fHGj6I
0FBO5rEvWJ4_bhx.Y4kbPVJMe5GDwjF.NqkRQq6U6DR6GYJJHFWUcJ.x5nsW
5_iy0GvUHRcrgKuk9z7jYowuz_vO2ZpngFjl9c6OX581X.Mc8xgJJFDi30aj
IpsW3OnnXgm6yJYDKiRQKB_ylmbp9fPsiNRnHu3ODl96yY_.cF4dGVgzyPhK
g_905CGpDqSMb4EMRV_mLzbkhNPPuA2GWN_mbJXQVODTyScqfwIlqvcOTDEx
9K0VpVJvLaM2fV0uJn87xtxvwCFVpeRgTvKlOuorcpnttKGXgtmhNrOOfpHm
phaj4leEpJK2M_FJj47V2yrdeH14Ia4UYUMi40lqiCYjxBlNubB5NmbUwhbw
kzPdiB3187_UHODTm2hnLUdx0FHi8aeiw9XdRJ6byZUkWYoKQgVHredD7ONo
o42I5aQVLGw3DZ.craFFmd4GzLlLsBQFtOlzBGBbql9svbUCZpPjYshooiGP
b4yO6WZSnRG00OleWYiupqng1LCJSIIybDPnqHR8RH4faS6oFMb79jN1h9kY
gTPT33t0nKfvttRjeYjdZaksc9K__86SFjB2KPzCqnoGh.zL7_uJaARTFe2K
6wcnTtNJsap8cCg8lnvVbYN6TS3eAV6XeEnMSYoTwkENUiQ.3m5pKvc5CU_8
XtT_UkhWcibhbdmFIMcAWQlBIK3t31P_VTBZWaKdCdOxz8t5vDd21N0naiDY
VaPDBhEr6gBzDu4vyWq6R42I49vh3h1wgqeiRphJnAPtkgjsnHUW01RAzrkD
ZDB48uGU8kX7fYiatlV9p.c0JOCEBo6EoPjF0VgXZMeT3_ID_GaK3dHswSBg
OhbQ1vf4B0NFSeNEffuO_aW_M4_IQ07yoqijO3y2n.HywgRjCL.PAXyjuRqg
sQ4rn5YFdbCx9JJfXsFMAwJiYyoVzp9livNKS8hfd58.PmQBy2DGuVGwuaNU
jl_.tqsidog4HWFL9B1e7GbsIrbIv.hlq4z1Zzep3.hxIA0pVsQXcyCmsONf
2TklUMl7paiBwMsBSr9dyfXWL0O7K1Ph06cd36NTGNllWXeiL8rdQZSszLF7
5dHdDCQtauRTqRbpLXKjkcLoxTNXKueJtGWBnkU8sx9maNi7VcKvczt9ULUm
GGubUUbf1k_mUR3fxKhv3Q2XbXUpeB96VtXJVOC5spYIjAnGMBd7TA2g.E4K
o9rKZSQ.GP9AwSStMg6QyKQ.Tkz9FTP6ANR0Ay97GlvcefZnHf5gp9CFATQd
.ScVkAJrUix253Pt34Mrwg4qTiGiuBujZ06KrkaPq0aJXUv21988sv4zMq0Z dCJiLBVmad0SP6Z59B5sTR7yz9hKqU0-

X-Originating-IP: [128.91.251.124]
Authentication-Results: mta1385.mail.ne1.yahoo.com from=mail.med.upenn.edu; domainkeys=neutral (no sig); from=mail.med.upenn.edu; dkim=neutral (no sig)
Received: from 127.0.0.1 (EHLO smtp3.net.isc.upenn.edu) (128.91.251.124) by mta1385.mail.ne1.yahoo.com with SMTPS; Tue, 11 Mar 2014 16:22:23 +0000
Received: from proxy1.zimbra.upenn.edu (proxy1.zimbra.upenn.edu [128.91.251.132]) by smtp3.net.isc.upenn.edu (Postfix) with ESMTP id A184319D90 for <fduchardt@yahoo.com>; Tue, 11 Mar 2014 12:22:20 -0400 (EDT)
Received: from sparky.uphs.upenn.edu (node3.uphs.upenn.edu [165.123.243.167]) by smtp.mail.med.upenn.edu (Postfix) with ESMTPSA id 8B4BBA1A78 for <fduchardt@yahoo.com>; Tue, 11 Mar 2014 12:22:20 -0400 (EDT)
From: Sherry Wang <shwang2@mail.med.upenn.edu>

IFCD 00028515

Mime-Version: 1.0 (Apple Message framework v1283)
Content-Type: multipart/alternative; boundary="Apple-Mail=_996A68BC-3792-45AC-B98A-5A2C20155098"
Subject: **Re: US v. Hall, consultation issues**
Date: Tue, 11 Mar 2014 12:15:32 -0400
In-Reply-To: <4756EFBD-FA6E-40EB-9049-277838EFB672@upenn.edu>
To: Frederick Duchardt <fduchardt@yahoo.com>
References: <1393892198.50476.YahooMailNeo@web140603.mail.bf1.yahoo.com> <4756EFBD-FA6E-40EB-9049-277838EFB672@upenn.edu>
Message-Id: <2223EE17-21D5-494B-8BDA-28ABF121957C@upenn.edu>
X-Mailer: Apple Mail (2.1283)
Content-Length: 90584

IFCD 00028516