

| Patient Name: | HALL, CHARLES M | Exam Date: | 09/26/2023 12:24:15 PM |
|---|---|---|---|
| Patient ID: | 75430323 | Exam Description: | PET/MRI BRAIN WO/W IV CONTRAST |
| Date of Birth: | 04/06/1971 | Accession: | PT230007079 |
| Gender: | M | | |

## ADDENDUM:

I have reviewed the ANDI TBI report (Advanced Neurodiagnostic Imaging by imeka). This report, which is available separately, demonstrates diffusion tensor imaging fractional anisotropy to be greater than 95th percentile in the left cingulum. This is the one out of thirty-one bundles, out of the normative range in terms of microstructural measurement. There are four bundles out of the normative range in terms of volume (the uncinate fasciculus, left, normative percentile of 0.4, the superior longitudinal fasciculus, two right, normative percentile of 4.5, the arcuate fasciculus, right, normative percentile of 4.7%, the optic radiation, left, normative percentile of 96.2%). Additionally, the fornix demonstrates an asymmetry ratio of -12/3% (3.1 percentile).

These abnormalities indicate neuroanatomic abnormalities, which may be congenital or may be acquired. The differential diagnosis is broad. The uncinate fasciculus functions as a white matter track that connects parts of the limbic system involved in regulation of emotion, memory, encoding and retrieval, and processing malleable information. The superior longitudinal fasciculus is involved in language, attention, memory and emotions. The arcuate fasciculus is involved in language processing. The left optic radiation is involved in transmitting visual inputs. The fornix is involved in episodic memory. Given these important functions in these brain regions and neuroanatomical abnormalities/volume loss, clinical correlation is recommended to correlate the abnormalities on the scan with the patient's behavior/neurocognitive disease processes. Corrected and edited report below:

## SECOND OPINION REPORT

## MRI OF THE BRAIN:

**CLINICAL INDICATION:** History of head injuries and cognitive defects.

**TECHNIQUE:** T1, T2, FLAIR, diffusion, and susceptibility weighted images were obtained. Images were obtained prior to and following the intravenous administration of contrast material, dose not stated. Diffusion tensor images were obtained. Quantitative evaluation of diffusion tensor images is deferred. Neuroanatomical quantitative analysis was performed with Icobrain/Icometric analysis.

*Note images were obtained on 09/26/2023 and interpreted by me on 12/19/2023.

*Note is made of initial report signed by Dr. Atul Agrawal.

**FINDINGS:**

SUPRATENTORIAL STRUCTURES:  There are a few scattered white matter predominantly subcortical hyperintensities on T2 and/or FLAIR weighted imaging which are nonspecific.  Given the patient's indication, the differential diagnosis includes trauma/traumatic brain injury, as well as other etiologies such as vasculitis and migraine headache which should be ruled out clinically.  There is no mass, mass effect, hemorrhage, or infarct.

228 Park Ave S #14773, New York, NY 10003
Office: 415-900-2000 - Fax: 815-301-6739

IFCD 00027932



POSTERIOR FOSSA: The brainstem is normal in signal intensity. The cerebellum appears within normal limits. The cerebellar folia and sulci are unremarkable. The internal auditory canals appear within normal limits. The seventh and eighth cranial nerves are normal and there is no evidence for cerebellopontine angle mass.

VENTRICULAR SYSTEM: The ventricles are normal in size and shape. There is no evidence for hydrocephalus and there is no evidence for transependymal flow of CSF.

SKULL BASE AND OSSEOUS STRUCTURES: The orbits, paranasal sinuses and temporal bones are within normal limits. The sella structures appear within normal limits. There is no evidence for abnormal mass or fluid collection associated with these structures.

VASCULAR STRUCTURES: There is normal signal void within the major vessels of the circle of Willis. The superior sagittal sinus appears unremarkable on this examination.

SWI: The susceptibility weighted images demonstrate no areas of signal dropout to suggest residual blood products.

No abnormal enhancement is seen.

Neuroanatomical quantitative analysis demonstrates whole brain with normative percentile of 30, lateral ventricle normative percentile of 56. The lateral ventricle/whole brain percentile is 2% volume, abnormal. Hippocampi volume measures 9.1 with normative percentile of 33. Normative percentile of the frontal cortex asymmetry is 51, parietal cortex asymmetry is 52.9, temporal cortex asymmetry is 43.9, occipital cortex asymmetry is 21.0.

Note is made of a 6 x 4 x 4 pineal cyst with associated crowding of the pineal gland. This can be associated with symptomology including mental illness/psychosis, and clinical correlation is recommended.

There is asymmetrically greater volume loss in the parietal lobe with normative percentile of 1.1 suspicious for atrophy.

**PET/CT**

**TECHNIQUE:** 9 mCi 18F-FDG was administered intravenously. After at least 45 minutes, tidal breathing PET was performed. Nonattenuated as well as attenuated corrected images were obtained. Axial color map images were obtained infused with axial FLAIR weighted images.

*Note is made of initial report signed by Dr. Mark Tann.

**FINDINGS:**

There is temporoparietal volume loss, with reduction of metabolic activity in these regions, right greater than left.

