MARLYNE K. ISRAELIAN, PH. D.

*1145 Sheridan Road, N.E., Atlanta, Georgia 30324*
*Tel. 404-325-8512 ext. 726   Fax. 404-325-8733*

## REPORT OF FORENSIC NEUROPSYCHOLOGICAL

## ASSESSMENT OF CHARLES HALL

_____

| | |
|---|---|
| NAME: | Charles Michael Hall |
| DATE OF BIRTH: | April 6, 1971 |
| AGE: | 51 years, 7 months (at time of evaluation) |
| RACE: | White |
| EDUCATION: | Graduate Equivalency Diploma |
| DATES OF EVALUATION: | 09/20/22, 09/21/22, 11/28/22, & 11/29/22 |
| PLACE OF EVALUATION: | Federal Medical Center- Butner, North Carolina |
| DATE OF REPORT: | 04/10/24 |

_____

Angela Elleman ESQ, Chief of the 2255 Unit at the Indiana Federal Community Defender's Office, and lead attorney for Charles Michael Hall retained my services as a developmental neuropsychologist to conduct a comprehensive evaluation of her client.

Mr. Hall was incarcerated in a mental health unit of the United States Medical Center for Federal Prisoners (USMCFP) in Springfield, Missouri, serving a 194-month sentence after pleading guilty to mailing threatening communications.[1]

Due to a history of suicide attempts, Mr. Hall was assigned to unit 10-B, a mental health unit. Also incarcerated on unit 10-B with Mr. Hall, Wesley Coonce and Victor Castro-

---

[1] 18 U.S.C. §876

IFCD 00028557

Rodriguez. Mr. Coonce was serving a life sentence for a violent rape and kidnapping. He suffered from mental illness and had a history of frequent serious disciplinary infractions in BOP custody. Mr. Castro-Rodriguez was civilly committed because he had been found incompetent to stand trial.

On January 26, 2010, Mr. Coonce and Mr. Hall killed Mr. Castro-Rodriguez in Mr. Castro-Rodriguez's cell. Mr. Hall was convicted and sentenced to death in June 2014. At the time of my evaluations he was housed at the Federal Medical Center in Butner, North Carolina.

**QUALIFICATIONS**

I am a clinical psychologist licensed through the Board of Psychology Examiners in the State of Georgia. I graduated with First Class Honors with a Bachelor of Science degree in Psychology from McGill University in Montreal, Canada, in 1992. I earned my master's degree and Doctor of Philosophy degree in Clinical Psychology in 1995 and 2000 respectively, from Emory University in Atlanta, Georgia. My master's thesis topic was "The Neonatal Hypothalamic-Pituitary-Adrenocorticoid Response to Repeated Stress in the First 24-hours of life." My doctoral research was funded by a National Research Service Award through the National Institute of Mental Health. My doctoral topic was "Patterns of Fetal Movement and Habituation as Predictors of Postnatal Anthropomorphic Measures and Neurobehavioral Outcome." In both cases my focus was on the relationship between pre- and perinatal factors and postnatal neurological outcomes and behavior.

As part of the requirements for my doctoral degree, I completed internship training at the University of Alabama in Birmingham, specializing in child development and developmental neuropsychology from August 27, 1998, through August 26, 1999. During that

IFCD 00028558

time, I worked in the Civitan International Research Center and Sparks Clinics: Child Development, Infant Toddler, Multiple Disabilities Clinics, and Head Start Program. There, I conducted cognitive, adaptive, and behavioral assessments of children, 8 months to 12 years, with developmental, genetic, behavioral, or other forms of neural compromise. I also participated in an Attention Deficit Hyperactivity Disorder Clinic and a Psychoeducational Disorders Clinic where I conducted assessments of children and adolescents presenting with ADHD and/or learning disability characteristics. The Civitan International Research Center and Sparks Clinic was a cutting edge facility serving the needs of Alabama residents from all walks of life.

Immediately following the completion of my doctoral degree at Emory University, I completed a two-year fellowship at the Regents Center for Learning Disorders at Georgia State University. During my fellowship I specialized further in the assessment of learning disabilities, attention deficit hyperactivity disorder, emotional disorders, genetic disorders and developmental and acquired cognitive deficits in children and adults. At the completion of my fellowship, I served as a project coordinator for a study examining reading disabilities in school-aged children.

Currently, I have a private practice in Atlanta, Georgia, where I diagnose and treat patients for a variety of psychological problems and mental illnesses. I also conduct neuropsychological evaluations for the purpose of informing academic instruction and psychological intervention. As an Adjunct Assistant Professor of Psychology, I participate in the training of doctoral students at Emory University.

I have conducted forensic psychological evaluations of adults in civil and criminal cases since 2002. In my capacity as a forensic psychologist, I conduct neuropsychological

IFCD 00028559

evaluations to inform the courts in matters pertaining to mitigation and sentencing. I have been retained as an expert in developmental neuropsychology in Georgia, Florida, Alabama, Kentucky, South Carolina, North Carolina, and Arizona. A copy of my resume is attached herein.

As a developmental neuropsychologist, I have devoted my career to the study of brain-behavior relationships throughout the lifespan, with particular focus on how the environment interacts with genetic predisposition to shape brain structure and function and in turn behavior. It is from this perspective that I approach both my work as a psychotherapist and as a neuropsychologist.

**<u>Statement Regarding Lack of Confidentiality</u>**

The nature and purpose of a forensic neuropsychological evaluation were explained to Mr. Hall at the beginning of this evaluation. He was informed that the usual relationship between psychologist and patient did not exist and that the information obtained was not private or confidential and the report would be shared with his attorney in preparation for his appeal. He was further informed that he had the right to refuse to participate in this evaluation. Mr. Hall acknowledged and appeared to understand those conditions and was a willing participant in the process. His understanding of these conditions were reviewed throughout this evaluation and care was taken to ensure that he continued to willingly participate during subsequent encounters.

**<u>Developmental History</u>**

In his youth, Mr. Hall went by the name of "Chuck." I will refer to him as such when discussing his developmental history. According to Maine adoption records, Chuck's

IFCD 00028560

biological mother was a self-described honor student in good health, who received prenatal care starting in her 5th month of pregnancy. Chuck was born "on time" following an uncomplicated labor and delivery. At birth, he had a strong cry, normal reflexes, and weighed 7 lbs., 8 oz. The foster mother who cared for him in his first 7 weeks of life described him as "a very good baby," who ate well and slept well. At his 6 week check-up he weighed 10 lbs. and was 22 inches long. He was in excellent health and also seemed to be a very good tempered, relaxed baby. He was lifting his head, smiling, and cooing and he loved to cuddle. There is no information about early neurocognitive development and school readiness because Chuck did not attend preschool or kindergarten.

**<u>Young Elementary School</u>**

The earliest warning signs of a potential developmental learning disability are present as early as his 1st grade report card. Evidence of difficulties with sustained attention exist as early as the first grade. Chuck "does a lot of daydreaming and can't keep his mind on finishing."[2] Early difficulties with letter formation and neatness are among the first indications that there might be a left- and right-parietal lobe weakness.

Difficulties in mathematics first emerge in the second grade with counting money.[3] By his third grade year, Chuck is beginning to actively avoid doing his work and distracting attention away from academics to conduct. He is described as a bright boy with a good attitude who "still daydreams, talks, and wanders around the room. He needs to settle down and get his mind on his work."[4].

---

[2] Saco Public Schools Grade 1, Report to Parents, 1977 -1978.
[3] Saco Public School, Grade 2, Report to Parents, 1978-1979.
[4] Saco Public School, Grade 3, Report to Parents, 1979-1980, p.1.

IFCD 00028561

Chuck's grades are poorest in math problem solving and computation, dictionary skills (i.e. strategy and organization), and creative writing (i.e. produces something original).[5] At the same time, he is beginning to exhibit the typical executive functioning weaknesses typically first seen in the 3rd grade, when there is an increased demand for self-directed behavior and responsibility. Records indicate that Chuck is having difficulty with self-discipline, sustained effort, and listening to and following directions. He is administered the Iowa Test of Basic Skills (ITBS), a test of academic achievement in October 1979.[6] His overall achievement across subjects is at the 3rd grade, 3rd month level. Total achievement in mathematics is at the 42nd percentile, with significantly poorer performance in math problem solving (20th percentile) over Math computation (51st percentile) and Math Concepts (60th percentile).

### C.K. Burns School

By the time Chuck is in the 4th grade at C.K. Burns School, his difficulties with task completion are interpreted as a lack of "motivation and maturity to complete many tasks."[7] His classroom grades are slipping in nearly all subjects. His overall academic achievement as assessed in September 1981 on the ITBS is at the 4th grade, 3rd month level. Despite poor grades in all of his classroom subjects, he is performing within the average range in all subjects except for his total achievement in math which has fallen from the 42nd to the 19th percentile, driven mostly by increasing difficulty in math problem solving, which has fallen from the 19th percentile in the previous year to the 5th percentile in the 4th grade.[8]

---

[5] Saco Public School, Grade 3, Report to Parents, 1979-1980, p.2.
[6] ITBS, Grade 3, October 1979.
[7] C.K. Burns School, 4th Grade Report to Parents, 1980-1981.
[8] ITBS, Grade 4, September 1980.

IFCD 00028562

Difficulties with work completion persist through the 5th grade. His teacher warns that "Chuck _must_ complete _all_ work."[9] The pattern of poor classroom grades across subjects continues into the 5th grade year with an ITBS composite score falling in the 4th grade, 8th month range but performance across multiple measures falling below average, including Spelling, Language Usage, Visual References, and Math Computation.[10]

## Saco Middle School

Chuck entered the 6th grade in the 1982-1983 school year at Saco Middle School. Despite performing within the average range on all subtests of the ITBS with the exception of Spelling and Language usage in March 1983, Chuck's classroom grades were very poor across all subject areas. He repeated the 6th grade without much improvement the second time around.

Chuck was referred to the Pupil Evaluation Team by Mr. Larry Littlefield, Principal at Saco Middle School, after failing the 6th grade a second time. Chuck's adoptive parents, Charles and Dorothy Hall requested that he be tested prior to the start of the following school year to help with academic planning for the fall of 1984. Earlier that summer Chuck had attended summer school camp at the Shaker Mountain School (SMS) in Burlington, Vermont, and his parents were considering enrolling him there for the upcoming school year.

Mrs. Hall had apparently been called into school on numerous occasions to discuss Chuck's school performance. He had earned a suspension from school on one occasion for fighting and had received counselling from a church priest without any significant changes in his behavior. The focus of that therapy is unclear.

---

[9] C.K. Burns School, 5th Grade Report to Parents, 1981-1982.
[10] ITBS, 5th Grade, October, 1981.

IFCD 00028563

Chuck was administered the Wechsler Intelligence Scale for Children-Revised Edition (WISC-R). He obtained a Full Scale IQ of 98, placing him in the 45th percentile of intellectual ability compared to same aged peers. His Verbal IQ of 98 and his Performance IQ of 101 similarly fell within the average range.

Within the verbal subscale, he demonstrated a relative strength in expressive vocabulary (Vocabulary Scaled Score = 11, 63rd percentile). His auditory working memory was an area of relative weakness (Digit Span = 6, 9th percentile).

On tests of nonverbal intelligence, Chuck scored within the superior range on the Picture Arrangement Subtest (Scaled Score =14, 91st percentile). On this subtest, Chuck was presented with a series of black and white pictures of increasingly longer and more complex sets, and asked to arrange them in an order that tells a meaningful story. His performance on the other two subtests of this scale ranged between a scaled score of 9 (37th percentile) and 11(63rd percentile).

On the Bender Gestalt, a test of visual-motor integration, Chuck was presented increasingly complex black and white line drawings, one at a time, and asked to copy them onto a single sheet of paper. Performance on this test is evaluated on the basis of the accuracy of the copy and also on the organization of the designs on the blank page. Chuck's copy of the figures was accurate but the designs were scattered on the page in a disorganized and arbitrary fashion indicative of a general "lack of planning and immature, unsystematic thinking."

Chuck's single word reading and spelling abilities fell within the 7th grade, 3rd month and 6th grade, 3rd month range respectively. In both his word decoding and his spelling, when unsure of the response, he tried to phonetically sound them out or phonetically spell them (e.g.

IFCD 00028564

advice – edvise). This type of grapheme-phoneme (symbol to sound translation when reading) and phoneme to grapheme (sound to symbol) translation is more typically seen in early stages of skill acquisition. It is based more on auditory processes than whole-word and visual recognition. Children who interact with the world and understands it primarily through language will not be drawn to learning how to spell or read words as whole visual units.

Chuck's instructional reading level fell between the 7th and 8th grade level. He made 5 recognition errors which were primarily visual rather than phonological in nature (i.e. word substitutions or omissions, or a minor change in word ending). His comprehension was 80% accurate and he was able to recall factual details and draw inferences based on what he read.

On tests of mathematics and arithmetic, Chuck was able to add and subtract whole numbers involving regrouping with no difficulty. Although he understood the mechanics of multiplication, he was lacking in math facts. He was unable to accurately solve any long division problems. He was able to add and subtract simple fractions with common denominators but was not able to do so with fractions with mixed denominators. Overall his performance on the Arithmetic subtest of the Wechsler Individual Achievement Test (WIAT) was at the 5th grade level, well below expectation and lower than either his Reading (7th grade, 3rd month) or Spelling, (6th grade, 3rd month) achievement.

Chuck's social emotional functioning, as assessed on the "draw a person" test was restricted by the absence of indicators of motion. The figure's arms were drawn, clinging to the body, signifying insecurity and an inability to reach out to others.

IFCD 00028565

Chuck was guarded when interviewed but revealed conflict with his sister, feelings of inadequacy when he lets his parents down, and a lack of confidence in both academic and social situations on the incomplete sentences test.

Further testing "to delineate the nature and extent of any emotional adjustment difficulties" was indicated. Mr. Spencer rightly recommended that Chuck temporarily be placed in the Resource Room for Math and receive individual and/or group counseling with the school social worker to build peer interaction skills and self-confidence, while they awaited the results of further testing. Mr. Lawrence also recommended weekly progress reports and monthly meetings between Chuck's parents, teachers, the school social worker and Resource Room teacher.

Instead of following through on these recommendations, Mr. and Mrs. Hall decided to send Chuck back to Burlington, Vermont, to attend the Shaker Mountain School for what should have been his 7th grade year. Chuck initially lived with his older sister Susan, her husband, and their four children, but due to a series of incidents which included him stealing a check from her checkbook, he found himself living at SMS as a full-time boarder with limited contact with his family.

**Shaker Mountain School**

Chuck had not wanted to return to SMS in the fall but it wasn't a choice he could make for himself. Beaten down by all the back and forth, failing the sixth grade twice was very embarrassing for him. Socially anxious and insecure Chuck was emotionally vulnerable when he arrived in Burlington.

IFCD 00028566

The Shaker Mountain School was established in 1968 by Jerry Mintz as an alternative school designed to allow children the autonomy to be self-directed in their education. Over a dozen declarations of former students, staff, and agency members who were a part of SMS during the general period of time as Chuck paint a truly grim picture of what life was like at SMS for barely pubescent boys like Chuck. Instead of getting the help he needed to succeed in school, Chuck, like many others before him, was sexually abused over the course of the 1984-1985 school year. Returning to Saco from SMS, more traumatized than when he left, Chuck resolved to never tell anyone what he had endured as a 13-year-old.

I first met Chuck in September 2022. I was scheduled to return in November to complete my evaluation. Just prior to my return, I learned about SMS and Jerry Mintz. Having worked with victims of sexual abuse in my private practice, I was aware of the importance of asking open ended questions, maintaining eye contact, proceeding slowly, and projecting an open and accepting attitude when interviewing him about the abuse.

Since this delicate information had only recently come to light, I decided that it would be best to follow the general framework of the Detailed Assessment of Posttraumatic Stress in my interview of Chuck rather than have him fill it out as a questionnaire. The DAPS is a comprehensive instrument that assesses posttraumatic stress disorder (PTSD) diagnostic criteria as well as peritraumatic responses and associated problems such as dissociation, suicidality, and substance abuse. I did not formally administer or score this instrument. I used it to guide my diagnostic interview.

Chuck answered my questions in an open and forthright manner. He was noticeably distressed and tearful as he recounted the sexual abuse. His recollection of the nature and extent

IFCD 00028567

of the sexual abuse was highly consistent with declarations I received and reviewed subsequent to my interview with Chuck.[11]

When Chuck attended SMS it was housed in an old gas station. Jerry slept in a loft within the gas station. The floor of the loft was reportedly covered with mattresses. Jerry routinely invited boys to "sleep over" in the loft. The boys would lay on the mattresses with Jerry under a blanket that was comprised of several sheets all sewn together. Not only were the mattresses and sheets dirty but Jerry was a dirty person with pungent body odor.

Chuck recalled Jerry insisting that the boys all sleep in their underwear, singling out one boy to sleep next to him every night. Chuck dreaded sleeping in the loft. An "invitation" to do so always felt like a command; he had no choice.

The times Jerry forced Chuck to sleep next to him, he would typically start by massaging Chuck's back, then slip his hand into Chuck's underwear, where he proceeded to massage his buttocks, eventually ending up fondling Chuck's penis.

Chuck's description of the mattresses in the loft and the dirty sheet that covered them and especially his account of how Jerry sexually assaulted him are consistent with the reports of several other men who were young boys in Jerry's care around the same time as Chuck. In their declarations, John Kimber and Richard Dougherty recall:

> Sleeping with Jerry meant sleeping in the same bed, in only your underwear - Jerry included. The bed was a bunch of mattresses on the floor, all pushed together, with one set of sheets…[Jerry] always slept in the middle…It felt like you were trapped.[12]

> All [the loft] had in it was a few mattresses on the floor, with disgusting, stinky

---

[11] A lengthy account of third party declarations from people who had been at SMS in and around the same time as Chuck can be found in Dr. Howard Fradkin's declaration.

[12] Declaration of John Kimber, p.3.

IFCD 00028568

sheets on them. Jerry insisted that we were only allowed to stay over if we slept in the loft with him.[13]

Declarations of others echo Chuck's account of what happened to him and others who spent the night in the loft:

> Jerry called me over to sleep next to him…Not long after I lay down, Jerry started to massaging my back and buttocks, and then there was his hand, coming around to the front to fondle my penis.[14]

Among the adults who worked at SMS, Jerry's sleepovers with the boys were not a secret. One that many of them "felt, deep, down, like something wasn't quite right about the situation."[15] Yet, intimidated and overrun by Jerry, many felt powerless to say or do anything with their discomfort.

