**A. Hillary Steinhart MD, MSc, FRCPC**
**600 University Avenue, Room 445**
**Toronto, Ontario  M5G 1X5**

**Tel 416-586-5121 Fax 416-586-3174**

Sinai Health | Centre for Inflammatory Bowel Disease

July 31, 2023

**Charles Hall: DOB  6 April 1971**

I am providing this report in response to your request for a medical expert opinion regarding the medical history of Mr. Charles Hall, in particular his history of Crohn's disease and the medical and surgical treatment that he has received. The following referral questions have been posed by Mr. Hall's legal representatives at the Indiana Federal Community Defenders:

1. Does Chuck Hall suffer from any debilitating chronic health conditions? If so, did he suffer from them when the homicide occurred? Does he still suffer from them?
2. How has that debilitating chronic health condition impacted his life and what are the long-term health consequences and/or life expectancy of Mr. Hall because of his health issue?
3. Based on available medical records, what can you say about his course of treatment for Crohn's disease over the years?  What medications were given and/or treatments performed on Mr. Hall? What were the risks of those medications and/or treatments given to Mr. Hall?  Has the care he has received in the Bureau of Prisons been consistent with best medical practices?
4. Did any of the Mr. Hall's medications or treatments likely impact his mood and/or behavior in the days and weeks leading up to Victor Castro-Rodriguez's homicide?

In providing my response to these questions I have reviewed the records provided to me by Mr. Hall's legal representatives at the Indiana Federal Community Defenders. These records are itemized in *Appendix 1*.

**Consultant Credentials and Experience**

I graduated from the Faculty of Medicine at the University of Toronto in 1984 and received my clinical training in Internal Medicine and Gastroenterology at the University of Toronto and then proceeded to do an additional 2 years of clinical fellowship in Inflammatory Bowel Disease at St. Michael's Hospital and also completed graduate studies (M.Sc.) in Clinical Epidemiology at the University of Toronto. Clinical Epidemiology is the study of the determinants and effects of clinical decisions and has been described as "a marriage between quantitative concepts used by epidemiologists to study disease in populations and decision-making in the individual case which is the daily fare of clinical medicine" (John R. Paul). I use my knowledge of clinical epidemiology on a regular basis in order to assess the quality of existing studies that define effective and safe treatments and management strategies and to plan and execute studies that further define the utility of diagnostic tests, therapies and management strategies that are used

IFCD 00027667

in clinical care of patients. I also use it in my role as a peer reviewer and editor for medical and scientific journals.

Since 1991 I have been on faculty at the University of Toronto and have been full time staff gastroenterologist at Mount Sinai Hospital in Toronto since 1992. I served as the Medical Lead of the Mount Sinai Hospital Inflammatory Bowel Disease Centre from 2011 to 2019 and I was Head of the Division of Gastroenterology at Mount Sinai Hospital and University Health Network from 2000 to 2015. My clinical practice is restricted primarily to patients with the closely-related inflammatory bowel diseases (IBD), Crohn's disease (CD) and ulcerative colitis (UC). I have approximately 1800 out-patient clinic visits per year and over 600 IBD patients currently in my practice. I have seen and managed over 1500 IBD patients during my 31 years of practice, many who have been in my practice for over 20 years. In addition to out-patient care I also provide in-patient management of patients with Crohn's disease and ulcerative colitis who have developed severe, treatment resistant disease or who develop complications of their IBD or its treatment.

Throughout my career I have been considered by my colleagues to be an expert in the management of Crohn's disease and ulcerative colitis and have often been asked to consult and provide 2nd and 3rd opinions on some of the most difficult and aggressive cases of Crohn's disease. I have been able to witness first hand the devastating impact that Crohn's disease can have on individuals, particularly when effective and optimal therapy is not provided to the patient or if that treatment is delayed. In those instances, surgery to remove segments of diseased and damaged bowel is often required. Unfortunately, surgical removal of affected segments of intestine is not curative as the disease process can subsequently occur in segments of the intestine that were not affected with Crohn's disease inflammation prior to surgery.

As part of my academic responsibilities at the University of Toronto over the past 31 years I have provided didactic, small group learning seminars and bedside teaching to many undergraduate and graduate medical trainees. Since 2006, at the Mount Sinai Hospital IBD Centre we have been offering a very well regarded and sought after Advanced Fellowship in IBD where we train gastroenterologists from Canada and around the world in the management of patients with complex inflammatory bowel disease. The Fellowship started with 1 new fellow per year and quickly grew to 3 new fellows per year and has had successful applicants from Argentina, Australia, Canada, Chile, England, Greece, Ireland, Israel, Kuwait, Mexico, the Netherlands, Saudi Arabia, Spain, South Korea and the United States. Many of the fellows have gone on to be leaders in IBD care in their own countries.

I have been an author on over 180 peer-reviewed scientific papers, mostly in the field of IBD. I have written 21 chapters in medical text books and have authored or co-authored 3 books in the fields of Gastroenterology and IBD. I have served as a member of the Scientific and Medical Advisory Committee of Crohn's and Colitis Canada (formerly the Crohn's and Colitis Foundation of Canada), including a 3 year term as Chair. I have also served as a member of Crohn's and Colitis Canada's Grant Review Committee, including terms as Scientific Officer and Chair. In 2012, I received the Crohn's and Colitis Canada's Research Leadership Award.

| Confidential

IFCD 00027668

I am regularly asked to provide peer reviews of scientific papers by respected and high impact biomedical journals and I have been on the Editorial Board of Inflammatory Bowel Diseases, the Journal of the Canadian Association of Gastroenterology (formerly the Canadian Journal of Gastroenterology), the International Journal of Colorectal Disease and the Journal of Crohn's and Colitis. I served as Section Editor and Associate Editor for Inflammatory Bowel Diseases for over 10 years. I have also chaired several of the Abstract Review Committees for the annual scientific meeting of the American Gastroenterological Association.

I have also provided medicolegal opinions in 1 case of litigation arising from injury to the gastrointestinal tract during a motor vehicle accident, 4 cases of malpractice litigation and 1 case of litigation arising from possible medication side effects.

**What is Crohn's Disease?**

Crohn's disease is one of two main types of inflammatory bowel disease (IBD). It is a chronic disease of the gastrointestinal (GI) tract. It is characterized by inflammation that can occur anywhere in the GI tract but most commonly affects the last part of the small intestine and the large intestine (colon). It presents with varied symptoms that can include abdominal pain, diarrhea, blood in the stools and weight loss and tends to go through periods of relapse and remission. Remissions can occur spontaneously but usually require medical therapy to achieve. However, CD is not cured by medication and over half of patients require surgery to manage symptoms or complications of disease. Surgery is also not curative as Crohn's disease can recur in areas of the intestine that were not affected by Crohn's disease prior to surgery. As a result of this tendency to recur in previously unaffected segments of intestine a significant proportion of individuals with Crohn's disease require multiple operations. The surgical removal of multiple or long segments of intestine can, in turn, lead to short bowel syndrome which is the inability to absorb sufficient nutrients from food in order to maintain an adequate nutritional state that is required to live. These patients require intravenous administration of nutrients (parenteral nutrition) on a long-term or lifelong basis but this form of provision of nutrition is associated with significant risk of serious complications and reduced life expectancy as discussed below.

**Does Chuck Hall suffer from any debilitating chronic health conditions? If so, did he suffer from them when the homicide occurred? Does he still suffer from them?**

Based on a review of the files and medical records that I was provided Mr. Hall suffered with several debilitating chronic health conditions, one of which is Crohn's disease. Crohn's disease was diagnosed in approximately October 1993 at which time he would have been a young adult aged 22. Crohn's disease is not curable with medication or surgery and, as a result, he would have continued to suffer from this chronic debilitating condition right up to, and after, the time of Victor Castro-Rodriguez's homicide. Although the manifestations and consequences of his Crohn's disease may have changed or evolved over time, he still suffers from it to this day.

What cannot change are the consequences of his multiple prior surgeries for Crohn's disease. He will continue to suffer from those for the rest of his life.

**How has that debilitating chronic health condition impacted his life and what are the long-term health consequences and/or life expectancy of Mr. Hall because of his health issue?**

Mr. Hall's Crohn's disease resulted in his initial presentation with symptoms of diarrhea, abdominal cramping, loss of appetite and weight loss. Given the social stigma around many of the symptoms that are frequently experienced with Crohn's disease (e.g. diarrhea, rectal urgency, increased gas, abdominal grumbling and gurgling), having the disease can lead to impairments in socialization, romantic relationships, educational achievement and vocational opportunities. These impairments are more impactful in young adults who are trying to complete their education, obtain employment and enter into close relationships and friendships (Maunder RG, Greenberg GR, Lancee WR, et al, 2007). Optimally dealing with these challenges requires resiliency on the part of the individual as well as support from friends and/or family (Lenti MV, Cococcia S, Ghorayeb J, et al. 2020). Mr. Hall's experience of being a victim of childhood sexual abuse and associated trauma would have had a negative effect on his resiliency as an adult and his ability to psychologically and socially cope with having a chronic debilitating disease such as CD (Caplan RA, Maunder RG, Stempak JM, et al. 2014). Furthermore, childhood trauma also results in changes in how someone interacts with the health care system in later life and this can, in turn, affect the timeliness and effectiveness of the care that is provided to them.

Mr. Hall's experience living with Crohn's disease has been significantly worse than the majority of individuals who have this condition. Following diagnosis his symptoms did not fully respond to medical therapy and relatively soon after diagnosis he required surgery in an attempt to control his symptoms. This provided him with only temporary relief and led to additional complications and surgical outcomes that, taken together, resulted in impaired health related quality of life. Over the many years following his diagnosis of Crohn's disease he experienced frequent symptoms of diarrhea, abdominal pain, vomiting and blood in the stool. His multiple operations likely led to chronic abdominal pain syndrome where a person feels constant or frequent pain in the absence of any detectable disease state.

During the years since his diagnosis of Crohn's disease Mr. Hall has had at least 13 surgical operations as a result of the lack of response to medical therapy or because of the occurrence of complications of the disease that are not amenable to medical therapy, including bowel obstruction or sudden onset of severe bleeding from the intestine. These operations have entailed several resections (surgical removal) of portions of his small intestine and all of his large intestine. As a result, he has been diagnosed with short bowel syndrome, a condition in which there is insufficient remaining intestine to allow for the adequate absorption of water, electrolytes, minerals and nutrients. As a result of his diagnosis of short bowel syndrome Mr. Hall was placed on parenteral nutrition (PN) in order to prevent the development of malnutrition and its complications, in particular infection and death.

Whether individuals with Crohn's disease have a different overall mortality rate or average life expectancy compared to the general population is not entirely clear based upon the results of

| Confidential

multiple studies (Zhulina Y, Udumyan R, Tysk C, Halfvarson J, 2022; Hovde Ø, Kempski-Monstad I, Småstuen MC, 2014). However, it is clear that certain subgroups of Crohn's disease patients with more aggressive or complicated disease have higher standardized mortality rates (Olén O, Askling J, Sachs MC, et al 2019). In addition, it has been found in more recent studies that patients with Crohn's disease have increased risk of cardiovascular disease and death from cardiovascular disease (Chen B, Collen LV, Mowat C, 2022). The increased mortality rates observed in the more aggressive cases of Crohn's disease are likely due to complications of the disease itself (uncontrolled infection, cancer), complications of surgery and complications of certain medications used to treat more aggressive disease.

As mentioned above, one such outcome of surgery, usually multiple surgeries, is the occurrence of short bowel syndrome that is due to removal of a significant length of small intestine. Many patients with short bowel syndrome require intravenous feeding or parenteral nutrition (PN) in order to prevent the development of malnutrition and its complications, in particular infection and death. Although it is a potentially life-saving and life sustaining therapy, parenteral nutrition is not without its own risks and, as a result, individuals who require parenteral nutrition have a reduced average life expectancy (Burden S, Hemstock M, Taylor M, et al. 2018). This reduced life expectancy is due the complications of parenteral nutrition. The most common life-threatening complications are blood stream infection from the central intravenous catheter that is needed to administer the parenteral nutrition. This risk of infection is higher with provisions of nutrients, such as dextrose, lipids and amino acids, as compared to if only water, electrolytes and minerals are provided. Patients on long term parenteral nutrition are also at significant risk of developing liver damage and cirrhosis.

As a result of his Crohn's disease complications and multiple surgeries to treat the Crohn's and its complications Mr. Hall has required parenteral nutrition to maintain his nutritional state and to avoid the pain that he experiences with eating food. However, he has already had at least one life threatening central line infection which puts him at very high risk of further infections should ongoing parenteral nutrition be needed to manage his symptoms and to maintain his nutritional state. Recurrent central intravenous catheter infections can ultimately lead to uncontrolled blood stream infection (sepsis) and death but, even when episodes of recurrent infection are effectively treated, they can lead to complete loss of intravenous access and inability to provide parenteral nutrition which, in a person dependent on it, leads to death from complications of malnutrition.

Even if Mr. Hall is able to discontinue parenteral nutrition and maintain an adequate nutritional state with food intake it is very possible that he will require parenteral nutrition again at some point in his lifetime. The need for parenteral nutrition is more likely due to the fact that he is at very high risk (my estimate would be over 50%) of needing further surgery at some point in the future and that this surgery would likely entail removal of further segment(s) of small intestine. This would, in turn, lead to further worsening of short bowel syndrome and reduced capacity to absorb nutrients from the diet.

Given these considerations I have no doubt that Mr. Hall's life expectancy is reduced compared to an age matched general population and that this increased chance of dying is due to complications of Crohn's disease and the numerous surgeries that he has required over the years.

**Based on available medical records, what can you say about his course of treatment for Crohn's disease over the years? What medications were given and/or treatments performed on Mr. Hall? What were the risks of those medications and/or treatments given to Mr. Hall? Has the care he has received in the Bureau of Prisons been consistent with best medical practices?**

Following his initial diagnosis of Crohn's disease in 1993 Mr. Hall was treated with medications intended to reduce inflammation and the symptoms caused by inflammation. This included the steroid medication, prednisone, and an anti-inflammatory, sulfasalazine (Azulfidine). With this treatment he had a period of only 2 to 3 months during which he felt well between the time of diagnosis and the time he came to require his first of many surgeries for complicated and medically resistant Crohn's disease. This first operation, which took place on May 19, 1995, involved resection (removal) of most of the large intestine (colon) and formation of an ileostomy – where the end of the small intestine is brought out through the abdominal wall and skin so that the fecal waste is collected in a bag that the individual wears on the abdomen (also known as an ileostomy). The large intestine is responsible for the reabsorption of water and some electrolytes and minerals from the feces so that it normally becomes formed or solid. When the large intestine is removed the amount of stool that is passed is significantly greater (usually 6 to 8 times the normal volume) and is not solid. Because there is no ability to control the timing of discharge of feces out of the ileostomy this means that a bag must be worn at all times and there is almost always some feces in the bag. Although an ileostomy can be a life-saving procedure when complications of Crohn's disease occur, needing to have an ileostomy is one of the most common fears of individuals with Crohn's disease (de Rooy EC, Toner BB, Maunder RG, et al. 2001). That is because there are numerous real and potential problems that occur with having an ileostomy. Some of these problems include the odor, the altered body image, the leakage of feces, the breakdown of skin around the stoma causing difficulty keeping the bag in place, and having to get up from sleep multiple times to empty the bag. In my practice, I have had patients who have previously had a temporary ileostomy who subsequently tell me that they would rather die than have to live again with an ileostomy.

According to the medical records Mr. Hall was keen to have his ileostomy closed which entailed another surgery. For the reasons outlined above this is not an unusual request for patients who have an ileostomy and who have the option of surgical closure or reversal even if that closure involves increased risk of surgical complications or recurrence of Crohn's disease symptoms. Because Mr. Hall's rectum was not removed at the time of his first surgery in 1995 this reconnection or closure of the ileostomy was technically possible and he underwent surgery again on April 5, 1996. That surgery involved closing the ileostomy and taking the end of the small intestine from the ileostomy and joining it to the rectum so that he would be able to pass feces in the normal fashion and not have an ileostomy.

Prior to the surgery in April, 1996, Mr. Hall had been having to empty his stoma bag 10 to 12 times per day. However, examination of his small intestine at that time did not demonstrate obvious signs of Crohn's disease recurrence in the previously unaffected portions of small intestine. Although Mr. Hall apparently did well and had what would be considered to be good bowel function following surgery his condition subsequently worsened and, by August 1996, or

| Confidential

only 4 months after surgery to close the ileostomy, he was already experiencing increased diarrhea with 10 bowel movements per day. Investigation found evidence of recurrent Crohn's disease near the site of the surgical connection between the small intestine and rectum.

Following the recurrence of Crohn's disease after surgery Mr. Hall received repeated courses of the steroid medication, prednisone, over a period of several years and well into the time of his prison sentence. Records indicate that he had episodes of vomiting and diarrhea and occasionally abdominal cramps and that these were typically managed with courses of prednisone therapy. It is not clear if all of these symptomatic episodes were due to flares of Crohn's disease inflammatory activity but, that notwithstanding, he did receive repeated courses of prednisone that would have most likely been prescribed based on confirmed or suspected active Crohn's disease inflammation.

Prednisone and the steroid class of medications can be very effective at treating acute flares of Crohn's disease inflammation that lead to increased symptoms of pain, diarrhea, blood in the stools and weight loss. However, they are not without their problems when used chronically over a period of months to years. Repeated courses or chronic use of prednisone will produce side effects in the majority of patients, with some of these being irreversible. Mr. Hall experienced some of these side effects or complications. In 1999 he was noted to have acne which is a frequent side effect of steroid therapy. In addition, Mr. Hall developed avascular necrosis of the hips. This is a relatively rare but devastating complication of steroid therapy. It causes hip pain and deformity of the hip joint which often requires surgical repair, including hip replacement. Although avascular necrosis can occur after only a short course of steroids, perhaps as short as only several days, it is more commonly seen when steroids are used over long periods of time.

Steroids can also commonly cause mood swings (both depression and mania), psychosis and sleep disturbance. Patients also frequently experience feelings of anger, irritability, anxiety and reduced self-control while on steroids. The neuropsychiatric side effects have been described for many years in the medical literature and are well known to all practitioners who prescribe steroids (Hoes JN, Jacobs JW, Verstappen SM, et al. 2009; Mrakotsky C, Forbes PW, Bernstein JH, 2013). Clinically important neuropsychiatric side effects such as depression, suicide or suicide attempt, mania, psychosis, panic attack, delirium or confusion have been reported to occur at a rate of up to 22.2 events or episodes per 100 patient-years of treatment (Judd LL, Schettler PJ, Brown ES, et al. 2014). This means that, if 100 individuals were treated with steroids for one year, 22 of them would experience at least one of these side effects. The majority of patients do not experience these serious side effects. However, many patients have less serious but noticeable side effects including sleep disturbance, mood changes, anxiety and irritability. The effects of steroids, such as prednisone, can be observed as soon as 7 days after starting therapy, especially in patients on moderate to high doses. In my own practice I have seen many individuals who have experienced such side effects and who refuse to go on steroids ever again even though the therapy may have helped their symptoms of Crohn's disease or colitis. The problem with steroids was underscored by one of my Crohn's disease patients who I treated with a course of prednisone for a flare of her disease. She came for her follow up appointment with her husband who pleaded with me to stop the prednisone as soon as possible because, even though her Crohn's symptoms had melted away, she had gone through a personality change and had become aggressive and shouting at her family, to the point where her 2 young children had

| Confidential

IFCD 00027673

become afraid of her. For Mr. Hall, who suffered from a number of psychiatric conditions at various times while in prison, the long term or repeated use of steroids would have been contraindicated and would likely have contributed to an exacerbation of these underlying conditions. In many instances Mr. Hall was treated with prednisone without what would be considered to be adequate objective evidence of active inflammatory disease that would be deemed to be sufficient to produce the symptoms that were being treated. This is important because it is generally recognized and accepted that patients with Crohn's disease often experience symptoms that are not related to Crohn's disease inflammation and, as such, will not respond to treatments such as prednisone that control or reduce inflammation. In those instances, using prednisone is not only not helpful, but it puts the individual at substantial risk of serious side effects as more prednisone is used for longer periods in hopes of producing an improvement in symptoms.

The options with which to treat Crohn's disease were relatively limited in the 1990s when Mr. Hall was first diagnosed. In that era, steroids and immune suppressants were the mainstays of medical therapy for more serious cases of Crohn's disease. However, the introduction of biological therapies in the early 2000s changed the approach to treatment. Biological therapies are defined as substances that are derived from living organisms and are used to treat human disease. The biological therapies that have been developed to treat Crohn's disease have primarily been antibodies that are complex proteins that are designed to interfere with the action of other proteins and cells that result in increased intestinal inflammation and damage. The biological therapies have proven to be more effective for long-term therapy of Crohn's disease than steroids and immune suppressants. In addition, the biological therapies used for the treatment of Crohn's disease have also been found to be safer than the traditional immune suppressants, such as azathioprine which Mr. Hall received for many years, when it comes to risk of cancer developing.

By 2008 to 2010 the standard of practice had shifted to the point where most patients who needed repeated courses of steroids were offered biological therapy as a way of avoiding repeated or prolonged use of steroid therapy and producing a more sustained and durable improvement in inflammation and in the symptoms caused by inflammation. It has also been shown that this more effective long-term control of inflammation can prevent the irreversible damage to the intestine that the chronic inflammation of Crohn's disease frequently causes.

In Mr. Hall's case biological therapy was not introduced until many years after its availability. Mention of the need to use a biological therapy rather than the immune suppressive drug azathioprine can be found in the medical notes on October 31, 2006, but Mr. Hall did not start on biological therapy until 3 years later. During a hospital admission at UMASS Medical Center in January 2009, the discharge summary indicates that Mr. Hall received a single dose of Remicade (a biological therapy) but it is not clear if this treatment was continued after discharge and prior to Mr. Hall undergoing another surgery on July 16, 2009. Normally, Remicade is given intravenously 3 times over the first 6 weeks of treatment and then every 8 weeks after that.

The surgery that Mr. Hall underwent in July 2009 involved resecting (removing) the portion of small intestine used to surgically create the ileostomy and then creating a new ileostomy at a new

| Confidential

IFCD 00027674

site on the abdominal wall. The surgery also involved cutting some of the scar tissue (adhesions) in the abdominal cavity that could lead to bowel obstructions.

It appears that Remicade was being given regularly by September 2009 based on medication administration records and over the next 4 months the dose was increased. On March 3, 2010, the medical notes indicate that Mr. Hall had received 5 doses of Remicade over the previous months and the recommendation was that the Remicade could be stopped and he could be placed on azathioprine (Imuran) and 5-ASA (mesalamine) maintenance therapy. This discontinuation of Remicade and replacement with either azathioprine or mesalamine would not have been considered to be the standard of practice in 2010.

By March 2011, one year after Remicade was stopped, Mr. Hall required another surgery due to the surgical wound at the ileostomy site coming apart and allowing the intestine to protrude through the abdominal wall. A new ileostomy was surgically created and the defect in the abdominal wall was repaired.

Over the subsequent 3 years Mr. Hall experienced recurrent problems with his stoma and a hernia around the stoma. This required multiple hospital Emergency Department visits and admissions as well as several surgical procedures for resection of a portion of small intestine, repair of the hernia with insertion of mesh to prevent recurrence of the hernia, repositioning the site of the stoma and incision and drainage of an infected surgical wound. He also had many presentations with symptoms of abdominal pain, increased stool output, swelling or blockage of the ileostomy and bleeding from the ileostomy. Over this period of time he underwent a total of at least 4 more surgeries. He eventually was started on parenteral nutrition in approximately November 2021, because eating caused him to have abdominal pain and diarrhea and he needed intravenous feeding to maintain his nutritional state. Mr. Hall developed a complication of parenteral nutrition with a blood clot forming in and around the central venous line that is required to administer the parenteral nutrition. Because of this potential life-threatening complication an attempt was subsequently made to taper Mr. Hall off of the parenteral nutrition. It also appears that by February 2022, Mr. Hall had been placed back on the biological therapy Remicade.

Mr. Hall has an aggressive form of Crohn's disease by virtue of the fact that he required surgery within 2 years of his diagnosis of Crohn's disease. This surgery entailed removal of most of the large intestine (colon) and formation of a permanent ileostomy (ostomy). In Mr. Hall's case this surgery resulted in two outcomes that were very troublesome and have continued to be problems or have led to other negative consequences and poor health status. It has been shown in studies that health related quality of life is lower in individuals who have complex or aggressive Crohn's disease, especially among those requiring surgical management and creation of an ostomy (Moskovitz DN, Maunder RG, Cohen Z, et al. 2000). In addition to leading to reduced quality of life multiple surgeries can also lead to a condition called chronic abdominal pain syndrome. It appears that Mr. Hall is likely suffering from this incompletely understood and incurable condition in which individuals may experience ongoing frequent or constant abdominal pain in the absence of any demonstrable underlying condition such as active inflammation. It is thought that the pain is triggered by neural mechanisms that have been created by multiple previous surgeries and nerve regrowth and healing following surgery. In those instances, individuals such

| Confidential

IFCD 00027675

as Mr. Hall, will have increased sensitivity to pain triggered by other identifiable causes such active inflammation secondary to Crohn's disease or bowel obstruction secondary to adhesions from previous surgery or from scarring and intestinal narrowing from Crohn's disease. Chronic abdominal pain syndrome can be very difficult to manage, particularly in a person with both underlying Crohn's disease and psychiatric comorbidities. Management of chronic abdominal pain syndrome typically requires access to a multidisciplinary pain management team or clinic which were not available to Mr. Hall.

Living with an ostomy (ileostomy), even in the ideal setting with the best operative results and the best supportive and professional ostomy care, can mean ongoing and unpredictable problems with smell, leakage of stool, embarrassment and shame. Local irritation of the exposed bowel can cause abrasions and bleeding since the intestinal lining is normally not exposed to the external environment and can easily be damaged by even relatively minor physical trauma. Such episodes of abrasion and bleeding were periodically experienced by Mr. Hall and these episodes often required medical attention to evaluate and treat. Furthermore, abnormal ostomy retraction or protrusion can lead to problems with proper fitting of the appliance and this, in turn, leads to increased leakage of stool onto the skin. The stool that comes from an ostomy contains digestive enzymes which are very irritating or corrosive to the skin surface. As a result, leakage caused by ostomy retraction or protrusion typically results in uncomfortable skin rashes and sometimes complete breakdown of the skin around the ostomy site. This often leads to more difficulty with appliance fitting and further leakage of stool. This results in even more skin breakdown and a self-perpetuating cycle of more and more leakage and increased skin breakdown. This appears to have been an ongoing problem for Mr. Hall and, in his case, the problems with appliance fitting and stool leakage were also aggravated by a hernia that developed around or adjacent to the ostomy site. This hernia was almost certainly caused by repeated surgeries resulting in defects or areas of weakness in the abdominal wall. He has required several surgical procedures in an attempt to manage the herniation of the stoma and the prolapse (abnormal or excessive protrusion) of bowel through the abdominal wall and he needed 2 further operations to deal with complications of the initial operation.

Quality of life and adjustment to a chronic disease such as Crohn's disease can be improved, or at least stabilized, by the participation of a multidisciplinary team approach to the management of this chronic disease. In Mr. Hall's case appropriate multidisciplinary management would include the expertise of an enterostomal nurse therapist who is expert in the management of ostomy problems such as smell, leakage, appliance fitting and management of skin rashes and breakdown. Psychosocial support from family, friends, peer groups, social workers and psychologists is another important aspect of coping with Crohn's disease and optimizing quality of life through a number of different mechanisms. Unquestionably, access to many aspects of the multidisciplinary team, in particular an enterostomal therapist and peer support, would have been severely limited during Mr. Hall's time in prison. In addition, Crohn's disease patients in the community often have access to an Inflammatory Bowel Disease (IBD) speciality centre or a unit with physicians, surgeons and IBD nurses who have additional training and expertise in the management of more complex or aggressive cases of Crohn's disease like Mr. Hall's. Although Mr. Hall had frequent access to medical and nursing evaluation and care, the large majority of these interactions were not with IBD specialist physicians, surgeons or nurses. There were occasional interactions with more expert practitioners but these were generally in response to an

| Confidential

acute event or crisis in Crohn's disease care and his transfer to another facility where that expert care was more accessible. Access to specialist IBD care is important in optimizing management and reducing the risk of losing response to effective medical therapies as well as the risk of developing irreversible complications that require surgical management. This has been confirmed by a study that has shown that access to IBD specialist care reduces the risk of hospitalization and surgery (Nguyen GC, Nugent Z, Shaw S, et al. 2011) This impact may be mediated through IBD specialists' more frequent and early use of newer biological therapies that have the ability to alter the natural history of Crohn's disease.

