# ico**brain dm**




QUALITY CONTROL
Status: Approved
Remarks: No remarks.

WARNING:
THIS IS AN AUTOMATICALLY PREPOPULATED TEMPLATE REQUESTED BY A HEALTH CARE PRACTITIONER FOR A
PATIENT WITH PRIOR SUSPICION OF DEMENTIA, AND MUST BE EDITED BY A RADIOLOGIST.
CONFIDENTIAL

MRI BRAIN WITHOUT CONTRAST (MEMORY PROTOCOL): 2023-09-26

CLINICAL HISTORY: []

COMPARISON: /

PROCEDURE COMMENTS:
MRI of the brain at 3 Tesla was performed using the icobrain dm protocol without the administration of contrast.
[The following sequences were obtained: 3D T1 volumetric sequence.]

TECHNIQUE:
3D post-processing of the MRI data with segmentation and volumetric analysis was performed with icobrain dm. A report of the
findings was made, validated and archived by the radiologist. Report and images were archived in the PACS system.

VOLUMETRIC ANALYSIS:

Whole brain:
Whole brain volume (normative percentile 30) is within normal limits compared to controls.

Cortex:
Frontal cortex volume (normative percentile 40) is within normal limits compared to controls.
Parietal cortex volume (normative percentile 1) is low, but within normal limits compared to controls.
Temporal cortex volume (normative percentile 27) is within normal limits compared to controls.
Occipital cortex volume (normative percentile 63) is within normal limits compared to controls.

Hippocampus:
Hippocampal volume (normative percentile 33) is within normal limits compared to controls.

Ventricles:
Lateral ventricles volume (normative percentile 56) is within normal limits compared to controls.
Inferior lateral ventricles volume (normative percentile 13) is within normal limits compared to controls.

FINDINGS:

[No acute hemorrhage, infarct, tumor, or mass.]
[The appearance and pattern of white matter hyperintensities [are/are not] compatible with chronic small vessel ischemic disease.]
[Diffusion-weighted imaging shows [no evidence/evidence] of cortical ribboning.]
[Gradient echo imaging shows [no/less than 4/scattered/multiple] foci of microhemorrhage. [The microhemorrhages are
cortical./The microhemorrhages are subcortical./The microhemorrhages are mixed cortical and subcortical.]]
[Perfusion: [Normal/Shows decreased perfusion in borderzones/Not assessed/Suboptimal due to technical factors]]
Contrast enhancement: [no contrast was injected / no contrast uptake / contrast uptake in ....]
Vessels: [Normal]



© 2023 **icometrix** NV, www.icometrix.com, ico**brain** mr 5.13.0 99c07a31-acc1-4993-9f32-a593fda9562b
This report is approved in the US, EEA, BR, CH, AU and TR. Pending regulatory approval in CA, IN, JP.
To be used only with a validated radiological report. Please consult the HCP manual for additional guidance.
Please visit www.icometrix.com or contact info@icometrix.com for more information.

1/2  CONFIDENTIAL

# ico**brain dm**



Calcifications: [None]
Visualized paranasal sinuses and mastoid air cells: [Clear]
Orbits: [Normal]
Bones: [Normal]
Additional comments: [None]

IMPRESSIONS:

[...]

THIS REPORT HAS BEEN APPROVED BY:
[RADIOLOGIST NAME]
on [DATE]


© 2023 ico**metrix** NV, www.icometrix.com, ico**brain mr** 5.13.0 99c07a31-acc1-4993-9f32-a593fda9562b
This report is approved in the US, EEA, BR, CH, AU and TR. Pending regulatory approval in CA, IN, JP.
To be used only with a validated radiological report. Please consult the HCP manual for additional guidance.
Please visit www.icometrix.com or contact info@icometrix.com for more information.

# Radiology Report

Sep 26, 2023 12:24:15 PM

## Patient
**Patient's Name:** HALL, CHARLES M
**Patient ID:** 75430323
**Patient's Birth Date:** Apr 6, 1971
**Patient's Sex:** Male

## Study
**Study Date:** Sep 26, 2023 12:24:15 PM
**Study ID** PT1179
**Accession Number:** PT230007079
**Referring Physician's Name:** UNKNOWNMD, PHYSICIAN J, MD

## Report Status
**Completion Flag** COMPLETE
**Verification Flag** VERIFIED
**Verifying Observer:**
* Oct 2, 2023 5:12:52 AM – Unknown, Unknown, Unknown

---

## 1.1 Findings

1. Finding INDIANA UNIVERSITY HEALTH PHYSICIANS RADIOLOGY REPORT

   EXAM: PET/MRI Brain WO/W IV Contrast

   DATE: 09/26/2023 14:00 hours

   INDICATION: HX OF HEAD INJURIES AND COGNITIVE DEFICITS, R/O INTRACRANIAL PROCESS; h/o head injuries, cognative defects, intracranial process. with neuroquant, Glucose=97

   COMPARISON: None

   ---

   MRI

   MRI of the Brain without and with Contrast, Brain Icometrix

   TECHNIQUE: Routine pulse sequences were obtained without and with contrast. Brain Icometrix evaluation was also performed.

