# Declaration of Patricia Miles

I, Patricia Miles, declare the following:

1. My name is Patricia Miles. I am over the age of 18 and competent to testify to the matters herein.

2. People usually call me Tricia or Trish.

3. I attended the Shaker Mountain School (SMS) in Burlington, Vermont for six years between 1980 and 1986. In fact, I was the very last person to graduate from the school before it closed down.

4. My mother sent my younger sister Liz and me to SMS because she didn't believe in public school but was too compromised by her own severe depression to homeschool us.

5. I have some fond memories of certain people at SMS, like a teacher named Doris. She was one of the "adults," as opposed to most of the rest of the teachers (who were called counselors), who, although they were nice people, were only several years older than us students. Still, all of them were nice. The other "adults" were the headmaster, Jerry Mintz, and C.C. McKegney. I never understood why C.C. was there: I guess she was supposed to be helping Jerry run the school, but she always seemed bored, maybe just looking for something to occupy her time. Jerry was never a huge interactor – in fact, he was quite emotionally distant. But the rest of the staff and students felt almost like a family, people who cared about each other. I think this was especially good for the students who were there because they were wards of the state, or ones who had difficult home lives. A lot of those kids lived at the group home affiliated with the school, which

1

IFCD 00027469

was in Starksboro, Vermont, about a half hour south of Burlington. Liz and I lived at home and were day students, although we went to hang out at Starksboro sometimes.

6. The education at SMS, however, wasn't much. It always felt more like being babysat than anything else. There were no real classes to speak of. You were expected to learn things on your own, or ask the teachers for help if you didn't know how to go about it. But they never seemed all that interested in teaching us anything, and it was always more tempting, as a teenager, to hang out with your friends.

7. If we weren't out around town, we spent a lot of time in the school's smoking area. Not everyone smoked; it was just a place to hang out, especially for the cool kids. I don't recall much about Chuck Hall as a student at SMS, and in fact my only memory of him is from the smoking area. He wasn't there to smoke: he was looking for Jerry. It was clear that he wasn't seeking Jerry out, but instead was being vigilant about where he might be. His eyes were red-rimmed. "Where's Jerry?" he'd ask us. "Do you know where Jerry is?" That's really all I remember about Chuck. I think I would remember him better if he'd been a problem, because if he had been, there would have been meetings about him, but the fact that I don't have any memories of him other than this one tells me that he flew under the radar.

8. In addition to meetings that were called when someone was being a troublemaker or had an issue, we also had daily morning meetings, the only regular thing about our school days. Sometimes they dragged on and on, but what I remember most about those meetings is Jerry screaming. He had a habit of doing that when he thought somebody else was doing something wrong and he had a strong opinion about how it should be done instead. He got so worked up that he would be panting, and I thought he was going to

2

$P\mathcal{M}$

have a heart attack. I would raise my hand and say I'd do what I could to help, but he'd brush me off, grumbling that there was nothing I could do. It seemed like these outbursts were a way to release tension, more than actually trying to get anything done.

9. The thing about Jerry is that he was a master manipulator. He didn't present himself well: he was beyond a slob. One issue was hygienic: he was gross and overweight, and there was a dirtiness about him. He gave me the creeps, he wasn't personable, and he was eccentric. I remember his pockets always being full of I don't know what, and his wallet being 6 inches thick, although I don't recall him coming from money. I remember on one field trip staying at a house he said was his parents', and it was pretty modest. But he knew how to sell himself, how to work the system to get what he wanted, and that's what he was always doing. He would have been the perfect politician. Everything he did was about him.

10. Jerry's focus was on his reputation, his legacy, his vision. It didn't matter to him who we were as individuals, only that we fit the story he wanted to tell. It also mattered that we were vulnerable. I believe that Jerry chose to work with at-risk kids and wards of the state because it gave him easier and free access to young boys, and that he had the school so he could enroll children he wanted to use for his own purposes.

11. I believe that because Jerry had a habit of having boys sleep overnight with him in his loft. The counselors lived out at the group home in Starksboro with the residential students, but Jerry lived in a loft above the classrooms at the school. He was the only person who lived there. The overnights were common knowledge, and they happened a lot, maybe a few times a week, so much so that our reaction was to snicker and make comments like "there goes another one." It was only boys who slept over with Jerry,

3

_PM_

IFCD 00027471

never girls. Jerry said that, legally, girls were not allowed. He was always asking some of the boys to go to dinner with him, which to most of those boys was like going to Disneyworld. They came from either poor families or ones where no one paid them any attention, or some other kind of messed up background, and it made them vulnerable.

12. I had no understanding at that time what a pedophile was, I know what I felt about the situation, which was uncomfortable. Something was not right. And then a boy named Richie said that Jerry had attempted to molest him. Richie was one of the cool kids, and I was crazy about him, but he was quiet, so it blew my mind when he admitted what had happened. He said he'd been staying over in the loft and was in bed, facing away from Jerry. He was pretending to be asleep because something didn't feel right, and then he felt Jerry's hands in his underwear, feeling his butt. He said he then kicked Jerry so hard he fell out of the loft. I wasn't sure if I believed that last part, because Richie wasn't a huge guy and Jerry was a large grown man, plus it just didn't seem like something Richie would do. But I could understand if he felt he needed to say he'd done it, to make himself feel like he hadn't let Jerry get away with it, so I never questioned him. Plus, it didn't matter what Richie had done or didn't do after Jerry tried to touch him; it's what Jerry did that was the problem.

13. And then there a student named Malcolm who actually filed a report about Jerry molesting him. As an adult looking back, it doesn't surprise me that Jerry wasn't charged after Malcolm's report. I've called the police enough times when my ex-husband was being abusive, and they've been clear that they can't do anything unless there is physical evidence of harm. Especially back in the 80s, it's not surprising that whoever was investigating Malcolm's accusations didn't – or maybe couldn't – rely on his word alone.

4

Pm

IFCD 00027472

But I do find it strange that no one ever asked us kids about Jerry's overnights with the boys, at least as far as I know. I remember the school's attorney, Greg, who was also Jerry's friend, sticking up for Jerry and saying he hadn't done anything wrong, and I remember Jerry acting like nothing had happened, but I don't remember anybody talking about what we all had watched for years: all those sleepovers.

14. What did happen was that Jerry left town. I heard that he got run out, but I never knew any details. I do know the school fell apart. The next year, school year 1985-86, was the year I graduated, and I was one of only three students enrolled. My mom and my aunt Cindy (she's not my biological aunt, but that's what I consider her because she has always been so close with our family) took over to try to save the school after Jerry left. They hired a woman named Linda as a teacher, who was a wonderful person and a great teacher. She was the only one who ever really taught me anything at SMS. But she wasn't really a forceful personality, which I saw when Jerry came by the school once during that final year. I was shocked to see him because I thought he was never supposed to come back. We were in the meeting room with Linda when he walked in, acting like he was just stopping by on a friendly visit. Linda was obviously taken aback and uncomfortable, but she was polite, stammering something about not taking any visitors that day. Jerry left. I never saw him again after that.

15. In 2023, I spoke with a member of Chuck Hall's current legal team who wanted to know about my experience at SMS. I had never before then been contacted by anyone on Chuck's behalf. I would have been equally willing to speak with anyone else working on Chuck's case any earlier, and I would have told them everything contained in this

5

Pm

declaration. I would also have been willing to testify to this information at Chuck's trial in 2014, if I had been asked to do so.

16. I did not type this declaration. Instead, I related the above information to a member of Chuck's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

17. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at Missoula, MT.

_Patricia Miller_
Signature

_5-9-23_
Date

6

PM