# Declaration of Mark LeClaire

I, Mark LeClaire, declare the following:

1. My name is Mark LeClaire. I am over the age of 18 and competent to testify to the matters herein.

2. My brother John was a student at the Shaker Mountain School (SMS) in Burlington, Vermont in the 1970s. John killed himself when he was 24 years old, in 1985.

3. John and I were two of seven siblings, six boys and one girl. John was a year older than me. We were best friends. John was different; he had a lot of problems. He sometimes had trouble relating to other people. He wasn't stupid, but school was hard for him, enough that he was held back a year. From third grade until junior high, he and I were in the same class. John only made it for about a month of junior high before it was obvious that public school couldn't give him what he needed, and that's when he went to SMS. He was a day student and also, for a while, a residential one. He stayed at the group home in Starksboro.

4. I've been a fiddle player for most of my life, and so was my dad. It turned out that Jerry Mintz, the headmaster of SMS, was a fiddler too. I remember Jerry coming over to our home in Franklin Square several times to play music with me and my dad, sometimes staying for hours. I was never a student at SMS, but Jerry started inviting me to some of their activities. They were an alternative school, so they had a lot of them. Jerry was really good at getting all sorts of donations for the school, from free leftover donuts from Dunkin' Donuts to free tickets for all kinds of things. He would take us bowling locally, or on longer trips, like one to Forest Hills to watch professional tennis. We stayed

1

IFCD 00027437

overnight at his parents' house on that tennis trip. I remember John going on a trip with a bunch of other students all the way to Montana.

5. At the time, it never occurred to me that there was anything wrong with what Jerry was doing, even though he invited us to stay overnight with him after he took us out. It didn't even really strike me that it was always only boys who were invited – me, John, and other male teenagers, some of us SMS students, some of us not – but never any girls. We would stay wherever he was living at the time, which changed a lot, because he stayed wherever someone gave him free rent. He always had multiple mattresses laying out on the floor. He'd bring us back to his place and everyone would tumble into bed, sprawled out on the mattresses. We all slept in our underwear, Jerry included, but this didn't seem strange to me at first, because of course you didn't sleep in your clothes. Even when Jerry singled out one boy each time – Come sleep over here by me! he'd say – I didn't really notice; I just figured it was because there was more space over by him. I didn't spend any time thinking about why one of us or another got chosen, or what might be happening on the mattresses with Jerry, at least while I wasn't chosen. I just went to sleep.

6. It didn't even fully click for me when John implied that he'd been molested. He asked me one day what I would do if someone put their hands in my underwear and played with my penis. The answer was a no-brainer to me: I told him straight up I'd tell our dad. Then he asked if I would still tell our dad if he (John) asked me not to. I told him that everyone has their secrets, and I didn't think it was my place to tell someone else's, so I wouldn't mention what our conversation to anyone, including our dad.

7. But then, one night after Jerry played fiddle with me and my dad for a few hours, he took me and John and some other boys out bowling. When we were done, he took us back to

2

M L

IFCD 00027438

where he was living, which was in a college building off Shelburne Rd. I remember the building vividly; I could take you right to it today, and right to the room where Jerry had his mattresses. It's emblazoned in my mind, because that night, for the first time, Jerry called me over to sleep next to him. I didn't think much about it; I just did it. As usual, we were both in our underwear. Not long after I lay down, Jerry started massaging my back and buttocks, and then there was his hand, coming around to the front to fondle my penis. I jumped up, asking him what the hell he was doing. He acted like nothing had happened. I moved over to another mattress away from him and got through the night, but I didn't sleep at all. I was 13 or 14 years old at the time.

8. I knew I'd told John that I wouldn't tell our dad about what John said to me, but I hadn't really understood what he'd been talking about when he asked me about being molested, and now I figured it was my own secret to tell if I wanted to. So I did: I told my dad about Jerry touching both me and John. Our dad didn't waste any time getting himself down to wherever Jerry was and punching him in the face. That was the end of John's going to SMS. John was mad at me for telling our dad, but I've never regretted it. I'm glad Jerry got smashed in the face. If I had the opportunity now, I'd beat the shit out of him myself. I still hate Jerry with a passion for what he did to us. I also suspect that Jerry molested my younger brother, who played fiddle with me and my dad and Jerry, and who went on some of the SMS trips. That's why, in 2018, when I found a Facebook page about SMS and I saw people posting about good memories they had of the place, I couldn't stop myself from posting the truth. On November 20, 2018, I posted: DO ANY OF YOU HAVE ANY IDEA HOW MANY STUDENTS WERE MOLESTED BY JERRY MINTZ??? THAT MAN SHOULD HAVE BEEN SHOT!!! And in 2022, after I

3       M C

spoke with a member of Chuck Hall's current legal team, I posted again: "Jerry Mintz needs to be held responsible for all of the young boys he molested while running Shaker MT School. I personally was a attempted victim of his molestation!!!! Jerry Mintz should be in prison for his actions, I can't believe he is still involved with children, God have mercy on them!!!!!!"

9. Looking back, and thinking about what I know about child sexual abuse now, I see that Jerry was grooming us by doing all the cool things he did with us. He used the donations and money he collected for the school to entice us – but never the girls – to enjoy spending time with him. I also think he spent time playing fiddle with me and my dad so my dad would trust him to have me and John stay over with him.

10. I will never forget what Jerry did, and I know John never did either. He brought it up sometimes after he left SMS. He'd say that he wished he'd never gone there. I wish he hadn't either. Other than the outings and field trips, I never really understood what they did there. I would ask John what they taught him, and he would say that they learned "life skills." I asked, What about math, English, science? But SMS didn't seem to be worried about the regular subjects, and I wondered how that would ever prepare John for real life. And it didn't: John never went back to school after he left SMS.

11. In 1979, John and I were in a serious accident in a Jeep that flipped several times. I got my arm stuck in the rear axle. John got his leg stuck on the muffler, which gave him major burns, and he also banged his head hard. He was never the same person after the accident. I always think about him when I hear about head injuries, because I know from what happened to John how head injuries can completely change a person.

4        *ML*

12. It was several years later when John took his own life. He injected himself with our sister's insulin for her diabetes. I know that John had a lot of problems, and they probably all had something to do with his suicide, but I will always believe that being molested by Jerry Mintz played a part.

13. I did not know Chuck Hall, and I don't like talking about what Jerry Mintz did to me and my brother. It's embarrassing, and it brings back the grief from John's death. But when a member of Chuck Hall's current legal team came to me in 2022 to ask about SMS, I got angry all over again and shared everything that's in this declaration. I would have done the same thing if anyone else representing Mr. Hall had approached me any earlier, because I believe that Jerry Mintz should be held accountable, but 2022 was the first time anyone came to me on Mr. Hall's behalf. That's why I also would have been willing to testify to everything in this declaration at Mr. Hall's trial in 2014, if I had been asked to do so.

14. I did not type this declaration. Instead, I related the above information to a member of Mr. Hall's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at _ST. ALBANS VT_

_Mark E Le Claire_
Signature

_4-29-23_
Date

5

_ML_

IFCD 00027441