# Declaration of Richard Dougherty

I, Richard Dougherty, declare the following:

1. My name is Richard Dougherty. I am over the age of 18 and competent to testify to the matters herein.

2. I was a student at the Shaker Mountain School (SMS) in Burlington, Vermont, in the late 1970s/early 1980s.

3. When I was young, I didn't get along very well with my mother. We lived in Rutland, Vermont. I can't remember what I did to end up in the juvenile detention center, but that's where I was when I first met Jerry Mintz. Jerry ran SMS, which was an alternative school, where lots of the kids who went there had been in trouble, and some were wards of the state. Jerry was at the detention center looking for kids who might want to go to his school. I don't know if he came to me by happenstance or if someone had given him my file, but there he was, and he asked if I'd like to go SMS and live in the group home in Starksboro, Vermont, that was run by the school. I knew I wasn't going home – I didn't want to; I wanted to be on my own, away from my mom – so it was a choice between staying locked up or going with Jerry. So even though I never trusted Jerry from Day One, I figured SMS was the better option – at least it sounded cool – and I let Jerry break me out.

4. I remember Jerry stopping somewhere along the drive from the detention center to Starksboro, for us to get something to eat. I recall the place having a jukebox; I chose an Aerosmith song to play. I appreciated the food and the fact that Jerry got me out of juvie, something about him just didn't feel right to me, and I've always had a good sense of

1

IFCD 00027368

character. I turned out to be right about Jerry, because it turned out that Jerry had a thing for young boys.

5. The Starksboro group home was in the country, about 30 minutes away from Burlington. Those of us who lived there were allowed to stay overnight in town as long as the Starksboro staff knew where we were staying and who we would be with. You could stay with day students from SMS, or other friends, or family members, or even at the Lakeview Youth Shelter, which was also run by the school. Sometimes, some of us stayed with Jerry. He lived in a loft at the school. He was the only staff member who lived there.

6. I was never very interested in staying with Jerry, due to my gut feeling about him and the fact that he was kind of dirty, greasy, and gross. It bothered me that, when he took us to play racquetball at a Burlington club, he would try to get the boys to shower with him. I always refused. I told him that I'd wait until I got back to Starksboro, but it didn't make him stop asking me. I also remember kids at Lakeview, and an older day student or two, making comments about kids staying over at Jerry's, like there was something funny about it. The same thing happened at the end of the school day, when it was time to get on the school van to take us back to Starksboro, if someone was staying behind to sleep over with Jerry. Kids would laugh and giggle and say things like: Don't sleep in your undies!

7. The thing was, it sounded kind of fun to stay with Jerry. Not the sleeping over part, but the part before that, when he would take the kids who were staying over out to the movies, or bowling, or for dinner – and in the morning, to the bagel shop, where you'd sometimes see Bernie Sanders, who was the mayor of Burlington. I guess it was just too

2

IFCD 00027369

tempting, because I did end up staying over with Jerry a few times, sometimes with a few other boys too. (It was always boys that stayed over, never girls.) I remember him taking us to dinner at a restaurant in South Burlington that had a buffet. Jerry was big on the salad bar; I remember him treating himself to big bowls of bacon bits.

8. The loft where Jerry slept was very small. You couldn't stand up in it. All it had in it was a few mattresses on the floor, with disgusting, stinky sheets on them. Jerry insisted that we were only allowed to stay over if we slept in the loft with him, but after I saw it, I refused, at least the first few times I stayed. I was rebellious as a general rule – I looked at it like anybody in authority could pound sand – so I didn't mind standing up to Jerry. I slept downstairs in the meeting room on the couch on the nights I told him I wouldn't sleep in the loft. But somehow – I can't remember exactly how – I ended up in the loft twice.

9. I was uncomfortable both times, and I refused to take off my clothes, even though Jerry tried to get me to sleep in my underwear, like he did. I stayed tense and on alert all night, squished up between Jerry and the wall. It was the second time I went up there that Jerry tried something with me. We were lying there on the mattresses, and then I felt his arm reaching over me, and his hand heading for my groin area. I could also feel his erection against my back. I moved fast and elbowed him in the face, right between the eyes, and then I ran down the ladder from the loft. He followed me down, saying that he'd been sleeping and must have been dreaming and had just rolled over, but I didn't believe him for a minute. I stayed downstairs for the rest of the night.

