# Declaration of Malcolm Sawyer

I, Malcolm Sawyer, declare the following:

1. My name is Malcolm Sawyer. I am over the age of 18 and competent to testify to the matters herein.

2. I went to the Shaker Mountain School (SMS) in Burlington, Vermont in the early to mid-1980s.

3. I grew up until my early adolescence on a commune in Rochester, Vermont, known as the Vermont Creative Center, or sometimes Quarry Hill. I lived there with my mother, who was a poet. The commune was a group of vegetarian Buddhist types who subscribed to astrology and the idea that children were of the utmost importance. They stood steadfast against corporal punishment or any hint of physical discipline toward children, and they wholly rejected the public school system, which I remember being raised to detest. In my younger years, I knew nothing but love and contentment. The rest of the children and I were adored and cherished by the whole community.

4. A young man who lived on the commune, John McGrath, who wanted to branch out a little, got a job at the Shaker Mountain School. He only worked there about a month, but during that time he was picked up for the workday by Jerry Mintz, the school's headmaster. That was when I first met Jerry, who was always looking for new students and introduced himself around the commune.

5. I didn't take much notice of Jerry at the time, because I had no interest in leaving the commune. But about a year later, I heard a local radio show where the Children's Disarmament Campaign was talking to kids from SMS about nuclear war and weapons. I

1

found the discussion very interesting, and a few weeks later, when I myself was interviewed on a children's show on the same station about plays I had written, I met the head of the Children's Disarmament Campaign, and I mentioned having heard the SMS show. I also mentioned this to another local Burlington activist who I knew through her work with the Peace & Justice Center. Both of these activists knew Jerry, and they were both excited by the idea that I might be a good fit for his school.

6. Jerry was looped into the discussion. Looking back, I see that I was bowled over by Jerry's hard sell, but at the time, I was utterly taken by his enthusiasm and intelligence – and his interest in me. He took me on a tour of the school; he showed me his standard slide show, the one he used for donors; he told me about his time at Goddard College, where he loved his education so much that it inspired him to start a school of his own. I saw him as brilliant, and someone who could squeeze money from a stone. For example, he had somehow convinced the Exxon company to give him one of their old gas stations, which Jerry then turned into the school's newest incarnation.

7. I had been lacking a father figure ever since my parents split up when I was young. At first, the leader of the commune, Irving Fiske, filled the void. He was the reason my mom left my dad and brought me and my brother to live at the commune. But when Irving started humiliating my mom, I didn't see him as so perfect anymore, and Jerry stepped into the role. He kept after me, enticing me with the school's perks and philosophy. He finally convinced me. I was 14. My mom and I decided we'd need to move to Burlington for me to attend SMS as a day student, because there were 60 miles between SMS and the commune. When we told the commune about our decision to leave, they shunned me for falling for the evil of traditional schooling. But my mother stood by me, even though she

2

MS

wasn't completely convinced herself that SMS was the right place for me, and we moved to Burlington.

8. It broke my heart when the commune rejected me, but SMS kept me distracted and entertained during my first year there, the school year 1982-83. Jerry took us out for fast food; to Uptons arcade in Burlington; to baseball games; and on field trips to other states – all on donations from individuals and businesses, along with the money provided by the state for their wards who lived at the SMS group home in Starksboro, Vermont. I spent a lot of time with Jerry. I also made some friends with other students, especially one named Bruce Sanderson, who was really nice to me. But even with all that, I missed Quarry Hill, and I wasn't used to being around the kind of kids that lived at Starksboro and attended the school, who were juvenile delinquents. Also, Jerry criticized my writing, calling it immature, which infuriated my mother. After a year, she and I decided to return to the commune.

9. We stayed for a year back at Quarry Hill, but things were never the same. They treated me like a stranger, not like the family I'd been to them for so many years. I realized that they would never fully accept me again, so I figured I might as well return to SMS. My mother agreed, and we moved back to Burlington.

10. There was the same fun stuff at SMS when I went back: the baseball games, the arcade, the field trips. I realized that SMS functioned kind of like the commune, in that it was a caring, democratic community. I even decided I wanted to try living at Starksboro, so I could get the full experience, but my mother said no.

11. As much as I enjoyed some parts of SMS, I was on a steep social learning curve there. I heard the snickers about Jerry having some of the boys stay with him overnight at the

3

IFCD 00027514

school, in the loft above the classrooms where he lived, which was basically only big enough for a big mattress on the floor. But I didn't see anything wrong with it: at the commune, people were always sleeping in the same beds without anything inappropriate or uncomfortable happening, at least to my knowledge. So when Jerry invited me to stay over, I did. Some other kids started teasing me after that, calling me a "homo." I didn't know the term "pedophile" back then. I was confused. I was also confused one day when I was collecting donations on Church Street in Burlington with some other SMS students and a girl yelled something at us. Jerry sometimes had us stand out on Church Street with cut-off milk cartons, asking strangers for their spare change. That's what we were doing when I heard the girl yell, "You suck Jerry Mintz's cock!" And people were always joking about blow-jobs at SMS. At the commune, sex was never talked about in crass terms, but everyone at SMS cursed like sailors – students and staff. I'd never even used a swear word before going to SMS, so all this sexual trash talk was new to me.

