# Declaration of Fred M. Jackson III

I, Fred M. Jackson III, declare the following:

1. My name is Fred M. Jackson III. I am over the age of 18 and competent to testify to the matters herein.

2. I have always gone by the first name Bruce, which is what everyone calls me.

3. I attended the Shaker Mountain School (SMS) in Burlington, Vermont for about four years, from 1976 to 1980. My nickname there was Buster. *[handwritten: My nickname there was Buster. fmJ]*

4. I grew up in Winooski, Vermont, just north of Burlington. My mother was a preschool teacher, and my dad was a lumberjack. I had three sisters; two of them were severely handicapped. As a tribute to them, my parents volunteered for the Special Olympics for 40 years.

5. My parents sent me to SMS because I was getting into fights at my public school. The other kids were picking on me because I had gotten to be friends with the only Black student at the school. I felt bad for him because he was always by himself and he seemed lonely. My parents thought SMS would be a good alternative.

6. I started out as a day student at SMS. I didn't mind switching out of public school: I thought the democratic structure at SMS was the greatest idea on earth, the idea that the kids and adults all had equal say in how the school was run. If you ever got upset about anything, there was a bell you could ring to call the entire school to a meeting to talk about the problem, and everyone had to listen to you. There were lots of field trips, including hiking the Long Trail, and skiing every week. I don't remember attending very many classes, because you didn't have to if you didn't want to. There was no structure to

1

IFCD 00027408

the school days. You could choose to do whatever you wanted, even if what you wanted to do was nothing. Mostly what I did – besides field trips – was play foosball and pool and video games. Sometimes I hung out at the Lakeview youth shelter, which was nearby and run by the school.

7. No one had to pay to go to SMS if they couldn't afford it – and most students couldn't. Most of us were local, and we were like the underbelly of the Burlington area, kids who got kicked out of public school, or at least were getting into trouble there, but whose families never could have afforded private school on their own. The free or discounted tuition meant the school never had much money, so Jerry Mintz, the headmaster, who was kind of a scammer, came up with ways to get it, like sending us kids out to the busy Church Street district in Burlington to beg for donations. He also got lots of donations himself from local businesses. He even got the Exxon company to donate the building that the school was in.

8. One day on my way to school, a man approached me on the street and asked me to go with him. I didn't know him. He scared me: he looked like an obvious child molester. When I refused to go with him, he followed me to school. When I got there, I went straight to Jerry and pointed out the man, who was still standing on the street. I told Jerry what the man had said and done. But instead of going out to talk to the man or calling the police or child protection or anyone else, Jerry told me I should write a "book." He had me go through all the things I was thinking and write them down. I remember writing about a world where kids ran everything instead of adults. I don't remember what happened to the book, but nothing else happened after I wrote it: I never talked with Jerry about it, or anyone else. I didn't tell anyone else besides Jerry about the man that had

2

followed me. As an adult now, I realize that Jerry should have done more, but at the time, I felt like he had taken care of me, taken me under his wing.

9. After that, Jerry started inviting me to do fun things after school. It was a regular thing that he'd offer to take a few kids at a time to a Montreal Expos' game (Montreal is only two hours from Burlington), or to go bowling, or play video games at Upton's, the local arcade. The baseball tickets would be donations he'd gotten, and he'd talk the bowling alley into giving us free admission. For the arcade, I remember him taking what seemed like hundreds of dollars out of the school account in quarters, which he'd give us to feed the video games. He would always take us out to eat afterwards, which was a big deal for kids like us, even if we only went to McDonalds. By then, it would be late, so he'd bring us back to the school, where he lived, to spend the night.

10. Jerry was the only staff member who lived at the school. Everyone else either lived at their own house or at the school's group home in Starksboro, which was on land that Jerry owned, about a half hour's drive south of Burlington. Different staff members rotated staying out in Starksboro with the kids who lived there, but Jerry always stayed at the school. He slept in a little loft above the school rooms that had a ladder leading up to it. The loft was so small that all that fit in it was a few mattresses, and the ceiling was so low that they were all on the floor next to each other. You couldn't stand up straight in the space.

11. I only remember one girl ever getting invited to stay over with Jerry, and she was gay and a tomboy. Otherwise, it was always just boys. It was usually more than one of us at a time; at least every time I went, there were other boys with me. The nights always started out the same: the first thing Jerry did after we crawled up into the loft was turn on Johnny

3

IFCD 00027410

Carson, on a black and white tv. This image is crystal clear in my mind. There were nights that everyone just fell asleep with the tv on, all of us lying on the mattresses on the floor along with Jerry. We all slept in our underwear, Jerry included.

12. On other nights, Jerry would ask one of us to give him a massage, or he gave us massages instead. And he would talk about things he shouldn't, like one time I remember him asking if we knew what the strongest muscle in the body was. I guessed it was the leg, but Jerry said No, it's the buttocks. I was lying next to Jerry at the time, on his right side. There was another boy lying on the other side of him, but I don't remember who it was. After Jerry said the thing about the buttocks, he started massaging mine, and then he reached around and fondled my penis.

