# Declaration of Lisa Tomasi-Carr

I, Lisa Tomasi-Carr, declare the following:

1. My name is Lisa Tomasi-Carr. I am over the age of 18 and competent to testify to the matters herein.

2. In the 1984-85 school year, I worked as a staff member at the Shaker Mountain School (SMS) in Burlington, Vermont. During that time, I lived in Starksboro, Vermont, 20-30 minutes from the school in Burlington, at the group home affiliated with the school.

3. I was in my early 20's when I got the job at SMS and not certified as a teacher. In fact, I had no teacher training at all. I had first attended St. John's College in Santa Fe, New Mexico, then transferred to the University of Vermont (UVM) to do a pre-med program, then transferred back to St. John's but to their Annapolis, Maryland campus instead of Sante Fe. I got my undergraduate liberal arts degree from St. John's in 1983, and then went on that fall to med school at UVM. I didn't last long before dropping out, at which point I figured I would teach until I figured out what else I wanted to do.

4. I am from Underhill, Vermont, which isn't far from Burlington, but I hadn't heard of SMS before this time. I learned about the school from a little red book that listed all the primary and secondary schools in the state. I'm not sure where I got the book. I couldn't teach at public schools due to my lack of certification, so I focused on the private schools.

5. I recognized in SMS's description some of the things I'd appreciated about St. John's, where the professors wouldn't give you answers but instead encouraged you to discover them yourself. This was in contrast to my experience at UVM, where I quickly learned not to depend on the source material for my own opinions but rather to absorb and adopt the professors' interpretations. I was intrigued by the SMS idea of a democratic school. I

1

called to inquire about applying, but I got no answer. I called again and again, but no one ever picked up. Finally, while at the Champlain Valley Fair in August 1984, I found a booth run by SMS. I don't think Jerry Mintz, the headmaster, was there; I think it was being run by two staff members, Dave and Peter. My "interview" was conducted on the spot. I can't recall what it entailed, but it certainly wasn't formal. When I did meet Jerry, I recall him saying something along the lines of: Well, if you've got the persistence to keep calling, you can join us. I signed up for a position called counselor and was paid a salary of $75 twice a month. It was my first job, my first paycheck.

6. The job was basically 24/7, between duties at the school during the week and onsite responsibilities in Starksboro. I considered the real work, the most important part of the job, to be the time at Starksboro, so that's where I put my energy. There were four residential staff out there, all of us in our early 20's and called counselors even though none of us where certified as such: me, Peter (whose last name was Carr), a man named Paul, and a woman I remember being called "T." (When I was told by a member of Chucky Hall's current legal team in 2023 that there was a staff member named Theresa, I remembered that that's what "T" stood for.) We lived in two of the four buildings on the Starksboro property that comprised the group home: Peter, Paul and I lived in the Main House; T lived in the Silo. The other two buildings were the Bunkhouse and the Dome, where the students lived (except for a few students who lived in the Main House with us).

7. As staff/counselors, our goal was to provide a peaceful, safe environment for kids who might not ever have had one before, since a lot of the kids were wards of the state who'd been taken away from dysfunctional family situations. I remember one student whose family had agreed for the state to take custody precisely so he could go to SMS, because they were familiar with Jerry and trusted him. I also recall gossip around Burlington

2

about this family, like a story that when they had somehow come into some money, they used it to buy a goat. I found it offensive that this was used to smear them, as if Vermont wasn't full of farmers. I attributed the gossip to Burlington's urban classism, and I was so glad that the student had a chance to experience a place like SMS, where he would be treated the same as everyone else.

8. I have been shown by a member of Chucky Hall's current legal team a letter written in April 1985 by the grandmother of an unidentifiable group home student, complaining about conditions in two of the Starksboro buildings. I trust that some of her complaints were valid: I never went inside either of the Dome or the Bunkhouse, so I can't speak to the filthiness the grandmother described in them, but it's not surprising. However, I disagree with a few of her statements. For example, it wasn't a rule that the kids had to cook all their own meals; we all shared in that duty. It is true that a kid named Jimmy was a great cook, and he enjoyed doing it, so he took on the bulk of the responsibility, for which everyone was grateful, because it meant we ate very well. I don't recall the presence of any junk food – we grew kohlrabi, for goodness' sake! – and everyone cultivated the garden.

9. But what the grandmother wrote about Jerry does ring true to me: that he was "evasive" and dismissive of her concerns, and that he fostered an environment that discouraged students from leaving SMS. Another thing that sounds right to me is the mention of high staff turnover at SMS in a Department of Education memo that I was also shown by Chucky's legal team. I recall a conversation with Jerry about our low pay, when I asked how anyone would be able to support themselves on it long-term. His reply was that he never expected anyone to stay more than a few years. I remember wondering about this approach, whether it was a good thing for the kids.

3

IFCD 00027549

10. But I believed wholeheartedly in the mission of SMS, at the group home and also at the school. I really bought into the place. One of the things I appreciated most about the philosophy was the belief that the kids could stand up for themselves, which was demonstrated by the equal voice they had in all decisions that affected the policy and daily workings of the school and group home. They took their role seriously, and then took responsibility for implementing the decisions they helped make. I saw this democratic concept doing great things for them on a daily basis, both at the school, in the regular morning meetings, which were fun, welcoming, and comfortable, and out in Starksboro.

