# Declaration of Peter Lauffer Carr

I, Peter Lauffer Carr, declare the following:

1. My name is Peter Lauffer Carr. I am over the age of 18 and competent to testify to the matters herein.

2. In the 1983-84 school year, I was finishing up my college education at Hamilton College in upstate New York. A friend of mine, Jane Ginsberg, who was a few years older than me, had already graduated from Hamilton and was working at a school in Burlington, Vermont called the Shaker Mountain School. What she told me about the school and its democratic concept intrigued me, so I applied for a summer internship. I set off after graduation to work the SMS summer camp, which was held at the affiliated group home in Starksboro, Vermont, 20-30 minutes south of the school in Burlington, on property that was owned by the school's headmaster, Jerry Mintz.

3. I moved into one of the houses on the Starksboro land, the one called the Main House, which was mostly reserved for teachers but sometimes had a student or two staying in it. Jane was still on staff when I arrived. Other staff I remember are Dave and Jocelyn, who were a couple; Paul, Lisa, Theresa, C.C. McKegney, and Jerry. Everyone but Jerry and C.C. lived at Starksboro. Dave and Jocelyn lived in a building called the Silo (which was an actual silo); when they left for other jobs, Theresa moved in there. Other than the one or two kids who lived in the Main House, the rest of the kids lived in either the Bunkhouse or the Dome. The Dome was a geodesic structure that had been placed on the property. Everything else was part of what looked like an old farm that had been there for a very long time.

1

4. I have been shown by Chucky Hall's current legal team a letter written to Vermont's Lt. Governor, Peter Smith, in April 1985, by the grandmother of a student whose name is redacted. The letter lists a number of complaints about the state of the buildings and the living conditions at Starksboro, both during camp and then when the school year started. It is true that the Starksboro property was rundown, and rustic at best, and I can see how a loving grandmother might have felt the way she did. But I myself found Starksboro and the whole Shaker Mountain way cozy, partially because the staff was so dedicated to the philosophy and the students. While the group home was state funded, it definitely did not have the feel of a state-run institution.

5. Another part of the 1985 letter that rings true to me is the grandmother's description of Jerry's responses to her concerns. While he was a very smart and industrious man, Jerry was not a good listener. He was a bully and a bit of a slob. The "silence and evasive grunts" that the grandmother attributes to him, and his dismissal of her complaints about Starksboro based on the fact that he himself didn't live there, sound very much like the Jerry I knew. I also recall Jerry pulling aside kids who were questioning the school's process or suggesting in some way that they were not buying into the program. Especially if the kids at issue were full tuition students from out of state, they were Jerry's bread and butter, and the grandmother's description of children being "undermined by the director and the staff telling them over and over and in meetings that Shaker Mountain is much better than public school" sounds like Jerry.

6. The other thing about Jerry that always bothered me was that he often invited some of the boy students to stay overnight with him at the loft above the school, where he lived. I never went up into the loft, and I wasn't aware of anything happening up there during the

2

IFCD 00027357

school day, but I felt, deep down, like something wasn't quite right about the situation. It was the same way with the Lakeview youth shelter that Jerry ran as an extension of the school. I never spent much time there, partially because it made me uncomfortable because it was so chaotic. There were two staff members who ran it, a former student named Madelyn and a young man whose name I don't remember. One of the few times I was at Lakeview, I saw one of the staff making out with one of the residents. It was a strange experience, because others who were with me saw it too, and nobody blinked an eye. It was as if it was normal. I was young and inexperienced at the time, and even though I knew it didn't sit right with me, it didn't seem like my place to speak up about it when everyone else seemed to accept it without question. I seem to recall Jane generally trying to straighten things out at Lakeview, but whatever her efforts, they were unsuccessful, because it was eventually shut down.

7. There was the same general attitude toward Jerry's sleepovers with the male students. Everyone knew about them, but they acted like that was just the way things were. It was almost as if no one could say anything bad about Jerry, because he was revered in a way. There was an aura of "cool" to the idea of staying over with him, an unspoken notion that it was an honor to be chosen for the privilege. Because the truth was, for all the democracy at the core of the school's philosophy, Jerry was in charge. Jane, again, is the only one I remember even addressing the sleepover issue at all. She did a little investigation into it, but she wasn't able to establish any real facts. Still, she told me that, even if nothing was happening up in the loft, she thought it looked bad for Jerry to be sleeping with the students, so she asked him directly to stop doing it. He refused. Sometime after that, Jane left the school.

3

8. My best recollection is that Jerry invited various boys to sleep over with him a few times a month throughout the summer and school year that I worked at SMS, from early summer 1984 through June 1985. (I became a full staff member after my internship was over.) It wasn't constant, but it was regular. I specifically remember Chucky Hall staying over with Jerry in the loft, and even having some sense that Chucky and Jerry had some kind of special relationship, although I was too young and naïve to have a real sense of what that relationship might be, even though the idea of it made me uncomfortable. In fact, as the nominal head counselor, Chucky was the least of my worries, because he didn't usually cause any problems. I recall getting angry at him once, but I can't remember the circumstances, and I'm pretty sure my reaction was a result of my own stress rather than anything Chucky might have done. Staff only got one day off every two weeks, and I sometimes got overwhelmed; this and the overall lax atmosphere that focused on experiential learning rather than rules and regulations, led to me (again, as nominal head counselor) not keeping records on the Starksboro students as I should have. But I remember that Chuck was gung-ho, participating in all activities and going with the flow. This was in contrast to some of the other Starksboro students, one of whom in particular had a volcanic temper and often lost control.

