# Declaration of Theresa Koenke Diaz

I, Theresa Koenke Diaz, declare the following:

1. My name is Theresa Koenke Diaz. I am over the age of 18 and competent to testify to the matters herein.

2. I was a staff member at the Shaker Mountain School (SMS) in Burlington, Vermont between 1982 and 1985.

3. I graduated from the University of Vermont with a B.S. in education in 1983. Prior to graduation, I did a practicum with SMS. I was fascinated by and totally dedicated to the idea of democratic schooling, so I went back to SMS as full-time staff as soon as I got my degree. I worked throughout the whole year, both while school was in session and also during the summers, when I directed the camp we held out in Starksboro, Vermont, about 30 minutes south of Burlington. The headmaster of the school, Jerry Mintz, owned a large property with several outbuildings in Starksboro, which we used for the group home affiliated with the school and also for summer camp. I lived on the property, as did most of the rest of the staff. We were called counselors. We received room and board, along with a small salary. I even donated at least part of my salary back to the school, that's how committed I was to the vision, even though my mother thought I was crazy to do it.

4. A typical school day at SMS began with morning meeting. It wasn't necessarily the only meeting of the day, because anyone could call a meeting anytime they wanted; all they had to do was ring the bell. After any issues had been addressed at morning meetings, staff would describe the classes we were offering that day, after which the rest of the day was fairly free-flowing, with kids doing anything from foosball to academics. It was up to

1

TKD

IFCD 00027425

the staff to keep our finger on the academic pulse, to make sure that the kids were staying on par with their grade/age level. Classes were elective, meaning that no one had to attend any that they didn't want to, but that just meant it was incumbent upon us to make the classes compelling enough that the kids wanted to be there. I gave a class on the Holocaust and racism/Nazism that was packed. I got the idea for it when I was traveling by bus to Boston to visit family and I saw pamphlets on each seat promoting a white supremacist organization. I grabbed them up and brought them back for demonstrative aids. I also helped several kids study for the GED.

5.  Weekends at Starksboro were looser than weekdays. I recall that a lot of time was spent just talking with the kids, helping them work through things going on in their lives. This was mostly done one-on-one, as the kids would identify which counselor they felt most comfortable with, or which might be the best to address certain issues. We used the same method for meetings at Starksboro as we did at the school: if anyone wanted to call one, all they had to do was ring the bell. When we did have meetings, there was a logbook, and someone was voted to keep minutes in it.

6.  I had a mostly positive experience at SMS, but there were a few aspects of it that made me uncomfortable. One was Jerry's preferred means of addressing the school's financial insecurity, which did not include bake sales or any other traditional fundraising. Instead, he required staff and students to basically panhandle on Church Street and go door-to-door asking for donations. I didn't think it was right to make the kids do this, and I certainly didn't enjoy doing it myself. And in fact, the portion I donated back to the school from my salary wasn't my idea: it was Jerry's. He asked me to do it, and I felt pressure to comply. Still, Jerry did manage to get a lot of donations that amounted to

2

__TKD__

IFCD 00027426

really good experiences for the kids. For example: free skiing on once a week at the local Mad River Glen ski area; free ski equipment; free movie tickets; free bowling.

7. I wasn't close with Jerry. I would describe my relationship with him as at an arm's length. He was not necessarily around on most days, although he did come to the daily morning meetings at the school. He lived at the school, in a loft above the classrooms. I went along on one of the cross-country trips that Jerry organized, because the kids voted me as the female staff-member they wanted to accompany them. Jerry was an unconventional guy, but I didn't notice any inappropriate behavior from him during that trip. In fact, I didn't really think much of Jerry's habit of letting some of the boys sleep over with him at the school until I heard rumors about the accusations by a student named Malcolm who said Jerry had sexually abused him.

8. Once I heard about these accusations, I realized that Jerry's sleepovers with the boys – and it was always boys, never girls – looked bad from the outside, but I hadn't seen it that way until that point. It had just seemed part of the friendly, loving, intimate nature of the SMS community. Being young and hippie-like, I was more focused on the kids' emotional health than anything practical that was going on, so I didn't pay much attention to the fact of the sleepovers when they happened. The kids were allowed to sign out from Starksboro to spend the night wherever they wanted, as long as we knew where they were; Jerry's was just one of the places they sometimes went. I certainly wouldn't have let them go if I thought they were being harmed in any way.

9. I didn't hear about anyone else claiming that Jerry had touched them, but it was my understanding that his sleepovers usually involved more than one boy at a time. I never saw the loft myself other than the ladder leading up to it. But once the idea was out there,

3

__TKD__

I started wondering about certain other boys who might have been vulnerable to Jerry's advances. I haven't thought about this in a long time, but when a member of Chucky Hall's current legal team approached me to ask about SMS, I realized in retrospect that Chucky might have been one of those boys. He was quiet and observant, a gentle soul, someone who kept things to himself. He was not particularly carefree, the way I would have expected someone his age to be. Looking back, I can say that he seemed mildly troubled, although I can't recall any discussions with him about anything bothering him, and I can't think of anything I was aware of that might have caused him distress. But thinking about all of this made me wonder about another boy too. His name was Eric, and he was even younger than Chuck, about 8 years old, so he would have been especially vulnerable to Jerry's advances if he stayed over.

10. I don't recall exactly how I heard about Malcolm's accusations against Jerry, but it was not from Malcolm himself. What sticks out in my memory is that Malcolm had some kind of mental episode, where he disappeared and was later discovered outside somewhere, disoriented, in freezing weather. I remember wondering if he'd had a breakdown because of what had happened with Jerry, but I never learned one way or another if that was the case. I do not recall an investigation into his allegations, or at least I was never interviewed by anyone myself. Jerry was still at the school when I left, so if there was an investigation or if he left because of it, it must have happened after I was gone.

11. It broke my heart to learn in 2023 from Chucky's current legal team about how his life turned out. I was shocked. I never would have expected anything violent from him. He was such a sweet boy. Simply for that reason, I would have been equally willing to speak

4

__TKD__

with anyone representing Chucky at any earlier point in his case, and I would have told them everything contained in this declaration. But no one contacted me on Chucky's behalf before 2023. If they had, I would also have been willing to testify to this information at Chucky's trial in 2014, if I had been asked to do so.

12. I did not type this declaration. Instead, I related the above information to a member of Chucky's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

13. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at ___Boulder, CO___.


_____
Signature

___May 8, 2023_____
Date

5

___TKD___

IFCD 00027429