# Declaration of Bruce Sanderson

I, Bruce Sanderson, declare the following:

1. My name is Bruce Sanderson. I am over the age of 18 and competent to testify to the matters herein.

2. I went to the Shaker Mountain School (SMS) in Burlington, Vermont in the early to mid-1980s.

3. I lived with my family in Burlington, and I started out as a day student. I was having issues in eighth grade at Edmunds Junior High: I didn't want to go to school and I was flunking out. I got a caseworker from SRS (Social & Rehabilitative Services) named Terry, and she said that SMS might work for me. Things got a little better once I transferred there, but then my family moved around the middle of my ninth-grade year to Bristol, Vermont, and my parents registered me at the local public school. Things went downhill fast, so Terry said if she could get me into SRS custody, she might be able to get me into the group home in Starksboro, Vermont that was run by SMS, so I could go back to SMS for school. I said ok, so that's what she did.

4. There weren't very many boarding students when I lived in Starksboro. I first lived in a building called the Bunkhouse with a boy named Jimmy, and then moved into a building called the Dome with Torey Remington and Lance Bailey, while Jimmy stayed by himself in the Bunkhouse. While I was at the Dome I overlapped for a short time with my cousin Jessie Mashteare. There were two students who lived in the Main House with staff, and that was all. Everybody else was a day student.

1

IFCD 00027506

5. All the staff who lived at Starksboro, who were called counselors, were also teachers at the school. Being a teacher didn't mean that they necessarily held classes. It just meant that they were available to help us students learn about any topic we wanted. We all made our own curriculum. We had to initiate the process by approaching the teacher with our interests. There were some teachers, like a guy named Dave, who had special areas of expertise (Dave's was math), but there were no rules about who taught what. The idea was that each student would become our own person and choose the path to get there. This worked for some kids, me being one of them, but there were others who wasted a lot of time smoking outside or playing foosball, and they were left alone to do that, if that's what they wanted. I also got a lot out of the field trips we took: I remember a train trip to California, where we stopped in New Orleans and Juarez, Mexico.

6. In addition to getting what I consider a decent education at SMS, I got some emotional and psychological insight as well. I learned to temper myself through the daily meetings and talking with staff, especially Dave. I learned how to work through problems when people called extra meetings when they were upset about something. Anybody could call a meeting whenever they wanted; all they had to do was ring the bell and everyone had to attend. I learned how to trust, and to open myself up. A lot of it came from watching the staff, seeing how they were. They were peace-loving hippies, not just in what they said but also how they lived.

7. Jerry Mintz, the headmaster of the school, didn't function as a teacher – at least, I only ever saw him teaching one student about the stock market. I'm not sure what else Jerry did besides fundraising, but he was a master at that. Everyone pitched in, though. There was only one phone at the school, but it was usually being used, with staff or students

2

BES

IFCD 00027507

Ex. 24 Page 2 of 6   Case 4:21-cv-08001-BCW   Document 70-25   Filed 04/29/24   Page 2 of 6

making calls to local businesses to ask for donations or support. There was a sort of script they gave you, but I just winged it, because it came naturally to me. Looking back, the whole thing seems a little cult-ish, but at the time it just felt like doing your part for something you believed in. It was the same thing with the field trips: when we ran out of money on the road, Jerry would negotiate with hotels or restaurants for us to clean up the parking lot in exchange for food or a room.

8. I got along fine with Jerry, but he was a big, fat, hairy slob who didn't shower a lot. Still, the few times that he invited me to stay overnight with him, I went. He would suggest that I stay in town while everyone else went back to Starksboro for the night so the two of us could go bowling or something. I don't know why Jerry picked me out especially when he did; I didn't really think about it, I just stayed to have fun, which I did. He picked other boys to stay over at other times. He lived in a loft at the school. We both slept in our underwear on the one futon mattress on the floor. It was a little strange, but I think Jerry knew that I wouldn't stand for being messed with, so he left me alone. Each time, we went to a bagel bakery the next morning, where, once, we saw Bernie Sanders, who was mayor of Burlington at the time. Jerry and Bernie knew each other, and they seemed to like each other.

