# Declaration of Juno Lamb

I, Juno Lamb, declare the following:

1. My name is Juno Lamb. I am over the age of 18 and competent to testify to the matters herein.

2. I attended the Shaker Mountain School (SMS) in Burlington, Vermont for my eighth-grade year of school, when I was 13 years old, which was 1984-85.

3. I was a residential student at SMS, living at the affiliated group home in Starksboro, Vermont, which was about 30 minutes south of Burlington. I was not a ward of the state, like several other of the residential students; my parents sent me to SMS by choice. They were committed to the idea of alternative education and strong proponents of free, democratic schools, my mom having attended and my dad having attended and later worked at Summerhill School in England, where they met. We lived in New Hampshire. I remember visiting SMS the spring before I attended. The headmaster, Jerry Mintz, suggested I stay and start then, but we waited, and I enrolled in the fall.

4. I was a good student, and I liked to learn, but there was no traditional academic teaching at SMS, no regular classes. The only thing that reliably happened was the morning meeting. The school was supposed to be a bastion of democratic participation, where the youngest child's voice was as important as the most senior elder, but it didn't really work that way in practice. Jerry Mintz, the headmaster, one of only two certifiable "grown-ups" involved in the whole enterprise, spent much of the airtime at the meetings haranguing the rest of us to vote for his point of view. The other "grown-up" who was

1

close to Jerry's age was a woman named C.C. McKegney. I was always intrigued by C.C., who seemed normal and much more mainstream than Jerry.

5. There were only four other staff besides Jerry and C.C., all of whom were in their early twenties. All four, who were considered teachers as well as residential counselors, lived at the Starksboro property with us, driving us back and forth every day to Burlington in the school van. Their names were Peter Carr, Lisa Tomasi, Theresa Koenke, and Paul. (I remember Peter, Lisa, and Theresa's last names because I kept in touch with them for a while after SMS.) They were all nice people, and I felt like they were competent, if young, adults who did care about us, their charges, even if they didn't have much training in teaching or counseling. There were several buildings on the Starksboro property. I lived in the Main House, with Peter, Lisa, and Paul. Theresa lived in the Silo (which was an actual non-functioning silo). Another female student and I slept downstairs in two separate rooms; the counselors slept upstairs. The rest of the residential students lived between the other two buildings: the Bunkhouse and the Dome. The kitchen and bathroom were in the Main House. I think one of the other buildings had a bathroom, or at least a toilet, as well. We ate our meals together in the Main House, and I remember having meetings and reading books aloud with the staff in a small upstairs room.

6. At Starksboro, we were expected to clean our own living quarters, which I didn't have a problem with. I thought that, along with the fact that we were expected to prepare our own meals, was good preparation for life. My only complaint about our meals was the ingredients available to us, which included government surplus foods like powdered eggs and cheese. A friend of the family who visited me there was shocked by the lack of cleanliness at Starksboro to the point of documenting it and wondering if my parents

2

IFCD 00027431

realized. We rode in a van to and from Burlington each day—frigid rides in the winter as the van's heating system didn't work.

7. During the week, instead of taking classes, we spent our days occupying ourselves. We often just wandered around downtown Burlington, where the school was located. On some days, we were given five dollars to get ourselves supper – which meant $1 factory second ice cream pints at the original Ben & Jerry's, or fries with mushroom gravy at a restaurant called Nectars. On other days, I went to the library. I've always been a reader, and that's probably how I spent a lot of time that would otherwise, in a regular school, have been spent in classes. Some days we'd be sent to knock on doors in nicer neighborhoods asking for donations to fund our field trips – and then, when it came time to write our own report cards, we were told to characterize this activity as studying economics. I also remember reading the letters another student's grandmother sent him. He wasn't interested in them because they were too long, but I loved the thrill of written correspondence.

8. If you really wanted to be taught about something, you had to seek out a teacher to ask for instruction. Even then, they often failed to oblige, because they were preoccupied with their own lives or interests. For example, Lisa and Peter became a couple, obviously in the blush of first love throughout the whole year I was there, busy reading poetry to each other.

9. I thought Lisa and Peter were sweet, and they were both adults, so there didn't seem to be anything wrong with it. Other relationships swirling around me, however, had me very confused. The other female student who moved into the Main House with me was 16, three years older than me. I had the impression she came from a complicated situation:

3

she told me that she'd had a sexual relationship with an older woman when she was still at home. She also confided in me that she was having a sexual relationship with Theresa. I recall being uncomfortable with this information, but not having any real context for it because I was so young, so I just listened. When she later made some sexual advances toward me, I was even more confused. I was not interested, but I didn't object, mostly because I simply didn't know what to do. It was a different era, and things like consent were not part of the public conversation.

