# Declaration of Jane Ginsberg

I, Jane Ginsberg, declare the following:

1. My name is Jane Ginberg. I am over the age of 18 and competent to testify to the matters herein.

2. I was on the staff of the Shaker Mountain School (SMS) in Burlington, Vermont for several years in the early to mid-1980s. I'm not positive of my start and end dates, but I graduated Hamilton College in 1982 and, after taking some personal time, I ended up at a friend's place in Burlington. I then got the job at SMS. I would have been in my early 20's. It was my first professional position. I started volunteering. I designed a program that I created for students to start telling about their lives and beliefs through the art of storytelling and short videos. I continued to live with my friend. Within the month I was hired full-time and went to live out at the school's group home in Starksboro, Vermont, about 20 miles south of Burlington. First I was part of the residential staff, and then, after several other staff left, I became the Director of the Residential Program.

3. I was drawn to SMS, its philosophy of giving children a voice through the democratic process and its dedication to creating a safe space for the kids to become themselves. In a way, I feel like I was learning to do the same things for myself. It all felt like a natural fit, like it was exactly the right place for me to be. I think that was true for the rest of the staff as well. We were all young and had our own complicated histories that we were working through. We were young, wounded, caring people who wanted to help the kids in our care find their way in a world that wasn't easy for them.

1

IFCD 00027397

4. This was also true of the school's headmaster, Jerry Mintz, although he was older than the rest of us. He and the woman who helped him run the school, C.C. McKegney, were very much like the parents of the SMS family. Neither of them lived out in Starksboro, so when I first arrived, a married couple named Chris and Janine played more of that role at the group home, and then, after Chris and Janine left, I took it over, but at the school, C.C. supported whatever Jerry proposed – and that's just how things went. There was a culture at SMS that was grounded in our adoration of Jerry – and really anything other than adoring him was not an option. There were good reasons to admire him. SMS was his brainchild, and in so many ways, it was a wonderful place.

5. But there was another culture that permeated life at SMS, one that always made me uncomfortable. There was a sense that boundaries were not important – maybe even negative. My fellow staff members at Starksboro, Chris and Janine, were married, which was not a problem in and of itself, but Janine had been a student and Chris a counselor when they met and began their relationship. I was aware of at least two other intimate relationships between staff and students. I was also aware of the fact that Jerry, the only staff member who lived at the school in Burlington, regularly had young boys - both SMS students and other kids he met in the community – stay overnight with him there. All of it felt confusing and disturbing, even though I felt fairly alone in that perception.

6. Over time I became concerned by Jerry's sleepovers. Eventually that concern became impossible to ignore. We began every day with a morning meeting, when anyone could bring up any topic they liked. One morning, a student named Richie began talking about his anger at Jerry. He was very upset and uncomfortable. It sounded as if Jerry had done something to him in the loft where Jerry slept with the boys. I don't recall exactly what

2

IFCD 00027398

Richie said Jerry had done, but it involved touching him inappropriately, and it was very clear he was disturbed. He was negated and people were clearly angry at him for accusing Jerry. I have a hazy memory of Richie throwing something at Jerry when he denied Richie's story; it might have been a typewriter. I clearly remember that Richie was shut down and was treated as if the problem was Richie, himself. C.C. was especially defensive of Jerry.

7. I was shocked and disturbed by the staff's reaction. It was obvious that something had happened to Richie – and I knew it was our job to protect and support him. He was a troubled kid, it's true, but I absolutely believed that he'd been harmed and I wanted to get to the bottom of it. I remember realizing that he had been trying, in so many ways, to tell us that something was wrong. He had been trying to communicate through his behavior and in his attempts to start discussions about Jerry. I recall that he tried to raise the issue at some of our meetings in Starksboro, which Jerry didn't attend. He did not get very far because he could only say as much as Chris and Janine would tolerate. When I tried to bring it up with the other staff later, I too was shut down. I was treated as if I was a pushover and did not understand how messed up Richie was. He was, as I was in my support of Richie, accused of being ungrateful for all Jerry did for us. Basically any of us who wanted to consider what might be unacceptable behavior on Jerry's part was shamed and negated. But I never forgot and I kept a much more curious eye on things. I waited awhile but whenever anything seemed off, I addressed it.

