# Declaration of Jessie Mashteare

I, Jessie Mashteare, declare the following:

1. My name is Jessie Mashteare. I am over the age of 18 and competent to testify to the matters herein.

2. I attended the Shaker Mountain School (SMS) in Burlington, Vermont for a couple of years in the early to mid-1980s, when I was between 11 and 13 years old.

3. My family lived in Vergennes, Vermont, about 30 minutes south of Burlington. I was having trouble in public school, and I got kicked out. The state was already sniffing around trying to figure out what to do with me when the headmaster from SMS, Jerry Mintz, came out to see me and my family. My cousin, Bruce Sanderson, was already going to SMS, so I guess between that and the state getting involved in the situation, Jerry decided to check us out.

4. Even before I was an SMS student, Jerry started taking me out to do stuff. He'd take me bowling or to the movies or a baseball game or to get something to eat, and then bring me home to Vergennes. He was kind of a creepy guy, big and hairy, but my family was really poor, so I'd never gotten to do that kind of stuff before, and I liked it, so I was open to the idea of going to SMS. But there was no way my family could pay for a private school, so the state took me into their custody and paid Jerry to take me.

5. That's how Jerry got most of the money for the school, by taking kids who were in state custody for his group home in Starksboro. That's where I lived, in a building called the Dome. I had a lot of fun out there. I had a lot of fun at SMS in general, because it wasn't like real school. I remember they'd sit a few of us at a table sometimes and give us some

1

IFCD 00027449

paperwork, which I always did, but most of the time we played at the foosball table or the pinball machines we had in the back, or we hung out in the smoking area where everyone was smoking cigarettes or weed. I also remember going down to the Pure Pop record store and buying 50-cent records with the money the school gave us. I think they gave us like five dollars a week or something, that we could do whatever we wanted with. I also remember going to Upton's arcade. This was all stuff we did during the school day, rather than have any classes. I loved it. The stuff I got to do at SMS was one of the best parts of my childhood.

6. Another great thing about SMS was that we took trips across the country to places I'd never been to, never could have gone to any other way, and haven't been to since. Sometimes they were train trips, sometimes we drove. We did have to stand out on Church Street in Burlington asking for money if we wanted to go on these trips, and I hated doing that, it was embarrassing – and I never even got more than a dollar, so it's not like it made any difference. But if you wanted to go on the trips, that's what Jerry made you do. And I always wanted to go.

7. Jerry also kept inviting me to do the kinds of things we did before I was a student, like baseball games in Montreal, football games in Massachusetts movies, eating out. He did this a lot, with lots of different boys, sometimes a few of us together, sometimes just one of us at a time. It was always only boys, never girls. One place we went was the Racquet's Edge club, where Jerry took us to play racquetball. It was always fun to play, but then you had to get in the hot tub with him afterwards, naked, and he'd also look at us while we were all showering. It was just something you had to put up with. I knew it was going to happen, but I still really wanted to play at the club, so I went along with it. In a

2

IFCD 00027450

way, it seemed like part of the atmosphere of SMS, like the sweat lodge that was out in Starksboro, which everyone sat in naked – at least as far as I knew; they wouldn't let me in there, they said I was too young – and all the hooking up that happened out there, between students and between staff and also between staff and students. For example, my cousin Bruce was sleeping with a counselor named Theresa. It was a free, hippie place, and even though Jerry was gross, it seemed like maybe the stuff at the health club was all just part of it.

8. The stuff that we did with Jerry was always after school. There was fun stuff we did during the school day, like skiing, but that was with the teachers and counselors, not Jerry. Doing things with Jerry was always late in the afternoon and into the night, so most of the time, he'd have us stay overnight with him in his loft at the school. That's where he lived. He was the only person who lived at the school. The loft was up a ladder on top of the classrooms. It was a long, narrow space. There was only one bed, and he had us sleep in it with him. If there was more than one of us, he was always in the middle, with us on either side of him. We all slept in our underwear. I never liked it, but again, at least at first, it was just something you had to put up with in order to get to do the special fun stuff that Jerry singled us out for. I didn't realize it at the time, but when I look back on it, it's like he was grooming us.

9. My best friend at SMS was Chucky Hall. We lived together in the Dome, and we hung out together all the time, sometimes listening to music, sometimes playing around in the woods behind the Dome. There were treasures back there, like old war helmets and stuff. We sometimes camped out there too, but we'd get scared from the slightest noise and go running back to the Dome. We were just young boys having fun. Neither of us was very

3

IFCD 00027451

big physically. I remember Chucky with his bowl-cut blonde hair, just a quiet kind of kid, nobody who caused trouble or seemed like he'd do anything bad.

