# Declaration of Zackary Durbin

I, Zackary Durbin, declare the following:

1. My name is Zackary Durbin. I am over the age of 18 and competent to testify to the matters herein.

2. I attended the Shaker Mountain School (SMS) in Burlington, Vermont for my sixth-grade year in 1982-83.

3. I was not a kid who struggled in public school behaviorally or academically, but I did run into some bullying there when I was in fourth grade. I transferred to another Burlington public school, Edmunds, for fifth grade. On my first day there, when the teacher asked who wanted to sit next to the new kid, one boy raised his hand right away. As soon as I sat down, the boy turned to me and said, "So, you think I can take you?" I was taken aback. I didn't have any brothers and I had no experience with casual fisticuffs. Towards the end of the school year, some of my friends said they were going to SMS. It sounded like an interesting place, with its democratic meetings and its flexible academic programming, so I asked my mom if I could leave Edmunds and go there. She wasn't sure it was the right place for me, but she agreed we could try it out.

4. The SMS building was an old gas station. It had a big meeting room that was filled with seats that had been ripped out of vans. Meetings occurred every morning, and there was maybe one in the afternoon too. They were run in a very organized way: you had to be given the floor to talk, and everyone who wanted to talk had the opportunity. I thought it was a good way to learn about engaging with others.

1

5. The headmaster of the school, Jerry Mintz, seemed to believe whole-heartedly in his mission. I don't remember him ever teaching, but he ran the meetings, so he was there every day. He actually lived at the school, in a loft above the classrooms. This seemed a little weird to me, but I just took it at face value. I didn't come from money myself, and Jerry never tried to hide the fact that the school was always financially strapped. I remember going door to door around town with the other kids to raise money so I could go on a field trip to Florida. I also remember Jerry making a pitch at restaurants for free meals for all of us, which he usually got. This was often how we ate on school trips. We also got to ski at Mad River Glen, a local ski area, one day every week for the very discounted price of $1.50 each, which I always assumed we got thanks to Jerry, even though he wasn't the one to take us skiing.

6. As for academics at SMS, my take was that they were available to those who wanted them, but they weren't mandatory or enforced. The classes were offered by the "counselors," which is what they called teachers at SMS. Signing yourself up to sit with a teacher every day was certainly available, but it was not something that I did much of. There's no denying that the school was fun, though. I spent most of my days playing foosball and pinball, or skiing, or other non-school-like activities. I remember a big hill at an old folks' home a few blocks from the school where we used to go sledding. We built the sleds we used from old skis, so that was kind of cool and like a learning experience, but they never instructed us while we were building the sleds about any academic benefit we might be getting.

7. I was always a day student at SMS. I knew about the group home in Starksboro where some of the other students lived, but I wasn't really sure who they were. I think I only

2

went down to Starksboro once, and I have no memories of it other than there being funky-looking buildings there.

8. I ultimately left SMS after one year because even at a young age, I could tell it wasn't going to advance my intellectual development. I liked foosball and pinball, but I knew that, given the choice, I'd pick them over academics every time, and I thought I was better off in a situation where that wasn't an option. I transferred back into the public school system in seventh grade and graduated from Burlington High School in 1989.

9. Most of my memories of SMS are fuzzy and fairly neutral, except for one thing. When a member of Chuck Hall's current legal team came to talk to me about SMS, I knew immediately what it was really about: Jerry, and the fact that he regularly had some of us boys – never girls, always boys only – sleep over with him in his loft at the school. I think I slept over somewhere between three and eight times over the year I was there. I know I was never there alone. I'm pretty sure I was with one or two other boys each time, because Jerry usually invited us in groups.

10. On the one hand, there was no reason to decline his invitations. He always had some fun activity planned, like bowling or going to the arcade, and then going out for pizza or something afterwards, and I was going to get to do whatever it was with my friends. But the evenings always ended back at the loft, and that's when things got awkward. Something about being there never felt quite right. I remember the first time I slept there. When it was time for bed, I said I'd sleep on one of the van seats in the meeting room. Jerry corrected me: he told me I would be sleeping upstairs, in the loft, with everyone else. I didn't want to, but I did what he said, and that's where I slept every time I spent the night there.

3

IFCD 00027381

Ex. 28 Page 3 of 6   Case 4:21-cv-08001-BCW   Document 70-29   Filed 04/29/24   Page 3 of 5

11. The loft was very small. It was really a crawl space; there was no standing room. It had no furniture in it other than a number of junky plastic-coated mattresses on the floor, the kind they use for kids who wet the bed. I can't remember if they were single or double mattresses, but it didn't really matter, because they were side by side, with no space between them. I can't remember for sure what I wore for sleeping on those nights, but I do remember very clearly Jerry being in his underwear. He was a chubby white man in his tighty-whities, which grossed me out and makes me shudder when I remember it.

12. One night, I happened to be sleeping next to Jerry. My back was to him. I was awake. I felt him turn over and press against me. I don't know whether Jerry was asleep or not in the moment, but I was immediately on alert, because I definitely did not want Jerry that close to me. When he moved against me again, I reached back and elbowed him, hard. He turned over and that was the end of it, but I have never forgotten the incident to this day.

13. I knew what happened was uncomfortable and awkward. I don't remember specifically talking to anyone about it, but I know I never stayed the night again, even though my friends did. I mostly just tried to block it out. However, this is the reason I knew right away when the member of Chuck Hall's current legal team wanted to talk to me about SMS that the real issue was probably about Jerry and him molesting boys in that loft. Based on what I experienced, I would not be at all surprised if he did.

14. I was gone from SMS by the 1983-84 school year. I did not know Chuck Hall. But, just as I did with the member of Mr. Hall's current legal team who approached me in 2023 about Mr. Hall's appeal, I would have been willing to speak with anyone representing Mr. Hall in his capital murder trial at any earlier point. No one contacted me before 2023, but if they had, I would have told them everything contained in this declaration. I would

4

also have been willing to testify to this information at Mr. Hall's trial in 2014, if I had been asked to do so.

15. I did not type this declaration. Instead, I related the above information to a member of Mr. Hall's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at _Longmont_, _CO_.


_____
Signature

_____5.18.23_____
Date

IFCD 00027383