# Declaration of Elizabeth Miles

I, Elizabeth Miles, declare the following:

1. My name is Elizabeth Miles. I am over the age of 18 and competent to testify to the matters herein.

2. I attended the Shaker Mountain School (SMS) in Burlington, Vermont for five or six years between 1980 and 1986. I was about nine years old when I started, and 14 when I left. My older sister Patricia (who I call Trish) was also a SMS student during the same time period.

3. A lot of kids attended SMS because they were having trouble in public school. Some had even been kicked out of public school. Others had very dysfunctional home lives and the state had taken custody of them; they were placed at the SMS group home in Starksboro, Vermont, which is about 20-30 minutes south of Burlington, and attended SMS from there. Trish and I didn't fit in any of those categories. We were local day students – we lived in Burlington – and our mom sent us to SMS because she just didn't believe in public school. She'd had her own bad experience with it as a student, and she wanted something different for us.

4. Whatever my mom might have wanted for me at SMS, I did not get a good academic education. I learned nothing. They called it an alternative school, but the alternative part was the schoolwork, as in: they didn't do any. If you wanted to get anything even close to traditional schooling, you had to approach a counselor – they called the teachers counselors, or the counselors teachers; they were all the same thing – and request that they teach you a certain topic or concept. If they agreed, it would result in one lesson,

1

IFCD 00027463

never a full class or curriculum. The only formal lesson I remember having in my whole time there was one on math that I requested from a teacher named Dave, which lasted about five minutes. Sometimes random people from the Burlington community would come in and give a class in something or another, but only one time each. Other than that, all I learned at SMS was how to draw the numeral eight: I remember being taught during my first year there that it was like the infinity sign.

5. Unless we were on a field trip – there were a lot of those – or skiing at a local ski area called Mad River Glen, or attending alternative education meetings as poster children of how the philosophy worked, our school days were completely unstructured. Anyone could hang out in the smoking area, no matter their age. A lot of us spent a lot of time there, smoking or not. We were also free to leave whenever we wanted to, as long as we let someone know we were leaving the premises. When we left, we just wandered around downtown Burlington, sometimes smoking pot.

6. The kids who wandered around town would return at 3:30 and take the bus home (city bus for locals, school van for Starksboro students), and that was the end of the day. Not every student was out wandering every day, but SMS was basically a holding pen. It took in the kids no one else wanted, corralling them and keeping them out of the system, so the system seemed to pretty much leave the school alone. There was no testing that I recall, and I don't remember the state ever showing up to check on our academic status. It was definitely not an adult-supervised environment.

7. I have a hazy memory of Chuck Hall as a SMS student. Compared to so many of the kids there I knew over the years, who had been causing trouble in public school, he didn't stand out. Mostly he was more like background noise. There were some really nice kids

2

IFCD 00027464

at the school, and Chuck might have been one of those. I just don't remember him having enough of a presence to make an impression one way or the other.

8. As for the staff, as far as I could tell, they just kind of hung out, talking to each other. I can't really say what else they did. They weren't that much older than us, and they had their own drama. I was familiar with them not only from school, but also because Trish and I spent plenty of nights out at Starksboro just to hang with the kids there, and most of the staff lived there. There were two of them who were dating, Peter and Lisa, even though they seemed like a total mismatch to me: Peter was easy-going and granola; Lisa was really uptight. I remember her yelling at us once for something really minor. I can't remember what it was, but her reaction was way out of proportion and clearly more about her own stress than anything else. Another counselor named Paul was obviously crazy about a counselor named Theresa.

9. Theresa and Paul didn't get together, but I do know that Theresa had a relationship with one of the students. His name was Bruce. Theresa was fired because of it. I don't recall how it was discovered, but it wasn't a well-kept secret. Bruce left with Theresa even though he wasn't kicked out, and they moved in together into an apartment in North Burlington, where a friend and I visited them a few times.

10. The other open secret at SMS was the regular sleepovers that the headmaster, Jerry Mintz, had with the boy students. Jerry lived in the school building, in a loft above the bathroom. He would invite some of the boys to do something fun with him after school or on a weekend, like movies or pizza or bowling or hanging out at the arcade, and then they would stay overnight with him. It happened so often that it was normal. I remember being jealous of the boys, and me and my friend asking why none of the girls ever got to stay.

