# Declaration of Lucy Abair

I, Lucy Abair, declare the following:

1. My name is Lucy Abair. I am over the age of 18 and competent to testify to the matters herein.

2. I served for 14 years as the Director of the Residential Licensing Unit for the Vermont Department of Rehabilitative and Social Services (SRS). (SRS later became called the Department of Children & Families, or DCF.) I am now retired.

3. One of the residential programs that was under my purview early in my tenure in the 1980s was the Lakeview Youth Shelter in Burlington. This shelter was run by a man named Jerry Mintz, who was also the headmaster of the alternative Shaker Mountain School (SMS), which was also located in Burlington. SMS had an affiliated group home located in Starksboro, Vemont, about 25 miles south of Burlington. The group home fell under my supervision. The school itself fell under the jurisdiction of the Department of Education.

4. Jerry Mintz was well-known in Burlington as an eccentric proponent of alternative education and a self-styled advocate for youth at risk. He was regularly in the news and the community. I knew that he sometimes lived at the school that he ran; I didn't know if that was a permanent arrangement. He was loud and opinionated with his beliefs about the best way to serve the populations he worked with. Jerry was also well-known for the suspicion that he had inappropriate relationships with the children in his care.

1

IFCD 00027336

5. I felt there was something not quite right about the way Jerry was with kids. There was something about him that drew kids to him, like a Pied Piper. I saw him around town a lot with a kid at his side. I remember noticing that it was often only one kid at a time, which struck me because it's a sign of what is now called "grooming" – that is, making a child feel special in order to gain their trust and confidence for the purpose of manipulating them later, usually sexually. The other person I saw Jerry with was a woman named C.C. McKegney, who worked at the school with him and was on the school's board. I wondered how C.C. could remain so loyal to Jerry, with all the rumors swirling around.

6. At least twice while I was at SRS, the rumors led to more serious circumstances. My memory is fuzzy on specific details, but I clearly remember that there were at least two inquiries in the early to mid-1980s. One involved allegations of Jerry's sexual abuse of a child at the school; the other involved the disrepair and chaos at the Lakeview shelter.

7. The complaint about the shelter came to me, since it was a licensed residential facility. I vividly recall making my onsite visit to assess the alleged violations. The property was a mess, and there was no organizational structure to speak of – the atmosphere was one of a complete free-for-all – but the most egregious issue came to my attention when I was told by a staff member, who was laughing when they said it, that they routinely did what they called a "Fuck Patrol." The staff was generally young, very close to the kids' age. The staff member who told me about the "Fuck Patrol" explained to me that some of the kids staying at the shelter were having sex with each other, so staff regularly called out this warning from downstairs, to alert the kids upstairs to get back to where they were supposed to be.

2

*LA*

IFCD 00027337

8. I, of course, did not find either this practice or the reason for it funny. I recommended revocation of the license for Lakeview. The Lt. Governor at the time, Peter Smith, was an advocate for independent schools. He had previously run an alternative school himself and was a vocal supporter of Jerry's. But when we (SRS) presented our case for revocation, he agreed that Lakeview had to close, which it did.

9. The other complaint I recall, the one about Jerry sexually abusing a child, was based on something that had occurred at the school, not at Lakeview or the Starksboro group home. If it had been at either of those two places, the investigation would have fallen under my jurisdiction, and I myself would have performed it, as I did with Lakeview. These days, investigation of a child sexual abuse complaint would fall to the local Special Investigative Unit (SIU). At that time, however, the SIU's hadn't been established yet, and incidents that occurred at registered schools were the responsibility of the Department of Education. That department didn't have its own investigative unit or agent at the time, so the inquiry regarding Jerry was farmed out to a man named Rolland Gerhart.

10. Mr. Gerhart was the SRS Director of Childcare Licensing at the time, a position essentially parallel to mine. The idea in tasking him rather than me with the investigation was that, on the one hand, he had appropriate expertise with children, and on the other, he was removed enough from my division so as not to look like I had a personal vendetta against Jerry, after having been responsible for Lakeview's closure.

11. I recall that the complaint involved a child sleeping with Jerry, both in their underwear, in the loft in the school where Jerry lived. My recollection is that the complaint was lodged by someone other than the child victim himself, that it came to SRS through a mandated

3

_L A_

IFCD 00027338

reporter. I was furious when Mr. Gerhart described his interview with the child. Rather than using open-ended questions, which would allow the child to tell his own story, Mr. Gerhart basically led the child with a narrative of what he assumed had happened, and *then* asked whether Jerry had done anything to him. Not surprisingly, the kid shut down after listening to Mr. Gerhart's version. Based on that one interview alone, Mr. Gerhart determined that the abuse couldn't be substantiated.

12. I never knew of any charges stemming from the so-called investigation, but Jerry did eventually leave town. He left and never came back, as far as I know, and I wondered whether the investigation, as much as Mr. Gerhart had botched it, had scared him away. I tried to figure out where he went after I realized he was gone, because I was worried for any kids he might encounter in the future, and I wanted to warn someone about him. However, I was unable to locate him.

13. I did not know Chuck Hall, but I was perfectly happy to speak with the member of Mr. Hall's current legal team who approached me in 2023 about Mr. Hall's death penalty appeal. That was the first time anyone had ever contacted me on Mr. Hall's behalf. I would have been equally willing to speak with anyone representing Mr. Hall at any earlier point in his case, and I would have told them everything contained in this declaration. I would also have been willing to testify to this information at Mr. Hall's trial in 2014, if I had been asked to do so.

14. I did not type this declaration. Instead, I related the above information to a member of Mr. Hall's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

4

IFCD 00027339

15. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at _Burlington, Vermont_

_____
Signature

_5/1/23_
Date

5

LA

IFCD 00027340