# Declaration of Chris Duval

I, Chris Duval, declare the following:

1. My name is Chris Duval. I am over the age of 18 and competent to testify to the matters herein.

2. I went to the Shaker Mountain School (SMS) in Burlington, Vermont for seventh through tenth grade, from about 1976 to 1980.

3. I ended up at SMS because I was having trouble at Edmunds Junior High in Burlington. I was cutting class and having other problems. But I already knew Jerry Mintz, the SMS headmaster, before then, through Jerry's regular trips to the stock car races at the Catamount (Thursdays) and Thunder Road (Saturdays) tracks. Jerry invited any kids in CED. the community who wanted to come along: all you had to do was call SMS and ask for a spot. I went a lot, starting when I was about eight or nine years old. One of the ways Jerry got out the word about the races was telling boys who were playing video games at Upton's, the local Burlington arcade.

4. Some of the kids who went to the races were SMS students, but a lot of us were not, so of course Jerry took the opportunity to talk up his school, both to us kids and our parents. I wasn't interested in SMS when I first started going to the races, because I didn't have trouble in my public elementary school – I actually liked going to school at that time. But when things got bad in junior high and me and my parents started butting heads, ~~they~~ I CED decided it was time for me to try SMS, and ~~I~~ they said Ok. CEP

5. The school was in an old gas station on Winooski Ave in Burlington. They renovated it, taking off the garage bay doors and putting two trailers in, which they made into two classrooms and a library. Jerry lived in a loft above the bays. Jerry was the only staff

1

CED.

IFCD 00027384

member who lived at the school. The other staff lived at their own homes or out at the group home in Starksboro, Vermont that was run by the school. I didn't live at the group home; I was a day student.

6. SMS had a very lax atmosphere. The only really serious rule was the "Stop" rule, which was that if someone was doing something you didn't like, they had to quit doing it when you said "Stop." If they didn't stop the first time you said it, you gave them two more chances, but after the third one, you could call a school-wide meeting to discuss the problem and decide what the consequences would be for the person who didn't stop. The Stop rule was mostly used for harassment or bullying, like older kids teasing younger ones or excluding the younger ones from their activities, and then the younger kids would call a meeting.

7. Like most things except for the Stop rule, there were no rules about sexual behavior. Most of the older kids were having sex. The staff didn't have any problem with it happening on school grounds or during field trips. When I was 16, I was dating a 13-year-old student, and no one tried to stop us from having sex. (The girl eventually decided she didn't want to have sex, which I respected.) Most of the time, if staff found out that any two students were having sex, they'd just offer us condoms. It was a very open environment. There was a private pond out in Starksboro near the group home where we went swimming a lot. No one wore bathing suits, staff or students; everyone skinny-dipped. There was also a masseuse who came in sometimes to teach staff and students how to give each other massages. There was even a known relationship between one of the teachers and a student, and no one blinked an eye. They eventually ended up getting married.

2

CED

IFCD 00027385

8. Jerry had a reputation of being a homosexual. He also had a habit of inviting young boys to stay overnight with him at the school. I stayed over a few times after I became a SMS student, and I slept in my underwear, like everyone else, including Jerry, on the multiple mattresses on the floor in Jerry's loft. But I never slept next to Jerry, like some of the other boys did. The boys who stayed over were both students from the school, but also kids Jerry met at the arcade or from the races. I heard rumors about him messing with the kids who slept next to him, and I believed them – that's why I made sure not to sleep next to him myself. I also remember that Jerry would sometimes take new students or boys from the arcade off for what he called "private meetings," which always seemed to last longer than they should have, which made me suspicious about what was going on.

9. Jerry was competitive. He hated to lose at anything. I remember playing him in racquetball at the Racquet's Edge club in Burlington at Kellogg Rd and Suzy Wilson Rd, where Jerry finagled free passes for the school. I remember him getting really pissed off when I beat him. He also got mad when he lost in a state-wide ping-pong tournament against some Chinese students, who were in better shape and faster than him – his belly kept getting in his way. I was there, and I remember how mad he got. The other thing I remember about the club where we played CED. racquetball with Jerry was him trying to get us to go in the hot tub with him. Just like sleeping next to him in the loft, I felt funny about it, so I never did it.

10. The club wasn't the only place where Jerry got free passes. He got us into the races that way, and he got local movie theaters and bowling alleys and ski areas to let us in free. The school never had much money, because SMS didn't ask for tuition if a student's family couldn't afford it. Instead of tuition, families would give what they could, like skills or services. Jerry took whatever he could get – and he got a lot, not necessarily from students' families, but from local community members and businesses. When we

3

CED

IFCD 00027386

needed money, Jerry sent us out to panhandle on Church Street in Burlington the most *and also the shopping plazas* CED popular street where there were always a lot of people.

11. One of the things we needed money for was field trips. Most of the education at SMS was through field trips. I remember a trip to Yellow Springs, OH, where there was another democratic school starting up, so Jerry went to consult with them, and he brought us along to share our experience. On the way, we stopped at Jerry's parents' home in New York. There was a room in the house where the girls could sleep, and one for the boys, but anyone who wanted to have sex could sleep out in the van we were traveling in.

12. None of the teachers at SMS had teaching certificates, and we didn't have regular classes. But when we did have classes, students were allowed to teach them too, about anything we wanted. This meant that everyone taught only what they were interested in, which made the classes really good, because whoever was teaching enjoyed what they were doing. For example, Jerry taught Vermont history, which he learned about by talking with people in the community and taking advantage of connections he made, especially well-known people who gave him donations. He could turn any donation into a learning experience.

13. The SMS teaching system might not have worked for everyone, but it was a really good way for me to learn. In fact, I would have stayed at SMS until I graduated, but I ended up getting kicked out. Besides the Stop rule, one of the very few other rules was the no drugs policy. Cigarettes were fine – everyone was allowed to smoke, and most people did. But the day two other students and I were caught smoking marijuana, we were called in for a community meeting, and our consequence was that we were expelled.

14. Even though I liked lots of things about SMS, I don't think it helped with my behavior problems. It's not the school's fault that I got involved with drugs – that happened after I

4

CED.

IFCD 00027387

got a job at Upton's, which was known as a drug hangout, and I started spending time at City Hall Park across the street from Upton's, where there was a lot of dealing going on. But I think my dismissive attitude toward authority was encouraged at SMS, since, with their democratic policy, I was considered to have as much of it as any of the adults. That didn't work so well for me at Burlington High School, where I went after I left SMS. I got kicked out of there too. I stopped trying at that point and got a job instead. I didn't get my GED until I got locked up, in 2013, for child porn. I served five years, and I'm now on a 15-year supervised release status.

15. I did not know Chuck Hall. However, when a member of Mr. Hall's current legal team came to me in 2022 to ask about SMS, I was happy to talk with her. I also would have talked to anyone else representing Mr. Hall if they had come to me earlier, but no one ever contacted me before 2022. If they had, I would have been willing to testify to everything in this declaration at Mr. Hall's trial in 2014, if I had been asked to do so.

16. I did not type this declaration. Instead, I related the above information to a member of Mr. Hall's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

17. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at _Charlotte VT_ .

_[signature]_
Signature

_4/28/2023_
Date

5

_CED._

IFCD 00027388