# Declaration of Derek Foxwell

I, Derek Foxwell, declare the following:

1. My name is Derek Foxwell. I am over the age of 18 and competent to testify to the matters herein.

2. I attended the Shaker Mountain School (SMS) in Burlington, Vermont for a couple of years, between the ages of 12 and 14. I was born in 1969, so that would mean I was there from approximately 1981 to 1983.

3. The way I ended up at SMS was kind of random. I was in school at Edmunds Middle School in Burlington when Jerry Mintz, the headmaster of SMS, approached me at the local arcade. School was not going well for me; I was being bullied by a kid named Garrett. I had moved up to the big city of Burlington from rural New Haven, VT and I wasn't adapting well. Jerry came up to me at the arcade and offered me a few quarters. He asked what I liked to do. When I told him I was into Dungeons & Dragons, Jerry said he knew someone else who played D&D, and he offered to introduce us. The other guy, Frank, was the nephew of a staff member at SMS, and he and I hit it off. Jerry told me that he ran SMS. I told him about the trouble I was having at Edmunds. Jerry suggested that I transfer to SMS. My family wasn't wealthy, but he said it would only cost me $5 a week. I asked my dad, and he agreed. We paid $5 a week the whole time I went to SMS.

4. I look back at my time at SMS as a really good time in my life. The school's focus on learning by doing and the lack of formal academics was the right educational environment for me. I liked all the traveling and fi\eld trips we did, and the pinball machine at the school started me on a lifelong love affair with them: I now own eight of

1

*DF*

IFCD 00027389

my own, and I play in pinball leagues across the Northeast. I thought the democratic meetings we had to attend were a drag at the time, but looking back, I'm amazed at how much conflict resolution occurred there, and I appreciate the life skills I gained without even realizing what was happening.

5. Besides the alternative ways of learning, I also liked the extracurricular perks at SMS. Jerry – who was incredibly tight with money; I remember his wallet being crammed full with every receipt he ever got – had a way of getting any business in town to give him donations, or free admission, or free services, and we got the benefits. My favorite was the movies. I saw every single new movie as soon as it came out, because Jerry always got free tickets and invited some of us boys to go with him. It wasn't like I had never seen a movie before, but if my dad took me, he just dropped me off and showed up again only to pick me up or to yell at management that he'd given me permission when I tried to sneak into R-rated movies. But Jerry made the movies into an event every time, taking us out to dinner afterward and then having us sleep over with him at the school, where he lived in a loft above the classrooms.

6. It was a thrill to be chosen for the evening activities, and much better than just staying at home. I remember that an older boy named Billy Greene took me aside that first time I was invited to stay over, and he tried to talk me out of it. I had only been at the school a week or two, and we lived on the same block, so it seemed like he was looking out for me, trying to protect me. He didn't say exactly why I shouldn't stay over with Jerry., but he was insistent that it wasn't a good idea. He even suggested that I stay at his house instead, just to stop me from staying at the loft. I liked and respected Billy – he was very cool and hugely talented; he was doing stop-motion animation before it went mainstream

2

*DF*

IFCD 00027390

– so I should have been flattered to hang out with him at his house, but what Jerry was offering just sounded like too much fun, so I went to the loft anyway. Billy is dead now so I'll never know, but when I look back on it, it seems obvious to me that he didn't want me to stay at Jerry's because he knew from experience what happened there, and maybe it even happened to him. There was fear in Billy's eyes when he was trying to keep me from going to the loft, and he was dismayed when I went anyway, but then he never said another word about it to me.

7. As much fun as the movies – or bowling, or whatever else we did – was, the sleeping part of the overnights with Jerry was always uncomfortable. Actually, even before that part, it was embarrassing to be seen with Jerry. He was kind of gross. He had coke bottle glasses, he was never well-shaven, he was overweight, and he always wore this ugly avocado green v-neck sweater. It was usually me and Frank on those evenings out – Frank had started at SMS around the same time I did – and sometimes some other boys too, but never any girls. It was always a scramble between us not to have to sit next to Jerry at the movies or in the booth at the restaurant afterwards. This also happened when we played racquetball with Jerry, when he'd join us in the hot tub; none of us wanted to be next to him. On the nights when we slept over in the loft, it was another scramble not to be the one who slept against wall, because Jerry always slept in the middle, in his grungy white briefs, and if you were at the wall, you could get pinned against it when he rolled over. I don't know if Jerry did this on purpose, but there were a few times that he threw his arm over me and I felt kind of trapped. I can't say whether Jerry was awake or asleep when it happened, but it put me on alert regardless. I can't say that Jerry ever did anything to me, like touch me where he shouldn't, but I wouldn't be at all surprised if he molested some

3

of the other boys who slept over. There were rumors about it in the air. Put it all together, and the uncomfortable feeling I had with Jerry never went away.

8. But somehow, it was worth it. It was fun watching Johnny Carson and then David Letterman on Jerry's black-and-white tv before we went to sleep. On the weekends, you'd get bagel breakfasts on top of whatever fun thing you'd done the night before, because Jerry would take us to the bagel shop around the corner. The thing is, being chosen to spend the night with Jerry meant you were getting stuff the other kids weren't. Those of us who spent nights there occasionally discussed amongst ourselves the rumors about Jerry messing with boys, and we'd all insist it wasn't happening to any of us. Still, it was always a 50/50 deal, a trade-off, because sleeping there felt like pimping yourself out. The loft was greasy and disgusting. It was only about three feet high, and the floor was covered in mattresses with sheets that never seemed very clean. Jerry was hairy and sweaty, and it didn't smell good in there. And then you had to climb down the ladder in the morning when other kids were there, which was demeaning and made me feel dirty. The other kids would know you'd slept up there, because you were wearing the same clothes as yesterday, which, in my case, were a mess, because I slept in them too. I was too weirded out by sleeping with Jerry to take my clothes off.