**IMPRESSION:**

228 Park Ave S #14773, New York, NY 10003
Office: 415-900-2000 - Fax: 815-301-6739

IFCD 00027933



1. There are a few scattered white matter predominately subcortical hyperintensities on T2 and FLAIR weighted imaging which are nonspecific. Given the patient's indication, the differential diagnosis includes trauma/traumatic brain injury, as well as other etiologies such as vasculitis and migraine headache which should be ruled out clinically. *See **Figure 1** Axial FLAIR image #119. Arrow shows left frontal punctate subcortical white matter hyperintensity. *See **Figure 2** Axial FLAIR image #91. Arrow shows punctate left frontal subcortical white matter hyperintensity. See **Figure 3** Axial FLAIR image #90. Arrow shows punctate left frontal subcortical white matter hyperintensity. *See **Figure 4** Axial FLAIR image #79. Arrow shows right subcortical punctate white matter hyperintensity.

2. Note is made of a 6 x 4 x 4 pineal cyst with associated crowding of the pineal gland. This can be associated with symptomology including mental illness/psychosis, and clinical correlation is recommended. *See **Figure 5** Sagittal T1 image #87 and **Figure 6** Sagittal T2 image #88.

3. Neuroanatomical quantitative report: There is asymmetrically greater volume loss in the parietal lobe with normative percentile of 1.1 suspicious for atrophy.

4. PET-CT results: There is temporoparietal volume loss, with reduction of metabolic activity in these regions, right greater than left.

5. Given the constellation of findings, clinical correlation is recommended to confirm whether these findings are associated with the patient's condition.

6. These findings are within a reasonable degree of medically probability.

228 Park Ave S #14773, New York, NY 10003
Office: 415-900-2000 - Fax: 815-301-6739

IFCD 00027934



| | | | |
|---|---|---|---|
| Patient Name: | HALL, CHARLES M | Exam Date: | 09/26/2023 12:24:15 PM |
| Patient ID: | 75430323 | Exam Description: | PET/MRI BRAIN WO/W IV CONTRAST |
| Date of Birth: | 04/06/1971 | Accession: | PT230007079 |
| Gender: | M | | |

**FIGURE 1:**



228 Park Ave S #14773, New York, NY 10003
Office: 415-900-2000 - Fax: 815-301-6739

IFCD 00027935



| Patient Name: | HALL, CHARLES M | Exam Date: | 09/26/2023 12:24:15 PM |
| Patient ID: | 75430323 | Exam Description: | PET/MRI BRAIN WO/W IV CONTRAST |
| Date of Birth: | 04/06/1971 | Accession: | PT230007079 |
| Gender: | M | | |

**FIGURE 2:**



228 Park Ave S #14773, New York, NY 10003
Office: 415-900-2000 - Fax: 815-301-6739

IFCD 00027936



| Patient Name: | HALL, CHARLES M | Exam Date: | 09/26/2023 12:24:15 PM |
|---|---|---|---|
| Patient ID: | 75430323 | Exam Description: | PET/MRI BRAIN WO/W IV CONTRAST |
| Date of Birth: | 04/06/1971 | Accession: | PT230007079 |
| Gender: | M | | |

**FIGURE 3:**



228 Park Ave S #14773, New York, NY 10003
Office: 415-900-2000 - Fax: 815-301-6739

IFCD 00027937



| Patient Name: | HALL, CHARLES M | Exam Date: | 09/26/2023 12:24:15 PM |
|---|---|---|---|
| Patient ID: | 75430323 | Exam Description: | PET/MRI BRAIN WO/W IV CONTRAST |
| Date of Birth: | 04/06/1971 | Accession: | PT230007079 |
| Gender: | M | | |

**FIGURE 4:**



228 Park Ave S #14773, New York, NY 10003
Office: 415-900-2000 - Fax: 815-301-6739

IFCD 00027938



| Patient Name: | HALL, CHARLES M | Exam Date: | 09/26/2023 12:24:15 PM |
|---|---|---|---|
| Patient ID: | 75430323 | Exam Description: | PET/MRI BRAIN WO/W IV CONTRAST |
| Date of Birth: | 04/06/1971 | Accession: | PT230007079 |
| Gender: | M | | |

**FIGURE 5:**



228 Park Ave S #14773, New York, NY 10003
Office: 415-900-2000 - Fax: 815-301-6739

IFCD 00027939



Thank you for the consultation.

Sincerely,

*Avery J. Knapp Dr.*

**Avery J. Knapp, Jr., M.D.**
President, ExpertRadiology
Board Certified, American Board Of Radiology
Board Certified, National Board of Physicians and Surgeons
Fellowship Trained, Neuroradiology
Certificate Of Proficiency In Musculoskeletal MRI, ACR

**Avery J. Knapp Jr., M.D.**, Medical Director, ExpertRadiology

Electronically Signed: Electronically Signed by KNAPP, AVERY JENNINGS MD DR. at 01/04/2024 04:21:58 PM
Transcribed/ C.Q.

To view the study images & diagnostic reports online, please scan this QR code:



228 Park Ave S #14773, New York, NY 10003
Office: 415-900-2000 - Fax: 815-301-6739

IFCD 00027940