> Jerry preyed on vulnerable boys like Chuck. He was quiet and observant, a gentle soul, someone who kept things to himself. He was not particularly carefree, the way I would have expected someone his age to be. Looking back…he seemed mildly troubled.[16]
>
> Chucky was a perfect victim for Jerry; he was on the younger side, he was first a boy living with an older sister he hardly knew and then a boarding student far from home, and he was very agreeable and easy to like. Those circumstances all made him vulnerable.[17]
>
> While he was being actively molested by Jerry, Chuck recalled feeling fearful, horrified, and helpless. He was disgusted by Jerry's foul body odor. It was humiliating to be selected to sleep next to Jerry because of the unspoken understanding the boys had of what that meant. Chuck and the other boys did not speak of the sexual abuse they experienced out of

[13] Declaration of Richard Dougherty, p.3.
[14] Declaration of Marc LeClaire, p.3.
[15] Declaration of Peter Lauffer Carr, pp.2-3.
[16] Declaration of Theresa Koenke Diaz, p. 4.
[17] Declaration of Pete Lauffer Carr, p. 7.

IFCD 00028569

fear. They knew that what Jerry was doing to them was wrong but separated from their families and riddled with shame, they were completely at Jerry's mercy.

Like many victims of trauma, Chuck dissociated during these times of forced sexual contact: He reported things did not feel real to him, his mind went blank, and time seemed to "slow way down." He recalled that as soon as Jerry initiated the sexual contact, it felt like the incident would never end.

Chuck stated that this was "the scariest, darkest time of [his] life." Even though he knew that he was not the only target of Mintz's abuse, he "felt lonely" and helpless and "every time it happened [he wished he] could have died." Fantasies about dying and thoughts of committing suicide persisted and manifested as frank attempts to kill himself. Such suicidal thoughts persist to this day.

Since the repeated sexual abuse he experienced as a 13-year old at SMS, Chuck has suffered from intrusive thoughts about the abuse, flashbacks, upsetting memories, and nightmares about the trauma as well as psychological distress and autonomic reactivity when exposed to cues that remind him of what Jerry did to him. Nearly 40 years later, Chuck was extremely distressed when talking about the abuse during my interview with him.

Upon returning home from SMS, Chuck experienced intense sensory flashbacks, thoughts, and images that he could not get out of his mind. He stated that he "could smell Jerry everywhere [he] went" and had flashbacks of Jerry's "sweaty, dirty, old body." Others who had

IFCD 00028570

experienced Jerry's abuse were similarly haunted by "the smell of him, and how filthy his sheets were."[18] "He was kinda dirty, greasy, and gross."[19]

Chuck became noticeably agitated when describing these sensory memories. He stated that he is triggered by body odor in general and has tried to be meticulous with his own hygiene ever since the abuse. Part of what is difficult for him with his ostomy bag is that he cannot control leakage and odor.

Chuck admitted that he has consciously tried to never talk about what happened at SMS and actively avoided anything that triggered flashbacks or other intrusive thoughts about the abuse.

After the sexual abuse at SMS, Chuck felt emotionally numb and constricted. He was unable to feel his emotions as much as he had before. He also avoided social interaction, and felt disconnected from others. Chuck stated that even now, he has difficulty fully experiencing and describing his emotions. He said that he "can't describe [his] pain [he] just [knows] it hurts."

Even now, Chuck is stuck in a state of "fight or flight." He endorsed multiple symptoms of posttraumatic autonomic hyperarousal including a heightened startle response (especially as a kid), irritability, tension, and problems falling asleep and staying asleep. Earliest manifestation of hypervigilance were noted when he was still at SMS and would hide from Jerry in the smoking area:

---

[18] Declaration of Fred M. Jackson III, p.4.
[19] Declaration of Richard Dougherty, p. 2.

IFCD 00028571

He wasn't there to smoke: he was looking for Jerry. It was clear that he wasn't seeking Jerry out, but instead was being vigilant about where he might be. His eyes were red-rimmed. "Where's Jerry?" he'd ask… "Do you know where Jerry is?"[20]

Chuck started SMS as "a quiet kind of kid, nobody who caused trouble or seemed like he'd do anything bad."[21] But Chuck's "demeanor changed over time, [he] got more irritable."[22]

Following the sexual trauma, Chuck exhibited impairments in multiple areas of functioning. He had more difficulty in his relationship with his parents. Typically loving and affectionate prior to SMS, he could not bring himself to hug his mother. He had more problems in social settings, more difficulty at school, and was less able to do the things he needed to do in general.

After he returned from SMS, Chuck also experienced feelings of derealization (i.e. things not feeling completely real), depersonalization (i.e. times when he felt separated from his body), and detachment (feeling distant from people). He stated that it was like he was in a daze, walking around in a dream or movie. The degree of derealization, depersonalization, and detachment he exhibited was so great that his "mom thought [he] was high" on drugs, which was not the case.

Chuck left SMS feeling hypercritical of himself, expecting others to treat him badly, and feeling hopeless about the future. He returned to Saco to persistent and worsening difficulties at school, not being able to relate to others, and feeling alienated and isolated from others. Chuck was overcome by depression and loneliness.

---

[20] Declaration of Patricia Mills, p.2.
[21] Declaration of Jesse Mashteare, p.4.
[22] Declaration of Bruce Sanderson, pp3-4.

IFCD 00028572

For a learning disabled child like Chuck to be told that he was going to a "democratic school" where the children get to decide what and how they want to learn might must have felt like a dream come true. It was not.

**<u>Thornton Academy</u>**

Upon his return from Shaker Mountain School, Chuck entered the 9th grade at Thornton Academy, without having completed the 7th or 8th grade, and with a history of "chronic learning and adjustment difficulties."[23] Unbeknownst to anyone but Chuck and Jerry, Chuck started his 9th grade year having endured unthinkable sexual abuses. Dr. Stanley Payson, a consulting school psychologist conducted a psychoeducational evaluation of Chuck on September 17, 1985. He describes Chuck as a "diminutive adolescent of 14 years, 5 months who seemed apprehensive about being interviewed." His affect is described as flat.

The evaluation was limited to behavioral and personality factors, as Chuck's previous evaluation with Mr. Lawrence had revealed average intellectual functioning and grade level functioning in readings, weakness in spelling, and poor arithmetic skills. At the conclusion of this evaluation, Dr. Payson concluded that in addition to academic problems, Chuck was moderately depressed and had difficulty dealing with his own internal processes. He added:

> Chuck is very unsure of himself and he tends to hold back and deal with only what he is absolutely sure of. His level of emotional development is below what might be expected for his chronological age…He does have inner resources, however, access to them is limited. He is affectively sensitive but tries to avoid expression of feelings. When pushed by inner pressure or external events, perceptual distortions are noted. Although personality make up is immature and there is some difficulty in delaying gratification, he typically deals with conflict through fantasy and denial of negative feelings…In the area of interpersonal relationships, Chuck seems distant from

---

[23] Pupil Evaluation Team Meeting and Individual Education Program, Thornton Academy, November 20, 1985

IFCD 00028573

people…With peers he would like to be socially popular but doesn't seem to know how to accomplish this.

Dr. Payson recommended that "Chuck's depression, his difficulty dealing openly with feelings and his passive aggressive stance should be addressed by individual counseling."

On November 20, 1985, the Pupil Evaluation Team (PET) crafted an Individual Education Program (IEP) for Chuck. This meeting was attended by Chuck, his mother, and several of his teachers as well as representatives from the Family Preservation Program at the Sweetser Home for Children.

"Pending contradictory data from the learning disabilities work-up," the team decided that "Chuck's academic needs [could] be best addressed through general programming with remedial support in math and spelling."

Ms. Yeaton, Chuck's math teacher notes "discipline is no problem but homework completion is a problem." It was also noted that Chuck "feels others pick on him." Mr. Woodward, Chuck's music teacher similarly stated that "Chuck doesn't seem to know what's going on" although "he seems interested." He "doesn't test well." Other teachers, reported that he is often "in a daze"[24] and that "it takes a lot of prodding to get Chuck going."

Chuck was maintained on this course of academic programming, namely mainstreamed in all classes with support in spelling and math. Additionally, individual and family counseling was also recommended.

It is difficult to reconcile the discrepancies and contradictions in teacher comments on Chuck's mid-year report card: "excellent attitude in class" is listed alongside "poor attitude in

[24] Mr. Mullett, PET Notes, November 20, 1985, p.2.

IFCD 00028574

class." Similarly, "work improved this quarter" and "does commendable work" is listed alongside "homework assignments not complete" and "low test and quiz scores." Such contradictory statements and inconsistencies often indicate a need for deeper inquiry into a child's emotional life especially when that child is often "in a daze."

The vast majority of Chuck's disciplinary infractions are primarily internalizing behaviors and speak of his lack of attendance and participation more than they do of outright externalizing behaviors. A note by Bernard LaPlante, Assistant Headmaster, dated February 27, 1986, states that Chuck will be in In School Suspension on February 28 for cutting an assigned detention. Subsequent notes are similar: In School Suspension on March 18 for not serving an assigned detention; In School Suspension on April 8 for not serving an assigned detention and not attending period six classes: Suspended out of school on April 17 for smoking in an unauthorized area; In School Suspension on September 19 for cutting detention.

Mr. and Mrs. Hall formally requested an independent evaluation for Chuck in a letter dated May 9, 1986. Copies of this letter were sent to Thornton Academy and Advocates for the Developmentally Disabled.[25]

In a Learning Disability Assessment Report, dated June 16, 1986, it is formally and finally acknowledged:

> In accordance with State Regulation(101.6 Par. E and 101.7 Par.M), the PET has determined that [Charles Hall] has a "**specific learning disability**" based on the following official criteria:

[25] Letter from Mr. and Mrs. Hall addressed to Mr. Spencer formally requesting an independent evaluation for Chuck and Michelle.

IFCD 00028575

1. Achievement Level – child's achievement compared to his/her age and abilities. Grade Placement: 9 years, 9 months.  Achievement Level: 5 years, 4 months, determined by **Key Math.**[26]

2. Discrepancy in Abilities – child's actual achievement in the area(s) checked below is/are widely variant (5.5 years) in relation to his/her overall ability and achievement: **math calculation skills, math reasoning skills.**

3. Elimination of other factors – the Team has determined that the discrepancies noted above are not primarily the result of visual, hearing, or motor handicaps; emotional disturbance or environmental, cultural, or economic disadvantage.

4. Observation of Academic Functioning – behaviors relevant to this child's determination of disability have been noted by a person qualified to conduct such an evaluation. Evidence of this is included in the Educational Evaluation Report.

The PET does not feel that this child's discrepancy between achievement and demonstrated ability is correctable without the Special Education Program recommended in the IEP  to which this report  is attached.[27]

Chuck's IEP identified the following as strengths: respectful of authority, honesty with authority, academic skills in reading and grammar, average cognitive ability, vocabulary development, and parental involvement. Ms. Yeaton, his math teacher further noted that "discipline is not a major problem," and Chuck "admits when he does wrong." In contrast, concerns were noted with motivation, skipping class, social skills, organization skills, math skills, homework completion, preparedness for class, depression, passive resistance, and social isolation. Themes of depressed mood, social alienation, and avoidance persist for Chuck to this day.

---

[26] First reported in October 10, 1985;  6 months prior to this determination and after an entire school year of academic struggle and failure.

[27] Academic Status Report dated December 15, 1985.

IFCD 00028576

After many years of documented academic difficulty, and at the point where his academic achievement in math was 4.5 years behind his grade placement,[28] Chuck's Specific Learning Disability in Math was officially acknowledged and he was finally eligible for Special Education services. However, the special education program at Thornton Academy was under the auspices not of Thornton itself, but rather the city of Saco. Although Thornton was, and still is, a private school, an overwhelming majority of the students are local kids from Saco whose tuition is paid by the city because there is no local public high school. Thornton special education students' IEPs were determined through the Saco School Board. Larry Spencer was the head of the city's special education department but he was at Thornton only once a month. In a position to manage a program they did not create and they did not have authority over, Thornton was hampered by what it could do to help children who needed special education services.[29]

Even today, dyscalculia is far less researched and understood by mainstream educators than other learning disabilities such as dyslexia. Although 3 to 7% of the global population has developmental dyscalculia, it is 100 times more likely for a child with dyslexia to get a diagnosis than one with dyscalculia.[30]

As a child with developmental dyscalculia, Chuck's brain does not process math-related concepts in the same way as those without the disorder, regardless of his level of intelligence or the level of his commitment and motivation.[31] As is typical of children with

[28] The discrepancy between Chuck's estimated achievement in math and his actual grade placement is 4.5 and not 5.5.
[29] Declaration of David Ruff, p.3.
[30] Seaton, J. You've heard of dyslexia. But why not dyscalculia? Scientific American, March 2024.
[31] Ibid.

IFCD 00028577

developmental dyscalculia Chuck had significant difficulty grasping math concepts behind word problems and difficulty processing visual-spatial information. Children with developmental dyscalculia are often accused of being lazy or not trying hard enough. The hyperactivation seen on brain scans found across multiple brain areas related to math indicate that children exert a tremendous amount of effort to solve problems relative to their non-learning disabled peers.[32] The constant struggle to keep up with the class despite significant difficulties can be demoralizing in the face of repeated failure. Negative self-image, social isolation, loss of self-esteem, and shame are common among children with learning disabilities.[33]

An arithmetic-related deficit can be devastating for a child. Often what appears like truancy is reluctance to go to school because these learning disabled children are afraid of being perceived as failures and embarrassing themselves in front of their classmates. In the end, their performance also suffers in subjects in which they are perfectly capable. Their lack of mathematical skills impedes their chances of higher education. So long as they continue to skip school and fail at mathematics, many do not even complete high school.

Behavioral-emotional problems are commonly defined using two dimensions: *externalizing* and *internalizing* problems.[34] The first refers to aggressive, oppositional defiant, and hyperactive-impulsive behavior and conduct disorder, and the second to withdrawal, depression, somatization, and anxiety. While higher levels of both externalizing

---

[32] Agostini, F., Zoccolotti, P., & Casagrande, M. (2022). Domain-general cognitive skills in children with mathematical difficulties and dyscalculia: A systematic review of the literature. *Brain Sciences, 12*(2).
[33] Lucangeli, D. (2021).*Understanding Dyscalculia: A Guide to Symptoms, Management and Treatment.* London: Routledge.
[34] Achenbach T. M., Dumenci L., Rescorla L. A. (2003). DSM-oriented and empirically based approaches to constructing scales from the same item pools. *Journal of Clinical Child and Adolescent Psychology*, 32(3), 328–340.

IFCD 00028578

and internalizing behaviors are reported among children with learning disabilities, boys with more severe math disabilities tend to be labeled with the most damning diagnoses (e.g. Oppositional Defiant Disorder and Conduct Disorder.)[35] Once a boy is labelled oppositional defiant or conduct disordered, removing that label can be as hard as removing an antisocial personality disorder label from an adult, no matter how inaccurate that label may be.

In addition to distracting attention away from themselves and skipping school, children with a learning disorder will also not complete homework assignments and even if they do complete them, they will not turn them into the teacher. Many of these behaviors, aimed at avoiding public humiliation, leave these children alienated from non-disabled peers. While the may succeed in avoiding further failure and public humiliation, these children often find themselves on the fringes of their peer groups. The immediate consequences being isolation but also a more long-range consequence that arises from a lack of opportunities to learn prosocial behaviors.

Indeed, Chuck engaged in many of these behaviors, much to his detriment. He did not do well in school and he remained on the fringe of his peer group. Chuck was "someone who really wanted other people to like him, and yet he always seemed to feel like he was on the outside… [and] just didn't seem to know how to be social in a productive way, to achieve the regard he sought.[36]"

---

[35] Aro, T., Eklund, K., Eloranta, A. K., Ahonen, T., & Rescorla, L. (2022). Learning Disabilities Elevate Children's Risk for Behavioral-Emotional Problems: Differences Between LD Types, Genders, and Contexts. *Journal of learning disabilities*, *55*(6), 465–481.
[36] Declaration of David Ruff, pp.4-5.

IFCD 00028579

In the coming school year (1986-1987), in addition to repeating the 9th grade, Chuck was to receive resource services in math, academic tutoring, psychotherapy with Dr. Payton, and a vocational assessment.

When Larry Spencer referred Chuck for a vocational rehabilitation evaluation on July 17, 1986, he identified Chuck as "educationally handicapped in the areas of learning disabilities and emotional functioning." Unfortunately, his request was denied and what could have been a major positive turning point in Chuck's life was no longer an option. Chuck was only 15 years old, two years out of SMS, and running out of options.

The following year, Chuck received resource services and tutoring with Mr. David Ruff. By April, Chuck started skipping more school and his parents reported that his behavior at home had also been escalating. He had stolen his father's car and run away from home. He was more physically threatening, stealing items from the house, and punching holes in the walls. Chuck was put on probation for stealing his father's car. A condition of his probation required him to see a counselor at York County counseling services. Therapy records indicate that Chuck was in crisis. Judging by a note that he most likely wrote around that time, Chuck was also suicidal. In an undated note from around that time, Chuck wrote:

*I ran away because some one [sic] told me I should. I will not be in the State of Maine if you call the cops before I call you. I shall kill myself and that's not a threat it's a promise. And this is one problem you can't solve with cops so please don't call anyone. Or I a dead man [sic]. If Jim call's [sic] tell him I'm at erick's [sic] for the day I already know a way how to kill my self [sic]. ([T]hanks for the Idea mom) Carbon monoxide poisoning This is one promise I will keep. Chuck M. Hall*

*Please give me until 5:30 pm Sunday (I'll kill myself if you don't)*

IFCD 00028580

IF Jim calls tell him + ericus
I'm at dady already
for the I know a way
Mom + Dad How to will my self.

I ran away because some
one told me I should (thanks
I will not be in the for the
State of maine if you call Idea
the cops before i call you. mom)
I shall kill my self and Carbon
that's not a threat it's monoxide
Poisonin
a promise. And this is one
problem you can't solve with cops
so please don't call anyone.
Or I a dead man.
This is one promise I will
keep.

Chuck Hell

Please give me until 5:30 PM
Sunday (Till kill myself if you don't)

TF.FD.09.00.001322

IFCD 00028581

The opportunity to be placed in a resource room with Mr. Ruff where he was able to get 1-on-1 instruction was precisely what Chuck needed to succeed. In a note dated May 8, 1987, Mr. Ruff wrote, "Chuck does indeed have an A in every class. He is doing great!"[37] It is likely that Chuck would have done as well had his parents followed Mr. Lawrence's recommendation three years earlier for Chuck to temporarily be placed in a Resource Room for Math and receive individual counselling with school social worker to build peer interaction skills and self-confidence, while they awaited the results of further testing "to delineate the nature and extent of any emotional adjustment difficulties." It is highly probable that Mr. and Mrs. Hall would not have sent Chuck back to SMS after his return from summer camp. That Chuck, with the appropriate counselling, at the right time, before any more abuse, could have avoided any further traumatization.