**Did any of Mr. Hall's medications or treatments likely impact his mood and/or behavior in the days and weeks leading up to Victor Castro-Rodriguez's homicide?**

In the weeks leading up to the homicide on January 26, 2010, Mr. Hall had experienced recurrence of health issues related to Crohn's disease and his ileostomy. On December 7, 2009, he had several pain assessment scores of 10 (maximum on the 10-point pain rating scale). There were no more scores recorded until January 3, 2010, through January 6, 2010, when he reported no pain (score of 0). However, the next day, on January 7, 2010, the pain score was 6 and on January 8, 2010 the score was 4. No further pain scores were recorded after January 8, 2010.

On January 6, 2010, Mr. Hall presented with arterial bleeding from the site of the ileostomy or close to it. He underwent surgery on January 12, 2010. The surgery involved surgical resection (removal) of the portion of the small intestine that had been used to create the ileostomy and an additional small portion of the small intestine (ileum). A new ileostomy was surgically created with another portion of small intestine. Note was made later that month after surgery of possible skin breakdown around the stoma site. This type of skin breakdown can be very painful and difficult to manage and can lead to difficulty maintaining a proper fitting appliance over the stoma in order to collect the stool. This typically leads to leakage of stool onto skin and further skin breakdown and pain. Not surprisingly, this leakage of stool also leads to unpleasant and embarrassing smells.

Mr. Hall had also been placed on prednisone 20 mg twice daily around the time of surgery on January 12, 2010, (this was listed as an out-patient medication) and prednisone was continued following his transfer back to prison. He was still taking prednisone at the time of the homicide and was on varying doses of prednisone until at least April 2010. The exact dose of prednisone at the time of the homicide is not clear but he received 20 mg per day on the day following. As discussed above, the use of prednisone (steroids), particularly at doses of 10 to 20 mg per day or higher, frequently leads to side effects. Among the more common side effects are the neuropsychiatric effects including manic behaviour, depression, anxiety, insomnia or sleep disturbance, irritability and feelings of anger or rage.

**Summary**
In summary, Mr. Hall has an aggressive form of Crohn's disease and has undergone at least 13 surgeries that have left him with some degree of short bowel syndrome. Throughout his time in prison he has not received all aspects of care that are required by a patient with such an aggressive form of Crohn's disease. This standard of care includes not just treatment with the

most up to date medications and medication regimens in a timely fashion and avoidance or minimization of other medications (e.g. prednisone) but also access to expert IBD clinicians including gastroenterologists, colorectal surgeons, dietitians and enterostomal therapists. Certain aspects of these standard care requirements were available to Mr. Hall at various times but these were not sufficiently consistent or reliably available.

Mr. Hall experienced severe complications of Crohn's disease in the weeks leading up to the homicide and during that time he had been on doses of prednisone that I would consider to be relatively contraindicated in someone with a significant mood disorder. The use of prednisone could have contributed to aggressive behavior and feelings of anxiety and rage at the time of the homicide.

Respectfully submitted,

**A. Hillary Steinhart MD, MSc, FRCPC**
Mount Sinai Hospital Centre for Inflammatory Bowel Disease
Professor, Division of Gastroenterology & Hepatology
Department of Medicine
University of Toronto

**References**
Burden S, Hemstock M, Taylor M, Teubner A, Roskell N, MacCulloch A, Abraham A, Lal S. Clin Nutr ESPEN. 2018 Dec;28:222-227. doi: 10.1016/j.clnesp.2018.07.006. Epub 2018 Aug 14. PMID:30390885.

Caplan RA , Maunder RG, Stempak JM, Silverberg MS, Hart TL. Inflamm Bowel Dis 2014 May;20(5):909-15. doi: 10.1097/MIB.0000000000000015.

Chen B, Collen LV, Mowat C, Isaacs KL, Singh S, Kane SV, Farraye FA, Snapper S, Jneid H, Lavie CJ, Krittanawong C. Am J Med. 2022 Dec;135(12):1453-1460. doi: 10.1016/j.amjmed.2022.08.012. Epub 2022 Sep 2.

de Rooy EC, Toner BB, Maunder RG, Greenberg GR, Baron D, Steinhart AH, McLeod R, Cohen Z. Am J Gastroenterol. 2001 Jun;96(6):1816-21. doi: 10.1111/j.1572-0241.2001.03877.x. PMID: 11419835.

Hoes JN, Jacobs JW, Verstappen SM, Bijlsma JW, Van der Heijden GJ. Ann Rheum Dis. 2009 Dec;68(12):1833-8. doi: 10.1136/ard.2008.100008. Epub 2008 Dec 9.

Hovde Ø, Kempski-Monstad I, Småstuen MC, Solberg IC, Henriksen M, Jahnsen J, Stray N, Moum BA. Gut. 2014 May;63(5):771-5. doi: 10.1136/gutjnl-2013-304766. Epub 2013 Jun 6.

Judd LL, Schettler PJ, Brown ES, et al. Am J Psych 2014; 171 (10): 1045-51.

Lenti  MV, Cococcia S, Ghorayeb J , Di Sabatino  A, Selinger CP.  Intern Emerg Med 2020 Mar;15(2):211-223.  doi: 10.1007/s11739-019-02268-0. Epub 2019 Dec 31.

Maunder  RG , Greenberg GR, Lancee WJ , Steinhart AH, Silverberg MS. Can J Gastroenterol 2007 Nov;21(11):715-20.  doi: 10.1155/2007/752823.

Moskovitz DN, Maunder RG, Cohen Z, McLeod RS, MacRae H. Dis Colon Rectum. 2000 Apr;43(4):517-21. doi:10.1007/BF02237197

Mrakotsky C, Forbes PW, Bernstein JH, Grand RJ, Bousvaros A, Szigethy E, Waber DP. J Int Neuropsychol Soc. 2013 Jan;19(1):96-109. doi: 10.1017/S1355617712001014. Epub 2012 Nov 19

Nguyen GC, Nugent Z, Shaw S, Bernstein CN. Gastroenterology. 2011 Jul;141(1):90-7. doi: 10.1053/j.gastro.2011.03.050. Epub 2011 Mar 31. PMID: 21458455.

Olén O, Askling J, Sachs MC, Frumento P, Neovius M, Smedby KE,  Ekbom A, Malmborg P, Ludvigsson JF. Gastroenterology. 2019 Feb;156(3):614-622. doi: 10.1053/j.gastro.2018.10.028. Epub 2018 Oct 17.

Zhulina Y, Udumyan R, Tysk C, Halfvarson J. Scand J Gastroenterol. 2022 Feb;57(2):158-164. doi: 10.1080/00365521.2021.1991466. Epub 2021 Oct 25

| Confidential

IFCD 00027679

APPENDIX 1

Materials Provided to Dr. A. Hillary Steinhart MD MSc FRCPC

**Batch 1 Materials Provided**
00. Hall Master BOP chronology (2022.03.23) Excel Worksheet
01. BOP MEDICAL – PDF Bates Numbered HALL00000001 – HALL00007113

**Batch 2 Materials Provided**
2022-01478 determination letter – 1st Release - Bates Numbered **IFCD 00009311 – IFCD 0009312**
2022-01478 Hall 03766-036   records - part 1 – Bates Numbered **IFCD 00009313 – IFCD 00009812**
2022-01478 Hall 03766-036   records - part 2 – Bates Numbered **IFCD 00009813 – IFCD 00010312**
2022-01478 Hall 03766-036   records - part 3 – Bates Numbered **IFCD 00010313 – IFCD 00010812**
2022-01478 Hall 03766-036   records - part 4 – Bates Numbered **IFCD 00010813 – IFCD 00011312**
2022-01478 Hall 03766-036   records - part 5 – Bates Numbered **IFCD 00011313 – IFCD 00011812**
2022-01478 Hall 03766-036   records - part 6 – Bates Numbered **IFCD 00011813 – IFCD 00012312**
2022-01478 Hall 03766-036   records - part 7 – bates Numbered **IFCD 00012313 – IFCD 00012348**
22-01478 Final Release Determination – Bates Numbered **IFCD 00012368**
2022-01478 Hall Charles 03766-036 Central File – Bates Numbered **IFCD 00012369 – IFCD 00012751**

**Batch 3 Materials Provided**
Determination Letter **IFCD 00026928 – IFCD 00026929**
2021-04921 Hall #03766-036   records - part 1– Bates Numbered **IFCD 00012752 – IFCD 00013251**
2021-04921 Hall #03766-036   records - part 2– Bates Numbered **IFCD 00013252 – IFCD 00013751**
2021-04921 Hall #03766-036   records - part 3– Bates Numbered **IFCD 00013752 – IFCD 00014056**
2021-04921 determination   letter - part 2 rolling release **IFCD 00026930 – IFCD 00026931**
Records - part 5 – Bates Numbered **IFCD 00014057 – IFCD 00014556**
Records - part 6 – Bates Numbered **IFCD 00014557 – IFCD 00015256**
2021-04921 determination   letter - part 3 rolling release **IFCD 00015257 – IFCD 00015258**
Records - part 7– Bates Numbered **IFCD00015259 – IFCD 00015758**
Records - part 8– Bates Numbered **IFCD00015759 – IFCD 00016258**
Records - part 9 – Bates Numbered **IFCD 00016259 – IFCD 00016658**

| Confidential

IFCD 00027680

**<u>Batch 4 Materials Provided</u>**
2023.05.19 - St. Johns Records Received – Bates Numbered **IFCD 00026932 – IFCD 00027306**

.

| Confidential

IFCD 00027681

# Curriculum Vitae

## Hillary Steinhart
**MD, MSc, FRCPC**

## A. Date Curriculum Vitae is Prepared: 2021 November 22

## B. Biographical Information

| | |
|---|---|
| Primary Office | Mount Sinai Hospital<br>Suite 445<br>600 University Avenue<br>Toronto, Ontario, Canada<br>M5G 1X5 |
| Telephone | 416-586-5121 |

### 1. EDUCATION

#### Degrees

| | |
|---|---|
| 1989 - 1994 | MSc, Clinical Epidemiology, University of Toronto, Toronto, Ontario, Canada |
| 1980 - 1984 | MD, Dept of Medicine, University of Toronto, Toronto, Ontario, Canada |
| 1978 - 1980 | BSc, Arts and Science, University of Toronto, Toronto, Ontario, Canada |

#### Postgraduate, Research and Specialty Training

| | |
|---|---|
| 1989 Jul 1 - 1994 Jun | MSc Programme, Clinical Epidemiology, University of Toronto, Toronto, Ontario, Canada, Supervisor(s): Allan Detsky |
| 1989 Jul 1 - 1992 Jun 30 | Clinical Research Fellow, Gastroenterology, Department of Nutritional Sciences, University of Toronto, Toronto, Ontario, Canada, Supervisor(s): David Jenkins, Jeffrey Baker |
| 1987 Jul 1 - 1989 Jun 30 | Residency in Gastroenterology, University of Toronto, Toronto, Ontario, Canada |
| 1985 Jul - 1987 Jun | Residency in General Internal Medicine, University of Toronto, Toronto, Ontario, Canada |
| 1984 Jun - 1985 Jun | Straight Internship, General Internal Medicine, St. Michael's Hospital, University of Toronto, Toronto, Ontario, Canada |

#### Qualifications, Certifications and Licenses

| | |
|---|---|
| 1989 Nov | Certificate of Special Competency, Gastroenterology, Royal College of Physicians and Surgeons of Canada, Toronto, Ontario, Canada |
| 1988 Sep | Fellow of the Royal College of Physicians and Surgeons of Canada, Internal Medicine, Royal College of Physicians and Surgeons of Canada, Toronto, Ontario, Canada |

Hillary STEINHART

## 2. EMPLOYMENT

### Current Appointments

2012 Jul 1 - present | Professor, Medicine, University of Toronto, Toronto, Ontario, Canada
1992 - present | Staff Gastroenterologist, Medicine, Mount Sinai Hospital, Toronto, Ontario, Canada

### Previous Appointments

HOSPITAL

2000 Dec 1 - 2015 Sep 7 | Head, Combined Division of Gastroenterology, Gastroenterology, Medicine, University Health Network and Mount Sinai Hospital, Toronto, Ontario, Canada

1991 - 1992 | Clinical Associate, Gastroenterology, Mount Sinai Hospital, Toronto, Ontario, Canada

RESEARCH

1996 - 2003 | Associate Member, Samuel Lunenfeld Research Institute of Mount Sinai Hospital, Toronto, Ontario, Canada

UNIVERSITY

1998 - 2001 | Core Faculty, Health Policy, Management and Evaluation, University of Toronto, Toronto, Ontario, Canada
*Clinical Epidemiology and Health Care Research Program*

1997 - 2000 | Associate Member, Community Health, University of Toronto, Toronto, Ontario, Canada

UNIVERSITY - CROSS APPOINTMENT

2001 - 2012 | Associate Professor, Clinical Epidemiology, Health Policy, Management and Evaluation, University of Toronto, Toronto, Ontario, Canada

2000 - 2001 | Assistant Professor, Health Policy, Management and Evaluation, University of Toronto, Toronto, Ontario, Canada

UNIVERSITY - RANK

2001 - 2012 | Associate Professor, Medicine, University of Toronto, Toronto, Ontario, Canada
1992 - 2001 | Assistant Professor, Gastroenterology, Medicine, University of Toronto, Toronto, Ontario, Canada
1991 - 1992 | Lecturer, Medicine, University of Toronto, Toronto, Ontario, Canada

## 3. HONOURS AND CAREER AWARDS

### Distinctions and Research Awards

NATIONAL

Received

2012 Nov | **CCFC IBD Research Leadership Award**, Crohn's and Colitis Foundation of Canada. (Research Award)

Ex. 7 Case 1:21-cv-08001-BCW     Document 70-8     Filed 04/29/24     Page 17 of 60

Hillary STEINHART

## 4. PROFESSIONAL AFFILIATIONS AND ACTIVITIES

### Professional Associations

| | |
|---|---|
| 1992 - present | **Member**, American Gastroenterological Association |
| 1990 - present | **Member**, Canadian Association of Gastroenterology |
| 1985 - present | **Professional Member**, Crohn's and Colitis Canada |
| 1984 - present | **Member**, Canadian Medical Association |
| 1984 - present | **Member**, Ontario Medical Association |

### Administrative Activities

INTERNATIONAL

American Gastroenterological Association Annual Meeting

2020 Dec - 2020 Dec 17 **Co-Chair**, Abstract Review Committee - IBD: Quality of Life/Psychosocial Care, United States.
*Reviewed abstracts submitted to American Gastroenterology Association annual meeting and participated in conference call of Review Committee.*

2019 Dec 9 - 2019 Dec 19 **Chair**, Abstract Review Committee - IBD: Quality of Life/Psychosocial Care, United States.

2018 Dec 4 - 2018 Dec 21 **Member**, Abstract Review Committee - IBD: Quality of Life/Psychosocial Care, United States.
*Reviewed abstracts submitted to American Gastroenterology Association annual meeting and participated in conference call of Review Committee.*

2018 Dec 4 - 2018 Dec 21 **Member**, Abstract Review Committee - IBD: Quality of Life/Psychosocial Care, United States.
*Reviewed abstracts submitted to American Gastroenterology Association annual meeting and participated in conference call of Review Committee.*

2017 Nov 17 - 2017 Dec 19 **Member**, Abstract Review Committee - IBD: Quality of Life/Psychosocial Care, United States.
*Reviewed abstracts submitted to American Gastroenterology Association annual meeting and participated in conference call of Review Committee.*

2014 Dec 5 - 2014 Dec 19 **Member**, Abstract Review Committee - IBD: Natural History and Complications, United States.
*Reviewed abstracts submitted to American Gastroenterology Association annual meeting and participated in conference call of Review Committee.*

2014 Dec 5 - 2014 Dec 19 **Member**, Abstract Review Committee - IBD: Quality Imiprovement, United States.
*Reviewed abstracts submitted to American Gastroenterology Association annual meeting and participated in conference call of Review Committee.*

2012 Nov - 2012 Dec **Chair**, Abstract Review Committee - IBD: Disease Complications, United States.
*Reviewed abstracts submitted to American Gastroenterology Association annual meeting and chaired conference call of Review Committee.*

2012 Nov - 2012 Dec **Chair**, Abstract Review Committee - IBD: Disease Complications, United States.
*Reviewed abstracts submitted to American Gastroenterology Association annual meeting and chaired conference call of Review Committee.*

2011 Dec **Chair**, Abstract Review Committee - IBD: Disease Complications, United States.
*Reviewed abstracts submitted to American Gastroenterology Association annual meeting and chaired conference call of Review Committee.*

2011 Nov - 2011 Dec **Chair**, Abstract Review Committee - IBD: Disease Complications, United States.
*Reviewed abstracts submitted to American Gastroenterology Association annual meeting*

Hillary STEINHART

*and chaired conference call of Review Committee.*

| | |
|---|---|
| 2010 Dec - 2011 Jan | **Chair**, Abstract Review Committee - IBD: Disease Complications, United States. *Reviewed abstracts submitted to American Gastroenterology Association annual meeting and chaired conference call of Review Committee.* |
| 2010 Dec - 2011 Jan | **Chair**, Abstract Review Committee - IBD: Disease Complications, United States. *Reviewed abstracts submitted to American Gastroenterology Association annual meeting and chaired conference call of Review Committee.* |
| 2009 Dec - 2010 Jan | **Chair**, Abstract Review Committee - IBD: Natural History and Complications, United States. *Reviewed abstracts submitted to American Gastroenterology Association annual meeting and chaired conference call of Review Committee.* |

Cochrane Systematic Reviews

| | |
|---|---|
| 1995 - present | **Member**, Cochrane Collaboration Inflammatory Bowel Disease Review Group, United Kingdom. |

National Institutes of Health / NIDDK IBD Genetics Consortium

| | |
|---|---|
| 2002 - 2012 | **Chair**, Phenotype Committee, United States. *Develop and update phenotyping protocol, forms and operating manual for NIDDK IBD Genetics Consortium; attend/participate in Consortium Steering Committee meetings and conference calls.* |

North American Crohn's Study Group - Methotrexate Trial

| | |
|---|---|
| 1992 - 1999 | **Member**, Steering Committee |

Postoperative Crohn's Disease Trial (University of Toronto and Mayo Clinic)

| | |
|---|---|
| 1992 - 1994 | **Member**, Steering Committee, Toronto, Ontario, Canada. |

NATIONAL

Canadian Association of Gastroenterology

| | |
|---|---|
| 2000 - 2002 | **Chair**, Liaison Committee, Canada. *Develop links with provincial and international specialty groups.* |
| 1996 - 1999 | **Member**, Research Committee, Canada. |

Canadian Foundation for Ileitis and Colitis

| | |
|---|---|
| 1992 | **Reviewer**, Summer Scholarship Applications, Canada. |

CIHR

| | |
|---|---|
| 1999 - 2005 | **Member**, MRC/CIHR University-Industry Committee, Canada. |

Crohn's & Colitis Foundation of Canada

| | |
|---|---|
| 2011 Oct - 2012 Oct | **Past Chair**, Scientific and Medical Advisory Committee, Canada. |
| 2008 Oct - 2011 Oct | **Chair**, Scientific and Medical Advisory Committee, Canada. *Lead the medical and scientific advisory arm of the Foundation and provide advice on corporate, clinical and research directions.* |

Crohn's and Colitis Foundation of Canada

| | |
|---|---|
| 2003 Oct - 2008 Sep | **Vice Chair**, IBD Research Institute, Canada. *Provide advice to the Chair; participate in regular meetings; lead various ad hoc committees.* |

Hillary STEINHART

| | |
|---|---|
| 2001 - 2003 | **Vice Chair**, Medical Advisory Committee, Canada. |

Crohn's & Colitis Canada

| | |
|---|---|
| 2013 Jan - 2017 Jun | **Member**, Grants Review Committee, Canada. |
| 2006 | **Chair**, Grants Review Committee, Canada. |
| 2003 | **Acting Chair**, Grants Review Committee, Canada. |
| 2001 - 2019 | **Member**, Grants Review Committee, Canada. |
| 1999 - 2002 | **Scientific Officer**, Grants Review Committee, Canada. |
| 1995 - 1998 | **Member**, Grants Review Committee, Canada. |

Crohn's & Colitis Foundation of Canada

| | |
|---|---|
| 1996 - 1999 | **Member**, IBD Network Task Force, Canada. |

Crohn's and Colitis Canada

| | |
|---|---|
| 2014 Jan - 2014 Jun | **Member**, Grant Review Committee, Canada. *Read and wrote detailed reviews for 6 grant applications. Attended 2 day GRC meeting.* |

Prednisone Maintenance Therapy in Crohn's Disease Trial

| | |
|---|---|
| 1993 - 1998 | Chairman, Steering Committee, Toronto, Ontario, Canada. |

LOCAL

Mount Sinai Hospital

| | |
|---|---|
| 2019 May - present | **Member**, Endoscopy Steering Committee, Toronto, Ontario, Canada. |
| 2019 May 5 - present | **Member**, Inflammatory Bowel Disease Centre Steering Committee, Toronto, Ontario, Canada. |
| 2010 Dec 1 - 2019 May 5 | **Co-Chair**, Inflammatory Bowel Disease Centre Steering Committee, Toronto, Ontario, Canada. *Administrative medical lead for IBD Clinical and Research Program.* |
| 1997 - 1998 | **President**, Mt. Sinai Medical Staff Association, Toronto, Ontario, Canada. |
| 1996 - 1997 | **Vice President**, Mt. Sinai Medical Staff Association, Toronto, Ontario, Canada. |
| 1995 - 1996 | **Secretary**, Mt. Sinai Medical Staff Association, Toronto, Ontario, Canada. |
| 1992 - 2004 | **Chair**, Parenteral and Enteral Nutrition Committee, Toronto, Ontario, Canada. |

Mount Sinai Hospital / University Health Network

| | |
|---|---|
| 2000 Dec 1 - 2015 Sep 7 | **Division Head**, Division of Gastroenterology, Toronto, Ontario, Canada. *Administrative Head of hospital Division of Gastroenterology - responsible for all clinical activities in addition to setting of strategic priorities and recruitment goals.* |

Ontario Medical Association

| | |
|---|---|
| 1993 - 1996 | **President**, Mount Sinai Hospital Branch Society, Toronto, Ontario, Canada. |

University of Toronto

| | |
|---|---|
| 2021 Jan 1 - 2021 Feb 12 | Admissions Committee, Clinical Epidemiology & Healthcare Research, Faculty of Medicine, Inst of Health Policy, Mgmt & Evaluation, Clinical Epidemiology & Healthcare Research, Graduate Education, Toronto, Ontario, Canada. |
| 2020 Jan 2 - 2020 Feb 14 | Admissions Committee, Clinical Epidemiology & Healthcare Research, Faculty of Medicine, Inst of Health Policy, Mgmt & Evaluation, Clinical Epidemiology & Healthcare Research, |

Ex. 7 Case 20:21-cv-08001-BCW     Document 70-8     Filed 04/29/24     Page 20 of 60

Hillary STEINHART

| | Graduate Education, Toronto, Ontario, Canada. |
|---|---|
| 2010 Sep - 2011 Feb | **Member**, Admissions Committee, Faculty of Medicine, Inst of Health Policy, Mgmt & Evaluation, Clinical Epidemiology, Graduate Education, Toronto, Ontario, Canada. *Reviewing candidate dossiers and candidate interviews.* |

### University of Toronto Division of Gastroenterology

| 2000 Dec - 2015 Sep | **Member**, Executive Committee, Toronto, Ontario, Canada. |
|---|---|

### University of Toronto, Clinical Epidemiology and Health Care Research

| 2013 Jan - 2013 Feb | **Member**, Admissions Committee, Faculty of Medicine, Inst of Health Policy, Mgmt & Evaluation, Clinical Epidemiology and Health Care Research, Graduate Education, Toronto, Ontario, Canada. |
|---|---|

### University of Toronto, Department of Medicine

| 2014 Nov - 2017 Nov | **Member**, Departmental Appointment Committee, Ontario, Canada. *Review applications for junior faculty appointments (Lecturer and Assistant Professor) and attend monthly meeting to discuss applications and make recommnedations to the Chair.* |
|---|---|
| 2014 Jan - 2017 | **Member**, Junior Faculty Review Committee, Ontario, Canada. *Review dossiers of faculty being evaluated for 3 year review. Attend 2 day long meetings per year to discuss all candidates and make recommendations to the Chair.* |

### University of Toronto, Faculty of Medicine

| 2014 Nov - 2017 Nov | **Member**, Faculty Appointment Advisory Committee, Ontario, Canada. *Review applications for new faculty appointments and for promotions from Lecturer to Assistant Professor and attend monthly meeting to finalize recommendataions to the Dean.* |
|---|---|

## Peer Review Activities

ASSOCIATE OR SECTION EDITING
Editor

| 1999 - 2020 Dec 31 | Crohn's & Colitis Foundation, Inflammatory Bowel Diseases, Number of Reviews: 450 |
|---|---|

EDITORIAL BOARDS
Editor

| 2016 - present | Crohn's & Colitis Foundation, Journal of Crohn's and Colitis, Number of Reviews: 25 |
|---|---|
| 1999 - present | Crohn's & Colitis Foundation, Inflammatory Bowel Diseases, Number of Reviews: 450 |

Member

| 2009 - 2017 | Canadian Journal of Gastroenterology |
|---|---|

Member

| 1999 - present | International Journal of Colorectal Diseases |
|---|---|
| 1998 - 1999 | Inflammatory Bowel Diseases, Number of Reviews: 8 |

GRANT REVIEWS
Internal Grant Reviewer

| 2015 Mar - 2015 May | Crohn's and Colitis Canada, Number of Reviews: 6 |
|---|---|

Member

Ex. 7 Case 21 1660 - 08001-BCW     Document 70-8     Filed 04/29/24     Page 21 of 60

| | |
|---|---|
| 2013 Jan - 2013 Apr<br>Reviewer | Crohn's and Colitis Foundation fo Canada, Number of Reviews: 6 |
| 2018 Oct - 2018 Dec 4 | Canadian Institutes for Health Research, Project Grant - Clinical Investigation Committee, Number of Reviews: 6 |

## MANUSCRIPT REVIEWS

Reviewer

| | |
|---|---|
| 2006 - present | Clinical Gastroenterology and Hepatology, Number of Reviews: 8 |
| 1999 - present | Gut, Number of Reviews: 3 |
| 1997 - present | Gastroenterology, Number of Reviews: 7 |
| 1994 - present | American Journal of Gastroenterology, Number of Reviews: 8 |
| 2008 | Annals of Internal Medicine, Number of Reviews: 1 |
| 2002 | Journal of Rheumatology, Number of Reviews: 1 |
| 1998 - 1999 | Inflammatory Bowel Diseases, Number of Reviews: 2 |
| 1995 - 2003 | Diseases of the Colon and Rectum, Number of Reviews: 4 |
| 1993 - 2017 | Canadian Journal of Gastroenterology, Number of Reviews: 10 |

# C. Research Funding

## 1. GRANTS, CONTRACTS AND CLINICAL TRIALS

## PEER-REVIEWED GRANTS

FUNDED

| | |
|---|---|
| 2009 Jul - 2011 Jun | **Co-Investigator**. Prevalence of Asymptomatic Venous Thrombosis in Hospitalized Inflammatory Bowel Disease Patients and Screening Strategies for their Early Detection. Canadian Association of Gastroenterology / CIHR. 90,000 CAD. [Grants] |
| 2009 Jan - 2011 Jun | **Co-Investigator**. University of Toronto Advanced Clinical Documentation Project: U of T eNotes. MSH UHN AMO. MSH UHN AMO Phase III Innovation Projects. PI: Rossos, Peter. 185,544 CAD. [Grants] |
| 2008 Jul - 2009 Jun | **Co-Investigator**. A Standardized Synoptic Reporting Tool and Database for Gastrointestinal Endoscopy. University of Toronto. University of Toronto Intramural Award in Quality of Care an. PI: Rossos, Peter. 10,000 CAD. [Grants] |
| 2007 Jul - 2012 Jun | Identification of IBD Susceptibility Loci and Genotype-Phenotype Studies in IBD. National Institutes of Health/NIDDK. PI: Silverberg, Mark. 1,125,000 USD. [Grants]<br>*Identification of additional IBD susceptibility loci using the existing NIDDK IBD Genetics Consortium samples and extending the genotype-phenotype associations by further refinement and collection of phenotypic data on study subjects. I serve as the Chair of the Phenotype Committee and lead the phenotyping projects for the Consortium.* |

Ex. 7 Page 22 of 60   Case 1:21-cv-08001-BCW   Document 70-8   Filed 04/29/24   Page 22 of 60

| 2005 Jul - 2008 Jun | **Principal Investigator**. Randomized Controlled Trial of Combination Antibiotic Therapy for Crohn's Disease. Crohn's and Colitis Foundation of Canada. 450,000 CAD. [Grants] |
|---|---|
| 2002 Jul - 2007 Jun | **Co-Investigator**. Identification of IBD Susceptibility Loci and Genotype-Phenotype Studies in IBD. National Institutes of Health / NIDDK. PI: Silverberg, Mark. 1,125,000 USD. [Grants] *Identification of IBD susceptibility loci using the NIDDK IBD Genetics Consortium repository and developing genotype-phenotype associations by collection of phenotypic data on study subjects. I serve as the Chair of the Phenotype Committee and lead the phenotyping projects for the Consortium.* |
| 2001 Jul - 2003 Jun | **Co-Investigator**. The Role of Anti-TNF Antibody (REMICADE) as Monotherapy in Mild to Moderate Crohn's Disease – An Analysis of Biological and Clinical Markers of Response. CIHR / Rx & D. PI: Wild, Gary. 196,000 CAD. [Grants] |
| 1998 Jul - 2001 Jun | **Principal Investigator**. A comparison of budesonide with or without antibiotics in the treatment of active Crohn's disease. Crohn's and Colitis Foundation of Canada / Astra Zeneca. 612,000 CAD. [Grants] |
| 1997 Jul - 2000 Jun | **Principal Investigator**. Genetic Markers of Crohn's Disease. Crohn's and Colitis Foundation of Canada. 150,000 CAD. [Grants] |

## NON-PEER-REVIEWED GRANTS

FUNDED

| 2019 Feb - 2020 Dec | **Principal Investigator**. A Double Blinded, Placebo controlled, Phase Ib Study of the Safety and Efficacy of MET-2 in Patients with Ulcerative Colitis. Nubiyota. Investigator Initiated Study. Collaborator(s): Croitoru, Ken Silverberg, Mark. 174,850 CAD. [Industrial Grants] *Early phase proof of concept study or oral lyophilized consortium of 40 bacterial strains in patients with ulcerative colitis.* |
|---|---|
| 2014 Jan - 2016 Dec | **Principal Investigator**. Impact of a Standardized Patient Empowerment Program on Outcomes of Anti-TNF Therapy in Crohn's Disease. Abbvie. Investigator Initiated Studies. IM-12-0057. Collaborator(s): Van Assche, Gert. 534,630 CAD. [Industrial Grants] *Randomized controlled trial in patients with Crohn's disease starting anti-TNF therapy to determine the impact of a Patient Empowerment Program (individualized self-management and education) on disease related outcomes and on quality of life.* |

# D. Publications

## 2. PEER-REVIEWED PUBLICATIONS

### Journal Articles

1. Boland K, Bedrani L, Turpin W, Kabakchiev B, Stempak J, Borowski K, Nguyen G, Steinhart AH, Smith MI, Croitoru K and Silverberg MS. Persistent Diarrhea in Patients With Crohn's Disease After Mucosal Healing Is Associated With Lower Diversity of the Intestinal Microbiome and Increased Dysbiosis. Clin Gastroenterol Hepatol. 2021 Feb;19(2):296-304. 2021 Feb;19(2):296-304.e3. doi: 10.1016/j.cgh.2020.03.044. Epub 2020 Mar 24. **Coauthor or Collaborator**.