   FINDINGS:

   There is mild generalized parenchymal volume loss with asymmetrically greater volume loss in the parietal lobes with normative percentile at 1.1 and volume of 1 39 mL. There is more subtle temporal lobe volume loss with normative percentile of 27.1 and volume of 145 mL. The ventricles are within normal limits. There is no mass effect or

midline shift. No acute intracranial hemorrhage is noted nor abnormal diffusion restriction.

There is mild mucosal thickening in the left maxillary sinus. The visualized paranasal sinuses and mastoid air cells are otherwise well aerated.

-----------------------------------------------------------------

----------------------------------------------------

PET

TECHNIQUE: 9 mCi 18F-FDG was administered IV .After at least 45 minutes, tidal breathing PET/MRI Brain was performed. Details of the MRI protocol are given in the MRI portion of this report.

FINDINGS:
Corresponding with the areas of volume loss in the posterior parietal regions bilaterally, right greater than left ,there is note of approximately 20 percent reduction in metabolism in these areas. No other regions of abnormal reduced uptake noted.

-----------------------------------------------------------------

----------------------------------------------

PET/MRI CONCLUSION:

MRI IMPRESSION:
1. Diffuse parenchymal volume loss with temporoparietal predominance.

2. No MR evidence of acute intracranial hemorrhage, mass effect or infarct.

Atul Agarwal, MD is responsible for the MRI portion of this report.

PET IMPRESSION:
1. Corresponding with the areas of volume loss in the posterior parietal regions bilaterally, right greater than left ,there is note of approximately 20 percent reduction in metabolism in these areas. No other regions of abnormal reduced uptake noted.

Mark Tann, MD is responsible for the PET portion of this report.

Thank you for consulting with IUHP Radiology. Healthcare providers who would like to discuss this case further may contact the nuclear medicine reading room at University Hospital at (317) 944-1808.

-----------------------------------------------------------------

------------------------------------------

Thank you for consulting our team of subspecialty radiologists at IU Health Physicians Radiology. Please contact us at 317-962-XRAY (317-962-9729) with any questions.

Electronically Signed by: Tann, Mark
Dictated on: 9/26/2023 3:34 PM

This examination and reported findings have been reviewed and confirmed by the undersigned.

Read By: Tann, Mark , MD

I authorize my name to be Electronically affixed by using my unique signature access code.

ID: 75430323
Male
52 Years

500 pix

Frame: [2] 2 / 2
Zoom: 47.45%
Window/Level: 255/127.5
Pixel: R=255 G=255 B=255



icobrain mr

**INFO**

| NAME | ID | DATE OF BIRTH | STUDY DATE |
|---|---|---|---|
| HALL^CHARLES^M | 75430323 | 1971-04-06 | 2023-09-26 |

**VISUAL RESULTS**

**BRAIN VOLUMES**

| | Frontal cortex | Parietal cortex | Temporal cortex | Occipital cortex | Hippocampi |
|---|---|---|---|---|---|
| Volume | 239 ml* | 139 ml* | 145 ml* | 75 ml* | 9.1 ml* |
| Normal range | 216 – 267 ml* | 138 – 174 ml* | 134 – 165 ml* | 60 – 85 ml* | 7.6 – 10.7 ml* |
| Normative percentile | 40.2 | 1.1 | 27.1 | 63 | 33.4 |
| Asymmetry index ** | 3 % | 2 % | -1 % | -9 % | 11 % |
| Normal range | -13 – 18 % | -16 – 18 % | -18 – 18 % | -27 – 24 % | -25.2 – 31.4 % |
| Normative percentile | 51 | 52.9 | 43.9 | 21.9 | 83.5 |

Frontal cortex | Parietal cortex

Temporal cortex | Occipital cortex

Volume signature
Hippocampi

*Displayed brain volumes are normalized for head size. The normalization factor for this patient equals 0.83.

** Asymmetry index is calculated as the difference between the right and the left (R-L) divided by the average volume.

© 2023 icometrix NV, www.icometrix.com, icobrain mr 5.13.0 39c07a31-aac1-4993-9f32-a593fsa9562b
This report is approved in the US, EEA, BR, CH, AU and TR. Pending regulatory approval in CA, IN, JP.

Series Nb: 237822510

ID: 75430323
Male
52 Years

Study ID: PT1179
Ac. Nb: PT230007079
Acq.: Sep 26, 2023
Acq.: 12:32:38 PM