10. The next day, during morning meeting – we had a meeting of the whole school every day first thing – I announced that I had something to say, and then I told how Jerry had tried



3

IFCD 00027370

to touch me. He immediately denied it, saying again that he'd been asleep and must have been dreaming. I got so angry that I threw an old typewriter across the room at him, hitting him in the legs. I was mad at Jerry, but I was also hurt by the fact that none of the staff stood up for me. I remember someone asking what proof I had. I told them that *I* was the fucking proof, and demanded to know whether they were all chickenshit, because everyone knew about the sleepovers. But nobody was willing to say they believed me or do anything about it.

11. When we got back to Starksboro that night, I had it out with two of the counselors who lived out there, Chris and Janine. They had met at the school when Janine was a student, and gotten married. I was super close with both of them, so I was really upset that they hadn't supported me at the meeting. Chris told me that I was overreacting, which really hurt, because I'd always looked up to him. He even taught me my first few chords on the guitar.

12. But as hurt as I was, and as much rage as I felt inside, I didn't leave SMS right away. Of course, I never stayed over at the school again. If I wanted a night away from Starksboro after that, I stayed at Lakeview, where I was friendly with the woman named Madeline who ran it, who was a former student. The truth is, other than Jerry, SMS did turn out to be a decent place for me, with its vibe of peace, love, and eternal grooviness. I actually believe that, whatever was wrong with Jerry, his intentions for the school were good. And even though the staff didn't stick up for me at that one meeting, I still felt safe with them. I also liked a lot of the other students. And it's not like I had anywhere else to go. Starksboro might not have been the cleanest place, and it was rundown – there were lots

4

IFCD 00027371

of clogged toilets, and I remember a time we were infested with rats – but it was comfortable, and I had everything I needed there.

13. Plus, there was still fun stuff to do. I remember one time that a staff member named Jane took me and a few other kids to see *Raiders of the Lost Ark* somewhere in New York State, just over the Vermont border. Jane's boyfriend lived there, and we all stayed overnight at his house. He was a musician, and I remember having a recording session with him. And I loved riding and taking care of the horses out at Starksboro. Chris had put me in charge of them when he saw how good I was with them.

14. I didn't get much of an education at SMS. You could get a staff member to teach you if you wanted to, but I didn't. Instead, I played a lot of foosball and ping pong, or I smoked behind the school, or I hung out in Burlington playing video games at Upton's (an arcade). Sometimes I'd cruise over to the North End to scrounge up a joint. Sometimes I hung out at Lakeview. People were always disappearing from the school, but as long as you were back at the school by the time the van left for Starksboro, you were fine. I enjoyed the camping and skiing trips, and a trip we took to the Florida Keys, stopping at every major city along the way. Jerry made us panhandle for donations on Church Street to pay for our trips, but I always took what I got and used it for a beer or a dime bag of weed.

15. I basically just tried to put my memories of the loft out of my mind, but I guess Jerry couldn't, because he ended up telling me that I would be better off at a group home in Brattleboro. He might have been right, because the man who ran the Brattleboro program was a very good man who helped me emancipate from my mother, and I ended up graduating from Brattleboro High School in 1986 or 87, but I never believed that Jerry

5

IFCD 00027372

had my best interest at heart when he sent me to Brattleboro. In fact, I felt like he was trying to silence me, because I hadn't stopped talking about what he had tried with me, and I tried to convince other boys not to stay overnight in the loft, and I'm sure Jerry didn't like that.

16. I hadn't talked about SMS in years when a member of Chuck Hall's current legal team found me in 2023 and asked about my experience there. I told her everything that's in this declaration, which is what I would have told anyone else working on Mr. Hall's case any earlier if they had asked me about SMS, but no one had ever contacted before 2023. I would have been willing to testify to this information at Mr. Hall's trial in 2014, if I had been asked to do so.

17. I did not type this declaration. Instead, I related the above information to a member of Mr. Hall's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

18. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at ⎣h⎤Tehall, N⎤.

_____
Signature

6-4-23
_____
Date

6