12. When I look back, I think all this confusion was probably why, when I slept over at Jerry's and I woke up with him in his underwear and his arm wrapped around me, my back to his front, I pretended that it wasn't happening. I heard him tell me that I should really sleep naked, with only a very thin sheet, and I knew I felt very uncomfortable, but I didn't understand what it meant that he was touching me. I still try not to think about being on that mattress with him, because I worry there are more details that I've kept myself from remembering. I also think that trying to block it out had something to do with why I had a mental health episode and had to be hospitalized.

13. I succeeded in not thinking about what Jerry did in the loft after it happened during my first year at SMS, even after being hospitalized, and I put everything about SMS out of

4

my mind when I went back to the commune. Even when I returned to SMS, I was able to focus on the positive parts of being there. But towards the end of that second year, everything fell apart. First, Jerry touched me again while I was staying over. This time I couldn't block it out, and it suddenly made sense to me why the other kids had called me "homo" after I slept over with Jerry: they must have known what he did to me. I got up and went downstairs and walked around the classrooms for the rest of the night. But I still didn't tell anybody.

14. Sometime after that, I got a phone call from Social & Rehabilitative Services (SRS). They told me that a boy from SMS had told Bob Belenky, who ran a juvenile treatment program called The Clearing, that Jerry had molested me, and Bob Belenky reported it to SRS. I didn't know the boy personally – he had been at the school during the year I was gone – but I guess maybe he had heard about me because I was well-known from my first year there as a "Junior Mintz," which is what they called boys like me who were inseparable from Jerry...and who the other kids suspected Jerry was messing with.

15. SRS wanted to talk to me about what had happened, but I was scared, especially when they told me I'd have to testify against Jerry. SRS called my mom and told her that I needed to talk to them, and they threatened that if she kept me at SMS, they'd take me away from her. That scared her, so she pulled me out of SMS, but she didn't make me talk to SRS. She said I'd been through enough already.

16. I was really mad at my mom for pulling me out of SMS, because I didn't want to leave my friends. I didn't tell anyone why she did it. Jerry thought it was because she thought my friends there were having a bad influence on me, especially one who she'd seen try to

5

IFCD 00027516

give me a beer after I was hospitalized. I didn't correct Jerry because I didn't want to have to confront him, and I didn't tell my friends because I was embarrassed.

17. But I still stayed friends with Bruce. He was really important to me. And one day, I finally told him what had happened with Jerry, and about the other boy telling Bob Belenky about it, and about how I'd refused to talk to SRS. Bruce was very clear that what Jerry had done was not ok, and he said it was important for me to talk to SRS. He told me he'd go with me to do it. I agreed.

18. Bruce and I met with SRS at Filomena's, a pizza place in Burlington, and after I grilled them with questions to make myself feel like it was safe, I told them my story. I was devastated when they told me that my story wasn't enough evidence to go after Jerry. I have regretted going to SRS ever since. It didn't feel worth it to have put myself through the trauma and humiliation, if Jerry wasn't going to suffer any consequences – although I do think that, after the investigation, Jerry was informally told to get out of town, which I think he did.

19. One of the reasons I don't know exactly what happened with Jerry is because I had a manic episode soon after talking to SRS, and I was hospitalized again. I know that SMS eventually got shut down, but I don't know when or exactly how. I never had anything to do with the school or Jerry again.

20. I was still mad at my mom when I got out of the hospital, so a former SMS counselor who now worked at the Northeast Family Institute helped me get placed there. While I was living there, I went to another alternative education program called On Top, but it was horrible, so I didn't graduate from high school. I did get my GED. I was living in a group home by then, where it was required either that I be in school, or I get a job. I went

6

_MS_

IFCD 00027517

to Burlington College for a short time and then got a job in the UVM media studies lab, where I stayed for a while, until I had another manic episode. At that point, I applied for disability, which I finally got approved on my third appeal. I am still on it today.

21. After what happened with Jerry, I decided I'd never allow another substitute father figure into my life again. Instead, I decided to reach out to my real father, who I hadn't had contact in a decade, and try to reestablish our relationship. We did, and we remained close until my father's death a few years ago.

22. Things have not been easy for me since then. My mother died in 2021, and my marriage ended not long after that. When a member of Chuck Hall's current legal team asked me in 2022 to talk about my experience at SMS, I was very nervous. It was extremely difficult to talk about, but I finally said everything that's in this declaration, which is what I would have told anyone else working on Chuck's case before 2022, if they had asked – but no one did. And although I'm not sure that I remember Chuck, and I would not have wanted to do it, I would have testified to this information at his trial in 2014, if I had been called to do so.

23. I did not type this declaration. Instead, I related the above information to a member of Chuck's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

24. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at <u>MONTPELIER, VARMONT</u>

<u>William E. Sin</u>
Signature

<u>4/28/23</u>
Date

7

MS

IFCD 00027518