13. I remember feeling uncomfortable when Jerry touched me, both that first time and the times he did it again later, but I didn't really understand what was happening. I was confused. I guess that's why I went back as often as I did, probably once or twice a week – and also because of the good things that came with it, like the games and the treats and just the feeling of being special. I realize now that he was giving us those things to entice us, but at the time, it was just fun things that I didn't get the chance to do otherwise. I've tried for most of my life not to think about those nights when he touched me, but there are parts that I will never be able to forget, like the creepy rayon pants he wore and took off when we went to bed, and the smell of him, and how filthy his sheets were. I also can't shake the memory of his body hair, how it covered his back.

14. Even though I couldn't fully wrap my brain around what was happening at the time, I got more and more uncomfortable sleeping in the loft. The last night I ever spent at the school, I refused to go up there. I slept downstairs in one of classrooms instead. It was me

4

IFCD 00027411

and my friend ~~John~~ Jeff that night. To this day I have never talked to John about Jerry touching me, but ~~John~~ Jeff was just as determined as I was not to go up into the loft that night, which made me wonder if Jerry had touched him too. I think it was because we were together that we found the strength to stay downstairs. I remember Jerry kept coming down all night to ask why we weren't coming up with him and the rest of the boys, if we were sure we wanted to stay downstairs. We told him, every time, that we were sure. After that, I didn't get invited to stay over anymore.

15. Jerry talked a lot about how hard it was to get money to keep the school going. It was no secret that, since almost no one paid full tuition and the donations and panhandling only brought in so much, wards of the state who were placed at the Starksboro group home brought in the most money. I was still living at home and coming to school as a day student, and I liked it that way, but Jerry made it clear how much money I could bring in if I went into state custody. I felt a responsibility to contribute what I could to the school, because, except for what was happening in the loft, I still liked it there, and that was part of the whole idea of the place, that everybody gave what they could. So when Jerry told me I should tell child protection that I needed to get away from marijuana, I did what he said. The truth was that I had never messed with marijuana up to that point, and no one at my house used it, but he said I should say that I was feeling pressure to use it in my neighborhood. As soon as I did, child protection placed me at the Starksboro group home, with about 10 or 11 other kids who were already living there.

16. Even after I stopped sleeping over in the loft, there was plenty of stuff going on at SMS that should never have happened. There was swimming at Brooks Pond, where everyone – staff and students, together – skinny-dipped. There were the Truth & Dare games that There was a practice of staff *and older students* yelling "Fuck Patrol" to warn kids not to have sex, or if they were having sex to stop. It eventually became a way for people to barge into other people's room!

IFCD 00027412

students and staff played together, which is how I ended up getting my first French kiss from a teacher named Sharon. There was a lot of kissing when we played Truth & Dare, but the dares got even more crazy than that. Once, while we were playing at the Lakeview shelter, a teacher named Joseph was dared to play the piano with his penis. He did it, in front of all of us. Another time at Lakeview on a dare, Joseph was laying underneath the doormat, singing a song about being a dirty old man, when child protection knocked at the door, there to do a routine check. Maybe they didn't hear what he was singing, but they didn't stop him; they just ignored him, stepped over him, and went ahead with their inspection. It's embarrassing to talk about this stuff now, and I was never really comfortable with it, but at the time I just laughed, like everyone else, because the only way we knew to handle it was to act like it was funny.

17. Jerry wasn't involved in the Truth & Dare games, and he wasn't much for our outdoor activities either, like hiking or skiing. He took us to indoor daytime activities, like racquetball. He let other staff handle the outdoors, especially Chris Balch, who was the expert, a true mountaineer. Chris was a good guy, but he was part of the general sexual culture at the school. He once handed me a condom when he saw me with my girlfriend, another student named Heather, even though I was still a virgin and I hadn't asked Chris for anything. Chris himself got into a relationship with a female student; they ended up getting married and having kids. Of the few classes I did attend at SMS, I remember one on sex education. It was taught by a doctor at the University of Vermont who was the husband of a staff member named C.C. McKegney. As part of the class, the doctor played a pornographic movie, where I saw things I couldn't understand.

6

18. I didn't think about all this sexual stuff at SMS when I was a kid, at least not to realize how wrong it was. But I did eventually get angry, even if I didn't know exactly why, and I started acting out. I remember soon after that last night I spent at the school, when I realized that ~~John~~ Jeff had probably been molested too, I was so angry that I stole some money that Jerry had withdrawn from the school account to buy himself a pair of shoes. They figured out pretty quickly that it was me, and there was a community meeting to figure out how I would pay back the money, which I did. But I was in a downward spiral: I also started stealing Boone's Farm wine from the local store and getting drunk every day.