11. Jerry Mintz, the headmaster, had good psychological insights. I recall being impressed by his perspective on an incident involving the student named Jimmy. One day, another staff member was flipping through photographs taken with his camera, appreciating their quality, when he realized that they hadn't been taken by him, but rather by Jimmy. Based on Jimmy's apparent talent and interest, Jerry went out of his way to obtain a camera for him, probably through some kind of donation. Jimmy loved the camera and carried it everywhere, but then left it in a public restroom, where it disappeared. Discussing this careless development with me, Jerry suggested that Jimmy, who came from a difficult home life, didn't believe he deserved to own anything, so he had subconsciously sabotaged the gift.

12. But Jerry had some less appealing qualities too. He was generally a slob, not only in the way he dressed, but also hygienically. He also walked around as if in a daze. He may have been charismatic in his earlier days, but he seemed past his prime by the time I was at SMS. As much as I loved being part of the SMS community, it didn't seem like the enterprise was thriving or growing; rather, both it and Jerry seemed to be limping along.

4

IFCD 00027550

C.C. McKegney, the only other staff member besides the four of us out in Starksboro (and the only one who was certified), who was more Jerry's age and had a close relationship with him, seemed to be holding things together. This is not to say that Jerry didn't participate in the daily meetings or some school activities; to the contrary, he tended to dominate the meetings. I recall one particular meeting when I called him out for disregarding the rules of procedure. He made me so angry with his superior attitude that I stomped out of the meeting.

13. Jerry was also a consummate con man who knew how to manipulate people. This was a big part of how he kept the school afloat: he orchestrated free admission and contributions from all kinds of businesses. For example, he convinced Mad River Glen, a local ski area, to allow the kids and staff to ski free every Wednesday; he talked a local gym near the airport into free membership for everyone at SMS; he got a local Chinese restaurant to let us eat for free (where I remember him eating more than anyone else). He believed so strongly in this method that when Peter and I bought a pair of sneakers for a student named Bruce, Jerry got furious. Bruce needed the sneakers badly; he was one of the kids who came from a family without resources, with parents who just didn't know what to do with their children and so let the state take custody. But Bruce had a teenaged boy's ego, so he wasn't going to ask for help, which is why Peter and I took the initiative with the sneakers. Jerry said he was upset at how much we had spent, but I got the sense that the real problem was that we hadn't handled it the way he would have, which would have been to negotiate the price down, preferably to nothing. Regardless, I was glad we'd did what we did, because Bruce was so proud of the sneakers, even if he was likely going to outgrow them in six months.

5

Ex. 2a Page 3 of 10    IFCD 0027551

14. My interactions with Jerry occurred almost exclusively at the school. He lived there, in a loft above the classrooms. He rarely showed up in Starksboro; I think I saw him there maybe once or twice. I didn't pay him a whole lot of attention, I think partly because he was one of the few things I didn't like about SMS, and I preferred to focus on all the positives. Besides, we were somehow very busy at school every day. I don't remember exactly what we did, other than Wednesdays at Mad River Glen, and something called a daily "Must Do" activity. This was the one allowance for traditional teaching, which was a 15-minute class presented during or right after the regular morning meeting. The rationale for the Must Do was that, since no one had to attend any classes or do anything else they didn't want to during the day, staff who prepared lessons or learning activities were always saddled with the possibility that no one would participate. We promoted the Must Do's by encouraging the students to consider how they would feel if no one showed up after they'd put in the effort to create a lesson. I recall a few particular Must Do's: a philosophy lesson about whether a particular bicycle remains the same bicycle if all its parts have been replaced, and a math lesson breaking down basic arithmetic functions (addition, subtraction, etc) and types of numbers (positive, negative, fractions, etc) into an easy-to-follow chart. My best recollection of what else the kids did during the day is things like swimming or clearing snow off the school van. Whatever it was, I never felt like we were lazing around. I recall everyone – staff included! – being tired each day when we returned to Starksboro.

15. In November or December 1984, Peter and I started dating. As we spent more time together, we talked, and I recall him bringing up the issue of Jerry regularly having some of the boys stay overnight with him in the loft at the school. I can't say for sure whether I was aware of this before Peter mentioned it; if I was, I think I perceived it as part of the

6

Case 4:21-cv-08001-BCW     Document 70-22     Filed 04/29/24     IFCU00027552

cozy, familiar atmosphere all around us. Besides, I enjoyed spending time with adults when I was a child, so to the extent I thought about it at all, it wouldn't have struck me as odd that the boys might have enjoyed spending time with Jerry. But Peter mentioned that a friend of his from college, Jane, who had spent several years as SMS staff but was gone by the time I arrived, had been concerned enough about the overnights to do her own investigation into it. My understanding from Peter was that Jane didn't turn up anything definitive other than the fact of the sleepovers themselves, but she confronted Jerry nonetheless, suggesting that he was putting the school – his life's work, and something Jane cared deeply about – at risk with such behavior. She pointedly asked him to stop inviting the boys to stay with him, but he refused. I understood that this was what led Jane to leave SMS.