9. Without concrete evidence that Jerry was doing anything wrong, and understanding that many of the students came from difficult backgrounds, I thought SMS was a good place for a number of them. These were kids who had no structure or indulgence at home. I remember one student whose family was locally gossiped about as the worst family in the state of Vermont; I recall a story about them buying a goat with their food stamps and keeping it in the kitchen. SMS gave these kids a welcoming and comfortable place to

4

IFCD 00027359

learn social skills and mood management. It allowed them space to get angry and act out without retribution, using the format of a community meeting when someone misbehaved, where they could get positive attention and guidance to reason through their actions. I also have fond memories, as the resident "outdoorsman," of supervising our many camping and hiking trips, sometimes with Dave and Jocelyn assisting. I recall a canoe trip in Algonquin Park in Canada, and other adventures in the Adirondacks.

10. Jerry never went along on anything outdoor-oriented; that was not his thing. He spearheaded the outings that involved admission, which he would always negotiate over, arguing that it should be waived, given the school's mission and financial status. I recall a trip to a racetrack somewhere in Canada, where the kids and I watched Jerry argue for what must have been almost an hour, demanding that our entire group should be let in for free.

11. Sometime late in the school year, a few students told me and Lisa about an intimate relationship that had been going on between our co-counselor, Theresa, and a Starksboro student named Bruce. Lisa and I – who had started dating – were very upset when we learned that the only other counselor at the time, Paul, had already known of the relationship but had kept it from us because some of the kids had been blackmailing him. Lisa and I saw this as a major breach of trust on both Theresa's and Paul's parts. We confronted Theresa about the relationship and called a community meeting. Theresa was asked to leave, which she did, and even though Bruce wasn't expelled or even blamed for the relationship, he left with her.

12. I do not remember how I learned about the official accusations of sexual molestation against Jerry and the subsequent investigation, but I think it was around June of 1985,

5

IFCD 00027360

just as the school year was ending or soon after it was over. It was definitely after Theresa and Bruce had left. I didn't get many details about what had happened with Jerry, only that a student or former student, possibly one named Malcolm, had reported to someone that Jerry had molested him in the loft. As soon as I heard about this, I gathered up the rest of the counselors and told them we were going to call the Department of Social & Rehabilitative Services (SRS) to see if we could help. I don't remember who I spoke to there, or what exactly was said, but the gist was that SRS did not have enough evidence to charge Jerry with anything. The only thing I could offer was corroboration that the sleepovers had occurred, which didn't help very much. But none of the boys who had slept over had confided in me, and I'd never even been up there. All I knew was that I believed the accusations, and so I told SRS I was willing to be reinterviewed or do anything else they needed. I never heard from them again.

13. The next thing I recall is a staff meeting in the school van where I confronted Jerry about the accusations. I can't remember exactly how things unfolded or what exactly was said, but I know that we conveyed to Jerry that we'd heard he'd been accused of touching some of the boys inappropriately. I don't think we used the term "sexual abuse," but I know we were clear about what we meant and the gravity of the situation. We asked Jerry if it was true. He flat-out denied it. C.C. was very defensive on Jerry's behalf. The rest of us all told Jerry that we didn't believe him.

14. Shortly after this, Lisa and I quit and Jerry left the state of Vermont. I don't remember which occurred first. I remember hearing something about Jerry going on to do consultant work, but I have always believed that he really fled Vermont because of the investigation. I think that, even though it didn't result in charges, it came too close to the truth for

6

comfort. I remember our last week at SMS being filled with tasks I understood to be in service of shutting the school down. I always believed that's what happened after we left.

15. After quitting, Lisa and I moved in with her mother in Underhill, Vermont for a short time, and then we set off on bicycles for Eugene, Oregon. We wanted to put SMS behind us. We eventually married (although we are now divorced), but I don't recall us talking over the years about what we thought had happened with Jerry. There didn't seem to be reason to, since we'd both been there, and each of us knew as much as the other.

16. In retrospect, I realize that Chucky was a perfect victim for Jerry: he was on the younger side, he was first a boy living with an older sister he hardly knew and then a boarding student far from home, and he was very agreeable and easy to like. Those circumstances all made him vulnerable – and I don't think he was the only one. There are other students I can think of who were vulnerable in those and other ways. In fact, it may have been the more outwardly difficult students, like the one with the explosive temper, whose contrary behavior could have kept them safe, by making them unappealing to Jerry.

17. I have moved several times since leaving Vermont in 1985, but I have always been easy enough to locate, whether in Connecticut or the Washington, D.C. area, where I now live. I was contacted by Chucky's current legal team in 2023, but I would have been willing to speak with anyone else representing Chucky in his capital murder case from 2010 on, and I would have told them everything contained in this declaration. I would also have been willing to testify to this information at Chucky's trial in 2014, if I had been asked to do so. As it was, no one contacted me on Chucky's behalf until 2023.

7

IFCD 00027362

18. I did not type this declaration. Instead, I related the above information to a member of Chucky Hall's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

19. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at _June 6th, 2023 Arlington, VA_

_Peter Carr_
Signature

_June 6th, 2023_
Date

_PC_

8