9. The nights that I stayed over, I was the only student there. I didn't pay a lot of attention when other people stayed over, but I did know that there were sometimes one or more boys at a time. It was always boys, never girls. It was announced in the afternoon before everyone left for the day who was staying over, so everybody knew. Jerry would ask who wanted to stay, and then he'd make his choice. You could also tell who had stayed over because they'd be at school early the next morning. The Starksboro van got to school

3

earlier than the day students did, so if there were any day students there when we arrived from Starksboro, you knew they had stayed over with Jerry. I remember noticing this a few times with Chucky Hall, who I remember as a day student. I also remember noticing that Chucky's demeanor changed over time, that he got more irritable, and there were even a few times someone had to call a community meeting because he'd gotten upset.

10. I didn't especially enjoy sleeping next to Jerry, and I did sometimes wonder why he never had a girlfriend, but it never occurred to me that anything was really wrong with the overnights until Terry, my SRS caseworker, came to ask me whether Jerry had ever tried to touch me inappropriately. She said there had been some complaints about Jerry doing that with certain boys. I told Terry that nothing had happened to me, but I was bothered enough by what she said that I told the SMS school counselor, C.C. McKegney, about it.

11. I thought that after I told C.C. she or I might call a community meeting to talk about what Terry told me, but that's not what happened. Instead of a meeting with the whole school, I was pulled out of the building and brought into the school van, where the whole staff was waiting, including Jerry. I told them what Terry had told me. I don't remember much about anyone's reaction, other than it seemed like no one thought it was a big deal. I got the message that no one thought Jerry would do something like that.

12. That's why I was surprised when Jerry suddenly left the state. I don't know exactly how that happened, and I can't remember exactly when, because there was a lot going on in my own life around that same time, and I ended up leaving SMS too. I wasn't officially kicked out, but there was a big blow-up when someone reported that I was having a relationship with one of the counselors. It was true, I was: I had been sleeping with a counselor named Theresa for about six months. She was the only staff member at

4

Starksboro who lived alone, in a building called the Silo, which was next to the Dome. My room in the Dome was near the back door, which made it easy for me to slip out at night, which I did almost every night. This was probably one of the reasons I lost interest in staying over with Jerry: I was too preoccupied with Theresa. A community meeting was called to decide what should happen to me and Theresa. I was offered the opportunity to stay, but they kicked Theresa out, and I chose to go with her. We lived together in Burlington for a while after that. I never returned to school.

13. I've been told by a member of Chucky Hall's legal team that a former student named Malcolm Sawyer remembers telling me about Jerry touching him when they were in the loft, and me telling Malcolm that he should report Jerry to SRS, and then the two of us going together to meet with SRS. I don't specifically remember this happening, but I remember Malcolm well. I befriended him because he seemed like he needed friends. He didn't fit in very well; he was different than a lot of kids. He was fragile, but I liked him. He had a mental breakdown at school one day, and I really wanted to help him, but the staff told me that I wasn't equipped to handle what he was going through. He left school for a while. By the time we reconnected, I was in Bristol. I remember introducing him to my football-playing jock friends there, but they thought he was weird and made fun of him. But I stayed friends with him, and when I went back to SMS, he was back again too, and we hung out. He never seemed totally comfortable when there were other boys around, but I tried to make sure no one messed with him.

14. I believe that Malcolm trusted me enough to tell me something as personal as Jerry messing with him, and trying to help him report it sounds like something I would have done, so I don't dispute Malcolm's memory of all of that happening. Also, Malcolm was

5

vulnerable enough that it wouldn't surprise me at all if Jerry had messed with him. I was a tough kid, a lion, but Malcolm was a lamb.

15. In 2022, a member of Chucky Hall's current legal team asked me about my experience at SMS. I told her about everything that's in this declaration, which is what I would have told anyone else working on Chucky's case any earlier, if they had asked me to talk about SMS. But nobody came to me on Chucky's behalf before 2022. If they had, I would also have been willing to testify to this information at Chucky's trial in 2014, if I had been asked to do so.

16. I did not type this declaration. Instead, I related the above information to a member of Chucky's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

17. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at _Alburgh, VT_

_Bruce Denslow_
Signature

_5/17/2023_
Date

6

BES