10. Another thing that startled me happened in the Silo after Theresa moved in there. My memory of this is blurry because I wasn't prepared in any way for what I saw, but I walked in on Theresa in bed with one of the male residential students. Theresa also had a young boyfriend who we all knew about; I met him at a conference at another free school and was made uncomfortable by his physicality with me. Paul, the fourth teacher/counselor, seemed to be interested Theresa too, but I don't know whether they were ever together intimately; at least I never saw it.

11. All of this was part of the atmosphere surrounding SMS, Starksboro, and the alternative education field in general. Not only was it a different time, when child molestation wasn't discussed openly, but it was also the case that physical touch was a big part of the free school experience. To be clear, I personally support physical affection between consenting adults or within appropriate adult and child relationships – which was probably what most free schoolers conceived of when encouraging or participating in it. But there was also a strain of self-righteousness in the alternative education community that likely clouded the issue: the belief that, in order for their philosophy to be right,

4

IFCD 00027433

everything else had to be wrong. Therefore, anyone who discouraged or even questioned physical affection was an enemy of free and democratic education.

12. I couldn't have explained all of this back when I was a student at SMS, and I probably didn't understand it consciously, but it is almost part of my birthright, given my parents' history. I had grown up knowing about sexual abuse that occurred at Summerhill while my parents were there, which traumatized both of them. My siblings and I tried to talk with my parents about this, but my father remains connected to Summerhill and the general concept of free schools, and it's complicated to say anything negative about the free school movement. My dad maintained contact with Jerry over the years after I left SMS, and they had some professional association through Jerry's subsequent alternative education nonprofit for a time. I remember Jerry visiting my dad sometimes, showing up with a suitcase full of pills (nutritional supplements, not pharmaceuticals), which my dad used to tease him about.

13. Jerry and my dad certainly believed deeply in some of the same things, but I never understood my dad's tolerance for Jerry. He had not been a pleasant person to be around at SMS, both because he was pushy, as mentioned before, and also because he didn't seem to take care of himself physically or hygienically. I particularly remember a pair of blue and white checkered pants that he wore constantly until they were brown. His mother sent him everything he wore, and he didn't appear to wash any of it. In general, he was not a person I enjoyed interacting with or ever wanted to spend time with.

14. I learned at some point that Jerry was known, after Shaker Mountain closed, to take adolescent boys under his wing and travel with them to alternative school conferences and to visit alternative schools. I knew that Jerry slept at the school in a loft above the

5

IFCD 00027434

classrooms, but I never went up there. The school building itself was unappealing: it was dirty and rundown, in what had formerly been a gas station.

15. I do have a memory of an investigation that had something to do with some kind of abuse. I recall sitting at the table in the kitchen in the Main House, maybe with other residential students, while adults – from the state, I presumed – asked us whether anyone had touched us in a way that made us uncomfortable. We all laughed and said of course not, blowing the questions off, denying that anything had happened. We had been trained to think that these people were "square," or "repressed," not used to people wanting to express healthy physical affection.

16. There weren't a lot of students at SMS the year I was there, even counting the day students as well as the residential ones. I remember some of them, but definitely not all. I remember the boy whose letters I read, two sisters who lived in Burlington, and the girl who lived with me in the Main House. I remember two local boys, one of whom was a residential student, who must have had some problems at home for him to need to live with us. He was older than me, fully through puberty and a pretty big guy. And I have a memory of two boys close to my age who may have come partway into the year, one of whom had a birth date very close to mine, which is in April 1971.

17. The first time anyone approached me to ask questions about SMS pursuant to Chuck Hall's death penalty case was in October 2022. I spoke with that member of Mr. Hall's current legal team, as I would have been willing to speak with anyone representing Mr. Hall at any earlier point in his case. Had anyone approached me earlier, I would have told them everything contained in this declaration. I would also have been willing to testify to this information at Mr. Hall's trial in 2014, if I had been asked to do so.

6

IFCD 00027435

18. I did not type this declaration. Instead, I related the above information to a member of Mr. Hall's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

19. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at ___Tamworth, NH___.


_____
Signature

_____5/23/23_____
Date

7

IFCD 00027436