8. On and off, I tried to talk to other staff about the sleepovers and why I thought they were concerning, potentially bad for the school's reputation, potentially bad for the kids. Nobody wanted to talk about it. I have a vague memory of talking to the school's

3

IFCD 00027399

attorney, who was disabled and in a wheelchair. I remember we were out on the sidewalk. I realized he intended to stand behind Jerry one hundred percent, denying that anything he'd done was wrong. I have a vague memory of feeling scared and fearing I was going to be villainized for continuing to talk about it. I remember C.C. being particularly upset that I was asking questions. I think no one wanted it to be true – it was horrifying and scary to think that Jerry might be molesting the boys. I think they hoped by not talking about it, the whole issue might just go away. We all knew that if any part of the concerns were real, life as we knew it would blow up and be destroyed. It is also true that this was all before we talked about child sexual abuse as openly as we do today, so I think no one fully understood what was going on or how we should handle it. But I was surprised that not one of my fellow staff members supported me in my efforts to address the issue, although there was one staff member in Starksboro who did not shut me down. His name was Jim, but he was pretty disempowered in general and not a fighter of causes or a guy who was going to create conflict. The whole thing was very painful.

9. In addition to staff, I also approached Jerry himself. I understood his personality enough to realize that the best way to address this with him was to acknowledge the worth of both himself and the school, his hard work in creating it and what an important place Shaker Mountain was to all of us. I appealed to his desire for its longevity. The school was his life. I told him that I knew he loved SMS and the kids and that if there was anyone who could create a safe and comfortable space for them, it was he. I said that the boys who stayed over had become the subject of rumors, which was confusing for them and harmful for their self-esteem. I told him that, for all these reasons, he had to stop inviting the boys to stay overnight in the loft with him. He got furious at me. He

4

IFCD 00027400

eventually said he would not sleep with the boys anymore, but it was like he was placating me. I heard that he never stopped.

10. I loved the kids at SMS with all my heart. A number of them were wards of the state but often even those who weren't had their own troubles at home, at school, or in life in general. Most came from complicated and pained families. And yet they were good to each other. One of the beauties about SMS was the lack of bullying that occurred between students. A lot of these kids had been bullied at their former schools.

11. I remember in particular a boy named Malcolm, who was a very lovable odd guy. Eventually I believe he was diagnosed with Bipolar Disorder. Malcolm would have been bullied into oblivion in a traditional school setting, so SMS was a great environment for him. I remember that his mother, who was a real advocate for him, called me once when he had some sort of mental health episode – this was before he was diagnosed – and I went over to their apartment and sat with Malcolm on the floor until he began to ground and become more functional. Boys like Malcolm and Richie, and so many others, were vulnerable to Jerry. He was such a successful pedophile because he truly cared, gained their trust, and was able to engage them in things they cared about.

12. I desperately wanted to set things right at SMS, but I felt like I was blocked at every turn. When it became clear that I wasn't saving anyone, but rather upsetting everyone I tried to talk to, I decided I had to leave. I found another job, moved out of Starksboro and got my own apartment. I think this was right around the time that Chucky Hall came to SMS. I have only vague memories of him, one of them being that he was one of the younger kids there. I don't remember getting to truly know him. I have been reminded by a member of his current legal team that initially he was only a day student. In addition, I

5

IFCD 00027401

was leaving a place I loved, where I had grown, been loved, found my professional grounding, and healed from my own trauma. At the same time, I was leaving hurt and disillusioned. Leaving SMS was very hard to do. When I told Jerry I was leaving, he told me I was dead to him. He was angry with me until the very end.

13. I eventually got my Psy.D. and became a Psychologist. I think I was always meant to be one. I've spent my life observing people, fascinated by how they operate. Through my work, and also simply the passage of time, I've realized with more clarity how unsafe the situation with Jerry was for young boys at SMS. I wish I had known then what I know now. I wish I had been a stronger voice for those boys. I know that I was young and inexperienced at the time, dealing with my own personal demons, but I do regret that I was unable to convince anyone else of the danger Jerry posed to the boys, and how it might bring the school – with all its wonderful qualities – down.

14. In 2023, I learned from my friend and former SMS colleague, Peter Carr, that Chucky's current legal team was interested in speaking with me about my experience at SMS. I reached out to a member of that team and offered to speak with her. Peter had told me about the gravity of Chucky's situation and the fact that he was on death row. I would have been willing to speak earlier with anyone else representing Chucky in his capital murder case, but no one contacted me or indicated any interest in speaking with me prior to 2023. If they had, I would have told them everything contained in this declaration. I would also have been willing to testify to this information at Chucky's trial in 2014, if I had been asked to do so.



6

IFCD 00027402

15. I did not type this declaration. Instead, I related the above information to a member of Chucky Hall's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at _____.



_____
Signature

5/10/23
_____
Date

7

IFCD 00027403