10. I remember one night when Jerry took me and Chucky bowling. Jerry was getting strike after strike, until Chucky finally said something like, "You're too good! Stop getting strikes!" Jerry whipped around and started screaming at Chucky, just flipped out on him. I remember being really embarrassed because everyone was staring at us because Jerry was being so loud. After he finished yelling, he wouldn't let Chucky bowl anymore, made him just sit while Jerry and I finished. Then, when we were done, Jerry took us back to the loft. I don't remember specifically what happened that night in the loft, but I know that things had started getting more and more uncomfortable during the nights I spent there.

11. At first, Jerry would offer us backrubs. I never wanted one, but he kind of pushed himself on you. And then, after a while, when I'd be trying to sleep, I'd feel his hands on me. First it was just touching my hand, which seemed like it could maybe be by mistake, but then his hands started moving to other places, like around my waist, and near the top of my underwear. And then he started pressing up against me or lying partially on top of me, and when he did that, I could feel that he had an erection. I put up with it as long as I could, pretending it wasn't really happening, because I didn't want to give up all the cool things I got to do before the nights ended in the loft. But finally one night it was too much. It was too gross, and I wanted Jerry off of me. I pushed him away and told him he better not touch me again or I'd tell my cousin Bruce. He stopped, but that was the end of my special treatment. He never invited me to do anything after school again.

4

IFCD 00027452

12. I remember Chucky going to the loft sometimes without me, and I remember telling him to stay away, but we never talked specifically about what Jerry had done to either one of us. It just wasn't something you said out loud, even if everyone knew what was going on. And they did. I even told Paul, my counselor at Starksboro, about it. He just told me to stay away from the loft.

13. At some point, things blew up. I don't know exactly what happened, but I remember a big meeting, like the ones we had every day, but this one was about what was happening with Jerry. I remember that the school's lawyer, or maybe he was Jerry's lawyer, was there; he was a guy that could barely walk because of some kind of physical disability. I don't remember exactly what was said or who said it, but it was clear that it was about Jerry being accused of messing with boys, and we were told that, if anyone tried to ask us questions about it, we shouldn't talk to them. It was like they were saying that whatever happens at SMS stays at SMS. Nobody did ever try to talk to me about anything after that meeting, but it wasn't long after that when the school started shutting down. In fact, I was the last kid left out at Starksboro, with just a couple of counselors. I remember a couple that was dating each other, Peter and Lisa, and it might have been them out there with me, but I don't remember for sure. Anyway, I didn't have anywhere to go. I remember making phone call after phone call, trying to figure out what I was supposed to do.

14. I don't remember exactly how it happened, but I ended up moving to a group home and going to school at another alternative place in Burlington called On Top. I ran away from the group home when I was 16 or 17, but the state pretty much left me alone, because I kept going to classes at On Top, and I eventually graduated.

5

IFCD 00027453

15. I never saw Chucky again after he left SMS and we didn't keep in touch, but I remembered him the minute I heard his name from a member of his current legal team in 2023. It was the first time I'd heard it in almost 40 years, but I never forgot him. I was shocked to hear that he'd ended up convicted of murder, I never would have expected anything like that, but at the same time, I also know that I had my own run-in's with the law in my twenties, and I know that whenever I thought about what Jerry did to me and probably to other boys in that loft, I would get angry. Jerry made one big bad out of a lot of good, and that's something that never goes away and can mess you up for life. I'm lucky that I figured out a way to deal with it, plus I was lucky that I had my cousin Bruce to make Jerry back off. But I know that not everybody is able to deal with stuff that happens to them as kids, and that's why I was willing to talk to Chucky's current legal team about what happened at SMS when I was asked about it in 2023.

16. I knew right away when I heard that someone wanted to talk to me about SMS that it was going to be about Jerry. I'd heard at some point that he'd gotten in trouble for something he did at a school before SMS, and everyone at SMS knew what was going on there, so it was no secret. So if anyone who represented Chucky during his trial would have tried to contact me, I would have talked to them too, and told them everything I've said here, and I would have testified at Chucky's trial in 2014 if I'd been asked to. But nobody ever contacted me before 2023.

17. I did not type this declaration. Instead, I related the above information to a member of Mr. Hall's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

6

IFCD 00027454

18. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at _CdesTRR Vt 05446_

_____
Signature

___5~1~2023___
Date

IFCD 00027455