3

IFCD 00027465

My friend and I climbed up to the loft once to see what we were missing. When we saw how gross it was – dirty mattresses on the floor, stinky, dark – we didn't mind anymore that we weren't invited, although we still thought it was unfair that the boys got to do the fun activities when we didn't.

11. It wasn't just the loft that was disgusting - Jerry himself was a greasy, dumpy man. He was eccentric in some ways: he carried around a huge wallet, like George Costanza's from *Seinfeld*. He was also a narcissist, plain and simple. I remember him bragging all the time about how fast he could run, until one student who was a super athlete challenged him to a race. Everybody thought the student had it hands down, but Jerry actually beat her. He was excited about it afterwards.

12. Jerry was completely committed to the school and the SMS philosophy, but it was all about him, not the students. You never felt like he was trying to get to know you or cared about how you were doing. He was ever-present in a way, in the sense that you always knew he was there and that he was running the show, but you never felt like you mattered to him as an individual. He wasn't cold, but he didn't engage. He talked about how he wanted to help kids in need, he said that's who the school was for, but if he'd really wanted to help, there would have been academics. He was focused on the publicity and the fundraising and making his name. The way he kept the school going was that he was a shyster. He was such a salesman – if he'd really been one, he would've been a billionaire. And C.C. McKegney, who was like Jerry's counterpart in terms of running the place, there was something about her that put a distance between you and made her feel unapproachable. She and Jerry felt almost like emotionally absent and neglectful parents.

4

IFCD 00027466

13. Jerry could get really angry. Unlike the nonexistent classes at school every day, we did have daily morning meetings, and they could last for hours and hours. They were the only thing at the school that was semi-organized, or at least regular; otherwise, it was the Wild West. If things weren't going how Jerry thought they should during a meeting, either in the meeting itself or with some decision about the school, he would explode. He would start storming around and screaming at the top of his lungs about how this was going wrong and that was going wrong.

14. Most of the time, everybody just put up with Jerry. But there was finally one person who didn't. He was a student named Malcolm, and he reported Jerry for molesting him. It blew everything up. It wasn't like there hadn't been whispers and rumors and suspicions about what Jerry did with the boys in that loft. I definitely believed that he was messing around with them sexually, and I know I wasn't the only one. But no one had really done anything about it before. I was surprised that Malcolm was the one who finally did something – he was already a strange kid who stood out, awkward and skinny and weird, really messed up, although he was also a nice kid – but I was not surprised about what he said happened. It was obvious that making the report took a toll on him. I remember that he did it because his friend Bruce urged him to; I'm not sure if he would have done it on his own. He was quiet and passive, definitely vulnerable. I remember seeing him after he'd made the report, and his hair was cut out in chunks. He looked crazy.

15. Jerry himself didn't miss a beat and acted like nothing had happened. But his friend Greg, who was also the school's attorney, stood up for Jerry, claiming that what Malcolm said wasn't true. I was sent to live with my oldest sister in Arizona around then, but I heard that the State of Vermont ordered Jerry not to work with children there anymore, and

5

E.M.

IFCD 00027467

SMS was shut down not long after. Sometime after that, I found out that Jerry was working with an alternative school in Pennsylvania.

16. I don't know that I thought about it at the time, but in hindsight, I remember that another incident at the school got taken a lot more seriously than what happened with Malcolm. There was a student called Jimbo who sexually harassed a girl – another student – who was a friend of mine. The school brought in a counselor to talk to us, who had dolls so the girl could show where she had been touched. I don't recall what happened to Jimbo or how the matter was resolved, because back then, people didn't openly discuss things like that. You only found out what was going on through the rumor mill.

17. In 2023, I spoke with a member of Chuck Hall's current legal team who wanted to know about my experience at SMS. She was the first person who ever contacted me on Chuck's behalf. If someone else representing Chuck had asked to speak with me at any earlier point in his case, I would have been equally willing to do so, and I would have told them everything contained in this declaration. I would also have been willing to testify to this information at Chuck's trial in 2014, if I had been asked to do so.

18. I did not type this declaration. Instead, I related the above information to a member of Chuck's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

19. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at Missoula, MT _____.

05/09/2023

_____
Signature *Elizabeth Miles*

_____
Date

6

*E. M.*

IFCD 00027468