9. The only good thing about Jerry taking his own clothes off when he slept, gross as it was, was that he left his pants out, so we could go through the pockets. The school ran Bingo games as a fundraiser, and Frank and I knew that Jerry kept the key to the cabinet where the tickets were in his pocket. One night when we were sleeping over, Frank and I got a kid named Dave to run across the roof of the school in the middle of the night, so Jerry would wake up and run out to see what was going on. When he did, Frank and I got the

4

_DF_

key out of his pants pocket, and the next day, we stole the Bingo tickets and some other stuff in the cabinet. We scratched off the tickets until we got the winning ones, but we never got to cash them in because we were confronted about the theft in one of those community meetings – Jerry even made a cheesy little fake lie detector test for us to take – and we got in trouble and had to pay the school back for the tickets.

10. I didn't like sleeping with Jerry, and I found him embarrassing sometimes, but he was so charismatic and always entertaining. He loved to tell stories. I remember one of his stories partially because I couldn't believe he was telling it to a teenager. It was about a young couple he had run into while driving his van through town. This was a long time before I knew Jerry, before SMS even existed – that's how long Jerry's history was in Burlington. He picked up the young couple, who were hitchhiking. He described them making out in the back as he drove them around, and complaining about not having a place of their own to have sex, so Jerry offered them his van when he wasn't using it. The funniest part of the story was that the couple later had two kids, who turned out to be my classmates. I don't know if Jerry ever told this story to those two students, but it shows you how entwined Jerry was with the SMS community.

11. Another story Jerry liked to tell was about Antonio Pomerleau, a very rich Burlington man who didn't like Jerry and frequently cut him down in public. Jerry got someone to make a prank call to Pomerleau, claiming to be the Pope and requesting that Pomerleau lay off Jerry. Apparently it worked, because when Jerry started taking groups of kids over to the pillared Pomerleau mansion, using it as an example of Burlington historical architecture (but also trying to piss off Pomerleau), Pomerleau would come out on the porch and engage with the groups, acting civil and answering questions. Jerry loved that

5

he'd gotten over on Pomerleau that way. Pranks aside, this story is an example of what I liked about SMS: going to look at Pomerleau's house would count as a class.

12. One of the things I really *didn't* like about SMS was panhandling on Church Street for donations, which Jerry made us do. I hated it; it was embarrassing. I remember how Jerry placed a piece of tape over the slot in the container so we couldn't take the money out after it had been donated – but I figured out a way you could shake it so that some of the money would come out anyway. I remember a kid named Dave who used to offer to go out panhandling. He wasn't a student; he was the son of the school's accountant. He was in it purely to steal the money, but Jerry was willing to take any help he could get – and as long as you left a few quarters in the container, he was happy.

13. I was always a day student at SMS. I was aware of the group home in Starksboro where some of the students stayed, but I never spent much time there. I think a lot of the students out there were wards of the state, kids who were a lot worse off than me.

14. I left SMS because my dad moved to St. Thomas in the Virgin Islands when I was about 15, and I went to go live with him. But I returned to Vermont a year later on my own, because I missed my friends. At first, I lived with Frank and his mom, and I went back to SMS. The school year was just starting up, but the school was down to almost nothing by then. While I was in St. Thomas, a teacher named Theresa and a student named Bruce had gotten kicked out for having a relationship. Jerry was gone – I heard he'd been run out of town, but I never knew why – and there were almost no students left. The mother of two students who were sisters had taken over the school and was trying to keep it going, but apparently she used up all the money, and the school had to close. I stopped

6

DF

IFCD 00027394

going before that. I moved out of Frank's mom's place and stayed for a while with Theresa and Bruce.

15. I never went back to public school after I left SMS, but I did eventually get my GED. Frank and I stayed friends, and we went down a fast and furious path for a while, but I eventually got tired of the shady lifestyle we were living. I wanted a girlfriend and a life. After a drunken night at a biker bar in Manchester, NH when I blacked out and woke up in an alley covered in vomit and missing $1000, and then I crashed my car while trying to drive home, I decided I was done. I went cold turkey and somehow managed to make it. I've now been clean since 2005. I got married in 2007 and we now have two kids, 11 and 13 years old. I work a legit job doing homeless outreach for a mental health program. My wife and I foster a man with Down's Syndrome.

16. I did not know Chuck Hall, but I know what it's like to go down the wrong path, and to regret doing it. Not everybody can turn it around like I did, and I feel for them. That's why I was willing to talk to the member of Mr. Hall's current legal team who approached me in 2023 about Mr. Hall's death penalty appeal. It's also why I would have been willing to speak with anyone representing Mr. Hall earlier in his case, and I would have told them everything contained in this declaration, but no one ever contacted me before 2023. I would also have been willing to testify to this information at Mr. Hall's trial in 2014, if I had been asked to do so.

17. I did not type this declaration. Instead, I related the above information to a member of Mr. Hall's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

7

_DÉ_

IFCD 00027395

18. I declare under penalty of perjury under the laws of the United States of America that the

foregoing statement is true and correct. Executed this date at _DERRY , NH_____ .


_____    _____7/24/23_____
Signature                          Date

8