Maybe if Chuck had been placed with a teacher such as Mr. Ruff who sensed that "something was bothering Chuck" and treated him kindly, he may have followed a different path.[38]

Unfortunately, that opportunity never materialized. Towards the end of the 1986-1987 school year it was clear that Thornton Academy did not know quite what to do with Chuck given his learning disability and his deteriorating behavior. The search for an out of district placement was already in the works. By February 1988 it was clear that Chuck was going to be transferred out of Thornton Academy.

---

[37] Note dated May 8, 1989, from Mr. Ruff.

[38] Declaration of David Ruff.

IFCD 00028582

**Sweetser-Children's Home**

Chuck, his sister Michelle, and his parents, Charles and Dorothy participated in the Family Preservation Services Program through the Sweetser-Children's Home, in Saco, Maine, between November 5, 1985, and January 8, 1986. In a closing summary, dated April 9, 1986, Chuck is described as "intelligent but not very motivated in school." He experiences drastic mood swings. When he is angry, he destroys property, steals, skips school and lies. He was having problems with skipping classes, not passing work in, and under suspicion of "being high" a lot. According to Chuck, this was a period of time after SMS when he was feeling particularly dissociative and depersonalized.

It is not clear if their participation in this program benefitted any of them in a meaningful way. Even as Michelle and Chuck expressed their displeasure regarding their parent's "regular Saturday night social drinking in the home." Chuck and Dorothy failed to follow through on a substance abuse evaluation.[39]

Since the sexual abuse that occurred at SMS occurred at night, Chuck found himself unable to sleep. The association between fear and bedtime was too strong and the flashbacks were more than he could handle. Not succeeding at school, not being understood, not getting the treatment that he needed, and isolated in his own sadness, his rage grew. The very first thing that he got into trouble with the law for was taking his father's car out for a joy ride at night time when he could not sleep.

---

[39] Sweetser-Children's Home, Family Preservation Services Program, Closing Summary, p.7.

IFCD 00028583

## The Homestead Project

Instead of returning to Thornton Academy for his 10th grade year, Chuck was sent to

The Homestead Project, a residential program located in a town about 3 hours north of Saco,

It was a place for children with histories of disturbing behaviors and feelings and advocated

that these disturbed children "required a strong program with considerable time and control to

help bring about desired changes." Homestead was very much about overpowering and

controlling the children in their charge based on a philosophy that "harsh consequences were

the only way for the kids to learn."[40]

Part of these harsh consequences was a system called IWP which stood for Intensive

Work Program. Like many of the consequences at Homestead, IWP was humiliating and

degrading to the children. The school eventually got shut down because of mistreatment."[41]

The system was based on rigid rules and clear restrictions and consequences:

Baseline restriction was that you wore an orange vest and you couldn't talk to anyone. You weren't allowed to sleep in your bed; you slept on a mattress on the floor of a common room so you would be close enough to staff, who stayed in the common room to watch you. You weren't allowed to go to the bathroom or shower by yourself; staff had to go with you. Regular showers were five minutes; on restriction you only got three.[42]

One version of intensive therapy involved scrubbing the floor:

"If you refused to do it, they would hold your arm and force you to. The way they got you to do that was to grab you by the back of your neck, trip you, put a knee in the back of your neck and one on your spine and then 4-5 staff members would hold you down as they made you scrub."[43]

---

[40] Declaration of Luis Moretto pp.1-2.
[41] Declaration of John Mandarelli, p.2.
[42] Declaration of Bonnie Sue Curtis, p. 1.
[43] Ibid.

IFCD 00028584

"When you got restrained: they fully body-slammed you and lay across you on the floor as you kicked and screamed."[44]

Efforts were made to humiliate both children and staff.[45] Homestead was another abusive environment for Chuck instead of a therapeutic residential home. Chuck was admitted on August 3, 1987, and discharged on January 16, 1989.

Apparently between his arrival and his discharge he participated in Group therapy, wilderness activities, residential life skills programming, family meetings with treatment staff and their specialized education program. No individual therapy was provided; only group therapy.[46] Without individual therapy, it is unlikely a victim of sexual abuse will ever reveal the fact of their abuse; certainly a teen boy is highly unlikely to reveal such trauma in the presence of his peers. The following were treatment issues that were allegedly addressed: history of criminal behavior, history of passive aggressive and manipulative behaviors, poor peer interaction skills, family stress related to the adoption issue, poor parent/child communication, confusion over sense of self and sexual identity, non-compliance with rules and authority, and inability to function in public school.

A review of Chuck's treatment plans and progress notes during his time at Homestead understandably show reticence on his part to be more forthcoming about the things that he really needed to be addressing in therapy, namely the sexual abuse he suffered at SMS. While Homestead did not provide a safe place for Chuck to process his trauma, he does not regard his time there in an entirely negative light. For a child, like Chuck who has difficulty reading

---

[44] Declaration of Bonnie Sue Curtis, p.3.
[45] Declaration of Lou Moretto, p. 4, 6.
[46] Declaration of Steve Parks, p. 6.

IFCD 00028585

other people's intentions and emotions, and knowing the most socially appropriate way to respond, a place like Homestead with very clear and uniformly applied rules of engagement and consequences was a relief.

**Transition from Adolescence to Adulthood**

At Homestead, Chuck made friends with kids that proved to be negative influences.

Chuck aged out of the Homestead program and suddenly found himself navigating the real word without any real-world skills. Dyscalculia persists into adulthood, often leaving the undiagnosed, misdiagnosed, or poorly remediated unskilled with unresolved feelings of inadequacy, self-reproach, shame and hopelessness.[47] Chuck entered the adult world ill-prepared to navigate the employment market without a high school diploma, or a trade. He did not have the life skills needed live independently.

If dyscalculia persists, then sexual abuse festers. Festering just under the surface was Chuck's secret. At least symbolically, it was eating him up from the inside out.

Chuck dropped out of high school and got his GED. He worked a variety of jobs, some of which were temporary and/or seasonal, none of which could have put him on a solid career path. At times he was working three jobs and at others, he could barely get one. It was around this time, a time when he left the extremely structured environment of Homestead to one with comparatively no structure that he began to pick up criminal charges. Perhaps if Chuck had been given the opportunity to work with Vocational Rehabilitation, maybe he could have learned a trade and been able to support himself in ways other than burglary.

---

[47] Vedi, K., & Bernard, S. (2012). The mental health needs of children and adolescents with learning disabilities. *Current opinion in psychiatry*, *25*(5), 353–358.

IFCD 00028586

Chuck was first arrested on August 28, 1989, at age 18 in Biddeford, Maine, on charges of Burglary and Theft by Taking. He continued to accumulate similar charges and violated probation until his first incarceration at the Maine Correctional Center (MCC) in Windham, Maine.

Upon his release, he was travelling between Saco and Portland. In Portland, he started committing crimes with Rick Tayman, a self-confessed "adrenaline junkie" Chuck met through Homestead. A "follower…always just along for the ride,"[48] Chuck joined Rick in committing more burglaries. Rick and Chuck were arrested in September 1991 in Portland, Maine, for Theft by Receiving Stolen Property. Chuck was sentenced to 5 years and served 3, Rick was given probation and served no time.

Rick "[feels] really bad about that to this day, because… [he] was the real mastermind, and yet [he] only got probation while Chuck ended up serving some time."[49] Rick's parents were involved in his defense. Chuck's parents were not only uninvolved, in some ways they exacerbated the problem. For instance, his father filed a police complaint alleging that Chuck had stolen some of his checks only to retract the complaint the following day when he realized that he had been mistaken.[50]

In short measure, Chuck's parents moved to Florida leaving Chuck without any guidance or emotional support. Years later they told their daughter Susan that they moved because Chuck's mother was so "mortified when Chuck's charges and arrests were printed in the local newspaper; she didn't want to be seen in public."[51] Not only did they move to the

[48] Declaration of Richard Tayman, p.3.
[49] Declaration of Richard Tayman, p.3.
[50] Saco Police Department Offense Report & Investigation, offense #SACO91-1517.
[51] Declaration of Susan Shumway, p.11.

IFCD 00028587

other end of the country, they did not give Chuck their phone number. It is precisely when children are at their very worst that they need their parents the most.

## Crohn's Disease, Short Bowel Syndrome, Chronic Abdominal Pain Syndrome and other Medical Problems

The earliest signs of Crohn's disease first appeared when Chuck was 16-years-old with bouts of vomiting, diarrhea, and blood in his stool. Officially diagnosed in October 1993, Chuck has suffered with Crohn's disease with little reprieve for over 3 decades.

Dr. Steinhart's report explains that one of two main types of inflammatory bowel disease (IBD), Crohn's is a chronic, relapsing-remitting, disease of the gastrointestinal system. Crohn's disease causes irritation and swelling in the lining of the digestive tract. With relapsing-remitting disease, you have flare-ups of the disease, or relapses. Between these flare-ups, you have periods of recovery, or remission. Symptom-free periods are called remissions. The prevalence of anxiety and or depression has been estimated to be as high as 29 to 35% during remission,[52] and 80% for anxiety and 60% for depression during relapse[53].

Since its onset, Chuck has undergone over 13 surgeries. His colon and rectum have been removed leaving him with a surgically created stoma on his abdomen. Fecal matter is excreted from his intestine through the stoma into a prosthetic ostomy bag that hangs outside his body.

Living with an ostomy is challenging in the best of circumstances. Problems with the leakage of stool can be embarrassing. Abrasions, bleeding, and trauma to the small intestine

[52] Mittermaier C, Dejaco C, Waldhoer T, et al. (2004). Impact of depressive mood on relapse in patients with inflammatory bowel disease: a prospective 18-month follow-up study. *Psychosomatic Medicine.*66(1):79–84.
[53] Addolorato G, Capristo E, Stefanini GF, Gasbarrini G.(1997). Inflammatory bowel disease: a study of the association between anxiety and depression, physical morbidity, and nutritional status. *Scandinavian Journal of Gastroenterology.* 1997;32(10):1013–102.

IFCD 00028588

are possible because the delicate lining of the small intestine is exposed at the stoma. Ostomy retractions (being pulled into the body) or protrusions (when the intestines push further through the stoma) make it harder for the ostomy bag to fit tightly with the stoma. When the bag is not fitted well, there is an increase in leakage of stool onto the skin. Digestive enzymes that aid with the breakdown of food, spill onto the skin causing it to similarly break down. Skin irritation and the complete breakdown of the skin are possible. When this occurs, the appliance does not fit well, leading to further leakage, leading to even more skin breakdown, in a vicious cycle of repeated leakage and painful skin irritation. Over the past 31 years, Mr. Hall has suffered significant discomfort and embarrassment due to repeated irritation, inflammation, infection, bleeding, and leakage at the site of the stoma. Photographs in Appendix B, taken in May 2022, depict one of his recent episodes requiring intervention.

The surgery that Mr. Hall underwent in July 2009 involved removing the portion of the small intestine used to surgically create the ileostomy and then creating a new ileostomy at a new location on the abdomen. There have been numerous such revisions over the years. Presently, Mr. Hall has lost so much of his intestines that he suffers from Short Bowel Syndrome (SBS), a condition characterized by nutritional deficiencies due to malabsorption of nutrients. Like many individuals with SBS, Mr. Hall was placed on total parenteral nutrition (TPN) in order to keep from becoming dangerously malnourished.

Mr. Hall has had multiple surgeries to manage his Crohn's disease. Aside from the obvious stress caused by having multiple surgeries, the stress, the pain, the discomfort, there is also a condition called chronic abdominal pain syndrome. And it appears that Mr. Hall is suffering from this condition in which individuals may experience ongoing frequent or constant abdominal pain in the absence of any underlying inflammation. It's thought that the

IFCD 00028589

pain is triggered by neural mechanisms that have been created by multiple previous surgeries and abnormal nerve growth and healing following the surgeries, as explained by Dr. Steinhart.

Mr. Hall suffers from nearly continuous pain, not only due to this debilitating gastro-intestinal disease and chronic abdominal pain syndrome, but also because of the side effects of decades of corticosteroid medications. Medications like prednisone have caused permanent damage to his musculoskeletal system while not necessarily always benefiting him with respect to his Crohn's disease. Dr. Steinhart explains that prednisone has not been the first choice in Crohn's medications for decades.

Steroids like prednisone and methyl prednisone, virtually interchangeable in use and side effects, are known to cause neuropsychiatric disturbances. The most common of these disturbances are depression, mania, hypomania, and overt psychosis. Other steroid induced psychiatric disturbances include: bipolar affective changes, delirium, panic attacks, agoraphobia, obsessive compulsive disorder, anxiety, insomnia, restlessness, fatigue, irritability, rage, hyperactivity, pressured speech and impaired memory and concentration.[54]

In the years, months, and weeks preceding the death of Mr. Castro-Rodriguez, Mr. Hall received chronic high doses of prednisone. During those years, his records reflect periods of significant emotional distress, including insomnia, agitation, suicidal ideation, irritability, auditory hallucinations, and uncontrollable anger and rage.

He was diagnosed and treated for Bipolar II with mild to modest improvements. Treating mental health professions did not seem to be taking into account the potential impact

---

[54] Bhangle, S. D., Kramer, N., & Rosenstein, E. D. (2013). Corticosteroid-induced neuropsychiatric disorders: review and contrast with neuropsychiatric lupus. *Rheumatology international*, *33*(8), 1923–1932. https://doi.org/10.1007/s00296-013-2750-z.

IFCD 00028590

of prolonged use of high doses of steroids.  If not causing his neuropsychiatric symptoms, the steroids were exacerbating his symptoms.

On January 12,  2010, just fourteen days prior to this homicide, Mr. Hall underwent another Crohn's related surgery because the area around his ileostomy was bleeding uncontrollably. Around the time of the surgery Mr. Hall was prescribed prednisone. He remained on prednisone until April 2010. Among the many common side effects of prednisone are manic behavior, depression, anxiety, irritability, and feelings of anger or rage. At the time of Mr. Hall's surgery the standard for treating Crohn's disease was to offer biologic therapy to avoid repeated or prolonged use of steroids. In Mr. Hall's case, given his mental health history the use of steroids was even more contraindicated.

**CURRENT EVALUATION**

Experts are highly dependent upon investigators and mitigation specialists to provide them with the context within which they can accurately interpret the findings of their evaluations. Mr. Hall has undergone several evaluations prior to this one. The majority of the documents I relied upon in forming opinions were also available to previous evaluators.[55] What is available to me that has previously not been available to others who have evaluated Mr. Hall is the knowledge that he was sexually abused as an adolescent, the opinion of an expert in the diagnosis and treatment of Crohn's disease, and the benefit of brain imaging studies. This information and these resources could have been accessed at the time of Mr. Hall's sentencing in 2014.

---

[55] A list of documents I relied upon to reach my conclusions can be found in  Appendix A

IFCD 00028591

## Timeline of Current Evaluation

I met with Mr. Hall for over 20 hours across a period of four days on 9/21/2022, 9/22/2022, 11/28/2022, and 11/29/2022 at FMC Butner in North Carolina. The nature of this evaluation and the instruments that were administered are routinely relied upon by individuals in my profession to form conclusions such as those described herein.

## Behavioral Observations

Mr. Hall was seen in an attorney consultation room situated behind a large glass window. At any given time, anywhere between 1 and 4 guards could be seen through the window. I was permitted to keep the door to the room closed while I met with Mr. Hall. While the setting was acceptably private with respect to the security of my conversation with Mr. Hall, we were able to hear much of the conversations between guards through the closed door. In general, the noise level was variable but overall adequate for the purposes of this evaluation.

Mr. Hall was neatly dressed and groomed in loose-fitting, somewhat oversized prison garb. Repeatedly throughout the evaluation, he tugged at the front of his shirt in what appeared to be an attempt at ensuring that the contours of his ostomy bag could not be discerned.

As requested, Mr. Hall was uncuffed and had full range of motion with both hands throughout this evaluation. At no time did I fear for my safety during my time at FMC-Butner in general or alone with Mr. Hall in particular.

Although Mr. Hall is primarily right-handed, he throws a football and a basketball with his left hand. Mr. Hall wears glasses when reading small print. He did not need to use them during this evaluation. His hearing seemed adequate, although he reported that he does not hear as well in his left ear compared to his right since a motorcycle accident in 1993. I was unable to find a hearing test to confirm his report but I did notice that he had made similar

IFCD 00028592

reports to others. In one instance, there was speculation that he had sustained hearing loss as a consequence of an aspirin overdose. While aspirin overdosage can cause tinnitus and hearing loss due to changes in the inner ear and the eighth cranial nerve, it manifests bilaterally, and is typically reversible.

In many of the medical and mental health notes I reviewed, providers noted that Mr. Hall looked pale and tired. I noticed the same, especially when I first met with him on September 21, 2022. In addition, Mr. Hall appeared much older than his stated age, perhaps because of his drawn and pallid appearance.

Mr. Hall was oriented to person, place, time, and purpose. He was polite and cooperative throughout and rapport was easily established and maintained. He seemed committed to put forth his best effort. He advised me that he had not slept well the night before, but reassured me that this was not unusual as he has chronically suffered sleep disturbances for decades. He was particularly concerned about a recent lack of readily accessible nursing care and pain medication. About two weeks prior to my visit, Mr. Hall was on a Total Parenteral Nutrition (TPN) feeding regimen. Mr. Hall has a long history of Crohn's disease. His rectum, colon, and portions of his small intestine have been resected due to disease progression leaving him with a small intestine with a significantly decreased surface area. He received nutrients via IV through a semipermanent port in his chest.

Mr. Hall was able to establish and adequately maintain eye contract. His mood was flat with a restricted range of affect or constricted. His speech lacked prosody, was monotone, and low in volume except when speaking of frustration with his medical condition and pain management.

IFCD 00028593

Mr. Hall was sometimes tangential in his speech and he sometimes needed to be refocused but he was clearly intent on telling me everything that was on his mind in the time we had together.

Mr. Hall denied current auditory hallucinations but said that he often hears voices in the distance. He cannot make out what is being said or who might be the speaker. These voices first started when he was a teenager. He is not disturbed by them. He also stated that he sometimes "hears music in [his] head."

Mr. Hall reported that he is in near constant excruciating pain due to degeneration of his hips, secondary to chronic, high-dose steroid administration for his Crohn's disease. The pain is so unbearable at times that he thinks he would be better off having his legs amputated. At times he is in so much pain that he will scream into his pillow.

More than anything, Mr. Hall is tired of being so ill. He reports being sick more than half his lifetime. He feels exhausted and defeated by his illness. He is constantly preoccupied with his ileostomy bag, in fear that it will leak and leave him embarrassed by the smell of his excrement.

Mr. Hall reported that he has been quick to anger in the past but with the passage of time, he feels like he is learning how to control his emotions. Psychotherapy progress notes from 2011 suggest that he has been introduced to cognitive-behavioral techniques as "appropriate coping strategies for dealing with negative affect."[56]

Mr. Hall's Crohn's disease is a serious, disabling, incurable, and unpredictable chronic medical problem. Dr. Steinhart's report chronicles the course and severity of his illness. Since

---

[56] Psychotherapy notes signed by Chad Brinkley, Psychologist, circa October/November 2011.