2.  Galipeau HJ, Caminero A, Turpin W, Bermudez-Brito M, Santiago A, Libertucci J, Constante M, Raygoza Garay JA, Rueda G, Armstrong S, Clarizio A, Smith MI, Surette MG, Bercik P, CCC Genetics, Environmental, Microbial Project Research Consortium., Croitoru K, Verdu EF. Novel Fecal Biomarkers That Precede Clinical Diagnosis of Ulcerative Colitis. Gastroenterology. 2020 Dec 10. **Coauthor or Collaborator**.

3.  Turpin W, Lee SH, Raygoza Garay JA, Madsen KL, Meddings JB, Bedrani L, Power N, Espin-Garcia O, Xu W, Smith MI, Griffiths AM, Moayyedi P, Turner D, Seidman EG, Steinhart AH, Marshall JK, Jacobson K, Mack D, Huynh H, Bernstein CN, Paterson AD and Croitoru K. Increased Intestinal Permeability Is Associated With Later Development of Crohn's Disease. Gastroenterology. 2020 Dec;159(6):2092-2100. 2020 Dec;159(6):2092-2100.e5. doi: 10.1053/j.gastro.2020.08.005. Epub 2020 Aug 10. **Coauthor or Collaborator**.

4.  Turpin W, Bedrani L, Espin-Garcia O, Xu W, Silverberg MS, Smith MI, Garay JAR, Lee SH, Guttman DS, Griffiths A, Moayyedi P, Panaccione R, Huynh H, Steinhart HA, Aumais G, Dieleman LA, Turner D, Paterson AD and Croitoru K. Associations of NOD2 polymorphisms with Erysipelotrichaceae in stool of in healthy first degree relatives of Crohn's disease subjects. BMC Med Genet. 2020 Oct 15. 2020 Oct 15;21(1):204. doi: 10.1186/s12881-020-01115-w. **Coauthor or Collaborator**.

5.  Shafer LA, Sofia MA, Rubin DT, Steinhart AH, Ng SC, Reches L, Israeli E and Bernstein CN. An International Multicenter Comparison of IBD-Related Disability and Validation of the IBDDI. Clin Gastroenterol Hepatol. 2020 Aug 25. 2020 Aug 25:S1542-3565(20)31212-X. doi: 10.1016/j.cgh.2020.08.053.

6.  Boland K, Greener T, Kabakchiev B, Stempak J, Tessolini J, Li R, Soriano J, Croitoru K, Nguyen G, Steinhart AH, Weizman AV, Silverberg MS. Identification of Target Golimumab Levels in Maintenance Therapy of Crohn's Disease and Ulcerative Colitis Associated With Mucosal Healing. Inflamm Bowel Dis. 2020 Apr 11;26(5):766-773. **Coauthor or Collaborator**.

7.  Zezos P, Kabakchiev B, Weizman AV, Nguyen GC, Narula N, Croitoru K, Steinhart AH, Silverberg MS. Ulcerative Colitis Patients Continue to Improve Over the First Six Months of Vedolizumab Treatment: 12-Month Clinical and Mucosal Healing Effectiveness. J Can Assoc Gastroenterol. 2020 Apr 1;3(2):74-82. **Coauthor or Collaborator**.

8.  Passalent L, Hawke C, Lawson DO, Omar A, Alnaqbi KA, Wallis D, **Steinhart H**, Silverberg M, Wolman S, Derzko-Dzulynsky L, Haroon N, Inman RD. Advancing Early Identification of Axial Spondyloarthritis: An Interobserver Comparison of Extended Role Practitioners and Rheumatologists. J Rheumatol. 2020 Apr 1;47(4):524-530. **Coauthor or Collaborator**.

9.  Papp KA, Haraoui B, Kumar D, Marshall JK, Bissonnette R, Bitton A, Bressler B, Gooderham M, Ho V, Jamal S, Pope JE, Steinhart AH, Vinh DC and Wade J. Vaccination Guidelines for Patients with Immune-Mediated Disorders on Immunosuppressive Therapies-Executive Summary. J Can Assoc Gastroenterol. 2019 Dec. 2019 Dec;2(4):149-152. doi: 10.1093/jcag/gwy069. Epub 2019 Feb 1. **Coauthor or Collaborator**.

10. Turpin W, Espin-Garcia O, Bedrani L, Madsen K, Meddings JB, Raygoza Garay JA, Silverberg MS, Smith MI, Griffiths AM, Moayyedi P, Marshall JK, Mack D, Seidman EG, Ropeleski M, Feagan BG, Jacobson K, Turner D, Walters T, Paterson AD, Xu W and Croitoru K. Analysis of Genetic Association of Intestinal Permeability in Healthy First-degree Relatives of Patients with Crohn's Disease. Inflamm Bowel Dis. 2019 Oct 18. 2019 Oct 18;25(11):1796-1804. doi: 10.1093/ibd/izz116. **Coauthor or Collaborator**.

11. Zezos P, Zittan E, Islam S, Hudson J, Ben-Bassat O, Nazarian A, Steinhart HA, Silverberg MS and Atri M. Associations between quantitative evaluation of bowel wall microvascular flow by contrast-enhanced ultrasound and indices of disease activity in Crohn's disease patients using both bolus and infusion techniques. J Clin Ultrasound. 2019 Oct. 2019 Oct;47(8):453-460. doi: 10.1002/jcu.22763. Epub 2019 Jul 25. **Coauthor or Collaborator**.

12. Panaccione R, Steinhart AH, Bressler B, Khanna R, Marshall JK, Targownik L, Afif W, Bitton A, Borgaonkar M, Chauhan U, Halloran B, Jones J, Kennedy E, Leontiadis GI, Loftus EV Jr, Meddings J, Moayyedi P, Murthy S, Plamondon S, Rosenfeld G, Schwartz D, Seow CH, Williams C and Bernstein CN. Canadian Association of Gastroenterology Clinical Practice Guideline for the Management of Luminal Crohn's Disease. J Can Assoc Gastroenterol. 2019 Aug. 2019 Aug;2(3):e1-e34. doi: 10.1093/jcag/gwz019. Epub 2018 Jul 10. **Co-Principal Author**.

13. Romagnoni A, Jegou S, Van Steen K, Wainrib G and Hugot JP. Comparative performances of machine learning methods for classifying Crohn Disease patients using genome-wide genotyping data. Sci Rep. 2019 Jul 17. 2019 Jul 17;9(1):10351. doi: 10.1038/s41598-019-46649-z. **Coauthor or Collaborator**.

14. Panaccione R, Steinhart AH, Bressler B, Khanna R, Marshall JK, Targownik L, Afif W, Bitton A, Borgaonkar M, Chauhan U, Halloran B, Jones J, Kennedy E, Leontiadis GI, Loftus EV Jr, Meddings J, Moayyedi P, Murthy S, Plamondon S, Rosenfeld G, Schwartz D, Seow CH, Williams C, Bernstein CN. Clinical Practice Guideline for the Management of Luminal Crohn's Disease: The Toronto Consensus. Clin Gastroenterol Hepatol. 2019 Mar 7. **Co-Principal Author**.

15. O'Donnell S, Borowski K, Espin-Garcia O, Milgrom R, Kabakchiev B, Stempak J, Panikkath D, Eksteen B, Xu W, Steinhart AH, Kaplan G, McGovern D, Silverberg M. The Unsolved Link of Genetic Markers and Crohn's Disease Progression: A North American Cohort Experience. Inflamm Bowel Dis. 2019 Feb 25. **Coauthor or Collaborator**.

16. Papp KA, Haraoui B, Kumar D, Marshall JK, Bissonnette R, Bitton A, Bressler B, Gooderham M, Ho V, Jamal S, Pope JE, Steinhart AH, Vinh DC, Wade J. Vaccination Guidelines for Patients with Immune-mediated Disorders Taking Immunosuppressive Therapies: Executive Summary. J Rheumatol. 2019 Feb 1. **Coauthor or Collaborator**.

17. Kuenzig ME, Rezaie A, Kaplan GG, Otley AR, Steinhart AH, Griffiths AM, Benchimol EI, Seow CH. Budesonide for the Induction and Maintenance of Remission in Crohn's Disease: Systematic Review and Meta-Analysis for the Cochrane Collaboration. J Can Assoc Gastroenterol. 2018 Dec 1;1(4):159-173. N/A. **Coauthor or Collaborator**.

18. Papp KA, Haraoui B, Kumar D, Marshall JK, Bissonnette R, Bitton A, Bressler B, Gooderham M, Ho V, Jamal S, Pope JE, Steinhart AH, Vinh DC, Wade J. Vaccination Guidelines for Patients With Immune-Mediated Disorders on Immunosuppressive Therapies. J Cutan Med Surg. 2018 Nov 21:1203475418811335. PMID: 30463418. **Coauthor or Collaborator**.

19. Bressler B, Williamson M, Sattin B, Camacho F and Steinhart AH. Real World Effectiveness of Golimumab Therapy in Ulcerative Colitis Regardless of Prior TNF Exposure. J Can Assoc Gastroenterol. 2018 Sep. 2018 Sep;1(3):129-134. doi: 10.1093/jcag/gwy019. Epub 2018 May 10. **Co-Principal Author**.

20. Steinhart AH, Panaccione R, Targownik L, Bressler B, Khanna R, Marshall JK, Afif W, Bernstein CN, Bitton A, Borgaonkar M, Chauhan U, Halloran B, Jones J, Kennedy E, Leontiadis GI, Loftus EV Jr, Meddings J, Moayyedi P, Murthy S, Plamondon S, Rosenfeld G, Schwartz D, Seow CH, Williams C. Clinical Practice Guideline for the Medical Management of Perianal Fistulizing Crohn's Disease: The Toronto Consensus. Inflamm Bowel Dis. 2018 Aug 6;ePub ahead of print. PMID: 30099529. **Senior Responsible Author**.

21. Greener T, Kabakchiev B, Steinhart AH, Silverberg MS. Higher Infliximab Levels Are Not Associated With an Increase in Adverse Events in Inflammatory Bowel Disease. Inflamm Bowel Dis. 2018 Jul 12;24(8):1808-1814. PMID: 29697810. **Co-Principal Author**.

22. Turpin W, Bedrani L, Espin-Garcia O, Xu W, Silverberg MS, Smith MI, Guttman DS, Griffiths A, Moayyedi P, Panaccione R, Huynh H, **Steinhart H**, Aumais G, Shestopaloff K, Dieleman LA, Turner D, Paterson AD, Croitoru K. FUT2 genotype and secretory status are not associated with fecal microbial composition and inferred function in healthy subjects. Gut Microbes. 2018 Jul 4;9(4):357-368. PMID: 29533703. **Coauthor or Collaborator**.

23. Momozawa Y, Dmitrieva J, Théâtre E, Deffontaine V, Rahmouni S, Charloteaux B, Crins F, Docampo E, Elansary M, Gori AS, Lecut C, Mariman R, Mni M, Oury C, Altukhov I, Alexeev D, Aulchenko Y, Amininejad L, Bouma G, Hoentjen F, Löwenberg M, Oldenburg B, Pierik MJ, Vander Meulen-de Jong AE, Janneke van der Woude C, Visschedijk MC, International IBD Genetics Consortium., Lathrop M, Hugot JP, Weersma RK, De Vos M, Franchimont D, Vermeire S, Kubo M, Louis E, Georges M. IBD risk loci are enriched in multigenic regulatory modules encompassing putative causative genes. Nat Commun. 2018 Jun 21;9(1):2427. PMID: 29930244. **Acknowledged in Publication (Not Author)**.

24. Weizman AV, Sharma R, Afzal NM, Xu W, Walsh S, Stempak JM, Nguyen GC, Croitoru K, Steinhart AH, Silverberg MS. Stricturing and Fistulizing Crohn's Disease Is Associated with Anti-tumor Necrosis Factor-Induced Psoriasis in Patients with Inflammatory Bowel Disease. Dig Dis Sci. 2018 May 8. PMID: 29736839. **Coauthor or Collaborator**.

25. Greener T, Boland K, Steinhart AH, Silverberg MS. The unfinished symphony: golimumab therapy for anti-TNF refractory Crohn's disease. J Crohns Colitis. 2018 Mar 28;12(4):458-464. PMID: 29293965. **Coauthor or Collaborator**.

26. Steinhart AH. Exit Strategies for Biologic Therapy in IBD: Is It Too Soon to Stop? Inflamm Bowel Dis. 2018 Mar 19;24(4):669-670. PMID: 29547993. **Principal Author**.

27. Gallinger ZR, Rumman A, Pivovarov K, Fortinsky KJ, Steinhart AH and Weizman AV. Frequency and Variables Associated with Fasting Orders in Inpatients with Ulcerative Colitis: The Audit of Diet Orders-Ulcerative Colitis (ADORE-UC) Study. Inflamm Bowel Dis. 2017 Oct. 2017 Oct;23(10):1790-1795. doi: 10.1097/MIB.0000000000001244. **Coauthor or Collaborator**.

28. Bollegala N, Benchimol EI, Griffiths AM, Kovacs A, Steinhart AH, Zhao X, Nguyen GC. Characterizing the Posttransfer Period Among Patients with Pediatric Onset IBD: The Impact of Academic Versus Community Adult Care on Emergent Health Resource Utilization. Inflamm Bowel Dis. 2017 Sep;23(9):1483-1491. Inflamm Bowel Dis. 2017 Sep;23(9):1483-1491. **Coauthor or Collaborator**.

29. Kelly OB, Donnell SO, Stempak JM, Steinhart AH, Silverberg MS. Therapeutic Drug Monitoring to Guide Infliximab Dose Adjustment is Associated with Better Endoscopic Outcomes than Clinical Decision Making Alone in Active Inflammatory Bowel Disease. Inflamm Bowel Dis. 2017 Jul;23(7):1202-1209. Inflamm Bowel Dis. 2017 Jul;23(7):1202-1209. **Coauthor or Collaborator**.

30. Janmohamed N and Steinhart AH. Measuring Severity of Anxiety and Depression in Patients with Inflammatory Bowel Disease: Low Concordance Between Patients and Male Gastroenterologists. Inflamm Bowel Dis. 2017 Jul. 2017 Jul;23(7):1168-1173. doi: 10.1097/MIB.0000000000001107. **Senior Responsible Author**.

31. Narula N, Borges L, Steinhart AH, Colombel JF. Trends in Narcotic and Corticosteroid Prescriptions in Patients with Inflammatory Bowel Disease in the United States Ambulatory Care Setting from 2003 to 2011. Inflamm Bowel Dis. 2017 Jun 1;23(6):868-874. **Coauthor or Collaborator**.

32. Zittan E, Kabakchiev B, Kelly OB, Milgrom R, Nguyen GC, Croitoru K, Steinhart AH and Silverberg MS. Development of the Harvey-Bradshaw Index-pro (HBI-PRO) Score to Assess Endoscopic Disease Activity in Crohn's Disease. J Crohns Colitis. 2017 May 1. 2017 May 1;11(5):543-548. doi: 10.1093/ecco-jcc/jjw200. **Coauthor or Collaborator**.

33. Narula N, Steinhart AH. Preventive care for a 35-year old woman with inflammatory bowel disease. Canadian Medical Association Journal. 2017 Feb 13;189(6). CMAJ. 2017 Feb 13;189(6):E243-E244. **Co-Principal Author**.

34. Rumman A, Candia R, Sam JJ, Croitoru K, Silverberg MS, Steinhart AH, Nguyen GC. Public versus Private Drug Insurance and Outcomes of Patients Requiring Biologic Therapies for Inflammatory Bowel Disease. Can J Gastroenterol Hepatol. 2017 Jan 23. Can J Gastroenterol Hepatol. 2017;2017:7365937. doi: 10.1155/2017/7365937. Epub 2017 Jan 23. **Coauthor or Collaborator**.

35. Fortinsky KJ, Kevans D, Qiang J, Xu W, Bellolio F, **Steinhart H**, Milgrom R, Greenberg G, Cohen Z, Macrae H, Stempak J, McLeod R and Silverberg MS. Rates and Predictors of Endoscopic and Clinical Recurrence After Primary Ileocolic Resection for Crohn's Disease. Dig Dis Sci. 2017 Jan. 2017 Jan;62(1):188-196. doi: 10.1007/s10620-016-4351-7. Epub 2016 Oct 24. **Coauthor or Collaborator**.

36. Zittan E, Kabakchiev B, Kelly OB, Milgrom R, Nguyen GC, Croitoru K, Steinhart AH and Silverberg MS. Development of the Harvey-Bradshaw Index-pro (HBI-PRO) Score to Assess Endoscopic Disease Activity in Crohn's Disease. J Crohns Colitis. 2016 Nov 5. 2016 Nov 5. pii: jjw200. **Coauthor or Collaborator**.

37. Turpin W, Espin-Garcia O, Xu W, Silverberg MS, Kevans D, Smith MI, Guttman DS, Griffiths A, Panaccione R, Otley A, Xu L, Shestopaloff K, Moreno-Hagelsieb G, Paterson AD and Croitoru K. Association of host genome with intestinal microbial composition in a large healthy cohort. Nat Genet. 2016 Nov;48(11):1413-1417. 2016 Nov;48(11):1413-1417. doi: 10.1038/ng.3693. Epub 2016 Oct 3. **Coauthor or Collaborator**.

38. Zittan E, Milgrom R, Ma GW, Wong-Chong N, O'Connor B, McLeod RS, MacRae HM, Greenberg GR, Nguyen GC, Croitoru K, Steinhart AH, Cohen Z and Silverberg MS. Preoperative Anti-tumor Necrosis Factor Therapy in Patients with Ulcerative Colitis Is Not Associated with an Increased Risk of Infectious and Noninfectious Complications After Ileal Pouch-anal Anastomosis. Inflamm Bowel Dis. 2016 Oct. 2016 Oct;22(10):2442-7. doi: 10.1097/MIB.0000000000000919. **Coauthor or Collaborator**.

39. Bernstein M, Hou JK, Weizman AV, Mosko J, Bollegala N, Brahmania M, Liu L, Steinhart AH, Silver SS, Nguyen GC and Bell CM. Quality Improvement Primer Series: How to Sustain a Quality Improvement Effort. Clin Gastroenterol Hepatol. 2016 Oct. 2016 Oct;14(10):1371-5. doi: 10.1016/j.cgh.2016.05.019. Epub 2016 May 20. **Coauthor or Collaborator**.

40. Bollegala N, Patel K, Mosko JD, Bernstein M, Brahmania M, Liu L, Steinhart AH, Silver SS, Bell CM, Nguyen GC and Weizman AV. Quality Improvement Primer Series: The Plan-Do-Study-Act Cycle and Data Display. Clin Gastroenterol Hepatol. 2016 Sep. 2016 Sep;14(9):1230-3. doi: 10.1016/j.cgh.2016.04.042. Epub 2016 May 20. **Coauthor or Collaborator**.

41. Weizman AV, Mosko J, Bollegala N, Bernstein M, Brahmania M, Liu L, Steinhart AH, Silver SS, Bell CM and Nguyen GC. Quality Improvement Primer Series: Launching a Quality Improvement Initiative. Clin Gastroenterol Hepatol. 2016 Aug. 2016 Aug;14(8):1067-71. doi: 10.1016/j.cgh.2016.04.041. Epub 2016 May 20. **Coauthor or Collaborator**.

42. Nguyen GC, Croitoru K, Silverberg MS, Steinhart AH and Weizman AV. Use of Complementary and Alternative Medicine for Inflammatory Bowel Disease Is Associated with Worse Adherence to Conventional Therapy: The COMPLIANT Study. Inflamm Bowel Dis. 2016 Jun. 2016 Jun;22(6):1412-7. doi: 10.1097/MIB.0000000000000773. **Coauthor or Collaborator**.

43. Bodea CA, Neale BM, Ripke S, Daly MJ, Devlin B and Roeder K. A Method to Exploit the Structure of Genetic Ancestry Space to Enhance Case-Control Studies. Am J Hum Genet. 2016 May 5. 2016 May 5;98(5):857-68. doi: 10.1016/j.ajhg.2016.02.025. Epub 2016 Apr 14. **Acknowledged in Publication (Not Author)**.

44. Bodea CA, Neale BM, Ripke S, Daly MJ, Devlin B and Roeder K. A Method to Exploit the Structure of Genetic Ancestry Space to Enhance Case-Control Studies. Am J Hum Genet. 2016 May 5. 2016 May 5;98(5):857-68. doi: 10.1016/j.ajhg.2016.02.025. Epub 2016 Apr 14. **Coauthor or Collaborator**.

45. Zittan E, Kabakchiev B, Milgrom R, Nguyen GC, Croitoru K, Steinhart AH and Silverberg MS. Higher Adalimumab Drug Levels are Associated with Mucosal Healing in Patients with Crohn's Disease. J Crohns Colitis. 2016 May. 2016 May;10(5):510-5. doi: 10.1093/ecco-jcc/jjw014. Epub 2016 Jan 18. **Coauthor or Collaborator**.

46. Parian A, Limketkai B, Koh J, Brant SR, Bitton A, Cho JH, Duerr RH, McGovern DP, Proctor DD, Regueiro MD, Rioux JD, Schumm P, Taylor KD, Silverberg MS, Steinhart AH, Hernaez R and Lazarev M. Appendectomy does not decrease the risk of future colectomy in UC: results from a large cohort and meta-analysis. Gut. 2016 Apr 13;66(8):1390-1397. 2016 Apr 13. pii: gutjnl-2016-311550. doi: 10.1136/gutjnl-2016-311550. **Coauthor or Collaborator**.

47. Zittan E, Kelly OB, Kirsch R, Milgrom R, Burns J, Nguyen GC, Croitoru K, Van Assche G, Silverberg MS and Steinhart AH. Low Fecal Calprotectin Correlates with Histological Remission and Mucosal Healing in Ulcerative Colitis and Colonic Crohn's Disease. Inflamm Bowel Dis. 2016 Mar. 2016 Mar;22(3):623-30. doi: 10.1097/MIB.0000000000000652. **Senior Responsible Author**.

48. Kelly OB, Rosenberg M, Tyler AD, Stempak JM, Steinhart AH, Cohen Z, Greenberg GR, Silverberg MS. Infliximab to Treat Refractory Inflammation After Pelvic Pouch Surgery for Ulcerative Colitis. J Crohns Colitis. 2015 Dec 30. **Coauthor or Collaborator**.

49. Sherlock ME, MacDonald JK, Griffiths AM, Steinhart AH, Seow CH. Oral budesonide for induction of remission in ulcerative colitis. Cochrane Database Syst Rev. 2015 Oct 26;10:CD007698. **Coauthor or Collaborator**.

50. Wang Y, MacDonald JK, Benchimol EI, Griffiths AM, Steinhart AH, Panaccione R, Seow CH. Type I interferons for induction of remission in ulcerative colitis. Cochrane Database Syst Rev. 2015 Sep 14;9:CD006790. **Coauthor or Collaborator**.

51. Liu JZ, van Sommeren S, Huang H, Ng SC, Alberts R, Takahashi A, Ripke S, Lee JC, Jostins L, Shah T, Abedian S, Cheon JH, Cho J, Daryani NE, Franke L, Fuyuno Y, Hart A, Juyal RC, Juyal G, Kim WH, Morris AP, Poustchi H, Newman WG, Midha V, Orchard TR, Vahedi H, Sood A, Sung JJ, Malekzadeh R, Westra HJ, Yamazaki K, Yang SK, International Multiple Sclerosis Genetics Consortium, International IBD Genetics Consortium, Barrett JC, Franke A, Alizadeh BZ, Parkes M, B K T, Daly MJ, Kubo M, Anderson CA, Weersma RK, IBD Genetics Consortium. Association analyses identify 38 susceptibility loci for inflammatory bowel disease and highlight shared genetic risk across populations. Nat Genet. 2015 Sep 1;47(9):979-86. **Coauthor or Collaborator**.

52. Waterman M, Knight J, Dinani A, Xu W, Stempak JM, Croitoru K, Nguyen GC, Cohen Z, McLeod RS, Greenberg GR, Steinhart AH, Silverberg MS. Predictors of Outcome in Ulcerative Colitis. Inflamm Bowel Dis. 2015 Jul 14. **Coauthor or Collaborator**.

53. O'Donnell S, Stempak JM, Steinhart AH, Silverberg MS. Higher Rates of Dose Optimisation for Infliximab Responders in Ulcerative Colitis than in Crohn's disease. J Crohns Colitis. 2015 Jun 26. **Coauthor or Collaborator**.

54. Rezaie A, Kuenzig ME, Benchimol EI, Griffiths AM, Otley AR, Steinhart AH, Kaplan GG, Seow CH. Budesonide for induction of remission in Crohn's disease. Cochrane Database Syst Rev. 2015 Jun 3;6:CD000296. **Coauthor or Collaborator**.

55. Fedorak RN, Feagan BG, Hotte N, Leddin D, Dieleman LA, Petrunia DM, Enns R, Bitton A, Chiba N, Paré P, Rostom A, Marshall J, Depew W, Bernstein CN, Panaccione R, Aumais G, Steinhart AH, Cockeram A, Bailey RJ, Gionchetti P, Wong C, Madsen K. The probiotic VSL#3 has anti-inflammatory effects and could reduce endoscopic recurrence after surgery for Crohn's disease. Clin Gastroenterol Hepatol. 2015 May 1;13(5):928-35.e2. **Coauthor or Collaborator**.