19. Looking back, I think I stole the money to try to hurt Jerry in some way, to pay him back for the way he had hurt me. I've also realized that I was probably acting out to try to make it so he wouldn't want to be around me, so he'd leave me alone, even though I'd basically stopped him from touching me by refusing to sleep in the loft anymore. But what really bugs me is the idea that none of the adults around me – the other staff members – caught onto the change in my behavior, or if they did, they didn't ask me about it. As a parent, now, I know that if my own children suddenly started behaving differently, especially if they were getting in trouble, the first thing I'd do is talk to them and try to figure out if there was a reason for it. But nobody at SMS did that with me, and so I kept acting out, not understanding why I was doing it.

20. Jerry finally decided that I was too much for SMS, and ~~I got transferred from the~~ he called a meeting. The whole group decided I should go to Lakeview. Then ~~Starksboro group home to~~ Benson Wilderness Camp, a tough full-year outdoor program. I started getting in legal trouble and I got sent to ~~I felt like I was being punished~~, and I didn't trust anyone around me. I also learned at Benson that I'd fallen so far behind academically at SMS that, in my mid-teens, I was

7

IFCD 00027414

only at a fourth-grade level, when I should have been at least somewhere in the sixth- to eighth-grade range. I was in the Benson program for a couple of years, until I ran away at age 17 and joined the National Guard.

21. I loved the National Guard. It was good for me and I did really well with it. But I lived a kind of dual life while I was in it. I could ignore the memories of Jerry and the loft when I was active with the Guard, but when I was in civilian life, they started to creep in, and I started to dull the pain with drugs. I developed a cocaine habit, and then I started getting in trouble. I got arrested for cracking safes, which I was doing to get money to blow on my habit. I got locked up in 1987, and I served about seven years; I was 26 years old when I got out. I was allowed to still be in the Guard while I was in prison, which gave me a lot of good time. Altogether I put in six years of service, and I was eventually awarded the Meritorious Service Ribbon, the highest Guard honor in Vermont. I remember my parole officer asking what was wrong with me, because I never gave him or anyone in Corrections any trouble. I guess I got institutionalized for a while, but I also believed for a long time that I was a bad person, that I deserved to be punished and that I was only hurting other people by being around them. In prison, you can feel like you're keeping other people safe by keeping yourself away from them – it's the life-crashing thing, where, when you're doing good on the outside, you think: I'm doing so good that these people are trusting me...so you mess it up on purpose, to get yourself away from them, because you know you'll cause them trouble one way or another in the long run.

22. My time with the Guard and in prison was all before I woke up from the nightmare of what happened to me at SMS. I'm not sure exactly how I managed to wake up; I guess it must have been part maturity and part therapy. I slowly realized that I was always the

8

hero in my own stories, as if I needed to prove somehow that I was worth being liked or admired, and I realized how angry I was. Over time, I identified two cycles of dealing with things like what happened at SMS: either you get very angry and you do something productive with the anger, or you're the other person who never wakes up from it and then becomes violent or sexually abusive yourself. If you don't wake up from the nightmare that you're a bad person, you just keep hurting yourself and everyone around you.

23. The one and only benefit I can see from what Jerry did to me is that my own children have always been protected. I have been very strict about their physical safety and privacy since the day they were born, even refusing to sleep in the same bed as them for fear of confusing or traumatizing them. I was so serious about this that it destroyed my relationship with their mother, because she believed in snuggling and sleeping with them, and she couldn't understand why I was so strong against it. But I just can't, and never will be able to, think about grown adults and children in the same bed together, whatever the circumstances.

24. In the mid-2010s, after I'd done a lot of work on myself and started coming to terms with the nightmare, I started a Facebook page for SMS alumni. I wanted it to be a safe space where people could reminisce, interact, connect, and heal, a place to remember all the good things about SMS, and maybe for people who had been hurt, like me, to find each other. I wasn't going after Jerry or any particular details, so much as I wanted to spark conversation. It has been good for me to reconnect with other students and staff, because I have good memories of a lot of them. It has also been good for me to talk with the mitigation specialist on Chuck Hall's case over the past year, even though I was at SMS

9

IFCD 00027416

much earlier than him and I never knew him. As sad as it is, it's all helped me learn that there were other boys who were molested by Jerry, that I wasn't singled out because there was something wrong or bad about me. I think about how confused I was when it happened to me, and how all the other boys must have felt the same way. This is why I would have been willing to talk to anyone else representing Chuck Hall if they had come to me earlier – I'm a lifelong Vermonter, and I could have been found in the Burlington area between 2010 and 2014 – because I believe the truth has to be told. It is the only way we can heal. But no one contacted me about Chuck Hall any earlier than 2022.

25. In addition to being willing to talk to anyone who represented Chuck Hall from 2010 or later and telling them everything in this declaration, I would also have been willing to testify to all of it at Chuck Hall's trial.

26. I did not type this declaration. Instead, I related the above information to a member of Chuck Hall's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

27. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at _ESSEX VT_.

Signature _____     4/30/23 Date _____

10

IFCD 00027417