16. What I remember more clearly than Jerry's sleepovers with the boys is a relationship between T, our fellow counselor, and the student named Bruce, who Peter and I bought the sneakers for. T was the only staff member who lived in the Silo. Bruce lived in the Dome, which was located next to the Silo, with several other boys. I recall T and Bruce showing up together for breakfast at the Main House, joking about their similar bed-head hairstyles. I remember that the counselor named Paul was heartbroken by the relationship because he had a crush on T. I liked T, but I could not understand how she could have thought her relationship with Bruce was appropriate. I don't remember what happened with the relationship, but it was common knowledge.

17. That relationship was the sort of thing that may have been outside of Chucky Hall's experience before he attended SMS. He was good kid, never causing problems. I remember his smile and a more serious look that he had. I recall him as a sweet kid who seemed really nice, maybe more conservative than some of the other kids, in the sense

7

IFCD 00027553

that he was a bit overwhelmed by the freewheeling SMS atmosphere. He was definitely understated compared to the big personalities that dominated the group home: Bruce was a macho guy who tried to present a tough demeanor; Jimmy was a jack-of-all-trades and an always entertaining character. I do recall Peter getting very angry at Chucky one day and yelling at him, though I can't remember what he was upset about, and I can't imagine, given Chucky's personality, that it merited Peter's reaction.

18. I do not specifically recall the note I was shown by the member of Chucky's current legal team, dated March 5, 1985. I apparently wrote it to Chucky's mother after I had to buy medication prescribed for him when he hurt his mouth, so she could reimburse the cost. While I don't independently remember Chucky hurting his mouth, or me buying him the medication or writing the note, I easily recognize the SMS stationery, my own handwriting, and the tone of the note, and both buying the medication and contacting a student's parents were things I would have done as a counselor, so I am comfortable confirming that I wrote the note.

19. The next thing I remember happening with regard to Jerry's sleepovers was two or three women from the state showing up one day at the school. To the best of my memory, this happened in early spring, maybe March, 1985. I don't recall being introduced to them, and they did not interview me or ask me any questions. All I remember is them observing the morning meeting that day, and then leaving. In retrospect, I wonder about their impression of the meeting, which, as usual, was very relaxed and informal, with every child cuddled up to an adult. But at the time, it still didn't occur to me that anyone would be suspicious about what I experienced as a completely platonic but lovingly affectionate relationship between staff and students.

8



20. I don't recall talking with anyone about the women from the state. My next memory of anything related to it is a backyard BBQ a few weeks later when the topic somehow came up. This was at the home of one of the SMS board members, who was also an attorney who represented children. This was my first time meeting him. In fact, this was when I first learned that SMS even had a board; that's how naïve I was about the school's administrative matters. I remember standing outside around a card table with the rest of the staff – Peter, Paul, T, Jerry and C.C. – and the attorney, and someone mentioning that Jerry had been given a choice, based on accusations of sexual abuse occurring during his sleepovers with the boys, to either close the school down and leave town, or he'd be charged. He'd been warned that public disclosure of the accusations would ruin his reputation and get the school shut down anyway.

21. I remember the attorney being supportive of Jerry, suggesting that he didn't believe the accusations. Jerry asked me directly if I believed them. I recall telling him, essentially: Jerry, you've given me no reason *not* to believe them. I was surprised by his reaction: his face fell, as if he'd expected my support and was wounded not to receive it. I stood firm, confused that he cared so much about what I thought. I don't recall exactly how the BBQ gathering ended, but it was my understanding in the aftermath that the school and the group home were being shut down. Peter and I were still living at Starksboro at the time, where I think we stayed through July 1985. I was under the clear impression that there would not be another school year beginning in the fall. In August, we moved to my mother's house in Underhill, and then we left for Eugene, Oregon on bicycles, me following Peter as he chased his dreams. I never heard anything else about Jerry or the school. Peter and I got married (hyphenating our last names, so that we both became Tomasi-Carr) and went on with our lives. (We are now divorced.)

9

IFCD 00027555

22. After leaving Vermont in 1985, I lived in Connecticut and then the Washington, D.C. area. I moved to D.C. in 2007, where I got a job with the Maret School, teaching first grade. I worked at Maret until 2021, and for my entire tenure there, I was listed on their website as staff. I am currently back in Vermont. Wherever I was, at any point, I would have been willing to speak with anyone representing Chucky Hall in his capital murder trial, and I would have told them everything contained in this declaration. I would also have been willing to testify to this information at Chucky's trial in 2014, if I had been asked to do so. However, until I was contacted in 2023 by the member of Chucky's current legal team, I was never contacted by anyone else representing him.

23. I did not type this declaration. Instead, I related the above information to a member of Chucky Hall's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

24. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at *Burke, Vermont.*

_Lisa Tomasi-Caro_
Signature

_May 2, 2023_
Date

10