IFCD 00028594

his diagnosis, he has undergone at least 13 surgeries including several resections involving the removal of all of his large intestine, his rectum, and significant portions of his small intestine. The small intestine is essential for the absorption of water, electrolytes, minerals, and nutrients. So much of Mr. Hall's small intestine has been removed that he currently suffers from short bowel syndrome, a condition where there is not enough bowel to support the adequate nutritional support. Because of his short bowel syndrome, he was placed on total parenteral nutrition or TPN in September of 2021 in order to prevent malnutrition among other complications including infection and possible death. He was receiving nutrient via TPN for approximately one year.[57] TPN was discontinued approximately two weeks prior to my initial meeting with him.[58] Mr. Hall reported feeling concerned about a potential rapid decline in his health without the TPN. He reported that while he was on TPN he was able to maintain his weight, had more energy, and was not continuously emptying his ostomy bag.

While the small intestine is primarily responsible for the absorption of nutrients. The large intestine is responsible for the absorption of water. It is because of the large intestine that feces is excreted as a solid and formed mass. Without the large intestine, the volume of feces that is excreted is far more voluminous (up to 8x the normal amount) and in liquid rather than solid form.

When I inquired about his arousal and energy level on September 28, 2022, he remarked that he was experiencing some pain but was otherwise no more or less tired than usual. As previously mentioned, Mr. Hall has chronic difficulties falling asleep and staying

---

[57] Medication Administration Record for September 2022, BOP FOIA #2022-01478.
[58] Records indicate that the order expired on 09/07/22, BOP FOIA #2022-01478 1934-1936.

IFCD 00028595

asleep. While these problems have been present since adolescence at least, they seem to have caused him much distress as an adult.

During the course of my evaluation, I witnessed a slight tremor in his left hand which froze in place at one point. Mr. Hall massaged it and regained full range of motion. Other evaluators have noted a similar hand tremor. On an initial assessment report dated December 9, 2009, Mr. Hall reportedly told the intake psychiatrist that he takes the anticholinergic Artane for hand tremors caused by Geodon. At some point, Mr. Hall stopped taking Artane. It is unclear why exactly.

Medical records indicate that Mr. Hall has repeatedly injured both of his hands and has undergone surgery on at least two occasions on his left hand on his fourth and fifth metatarsal with full recovery of range of movement.

Having recently come off TPN, Mr. Hall had been moved from a more intensively monitored nursing unit to one that was less so. He was upset about this move and worried that his pain would not be as well controlled in this setting.

At the time of my evaluation, Mr. Hall was taking the following medication, based on his self-report and on the medication administration record from FMC-Butner.[59] While I believe that he was on the same if not similar regimen of medication when I met with him in November, I requested but was not provided a medication administration record.

[59] Medication Administration Record for September 2022, BOP FOIA #2022-01478.

IFCD 00028596

| Medication | Dosage | Purpose |
| --- | --- | --- |
| Chlorthalidone | 25 mg tablet, by mouth, daily | Diuretic |
| Insulin | Between 201 and 450 units, three times/day | High blood sugar |
| Lisinopril | 10 MG by mouth, once a day | High blood pressure |
| Ensure Plus | 237 :Liquid drink, 1 can, 3x a day | Small bowel syndrome? |
| Dextrose 5%/Sodium Cloride 0.9 %, | Infused over 100 ml/hr, not sure if it is daily or bidaily | |
| Oxycodone HCL | 5mg, 2 tablets by mouth, every 5 hours as needed | "chronic, unrelenting pain" |
| Cyanocobalamin | 1000 MCG/ML, injected intramuscularly once per month | Vit B-12 deficiency |
| Gabapentin | 600 mg , twice daily | Nerve pain. (At therapeutic dose for the treatment of seizure disorder). |
| Levothyroxine Sodium | 25 MCG, ½ by mouth each day on empty stomach | Hypothyroidism |
| Magnesium Oxide | 400 mg, One tablet by mouth, twice daily | Magnesium deficiency |
| Mesalamine | 500 mg, three capsules by mouth, twice daily | Crohn's disease: Ulcerative Colitis, aminosalicylate, decreased swelling in the colon |
| Metropol Tartrate | 25 mg, One table by mouth twice daily | High blood pressure |
| Sumatriptan for migraine | 6 MG/05ML inject 6mg subcutaneously | Migraine |
| Fluoxetine HCL | 20 mg Cap UD, take 2 by mouth, each day | Depression (needs signed consent) |

IFCD 00028597

<u>**Clinical Interview on September 20, 2022**</u>

Mr. Hall was escorted to the evaluation hand-cuffed and shackled, accompanied by several guards. He entered the room rather sheepishly and took a seat across from me at the table. After a brief exchange of pleasant and light conversation, I began my interview by asking him first about his earliest childhood memories. Mr. Hall initially responded by saying that his memory is not very good but with a little prompting and patience he recalled going clamming with his father early in the morning before he left for work.

His father was a work-a-holic, a nice guy, and a good provider for his family. He was not angry like everybody else. He was easy going. They would play scrabble, trivial pursuit, cribbage and other games until late at night. Mr. Hall said his mother was pretty laid back as well but not perfect. He and his parents had their issues but neither of them ever stopped loving him or his sisters. At this point, Mr. Hall became noticeably tearful and choked up with emotion.

Mr. Hall was able to provide the following biographical and medical history.

Charles and Dorothy Hall met while his father was on leave from the military. One of his buddies asked him to go to a dance. It was there that they met and within a year they were married. Both were in their early 20s. They were married for 62 years.

Mr. Hall's adoptive mother, Dorothy, came from a big Catholic family. The entire family often got together with aunts and uncles, and all their kids, and grandkids. They were a large animated family and he liked the majority of them with the exception of a few older cousins who were arrogant and thought they were better than everybody else. His mother was his "best friend." She taught him how to cook, iron, and sew. He also remembers next door neighbors, who had two adopted children of their own. They were friendly with his parents

IFCD 00028598

and often brought their children over to Mr. Hall's house to play basketball in their driveway, ride bikes, or go swimming in the summer. Among these happy memories are also ones of family game nights.

He briefly described members on his father's side of the family. He proceeded to tell me that his father joined the military at age 18 and was in the Army during the Korean War. Even after leaving the military, he continued to work on nuclear submarines as an electrical engineer. He believes his father attended college and bragged that he had a "mathematical mind." His father was very hard working, leaving home at 5 am and working until 5 pm, five to six days a week. He was even sent to work in Hawaii on one occasion. He reportedly called every day to speak with his family.

Mr. Hall reported that his father loved his job and was paid well. He had friends at work who liked and respected him. They apparently threw a huge party for his father when he retired at age 52. After retirement, he worked in the garden, built things, and enjoyed remodeling. His mother enjoyed decorating after the remodeling.

Among the good memories though there are also bad ones which include near weekly Saturday night arguments between his parents which to him seemed to be about who among them was more to blame for his and his sister Michelle's bad behavior. Invariably fueled by alcohol, these arguments sometimes ended with his father breaking a chair. Mr. Hall said his father broke a chair almost every weekend.

When asked to describe his childhood home and bedroom, Mr. Hall spoke of their split level house in the small town of Saco, where families were careful to keep their dysfunction to themselves. When describing his bedroom, instead of the typical description most people give

IFCD 00028599

to paint a picture of the space to their audience, Mr. Hall listed off items that were kept in his room as though he were providing an inventory.

Among these items were a set of books given to him by his older sister Susan. He added that he did not like to read as a child but that he has since come to enjoy reading biographies of famous people in history and books about American History.

Mr. Hall did not attend preschool as a child but stayed home with his mother or older sister Susan. He entered school in the 1st grade at Young School in Saco, Maine. He hated school. His parents valued education and they apparently did everything to help him succeed. They rewarded him when he did well and even hired a retired teacher to tutor him. Mr. Hall stated that he simply "could not comprehend the stuff." He was careful to emphasize that he was not afraid of hard work – he did his chores, mowed the lawn every week in the summer, shoveled snow in the winter.

Mr. Hall may have disliked school but there were certain teachers he remembers fondly including Ms. Bellevance, who "was always the same" regardless of whether she was at school or at the church they both attended. Her consistency was comforting to him. He similarly recalls Mr. Ruff who ultimately assumed responsibility for Mr. Hall after he was finally diagnosed with a learning disability in math. Mr. Hall stated that he only did well with individual, one-on-one instruction. .

Mr. Hall admitted that he has never felt like he fit in anywhere. This was exacerbated when he had to repeat the 6th grade. He remembers the embarrassment. As a child he reportedly played football. He was never very large but he was quick. He also played peewee baseball. At the height of his academic difficulties, he was not permitted to participate in any school sports, which added to his feeling of alienation.

IFCD 00028600

Mr. Hall reported that he and his father stopped communicating after his parents moved to Florida when he was a young adult. He stated he got married and lost touch with them. He did recall one good visit to see them in Florida. They apparently went out to eat, walked on the beach, and found shark teeth.

When he and his sister started getting into trouble in their teenage years, Mr. Hall's mother thought it was because they were angry about being adopted. His sister Michelle may have been but he was not.

Mr. Hall's biological mother was located by his trial lawyer but he did not have a desire to reach out to her except maybe to get his family medical history. He reported that she was gang raped and he was conceived as a result. According to Mr. Hall, his adoptive parents are his only parents because they are the ones who raised him.

At the time of my evaluation, Mr. Hall's father was in assisted living in Portland, Maine. He loses his balance often and falls which concerns Mr. Hall. Charles was reportedly 87 years old at the time I met Mr. Hall. Dorothy passed away in 2020. She had a stroke in the hospital during COVID. Both of his parents had COVID.

Mr. Hall has not had COVID. Because he has Crohn's disease and has battled kidney cancer, he was among the first inmates to be vaccinated against COVID. He stated that he did not have a reaction to the vaccine and that even if he had, he probably would not have noticed it because he is in pain all the time.

Mr. Hall was initially diagnosed with Crohn's disease in 1993. Mr. Hall's earliest signs of Crohn's Disease occurred at age 16, while he was still living with his parents. He apparently went to the restroom and noticed bright red blood in his stool. His mother thought it was

IFCD 00028601

hemorrhoids. Even after he continued to have an upset stomach and cramping, his parents did not believe that there was something wrong with him.

It was not until he was in prison for the first time that he was formally diagnosed with Crohn's. He was at the Maine Correctional Center in Windham, Maine, when his cell mate noticed his skin turning gray and called for a nurse. Mr. Hall was taken to the hospital in an ambulance. There he underwent a colonoscopy.

Mr. Hall recalled that in 1993 or 1994 he weighed 135 lbs. He said that his colon was like "sawdust." In fact, he was so sick that his treating doctor at the time told him that his was the worst case of Crohn's disease he had ever seen. He was prescribed an "obscene amount" of prednisone for 18 months straight. When asked about how he feels when he is on prednisone, he stated that he felt agitated, angry, and full of energy.

Although Mr. Hall did not want an ileostomy he ended up getting one because of the extent of his Crohn's disease. When he was 22 he had surgery to attach his small intestine to his rectum but that only lasted a few months. He apparently could not eat and was always on the toilet. In 1994, he had a revision of his ileostomy.

He suffers from necrosis in both hips and in his femoral head on the right side. He has peripheral neuropathy for which he takes 600 mg of Gabapentin. His "legs have hurt so bad for so many years" that in 2019 while he was at Terre Haute, he asked his doctor to amputate them.

Mr. Hall reported that he suffers from neuropathy pain that started in his 30s and has progressed ever since because neuropathy does not get better. He has been seen by doctors outside of the prison system and he begs them to amputate his legs, even as recently as two

IFCD 00028602

weeks ago. Mr. Hall reported that he was in so much pain the night before that when he did not get his pain medication he wanted to "tear [his] skin off."

It's tough not feeling well all day every day. He has been sick more than half his life. Everything feels so much worse when he is sleep deprived. And the worst is when he is sleep deprived, not feeling well, and taking prednisone.

A couple of years ago the wound next to the stoma would not heal. He experienced near constant drainage from the stoma. It was seeping out. He saw a wound specialist who did a hernia repair but the stitches would not hold in the area and had to be cauterized and reshaped. Last September, they had to relocate this stoma and in doing that he lost some additional amount of his small intestine which is why he now has short bowel syndrome for which he was put on the TPN. He was happy on the TPN. He was able to maintain healthy body weight. Without the TPN he has to empty his ostomy bag many many times throughout the day.

The longer he has been sick the more isolated he has become. He is happiest in seclusion. He says he was a nerd before he was sick. He would be perfectly happy if he could go off by himself 20 to 30 miles away from anyone with a tent and a fishing pole and some basic supplies. He would live in peace and quiet.

Noise really irritates him, especially construction noise or the sound of someone incessantly tapping their fingers.

He gets depressed every fall. He thinks he has seasonal affective disorder. He has heard voices off and on over the years. When he can't sleep everything gets worse. He's quick to anger, which started in his late teens. When everything irritates him he feels flooded with emotions. He gets angry and he stays angry.

IFCD 00028603

He has expressed suicidal ideation as far back as his early teenage years. As evidenced by a note that he left his parents contained herein. Subsequent to that he slashed his wrists while in prison in Maine. And then in a period of four years he made multiple attempts back-to-back starting with one in 2006 when he tried to strangulate himself with his ostomy belt. Subsequent to that he tried to overdose on a large volume of aspirin. Multiple complications ensued from that. Medical records indicate that he had salicylic acid encephalopathy and was not responsive. Subsequent to that he tried to overdose on Tylenol. He recalls having a death wish in those years. When he got to those prisons he was sick all the time and he had no privacy. He also was suffering from what he recalls as the worst fatigue.

In his early 20s he had multiple dead end jobs and friends that were not good influences on him. It was then that he started stealing.

He reported that his first time in prison was for burglary and receiving stolen property. Ironically, he admitted that on some level going to jail felt like a safety net. The clear rules and expectation helped him know how to "handle himself."

In the prison system he has had to pick his battles. He has filed multiple grievances about his diet including one time when his food tray arrived with feces in it. Mr. Hall reassured me that the lieutenant confirmed that it was feces.

Mr. Hall cooks his own food as much as possible after that incident. He went on to recount multiple instances when he was mistreated and assaulted in the recent past. He apparently filed grievances and lawsuits and was awarded settlement money.

He stated that he desperately does not want to go back to Terre Haute. He wanted to stay at FMC-Butner but he was scared that he would eventually be sent back. Mr. Hall was taken off TPN on September 7 and following a 4-day course of dextrose flushes, he was moved

IFCD 00028604

to a floor with a lesser level of nursing care. He has been on a low fiber diet for years but he does not trust that the dietician will put him on a low fiber diet now that he is off the TPN, especially since she recently brought him beans and salad. He has been asking for Ensure but has been denied it because of his weight which is presently on the high side.

Although Mr. Hall may have hated school as a child, currently he enjoys learning. He has been taking an Advanced Paralegal Course.

Mr. Hall endorses obsessive compulsive tendencies. He has a certain order that he likes to keep in his cell: have objects facing all in the same way, putting his clothes away in a certain way, folding them in a certain way. He is very routinized and loves schedules. Without routines and order he gets very irritated. This is a common way that people who feel out of control over their bodies and their lives can exert some measure of control over their lives.

He reports several blows to the head. He had fights in middle school with a kid, bashing his head into a steel elevator door. There was another time where a boy beat him because he was talking to his girlfriend. He's been punched in the face. He had a motorcycle accident which he reports splitting his helmet. He fell off a car. Following suicide attempts, he may have suffered an anoxic episode and was diagnosed with salicylic acid encephalopathy. In 2005, he was assaulted with a fracture to his zygomatic arch. He went into respiratory depression and stopped breathing (i.e. apnea) after receiving high doses of narcotics following surgery. He was intubated and spent 24-hours in surgical ICU.[60]

He reports longstanding problems with insomnia. At night he will fall asleep and then wake up startled having seen Mr. Castro Rodriguez's face in his dreams. He has a lot of regret about what he has done.

---

[60] Maine Medical Center Health Information Services, Transfer Summary, 3/26/2004.

IFCD 00028605

It is common that he can sleep for only two hours at a time, often sleeping only for about two hours per 24-hour period.

His inability to sleep began as a teenager after he returned from the Shaker Mountain School. On one of his restless nights as a teenager he took his father's car out for a joyride impulsively. His inability to sleep has become progressively worse, with restlessness and agitation.

He loves animals. It seems that his happiest days were spent taking care of animals.

He learned to play instruments on his own and reports he can play several instruments by ear. He played in a band as a young adult.

It's clear that his family is important to him, feeling especially close to his sister Michelle's son Josh. Josh is a person with autism. Mr. Hall reports spending time with Josh when Josh was a small child and feeling very connected to him.

After interviewing Mr. Hall I proceeded with the administration of a neuropsychological test battery. It was evident when I left on September 21, 2022, that I needed more time to complete my evaluation. I was scheduled to return to FMC-Butner in November 2022. Prior to my return, I learned that Mr. Hall had been sexually assaulted as a student at Shaker Mountain School.

**Previous Cognitive Testing**

Mr. Hall was administered a battery of psychological and neuropsychological tests in January 2011 by Dr. Maureen Reardon and Dr. Tracy Pennuto-O'Connor from the Mental Health Department in FMC-Butner. I noted the following after reviewing the results of their evaluation:

IFCD 00028606

1. Formal tests of effort and motivation confirmed that he was neither exaggerating nor feigning deficits.

2. Mr. Hall's full scale IQ fell within the average range of abilities (WAIS-IV: FSIQ= 98, 45th percentile).

3. Mr. Hall's perceptual reasoning abilities were less well developed than his verbal comprehension, working memory, and processing speed (PRI = 88 vs. VCI = 98, WMI = 105, & PSI = 108).

4. Academic achievement in word reading was consistent with a grade equivalent of 12.9 (WRAT-4: Word Reading)

5. On the basis of his performance on the Logical Memory subtest of the Wechsler Memory Scale and the California Verbal Learning Test-II, Mr. Hall's delayed auditory memory was significantly weaker than his immediate auditory memory (ACS: Auditory Immediate = 108 vs. Auditory Delayed = 89, Discrepancy Comparison: Difference = 19, Critical Value = 11.38, Base Rate = 1.4%).

6. Mr. Hall did not employ efficient encoding strategies to aid in the learning of a list of 16 words drawn from 4 semantic categories (CVLT-II: Semantic Clustering, z-score = -0.5). Instead, he employed a less efficient serial learning strategy (Serial Clustering, z-score = 1.5).

7. Mr. Hall's immediate, delayed, and recognition memory of relatively simple visual designs was average  (BMT-R)..

IFCD 00028607

8. Mr. Hall had difficulty benefiting from feedback on a test of conceptual reasoning and mental flexibility (Wisconsin Card Sorting Test).