56. Goyette P, Boucher G, Mallon D, Ellinghaus E, Jostins L, Huang H, Ripke S, Gusareva ES, Annese V, Hauser SL, Oksenberg JR, Thomsen I, Leslie S, International Inflammatory Bowel Disease Genetics Consortium, Australia and New Zealand IBDGC, Belgium IBD Genetics Consortium, Italian Group for IBD Genetic Consortium, NIDDK Inflammatory Bowel Disease Genetics Consortium, United Kingdom IBDGC, Wellcome Trust Case Control Consortium, Quebec IBD Genetics Consortium, Daly MJ, Van Steen K, Duerr RH, Barrett JC, McGovern DP, Schumm LP, Traherne JA, Carrington MN, Kosmoliaptsis V, Karlsen TH, Franke A, Rioux JD. High-density mapping of the MHC identifies a shared role for HLA-DRB1*01:03 in inflammatory bowel diseases and heterozygous advantage in ulcerative colitis. Nat Genet. 2015 Feb 1;47(2):172-9. **Acknowledged in Publication (Not Author)**.

57. Ben-Bassat O, Tyler AD, Xu W, Kirsch R, Schaeffer DF, Walsh J, Steinhart AH, Greenberg GR, Cohen Z, Silverberg MS, McLeod RS. Ileal pouch symptoms do not correlate with inflammation of the pouch. Clin Gastroenterol Hepatol. 2014 May 1;12(5):831-837.e2 (Trainee publication, Advanced IBD Fellow, O Ben-Bassat). **Coauthor or Collaborator**.

58. Nguyen GC, Steinhart AH. The Impact of Surgeon Volume on Postoperative Outcomes After Surgery for Crohn's Disease. Inflamm Bowel Dis. 2014 Feb;20(2):301-306. **Co-Principal Author**.

59. Kuenzig ME, Rezaie A, Seow CH, Otley AR, Steinhart AH, Griffiths AM, Kaplan GG and Benchimol EI. Budesonide for maintenance of remission in Crohn's disease. Cochrane Database Syst Rev. 2014. 2014 Aug 21;8:CD002913. doi: 10.1002/14651858.CD002913.pub3. **Coauthor or Collaborator**.

60. Barkun AN, Love J, Gould M, Pluta H and **Steinhart H**. Bile acid malabsorption in chronic diarrhea: pathophysiology and treatment. Can J Gastroenterol. 2013 Nov;27(11):653-659. **Coauthor or Collaborator**.

61. Khanna R, Sattin BD, Afif W, Benchimol EI, Bernard EJ, Bitton A, Bressler B, Fedorak RN, Ghosh S, Greenberg GR, Marshall JK, Panaccione R, Seidman EG, Silverberg MS, Steinhart AH, Sy R, Van Assche G, Walters TD, Sandborn WJ and Feagan BG. Review article: a clinician's guide for therapeutic drug monitoring of infliximab in inflammatory bowel disease. Aliment Pharmacol Ther. 2013 Sep. 2013 Sep;38(5):447-59. doi: 10.1111/apt.12407. Epub 2013 Jul 14. **Coauthor or Collaborator**.

62. Feagan BG, Rutgeerts P, Sands BE, Hanauer S, Colombel JF, Sandborn WJ, Van Assche G, Axler J, Kim HJ, Danese S, Fox I, Milch C, Sankoh S, Wyant T, Xu J and Parikh A. Vedolizumab as induction and maintenance therapy for ulcerative colitis. N Engl J Med. 2013 Aug 22. 2013 Aug 22;369(8):699-710. doi: 10.1056/NEJMoa1215734.

63. Elkadri AA, Stempak JM, Walters TD, Lal S, Griffiths AM, Steinhart AH and Silverberg MS. Serum antibodies associated with complex inflammatory bowel disease. Inflamm Bowel Dis. 2013 Jun. 2013 Jun;19(7):1499-505. doi: 10.1097/MIB.0b013e318281f2a1. **Coauthor or Collaborator**.

64. Nguyen GC, Wu H, Gulamhusein A, Rosenberg M, Thanabalan R, Yeo EL, Bernstein CN, Steinhart AH and Margolis M. The utility of screening for asymptomatic lower extremity deep venous thrombosis during inflammatory bowel disease flares: a pilot study. Inflamm Bowel Dis. 2013 Apr. 2013 Apr;19(5):1053-8. doi: 10.1097/MIB.0b013e3182802a65. **Coauthor or Collaborator**.

65. Lazarev M, Huang C, Bitton A, Cho JH, Duerr RH, McGovern DP, Proctor DD, Regueiro M, Rioux JD, Schumm PP, Taylor KD, Silverberg MS, Steinhart AH, Hutfless S and Brant SR. Relationship Between Proximal Crohn's Disease Location and Disease Behavior and Surgery: A Cross-Sectional Study of the IBD Genetics Consortium. Am J Gastroenterol. 2013 Jan;108(1):106-12. doi: 10.1038/ajg.2012.389. Epub 2012 Dec 11. **Coauthor or Collaborator**.

66. Murthy SK, Steinhart AH, Tinmouth J, Austin PC, Daneman N and Nguyen GC. Impact of Clostridium difficile colitis on 5-year health outcomes in patients with ulcerative colitis. Aliment Pharmacol Ther. 2012 Dec;36(11-12):1032-9. doi: 10.1111/apt.12073. Epub 2012 Oct 14. (Trainee publication). **Co-Senior Responsible Author**.

67. Nguyen GC, Saibil F, Steinhart AH, Li Q and Tinmouth JM. Postoperative health-care utilization in Crohn's disease: the impact of specialist care. Am J Gastroenterol. 2012 Oct;107(10):1522-9. doi: 10.1038/ajg.2012.235. Epub 2012 Jul 31. **Coauthor or Collaborator**.

68. Murthy SK, Steinhart AH, Tinmouth J, Austin PC, Nguyen GC. Impact of Gastroenterologist Care on Health Outcomes of Hospitalized Ulcerative Colitis Patients. Gut. 61(10):1410-1416 (Trainee publication). **Coauthor or Collaborator**.

69. Leung W, Malhi G, Willey BM, McGeer AJ, Borgundvaag B, Thanabalan R, Gnanasuntharam P, Le B, Weizman AV, Croitoru K, Silverberg MS, Steinhart AH and Nguyen GC. Prevalence and predictors of MRSA, ESBL, and VRE colonization in the ambulatory IBD population. J Crohns Colitis. 2012 Aug;6(7):743-9. doi: 10.1016/j.crohns.2011.12.005. Epub 2012 Jan 9. **Coauthor or Collaborator**.

70. Waterman M, Xu W, Dinani A, Steinhart AH, Croitoru K, Nguyen GC, McLeod RS, Greenberg GR, Cohen Z and Silverberg MS. Preoperative biological therapy and short-term outcomes of abdominal surgery in patients with inflammatory bowel disease. Gut. 2012 May 22. **Coauthor or Collaborator**.

71. Maunder RG, Nolan RP, Hunter JJ, Lancee WJ, Steinhart AH and Greenberg GR. Relationship between social support and autonomic function during a stress protocol in ulcerative colitis patients in remission. Inflamm Bowel Dis. 2012 Apr;18(4):737-42. doi: 10.1002/ibd.21794. Epub 2011 Jun 17. **Coauthor or Collaborator**.

72. Weizman AV, Ahn E, Thanabalan R, Leung W, Croitoru K, Silverberg MS, Steinhart AH and Nguyen GC. Characterisation of complementary and alternative medicine use and its impact on medication adherence in inflammatory bowel disease. Aliment Pharmacol Ther. 2012 Feb;35(3):342-9. doi: 10.1111/j.1365-2036.2011.04956.x. Epub 2011 Dec 18. **Coauthor or Collaborator**.

73. Marshall JK, Thabane M, Steinhart AH, Newman JR, Anand A and Irvine EJ. Rectal 5-aminosalicylic acid for maintenance of remission in ulcerative colitis. Cochrane Database Syst Rev. 2012 Nov 14;11:CD004118. doi: 10.1002/14651858.CD004118.pub2. **Coauthor or Collaborator**.

74. Walters TD, Steinhart AH, Bernstein CN, Tremaine W, McKenzie M, Wolff B, McLeod RS. Validating Crohn's Disease Activity Indices for Use in Assessing Post-operative Recurrence. Inflamm Bowel Dis. 2011 Jul;17(7):1547-56. (Trainee publication, Ph.D. Thesis Committee Member, TD Walters). **Coauthor or Collaborator**.

75. Baumgart DC, Bernstein CN, Abbas Z, Colombel JF, Day AS, D'Haens G, Dotan I, Goh KL, Hibi T, Kozarek RA, Quigley EM, Reinisch W, Sands BE, Sollano JD, Steinhart AH, Steinwurz F, Vatn MH, Yamamoto-Furusho JK. IBD Around the world: comparing the epidemiology, diagnosis, and treatment: proceedings of the World Digestive Health Day 2010--Inflammatory Bowel Disease Task Force meeting. Inflamm Bowel Dis. 2011 Feb;17(2):639-44. Impact Factor 4.643. **Coauthor or Collaborator**.

76. Turner D, Shah PS, Steinhart AH, Zlotkin S, Griffiths AM. Maintenance of remission in inflammatory bowel disease using omega-3 fatty acids (fish oil): a systematic review and meta-analyses. Inflamm Bowel Dis. 2011 Jan;17(1):336-45. Impact Factor 4.643 (Trainee publication, Ph. D Supervisor, Dan Turner). **Coauthor or Collaborator**.

77. Franke A, McGovern DP, Barrett JC, Wang K, Radford-Smith GL, Ahmad T, Lees CW, Balschun T, Lee J, Roberts R, Anderson CA, Bis JC, Bumpstead S, Ellinghaus D, Festen EM, Georges M, Green T, Haritunians T, Jostins L, Latiano A, Mathew CG, Montgomery GW, Prescott NJ, Raychaudhuri S, Rotter JI, Schumm P, Sharma Y, Simms LA, Taylor KD, Whiteman D, Wijmenga C, Baldassano RN, Barclay M, Bayless TM, Brand S, Büning C, Cohen A, Colombel JF, Cottone M, Stronati L, Denson T, De Vos M, D'Inca R, Dubinsky M, Edwards C, Florin T, Franchimont D, Gearry R, Glas J, Van Gossum A, Guthery SL, Halfvarson J, Verspaget HW, Hugot JP, Karban A, Laukens D, Lawrance I, Lemann M, Levine A, Libioulle C, Louis E, Mowat C, Newman W, Panés J, Phillips A, Proctor DD, Regueiro M, Russell R, Rutgeerts P, Sanderson J, Sans M, Seibold F, Steinhart AH, Stokkers PC, Torkvist L, Kullak-Ublick G, Wilson D, Walters T, Targan SR, Brant SR, Rioux JD, D'Amato M, Weersma RK, Kugathasan S, Griffiths AM, Mansfield JC. Genome-wide meta-analysis increases to 71 the number of confirmed Crohn's disease susceptibility loci. Nature Genetics. Nat Genet. 2010 Dec;42(12):1118-25. Impact Factor 34.284. **Coauthor or Collaborator**.

78. Waterman M, Xu W, Stempak JM, Milgrom R, Bernstein CN, Griffiths AM, Greenberg GR, Steinhart AH, Silverberg MS. Distinct and overlapping genetic loci in crohn's disease and ulcerative colitis: Correlations with pathogenesis. Inflamm Bowel Dis. 2010 Dec 10. [Epub ahead of print]. Impact Factor 4.643 (Trainee publication, Fellowship Co-supervisor, Matti Waterman). **Coauthor or Collaborator**.

79. Sherlock ME, Seow CH, Steinhart AH, Griffiths AM. Oral budesonide for induction of remission in ulcerative colitis. Cochrane Database Syst Rev. 2010 Oct 6;(10):CD007698. (Trainee publication, Ph.D Thesis Committee Member, Mary Sherlock). **Coauthor or Collaborator**.

80. Turner D, Griffiths AM, Mack D, Otley AR, Seow CH, Steinhart AH, Silverberg MS, Hyams J, Guyatt GH. . Assessing disease activity in ulcerative colitis: Patients or their physicians? Inflamm Bowel Dis. 2010 Apr;16(4):651-6. Impact Factor 4.643 (Trainee publication, Ph. D Supervisor, Dan Turner). **Coauthor or Collaborator**.

81. Marshall JK, Thabane M, Steinhart AH, Newman JR, Anand A, Irvine EJ. Rectal 5-aminosalicylic acid for induction of remission in ulcerative colitis. Cochrane Database Syst Rev. 2010 Jan 20;(1):CD004115. **Coauthor or Collaborator**.

82. Seow CH, Newman A, Irwin SP, Steinhart AH, Silverberg MS, Greenberg GR. Trough serum infliximab: a predictive factor of clinical outcome for infliximab treatment in acute ulcerative colitis. Gut. 2010 Jan;59(1):49-54. Impact Factor 9.357 (Trainee publication, M.Sc. Supervisor, CH Seow). **Coauthor or Collaborator**.

83. Imielinski M, Baldassano RN, Griffiths A, Russell RK, Annese V, Dubinsky M, Kugathasan S, Bradfield JP, Walters TD, Sleiman P, Kim CE, Muise A, Wang K, Glessner JT, Saeed S, Zhang H, Frackelton EC, Hou C, Flory JH, Otieno G, Chiavacci RM, Grundmeier R, Castro M, Latiano A, Dallapiccola B, Stempak J, Abrams DJ, Taylor K, McGovern D; Western Regional Alliance for Pediatric IBD, Silber G, Wrobel I, Quiros A; International IBD Genetics Consortium, Barrett JC, Hansoul S, Nicolae DL, Cho JH, Duerr RH, Rioux JD, Brant SR, Silverberg MS, Taylor KD, Barmuda MM, Bitton A, Dassopoulos T, Datta LW, Green T, Griffiths AM, Kistner EO, Murtha MT, Regueiro MD, Rotter JI, Schumm LP, Steinhart AH, Targan SR, Xavier RJ; NIDDK IBD Genetics Consortium, Libioulle C, Sandor C, Lathrop M, Belaiche J, Dewit O, Gut I, Heath S, Laukens D, Mni M, Rutgeerts P, Van Gossum A, Zelenika D, Franchimont D, Hugot JP, de Vos M, Vermeire S, Louis E; Belgian-French IBD Consortium; Wellcome Trust Case Control C. Common variants at five new loci associated with early-onset inflammatory bowel disease. Nat Genet. 2009 Dec;41(12):1335-40. Epub 2009 Nov 15. Impact Factor 34.284. **Coauthor or Collaborator**.

84. Turner D, Seow CH, Greenberg GR, Griffiths AM, Silverberg MS, Steinhart AH. A systematic prospective evaluation of disease activity indices in ulcerative colitis. Clin Gastroenterol Hepatol. 2009 Oct;7(10):1081-8. Epub 2009 Jul 1. Impact Factor 5.642 (Trainee publication, Ph. D Supervisor, Dan Turner). **Senior Responsible Author**.

85. Bhat M, Nguyen GC, Pare P, Lahaie R, Deslandres C, Bernard EJ, Aumais G, Jobin G, Wild G, Cohen A, Langelier D, Brant S, Dassopoulos T, McGovern D, Torres E, Duerr R, Regueiro M, Silverberg MS, **Steinhart H**, Griffiths AM, Elkadri A, Cho J, Proctor D, Goyette P, Rioux J, Bitton A. Phenotypic and genotypic characteristics of inflammatory bowel disease in French Canadians: comparison with a large North American repository. Am J Gastroenterol. 2009 Sep;104(9):2233-40. Impact Factor 6.012. **Coauthor or Collaborator**.

86. Seow CH, Benchimol EI, Steinhart AH, Griffiths AM, Otley AR. Budesonide for Crohn's Disease. Expert Opin Drug Metab Toxicol. 2009 Aug;5(8):971-9. Impact Factor 3.076 (Trainee publication, M.Sc. Supervisor, CH Seow). **Coauthor or Collaborator**.

87. Turner D, Griffiths AM, Steinhart AH, Otley AR, Beaton DE. Mathematical weighting of a clinimetric index [Pediatric Ulcerative Colitis Activity Index] was superior to the judgmental approach. J Clin Epidemiol. 2009 Jul;62(7):738-44. Epub 2009 Jan 4. Impact Factor 2.956 (Trainee publication, Ph. D Supervisor, Dan Turner). **Coauthor or Collaborator**.

88. Seow CH, Stempak JM, Xu W, Lan H, Griffiths AM, Greenberg GR, Steinhart AH, Dotan N, Silverberg MS. Novel anti-glycan antibodies related to inflammatory bowel disease diagnosis and prognosis. Am J Gastroenterol. 2009 Jun;104(6):1426-34. Epub 2009 Apr 21. Impact Factor 6.012 (Trainee publication, M.Sc. Supervisor, CH Seow). **Coauthor or Collaborator**.

89. Benchimol EI, Seow CH, Otley AR, Steinhart AH. Budesonide for maintenance of remission in Crohn's disease. Cochrane Database Syst Rev. 2009 January 21; (1): CD002913. **Senior Responsible Author**.

90. Bezabeh T, Somorjai R, Dolenko B, Bryskina N, Levin B, Bernstein CN, Jeyarajah E, Steinhart AH, Rubin D, Smith ICP. Detecting colorectal cancer by H1 magnetic resonance spectroscopy of stool. NMR Biomed. 2009 Jul;22(6):593-600. Impact Factor 3.099. **Coauthor or Collaborator**.

91. Silverberg MS, Cho JH, Rioux JD, McGovern DP, Wu J, Annese V, Achkar JP, Goyette P, Scott R, Xu W, Barmada MM, Klei L, Daly MJ, Abraham C, Bayless TM, Bossa F, Griffiths AM, Ippoliti AF, Lahaie RG, Latiano A, Paré P, Proctor DD, Regueiro MD, Steinhart AH, Targan SR, Schumm LP, Kistner EO, Lee AT, Gregersen PK, Rotter JI, Brant SR, Taylor KD, Roeder K, Duerr RH. Ulcerative colitis-risk loci on chromosomes 1p36 and 12q15 found by genome-wide association study. Nat Genet. 2009 Feb;41(2):216-20. Epub 2009 Jan 4. Impact Factor 34.284. **Coauthor or Collaborator**.

92. Seow CH, Benchimol EI, Griffiths AM, Steinhart AH. Type I interferons for induction of remission in ulcerative colitis. Cochrane Database Syst Rev. 2008 Jul 16;(3):CD006790. (Trainee publication, M.Sc. Supervisor, CH Seow). **Senior Responsible Author**.

93. Kennedy ED, To T, Steinhart AH, Detsky A, Llewellyn-Thomas HA, McLeod RS. Do patients consider postoperative maintenance therapy for Crohn's disease worthwhile? Inflamm Bowel Dis. 2008 Feb;14(2):224-35. Impact Factor 4.643 (Trainee publication, Ph.D. Thesis Committee Member, ED Kennedy). **Coauthor or Collaborator**.

94. Panaccione R, Fedorak RN, Aumais G, Bernard EJ, Bernstein CN, Bitton A, Croitoru K, Dieleman LA, Enns R, Feagan BG, Franchimont D, Greenberg GR, Griffiths AM, Marshall JK, Pare P, Patel S, Penner R, Render C, Seidman E, Steinhart AH. Review and clinical perspectives for the use of infliximab in ulcerative colitis. Can J Gastroenterol. 2008 Mar;22(3):261-72. Impact Factor 1.4. **Coauthor or Collaborator**.

95. Benchimol EI, Seow CH, Steinhart AH, Griffiths AM. Traditional corticosteroids for induction of remission in Crohn's disease. Cochrane Database Syst Rev. 2008, April 16, (2):CD006792. **Coauthor or Collaborator**.

96. Shugart YY, Silverberg MS, Duerr RH, Taylor KD, Wang MH, Zarfas K, Schumm LP, Bromfield G, Steinhart AH, Griffiths AM, Kane SV, Barmada MM, Rotter JI, Mei L, Bernstein CN, Bayless TM, Langelier D, Cohen A, Bitton A, Rioux J, Cho JH, Brant SR. A high density SNP linkage scan identifies novel significant linkage of Crohn's disease to chromosome 13q13.3, and significant linkage of Jewish Crohn's disease to chromosomes 1p35.2 and 3q28-29. Genes and Immunity 2008;9:161-7. Impact Factor 4.222. **Coauthor or Collaborator**.

97. Turner D, Walsh CM, Benchimol EI, Mann EH, Thomas KE, Chow C, McLernon RA, Walters TD, Steinhart AH, Griffiths AM. Severe paediatric ulcerative colitis: incidence, outcomes, and optimal timing for second line therapy. Gut. 2008 Mar;57(3):331-8. Epub 2007 Nov 2. Impact Factor 9.357 (Trainee publication, Ph. D Supervisor, Dan Turner). **Coauthor or Collaborator**.

98. Seow CH, Benchimol EI, Griffiths AM, Otley AR, Steinhart AH. Budesonide for induction of remission in Crohn's disease. Cochrane Database Syst Rev. 2008 Jul 16;(3):CD000296. (Trainee publication, M.Sc. Supervisor, CH Seow). **Senior Responsible Author**.

99. Thia KT, Sandborn WJ, Lewis JD, Loftus EV Jr, Feagan BG, Steinhart AH, Hanauer SB, Persson T, Sands BE. Defining the optimal response criteria for the Crohn's disease activity index for induction studies in patients with mildly to moderately active Crohn's disease. Am J Gastroenterol. 2008 Dec;103(12):3123-31. Impact Factor 6.012. **Coauthor or Collaborator**.

100. Nguyen G, Steinhart AH. Nationwide Patterns of Hospitalizations to Centers with High Volume of Admissions for Inflammatory Bowel Disease and Their Impact on Mortality. Inflamm Bowel Dis. 2008 Dec;14(12):1688-94. Impact Factor 4.643. **Co-Principal Author**.

101. Barrett JC, Hansoul S, Nicolae DL, Cho JH, Duerr RH, Rioux JD, Brant SR, Silverberg MS, Taylor MK, Barmada MM, Bitton A, Dassopoulos T, Datta LW, Green T, Griffiths AM, Kistner EO, Murtha MT, Regueiro MD, Rotter JI, Schumm LP, Steinhart AH, Targan SR, Xavier R, NIDDK IBD Genetics Consortium, Libioulle C, Sandor C, Lathrop M, Belaiche J, et al. Genome-wide association defines more than thirty distinct susceptibility loci for Crohn's disease. Nat Genet. 2008 Aug;40(8):955-62. Epub 2008 Jun 29. Impact Factor 34.284. **Coauthor or Collaborator**.

102. Labbé C, Goyette P, Lefebvre C, Stevens C, Green T, Tello-Ruiz MK, Cao Z, Landry AL, Stempak J, Annese V, Latiano A, Brant SR, Duerr RH, Taylor KD, Cho JH, Steinhart AH, Daly MJ, Silverberg MS, Xavier RJ, Rioux JD. MAAAST3: a Novel IBD Risk Factor that Modulates TLR4 Signalling. Genes Immun. 2008 Oct;9(7):602-12. Epub 2008 Jul 24. Impact Factor 4.222. **Coauthor or Collaborator**.

103. Maunder RG, Greenberg GR, Lancee WJ, Steinhart AH, Silverberg MS. The impact of ulcerative colitis is greater in unmarried and young patients. Can J Gastroenterol. 2007 Nov;21(11):715-20. Impact Factor 1.4. **Coauthor or Collaborator**.

104. Turner D, Walsh C, Steinhart AH, Griffiths AM. Response to corticosteroids in severe ulcerative colitis: a systematic review of the literature and meta-regression. Clin Gastroenterol Hepatol 2007; 5: 103-110 [epub 2006 Dec 8]. Impact Factor 5.642 (Trainee publication, Ph. D Supervisor, Dan Turner). **Coauthor or Collaborator**.

105. Silverberg MS, Duerr RH, Brant SR, Bromfield B, Datta LW, Jani N, Kane SV, Rotter JI, Shumm LP, Steinhart AH, Taylor KD, Yang H, Cho JH, Rioux JD, Daly MJ, of the NIDDK IBD Genetics Consortium. Refined genomic localization and ethnic differences observed for the IBD5 association with Crohn's disease. Eur J Human Genetics 2007;15:328-335. **Coauthor or Collaborator**.

106. Lal S, Steinhart AH. Infliximab for ulcerative colitis following liver transplantation. Eur J Gastroenterol Hepatol 2007; 19:277-280. (Trainee publication, Fellowship Supervisor, Simon Lal). **Senior Responsible Author**.

107. Dassopoulos T, Nguyen GC, Bitton A, Bromfield GP, Schumm LP, Wu Y, Elkadri A, Regueiro M, Siemanowski B, Torres EA, Gregory FJ, Kane SV, Harrell LE, Franchimont D, Achkar JP, Griffiths A, Brant SR, Rioux JD, Taylor KD, Duerr RH, Silverberg MS, Cho J, Steinhart AH. Assessment of reliability and validity of IBD phenotyping within the National Institutes of Diabetes & Digestive & Kidney Diseases (NIDDK) IBD Genetics Donsortium (IBDGC). Inflamm Bowel Dis 2007; 13: 975-83. Impact Factor 4.643. **Senior Responsible Author**.

108. Tinmouth J, Kandel G, Tomlinson G, Walmsley S, Steinhart AH, Glazier R. Systematic Review of Strategies to Measure HIV-related Diarrhea. HIV Clinical Trials 2007;8(3):155-163. Impact Factor 1.626 (Trainee publication, M.Sc. Supervisor / Ph.D Thesis Committee Member, Jill Tinmouth). **Coauthor or Collaborator**.

109. Tinmouth J, Tomlinson G, Kandel G, Walmsley S, Steinhart AH, Glazier R. Evaluation of Stool Frequency and Stool Form as Measures of HIV-related Diarrhea. HIV Clinical Trials 2007 [Epub]. Impact Factor 1.626 (Trainee publication, M.Sc. Supervisor / Ph.D Thesis Committee Member, Jill Tinmouth). **Coauthor or Collaborator**.

110. Rioux JD, Xavier RJ, Taylor KD, Silverberg MS, Goyette P, Huett A, Green T, Kuballa P, Barmada MM, Datta LW, Shugart YY, Griffiths AM, Targan SR, Ippoliti AF, Bernard EJ Mei L, Nicolae DL, Regueiro M, Schumm LP, Steinhart AH, Rotter JI, Duerr RH, Cho JH, Daly MJ, Brant SR. Genome-wide association study identifies five susceptiblity loci for Crohn's disease and implicates a role for autophagy in disease pathogenesis. Nature Genetics 2007; 39: 596-604. [Epub 2007 Apr 15]. Impact Factor 34.284. **Coauthor or Collaborator**.

111. Turner D, Steinhart AH, Griffiths AM. Omega 3 fatty acids (fish oil) for maintenance of remission in ulcerative colitis. Cochrane Database of Systematic Reviews 2007 Issue 3. Art. No. CD006443; DOI: 10.1002/14651858.CD006443.pub2. (Trainee publication, Ph.D. Supervisor, Dan Turner). **Coauthor or Collaborator**.

112. Turner D, Otley AR, Mack D, Hyams J, de Bruijne J, Uusoue K, Walters TD, Zachos M, Mamula P, Beaton DE, Steinhart AH, Griffiths AM. Development, validation, and evaluation of a pediatric ulcerative colitis activity index: a prospective multicenter study. Gastroenterology. 2007 Aug;133(2):423-32. Epub 2007 May 21. Impact Factor 12.889 (Trainee publication, Ph.D. Supervisor, Dan Turner). **Coauthor or Collaborator**.

113. De Jager PL, Franchimont D, Waliszewska A, Bitton A, Cohen A, Langelier D, Belaiche J, Vermeire S, Farwell L, Goris A, Libioulle C, Jani N, Dassopoulos T, Bromfield GP, Dubois B, Cho JH, Brant SR, Duerr RH, Yang H, Rotter JI, Silverberg MS, Steinhart AH, Daly MJ, Podolsky DK, Louis E, Hafler DA, Rioux JD; Quebec IBD Genetics Consortium; NIDDK IBD Genetics Consortium. The role of the Toll receptor pathway in susceptibility to inflammatory bowel diseases. Genes Immun. 2007 Jul;8(5):387-97. Epub 2007 May 31. Impact Factor 4.222. **Coauthor or Collaborator**.

114. Steinhart AH, Forbes A, Mills EC, Rodgers-Gray BS, Travis SP. Systematic review: the potential influence of mesalazine formulation on maintenance of remission in Crohn's disease. Aliment Pharmacol Ther. 2007 Jun 15;25(12):1389-99. Impact Factor 4.357. **Principal Author**.

115. Maunder RG, Greenberg GR, Nolan RP, Lancee WJ, Steinhart AH, Hunter JJ. Pattern of autonomic response to acute stress predicts disease activity in ulcerative colitis. Eur J Gastroenterol Hepatol 2006;18:413-20. Impact Factor 1.7. **Coauthor or Collaborator**.