9. A "very mild tremor in his hands…during tasks requiring manipulation of objects" was noted.

Mr. Hall was evaluated by Dr. Robert Fucetola in January 2013. The following findings were particularly noteworthy:

1. Once again, there was no evidence of deliberate exaggeration or fabrication of cognitive impairment.

2. Mr. Hall was involved in a motorcycle accident in 1994 when he got into a police chase on the highway. He reported to Dr. Fucetola that he woke up in an ambulance with EMTs. He was taken to an emergency room, diagnosed with a "concussion" and discharged from the hospital. He experienced blurred vision and lightheadedness after the injury. But he did not receive any other medical care. He reportedly had a headache for one to two weeks which eventually resolved.

At the time of his evaluation he reported decreased hearing in his left ear which he attributed to noise exposure and the motorcycle accident. He also reported decreased episodic and autobiographical memory.

3. His performance on a non-verbal reasoning task was deficient.

4. His performance was in the borderline range (9th percentile) on a test of nonverbal abstract reasoning requiring problem solving via visual analogy.

IFCD 00028608

5.      Mr. Hall's left hand motor speed was relatively decreased compared to his right hand. His simple motor speed on a manual finger tapping task was high average (86th percentile) with his right hand compared to only average (38th percentile) with his left hand.

6.      Visual memory was deficient. Mr. Hall earned a Wechsler Memory Scale 4th edition visual memory index score of 78 (7th percentile), placing him in the borderline range of visual memory for age.

7.      There was a significant difference between his auditory memory and his visual memory with a 42 point difference in favor of verbal memory and a contrast scaled score in the second percentile.

8.      A 31 point difference between his visual memory and visual working memory index scores was also very rare (contrast scale score equals first percentile). While his auditory memory was within expectation, visual immediate and visual delayed memory index scores were both significantly below expectation given an otherwise average score on the generalized abilities index. A 30 and 22 point difference between visual memory is seen in a very small percentage of the healthy population.

9.      Mr. Hall's immediate recall of geometric designs and their spatial location on cards in front of him fell within the borderline range (2nd %ile). His recall of the designs again 30 minutes later was low average (16th percentile). His immediate recall and delayed recall of visual figures he was required to reproduce through drawing were both low average (16th percentile).

10.      Based on evidence from his neuropsychological evaluation of deficiencies in nonverbal/ visually based memory and problem solving functions, as well as a relative decrease

IFCD 00028609

in left hand motor speed, Dr. Fucetola strongly recommended that Mr. Hall undergo brain imaging in order to determine whether there is a structural or functional anatomic deficit bearing a relationship to the neuropsychological or neurological findings.

**Tests Administered**[61]

Victoria Symptom Validity Test

Rey 15-item Test

Wechsler Adult Intelligence Scale–Fourth Edition (WAIS-IV)

Wechsler Memory Scale-Fourth Editions (WMS-IV): Logical Memory I, II, & Recognition;

    Visual Reproduction I, II, & Recognition

Wide Range Achievement Test- 5th Edition (WRAT-5): Word Reading and Spelling

Woodcock Johnson Test of Academic Achievement-IV: Sentence Reading Fluency,

    Word Reading Fluency, Reading Recall, Math Facts Fluency, Calculations,

    Sentence Writing Fluency.

Test of Word Reading Fluency

Nelson Denny Test of Reading Comprehension

Benton Facial Recognition

Judgment of Line Orientation

Wisconsin Card Sorting Test-CV

Selective Subtests of the Delis Kaplan Executive Functioning System (DKEFS): Trails,

    Verbal Fluency Alternate Form B, Design Fluency

Wisconsin Card Sorting Test-CV :WCST-CV

Continuous Performance Test – Version 3

---

[61] Test scores may be found in Appendix C.

IFCD 00028610

Continuous Auditory Test of Attention

Rey-Osterrieth Complex Figure Test

California Verbal Learning Test - 3

Grooved Pegboard Test

Finger Tapping Test

Beck Depression Inventory -2

Beck Anxiety Inventory

## **RESULTS OF CURRENT NEUROPSYCHOLOGICAL TESTING**

### **Measures of Effort**

There was no evidence of fabrication or deliberate exaggeration of cognitive impairment. Mr. Hall was administered two widely used formal tests of effort: the Victoria Symptom Validity Test (VSVT) and the Rey-15 Item Test. Based on his performance on these test as well as on more subtle embedded measures of effort I am confident in the validity and accuracy of the findings from this evaluation.

### **Mood & Anxiety**

Mr. Hall reported moderate symptoms of depression (BDI-2: 20/63) and anxiety (BAI: 19/63). He denied current suicidal ideation.

### **General Intelligence**

Mr. Hall's overall intellectual functioning was average. He earned a Full Scale IQ of 102 on the WAIS-IV placing him in the 55th percentile as compared to same age peers.

IFCD 00028611

Mr. Hall's performance on the verbal (VCI = 107, 68th percentile), nonverbal (PRI = 98, 45th percentile), working memory (WMI = 102, 55th percentile) and processing speed (PSI= 100, 50th %ile) index scores fell within the average range.

Mr. Hall's word knowledge and visual discrimination abilities emerged as an area of strength (Vocabulary & Picture Completion: 84th percentile).

Quantitative and analogical reasoning abilities were an area of weakness (Figure Weights: 15th percentile). The Figure Weights subtest required that he view a scale with missing weights and select the response option that keeps the scale balanced. Successful performance on this task requires quantitative mathematical reasoning and inductive or deductive logic.

## Academic Achievement

Mr. Halls's ability to quickly solve 1-step addition, subtraction, and multiplication problems fell at the 13th grade level. In contrast, his ability to solve math computation problems fell significantly below expectation at the 6th grade, 1 month level.

Mr. Hall's ability to read single words fell above the 12th grade, 9th month level under untimed conditions. On a timed test of single word reading, he scored within the 10th grade for real words, and within the 11th grade for phonemically accurate nonwords. His ability to quickly read short sentences for meaning was at the 13th grade level. On a test of reading comprehension, Mr. Hall's performance fell at the 11th grade, 3rd month level. When asked to read sets of 4 words to quickly identify the 2 among them that had a similar meaning,  he scored within the 10th grade, 4th month level.

IFCD 00028612

Mr. Hall's single word spelling fell above the 12th grade, 9th month level. His ability to write short 3-word sentences under timed conditions fell at the 7th grade, 8th month level. He produced well-constructed and accurate sentences but was otherwise slow.

**Language**

Mr. Hall exhibited average verbal concept formation (Similarities, 63rd percentile), high average word knowledge (Vocabulary, 84th percentile), and average fund of information (Information, 50th percentile).

Mr. Hall's ability to generate words that begin with the same letter within a 60 second time period fell within the average range (DKEFS Verbal Fluency, 63rd percentile). Mr. Hall's ability to retrieve words from a high-frequency semantic category within a 60 second time limit, while still average, was weaker than his letter fluency score (Semantic Fluency: 25th percentile).

**Visual/Perceptual/Spatial Abilities**

Scoring within the high average range, Mr. Hall demonstrated a relative strength on a test of visual discrimination (Picture Completion, 84th percentile) . His visual analysis and synthesis abilities fell within the average range across two subtests (Block Design, 63rd percentile; Visual Puzzles, 50th percentile). His nonverbal abstract reasoning abilities were slightly less well developed, falling closer to the low average range (Matrix Reasoning, 25th percentile). As previously mentioned, his quantitative and analogical reasoning abilities were an area of relative weakness (Figure Weights, 15th percentile).

Mr. Hall's visuo-construction abilities fell within the extremely low range as compared to same aged peers on a test that required him to copy a complex, abstract figure. He worked

IFCD 00028613

from right to left instead of the more common approach of working from left to right (in the same way that most English speakers read and write.) His overall approach was piecemeal and fragmented. He was unable to appreciate the overall gestalt or framework of the constructional task and the left half of the reconstructed drawing was dramatically disproportionate to the right (Rey-Osterrieth Complex Figure Test: Copy 25/36, <1st percentile.) .

Mr. Hall's ability to identify black and white pictures of human faces fell in the borderline range of ability (Benton Facial Recognition Test 40/54). His judgment of line orientation was average (Raw Score = 23: Average score for men = 26.21, standard deviation = 4.37).

### Auditory & Visual Memory

Mr. Hall's immediate and delayed verbal memory fell at or above expectation. On a list learning test, he employed semantic clustering to encode the list but not to retrieve it. His performance overall was average.

Mr. Hall demonstrated average encoding and recognition on a test of visual memory. When compared to same age peers, Mr. Hall's immediate and delayed recall of the complex figure fell within the extremely low range (Immediate, < 1st percentile; Delayed, < 1st percentile). His recognition of design elements was, in comparison, average (Recognition, 38th percentile).

### Working Memory

Mr. Hall's auditory working memory, as assessed on the WAIS-IV, revealed average abilities across tasks (WAIS-IV: Arithmetic; Digit Span). On a task that assessed his ability to

IFCD 00028614

silently read short sentences and then reconstruct them from memory, he similarly scored within the average range (WJ-IV: Reading Recall, SS = 95, 37th percentile).

## Attention & Concentration

Mr. Hall's sustained visual attention was assessed on the Connors Continuous Performance Test, 3rd Edition (CPT-3). Mr. Hall's performance indicated that he has difficulty with vigilance in the visual domain.

Mr. Hall was also assessed on the Connors Auditory Test of Attention (CATA). Mr. Hall's performance was indicative of difficulty with inattentiveness, impulsivity, and sustained attention. Additionally, he had significantly faster hit reaction times when the targets were presented in his right ear, indicating a slight right ear advantage.

## Executive Functions

Mr. Hall's performance on tests of mental flexibility and verbal/visual fluency fell within expectation. Mr. Hall's speeded visual search and scanning, attention, and visual-motor coordination was average.

## Motor Abilities

Performance on a finger tapping test revealed better performance with his right versus left. His performance on a test of manual speed on dexterity fell below expectation for both his left and right hand.

## Analysis & Synthesis of Neuropsychological Test Findings Across Assessments

Multiple well-normed, valid, and reliable tests of cognitive functioning were employed in the assessment of Mr. Hall's intellectual potential, academic achievement, and cognitive

IFCD 00028615

functioning. The methods and instruments used in this assessment are routinely relied upon by professionals in my field. There was no evidence across all three assessments of deliberate exaggeration, fabricated, or feigned cognitive impairment on both standardized and embedded measures of validity.

Mr. Hall has had a number of assessments on a broad range of instruments in a wide variety of settings. Looking back to tests of cognitive ability administered to Mr. Hall dating back to his elementary school days, the validity of his test scores on measures of cognitive functioning has never come into question and the neuropsychological profile that emerges across settings, evaluators, and instruments is very consistent: average IQ, mathematical computation abilities significantly below expectation, weaknesses in nonverbal abstract reasoning, difficulty with visual transitive inference (a form of deductive reasoning used to derive a relationship between items), extremely low visuo-construction abilities with evidence of left hemispace distortion and neglect, poor spatial memory, weaker visual versus verbal memory, poor vigilance on tests of sustained visual and auditory attention, right hand/right ear advantage, better semantic versus letter fluency.

Based on the results of these evaluations, Mr. Hall meets criteria for a specific learning disability diagnosis in mathematics, alternately referred to as dyscalculia. He demonstrated a significant weakness in written mathematical calculations as compared to math fact fluency and mental arithmetic, with concomitant cognitive processing deficits in right parietal and right temporoparietal mediated visual-spatial reasoning, visuo-contruction abilities, visual-spatial memory, right hand and right ear advantage, left-sided inattention and distortion, and deficits in auditory and visual vigilance.

IFCD 00028616

## History of Previous Psychological Testing

Mr. Hall was administered the Minnesota Multiphasic Personality Inventory-2 MMPI-2 by Dr. Marci Nagle on November 28, 2006. The MMPI-2 is a 567-item self-report measure of personality and psychopathology, consisting of eight Validity Scales, ten Clinical Scales, and 15 Content Scales.[62]

A copy of the MMPI-2 Extended Score Report, a computer generated profile through Pearson Psychological was available for review. In order to generate such a score report, the person's answers must be entered into the scoring program. The score report that was generated did not include an interpretive report, which is always an option when using this software program. Mr. Hall's responses to the individual test items was not available for review.

Based on the score report, it appeared to evaluators at that time that Mr. Hall was overreporting psychopathology to appear more disturbed than he might have been in reality. However, this instrument was administered less than 2 weeks after a suicide attempt.

Without access to Mr. Hall's actual test responses, it is difficult to determine the reason behind Mr. Hall's over-reporting. Despite the fact that the generated profile of scores is not interpretable, it is nonetheless telling that Mr. Hall's highest elevation on the supplemental scales was on the Post-Traumatic Stress Disorder (PK) Scale. This scale is comprised of 49 items that deal with anxiety, worry, sleep disturbances, depression, guilt, unwanted and disturbed thoughts, and other indicators of emotional turmoil. While it is not suggested to use this scale to determine if someone has PTSD or when there is reason to question the validity

[62]Butcher, J.N., Graham, J.R., Ben-Porath, Y.S., Tellegen, A., Dahlstrom, W.G., & Kaemmer, B. (2001). MMPI-2 (Minnesota Multiphasic Personality Inventory-2): Manual for administration, scoring, and interpretation, revised edition. Minneapolis: University of Minnesota Press.

IFCD 00028617

of the MMPI-2 profile, the fact that Mr. Hall endorsed 42/49 items on this scale and that his score on this scale was the highest one among the 15 Supplemental Scales should have served as a "red flag" to alert evaluators to a potential history of trauma requiring further clinical inquiry and consideration.

Mr. Hall was evaluated by Ms. Kim Turner, a psychology intern, under the supervision of Dr. Daniel Carlson on January 17, 2008. Mr. Hall obtained an IQ score of 99 on the Shipley Institute of Living Scale and placed above the 12th grade on a test of reading. He was also administered the Structure Inventory of Malingered Symptomatology (SIMS). This instrument "is a 75 item, multiaxial, self-administered screening measure used for the detection of malingering across a variety of clinical and forensic settings." As the manual states it is a "powerful tool for providing convergent data in the assessment of malingering as well as determining the need for more extensive evaluation." Clinicians are warned that "it is possible that feigned and actual symptoms may occur simultaneously" and that "a diagnosis of malingering does not preclude the presence of another actual disorder." Furthermore, "the suggestion of probable malingering using the SIMS should not negate the possibility of genuine disability or disorder."[63]

Mr. Hall obtained a SIMS that was significantly elevated above the recommended cutoff score for detecting malingering. Although he endorsed a high number of symptoms that are atypical of patients with genuine psychotic disorders, a careful review of the individual SIMS items that he endorsed suggest that he may not have been malingering after all. After reviewing Mr. Hall's SIMS responses, I was able to identify several that were reasonable

[63] Widows, M.R., & Smith, G.P. (2005) Structural Inventory of Malingered Symptomatology: Professional Manual. Lutz, Florida: PAR.

IFCD 00028618

responses for Mr. Hall. They included items that were potentially related to gastrointestinal issues, sequelae of either a head injury or his aspirin overdose, limitations specific to a correctional setting, and potential manifestations of a learning disability in math. Questions that might be unusual for the average person were actually reasonable for Mr. Hall to endorse.

Mr. Hall was also administered the Personality Assessment Inventory. A 344-item self-report measure of psychopathology and personality functioning.  As stated both in the report of psychological testing and in the Clinical Interpretive Report that was generated on the basis of his responses and use in the preparation of the report, "the PAI clinical profile is marked by significant elevations across several scales." The interpretive report goes on to state:

> Indicating a broad range of clinical features and increasing the possibility of multiple diagnoses. Given certain response tendencies previously noted, it is possible that the clinical scales may overrepresent or exaggerate the actual degree of psychopathology. Nonetheless, profile patterns of this type are usually associated with marked distress and, unless there is extensive distortion or exaggeration of symptomatology, severe impairment in functioning is typically present."[64]

The following statement from the PAI was included in Ms. Turner's report:

> [Mr. Hall] describes a personality style that is consistent with a number of antisocial character features. His responses on the PAI suggest he may have been involved in illegal occupations or engaged in criminal acts involving theft, destruction of property, and physical aggression towards others.

The statement that appears immediately following in the Clinical Interpretive Report, but was missing from Ms. Turner's report, states:

> Other features of the antisocial personality constellation, such as egocentricity, lack of impulse control, disregard for others, disloyalty, and recklessness, do not appear to be particularly prominent characteristics of the respondent's clinical picture by comparison.[65]

---

[64] Personality Assessment Inventory Clinical Interpretive Report for Charles Hall, pp.6-7.
[65] Personality Assessment Inventory Clinical Interpretive Report, pp.6-7.

IFCD 00028619

The clinical scales on the PAI are associated with marked distress. An item-by-item review of all four validity scales was not consistent with extensive distortion or exaggeration of symptomatology. After meeting with, interviewing, and testing Mr. Hall for over 20 hours, and having personally reviewed thousands of pages of records, alongside the 344 items that comprise the PAI, it is my professional opinion that Mr. Hall's clinical profile on the PAI speaks to genuine marked distress and severe impairment consistent with a diagnosis of PTSD. The following are taken directly from the Clinical Interpretive Report:

Mr. Hall's responses on the PAI suggest that he is a person with significant unhappiness, moodiness, and tension. His self-esteem is quite low and he views himself as ineffectual and powerless. The disruptions in his life have him left uncertain about his goals and priorities, and tense and pessimistic about what the future may hold. He reports difficulty concentrating and making decisions, and the combination of hopelessness, agitation, confusion, and stress apparent in his scores may place him at increased risk for self-harm.

Mr. Hall reports a level of depressive symptomatology that is unusual even in clinical samples. He is severely depressed, discouraged, and withdrawn, and most likely meets criteria for a major depressive disorder. He is likely to be plagued by thoughts of worthlessness, hopelessness, and personal failure. He admits openly to feelings of sadness, a lot of interest in normal activities and a loss of sense of pleasure and things that were previously enjoyed. He is likely to show disturbances in sleep patterns. Psychomotor slowing might also be expected.

Mr. Hall indicated that he is experiencing a discomforting level of anxiety and tension. He is plagued by worry. He feels a great deal of tension, has difficulty relaxing, and likely experiences fatigue as a result of high perceived stress.

IFCD 00028620

The number of aspects of his self-description suggests noteworthy peculiarities in thinking and experience. He is likely to be a socially isolated individual who has few interpersonal relationships that could be described as warm and close. He may have limited social skills, with particular difficulty interpreting the normal nuances of interpersonal behavior that provide the meaning to personal relationships. His social isolation and detachment served to decrease his sense of discomfort that interpersonal contact fosters.

His thought processes are likely to be marked by confusion, distractibility, and difficulty concentrating, and he may experience his thoughts as being somehow blocked or disrupted. However, active psychotic symptoms such as hallucinations or delusions do not appear to be a prominent part of the clinical picture at this time.