116. Tinmouth J, Kandel G, Tomlinson G, Walmsley S, Steinhart AH, Glazier R. The effect of dairy product ingestion on HIV-related diarrhea in a sample of predominantly gay men: a randomized controlled double blind crossover trial. Arch Int Med 2006; 166:1178-1183. Impact Factor 9.813 (Trainee publication, M.Sc. Supervisor / Ph.D Thesis Committee Member). **Coauthor or Collaborator**.

117. Nguyen GC, Torres EA, Regueiro M, Bromfield G, Bitton A, Stempak J, Dassopoulos T, Schumm P, Gregory FJ, Griffiths AM, Hanauer SB, Hanson J, Harris ML, Kane SV, Orkwis HK, Lahaie R, Oliva-Hemker M, Pare P, Wild GE, Rioux JD, Yang H, Duerr RH, Cho JH, Steinhart AH, Brant SR, Silverberg MS. Inflammatory bowel disease characteristics among African Americans, Hispanics, and non-Hispanic Whites: characterization of a large North American cohort. Am J Gastroenterol 2006;101: 1012-23. Impact Factor 6.012. **Coauthor or Collaborator**.

118. Lal S, Stempak JM, Law C, Elkadri AA, Steinhart AH, Silverberg MS. Association    between the C3435T polymorphism of the MDR1 gene and Crohn's disease. Inflamm    Bowel Dis 2006;12:1006-7. Impact Factor 4.643 (Trainee publication, Fellowship Supervisor, Simon Lal). **Coauthor or Collaborator**.

119. Regueiro M, Loftus EV, Steinhart AH, Cohen RD. Medical management of left-sided ulcerative colitis and proctitis. Critical evaluation of therapeutic trials. Inflamm Bowel Dis 2006;12: 979-994. Impact Factor 4.643. **Co-Principal Author**.

120. Regueiro M, Loftus EV, Steinhart AH, Cohen RD. Clinical guidelines for the medical management of left-sided ulcerative colitis and proctitis. Summary statement. Inflamm Bowel Dis 2006; 12: 972-978. Impact Factor 4.643. **Co-Principal Author**.

121. **Steinhart H**. The current use of antibiotic therapies for IBD. Gastroenterol Hepatol. 2006;2(6):406-407. **Principal Author**.

122. Achkar JP, Dassopoulos T, Silverberg MS, Tuvlin JA, Duerr RH, Brant SR, Siminovitch K, Reddy D, Datta LW, Bayless TM, Zhang L, Barmada MM, Rioux JD, Steinhart AH, McLeod RS, Griffiths AM, Cohen Z, Yang H, Bromfield GP, Schumm P, Hanauer SB, Cho JH, Nicolae DL and the NIDDK IBD Genetics Consortium. Phenotype-stratified genetic linkage study demonstrates that IBD2 is an extensive ulcerative colitis locus. American Journal of Gastroenterology 2006;101:572-80. Impact Factor 6.012. **Coauthor or Collaborator**.

123. Duerr RH, Taylor KD, Brant SR, Rioux JD, Silverberg MS, Daly MJ, Steinhart AH, Abraham C, Regueiro M, Griffiths A, Dassopoulos T, Bitton A, Yang H, Targan S, Datta LW, Kistner EO, Schumm LP, Lee A, Gregersen PK, Barmada MM, Rotter JI, Nicolae DL, Cho JH. A genome-wide association study identified IL23R as an inflammatory bowel disease gene. Science 2006;314:1461-3. [e-published Science Express 10/26/2006]. Impact Factor 29.7. **Coauthor or Collaborator**.

124. Van Bodegraven AA, Curley CR, Hunt KA, Monsuur AJ, Linskens RK, Onnie CM, Crusius JB, Annese V, Latiano A, Silverberg MS, Bitton A, Fisher SA, Steinhart AH, Forbes A, Sanderson J, Prescott NJ, Strachan DP, Playford RJ, Mathew CG, Wijmenga C, Daly MJ, Rioux JD, Van Heel DA. Genetic Variation in Myosin IXB Is Associated With Ulcerative Colitis. Gastroenterology. 2006;131:1768-74.[Epub 2006 Sept 8]. Impact Factor 12.889. **Coauthor or Collaborator**.

125. Lal S, Steinhart AH. Antibiotic therapy for Crohn's disease. Can J Gastroenterol 2006;20:651-5. (Trainee publication, Fellowship Supervisor, Simon Lal). **Senior Responsible Author**.

126. Maunder RG, Greenberg GR, Hunter JJ, Lancee WJ, Steinhart AH, Silverberg MS. Psychobiological Subtypes of Ulcerative Colitis: pANCA Status Moderates the Relationship between Disease Activity and Psychological Distress. Am J Gastroenterol 2006;101:2546-51. Impact Factor 6.012. **Coauthor or Collaborator**.

127. Achkar JP, Dassopoulos T, Silverberg MS, Tuvlin JA, Duerr RH, Brant SR, Siminovitch K, Reddy D, Datta LW, Bayless TM, Zhang L, Barmada MM, Rioux JD, Steinhart AH, McLeod RS, Griffiths AM, Cohen Z, Yang H, Bromfield GP, Schumm P, Hanauer SB, Cho JH, Nicolae DL and the NIDDK IBD Genetics Consortium. Phenotype-stratified genetic linkage study demonstrates that IBD2 is an extensive ulcerative colitis locus. Am J Gastro 2006;101:572-80. Impact Factor 6.012. **Coauthor or Collaborator**.

128. Maunder RG, Lancee WJ, Hunter JJ, Greenberg GR, Steinhart AH. Attachment insecurity moderates the relationship between disease activity and depressive symptoms in ulcerative colitis. Inflamm Bowel Dis 2005;11(10):919-26. Impact Factor 4.643. **Coauthor or Collaborator**.

129. Siffledeen JS, Fedorak RN, Siminoski K, Jen H, Vaudan E, Abraham N, **Steinhart H**, Greenberg G. Randomized trial of etidronate plus calcium and vitamin D for treatment of low bone mineral density in Crohn's disease. Clin Gastroenterol Hepatol 2005;3:122-32. Impact Factor 5.642. **Coauthor or Collaborator**.

130. Feagan BG, Greenberg GR, Wild G, Fedorak RN, Pare P, McDonald JWD, Dube R, Cohen A, Steinhart AH, Landau S, Aguzzi RA, Fox IH, Vandervoort MK. Treatment of ulcerative colitis with a humanized antibody to the alpha-4 beta-7 integrin. N Engl J Med 2005; 352:2499-507. Impact Factor 47.05. **Coauthor or Collaborator**.

131. Sands BE, Abreu MT, Ferry GD, Griffiths AM, Hanauer SB, Isaacs KL, Lewis JD, Sandborn WJ, Steinhart AH. Design Issues and Outcomes in IBD Clinical Trials. Inflamm Bowel Dis 2005;11:S22-8. Impact Factor 4.643. **Co-Principal Author**.

132. Otley A, Steinhart AH. Budesonide for induction of remission in Crohn's disease. Cochrane Database Syst Rev. 2005: CD000296. Review. (Trainee publication, M.Sc. Supervisor, A Otley). **Senior Responsible Author**.

133. Silverberg MS, Satsangi J, Ahmad T, Arnott ID, Bernstein CN, Brant SR, Caprilli R, Colombel JF, Gasche C, Geboes K, Jewell DP, Karban A, Loftus Jr EV, Pena AS, Riddell RH, Sachar DB, Schreiber S, Steinhart AH, Targan SR, Vermeire S, Warren BF. Toward an integrated clinical, molecular and serological classification of inflammatory bowel disease: Report of a Working Party of the 2005 Montreal World Congress of Gastroenterology. Can J Gastroenterol 2005; 19 Suppl A:5-36. **Coauthor or Collaborator**.

134. Newman B, Silverberg MS, Gu X, Zhang Q, Lazaro A, Steinhart AH, Greenberg GR, Griffiths AM, McLeod RS, Cohen Z, Fernández-Viña M, Amos CI, Siminovitch K. CARD15 and HLA DRB1 alleles influence susceptibility and disease localization in Crohn's disease. Am J Gastroenterol 2004 Feb;99(2):306-15. Impact Factor 6.012. **Coauthor or Collaborator**.

135. Siffledeen JS, Fedorak RN, Siminoski K, Jen H, Vaudan E, Abraham N, **Steinhart H**, Greenberg G. Bones and Crohn's: risk factors associated with low bone mineral density in patients with Crohn's disease. Inflamm Bowel Dis 2004 May;10(3):220-8. Impact Factor 4.643. **Coauthor or Collaborator**.

136. Mow WS, Landers CJ, Steinhart AH, Feagan BG, Croitoru K, Seidman E, Greenberg GR, Targan SR. High-level serum antibodies to bacterial antigens are associated with antibiotic-induced clinical remission in Crohn's disease: a pilot study. Dig Dis Sci. 2004 Aug; 49(7-8):1280-6. Impact Factor 1.838. **Coauthor or Collaborator**.

137. Panaccione R, Fedorak RN, Aumais G, Bernstein CN, Bitton A, Croitoru K, Enns R, Feagan B, Fishman M, Greenberg G, Griffiths A, Marshall JK, Rasul I, Sadowski D, Seidman E, **Steinhart H**, Sutherland L, Walli E, Wild G, Williams CN, Zachos M; Canadian Association of Gastroenterology. Canadian Association of Gastroenterology Clinical Practice Guidelines: the use of infliximab in Crohn's disease. Can J Gastroenterol. 2004 Aug;18(8):503-8. Impact Factor 1.4. **Coauthor or Collaborator**.

138. Kennedy ED, Urbach DR, Krahn MD, Steinhart AH, Cohen Z, McLeod RS. Azathioprine or ileocolic resection for steroid-dependent terminal ileal Crohn's disease? A Markov analysis. Dis Colon Rectum 2004;47:2120-30. Impact Factor 2.536 (Trainee publication, Ph.D. Thesis Committee Member, ED Kennedy). **Coauthor or Collaborator**.

139. Silverberg MS, Mirea L, Bull SB, Murphy JE, Steinhart AH, Greenberg GR, McLeod RS, Cohen Z, Wade JA, Siminovitch KA. A population- and family-based study of Canadian families reveals association of HLA DRB1*0103 with colonic involvement in inflammatory bowel disease. Inflamm Bowel Dis 2003 Jan;9(1):1-9. Impact Factor 4.643. **Coauthor or Collaborator**.

140. Aghdassi E, Wendland BE, Steinhart AH, Wolman SL, Jeejeebhoy K, Allard JP. Antioxidant vitamin supplementation in Crohn's disease decreases oxidative stress. A randomized controlled trial. Am J Gastroenterol. 2003 Feb;98:348-53. Impact Factor 6.012. **Coauthor or Collaborator**.

141. Evans JP, Steinhart AH, Cohen Z, McLeod RS. Home total parenteral nutrition: an alternative to early surgery for complicated inflammatory bowel disease. J Gastrointest Surg. 2003 May-Jun;7(4):562-6. Impact Factor 2.402. **Coauthor or Collaborator**.

142. Siffledeen JS, Siminoski K, **Steinhart H**, Greenberg G, Fedorak RN. The frequency of vitamin D deficiency in adults with Crohn's disease. Can J Gastroenterol 2003 Aug;17(8):473-8. Impact Factor 1.4. **Coauthor or Collaborator**.

143. Nikolaus S, Rutgeerts P, Fedorak R, Steinhart AH, Wild GE, Theuer D, Mohrle J, Schreiber S. Interferon beta-1a in ulcerative colitis: a placebo-controlled, randomised, dose escalating study. Gut. 2003 Sep;52(9):1286-90. Erratum in: Gut. 2003 Nov;52(11)1657. Impact Factor 9.357. **Coauthor or Collaborator**.

144. Habtezion A, Silverberg MS, Parkes R, Mikolainis S, Steinhart AH. Risk factors for low bone density in Crohn's disease. Inflamm Bowel Dis. 2002 Mar;8(2):87-92. Impact Factor 4.643 (Trainee publication, Research Elective Supervisor, A. Habtezion). **Senior Responsible Author**.

145. Steinhart AH, Feagan BG, Greenberg GR, Wong CJ, Vandervoort M, Mikolainis S, Croitoru K, Seidman E, Leddin DJ, Bitton A, Drouin E, Cohen A, Greenberg GR. Combined budesonide and antibiotic therapy for active Crohn's disease: a randomized controlled trial. Gastroenterology. 2002 Jul;123(1):33-40. Impact Factor 12.889. **Principal Author**.

146. Bernstein CN, Eaden J, Steinhart AH, Munkholm P, Gordon PH. Cancer prevention in inflammatory bowel disease and the chemoprophylactic potential of 5-aminosalicylic acid. Inflamm Bowel Dis. 2002 Sep;8(5):356-61. Review. Impact Factor 4.643. **Coauthor or Collaborator**.

147. Simms L, Steinhart AH. Budesonide for maintenance of remission in Crohn's disease. Cochrane Database Syst Rev. 2001(1):CD002913. Review. **Senior Responsible Author**.

148. Silverberg MS, Clelland C, Murphy JE, Steinhart AH, McLeod RS, Greenberg GR, Cohen Z, Siminovitch KA. Carrier rate of APC I1307K is not increased in inflammatory bowel disease patients of Ashkenazi Jewish origin. Hum Genet. 2001 Mar;108(3):205-10. Impact Factor 4.523. **Coauthor or Collaborator**.

149. de Rooy EC, Toner BB, Maunder RG, Greenberg GR, Baron D, Steinhart AH, McLeod R, Cohen Z. Concerns of patients with inflammatory bowel disease: results from a clinical population. Am J Gastroenterol. 2001 Jun;96(6):1816-21. Impact Factor 6.012. **Coauthor or Collaborator**.

150. Wendland BE, Aghdassi E, Tam C, Carrrier J, Steinhart AH, Wolman SL, Baron D,Allard JP. Lipid peroxidation and plasma antioxidant micronutrients in Crohn disease. Am J Clin Nutr. 2001 Aug;74(2):259-64. Impact Factor 6.307. **Coauthor or Collaborator**.

151. Rioux JD, Daly MJ, Silverberg MS, Lindblad K, **Steinhart H**, Cohen Z, Delmonte T, Kocher K, Miller K, Guschwan S, Kulbokas EJ, O'Leary S, Winchester E, Dewar K, Green T, Stone V, Chow C, Cohen A, Langelier D, Lapointe G, Gaudet D, Faith J, Branco N, Bull SB, McLeod RS, Griffiths AM, Bitton A, Greenberg GR, Lander ES, Siminovitch KA, Hudson TJ. Genetic variation in 5q31 cytokine gene cluster confers susceptibility to Crohn's disease. Nat Genet. 2001 Oct;29(2):223-8. Impact Factor 34.284. **Coauthor or Collaborator**.

152. Silverberg MS, Daly MJ, Moskovitz DN, Rioux JD, McLeod RS, Cohen Z, Greenberg GR, Hudson TJ, Siminovitch KA, Steinhart AH. Diagnostic misclassification reduces the ability to detect linkage in inflammatory bowel disease genetics studies. Gut 2001 Dec;49(6):773-6. Impact Factor 9.357. **Senior Responsible Author**.

153. Steinhart AH. Clinical perspectives – biologics in IBD: What's all the fuss? Can J Gastroenterol. 2001 Dec;15(12):799-804. **Principal Author**.

154. Feagan BG, Enns R, Fedorak RN, Panaccione R, Pare P, Steinhart AH, Wild G. Infliximab in the treatment of Crohn's disease: efficacy, safety, and pharmacoeconomics. Can J Clin Pharmacol. 2001 Winter;8(4):188-98. **Coauthor or Collaborator**.

155. Steinhart AH, Ewe K, Griffiths AM, Modigliani R, Thomsen OO. Corticosteroids for maintaining remission of Crohn's disease. Cochrane Database Syst Rev. 2000(2):CD000301. Review. Update in Cochrane Database Rev. 2001;(3):CD000301, Cochrane Database Rev. 2003;(4):CD000301. **Principal Author**.

156. Kennedy ED, Detsky AS, Llewellyn-Thomas HA, O'Connor BI, Varkul M, Steinhart AH, Cohen Z, McLeod RS. Can the standard gamble be used to determine utilities for uncertain health states? An example using post-operative maintenance therapy in Crohn's disease. Med Decis Making 2000 Jan-Mar;20(1):72-8. **Coauthor or Collaborator**.

157. Feagan BG, Fedorak RN, Irvine EJ, Wild G, Sutherland L, Steinhart AH, Greenberg GR, Koval J, Wong CJ, Hopkins M, Hanauer SB, McDonald JW. A comparison of methotrexate with placebo for the maintenance of remission in Crohn's disease. N Eng J Med 2000 Jun;342(22):1627-32. **Coauthor or Collaborator**.

158. Rioux JD, Silverberg MS, Daly MJ, Steinhart AH, McLeod RS, Griffiths AM, Green T, Brettin TS, Stone V, Bull SB, Bitton A, Williams CN, Greenberg GR, Cohen Z, Lander ES, Hudson TJ, Siminovitch KA. Genomewide search in Canadian families with inflammatory bowel disease reveals two novel susceptibility loci. Am J Hum Genet. 2000 Jun;66(6):1863-70. **Coauthor or Collaborator**.

159. Steinhart AH. Maintenance therapy in Crohn's disease. Can J Gastroenterol. 2000 Sep;14 Suppl C:23C-28C. Review. **Principal Author**.

160. Greenbloom SL, Steinhart AH, Greenberg GR. Combination ciprofloxacin and metronidazole for active Crohn's disease. Can J Gastroenterol 1998;12:53-56. (Trainee publication, Clinical Supervisor, Susan Greenbloom). **Co-Principal Author**.

161. Rioux JD, Daly MJ, Green T, Stone V, Lander ES, Hudson TJ and Steinhart AH, Bull S, Cohen Z, Greenberg GR, Griffiths A, McLeod R, Silverberg M, Williams CN, Siminovitch KS. Absence of linkage between inflammatory bowel disease and selected loci on chromosomes 3, 7, 12 and 16. Gastroenterology 1998;115:1062-1065. **Coauthor or Collaborator**.

162. Steinhart AH, Girgrah N, McLeod RS. Reliability of a Crohn's disease clinical classification scheme based on disease behaviour. Inflammatory Bowel Diseases 1998;4:228-234. **Principal Author**.

163. Kennedy ED, Blair JE, Ready R, Wolff BG, Steinhart AH, Carryer PW, McLeod RS. Patients' perceptions of their participation in a clinical trial for postoperative Crohn's disease. Can J Gastroenterol 1998; 12: 287-291. **Coauthor or Collaborator**.

164. Steinhart AH. Intravenous loading dose azathioprine in Crohn's disease. Will the hare outperform the tortoise? Inflammatory Bowel Diseases 1997; 3:62-63. **Principal Author**.

165. Steinhart AH, Greenberg GR. Nutrition in inflammatory bowel disease. Curr Op Gastroenterol 1997; 13:140-5. **Principal Author**.

166. McLeod RS, Wolff BG, Steinhart AH, et al. Risk and significance of endoscopic / radiological evidence of recurrent Crohn's disease. Gastroenterology 1997; 113:1823-1827. **Coauthor or Collaborator**.

167. Maunder RG, De Rooy EC, Toner BB, Greenberg GR, Baron D, Steinhart AH, McLeod RS, Cohen Z. Health-related concerns of people who seek psychological support for inflammatory bowel disease. Can J Gastroenterol 1997;11:681-685. **Coauthor or Collaborator**.

168. McLeod RS, Steinhart AH, Siminovitch K, Greenberg GR, Bull SB, Blair JE, Cruz CR, Barton PM, Cohen Z. Preliminary report on the Mount Sinai Hospital inflammatory bowel disease genetics project. Dis Col Rectum 1997;40:553-557. **Coauthor or Collaborator**.

169. Steinhart AH, Hiruki T, Brzezinski A, Baker JP. Treatment of left-sided ulcerative colitis with butyrate enemas. A controlled trial. Aliment Pharm Ther 1996; 10:729-736. **Principal Author**.

170. Steinhart AH, McLeod RS. Medical and surgical management of perianal Crohn's disease. Inflammatory Bowel Diseases 1996; 2:200-210. **Principal Author**.

171. Steinhart AH. Randomized controlled trials in inflammatory bowel disease. The case for the positive control. Inflammatory Bowel Diseases 1996; 2:260-264. **Principal Author**.

172. Feagan BG, Rochon J, Fedorak RN, Irvine EJ, Wild G, Sutherland L, Steinhart AH, et al. Methotrexate for the treatment of Crohn's disease. NEJM 1995;332:292-297. **Coauthor or Collaborator**.

173. McLeod R, Wolff B, Steinhart AH et al. Prophylactic mesalamine decreases postoperative recurrence of Crohn's disease. Gastroenterology 1995;109:404-413. **Coauthor or Collaborator**.

174. Steinhart AH, Brzezinski A, Baker JP. Treatment of refractory ulcerative proctosigmoiditis with butyrate enemas. Am J Gastroenterol 1994; 89(2):179-183. **Principal Author**.

175. Apel R, Cohen Z, Andrews CW Jr, McLeod R, **Steinhart H**, Odze RD. Prospective evaluation of early morphological changes in pelvic ileal pouches. Gastroenterology 1994; 107:435-443. **Coauthor or Collaborator**.

176. Steinhart AH, Hemphill D, Greenberg GR. Sulfasalazine and mesalazine for the maintenance therapy of Crohn's disease: A meta-analysis. Am J Gastroenterol 1994;89:2116-2124. **Principal Author**.

177. Solomon MJ, McLeod RS, O'Connor BI, Steinhart AH, Greenberg GR, Cohen Z. Combination ciprofloxacin and metronidazole in severe perianal Crohn's disease. Can J Gastroenterol 1993; 7:571-573. **Coauthor or Collaborator**.

178. Steinhart AH, Jenkins DJA, Mitchell S, Cuff D, Prokipchuk EJ. The effect of dietary fibre on total carbohydrate losses in ileostomy effluent. Am J Gastroenterol 1992; 87:48-54. **Principal Author**.

179. Steinhart AH, O'Rourke K, McLeod R, Wolff BG. Application of a stopping rule based on total treatment failures. The Post-operative Crohn's Disease Trial. J Clin Epidemiol 1992; 45:495-504. **Principal Author**.

180. Steinhart AH, Saibil FG, Hegele R, Cohen LB. Upper gastrointestinal bleeding due to a superior mesenteric artery to duodenum fistula. A rare complication of metastatic lung carcinoma. Am J Gastroenterol 1991; 86:771-774. **Principal Author**.

181. Steinhart AH, Simons M, Stone R, Heathcote J. Multiple hepatic abscesses: Cholangiographic changes simulating sclerosing cholangitis and resolution following percutaneous drainage. Am J Gastroenterol 1990; 85:306-308. **Principal Author**.

182. Steinhart AH, Brzezinski A, Prokipchuk EJ, Baker JP. Azathioprine therapy in ulcerative colitis. J Clin Gastroenterol 1990; 12:271-275. **Principal Author**.

183. Silverman M, Whiteside C, Lumsden CJ, **Steinhart H**. In vivo indicator dilution kinetics of PAH transport in dog kidney. Am J Physiol 1989; 256:F255-F265. **Coauthor or Collaborator**.

## Case Reports

1. Barber CE, Lee P, Steinhart AH, Lazarou J. Multifocal motor neuropathy with conduction block following treatment with infliximab. J Rheumatol. 2010 Aug 1;37(8):1778-80. Impact Factor 1.209. **Coauthor or Collaborator**.

2. Lal S, Steinhart AH. Diphyllobothrium latum: a case of an incidental finding. World J Gastroenterol. 2007 Mar 28;13(12):1875-6. Impact Factor 2.092 (Trainee publication, Fellowship Supervisor, Simon Lal). **Senior Responsible Author**.

## Commentaries

1. Steinhart AH. Bone density in women with inflammatory bowel disease. Can J Gastroenterol. 2004 Mar;18(3):183-4. **Principal Author**.

Hillary STEINHART

## Letters to Editor

1. Silverberg MS, Rubin DT, Steinhart AH, Cohen LB, Rotter JI. Israel-Gaza conflict. Lancet. 2009 Mar 14;373(9667):891-2. **Coauthor or Collaborator**.

## Online Resources

1. A. **Hillary Steinhart**, Maitreyi Raman. Podcast: Nutrition and IBD (Part 1). (Canada): Canadian Association of Gastroenterology; 2021. **Co-Principal Author**.

## Consensus Development Conference, Journal Articles, Practice Guideline, Review

1. Bressler B, Marshall JK, Bernstein CN, Bitton A, Jones J, Leontiadis GI, Panaccione R, Steinhart AH, Tse F, Feagan B, Toronto Ulcerative Colitis Consensus Group. Clinical practice guidelines for the medical management of nonhospitalized ulcerative colitis: the Toronto consensus. Gastroenterology. 2015 May 1;148(5):1035-1058.e3. **Guideline Development Steering Committee Member and Co-Author**.

## Summary of Proceedings

1. Steinhart AH, Tolomiczenko G. IBD 2009: emerging research frontiers on the path to a cure. Can J Gastroenterol. 2010 Sep;24(9):557-65. Impact Factor 1.4. **Principal Author**.

# 3. NON-PEER-REVIEWED PUBLICATIONS

## Journal Articles

1. Rivas MA, Beaudoin M, Gardet A, Stevens C, Sharma Y, Zhang CK, Boucher G, Ripke S, Ellinghaus D, Burtt N, Fennell T, Kirby A, Latiano A, Goyette P, Green T, Halfvarson J, Haritunians T, Korn JM, Kuruvilla F, Lagace C, Neale B, Lo KS, Schumm P, Torkvist L, Dubinsky MC, Brant SR, Silverberg MS, Duerr RH, Altshuler D, Gabriel S, Lettre G, Franke A, D'Amato M, McGovern DP, Cho JH, Rioux JD, Xavier RJ and Daly MJ. Deep resequencing of GWAS loci identifies independent rare variants associated with inflammatory bowel disease. Nat Genet. 2011 Oct 9;43(11):1066-73. doi: 10.1038/ng.952. **Coauthor or Collaborator**.

2. Tyler AD, Milgrom R, Xu W, Stempak JM, Steinhart AH, McLeod RS, Greenberg GR, Cohen Z, Silverberg MS. Antimicrobial Antibodies Are Associated With a Crohn's Disease-Like Phenotype After Ileal Pouch-Anal Anastomosis. Clin Gastroenterol Hepatol. 2011 Oct 1. [Epub ahead of print]. **Coauthor or Collaborator**.

3. Lal S, Steinhart AH. Cannabis use amongst patients with inflammatory bowel disease. European Journal of Gastroenterology and Hepatology. 2011; 23 (10): 891-6. (Trainee publication, Fellowship Supervisor, Simon Lal). **Senior Responsible Author**.

4. Anderson CA, Boucher G, Lees CW, Franke A, D'Amato M, Taylor KD, Lee JC, Goyette P, Imielinski M, Latiano A, Lagacé C, Scott R, Amininejad L, Bumpstead S, Baidoo L, Baldassano RN, Barclay M, Bayless TM, Brand S, Büning C, Colombel JF, Denson LA, De Vos M, Dubinsky M, Edwards C, Ellinghaus D, Fehrmann RS, Floyd JA, Florin T, Franchimont D, Franke L, Georges M, Glas J, Glazer NL, Guthery SL, Haritunians T, Hayward NK, Hugot JP, Jobin G, Laukens D, Lawrance I, Lémann M, Levine A, Libioulle C, Louis E, McGovern DP, Milla M, Montgomery GW, Morley KI, Mowat C, Ng A, Newman W, Ophoff RA, Papi L, Palmieri O, Peyrin-Biroulet L, Panés J, Phillips A, Prescott NJ, Proctor DD, Roberts R, Russell R, Rutgeerts P, Sanderson J, Sans M, Schumm P, Seibold F, Sharma Y, Simms LA, Seielstad M, Steinhart AH, Targan SR, van den Berg LH, Vatn M, Verspaget H, Walters T, Wijmenga C, Wilson DC, Westra HJ, Xavier RJ, Zhao ZZ, Ponsioen CY, Andersen V, Torkvist L, Gazouli M, Anagnou NP, Karlsen TH, Kupcinskas L, Sv. Nat Genet. 2011 Mar;43(3):246-52. Epub 2011 Feb. **Coauthor or Collaborator**.

5. Rossin EJ, Lage K, Raychaudhuri S, Xavier RJ, Tatar D, Benita Y; International Inflammatory Bowel Disease Genetics Constortium, Cotsapas C, Daly MJ. Proteins encoded in genomic regions associated with immune-mediated disease physically interact and suggest underlying biology. PLoS Genet. 2011 Jan 13;7(1):e1001273. **Coauthor or Collaborator**.