Mr. Hall describes a level of suspiciousness and mistrust in his relations with others that is unusual even in clinical samples. Such a pattern is often associated with prominent hostility and paranoia of potentially delusional proportions. He is likely to be a hypervigilant who often questions and mistrust the motives of those around him. He is extremely sensitive in his interactions with others and likely harbor strong feelings of resentment as a result of the perceived slights and insults. He is quick to feel that he is being treated inequitably and often holds grudges against others, even if the perceived affront unintentional. Consistent with the constellation of hypervigilance, suspiciousness, and resentment, he probably is seen by others as being quite hostile.

Mr. Hall is experiencing specific fears or anxiety surrounding some situations. He is likely to display significant phobic symptoms and behaviors. He monitors the environment in a vigilant fashion to avoid contact with the feared object or situation.

IFCD 00028621

His responses suggest that a major problem for him lies in the area of heightened emotional responsiveness. He is likely to get quite emotionally labile, manifesting fairly rapid and extreme mood swings and, in particular, probably experiences episodes of poorly controlled anger.

He is concerned about physical functioning and health matters in general. He is preoccupied with his health status and physical problems. His social interactions and conversations likely often focus on his health problems, and his self-image may be largely influenced by a belief that he is handicapped by his poor health.

He describes no significant problems in the following areas; Unusually elevated mood or heightened activity.

His self-concept involves generally harsh, negative self-evaluation. He is prone to be very self-critical and pessimistic, dwelling on the past failures and lost opportunities was considerable uncertainty and indecision about his plans and goals for the future. Given this self-doubt, he tends to blame himself for setbacks and sees any prospects for future success as dependent upon the actions of others.

Mr. Hall is very uncomfortable in social situations. He appears to have little interest in our need for interacting with others and likely takes a rather passive, submissive stance when dealing with others. His lack of interest may result in him being socially isolated. He sees others as rejecting and uncaring and believes that there is hardly anyone in his environment to whom he can turn for help.

With respect to suicidal ideation he reports experiencing intense and recurrent suicidal thoughts at a level typical of individuals placed on suicide precautions. The potential for

IFCD 00028622

suicide should be evaluated immediately and appropriate interventions should be implemented without delay.

With respect to anger management the pattern of responses suggests that aggressive behaviors play a predominant role in the clinical picture and that such behaviors may represent a potential treatment complication. He is an individual who is easily angered, has difficulty controlling the expression of his anger, and is perceived by others as having a hostile angry temperament. When he loses control of his anger, he's likely to respond with more extreme displays of anger, including damage to property and threats to assault others. However, some of these displays may be sudden and unexpected, as he may not display his anger readily when it is experienced. It is likely that those around him are intimidated by his potentially explosive temper and the potential for physical violence. It should also be noted that his risk for aggressive behavior is further exacerbated by the presence of a number of features, such as a limited capacity for empathy, affective liability, and a sense of persecution, that have been found to be associated with increased potential for violence.

He is interested in making changes in his life and he appears motivated for treatment. His responses indicate an acknowledgement of important problems, a perception of a need for help in dealing with these problems, and a positive attitude toward his responsibility to pursuing treatment.

A total of 27 PAI items reflecting serious pathology have very low endorsement rates in normal samples. These items have been termed critical items. Endorsement of these critical items is not in itself diagnostic but review of the content of these items with the patient may help to clarify the presenting clinical picture.

IFCD 00028623

The interpretations of responses above seem to suggest that Mr. Hall is a deeply traumatized individual. Among the specific items that Mr. Hall endorsed that are particularly related to traumatic stressors and were printed in a section entitled "Critical Items" in the PAI Score Profile are:

| |
|---|
| I keep reliving something horrible that happened to me |
| I've been troubled by memories of a bad experience for a long time |
| I have had some horrible experiences that make me feel guilty |
| Since I had a very bad experience, I am no longer interested in some things that I used to enjoy |

Mr. Hall's PAI profile required further exploration and analysis than what was previously done. An overwhelming number of Mr. Hall's responses suggest a diagnosis of posttraumatic stress disorder. In addition, Mr. Hall is profoundly depressed, anxious, and hopeless. Symptoms of hypervigilance, suspiciousness, and distrust are prevalent and likely associated with his trauma history.

**<u>Antisocial Personality Disorder Diagnosis</u>**

Mr. Hall has been diagnosed with Antisocial Personality Disorder (ASPD) in the past. This diagnosis was made without knowledge of this trauma history. According to the DSM-5, clinicians are warned that "the diagnosis may at times be misapplied to individuals in… adverse circumstances and environments (e.g. child maltreatment and exposure to violence) that generate behaviors that resemble those of antisocial personality disorder but are instead reactive and contextual." Having uncovered Mr. Hall's trauma history, and conducted a diagnostic interview for PTSD, an ASPD diagnosis is misinformed and misapplied.

IFCD 00028624

**Agoraphobia**

Mr. Hall has been diagnosed with Agoraphobia in the past. According to the DSM-5:

> Individuals with certain medical conditions may avoid situations because of realistic concerns about being incapacitated (e.g., fainting in an individual with transient ischemic attacks) or being embarrassed (e.g., diarrhea in an individual with Crohn's disease). The diagnosis of agoraphobia should be given only when the fear or avoidance is clearly in excess of that usually associated with these medical conditions.

Given this medical exclusion, Mr. Hall's behavior does not meet diagnostic criteria for Agoraphobia.

**Post-traumatic Stress Disorder/Complex Post-traumatic Stress Disorder**

Based on the fifth edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM-5), released on May 18, 2013 and in use at the time of Mr. Hall's trial and sentencing, Mr. Hall is suffering from Posttraumatic Stress Disorder, with Depersonalization and Derealization. Mr. Hall was repeatedly sexually assaulted as a 13-year old by Jerry Mintz, while he was a student at Shaker Mountain School, during the 1984-1985 school year. He persistently re-experiences the sexual trauma through unwanted upsetting memories, flashbacks, emotional distress and physical reactivity after exposure to traumatic reminders. He actively avoids trauma-related reminders, thoughts, and feelings. After the sexual trauma, Mr. Hall formed overly negative thoughts and assumptions about himself and the world, had decreased interest in activities, and felt isolated. He became irritable and aggressive, engaged in risky and destructive behavior, was hypervigilant, had a heighted startle reaction, had difficulty concentrating, and developed difficulty sleeping. These symptoms have persisted for nearly 40 years and have caused significant distress and functional impairment for him. Never before had he disclosed the fact that he was sexually abused. He has never before been

IFCD 00028625

diagnosed with or treated for PTSD. The diagnosis of complex PTSD (C-PTSD) was not included in the International Statistical Classification of Diseases and Related Health Problems (ICD-11) until 2018 and would not therefore have been relevant at the time of Mr. Hall's sentencing.

The following Figure. 1, adapted from Du, J. et. al.'s 2022 published review of PTSD, illustrates the symptom clusters in the DSM-5 and ICD-11 diagnostic criteria. Diagnostic criteria for post-traumatic stress disorder include four symptom clusters in the DSM-5 (A) and three symptom clusters in the ICD-11 (B). The complex post-traumatic stress disorder in the ICD-11 consists of six symptom clusters (B).



C-PTSD, or developmental PTSD as it is also called, refers to the constellation of symptoms that may result from prolonged, chronic exposure to traumatic experiences,

IFCD 00028626

especially in childhood.[66] Individuals are considered to have complex PTSD if they meet these symptoms and in addition endorse 1) affect dysregulation, 2) negative self-concept, and 3) disturbed relationships.[67] Individuals who meet diagnostic criteria for C-PTSD often exhibit persistent sadness, suicidal thoughts, and explosive anger and feeling of helplessness. Shame and guilt frequently form part of their negative self-concept and they often isolate themselves from others, have difficulty with trust, or seek someone to assume the role of a rescuer. Mr. Hall certainly exhibits may of these signs of affective dysregulation, interpersonal disturbances, and negative self-concept.

It may be difficult to distinguish PTSD from complex psychiatric disorders due to the high degree of symptom overlap, particularly when trauma histories are uncertain. A longitudinal epidemiological study reported that approximately 91% of patients with PTSD also met the criteria for other psychiatric diagnoses.[68] Once a trauma history is uncovered, a thorough evaluation of PTSD symptoms must take priority over precedent.

The pathophysiology of PTSD is complex, involving abnormal neural circuits, molecular mechanisms, and genetic mechanisms.[69] Fear-based emotional reactions and long-lasting negative emotions are hallmark symptoms of PTSD. Functional neuroimaging shows a fear response with increased activity in the amygdala, dorsal anterior cingulate cortex and insular cortex; and decreased activity in the medial prefrontal cortex, rostral anterior cingulate

---

[66] Rosenfield, P. J., Stratyner, A., Tufekcioglu, S., Karabell, S., McKelvey, J., & Litt, L. (2018). Complex PTSD in ICD-11: A Case Report on a New Diagnosis. *Journal of psychiatric practice*, *24*(5), 364–370.

[67] Roth, S., Newman, E., Pelcovitz, D., van der Kolk, B., & Mandel, F. S. (1997). Complex PTSD in victims exposed to sexual and physical abuse: Results from the *DSM-IV* field trial for Posttraumatic Stress Disorder. *Journal of Traumatic Stress, 10,* 539-555.

[68] Bryant, R. A., O'Donnell, M. L., Creamer, M., McFarlane, A. C., Clark, C. R., & Silove, D. (2010). The psychiatric sequelae of traumatic injury. *The American journal of psychiatry*, *167*(3), 312–320.

[69] Du, J., Diao, H., Zhou, X., Zhang, C., Chen, Y., Gao, Y., & Wang, Y. (2022). Post-traumatic stress disorder: a psychiatric disorder requiring urgent attention. *Medical review (2021)*, *2*(3), 219–243.

IFCD 00028627

cortex and hippocampus. Hypoactivity of the ventromedial prefrontal cortex results in the inability of the cortex to inhibit amygdala, and hyperactivity of the dorsal anterior cingulate cortex, contributes to the increased activity of amygdala in patients with PTSD, and then the amygdala outputs to other emotional nucleus associated with fear conditioning after integrating information. The following figure illustrates the abnormal activities of brain regions in patients with post-traumatic stress disorder.[70]



Stress results in acute and chronic changes in neurochemical systems and specific brain regions, which result in long-term changes in brain "circuits," involved in the stress response.

[70] Du, J., Diao, H., Zhou, X., Zhang, C., Chen, Y., Gao, Y., & Wang, Y. (2022). Post-traumatic stress disorder: a psychiatric disorder requiring urgent attention. *Medical review (2021)*, 2(3), 219–243.

IFCD 00028628

Brain regions that are felt to play an important role in PTSD include hippocampus, amygdala, and medial prefrontal cortex.

## NEUROIMAGING ANALYSES

Mr. Hall underwent a structural MRI and Positron Emission Tomography/MRI at Indiana University Health Neuroscience Center on September 26, 2023. The structural MRI was further analyzed using the IcoBrain-dm/Icometrix software routinely used at the IU Health Neuroscience Center. The resulting images and analyses revealed multiple abnormalities in critical areas of the brain for emotional regulation, visual-spatial processing, mathematics, language, memory, and attention.[71]

Structural MRI showed volume loss in the posterior parietal regions of Mr. Hall's brain, bilaterally, with greater volume loss of the right versus the left side. PET/MRI, which combines a positron emission tomography scan with an MRI into one, found a 20% reduction in metabolism in the same parietal areas with diffuse parenchyma loss within the temporoparietal predominance.[72] MRI also found multiple white matter subcortical hyperintensities (3 in the left frontal area, 1 in the right subcortical area) and a 6x4x4 pineal gland cyst.

### The Posterior-Parietal Cortex and the Temporoparietal Junction

The results of this neuropsychological evaluation confirmed a previously documented diagnosis of Simple Learning Disorder in Mathematics, or Dyscalculia as it is otherwise called, despite otherwise average intellectual abilities. Volume loss and decreased metabolism in the

---

[71] See IU Health Neuroscience Center Report, independent radiologic evaluation by Avery Knapp, Jr. M.D. and review of findings by Erin Bigler, M.D.

[72] Brain parenchyma refers to the functional tissue in the brain, made up of neurons (i.e. brain cells) and glial cells. Loss of parenchymal cells often results in loss of cognitive ability.

IFCD 00028629

right posterior parietal and right temporoparietal areas along with abnormalities in the right superior longitudinal fasciculus and right arcuate fasciculus, correlated with observations of poor performance on the following right hemisphere mediated tasks: visual-construction; abstract nonverbal reasoning and nonverbal transitive deductive logic; visual-spatial memory; inattention, impulsivity, and poor sustained attention and vigilance on a continuous auditory attention test with a right ear advantage; a right hand advantage on a test of manual-motor finger-tapping test; and difficulty benefitting from feedback on a test of non-verbal conceptual reasoning and mental flexibility. The right-temporoparietal junction plays a key role in the ability to orient one's attention to novelty. Individuals with damage to the right temporoparietal area sometimes neglect things on the left.

Developmental Dyscalculia is a function of multiple dysfunctional circuits that comprise the frontoparietal network.[73] Tempo-parietal abnormalities in the right hemisphere and the pathways that connect this area with the dorsolateral prefrontal cortex have been shown to be key neuroanatomical correlates of dyscalculia.[74] Another critical role of this region is the ability to interpret non-verbal cues, thereby impacting social interaction, as well as the ability to take another person's perspective and to show empathy and sympathy.

The left temporoparietal junction contains two important brain areas for language processing, Wernicke's area and the angular gyrus. Together they are involved in language processing and comprehension for both written and spoken formats. The left temporo-parietal area and the corresponding angular gyrus on that side plays a major role in the sensory-motor

---

[73] Kuhl U, Sobotta S, Legascreen Consortium, Skeide MA (2021) Mathematical learning deficits originate in early childhood from atypical development of a frontoparietal brain network. PLOS Biology 19(9): e3001407.
[74] Rykhlevskaia, E., Uddin, L. Q., Kondos, L., & Menon, V. (2009). Neuroanatomical correlates of developmental dyscalculia: combined evidence from morphometry and tractography. *Frontiers in human neuroscience*, *3*, 51. https://doi.org/10.3389/neuro.09.051.2009.

IFCD 00028630

control of writing. Within the superior parietal cortex, the angular gyrus is involved in the visuospatial processes to control the layout and spacing of text.  This area is also implicated in semantic fluency.

The temporoparietal junction has also been implicated in Theory of Mind, the ability to infer the goals and intentions of another person, essential for successful interpersonal functioning.[75] Mr. Hall is even more handicapped in his ability to read nonverbal cues and infer the intentions of others due to PTSD related heightened state of autonomic arousal and hypervigilance.

## White Matter Hyperintensities

Multiple, scattered white matter subcortical hyperintensities were noted on Mr. Hall's MRI. There may be multiple factors associated with this finding. In Mr. Hall's case, they may be associated with traumatic head injury and/or migraine headaches. They may also be extraintestinal manifestations of Crohn's disease.[76]

## Pineal Gland Cyst

MRI also revealed a 6x4x4 pineal cyst. Pineal gland abnormalities are associated with sleep disturbances. The pineal gland is part of the endocrine system. It secretes melatonin, which plays a key role in the regulation of circadian rhythms (i.e. the body's sleep wake cycle).Mr. Hall has a long history of sleep disturbances.

---

[75] Bitsch, F., Berger, P., Nagels, A., Falkenberg, I., & Straube, B. (2018). The role of the right temporo-parietal junction in social decision-making. *Human brain mapping*, *39*(7), 3072–3085.
[76] Li, L., Ma, J., Xu, J. G., Zheng, Y. L., Xie, Q., Rong, L., & Liang, Z. H. (2021). Brain functional changes in patients with Crohn's disease: A resting-state fMRI study. *Brain and behavior*, *11*(8), e2243.

IFCD 00028631

Recent studies also suggest an association between sleep disturbances and irritable bowel disease. Melatonin has been shown to have an interesting effect on the disease pathology of irritable bowel disease. It can enhance the guts bacteria with anti-inflammatory properties, regulate the immune response, alleviate inflammation and attenuate oxidative stress.

Melatonin supplements have proven effective in relieving inflammation and promoting healing of intestinal ulcers in animal studies. More recent studies with human subjects suggest that melatonin supplementation can be helpful in reducing disease activity.[77]

Pineal gland cysts have also been associated with migraine headaches without auras and auditory hallucinations. Mr. Hall has ongoing migraine headaches (which may be related to observed white matter hyperintensities). He also has a history of auditory hallucinations, especially when he is on chronic, high doses of prednisone.

## DIFFUSION TENSOR IMAGING (DTI)

Diffusion tensor imaging (DTI) studies of Mr. Hall's brain were also conducted. DTI allows for imaging of white matter tracts (i.e. myelinated axons) that make up the brain's neural networks and allow for communication between different brain regions. DTI imaging of Mr. Halls's brain identified significant deviations from normal in the cingulum bundle, uncinate fasciculus, superior longitudinal fasciculus II, arcuate fasciculus, and optic radiation. Abnormal asymmetry was also noted in the fornix.

---

[77] Mostafa Vaghari-Tabari, Soheila Moein, Ali Alipourian, Durdi Qujeq, Faezeh Malakoti, Forough Alemi, Bahman Yousefi, Sepideh Khazaie, Melatonin and inflammatory bowel disease: From basic mechanisms to clinical application, Biochimie, Volume 209, 2023, Pages 20-36.

IFCD 00028632

## Cingulum Bundle

The Cingulum Bundle interconnects the frontal, parietal, and medial temporal sites, while also linking subcortical nuclei to the cingulate gyrus. Its composition continually changes as fibers join and leave the bundle. It plays a role in executive control, emotion regulation, pain, and episodic memory and is implicated in numerous psychiatric conditions.[78]

The DTI study on Mr. Hall's brain demonstrated diffusion tensor imaging fractional anisotropy (FA) greater than 95th percentile in the left cingulum. There is a growing body of literature regarding white matter integrity related to PTSD. Positive correlations between the FA of the left cingulum bundle and PTSD symptom severity have been identified.[79]

## Left Uncinate Fasciculus

Mr. Hall's left uncinate fasciculus is significantly smaller in volume than normal ($0.4^{th}$ percentile). The uncinate fasciculus is a bidirectional, long-range white matter tract. It connects orbitofrontal cortex to the anterior temporal lobes. It is implicated in several developmental and psychiatric disorders. Left uncinate fasciculus volume has been shown to correlate with major depressive disorder.[80] It is also believed to play a key role in the ability to learn from experience.[81]

---

[78] Bubb, E.J., Metzler-Baddley, C., Aggleton, J.P.(2018) The cingulum bundle: Anatomy, function, and dysfunction. *Neuroscience and Biobehavioral Reviews, vol 92,* 104-127.

[79] Averill, C. L., Averill, L. A., Wrocklage, K. M., Scott, J. C., Akiki, T. J., Schweinsburg, B., Southwick, S. M., Krystal, J. H., & Abdallah, C. G. (2018). Altered White Matter Diffusivity of the Cingulum Angular Bundle in Posttraumatic Stress Disorder. *Molecular neuropsychiatry*, *4*(2), 75–82.