6. Silverberg MS, Steinhart AH. Bone disease in inflammatory bowel disease. Clinical Perspectives 2000 May-June. **Senior Responsible Author**.

7. Steinhart AH. Irritable bowel syndrome: an approach to management. Informed 1998;4(3): 1-3. **Principal Author**.

## Books

1. Steinhart AH. Crohn's and Colitis: Understanding and Managing IBD. 3rd edition. Toronto (Canada): Robert Rose Inc.; 2019. 264 p. ISBN 978-0-7788-0619-6. **Principal Author**.

2. Crohn's and Colitis Diet Guide. Steinhart AH, Cepo J. Toronto (Canada): Robert Rose; 2014. 336 p. **Co-Principal Author**.

3. Crohn's and Colitis Diet Guide. Steinhart AH, Cepo J. Robert Rose Publishing, Toronto, Canada, 2008. **Co-Principal Author**.

4. Steinhart AH. Crohn's and Colitis: Understanding and Managing IBD. Robert Rose Publishing, Toronto, Canada, 2006. **Principal Author**.

5. Pocket Consultant Gastroenterology. Travis SPL, Ahmad T, Collier J, Steinhart AH. Blackwell Inc., Oxford UK, 2005. **Co-Principal Author**.

## Books Edited

1. Challenges in Inflammatory Bowel Disease. Jewell DP, Mortensen NK, Steinhart AH, Pemberton JH, Warren BF (eds.). Blackwell Publishing, Oxford UK, 2006. **Editor**.

## Book Chapters

1. Steinhart AH. Medical Management of Crohn's Disease: Conventional Therapy - Steroids. Baumgart D (ed). Crohn's Disease and Ulcerative Colitis. Springer Science & Business Media, New York, NY. **Principal Author**.

2. Steinhart AH. Medical Management of Ulcerative Colitis: Conventional Therapy - Steroids. Baumgart D (ed). Crohn's Disease and Ulcerative Colitis. Springer Science & Business Media, New York, NY. **Principal Author**.

3. Steinhart AH. Steroid therapy for Crohn's disease. In: More Clinical Dilemmas in Inflammatory Bowel Disease. Irving P, Siegel C, Rampton D, Shanahan F (ed.) Wiley Blackwell Publications , Oxford. **Principal Author**.

4. Steinhart AH. Anti-TNF Therapy: Safety and Toxicity. Regueiro MD, Swoger J (eds.) Clinical Challenges and Complications of IBD, Slack, Inc., Thorofare, NJ, USA. **Principal Author**.

5. Steinhart AH. Choosing between methotrexate and 6-mercaptopurine for Crohn's disease. In: Curbside Consultations in IBD. Rubin D, Friedman S, Ferraye, FA (ed.). Slack Incorporated, Thorofare, NJ, 2009. pp. 47-48. **Principal Author**.

6. Steinhart AH. Practical aspects of methotrexate therapy for IBD – dose, route, monitoring and toxicity. IN: Curbside Consultations in IBD. Rubin D, Friedman S, Ferraye, FA (ed.). Slack Incorporated, Thorofare, NJ, 2009. pp. 49-50. **Principal Author**.

7. Steinhart AH. Blood tests in IBD: What's necessary? In: Inflammatory Bowel Disease Yearbook, Volume 3, Bernstein CN (ed.) Remedica, London UK, 2006; pp 1 – 24. **Principal Author**.

8. Bressler B, Steinhart AH. Smoking and nicotine – poison for Crohn's, potion for colitis? In: Clinical Dilemmas in Inflammatory Bowel Disease.    Irving P, Rampton D, Shanahan F (ed.) Blackwell Publishing, Oxford, 2006; pp 96-99. **Senior Responsible Author**.

9. Steinhart AH. Osteoporosis. In: Kirsner's Inflammatory Bowel Disease, Sartor B and Sandborn W (eds). **Principal Author**.

10. Springer J, Steinhart AH. Acute Pancreatitis. In: Evidence Based Gastroenterology. 2nd edition. McDonald JWD, Feagan B, Burroughs A (eds.).    Blackwell Publishing, Oxford, 2004; pp 321-339. **Senior Responsible Author**.

11. Steinhart AH. Conventional Therapy. In: Yearbook of IBD, Bernstein CN (ed.) Remedica Publishing, London UK, 2003; pp 1–23. **Principal Author**.

12. Steinhart, A Hillary. Induction of Remission in Ulcerative Colitis. In: Inflammatory Bowel Disease, Satsangi J and Sutherland LR (eds). 2003 Churchill LIvingstone, ISBN 0 443 07121 7. **Principal Author**.

13. Steinhart, A. Hillary. The Management of Fulminant Ulcerative Colitis. In: Inflammatory Bowel Disease, Satsangi J and Sutherland LR (eds). 2003. Churchill LIvingstone, ISBN 0 443 07121 7. **Principal Author**.

14. Steinhart AH. Is mesalazine therapy useful for Crohn's disease? In: Challenges in Inflammatory Bowel Disease. Jewell D, Mortensen N, Warren B (eds.).    Blackwell Science, Oxford, 2000. **Principal Author**.

15. Steinhart AH. Induction therapy for Crohn's disease. In: Trends in Inflammatory Bowel Disease Therapy 1999. Kluwer Academic Publishers, Dordrecht, 2000; pp128-136.

16. Springer J, Steinhart AH. Acute Pancreatitis. In: Evidence Based Gastroenterology. McDonald JWD, Feagan B, Burroughs A (eds.).    BMJ Books, London, 1999; pp 271-293. **Senior Responsible Author**.

17. Steinhart AH. Maintenance therapy of Crohn's disease. In: Trends in Inflammatory Bowel Disease Therapy 1996. McLeod RS, Martin F, Sutherland LR, Wallace JL, Williams CN (eds). Kluwer Academic Press, Dordrecht, 1997; pp 173-188.

18. Steinhart AH, Baker JP, Detsky AS. Nutritional therapeutics. In: Medical therapeutics: a pocket companion. 3rd edition. Larson EB, Ramsey PG (eds).    W.B. Saunders Philadelphia, 1996.

19. Steinhart AH, Baker JP, Detsky AS. Nutritional therapeutics. In: Medical therapeutics: a pocket companion. 2nd edition. Larson EB, Ramsey PG (eds).    W.B. Saunders Philadelphia, 1993.

20. Steinhart AH, Jenkins DJA. Nutritional Management of Colonic Disorders. In: Seminars in Gastrointestinal Disease. April 1993. Vol 4(2):87-98.

21. Steinhart AH. Colonic Fermentation and Short Chain Fatty Acid Production and Utilization. Medicine North America, March 1991.

### Commentaries

1. Steinhart AH. Targets of treatment in chronic inflammatory bowel diseases. Gastroenterology 2004; 127:355. **Principal Author**.

# E. Presentations and Special Lectures

## 1. INTERNATIONAL

## Invited Lectures and Presentations

2020 Mar 7      **Invited Lecturer**. Steroid Therapy for IBD. Falk Foundation. Mexico City, Mexico.

2018 Sep 22    **Invited Speaker**. Great Lakes IBD Forum. Western University and University of Toronto. Niagara-on-the-Lake, Ontario, Canada. Perspectives on Use of Therapeutic Drug Monitoring to Optimize Use of Biologic Therapy.

2018 Apr 13    **Invited Speaker**. International Symposium on Gastroenterology. McGill University Faculty of Medicine. Montreal, Quebec, Canada. Targeting the Microbiome to Treat IBD.

2017 Jan 27    **Invited Lecturer**. New Outcomes of Anti-TNF Therapy in Inflammatory Bowel Disease. Instituo Nacional de Ciencias Medicas y Nutricion Salvador Zubiran. Mexico City, Mexico.

2015 Oct 21    **Invited Lecturer**. New targets and new therapies in the management of Inflammatory Bowel    Disease. Ha'emek Medical Centre, Department of Medicine. Afula, Israel.

2015 Oct 3    **Invited Lecturer**. Inflammatory Bowel Disease - Video Case Review. Robarts Research Institute. Niagara-on-the-lake, Ontario, Canada. (Continuing Education).

2015 Jun 6    **Invited Lecturer**. Close Monitoring in Inflammatory Bowel Disease. Pan-American Crohn's and Colitis Organization. Guadalajara, Mexico.

2015 Jun 6    **Invited Lecturer**. Inflammatory Bowel Disease and Pregnancy. Pan-American Crohn's and Colitis Organization. Guadalajara, Mexico.

2014 Jun 24    **Invited Lecturer**. Optimizing Anti-TNF Use in IBD. Israel IBD Society. Tel Aviv, Israel. Israel IBD Society Annual Meeting.

2013 Dec 2    **Invited Lecturer**. GERD and Barrett's Esophagus. Addis Ababa University Department of Medicine. Addis Ababa, Ethiopia. Presenter(s): AH Steinhart. Medical Grand Rounds.

2013 Nov 18    **Invited Lecturer**. Occult and Obscure GI Bleeding. Addis Ababa University Department of Medicine. Addis Ababa, Ethiopia. Presenter(s): AH Steinhart. Medical Grand Rounds.

2013 May 20    **Chair**. Disease Complications in IBD. American Gastroenterological Association Annual Meeting. Toronto, Ontario, Canada. Presenter(s): Ananthakrishnan A, Waterman M, deFonseka AM, Murdoch TB, Perera LP, Cohen RD. Research Forum.

2010 Oct 22    **Invited Lecturer**. Extra-articular Manifestations of Spondyloarthropathies: Interdisciplinary Collaboration - Current Concepts in IBD. University of Toronto Division of Rheumatology Clinical Observation Program. Toronto, Ontario, Canada. Presenter(s): **Hillary Steinhart**.

2010 Sep 29    **Invited Lecturer**. Difficult decisions in ulcerative colitis. Salford Royal NHS Foundation Trust: Salford Conference 2010 - The Leading Edge of IBD: Difficult Decisions. Salford, United Kingdom. Presenter(s): **Hillary Steinhart**.

2010 Sep 29    **Invited Lecturer**. Difficult decisions in Crohn's disease. Salford Royal NHS Foundation Trust: Salford Conference 2010 - The Leading Edge of IBD: Difficult Decisions. Salford, United Kingdom. Presenter(s): **Hillary Steinhart**.

2009 Sep 12    **Invited Lecturer**. Antibiotic Therapy for Inflammatory Bowel Disease. Interscience Conference on Antmicrobial Agents and Chemotherapy/American Society of Microbiology Annual Meeting. San Francisco, California, United States. Presenter(s): **Hillary Steinhart**.

2009 Jan 16    **Invited Lecturer**. Two Lectures:
1) Steroids and Cyclosporine for Severe Acute Ulcerative Colitis
2) Perspectives on Infliximab for Ulcerative Colitis. Portuguese IBD Working Group. Lisbon, Portugal. Presenter(s): **Hillary Steinhart**.

2008 Dec    **Invited Lecturer**. Topic: The role of endoscopy in IBD. University of Arizona GI-Motility Symposium. Phoenix, Arizona, United States. Presenter(s): Steinhart, AH.

2008 Aug 19    **Invited Speaker**. Management of Inflammatory Bowel Disease. American Gastroenterological Association Center for GI Practice Management and Economics. Montreal, Quebec, Canada.

Presenter(s): **Hillary Steinhart**.

2007 Apr 28    **Invited Lecturer**. Blood tests and diet in IBD. Arapahoe GI Pow-Wow. Denver, Colorado, United States. Presenter(s): Steinhart, AH.

2006 Oct 7    **Invited Lecturer**. Topic: Antibiotic Therapy for IBD. Cleveland Clinic Foundation Inflammatory Bowel Disease Summit. Cleveland, Ohio, United States. Presenter(s): Steinhart, AH.

2006 Mar 28    **Invited Lecturer**. When to initiate biologic therapy in Crohn's disease. Townsville Gut Club. Townsville, Australia. Presenter(s): Steinhart, AH.

2006 Mar 27    **Invited Lecturer**. When to initiate biologic therapy in Crohn's disease. Royal Brisbane Hospital Gastroenterology Rounds. Brisbane, Australia. Presenter(s): Steinhart, AH.

2006 Mar 21    **Invited Lecturer**. Preventing Postoperative Recurrence of Crohn's. British Society of Gastroenterology Annual Meeting. Birmingham, United Kingdom. Presenter(s): **Hillary Steinhart**.

2006 Mar 21    **Invited Lecturer**. High dose 5-ASAs for induction and maintenance therapy. British Society of Gastroenterology Annual Meeting. Birmingham, United Kingdom. Presenter(s): **Hillary Steinhart**.

2005 May 17    **Invited Lecturer**. Optimizing Azathioprine and 6-Mercaptopurine Therapy in Crohn's Disease. American Gastroenterological Association Annual Digestive Disease Week. Chicago, Illinois, United States. Presenter(s): Steinhart, AH.

2005 Mar 12    **Invited Lecturer**. Classic Studies and Prototypical Study Designs in IBD. Crohn's and Colitis Foundation of America. St. Petersburg, Florida, United States. Presenter(s): **Hillary Steinhart**.

2005 Jan 28    **Invited Lecturer**. Genetics of Inflammatory Bowel Disease. International Course on the Colon, Rectum and Anus. Mexican Association of Gastroenterology, Mexican Association of General Surgery, Mexican Society of Coloproctology. Mexico City, Mexico. Presenter(s): Steinhart, AH.

2005 Jan 28    **Invited Lecturer**. Diagnosis and Treatment of Ulcerative Colitis – The Toronto Approach. International Course on the Colon, Rectum and Anus. Mexican Association of Gastroenterology, Mexican Association of General Surgery, Mexican Society of Coloproctology. Mexico City, Mexico. Presenter(s): Steinhart, AH.

2005 Jan 26    **Invited Lecturer**. Advances in the diagnosis and treatment of Crohn's disease. International Course on the Colon, Rectum and Anus. Mexican Association of Gastroenterology, Mexican Association of General Surgery, Mexican Society of Coloproctology. Mexico City, Mexico. Presenter(s): Steinhart, AH.

2003 Nov 1    **Invited Lecturer**. Luminal Crohn's Disease. IBD Mentoring Program, North American GI Fellows Course. Palm Desert, California, United States. Presenter(s): Steinhart, AH.

2000 Feb    **Invited Lecturer**. Topic: Maintenance therapy for Crohn's disease. Update in Liver and Inflammatory Bowel Diseases. Cancun, Mexico. Presenter(s): Steinhart, AH.

1999 Dec    **Invited Lecturer**. Topic: Steroid Resistant and Steroid Dependent Crohn's Disease. The IVth Ferring IBD Symposium. London, United Kingdom. Presenter(s): Steinhart, AH.

1999 Sep    **Invited Lecturer**. Session Chair: Genetics of Gastrointestinal Disorders. Pan-American Congress of Gastroenterology / Gastro '99 Practitioners' Programme. Vancouver, British Columbia, Canada. Presenter(s): Steinhart, AH.

1998 Mar    **Invited Lecturer**. Topic: Using Remicade in Clinical Practice. Update on Liver Disease and Hepatitis. Nassau, Bahamas. Presenter(s): Steinhart, AH.

1997 Apr    **Invited Lecturer**. Topic: Clinical Classification of Crohn's Disease. Meeting of the International Organization of IBD. Assisi, Italy. Presenter(s): Steinhart, AH.

1996 May 20    **Invited Lecturer**. Topic: Genetics of Inflammatory Bowel Disease. Digestive Disease Week 1996: Canadian Gastroenterology Dinner. San Francisco, California, United States. Presenter(s): Steinhart, AH.

Hillary STEINHART

## Presented Abstracts

2006 Mar 21   **Chair**. Inflammatory Bowel Disease Free Papers. British Society of Gastroenterology Annual Meeting. Birmingham, United Kingdom. Presenter(s): **Hillary Steinhart**.

2006 Mar   Are all mesalazines equal? A meta-analysis of pH7-dependant versus controlled-release mesalazine in the maintenance of medically induced remission of inactive Crohn's disease. British Society of Gastreonterology Annual Meeting. Birmingham, United Kingdom. Presenter(s): Steinhart AH, Forbes A, Bhatt A, Travis SPL.

2000 May   Serum cholesterol levels in patients with active ulcerative colitis. Digestive Diseases Week. San Diego, California, United States. Presenter(s): Cino M, Greenberg GR, Steinhart AH.

2000 May   Risk factors for bone loss in Crohn's disease. Digestive Diseases Week. San Diego, California, United States. Presenter(s): Ethiopia A, Silverberg MS, Mikolainis S, Steinhart AH.

2000 May   A comparison of methotrexate with placebo for the maintenance of remission in Crohn's disease. Digestive Diseases Week. San Diego, California, United States. Presenter(s): Feagan BG, Fedorak RN, Irvine EJ, Wild G, Sutherland L, Steinhart AH, Greenberg GR, Koval J, Wong CJ, Hopkins M, Hanauer SB, McDonald JWD.

2000 May   Effect of diagnostic misclassification on the ability to detect linkage in inflammatory bowel disease. Digestive Diseases Week. San Diego, California, United States. Presenter(s): Silverberg MS, Daly MJ, Rioux JD, McLeod RS, Greenberg GR, Cohen Z, Lander ES, Hudson T, Siminovitch KA, Steinhart AH.

2000 May   **Presenter**. Diagnostic misclassification of patients with presumed inflammatory bowel disease. Digestive Diseases Week. San Diego, California, United States. Presenter(s): Moskovitz DN, Silverberg MS, McLeod RS, Greenberg GR, Cohen Z, Steinhart AH. (Trainee Presentation).

2000 May   A Genome-Wide Scan in a Canadian Inflammatory Bowel Disease (IBD) Population Reveals Two Novel Susceptibility Loci. Digestive Diseases Week. San Diego, California, United States. Presenter(s): Rioux JD, Silverberg MS, Daly MJ, Steinhart AH, McLeod RS, Griffiths AM, Bull SB, Greenberg GR, Cohen Z, Lander ES, Hudson TJ, Siminovitch KA.

2000 May   Nutritional Intake, Plasma Antioxidant Vitamins and Oxidative Stress in Crohn's Disease Patients Compared To Healthy Controls. Digestive Diseases Week. San Diego, California, United States. Presenter(s): Wendland BE, Aghdassi E, Tam C, Carrier J, Steinhart AH, Wolman S, Baron D, Jeejeebhoy KN, Newman A, Allard JP.

1999 Nov   A comparison of methotrexate with placebo for the maintenance of remission in Crohn's disease. United European Gastroenterology Week. Rome, Italy. Presenter(s): Feagan BG, Fedorak RN, Irvine EJ, Wild G, Sutherland L, Steinhart AH, Greenberg GR, Koval J, Wong CJ, Hopkins M, Hanauer SB, McDonald JWD.

1999 Oct   Genetic Association using affected siblings: application to inflammatory bowel disease (IBD) and the HLA-DRB1*0103 gene. Meeting of the American Society for Human Genetics. San Francisco, California, United States. Presenter(s): Mirea L, Bull SB, Silverberg MS, Steinhart AH, McLeod RS, Griffiths A, Greenberg GR, Cohen Z, Wade J, Siminovitch KA.

1999 May   Evidence for linkage between Crohn's disease (CD) and a locus near the major histocompatibility complex (MHC) on chromosome 6. Meeting of the American Gastroenterology Association. Orlando, Florida, United States. Presenter(s): Silverberg MS, Steinhart AH, McLeod RS, Griffiths A, Bull SB, Greenberg GR, Cohen Z, Siminovitch KA, Rioux JD, Daly M, Lander ES, Hudson T.

1999 May   The HLA DRB1*0103 allele is associated with Crohn's disease (CD) in a Canadian inflammatory bowel disease (IBD) population. Meeting of the American Gastroenterology Association. Orlando, Florida, United States. Presenter(s): Silverberg MS, Steinhart AH, Bull SB, McLeod RS, Griffiths A, Greenberg GR, Cohen Z, Wade JA, Siminovitch KA.

1999 May   Contribution of the APCI1307K mutation to colorectal cancer (CRC) susceptibility in inflammatory bowel disease (IBD) pateints of Ashkenazi Jewish (AJ) origin. Meeting of the American Gastroenterology

Association. Orlando, Florida, United States. Presenter(s): Taylor CL, Silverberg MS, Murphy J, Steinhart AH, McLeod RS, Greenberg GR, Cohen Z, Siminovitch KA.

1999 May     Oxidative stress and disease activity in patients with Crohn's disease. Meeting of the American Gastroenterology Association. Orlando, Florida, United States. Presenter(s): Wendland BE, Aghdassi E, Steinhart AH, Wolman SL, Baron D, Jeejeebhoy KN, Newman A, Allard JP.

1998 May     Association of HLA Class II genes with susceptibility to ulcerative colitis in IBD families. Meeting of the American Gastroenterology Association. New Orleans, Louisiana, United States. Presenter(s): Silverberg MS, Murphy J, Steinhart AH, McLeod RS, Greenberg GR, Mirea L, Bull S, Cohen Z, Wade J, Siminovitch KA.

1998 May     Factors affecting bone mineral density in Crohn's disease. Meeting of the American Gastroenterology Association. New Orleans, Louisiana, United States. Presenter(s): Silverberg MS, Mikolainis S, Steinhart AH.

1998 May     Clinical classification of Crohn's disease by disease behaviour - can it be done? Meeting of the American Gastroenterology Association. New Orleans, Louisiana, United States. Presenter(s): Girgrah N, McLeod RS, Steinhart AH.

1997 May     Osteopenia in patients with Crohn's disease. Meeting of the American Gastroenterology Association. Washington, District of Columbia, United States. Presenter(s): Silverberg MS, Mikolainis S, Steinhart AH.

1997 May     Disease characteristics of familial and non-familial Crohn's disease. Meeting of the American Gastroenterology Association. Washington, District of Columbia, United States. Presenter(s): Steinhart AH, McLeod RS, Greenberg GR, Siminovitch K, Griffiths AM, Bull S, Blair J, Cruz C, Barton P, Cohen Z.

1997 Apr     Clinical classification of Crohn's disease. International Organization for the Study of Inflammatory Bowel Disease Meeting. Assisi, Italy. Presenter(s): Steinhart AH.

1996 May     Economic analysis of the sucrose test: A non-invasive test of gastroduodenal mucosal damage. Meeting of the American Gastroenterology Association. San Francisco, California, United States. Presenter(s): Steinhart AH, Detsky AS, Bombardier C.

1996 May     Pouchitis in a defined cohort of patients followed prospectively. Meeting of the American Gastroenteology Association. San Francisco, California, United States. Presenter(s): McLeod RS, Onderdonk A, Hiruki T, Steinhart AH, Blair JE, Cohen Z.

1995 May     Treatment of left-sided ulcerative colitis with butyrate enemas. A randomized controlled trial. Meeting of the American Gastroenterology Association. San Diego, California, United States. Presenter(s): Steinhart AH, Hiruki T, Brzezinski A, Baker JP.

1995 May     Ciprofloxacin and metronidazole combination antibiotic therapy for ileocolonic Crohn's disease. Meeting of the American Gastroenterology Association. San Diego, California, United States. Presenter(s): Greenbloom SL, Steinhart AH, Greenberg GR.

1995 May     Total enteral immunomodulatory nutrition (TEIN) treatment for severe active ulcerative colitis. Meeting of the American Gastroenterology Association. San Diego, California, United States. Presenter(s): Greenbloom SL, Wendland B, Steinhart AH, McLeod RS, Cohen Z, Greenberg GR.

1995 May     Significance of endoscopic/radiological recurrence of Crohn's disease. Meeting of the American Gastroenterology Association. San Diego, California, United States. Presenter(s): McLeod RS, Wolff BG, Steinhart AH, et al.

1995 May     A pedigree analysis of inflammatory bowel disease (IBD) families. Meeting of the American Gastroenterology Association. San Diego, California, United States. Presenter(s): Grosso P, McLeod RS, Croxford R, Greenberg GR, Steinhart AH, Cohen Z.

1994 May     Sulfasalazine and mesalazine for maintenance therapy of Crohn's disease: A meta-analysis. Meeting of the American Gastroenterology Association. New Orleans, Louisiana, United States. Presenter(s):

Hemphill DH, Greenberg GR, Steinhart AH.

1994 May    The nature of ulcerative colitis in patients with primary sclerosing cholangitis. Meeting of the American Gastroenterology Association. New Orleans, Louisiana, United States. Presenter(s): Greenbloom SL, Steinhart AH.

1994 May    A multicentre trial of methotrexate treatment for chronically active Crohn's disease. Meeting of the American Gastroenterology Association. New Orleans, Louisiana, United States. Presenter(s): North American Crohn's Study Group Investigators.

1994 May    Delayed recurrence following surgery for Crohn's disease. Meeting of the American Gastroenterology Association. New Orleans, Louisiana, United States. Presenter(s): McLeod RS, Wolff BG, Steinhart AH, et al.

1993 Sep    Butyrate enemas in the treatment of refractory distal ulcerative colitis. Short Chain Fatty Acids. Falk Symposium No. 73. Strasbourg, France. Presenter(s): Steinhart AH, Brzezinski A, Baker J.

1993        Early morphological changes in ileal pelvic pouches. Annual meeting of the United States and Canadian Academy of Pathology. Presenter(s): Apel R, Steinhart AH, McLeod R, Cohen Z, Odze R.

1992        Butyrate enemas in the treatment of refractory distal ulcerative colitis. An open label trial. Meeting of the American Gastroenterological Association. San Francisco, California, United States. Presenter(s): Steinhart AH, Brzezinski A, Baker JP.

1991        Azathioprine therapy in ulcerative colitis: update of a clinic series. North American Conference of Gastroenterology Fellows. San Diego, California, United States. Presenter(s): Steinhart AH, Tishler SJ, Prokipchuk EJ, Baker JP.

## 2. NATIONAL

## Invited Lectures and Presentations

2020 Dec 2   **Presenter**. IBD Nutrition: Sharing the Rationale, Impact and its Clinical Rationale. FusionMD. Ontario, Canada. Presenter(s): Dr. **Hillary Steinhart** & Dr. Maitreyi Raman. Interactive Virtual Presentation Developed by Presenters to address educational needs of the audience.

2020 Nov 6   **Workshop Leader**. Cancer and IBD. Mentoring in Inflammatory Bowel Disease. Toronto, Ontario, Canada.

2020 Nov 6   **Workshop Leader**. Proactive / Reactive Therapeutic Drug Monitoring. Mentoring in Inflammatory Bowel Disease. Toronto, Ontario, Canada.

2020 Sep 26  **Workshop Leader**. Medical Therapy in Pregnancy. Multidisciplinary Care in Inflammatory Bowel Disease. Toronto, Ontario, Canada.

2019 Nov 15  **Workshop Leader & Expert Panel Member**. Extraintestinal Manifestations in IBD: Rheumatological. Mentoring in Inflammatory Bowel Disease. Toronto, Ontario, Canada.

2019 Jun 27  **Presenter**. Total Care in IBD: Fistulizing Perianal Crohn's Disease. Abbvie. Winnipeg, Manitoba, Canada. Presenter(s): Dr. **Hillary Steinhart**. Accredited CME Program.

2019 Jun 27  **Invited Speaker**. University of Manitoba Division of Gastroenterology Rounds. University of Manitoba. Winnipeg, Manitoba, Canada. Presenter(s): Dr. **Hillary Steinhart**. Optimizing Current IBD Therapies.

2019 Jun 26  **Presenter**. Total Care in IBD: Fistulizing Perianal Crohn's Disease. Abbvie. Saskatoon, Saskatchewan, Canada. Presenter(s): Dr. **Hillary Steinhart**. Accredited CME Program.