[80] Guanmao Chen, Siying Fu, Pan Chen, Shuming Zhong, Feng Chen, Long Qian, Zhenye Luo, Youling Pan, Guixian Tang, Yanbin Jia, Li Huang, Ying Wang (2022). Reduced myelin density in unmedicated major depressive disorder: An inhomogeneous magnetization transfer MRI study. *Journal of Affective Disorders, Volume 300,* 114-120

[81] Von Der Heide, R. J., Skipper, L. M., Klobusicky, E., & Olson, I. R. (2013). Dissecting the uncinate fasciculus: disorders, controversies and a hypothesis. *Brain : a journal of neurology*, *136*(Pt 6), 1692–1707.

IFCD 00028633

The uncinate fasciculus is commonly implicated in white matter damage associated with traumatic brain injury. Its location makes it particularly susceptible to immediate impact and shearing injuries in head trauma. White matter hyperintensities are also associated with traumatic head injury. Mr. Hall's white matter hyperintensities are predominantly in the left frontal lobe area within the same relative vicinity of his left uncinate fasciculus.

## Arcuate Fasciculus

The arcuate fasciculus is a major anterior/posterior tract that contains both long and short fibers connecting the frontal, parietal, and temporal lobes.[82] It plays a role in the left hemisphere in language processing (e.g. semantic fluency) and in the right hemisphere in visuospatial processing and some aspects of language such as prosody and semantics.

Both the left and right arcuate fasciculus are significantly smaller in Mr. Hall than in the general population, left (4.737 percentile) and right (5.233 percentile).

## Right Superior Longitudinal Fasciculus II

Mr. Hall's superior longitudinal fasciculus II volume on the right (4.5 percentile) is significantly smaller than in the normative group. The superior longitudinal fasciculus II extends from the inferior parietal lobule to the middle frontal gyrus which in the right hemisphere has essential social functions, such as attention, emotion, theory of mind, and visuospatial cognition.[83].

---

[82] Catani, M., & Thiebaut de Schotten, M. (2008). A diffusion tensor imaging tractography atlas for virtual in vivo dissections. *Cortex; a journal devoted to the study of the nervous system and behavior*, *44*(8), 1105–1132.
[83] Nakajima, R., Kinoshita, M., Miyashita, K. *et al.* Damage of the right dorsal superior longitudinal fascicle by awake surgery for glioma causes persistent visuospatial dysfunction. *Sci Rep* **7**, 17158 (2017).

IFCD 00028634

The SLFII is a massive bundle connecting widespread areas of the frontal and the parietal lobes. The right SLFII preferentially connects the angular gyrus and the superior parietal lobe with the caudal and rostral middle frontal gyrus, respectively. It is presumed that this system plays a role in the regulation of attention in spatial orientation. This is in keeping with the fact that the right SLF II is responsible for faster and preferential visuospatial processing in the right hemisphere.[84]

**Fornix** Mr. Hall's visual-spatial memory is worse than his verbal memory. This difference may be reflected in the asymmetry that was detected in his fornix (fractional anisotropy asymmetry, 3.1%).

## SUMMARY & CONCLUSIONS

It is difficult to speculate about the precise etiology of Mr. Hall's brain abnormalities. They may be developmental in nature, consistent with his diagnosis of developmental dyscalculia. They may be acquired secondary to exposure to psychological trauma (sexual abuse) or traumatic head injuries, or even related to inflammatory bowel disease.

While the picture that emerges is a complicated one, fundamentally it remains true, that regardless of etiology multiple areas of Mr. Hall's brain are abnormal. Similarly, no matter how they manifest clinically, the fact that they are abnormal remains regardless. An important point is to recognize that these brain abnormalities render Mr. Hall all the more vulnerable to adverse effects in response to a broad range of stressors and circumstances such as negative neuropsychiatric complications in response to high, prolonged levels of prednisone.

[84] Thiebaut de Schotten M, Dell'Acqua F, Forkel SJ, Simmons A, Vergani F, Murphy DGM, et al.. A lateralized brain network for visuospatial attention. *Nat Neurosci*. (2011) 14:1245–6. 10.1038/nn.2905

IFCD 00028635

Clinical interviews, behavioral observations, review of records, tests of neuropsychological functions, and measures of psychopathology/personality were consistent and convergent with decreased volume and metabolism in key right parietal and right temporoparietal regions and association fibers that underly both cognitive abilities, emotional regulation, and interpersonal success. Areas in Mr. Hall's brain critical for accurately interpreting the needs and intentions of others in order to form warm and meaningful connections as well as areas meant for protection in the face of threat are as compromised as areas important for mathematics.

PTSD leads to persistent and heightened autonomic arousal and a tendency to misperceive and over-react to threat at both the subcortical level of the brain's panic button (the amygdala) as well as the level of the brain's regulatory body (the frontal lobes). With a brain that is often inaccurate in interpreting the intent of others and simultaneously primed to overreact when feeling slighted or threated, it is easy to understand why Mr. Hall has literally been begging to be separated from others throughout the many years he has been imprisoned. While it is true that he is anxious about the possibility of a leak in his ostomy bag, his need for isolation is far greater than that.

In isolation Mr. Hall can better manage his behavior and emotions. In isolation he is less likely to get triggered and overreact. He does not feel like he is continuously under threat.. He does not need to read other people's intentions and needs. He only has to focus on himself and his health.

Brain based difficulties with emotion regulation, difficulties reading nonverbal cues, and accurately judging the intention of others, combined with PTSD autonomic dysregulation,

IFCD 00028636

chronic sleep deprivation, and inescapable pain, it is not difficult to see why Mr. Hall was begging to be housed separately from others.

He has been so overwhelmed with negative emotion that he has made serious suicide attempts. He repeatedly attempted to either end his own life or ensure that he is away from other people in order to remain in charge of his emotions. He asked the BOP repeatedly to be placed in isolation from other inmates, warning them of the possibility of assaults or homicide if he was not so isolated. He tried to warn the BOP of his being flooded with such negative emotion he could not manage it on his own.

Mr. Hall was an emotionally fragile being placed in an open, unstructured, unsupervised mental health unit, physically ill and in pain, receiving medical care that was well below the standard, in a state of steroid induced agitation. The homicide was a culmination of this, combined with his placement near a volatile co-defendant.

It bears repeating that he has not had any disciplinary infractions in the past 14 years.

The combination of his brain impairments and his PTSD account for his prior misapplied diagnoses and the ineffectiveness of any treatment he previously had access to. His medical diagnoses and pain also play a role in his ability to cope with everyday stressors. While Mr. Hall's learning disability and brain impairments are permanent, proper accommodations during his school years could have alleviated the impact on his life and his well being.

The key to understanding Mr. Hall and preventing the tragedy that occurred on January 26, 2010, is in the PAI that was dismissed as invalid without due diligence. Signs of marked distress and severe psychological impairment were ignored. The risk for self-harm and harm of others was woefully underestimated. A constellation of signs and symptoms consistent with

IFCD 00028637

a PTSD diagnosis, (self-criticism, hypervigilant, avoidance, relational problems, interpersonal problems, cognitive problems, emotional instability) were lost even as Mr. Hall was endorsing statements that were clearly printed in a section entitled Critical Items to specifically draw the attention of the examiner: Statements that are not nuanced:

| |
|---|
| I keep reliving something horrible that happened to me |
| I've been troubled by memories of a bad experience for a long time |
| I have had some horrible experiences that make me feel guilty |
| Since I had a very bad experience, I am no longer interested in some things that I used to enjoy |

Mr. Hall's history of sexual trauma has been repressed for nearly his entire life, exacerbating his shame and symptoms. He accepts responsibility for and regrets his role in the murder of Mr. Castro-Rodriguez. He remains as he was in 2008, motivated to change. With appropriate treatment, Mr. Hall can come to a place of empowerment and recovery from his history of trauma.

Respectfully submitted,

_____

IFCD 00028638

IFCD 00028638

**<u>Appendix A. Materials Reviewed</u>**

IFCD 00028639

**<u>Trial Testimony:</u>**

 Testimony of Robert Fucetola, PhD

 Testimony of Benjamin Ramos

 Testimony Charles Hall, Sr.

 Testimony of Daniel Shine, MD

 Testimony of Dorothy Hall

 Testimony of Eric Storms

 Testimony of Henry Small

 Testimony of James Kennedy, MD

 Testimony of James Osterrieder

 Testimony of John Mandarelli

 Testimony of John Wisner, MD

 Testimony of Kellie Sbardella

 Testimony of Kenneth Daugherty

 Testimony of Maureen Reardon

 Testimon of Michael Tausek

 Testimony of Michelle Bories

 Testimony of Mindy Graham

 Testimony of Park Dietz

 Testimony of Paula O'Brien

 Testimony of Richard Staples, PhD

 Testimony of Ronald Harnish

 Testimony of Ruth Mattson

 Testimony of Steven Parks

 Testimony of Todd Miller

 Testimony of William Flynn

**<u>Expert records and reports:</u>**

 Records from Dr. Fucetola's file

 Dr. Fucetola's report

IFCD 00028640

Dr. Fucetola's C.V.

Dr. Wisner's report

Dr. Wisner's addendum to his report

Dr. Wisner's C.V.

Pages from Dr. Staples file

Park Dietz Eval Video, Parts 1 – 4

Dr. Dietz Report

Charles Hall PAI

PAI Report

Dr. Dietz power point with inserted video clips

Dr. Dietz Report regarding Coonce

Rochester psychological testing records

Memo from interview with Betty Smith

Social History report from Rebecca Cohen

Report from Dr. Hilary Steinhart

Report from Dr. Howard Fradkin

Report from Dr. Maureen Baird

MRI results, report and data

Report from Dr. Ruben Gur

Report from Dr. Avery Knapp

Addendum report from Dr. Avery Knapp

Report from Dr. Erin Bigler

Declaration from Dr. John Wisner


**<u>Records</u>**

BOP Medical Records

Maine General Medical Center Records

Maine Medical Center Records

Mercy Hospital Records

IFCD 00028641

Various School Records

Homestead Records

Maine Dept Of Corrections Detention Records

Maine Dept Of Corrections Medical Records Correct Care Solutions

CCA-Leavenworth Detention Center Detention Records

CCA-Leavenworth Detention Center Medical Records

Greene Co Missouri Sheriff's Dept Medical Records

Frisbie Memorial Hospital Records

Mayo Clinic Records

Maine HHS Adoption Records

Music Behind Bars Video File

Family photos

Maine Dartmouth Family Clinic

Handwritten suicide note

Sweetser Children's Home records


**FBI and Incident reports:**

2011.10.19 Carter, Gene 302 re threatening letters from Hall

2011.10.19 Osterrieder, James 302 re letter from Hall

Coonce statements

Hall statements and letters

Initial Reports of homicide

Letters to Jay McCloskey from Hall and related letters


**Post-conviction collected lay declarations:**

Abair, Lucy

AvRutick, Joni

Bories, Michelle

Carr, Peter

Curtis, Bonnie Sue


IFCD 00028642

Dougherty, Rick

Dubois, Renee

Durbin, Zack

Duval, Chris

Foxwell, Derek

Ginsberg, Jane

Herbst, Doris

Jackson, Bruce

Kimber, John

Koenke, Theresa

Lamb, Juno

LeClaire, Mark

Mandarelli, John

Mashteare, Jessie

McKegney, Kevin

Meister, Torley

Miles, Liz

Miles, Trish

Moretto, Lou

Nasse, Mary

Parks, Steve

Ruff, David

Sanderson, Bruce

Sawyer, Malcolm

Shumway, Susan

Smith, Edith

Swahlen, Cindy

Tayman, Rick

Tilghman, Mary

Tomasi, Lisa

IFCD 00028643

**<u>Appendix B. Photographs of Mr. Hall's Stoma</u>**

IFCD 00028644



**Duke**Health

Hall, Charles
MRN: D3191574, DOB: 4/6/1971, Sex: M
Adm: 5/6/2022, D/C: 5/9/2022

PROVIDER PROGRESS NOTES (continued)

Progress Notes by Martin, Hannah Louise, MD at 5/9/2022 10:47 AM (continued)





IFCD 00028645

**Appendix C. Neuropsychological Test Data**

IFCD 00028646

## Wechsler Adult Intelligence Scale IV: Full Scale IQ and Index Scores

| Scale | Skill Assessed | Composite Score | Percentile Rank |
|---|---|---|---|
| Verbal Comprehension (VCI) | Verbal concept formation, verbal reasoning, and knowledge acquired from the environment. | 107 | 68 |
| Perceptual Reasoning (PRI) | Perceptual and fluid reasoning, spatial processing, and visual-motor integration. | 98 | 45 |
| Working Memory (WMI) | Attention, concentration, mental manipulation, mental arithmetic and reasoning. | 102 | 55 |
| Processing Speed (PSI) | Speeded visual searching and scanning, attention, and visual-motor coordination. | 100 | 50 |
| Full Scale IQ (FSIQ) | General intellectual ability. | 102 | 55 |

| Subtest | Raw Score | Skill Assessed | Scaled Score |
|---|---|---|---|
| Block Design | 44 | Timed analysis and synthesis of abstract visual stimuli. | 11 |
| Similarities | 28 | Verbal concept formation and abstract verbal reasoning. | 11 |
| Digit Span | 27 | Auditory attention, auditory working memory, and mental manipulation. | 10 |
| Matrix Reasoning | 14 | Untimed abstract non-verbal reasoning, classification and perceptual organization. | 8 |
| Vocabulary | 48 | Work knowledge and expressive vocabulary, verbal concept formation. | 13 |
| Arithmetic | 16 | Mental manipulation, concentration, attention, and numerical reasoning. | 11 |
| Symbol Search | 30 | Processing speed, visual discrimination, psychomotor speed and coordination. | 10 |
| Visual Puzzles | 14 | Nonverbal reasoning and the ability to analyze and synthesize visual stimuli. | 10 |
| Information | 14 | The ability to acquire, retain, and retrieve factual knowledge. | 10 |
| Coding | 64 | Visual processing, visual motor speed and coordination, attention, and concentration. | 10 |
| Figure Weights | 9 | Quantitative and analogical reasoning. | (7) |
| Picture Completion | 16 | Visual recognition of essential details of objects. | (13) |

IFCD 00028647

## Wide Range Achievement Test – 5

| WRAT-5: Green Form | Standard Score | Percentile Rank | Grade Equivalent |
|---|---|---|---|
| Reading | 104 | 61 | >12.9 |
| Spelling | 98 | 45 | >12.9 |

## Woodcock-Johnson Tests of Achievement - IV

| Subtest | Skill Assessed | Standard Score | Grade Equivalent |
|---|---|---|---|
| Sentence Reading Fluency | Speed of reading short sentences and answering "yes" or "no" to each. | 103 | 13.0 |
| Word Reading Fluency | Reading words for meaning under timed conditions. | 97 | 10.4 |
| Calculations | The ability to perform mathematical computations. | 89 | 6.1 |
| Math Fluency | Speed of performing simple arithmetic calculations. | 99 | 13.0 |
| Sentence Writing Fluency | Writing short sentences using three words, under timed conditions. | 97 | 7.8 |

## Test of Word Reading Efficiency-Form A

| Subtest | Raw Score | Grade Equivalent |
|---|---|---|
| Sight Word Reading | Single word decoding | 10.0 |
| Phonemic Decoding Efficiency | Single non-word decoding | 11.0 |

## Nelson Denny Reading Comprehension Test – Form H, Standard Time

| Subtest | Raw Score | Percentile Rank | Grade Equivalent |
|---|---|---|---|
| Reading rate | 206 | 37 | |
| Comprehension | 46 | 56 | 11.3 |

IFCD 00028648

**Delis Kaplan Executive Functions Scale: Verbal Fluency (Alternate Form)**

| | Skill Assessed | Scaled Score | Percentile Rank |
|---|---|---|---|
| Letter Fluency (B,H,R) | Phonemic Fluency: the ability to generate words in an effortful, phonemic format. | 11 | 63 |
| Category Fluency | Semantic Fluency: the ability to generate words from overlearned concepts. | 8 | 25 |

**Rey-Osterrieth Complex Figure Test**

| | Task Description | Skill Assessed | Raw Score | Percentile Rank |
|---|---|---|---|---|
| Copy | Visuocontruction drawing task in which the examinee is asked to copy a relatively complex figure | Visual-motor skills, visual-spatial reasoning, planning, strategy, and organization | 25/36 | <1st |

**Benton Tests**

| | Skill Assessed | Raw Score | Interpretation |
|---|---|---|---|
| Benton Facial Recognition Test – Long Form | Face recognition | 40 | Borderline |
| Benton Judgment of Line Orientation | Visual-spatial reasoning | 23 | Low Average |

**Wechsler Memory Scale - IV**

| Subtest | Scaled Score | Percentile Rank | Cumulative Percentage (Base Rate) |
|---|---|---|---|
| Logical Memory I | 11 | 63 | |
| Logical Memory II | 11 | 63 | |
| Logical Memory II Recognition | | | 26-50 |
| Verbal Paired Associates I | 10 | 50 | |
| Verbal Paired Associates II | 15 | 95 | |
| Verbal Paired Associates II Recognition | | | >75 |

IFCD 00028649

**California Verbal Learning Test-3: Alternate Form**

| Subtest | Raw Score | Scaled Score | Percentile Rank |
|---|---|---|---|
| Trial 1 | 7 | 12 | 75 |
| Trial 2 | 11 | 12 | 75 |
| Trial 3 | 11 | 12 | 75 |
| Trial 4 | 12 | 11 | 63 |
| Trial 5 | 13 | 11 | 63 |
| Trial B | 8 | 14 | 91 |
| Short Delay Free Recall | 6 | 6 | 9 |
| Short Delay Cued Recall | 12 | 10 | 50 |
| Long Delay Free Recall | 4 | 5 | 5 |
| Long Delay Cued Recall | 10 | 8 | 25 |
| Yes/No Total Hits | 14 | 8 | 25 |
| Total False Positives | 1 | 12 | |
| Forced Choice Total Hits | 15 | | Base rate: 6.0 |
| | Sum of Scaled Scores | Index Score | Percentile Rank |
| Trial 1-5 | 58 | 109 | 73 |
| Delayed Recall | 29 | 86 | 18 |
| Total Recall Correct | 101 | 100 | 50 |
| | Raw Score | Scaled Score | Percentile Rank |
| Trials 1-5 Semantic Clustering | 3.6 | 12 | 75 |
| Trials 1-5 Serial Clustering | 1 | 11 | 63 |

**Wechsler Memory Scale- IV**

| Subtest | Scaled Score | Percentile Rank | Cumulative Percentage (Base Rate) |
|---|---|---|---|
| Visual Reproduction I | 13 | 84 | |
| Visual Reproduction II | 9 | 37 | |
| Visual Reproduction II Recognition | | | >75 |