2019 Jun 6   **Presenter**. Total Care in IBD: Fistulizing Perianal Crohn's Disease. Abbvie. Regina, Saskatchewan, Canada. Presenter(s): Dr. **Hillary Steinhart**. Accredited CME Program.

| 2019 Jun 3 | **Speaker**. Alberta Digestive Diseases Summit. Alberta Society of Gastroenterology. Lake Louise, Alberta, Canada. Extraintestinal Manifestations of IBD: A Multidisciplinary Approach. |
|---|---|
| 2019 May 3 | **Speaker**. Current Concepts in Inflammatory Bowel Disease. Spondyloarthropathy Research Consortium of Canada. Toronto, Ontario, Canada. |
| 2019 Apr 26 | **Presenter**. Total Care in IBD: Fistulizing Perianal Crohn's Disease. CANIBD: Canadian Associations of IBD Nurses National Meeting. Toronto, Ontario, Canada. Presenter(s): Dr. **Hillary Steinhart**. Accredited CME Program. |
| 2019 Apr 3 | **Presenter**. Total Care in IBD: Fistulizing Perianal Crohn's Disease. Abbvie. Edmonton, Alberta, Canada. Presenter(s): Dr. **Hillary Steinhart**. Accredited CME Program. |
| 2019 Apr 3 | **Speaker**. Stepping Up & Stepping Down Therapy in Crohn's Disease: Considerations for Clinical Practice. University of Alberta, Division of Pediatric Gastroenterology. Edmonton, Alberta, Canada. |
| 2019 Apr 2 | **Presenter**. Total Care in IBD: Fistulizing Perianal Crohn's Disease. Abbvie. Vancouver, British Columbia, Canada. Presenter(s): Dr. **Hillary Steinhart**. Accredited CME Program. |
| 2019 Apr 2 | **Visiting Professor**. Infectious Complications in Immune Mediated Inflammatory Disorders. Pacific Gastroenterology Associates. Vancouver, British Columbia, Canada. |
| 2019 Jan 20 | **Presenter**. Canadian GI Fellows Program in IBD. University of Calgary and University of Toronto. Montreal, Quebec, Canada. IBD Case Discussions - Battle of the Titans. |
| 2018 Nov 2 | **Workshop Leader**. Biologic Therapy in IBD. Mentoring in Inflammatory Bowel Disease. Toronto, Ontario, Canada. |
| 2018 Nov 2 | **Invited Speaker**. Medical Perioperative and Surgical Perspectives in IBD. Mentoring in Inflammatory Bowel Disease. Toronto, Ontario, Canada. Presenter(s): Dr. **Hillary Steinhart** and Dr. Erin Kennedy. |
| 2018 Apr 19 | **Speaker**. Difficult Crohn's Disease - Case Studies. Kelowna GI Group. Kelowna, British Columbia, Canada. Presenter(s): Dr. **Hillary Steinhart**. |
| 2017 Nov 3 | **Expert Panel Participant**. Preventing Infection in the Era of Biologics. Mentoring in Inflammatory Bowel Disease. Toronto, Ontario, Canada. |
| 2017 Nov 3 | **Expert Panel Participant**. Combination Therapy with Biologics: Does One Size Fit All? Mentoring in Inflammatory Bowel Disease. Toronto, Ontario, Canada. |
| 2017 Nov 3 | **Workshop Leader**. Combination Therapy with Biologics: Does One Size Fit All? Mentoring in Inflammatory Bowel Disease. Toronto, Ontario, Canada. |
| 2016 Nov 4 | **Workshop Leader**. Optimizing Management in IBD: Beyond Anti-TNF. Mentoring in Inflammatory Bowel Disease. Toronto, Ontario, Canada. |
| 2016 Nov 4 | **Expert Panel Participant**. Optimizing Management in IBD: Beyond Anti-TNF & Mucosal Healing. Mentoring in Inflammatory Bowel Disease. Toronto, Ontario, Canada. |
| 2015 Nov 6 | **Invited Speaker**. Infliximab in the Postoperative Crohn's Disease Environment. Mentoring in IBD. Toronto, Ontario, Canada. |
| 2013 Nov 1 | **Invited Speaker**. Antibiotics and Probiotics in IBD. Mentoring in IBD. Toronto, Ontario, Canada. Presenter(s): AH Steinhart. |
| 2013 Nov 1 | **Invited Speaker**. Chronic Refractory Pouch Dysfunction. Mentoring in IBD. Toronto, Ontario, Canada. Presenter(s): AH Steinhart. |
| 2013 Nov 1 | **Invited Speaker**. Vedolizumab and Golimumab in UC. Mentoring in IBD. Toronto, Ontario, Canada. Presenter(s): AH Steinhart. |

2013 Oct 5    **Invited Lecturer**. Quality Improvement in Inflammatory Bowel Disease. Canadian Society of Internal Medicine. Toronto, Ontario, Canada. Presenter(s): AH Steinhart. CSIM Annual Meeting.

2013 Mar 3    **Presenter**. Breakfast with the Experts – Difficult cases in IBD. Canadian Association of Gastroenterology Annual Meeting. Toronto, Ontario, Canada. Presenter(s): Steinhart AH.

2013 Mar 3    **Chair**. IBD: Ulcerative Colitis. Canadian Association of Gastroenterology Annual Meeting. Toronto, Ontario, Canada. Presenter(s): Bernstein C, Jones J, Bressler B. CAG Symposium.

2013 Mar 2    **Presenter**. Breakfast with the Experts – Difficult cases in IBD. Canadian Association of Gastroenterology Annual Meeting. Toronto, Ontario, Canada. Presenter(s): Steinhart AH.

2012 Nov 2    **Invited Speaker**. Infliximab and Adalimumab for IBD - A User's Guide. Canadian IBD Fellows Meeting. Toronto, Ontario, Canada. Presenter(s): Steinhart AH.

2012 Jun 22   **Invited Speaker**. My UC Patient has Failed 5-ASA - Now What? University of Manitoba, Division of Gastroenterology. Winnipeg, Manitoba, Canada.

2011 Nov 5    **Chair**. Canada Future Directions in IBD. Crohn's and Colitis Foundation of Canada. Toronto, Ontario, Canada. Presenter(s): Multiple Presenters. (Continuing Education).

2011 Sep 20   **Presenter**. Academic Rounds. Hotel Notre Dame. Montreal, Quebec, Canada. Presentation of Academic Rounds.

2011 Aug 25   **Lecturer**. Use of immunosuppressants in Crohn's disease. University of Calgary. Calgary, Alberta, Canada. CME event for international audience organized and hosted by University of Calgary.

2011 Feb 26   **Chair**. Breakfast with the Experts – Difficult cases in IBD. Canadian Association of Gastroenterology Annual Meeting. Vancouver, British Columbia, Canada. Presenter(s): Richard Fedorak, John Marshall, Brian Bressler, Marla Dubinsky.

2010 Nov 14   **Invited Lecturer**. Natural History of IBD. Canadian Inflammatory Bowel Disease Fellows Program. Toronto, Ontario, Canada. Presenter(s): Steinhart AH.

2010 Nov 13   **Invited Lecturer**. Natural history of IBD. University of Calgary & University of Toronto IBD Fellows Course. Toronto, Ontario, Canada. Presenter(s): **Hillary Steinhart**.

2010 Mar 1    **Presenter**. Breakfast with the Experts – Difficult cases in IBD. Canadian Association of Gastroenterology Annual Meeting. Toronto, Ontario, Canada. Presenter(s): **Hillary Steinhart**.

2009 Jun 12   **Presenter**. University of Manitoba GI Forum: IBD Case Discussions. University of Manitoba. Winnipeg, Manitoba, Canada. Presenter(s): **Hillary Steinhart**.

2009 Apr 4    **Invited Lecturer**. Management of Moderate to Severe Ulcerative Colitis. University of Calgary. Victoria, British Columbia, Canada. Presenter(s): **Hillary Steinhart**. Advances in IBD Management.

2009 Mar 1    **Presenter**. Breakfast with the Experts – Difficult cases in IBD. Canadian Association of Gastroenterology Annual Meeting. Banff, Alberta, Canada. Presenter(s): **Hillary Steinhart**.

2009 Mar 1    **Chair**. Inflammatory Bowel Disease - Past, Present & Future. Canadian Association of Gastroenterology Annual Meeting. Banff, Alberta, Canada. Presenter(s): Gil Kaplan, Mark Silverberg, Remo Panaccione.

2008 Nov 8    **Invited Lecturer**. The Hospitalized Ulcerative Colitis Patient: How to Maximize Treatment Success. Canadian Inflammatory Bowel Disease Fellows Program. Calgary, Alberta, Canada. Presenter(s): Steinhart AH.

2008 Mar 2    **Presenter**. Extraintestinal Manifestations of IBD: Diagnosis and Treatment. Canadian Association of Gastroenterology Annual Meeting. Montreal, Quebec, Canada. Presenter(s): **Hillary Steinhart** & Alain Bitton.

2008 Mar 2    **Presenter**. Breakfast with the Experts – Complicated IBD. Canadian Association of Gastroenterology

Annual Meeting. Montreal, Quebec, Canada. Presenter(s): **Hillary Steinhart**.

2008 Mar 1 **Invited Lecturer**. Topic: Role of 5-ASA in Ulcerative Colitis: From Primary Therapy to Chemoprevention. Canadian Digestive Diseases Week/Canadian Association of Gastroenterology Annual Meeting. Montreal, Quebec, Canada. Presenter(s): Steinhart, AH.

2007 Nov 17 **Invited Lecturer**. The Genetics of Inflammatory Bowel Disease: Rapid Progress but What of Clinical Utility? Annual Western Canada IBD Symposium. Banff, Alberta, Canada. Presenter(s): Steinhart, AH.

2006 Nov 11 **Invited Speaker**. Mentoring in IBD VII. Toronto, Ontario, Canada. Presenter(s): Steinhart AH.

2006 Nov 5 **Invited Lecturer**. Refractory Ulcerative Colitis. Canadian Inflammatory Bowel Disease Fellows Program. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

2006 Jun 2 **Invited Lecturer**. Antibiotics in IBD: Is there any rationale yet? University of Manitoba Gastroenterology Forum. Winnipeg, Manitoba, Canada. Presenter(s): Steinhart, AH.

2006 Apr 29 **Invited Lecturer**. Upper GI Crohn's Disease. Kelowna Digestive Diseases Weekend. Kelowna, British Columbia, Canada. Presenter(s): Steinhart, AH.

2006 Apr 29 **Invited Lecturer**. Treatment of Refractory Ulcerative Colitis. Kelowna Digestive Diseases Weekend. Kelowna, British Columbia, Canada. Presenter(s): Steinhart, AH.

2005 Dec 3 **Invited Speaker**. Difficult to manage ulcerative pancolitis in a young adult. Mentoring in IBD VI. Toronto, Ontario, Canada. Presenter(s): Steinhart AH.

2005 Sep 11 **Invited Lecturer**. Medical Therapy of Inflammatory Bowel Disease. Canadian Society of Colon and Rectal Surgeons / World Congress of Gastroenterology Postgraduate Course. Montreal, Quebec, Canada. Presenter(s): **Hillary Steinhart**.

2004 Nov 6 **Invited Speaker**. The Difficult Pouch. Mentoring in IBD V. Toronto, Ontario, Canada. Presenter(s): Steinhart AH.

2004 Feb 21 **Invited Lecturer**. Inflammatory Bowel Disease. Quebec Assocation of Gastroenterology. Bromont, Quebec, Canada. Presenter(s): **Hillary Steinhart**.

2003 Nov 29 **Invited Lecturer**. First line treatment of Crohn's disease. Canadian GI Fellows Program. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

2003 Nov 15 **Invited Speaker**. When to initiate bisphosphonate therapy in IBD-related osteoporosis. Mentoring in IBD IV. Toronto, Ontario, Canada. Presenter(s): Steinhart AH.

2003 Jun 6 **Invited Lecturer**. Antibiotics and IBD. University of Manitoba GI Forum. Winnipeg, Manitoba, Canada. Presenter(s): Steinhart, AH.

2003 Feb 23 **Invited Lecturer**. Difficult IBD. How the experts do it? Canadian Digestive Disease Week. Banff, Alberta, Canada. Presenter(s): Steinhart, AH.

2003 Jan **Invited Lecturer**. Quality of Life Measures in Trials of Medical Induction of Remission. National Institute of Diabetes & Digestive and Kidney Diseases Symposium – The Conduct of Clinical Trials in Crohn's Disease. Canada. Presenter(s): Steinhart, AH.

2002 Aug **Invited Lecturer**. Topic: Prevention of long-term complications from IBD. Axcan Pharma GI Forum. Guelph, Ontario, Canada. Presenter(s): Steinhart, AH.

2002 May 3 **Chair**. Genetics of Inflammatory Bowel Disease. Crohn's and Colitis Foundation of Canada IBD 2002. King City, Ontario, Canada. Presenter(s): Satsangi J, Scherer S, Wild G. Session Chair and Organizer.

2002 Apr **Invited Lecturer**. Topic: New Treatment Options for Crohn's Disease. Crohn's and Colitis Foundation of Canada Educational Meeting. Ottawa, Ontario, Canada. Presenter(s): Steinhart, AH.

2002 Apr **Invited Lecturer**. Post-operative maintenance medications are useful in patients with Crohn's disease of the small bowel. Controversies in Gastroenterology. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

2002 Feb **Invited Lecturer**. Topic: The life of an academic gastroenterologist. Canadian Association of Gastroenterology Scholars Program. Montreal, Quebec, Canada. Presenter(s): Steinhart, AH.

2001 Jun **Invited Lecturer**. Antibiotic therapy in Crohn's disease. Pediatric Gastroenterology Forum. Montreal, Quebec, Canada. Presenter(s): Steinhart, AH.

2000 Nov **Invited Lecturer**. Topic: General Practice Issues in Inflammatory Bowel Disease. University of Alberta, Gastrointestinal Disease Symposium. Edmonton, Alberta, Canada. Presenter(s): Steinhart, AH.

2000 Jun **Invited Lecturer**. Topic: Antibiotics - An Essential Component of Combination Therapy Crohn's Disease. GI Forum. Montreal, Quebec, Canada. Presenter(s): Steinhart, AH.

2000 Jun **Invited Lecturer**. Topic: Crohn's Disease, New Treatment Options. Crohn's and Colitis Foundation of Canada Educational Meeting. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

2000 Jun **Invited Lecturer**. Topic: New Strategies in the Treatment of Inflammatory Bowel Disease. Chinese Canadian Medical Society. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

2000 Jun **Invited Lecturer**. Crohn's Disease, New Treatment Options. Crohn's and Colitis Foundation of Canada Educational Meeting. Ottawa, Ontario, Canada. Presenter(s): Steinhart, AH.

1999 Dec **Invited Lecturer**. Topic: GI Safety of NSAIDs and the COX-2 Specific Inhibitors. Second Canadian Consensus Conference: An Evidence Based Approach to Prescribing NSAIDs in OA and RA. Cambridge, Ontario, Canada. Presenter(s): Steinhart, AH.

1999 Aug **Invited Lecturer**. Topic: Induction Therapy for Crohn's Disease. Trends in IBD Therapy 1999. Vancouver, British Columbia, Canada. Presenter(s): Steinhart, AH.

1999 Apr **Invited Lecturer**. Topic: New Treatments for Crohn's Disease and Ulcerative Colitis. Crohn's and Colitis Foundation of Canada Educational Night - Sault Ste. Marie Chapter. Sault Ste. Marie, Ontario, Canada. Presenter(s): Steinhart, AH.

1998 Sep **Invited Lecturer**. Topic: Medical Management of Perianal Crohn's Disease. Canadian Society of Colorectal Surgeons / Royal College of Physicians and Surgeons Annual Meeting. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

1997 Jan 23 **Invited Lecturer**. Topic: New Corticosteroids in the Treatment of IBD. University of Manitoba Health Sciences Centre, City-Wide Gastroenterology Rounds. Winnipeg, Manitoba, Canada. Presenter(s): Steinhart, AH.

1996 Jun 27 **Invited Lecturer**. Topic:   Advances in Therapy of IBD. Crohn's and Colitis Foundation of Canada Educational Meeting / Victoria-Haliburton Chapter. Ontario, Canada. Presenter(s): Steinhart, AH.

1996 Jun 14 **Invited Lecturer**. Topic:   Crohn's Disease - Maintenance Therapy. Trends in Inflammatory Bowel Disease Therapy 1996. Ottawa, Ontario, Canada. Presenter(s): Steinhart, AH.

1996 Mar **Invited Lecturer**. Topic: Appropriate Use of Corticosteroids in IBD. Canadian Digestive Diseases Week 1996 / Practitioners' Programme. Canada. Presenter(s): Steinhart, AH.

1995 Apr 25 **Invited Lecturer**. Topic:   Research Directions in IBD. Crohn's and Colitis Foundation of Canada Educational Meeting. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

1994 Apr **Invited Lecturer**. Topic: Meical treatment of inflammatory bowel diseases - recent advances. Crohn's and Colitis Foundation of Canada Education Brunch. Canada. Presenter(s): Steinhart, AH.

1994 Mar **Invited Lecturer**. Topic: Design of Experimental Protocols. Canadian Association of Gastroenterology Postgraduate Course. Kananaskis, Alberta, Canada. Presenter(s): Steinhart, AH.

1993 Jun 4   **Invited Lecturer**. Is there a role for immunosuppressives in the management of ulcerative colitis? Controversies and Management of IBD. The Canadian Perspective. Cambridge, Ontario, Canada. Presenter(s): Steinhart, AH.

1991 Oct   **Invited Lecturer**. Topic:   What's new in the medical treatment of Inflammatory Bowel Disease? Canadian Foundation for Ileitis and Colitis. Autumn Educational Meeting. Canada. Presenter(s): Steinhart, AH.

## Presented Abstracts

2013 Feb   **Co-author**. A novel approach to the early detection of axial spondyloarthritis in patients with inflammatory bowel disease: the implementation of an advanced practice physiotherapist led screening program. Canadian Rheumatology Association. Ottawa, Ontario, Canada. Presenter(s): Hawke C.

2001 Feb   Evaluation of the dietary intake of patients with Crohn's disease. Canadian Digestive Diseases Week. Banff, Alberta, Canada. Presenter(s): Aghdassi E, Wendland B, Steinhart AH, Tam C, Platt I, Wolman S, Jeejeebhoy KN, Allard JP.

2001 Feb   Effects of vitamin E and C supplementation on oxidative stress and disease activity in patients with Crohn's disease. Canadian Digestive Diseases Week. Banff, Alberta, Canada. Presenter(s): Aghdassi E, Wendland B, Steinhart AH, Tam C, Platt I, Wolman S, Allard JP.

2000 Mar   Diagnostic misclassification reduces the ability to detect linkage in inflammatory bowel disease genetic studies. Canadian Digestive Diseases Week. Quebec City, Quebec, Canada. Presenter(s): Silverberg MS, Daly MJ, Rioux JD, McLeod RS, Greenberg GR, Cohen Z, Hudson T, Siminovitch K, Steinhart AH.

2000 Mar   Treatment of inflammatory bowel disease associated pyoderma gangrenosum with cyclosporine. Canadian Digestive Diseases Week. Quebec City, Quebec, Canada. Presenter(s): Benjaminov FS, McLeod RS, Steinhart AH.

2000 Mar   Risk factors for bone loss in Crohn's disease. Canadian Digestive Diseases Week. Quebec City, Quebec, Canada. Presenter(s): Ethiopia A, Silverberg MS, Mikolainis S, Steinhart AH.

2000 Mar   Diagnostic misclassification of patients with presumed inflammatory bowel disease. Canadian Digestive Diseases Week. Quebec City, Quebec, Canada. Presenter(s): Moskovitz DN, Silverberg MS, McLeod RS, Greenberg GR, Cohen Z, Steinhart AH. (Trainee Presentation).

1998 Mar   Association of HLA Class II genes with susceptibility to ulcerative colitis in IBD families. Meeting of the Canadian Association of Gastroenterology. Banff, Alberta, Canada. Presenter(s): Silverberg MS, Murphy J, Steinhart AH, McLeod RS, Greenberg GR, Mirea L, Bull S, Cohen Z, Wade J, Siminovitch KA.

1998 Mar   Factors affecting bone mineral density in Crohn's disease. Meeting of the Canadian Association of Gastroenterology. Banff, Alberta, Canada. Presenter(s): Silverberg MS, Mikolainis S, Steinhart AH.

1998 Mar   Clinical classification of Crohn's disease by disease behaviour - can it be done? Meeting of the Canadian Association of Gastroenterology. Banff, Alberta, Canada. Presenter(s): Girgrah N, McLeod RS, Steinhart AH.

1997 Feb   Osteopenia in patients with Crohn's disease. Meeting of the Canadian Association of Gastroenterology. Quebec, Canada. Presenter(s): Silverberg MS, Mikolainis S, Steinhart AH.

1996 Mar   Economic analysis of the sucrose test: A non-invasive test of gastroduodenal mucosal damage. Meeting of the Canadian Association of Gastroenterology. Banff, Alberta, Canada. Presenter(s): Steinhart AH, Detsky AS, Bombardier C.

1995 Sep   Risk and significance of endoscopic / radiological recurrence of Crohn's disease post-operatively. Royal College of Physicians and   Surgeons of Canada. Montreal, Quebec, Canada. Presenter(s): McLeod RS, Wolff BG, Steinhart AH, et al.

1994 Sep   Delayed recurrence following surgery for Crohn's disease. Royal College of Physicians and Surgeons of

Canada. Toronto, Ontario, Canada. Presenter(s): McLeod RS, Wolff BG, Steinhart AH, et al.

1994 Apr    Delayed recurrence following surgery for Crohn's disease. Trends in Inflammatory Bowel Disease. Victoria, British Columbia, Canada. Presenter(s): McLeod RS, Wolff BG, Steinhart AH, et al.

1993 Sep    Sulfasalazine and Mesalazine for maintenance therapy of Crohn's disease: A meta-analysis. Royal College of Physicians and Surgeons of Canada. Vancouver, British Columbia, Canada. Presenter(s): Hemphill DJ, Greenberg GR, Steinhart AH.

1992 Sep    Combination ciprofloxacin and metronidazole in severe perianal Crohn's disease. Meeting of the Royal College of Physicians and Surgeons of Canada. Canada. Presenter(s): Solomon M, McLeod R, O'Connor B, **Steinhart H**, Greenberg G, Cohen Z.

1990        Azathioprine therapy in ulcerative colitis: update of a clinic series. Trends in Inflammatory Disease Therapy, Falk Symposium. Halifax, Nova Scotia, Canada. Presenter(s): Steinhart AH, Tishler SJ, Prokipchuk EJ, Baker JP.

## Session Chair

2020 May 2  **Chair**. IBD: Quality of Life and Psychosocial Care. American Gastroenterology Association. United States.

## Symposium Chair

2020 Nov 7  **Chair**. Canada Future Directions in IBD. Crohn's and Colitis Canada. Toronto, Ontario, Canada. National meeting (virtual) presenting latest developments in basic and clinical sciences research in IBD. Led the planning of the agenda, selection of topics and speakers.

2019 Nov 16 **Chair**. Canada Future Directions in IBD. Crohn's and Colitis Canada. Toronto, Ontario, Canada. National meeting presenting latest developments in basic and clinical sciences research in IBD. Led the planning of the agenda, selection of topics and speakers.

2018 Nov 3  **Chair**. Canada Future Directions in IBD. Crohn's and Colitis Canada. Toronto, Ontario, Canada. National meeting presenting latest developments in basic and clinical sciences research in IBD. Led the planning of the agenda, selection of topics and speakers.

2017 Nov 4  **Chair**. Canada Future Directions in IBD. Crohn's and Colitis Canada. Toronto, Ontario, Canada. National meeting presenting latest developments in basic and clinical sciences research in IBD. Led the planning of the agenda, selection of topics and speakers.

2016 Nov 5  **Chair**. Canada Future Directions in IBD. Crohn's and Colitis Canada. Toronto, Ontario, Canada. National meeting presenting latest developments in basic and clinical sciences research in IBD. Led the planning of the agenda, selection of topics and speakers.

2015 Nov 7  **Chair**. Canada Future Directions in IBD. Crohn's and Colitis Foundation of Canada. Toronto, Ontario, Canada. National meeting presenting latest developments in basic and clinical sciences research in IBD.

2014 Nov 8  **Chair**. Canada Future Directions in IBD. Crohn's and Colitis Foundation of Canada. Toronto, Ontario, Canada. National meeting presenting latest developments in basic and clinical sciences research in IBD.

2013 Nov 2  **Chair**. Canada Future Directions in IBD. Crohn's and Colitis Foundation of Canada. Toronto, Ontario, Canada. National meeting presenting latest developments in basic and clinical sciences research in IBD.

2012 Nov 3  **Chair**. Canada Future Directions in IBD. Crohn's and Colitis Foundation of Canada. Toronto, Ontario, Canada. National meeting presenting latest developments in basic and clinical sciences research in IBD.

## Webinar Presentation

2011 Nov 12 **Invited Speaker**. Ulcerative Coltis: What is it and how is it treated? Crohn's and Colitis Foundation of Canada. Toronto, Ontario, Canada. Presenter(s): **Hillary Steinhart**.

Hillary STEINHART

2010 Nov 13    **Invited Speaker**. Ulcerative Coltis: What is it and how is it treated? Crohn's and Colitis Foundation of Canada. Toronto, Ontario, Canada. Presenter(s): **Hillary Steinhart**.

## Workshop Leader

2015 Nov 6    **Invited Speaker**. Optimizing Management in IBD: De-escalating Therapy - What are the rules? Mentoring in IBD. Toronto, Ontario, Canada.

## 3. PROVINCIAL / REGIONAL

## Invited Lectures and Presentations

2020 Dec 7    **Presenter**. Making the First Move: Mucosal Healing in IBD. Abbvie. Virtual Meeting, Canada. Presenter(s): Dr. **Hillary Steinhart**. Accredited CME Program.

2020 Sep 24    **Presenter**. Nutrition in IBD. Takeda. Ontario, Canada. Presenter(s): Dr. **Hillary Steinhart**. Virtual Presentation Developed by Presenter to address educational needs of the audience (Thunder Bay GI group).

2020 Apr 28    **Presenter**. Total Care in IBD: Safety Issues in IBD Therapy. Abbvie. Virtual Meeting, Canada. Presenter(s): Dr. **Hillary Steinhart**. Accredited CME Program.

2019 Nov 7    **Invited Speaker**. Medical Grand Rounds. Queen's University. Kingston, Ontario, Canada. Presenter(s): Dr. **Hillary Steinhart**. Safety of Biologic Therapies.

2019 Nov 6    **Presenter**. Total Care in IBD: Fistulizing Perianal Crohn's Disease. Abbvie. Kingston, Ontario, Canada. Presenter(s): Dr. **Hillary Steinhart**. Accredited CME Program.

2019 Jul 17    **Presenter**. Total Care in IBD: Safety of IBD Therapy. Abbvie. Peterborough, Ontario, Canada. Presenter(s): Dr. **Hillary Steinhart**. Accredited CME Program.

2017 Nov 16    **Invited Lecturer**. Use of Therapeutic Drug Monitoring in IBD - An Evidence Based Approach. The Ottawa Hospital. Ottawa, Ontario, Canada.

2017 Nov 15    **Invited Lecturer**. Inflammatory Bowel Disease - Review of UEGW 2017. Jewish General Hospital. Montreal, Quebec, Canada. Review of the most interesting research presented at UEGW 2017.

2017 Jun 9    **Invited Speaker**. Opioids, NSAIDs and Marijuana in IBD. University of Manitoba IBD Symposium. Winnipeg, Ontario, Canada.

2016 Jun 10    **Invited Speaker**. Determining that your patient has active IBD without Endoscopy. University of Manitoba IBD Symposium. Winnipeg, Ontario, Canada.

2014 Jun 6    **Invited Lecturer**. Quality Improvement and Quality Measures in IBD. University of Manitoba. Winnipeg, Manitoba, Canada. University of Manitoba GI Symposium.

2014 May 29    **Invited Lecturer**. Mount Sinai Hospital Department of Nursing and Best Practices Ostomy Team. Toronto, Ontario, Canada. IBD - What's New in Research and Management?.

2013 Feb 7    **Invited Speaker**. Difficult Decisions in IBD. Dr. Lyle Bissonette. Kitchener, Ontario, Canada. Presenter(s): Steinhart AH. Kitchener GI Journal Club.

2012 Oct 10    **Invited Speaker**. Guelph GI Journal Club. Dr. Keith Bovell. Guelph, Ontario, Canada. Presenter(s): Steinhart AH. Cancer in Inflammatory Bowel Disease.

2012 Feb 4    **Invited Speaker**. Biologic Therapy for Luminal Crohn's Disease. Ontario Association of Gastroenterology. Collingwood, Ontario, Canada. Presenter(s): Steinhart AH. Annual Update on Liver and Inflammatory Bowel Disease.

Ex. 7 Page 52 of 60    Case 5:21-cv-08001-BCW    Document 70-8    Filed 04/29/24    Page 52 of 60

2010 Nov 20    **Invited Lecturer**. Understanding and managing inflammatory bowel disease. Crohn's and Colitis Foundation of Canada Educational Symposium. Kingston, Ontario, Canada. Presenter(s): **Hillary Steinhart**.

2009 Dec 7    **Invited Speaker**. Cancer and Dysplasia in IBD. Kitchener GI Journal Club. Kitchener, Ontario, Canada. Presenter(s): **Hillary Steinhart**.

2009 Nov 14    **Invited Speaker**. What you need to know about managing IBD. Crohn's and Colitis Foundation of Canada. Winnipeg, Manitoba, Canada. Presenter(s): **Hillary Steinhart**.