IFCD 00028650

## Rey-Osterreith Complex Figure Test

| Assessment Instrument | Subtest | Raw Score | T-Score | Percentile Rank |
|---|---|---|---|---|
| Rey-Osterrieth Complex Figure Test | Immediate Recall | 7 | 22 | <1 |
| | Delayed Recall | 7 | 21 | <1 |
| | Recognition | 20 | 47 | 38 |

## WJ-IV: Working Memory

| Subtest | Skill Assessed | Standard Score | Percentile Rank |
|---|---|---|---|
| Reading Recall | The ability to read a short story silently and then reconstruct the story from memory. | 95 | 37 |

## Connors Continuous Performance Test – 3

| Variable Type | Measure | T-Score | Guideline | Interpretation |
|---|---|---|---|---|
| Detectability | d' | 50 | Average | Average ability to differentiate targets from non-targets. |
| Error Type | Omissions | 46 | Average | Average rate of missed targets. |
| | Commissions | 52 | Average | Average rate of incorrect responses to non-targets |
| | Perseverations | 45 | Average | Average rate of random, repetitive, or anticipatory responses. |
| Reaction Time Statistics | Hit Rate | 58 | A Little Slow | Slightly slow mean response speed. |
| | Hit Rate Standard Deviation | 56 | High Average | Slight inconsistency in reaction time consistency. |
| | Variability | 46 | Average | Good performance: below average variability in reaction time consistency. |
| | Hit Rate Block Change | 49 | Average | Average change in response speed in later blocks. |
| | Hit Rate ISI Change | 63 | Elevated | Substantial reduction in response speed at longer inter-stimulus-intervals. |

IFCD 00028651

## Connors Auditory Test of Attention

| Variable Type | Measure | T-Score | Guideline | Interpretation |
|---|---|---|---|---|
| Detectability | d' | 79 | Very Elevated | Pronounced difficulty differentiating targets from non-targets. |
| Error Type | Omissions | 46 | Average | Average rate of missed targets. |
| | Commissions | 75 | Very Elevated | Very high rate of incorrect responses to non-targets |
| | Perseverations | 68 | Elevated | High rate of incorrectly responding before target. |
| Reaction Time Statistics | Hit Rate | 29 | Atypically Fast | Very Fast mean response speed. |
| | Hit Rate Standard Deviation | 73 | Very Elevated | Very high inconsistency in reaction times. |
| | Hit Rate Block Change | 57 | High Average | Slight reduction in response speed in later blocks. |

## Delis-Kaplan Executive Functions System: Select Subtests

| | Key Function Assessed | Subtest | Raw Score | Scaled Score | Percentile Rank |
|---|---|---|---|---|---|
| Trail Making Test | Assesses visual scanning, letter sequencing, number-letter switching, and motor speed | Visual Scanning | 20 | 11 | 63 |
| | | Number Sequencing | 28 | 12 | 75 |
| | | Letter Sequencing | 29 | 12 | 75 |
| | | Number-Letter Switching | 55 | 13 | 83 |
| | | Motor Speed | 22 | 12 | 75 |

| | Key Function Assessed | Subtest | Raw Score | Scaled Score | Percentile Rank |
|---|---|---|---|---|---|
| Design Fluency | Visual fluency, response inhibition, and cognitive flexibility | Filled Dots | 15 | 15 | 98 |
| | | Empty Dots | 11 | 11 | 63 |
| | | Switching | 9 | 12 | 75 |

IFCD 00028652

## Wisconsin Card Sorting Test-CV

| Subtest | Raw Score | Scaled Score | Percentile Rank |
|---|---|---|---|
| Trials Administered | 88 | | |
| Total Correct | 70 | | |
| | | | |
| Total Errors | 18 | 109 | 73 |
| % Errors | 20 | 108 | 70 |
| | | | |
| Perseverative Responses | 10 | 110 | 75 |
| % Perseverative Responses | 11 | 110 | 75 |
| Trial 5 | | | |
| Perseverate Errors | 10 | 108 | 70 |
| % Perseverative Errors | 11 | 107 | 68 |
| | | | |
| Conceptual Level Responses | 65 | | |
| % Conceptual Level Responses | 74 | 106 | 66 |
| | | | |
| Categories Completed | 6 | | >16 |
| Trials to Complete 1st Category | 13 | | >16 |
| Failure to Maintain Set | 0 | | >16 |
| Learning to Learn | 1.28 | | >16 |

IFCD 00028653

**Motor Tests**

| Skills Assessed | Assessment Instrument | Hand Used | Raw Score | Standard Score | Percentile Rank |
|---|---|---|---|---|---|
| Self-directed manual motor speed. | Finger Tapping Test | Dominant - RH | 51.6 | 93 | 32 |
| | | Non-Dominant - LH | 41.9 | 82 | 12 |
| Fine motor speed, dexterity, and coordination. | Grooved Pegboard Test | Dominant - RH | 105 | 52 | <1 |
| | | Non-Dominant - LH | 119 | 47 | <1 |

IFCD 00028654

# M A R L Y N E K. I S R A E L I A N, P H. D.
*Clinical Psychologist*

*1145 Sheridan Road, N.E. Atlanta, Georgia 30324*
*Tel. (404) 325-8512 ext. 726 Fax. (404) 325-8733*
*misraelian@gmail.com*

## EDUCATION

| | | |
|---|---|---|
| Ph.D. | 2000 | Emory University – Atlanta, GA<br>Doctor of Philosophy in Clinical Psychology |
| M.A. | 1997 | Emory University – Atlanta, GA<br>Master of Arts in Clinical Psychology |
| B.Sc. | 1992 | McGill University – Montreal, Canada<br>Bachelor of Science in Psychology<br>Graduated with First Class Honors |

## PROFESSIONAL CREDENTIALS

Licensed Psychologist, Georgia Board of Psychology Examiners, License # 2583

## PROFESSIONAL EXPERIENCE

07/2020 – Present **Pine River Psychotherapy Associates, President.**
*Atlanta, GA*

11/2018 – Present **Alex Cummings Foundation for Mental Health & Addiction Board Member**
*Atlanta, GA*

11/2007 -- Present **Emory University Department of Psychology Adjunct Assistant Professor of Psychology**
*Atlanta, GA*

1/2007 – 11/2007 **Emory University Department of Psychology Lecturer**
*Atlanta, GA*

1/2004 – Present **Pine River Psychotherapy Training Institute Faculty**
*Atlanta, GA*

2/2002 – Present **Clinical Psychologist and Owner of Comprehensive Psychological Services of Atlanta, LLC**
*Atlanta, GA*
Private practice specializing in adult and child psychotherapy, neuropsychological assessment, and forensic evaluation.

1

| | |
|---|---|
| 10/2001 – 7/2004 | **Georgia State University: Multicultural and Bilingual Literacy Project Coordinator**<br>*Atlanta, GA*<br>Coordinating a study examining reading disabilities in children. Project funded through the Interagency Education Research Initiative (IERI) representing the National Science Foundation (NSF), the U.S. Department of Education (DOE) and the National Institute of Child Health and Human Development (NICHD). |
| 10/2000 – 10/2002 | **Therapist and Group Facilitator at Caminar Latino: A Domestic Violence Intervention Program**<br>*Doraville, Georgia*<br>Providing group, family, and individual therapy in a community-based intervention program for immigrant Latino families affected by domestic violence. |
| 7/2000 - 10/2001 | **Fellow in Neuropsychology**<br>*Regents Center for Learning Disorders, Atlanta, GA*<br>Conducted neuropsychological assessments of college students with learning disabilities, attention deficit hyperactivity disorder, psychiatric disorders, developmental disorders, and brain injuries. |
| 8/2000 – 2/2002 | **Psychotherapist, Georgia State University Psychology Clinic**<br>*Atlanta, GA*<br>Conducted individual and couples therapy. |
| 9/1999 – 7/2000 | **Neuropsychological Associates, Assistant to Vivian Auerbach, Ph.D.**<br>*Atlanta, GA*<br>Participated in the neuropsychological assessment of children and adults presenting with a wide variety of neurological disorders and neuropsychological complaints. |
| 10/1996 – 5/2000 | **Predoctoral Fellow: NIMH National Research Service Award**<br>*Emory University, Atlanta, GA*<br>Conducted fetal movement and habituation research in a population of low and high risk subjects of African-American, Caucasian, and Asian-Chinese origin. |
| 8/1998 – 8/1999 | **Psychology Intern**<br>*University of Alabama at Birmingham Birmingham, AL*<br>Conducted comprehensive neuropsychological assessments of adults and children with acquired, developmental, and neurological injury. Conducted comprehensive cognitive, adaptive, and behavioral assessments of children 8 months to 12 years of age with developmental, genetic, behavioral, and/or health concerns. Provided individual, family, and group therapy in inpatient and outpatient settings. |

2

| 9/1998 – 1/1999 | **Research Associate to Dr. Tom Novack** |
| | *Spain Rehabilitation Center - Birmingham, AL* |

9/1998 – 1/1999     **Research Associate to Dr. Tom Novack**
*Spain Rehabilitation Center - Birmingham, AL*
Participated in the following projects while on rotation at the Traumatic Brain Injury Unit: *Neuropsychological Performance and Cognitive Flexibility after Traumatic Brain Injury.* Poster presented at the American Psychological Association Annual Convention in August of 1999; *Orientation Status Following TBI as Assessed by the Orientation Log.* Presented at APA division 40 paper session: Traumatic Brain Injury in August 1999. Results from this study were submitted to and accepted for publication in Rehabilitation Psychology.

5/1994 – 5/1998     **Resident Extern**
*Emory University Psychological Center, Atlanta, GA*
Conducted individual, marital, and family therapy as well as neuropsychological, psychoeducational, personality, and vocational evaluations of children, adolescents, and adults.

3/1995 – 5/1997     **Research Associate**
*Chinese University of Hong Kong, Sha Tin, H.K.*
Established collaborative study with the Prince of Wales Hospital and the Chinese University of Hong Kong examining the neonatal hypothalamic-pituitary-adrenocortical response to stressful stimulation.

9/1993 – 12/1994     **Instructor for Research Methods in Psychology**
*Emory University, Atlanta, GA*

9/1993 – 12/1993     **Teaching Assistant for Elementary Statistics**
*Emory University, Atlanta, GA*

9/1992 - 9/1996     **Research Assistant**
*Crawford Long Hospital, Atlanta, GA*
Conducted a study on neonatal hypothalamic-pituitary-adrenocortical response to pain.

9/1990 – 5/1991     **Research Assistant to Merrill Hiscock, Ph.D.**
*University of Houston, Houston, TX*
Reviewed scientific literature on sex differences in visual laterality. Published findings in the Journal of Clinical and Experimental Neuropsychology. Participated in an experiment examining the effects of semantic and episodic priming on declarative memory in patients with head injuries.

5/1990 - 9/1990     **Research Assistant to Matthew Shapiro, Ph.D.,**
*McGill University, Montreal, Canada*
Conducted psychobiological research examining the physiological basis of memory using, lesion, neurochemical, and transplant techniques.

## MEMBERSHIP IN PROFESSIONAL ASSOCIATIONS

American Psychological Association
Division 40: Clinical Neuropsychology
Division 41: American Psychology – Law Society

## HONORS, AWARDS & GRANTS

1997 **Best Student Paper/Poster Presentation**
National Academy of Neuropsychology
Award for *"Chronic Effects of Maternal Cigarette Smoking on Patterns of Fetal Cerebral Blood Flow and Fetal Movement"*

1996-1998 **National Research Service Award**
National Institute of Mental Health

1992-1996 **Full Academic Scholarship**
Emory University Graduate School of Arts & Sciences

## PRESENTATIONS

12/2015 **Georgia Capital Defender Training**
The Role of Working Memory in Language Processing
State Bar of Georgia

11/2014 **Georgia Capital Defender Training**
Forensic Neuropsychology and Death Penalty Litigation
St. Simons, GA

10/2014 **Nuts and Bolts of Family Law**
Cross Examining the Psychological Expert
Karine Burney, Esq. co-presenter
State Bar of Georgia

11/2011 **National Multiple Sclerosis Society, Georgia Chapter**
Mindfulness Meditation
Atlanta, GA

4/ 2009 **Pine River Psychotherapy Training Institute**
Psychotherapy with Today's Adolescent: A Collaborative Symposium
Marlyne K. Israelian. Ph.D., & Mark H. Timberlake, Ph.D.

10/2008 **Pine River Psychotherapy Training Institute**
Updates in the Treatment of Bipolar Illness
Dr. Bhushan Agharkar & Dr. Marlyne Israelian

10/2007 **Pine River Psychotherapy Training Institute**
Clinical Psychopharmacology

4

| | |
|---|---|
| 8/2007 | **Pine River Psychotherapy Training Institute**<br>Impasse and Treatment Failure<br>Louis McLeod, Ph.D. co-presenter. |
| 8/2007 | **National Multiple Sclerosis Society –Georgia Chapter &**<br>**Deliver the Dream Foundation**<br>Weekend retreat for families dealing with the challenges of living<br>with Multiple Sclerosis. |
| 7/2007 | **National Multiple Sclerosis Society –Georgia Chapter**<br>**MS – Health Expo**<br>Intimate Relationships: Establishing a lasting connection despite the<br>added challenge of living with MS. |
| 5/2007 | **Multiple Sclerosis Center of Atlanta**<br>Presentation on the challenges of being a caregiver to someone who<br>suffers from Multiple Sclerosis. |
| 2/2007 | **National Multiple Sclerosis Society –Georgia Chapter**<br>**Family Fun Day**<br>What the psychological impact is on families and children when a<br>parent has Multiple Sclerosis. |
| 11/2006 | **Pine River Psychotherapy Training Institute**<br>Clinical Psychopharmacology |
| 11/2005 | **Pine River Psychotherapy Training Institute**<br>Termination in Psychotherapy<br>Bernhard Kempler, Ph.D., ABPP , co-presenter. |
| 2/2005 | **Language Preference in Bilingual Children with Reading**<br>**Disabilities**<br>Poster presented at the 33rd Annual International Neuropsychological<br>Society Conference, Baltimore, Maryland Eva Jansiewicz M.A., Robin<br>Morris, Ph.D., Jennifer Harrison, B.A., Ryan Carter, M.A., Marlyne<br>Israelian, Ph.D. |
| 1/2003 | **Women, MS, & Stress: The Importance of Making**<br>**Yourself a Priority**<br>Presentation given at the 2003 National Multiple Sclerosis Society,<br>Georgia Chapter, Women's Conference. |
| 9/ 2001 | **Exploration of the Double-Deficit Hypothesis in Adults**<br>**with Reading Disability**<br>Poster presented at the American Psychological Association meeting in,<br>San Francisco, CA<br>Marlyne Israelian Ph.D., Paul Cirino Ph.D., Mary Morris Ph.D. &<br>Robin Morris Ph.D. |
| 2/2001 | **Prenatal Movement and Habituation: Obstetrics Complications**<br>**and Postnatal Outcome.**<br>Poster presented at the International Neuropsychological Society,<br>Chicago, IL Marlyne Israelian Ph.D. & Eugene Emory, Ph.D. |

5

| 9/1999 | **Orientation Status Following Traumatic Brain Injury as Assessed by the Orientation Log** |
| | Paper presented at the American Psychological Association Division 40 meeting, Boston, Mass. |
| | Marlyne Israelian M.A., Tom Novack Ph.D., & Elisabeth Glenn Psy.D |

| 7/2/98 | **Functional Brain Imagery of Early Cognitive Processing in the Fetus** |
| | Poster presented at the International Society for the Study of Behavioral Development, Switzerland |
| | Eugene K. Emory, Marlyne K. Israelian, Marilyn E. Dickerson, Denis Raynor, & Kim Bard. |

| 11/1997 | **Chronic Effects of Maternal Cigarette Smoking on Patterns of Fetal Cerebral Blood Flow and Fetal Movement** |
| | Poster presented at the National Academy of Neuropsychology Meeting, Las Vegas, Nevada |
| | Awarded Best Student Poster |
| | Marlyne K. Israelian, Margaret E Spauve, & Eugene K. Emory |

| 5/1996 | **Neonatal Hypothalamic-Pituitary-Adrenocortical Response to Repeated Stressors: Ethnic Differences in Temperament** |
| | Poster presented at the National Institute of Mental Health Conference for Advancing Research on Developmental Plasticity, Chantilly, Virginia |
| | Marlyne K. Israelian, & Eugene K. Emory. |

| 10/1994 | **Neonatal HPA Activity in Response to Repeated Stressful Stimulation: Evidence for 1 Trial Contextual Learning in Newborn Infants** |
| | Poster presented at the Society for Psychophysiology Research, Atlanta, GA |
| | Marlyne K. Israelian, & Eugene K. Emory |

PUBLICATIONS

Brenneman, M., Morris, R, & Israelian, M (in press). *Language Preference and its Relationship with Reading Skills in English and Spanish.* Psychology in the Schools. John Wiley & Sons Inc.

Cirino, P; Israelian, M; Morris, M; Morris M (2005). *Exploration of the Double-Deficit Hypothesis in Adults Referred for Learning Difficulties.* Journal of Learning Disabilities, Vol 38 (1), 29-43

Israelian, Marlyne K. (2000). *Patterns of Fetal Movement and Habituation as Predictors of Postnatal Anthropometric Measures and Neurobehavioral Outcome.* Unpublished Doctoral Dissertation, Emory University.

Israelian, Marlyne K; Novack, Thomas A; Glen, Elizabeth T; Alderson, Amy L (2000). *Changes in orientation during acute rehabilitation after traumatic brain injury.* Rehabilitation Psychology. Vol 45(3), 284-291.

Israelian, M.K. (1998). *Neonatal Hypothalamic-Pituitary-Adrenocortical Response to Repeated Stressful Stimulation in the First 24-Hours of Life.* Unpublished Masters Thesis, Emory University

Emory, E.K., & Israelian, M.K. (1998). *Biobehavioral Profiles Related to Stress Reactivity and Ethnic Variation.* In Hann, D.M., Huffman, L.C., Lederhendler, I., & Meinecke, D. <u>Advancing research on developmental plasticity: Integrating the behavioral Science and neuroscience of mental health.</u> (DHHS Publication No. NIH 98) Washington DC: US Government Printing Office.

Emory, E.K., & Israelian, M.K. (1998). *Prenatal Cognitive Development.* In Soracci, S.A. & McIlvane, W.J. (Eds.). <u>Perspectives on Fundamental Processes in Intellectual Functioning</u>. Ablex: Norwood, NJ

Hiscock, M., Israelian, M.K., Inch, R., Jacek, C., & Hiscock-Kalil, C. (1995*). Is there a sex difference in human laterality? An exhaustive survey of visual laterality studies from six neuropsychology journals.* <u>Journal of</u> <u>Clinical and Experimental Neuropsychology,</u> Vol. 17, 590-610