2008 Mar 19    **Invited Lecturer**. Topic: Management of left-side ulcerative colitis. University of Calgary Gastroenterology Rounds. Calgary, Alberta, Canada. Presenter(s): Steinhart, AH.

2008 Feb 29    **Invited Lecturer**. A gastroenterologist's perspective on colon cancer. Ontario Association of Radiologists. Toronto, Ontario, Canada. Presenter(s): **Hillary Steinhart**.

2008 Jan 23    **Invited Lecturer**. Difficult cases in inflammatory bowel disease. University of Montreal GI Rounds. Montreal, Quebec, Canada. Presenter(s): Steinhart, AH.

2008 Jan    **Invited Lecturer**. Predicting natural history of inflammatory bowel disease. McGill University Gastroenterology Rounds, Montreal General Hospital. Montreal, Quebec, Canada. Presenter(s): Steinhart, AH.

2007 Nov 20    **Invited Lecturer**. Management of left-sided ulcerative colitis. University of Ottawa GI Rounds. Ottawa, Ontario, Canada. Presenter(s): Steinhart, AH.

2006 Dec    **Invited Lecturer**. Topic: 5-ASA as a Chemotherapeutic Agent in Ulcerative Colitis. Southern Ontario Gastroenterology Group Mentoring in IBD. Cambridge, Ontario, Canada. Presenter(s): Steinhart, AH.

2005 Jun 3    **Chair**. Educating Professionals About IBD. Mount Sinai Hospital IBD Centre. Sudbury, Ontario, Canada. Presenter(s): **Hillary Steinhart**, Julie Robers, Zane Cohen, Karen Witkowski, Natalie Catalli, Rob Maunder.

2004 Oct 2    **Invited Lecturer**. Biologics in IBD from an immune perspective. 4th Annual British Columbia Interdisciplinary Forum in GI Medicine. Vancouver, British Columbia, Canada. Presenter(s): **Hillary Steinhart**.

2003 May 28    **Invited Lecturer**. Topic: Management of Inflammatory Bowel Disease in Family Practice. Lakeshore West Medical and Professional Centre. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

2003 Feb 21    **Invited Lecturer**. Topic: Inflammatory Bowel Disease. Quebec Association of Gastroenterology Annual Meeting. Bromont, Quebec, Canada. Presenter(s): Steinhart, AH.

2002 Jun    **Invited Lecturer**. Crohn's disease. Ontario Association of Gastroenterology Post-DDW Review Course. Huntsville, Ontario, Canada. Presenter(s): Steinhart, AH. Co-Chair and Speaker.

2001 Dec    **Invited Lecturer**. Genotype-Phenotype correlations in IBD. University of Calgary GI Day and Case Competition. Calgary, Alberta, Canada. Presenter(s): Steinhart, AH.

2001 Nov 23    **Invited Lecturer**. Topic: Anti-TNF Therapy for Crohn's Disease - More than a "Flash-in-the-Pan"? Ontario College of Family Physicians Annual Meeting. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

2001 Jun    **Invited Lecturer**. Topic: Corticosteroid and 5-ASA Therapy in Crohn's disease. University of Manitoba GI Update. Winnipeg, Manitoba, Canada. Presenter(s): Steinhart, AH.

2001 May 10    **Invited Lecturer**. Topic: Anti-TNF Therapy for Crohn's Disease. Wolfville Clinical Day. Wolfville, Nova Scotia, Canada. Presenter(s): Steinhart, AH.

2000 May    **Invited Lecturer**. Topic: Biologic and Immunomodulatory Therapy of Crohn's Disease. Saskatchewan Association of Gastroenterology Annual Meeting. Saskatoon, Saskatchewan, Canada. Presenter(s): Steinhart, AH.

Ex. 7 Case 53 of 60 ov-08001-BCW    Document 70-8    Filed 04/29/24    Page 53 of 60

2000 May     **Invited Lecturer**. Topic: New Options in the Management of Irritable Bowel Syndrome. Women's Health Initiative. Vaughan, Ontario, Canada. Presenter(s): Steinhart, AH.

2000 Jan     **Invited Lecturer**. Topic: GI Safety of NSAIDs and the COX-2 Specific Inhibitors. University of Ottawa Gut Club. Ottawa, Ontario, Canada. Presenter(s): Steinhart, AH.

1999 Oct     **Invited Lecturer**. Topic: Access to New Biologic IBD Therapies in Ontario. Ontario Association of Gastroenterology Annual Meeting. Niagara-on-the-Lake, Ontario, Canada. Presenter(s): Steinhart, AH.

1999 Sep     **Invited Lecturer**. Topic: The Ideal Enteral Nutrition Formula. Hamilton Health Sciences Corporation Digestive Diseases Program Nutrition Workshop. Hamilton, Ontario, Canada. Presenter(s): Steinhart, AH.

1999 Apr     **Invited Lecturer**. Topic: Medical Therapy of IBD. Inflammatory Bowel Disease: Educating Health Professionals. Sault Ste. Marie, Ontario, Canada. Presenter(s): Steinhart, AH.

1999 Feb     **Invited Lecturer**. Topic: Early enteral feeding for patients with acute pancreatitis. Critical Care Rounds, Peterborough Civic Hospital. Peterborough, Ontario, Canada. Presenter(s): Steinhart, AH.

1998 Nov     **Invited Lecturer**. Topic: Practical Management Issues in Inflammatory Bowel Disease. Ontario College of Family Physicians Annual Meeting. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

1997 Nov 15     **Invited Lecturer**. Topic: Long Term Management of IBD. Quebec Association of Gastroenterologists Annual Meeting. Mont Tremblant, Quebec, Canada. Presenter(s): Steinhart, AH.

1997 Oct 1     **Invited Lecturer**. Topic: Inflammatory Bowel Disease. Peel Memorial Hospital Department of Family Medicine Grand Rounds. Brampton, Ontario, Canada. Presenter(s): Steinhart, AH. October 1, 1997. Topic: Inflammatory Bowel Disease.

1997 Jun     **Invited Lecturer**. Topic: Clinical Classification of Crohn's Disease. Gastroenterology Rounds, McMaster University Medical Centre. Hamilton, Ontario, Canada. Presenter(s): Steinhart, AH.

1997 Mar 25     **Invited Lecturer**. Topic: Recent Advances in IBD Therapy. Gastroenterology / General Surgery Rounds. Cambridge, Ontario, Canada. Presenter(s): Steinhart, AH.

1994 Jun     **Invited Lecturer**. Topic: Review of Digestive Disease Week 1994 - Inflammatory Bowel Disease. North Toronto Gut Club. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

1992 Oct 28     **Invited Lecturer**. Topics: Screening for Colon Cancer; Inflammatory Bowel Disease; Gastroesophageal Reflux Disease and Motility Dysfunction; Chronic Diarrhea; Upper GI Hemorrhage. Kirkland District Hospital CME Program: Gastroenterology Update. Presenter(s): Steinhart, AH.

1992 Jun     **Invited Lecturer**. Topic: What's New in Refractory Proctitis? Ontario Medical Association, Subsection on Gastroenterology Annual Scientific Meeting. Ontario, Canada. Presenter(s): Steinhart, AH.

1990 Nov     **Invited Lecturer**. Topic: Colonic fermentation in health and disease. North Toronto Gut Club. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

## Symposium Chair

2014 May 30     **Chair**. Mount Sinai Hospital Update on Inflammatory Bowel Disease 2014. Mount Sinai Hospital IBD Centre of Excellence. Toronto, Ontario, Canada. (Continuing Education).

## 4. LOCAL

## Invited Lectures and Presentations

2020 Jun 22     **Presenter**. IBD Clinical Appraisal Program. Canadian Association of Gastroenterology. Regina, Saskatchewan, Canada. Presenter(s): Dr. **Hillary Steinhart**. Accredited CME Program.

Hillary STEINHART

2019 Nov 19    **Invited Speaker**. Badgut Lecture. Canadian Intestinal Society. Toronto, Ontario, Canada. Presenter(s): Dr. **Hillary Steinhart**. Inflammatory Bowel Disease. (Presentation to Patients/Public).

2019 Oct 29    **Presenter**. Total Care in IBD: Extraintestinal Manifestations in IBD. Abbvie. Richmond Hill, Ontario, Canada. Presenter(s): Dr. **Hillary Steinhart**. Accredited CME Program.

2019 May 15    **Presenter**. Total Care in IBD: Pregnancy in the IBD Patient. Markham-Stouffville GI Division Rounds. Markham, Ontario, Canada. Presenter(s): Dr. **Hillary Steinhart**. Accredited CME Program.

2019 May 2    **Presenter**. Total Care in IBD: Fistulizing Perianal Crohn's Disease. Trillium Hospital Division of Gastroenterology. Mississauga, Ontario, Canada. Presenter(s): Dr. **Hillary Steinhart**. Accredited CME Program.

2018 Jul 11    **Presenter**. Total Care in IBD: Safety Considerations in UC. Abbvie. Toronto, Ontario, Canada. Presenter(s): Dr. **Hillary Steinhart**. Accredited CME Program.

2018 May 10    **Presenter**. Total Care in IBD: Safety Considerations in UC. Abbvie. Toronto, Ontario, Canada. Presenter(s): Dr. **Hillary Steinhart**. Accredited CME Program.

2018 Apr 12    **Presenter**. Total Care in IBD: Safety Considerations in UC. Markham-Stouffville GI Division Rounds. Markham, Ontario, Canada. Presenter(s): Dr. **Hillary Steinhart**. Accredited CME Program.

2015 Aug 21    **Invited Lecturer**. Toronto Western Hospital Optimal Management of Spondyloarthritis. UHN Division of Rheumatology. Toronto, Ontario, Canada. Presenter(s): A.**H. Steinhart**. Current Concepts in IBD. (Continuing Education).

2013 Sep 26    **Invited Lecturer**. Toronto Western Hospital Optimal Management of Spondyloarthritis. UHN Division of Rheumatology. Toronto, Ontario, Canada. Presenter(s): A.**H. Steinhart**. Current Concepts in IBD.

2012 May 2    **Presenter**. Management of Difficult IBD. St. Michael's Hospital Division of Gastroenterology. Toronto, Ontario, Canada.

2011 May 1    **Invited Lecturer**. What is IBD? Crohn's and Colitis Foundation of Canada Educational Symposium: Living Well with IBD. Toronto, Ontario, Canada. Presenter(s): **Hillary Steinhart**.

2011 May 1    **Invited Lecturer**. Medical Therapies and IBD. Crohn's and Colitis Foundation of Canada Educational Symposium: Living Well with IBD. Toronto, Ontario, Canada. Presenter(s): **Hillary Steinhart**.

2010 Dec 1    **Invited Speaker**. Patient counselling in ulcerative colitis. Scarborough Gut Club. Toronto, Ontario, Canada. Presenter(s): **Hillary Steinhart**. (Continuing Education).

2010 Jun 1    **Invited Lecturer**. Update on Treatment of IBD. St. Michael's Hospital GI Research Rounds. Toronto, Ontario, Canada. Presenter(s): **Hillary Steinhart**.

2010 Mar 8    **Invited Lecturer**. Conquer the World with IBD. Crohn's and Colitis Foundation of Canada - Toronto Chapter. Toronto, Ontario, Canada. Presenter(s): **Hillary Steinhart**.

2009 May 3    **Invited Lecturer**. Difference Between Crohn's Disease & Ulcerative Colitis and Treatments Available. Crohn's and Colitis Foundation of Canada. Toronto, Ontario, Canada. Presenter(s): **Hillary Steinhart**.

2006 Dec    **Invited Lecturer**. Topic: 5-ASA as a Chemotherapeutic Agent in Ulcerative Colitis. Mentoring in IBD VII. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

2006 Nov 15    **Invited Lecturer**. Nutrition and Inflammatory Bowel Disease. Crohn's and Colitis Foundation of Canada. Toronto, Ontario, Canada. Presenter(s): **Hillary Steinhart**. Patient Education Forum.

2006 Aug 19    **Invited Lecturer**. Updates on Immunobiologics in IBD. Sunnybrook Gut Club Retreat. Muskoka, Ontario, Canada. Presenter(s): Steinhart, AH.

2005 Nov 10    **Invited Lecturer**. Crohn's Disease & You. Crohn's and Colitis Foundation of Canada - Toronto Chapter. Toronto, Ontario, Canada. Presenter(s): **Hillary Steinhart**.

Ex. 7 Case 5:21-cv-08001-BCW    Document 70-8    Filed 04/29/24    Page 55 of 60

Hillary STEINHART

| | |
|---|---|
| 2004 Nov | **Invited Lecturer**. Topic: Management of the Difficult Pouch. Mentoring in Inflammatory Bowel Disease V. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH. |
| 2004 May 25 | **Invited Lecturer**. Update on Clinical Trials. Crohn's and Colitis Foundation of Canada - Toronto Chapter. Toronto, Ontario, Canada. Presenter(s): **Hillary Steinhart**. |
| 2003 Nov 18 | **Invited Lecturer**. New Developments in Crohn's and Colitis. Crohn's & Colitis Foundation of Canada, Brampton Chapter Educational Evening. Brampton, Ontario, Canada. Presenter(s): Steinhart, AH. |
| 2003 Nov 15 | **Invited Lecturer**. Topic: When to initiate therapy of osteoporosis in Crohn's disease. Mentoring in IBD. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH. |
| 2003 Nov 12 | **Invited Lecturer**. Advances in Inflammatory Bowel Disease Therapy. Crohn's & Colitis Foundation of Canada, Toronto Chapter Educational Evening. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH. |
| 2003 Nov 7 | **Invited Lecturer**. State of the Art Therapy for IBD. Mount Sinai Hospital GI Update for Physicians and Surgeons. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH. |
| 2003 Oct 23 | **Invited Lecturer**. Topic: What's new in IBD? Medical Grand Rounds, Sunnybrook and Women's Health Sciences Centre. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH. |
| 2003 Mar 24 | **Invited Lecturer**. Where are we going with new treatments for IBD? Crohn's and Colitis Foundation of Canada, Mississauga Chapter Meeting. Mississauga, Ontario, Canada. Presenter(s): Steinhart, AH. |
| 2001 Nov 13 | **Invited Lecturer**. Inflammatory Bowel Disease. St. Joseph's Health Centre Dept of Family and Community Medicine Rounds. Toronto, Ontario, Canada. Presenter(s): **Hillary Steinhart**. |
| 2000 Dec | **Invited Lecturer**. Topic: Maintenance therapy for the prevention of colorectal cancer in IBD. Mentoring in IBD. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH. |
| 2000 Jan | **Invited Lecturer**. Topic: Clinical Perspective – Biologics in IBD: What's all the fuss? Mentoring in IBD. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH. |
| 1999 Dec | **Invited Lecturer**. Topic: New Drugs in the Management of IBD. Course on Gastroenterology and Digestive Endoscopy, Wellesley Hospital. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH. |
| 1999 Nov | **Invited Lecturer**. Topic: Treatment of Extraintestinal Manifestations of IBD. Mount Sinai Hospital Update on Digestive Diseases. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH. |
| 1999 Sep | **Invited Lecturer**. Topic: New Drugs in the Management of IBD. Course on Gastroenterology and Digestive Endoscopy, Wellesley Hospital. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH. |
| 1998 Dec 2 | **Invited Lecturer**. Topic: Management of Crohn's Disease. Course on Gastroenterology and Digestive Endoscopy, Wellesley Hospital. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH. |
| 1998 Oct | **Invited Lecturer**. Topic: Lessons from other Inflammatory Disorders: Inflammatory Bowel Disease. Toronto Critical Care Symposium / Sepsis and Mediator Directed Therapy. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH. |
| 1998 Sep | **Invited Lecturer**. Topic: Advances in Therapeutics of Inflammatory Bowel Disease. Sunnybrook Gut Club Retreat. McKellar, Ontario, Canada. Presenter(s): Steinhart, AH. |
| 1998 Jun 17 | **Invited Lecturer**. Topic: IBD: Immunosuppressives and Novel Therapies. Course on Gastroenterology and Digestive Endoscopy, Wellesley Hospital. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH. |
| 1998 Mar 25 | **Invited Lecturer**. Topic: Update on Genetic Aspects of Inflammatory Bowel Disease. Women's College Hospital Medical Grand Rounds. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH. |
| 1998 Jan 14 | **Invited Lecturer**. Topic: Use of Budesonide in IBD. Meeting of the East Toronto Gastroenterology Group. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH. |

Ex. 7 Page 56 of 60 Case 5:21-cv-08001-BCW     Document 70-8     Filed 04/29/24     Page 56 of 60

Hillary STEINHART

1997 Nov 7     **Invited Lecturer**. Topic: IBD: Is it all in the Genes? University of Toronto/Mount Sinai Hospital Update on Digestive Disorders. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

1997 Sep 25     **Invited Lecturer**. Topic: Practical Management Issues in IBD. St. Michael's Hospital Department of Family and Community Medicine Continuing Medical   Education Event. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

1997 Sep 6     **Invited Lecturer**. Topic: Update on IBD Therapeutics. Sunnybrook Gut Club Annual Symposium. Niagara-on-the-Lake, Ontario, Canada. Presenter(s): Steinhart, AH.

1997 Jun     **Invited Lecturer**. Topic: Therapy of Inflammatory Bowel Disease. Medical Grand Rounds, North York General Hospital. North York, Ontario, Canada. Presenter(s): Steinhart, AH.

1997 Feb 20     **Invited Lecturer**. Topic: Radiation Proctitis - New Approaches to Therapy. Princess Margaret Hospital / Ontario Cancer Institute, Radiation Oncology Grand Rounds. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

1996 Dec 12     **Invited Lecturer**. Topic: Recent   Advances in IBD Therapy. North York Branson Hospital, Medical Grand Rounds. North York, Ontario, Canada. Presenter(s): Steinhart, AH.

1996 Mar 20     **Invited Lecturer**. Topic: Genetics of Inflammatory Bowel Disease. Medical Grand Rounds, Women's College Hospital. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

1996 Jan 9     **Invited Lecturer**. Topic: Genetics of Inflammatory Bowel Disease. University of Toronto, Division of Gastroenterology Inter-City Rounds. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

1995 Nov 17     **Invited Lecturer**. Topic: Perianal disease. University of Toronto/Mount Sinai Hospital Update on Digestive Diseases. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

1995 Apr     **Invited Lecturer**. Topic: Cost-effectiveness of a noninvasive test for the detection of NSAID-induced gastroduodenal damage. University of Toronto Downtown Clinical Epidemiology Rounds. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

1994 Nov     **Invited Lecturer**. Topic: Butyrate Enemas for the Treatment of Distal Ulcerative Colitis. Hospital for Sick Children, GI/Nutrition Research Seminar. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

1994 Oct     **Invited Lecturer**. Topic: Recent advances in the medical management of inflammatory bowel diseases. Wellesley Hospital Medical Grand Rounds. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

1994 Aug     **Invited Lecturer**. Topic: NSAID Induced Gastropathy. Women's College Hospital Medical Grand Rounds. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

1994 Apr     **Invited Lecturer**. Topic: Crohn's and Ulcerative Colitis. Current medical therapy and results. University of Toronto Update in General Surgery. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

1993 Nov     **Invited Lecturer**. Topic: Antibiotics and IBD: Is there a role? University of Toronto/Mt. Sinai Hospital Update on Digestive Diseases. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

1993 Mar 18     **Invited Lecturer**. Topic: Enteral support and short chain fatty acids. University of Toronto GI-Nutrition Seminars. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

1992 Nov     **Invited Lecturer**. Topic: Diarrhea in Inflammatory Bowel Disease. A Symptom with more than one cause. University of Toronto/Mt. Sinai Hospital Update on Digestive Diseases. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

1991 Nov     **Invited Lecturer**. Topic: Refractory Proctitis. University of Toronto/Mt. Sinai Hospital Update on Digestive Diseases. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

1991 Jul     **Invited Lecturer**. Topic: Medical management of Inflammatory Bowel Disease. Mount Sinai Hospital Pharmacy Student/Preceptor Workshop. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

Ex. 7 Case 5:21-cv-08001-BCW    Document 70-8    Filed 04/29/24    Page 57 of 60

## Media Appearances

2010 Jun 10  **Interviewee**. Interview about Inflammatory Bowel Disease with live Phone-in Q&A. Dr. Karl Kabasele. Toronto, Ontario, Canada. Presenter(s): **Hillary Steinhart**. On Call with Dr. Karl.

2008 Feb 18  **Interviewee**. Interview about Inflammatory Bowel Disease with live Phone-in Q&A. Dr. Karl Kabasele. Toronto, Ontario, Canada. Presenter(s): **Hillary Steinhart**. On Call with Dr. Karl.

## Panel Discussion

2012 Feb 6  **Presenter**. Leukocyte Trafficking and Autoimmunity. Department of Immunology, University of Toronto. Toronto, Ontario, Canada. Presenter(s): A Pratt, M Cybulski, AH Steinhart.

## 5. OTHER

## Invited Lectures and Presentations

2004 Mar  **Invited Lecturer**. Topic: Management of Osteoporosis in Crohn's disease. Update on Liver and Inflammatory Bowel Disease. Cancun, Mexico. Presenter(s): Steinhart, AH.

2003 Jan  **Invited Lecturer**. Topic: New treatment advances in Crohn's disease. Update on Liver and Inflammatory Bowel Disease. San Juan, Puerto Rico. Presenter(s): Steinhart, AH.

2002 Nov  **Invited Lecturer**. Topic: Family Practice Issues in Inflammatory Bowel Disease. Toronto East General Hospital Family Practice Grand Rounds. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

2000 Jun  **Invited Lecturer**. Topic: The Physiological Role of COX-1 and COX-2 on the GI Tract. McGill University, Division of Rheumatology Rounds. Montreal, Quebec, Canada. Presenter(s): Steinhart, AH.

1997 Nov 6  **Invited Lecturer**. Topic: The Use of Short Chain Fatty Acids in Patients with Bowel Disorders. Mount Sinai Hospital IBD Centre and Department of Nutrition Update on Nutrition Research in GI Disease. Toronto, Ontario, Canada. Presenter(s): Steinhart, AH.

## Media Appearances

**Interviewee**. Inflammatory Bowel Disease. Bryan Allen Show - 920AM CKNX. Wingham, Ontario, Canada. Radio Interview and Listener Call-in.

# F. Research Supervision

## 1. PRIMARY OR CO-SUPERVISION

## Graduate Education

2006 Jul - 2008 Jun  **Primary Supervisor**. MSc. Cynthia Seow. Supervisee Position: Assistant Professor of Medicine, Supervisee Institution: University of Calgary. *Serologic Markers of Crohn's Disease Progression*. Completed 2008.

2005 - 2008  **Primary Supervisor**. PhD. Dan Turner. Supervisee Position: Senior Lecturer, Supervisee Institution: Hebrew University School of Medicine. *Development, Evaluation and Application of a Pediatric Ulcerative Colitis Activity Index*. Completed 2008.

2000 - 2002  **Primary Supervisor**. MSc. Jill Tinmouth. Supervisee Position: Assistant Professor of

Medicine, Supervisee Institution: University of Toronto. *HIV-related Diarrhea: Measurement issues and the role of lactose intolerance*.

| | |
|---|---|
| 1998 - 2004 | **Primary Supervisor**. MSc. Tony Otley. Supervisee Position: Assistant Professor, Department of Paediatrics, Supervisee Institution: Dalhousie University. *Validation of the IMPACT Questionnaire for measuring health-related quality of life in paediatric inflammatory bowel disease: sensibility, validity and reliability testing in a paediatric cohort*. Completed 2004. |
| 1997 - 1999 | **Primary Supervisor**. MSc. Carol Durno. Supervisee Institution: University of Toronto. |

## Postgraduate MD

| | |
|---|---|
| 2018 Sep - 2019 Jun | **Primary Supervisor**. Subspecialty. Lillian Du. Supervisee Position: Gastroenterology Subspecialty Trainee, Supervisee Institution: University of Toronto. *Cannabis Use in IBD patients*, *Non-thesis Project*. |
| 2017 Jan - 2017 Dec | **Primary Supervisor**. Core Program. Majed Almaghrabi, Postgraduate Internal Medicine Research Elective. Supervisee Position: PGY3 Internal Medicine, Supervisee Institution: University of Toronto. *Sedation perception in IBD Pediatric Transition Patients*, *Non-thesis Project*. Collaborator(s): Geoffrey Nguyen, Natasha Bollegala. |
| 2016 Oct - 2016 Dec | **Primary Supervisor**. Core Program. Majed Almaghrabi, Postgraduate Internal Medicine Research Elective. Supervisee Position: PGY3 Internal Medicine, Supervisee Institution: University of Toronto. *Non-thesis Project*. Collaborator(s): Geoffrey Nguyen, Natasha Bollegala. |
| 2009 Jul - 2012 Sep | **Primary Supervisor**. M.Sc. Program. Sanjay Murthy. *Impact of Clostridium difficile infection on the natural history of ulcerative colitis*. Awards: CAG/CIHR Fellowship. Collaborator(s): Geoffrey Nguyen. |
| 2007 - 2009 | **Primary Supervisor**. Clinical Fellow. Othman al-Harbi. Supervisee Position: Assistant Professor, Supervisee Institution: King Saud University. Completed 2009. |
| 2005 - 2006 | **Primary Supervisor**. Clinical Fellow. Simon Lal. Supervisee Position: IBD Clinical Research Fellow, Supervisee Institution: Salford Royal Trust Foundation, Manchester, United Kingdom. *Antibiotic therapy for Crohn's Disease*. Completed 2006. |
| 1997 - 2000 | **Primary Supervisor**. Clinical Fellow. Mark Silverberg. Supervisee Position: Clinical Research Fellow. |

## 2. OTHER SUPERVISION

## Graduate Education

### Thesis Committee Member

| | |
|---|---|
| 2014 Jul - 2016 Mar | **MSc**. Natasha Bollegala, Health Policy, Management and Evaluation. |
| 2010 - 2011 Sep | **PhD**. Mary Sherlock. *Genotype-Phenotype Correlations in Paediatric IBD*. |
| 2009 Jul - 2013 Dec | **PhD**. Boyko Kabakchiev. Supervisee Position: Ph.D Candidate, Supervisee Institution: University of Toronto. *Biomarkers as predictors of inflammatory bowel disease natural history and treatment response*. |
| 2007 - 2011 | **PhD**. Tom Walters. *Post-operative Recurrence in Paediatric Crohn's Disease: Influence of Molecular Factors*. |
| 2006 Jul - 2010 Jun | **PhD**. Janet Madill. *Oxidative stress and nutrition in lung and liver transplant recipients*. Completed 2010. |
| 2003 | **MSc**. Allan Tinmouth. Supervisee Position: Professor, Department of Medicine, Supervisee Institution: University of Ottawa. Completed 2003. |
| 2002 - 2004 | **PhD**. Jill Tinmouth. Supervisee Position: Assistant Professor of Medicine, Supervisee Institution: University of Toronto Division of Gastroenterology. *HIV-related Diarrhea:* |

Hillary STEINHART

| | |
|---|---|
| | *Measurement issues and the role of lactose intolerance*. Completed 2004. |
| 1998 - 1999 | **MSc**. John Marshall. Supervisee Institution: McMaster University. |
| 1997 - 2002 | **PhD**. Erin Kennedy. Supervisee Position: Assistant Professor, Department of Surgery, Supervisee Institution: University of Toronto. *Use of the threshold technique to characterize treatment decision making and assist in the prioritization of future randomized controlled trials for long term therapy for Crohn's disease*. Completed 2002. |
| 1997 - 1999 | **MSc**. Barb Wendland. Supervisee Institution: University of Toronto. |
| 1996 - 2001 | **PhD**. Janet Vogt. Supervisee Institution: University of Toronto. |
| 1996 - 1999 | **MSc**. Lorinda Simms. Supervisee Institution: University of Western Ontario. |

**Thesis Examiner**

| | |
|---|---|
| 2014 Aug | **MSc**. Pamela Valentino. *The Spectrum of Hepatic Involvement in Pediatric Inflammatory Bowel Disease: An analysis of Abnormal Liver Enzymes and Associated Clinical Variables*. |
| 2010 Aug - 2010 Sep | **MSc**. Michelle Anne Barton-Forbes. *Predicting the Threshold for Change in Empiric Medical Management of Skin and Soft Tissue Infections in the Era of Community-acquired Methicillin-Resistant Staphylococcus aureus*. |

**Chair - PhD Thesis Defense**

| | |
|---|---|
| 2008 | **PhD**. Rama Grantab. Completed 2008. |

**Other**

| | |
|---|---|
| 1998 | Miriam Ingber. Supervisee Position: Summer Student. |
| 1997 | Janet Murphy. Supervisee Position: Summer Student. |