# Declaration of John Kimber

I, John Kimber, declare the following:

1. My name is John Kimber. I am over the age of 18 and competent to testify to the matters herein.

2. I was a student at the Shaker Mountain School (SMS) in Burlington, Vermont, in the early 1970s.

3. My family moved to Vermont from Illinois in 1968, when I was seven years old. We'd lived in a tough neighborhood in Illinois, the projects, where I learned not to let anyone disrespect me, and to fight them if they did. This got me in trouble in Vermont, where the kids were mouthy but didn't back it up with anything, so when I punched them in the face, I was the bad guy. I also had a lot of trouble concentrating, which is now called ADHD, but back then just made you a problem child. All of this got me in trouble at school, where, at the time, they still used corporal punishment. When my mom found out the principal of my public school had spanked me, she slapped him across the face.

4. I went to a couple different public schools in Burlington, but I was a little hoodlum and things didn't get better. I got determined unmanageable by the magistrate judge, and I got sent to reform school, which they called the Weeks School, in Vergennes, Vermont. I was in and out of there, with my social workers having to find new schools for me every time I came out. One time they me set up to get tested by this couple from Goddard College, and next thing you know I'm a genius: the couple told my mom I should write children's literature and also that I was a perfect match for the Shaker Mountain School.

1

IFCD 00027418

5. I loved SMS. I felt totally free there. It was like a constant camp situation, and what kid wouldn't like that? I had to have been around nine years old or so when I started going there. I couldn't believe I got to be in school doing all kind of fun things, like hiking and reading and swimming, without any snotty kids calling me a welfare kid. I was only a day student, but even for us, SMS didn't end when the school day was over: the headmaster, Jerry Mintz, would take us out to McDonalds and the movies and bowling. He got us all this stuff for free, by explaining to the managers that no one really paid much tuition at SMS and it ran mostly on donations. On weekends, we got to go out to Jerry's beautiful property in Starksboro, Vermont. The SMS staff lived out there, so we stayed with them, and we got to run around as much as we wanted and swim in the pond.

6. We also took amazing field trips. We went on one all the way out to Vancouver, Canada, stopping at the Badlands and Wounded Knee on the way there. We ate a lot of PB&J on the trip, but we also ate McDonalds all across the country, because Jerry had convinced the northeast regional manager to give us a nationwide free pass.

7. There was only one thing I didn't like about SMS and that was what we called "overnighters" with Jerry. Jerry didn't live with the rest of the staff in Starksboro. He lived at the school. When I was a SMS student, the school was located in a big old rundown mansion on Prospect Street that used to be the Overlake Day School. I don't know if any of the residential students lived there with Jerry or if they lived out in Starksboro, but Jerry was the only adult who lived at the school. On the nights that he took us out for dinner or bowling or whatever, or the Friday nights before we were going out to Starksboro for the weekend, he would bring us back to sleep at the school with him.

2

IFCD 00027419

8. Sleeping with Jerry meant sleeping in the same bed, in only your underwear – Jerry included. The bed was a bunch of mattresses on the floor, all pushed together, with one set of sheets. The sheets were weird: they were sewn together so they were like one huge sleeping bag, so if Jerry wanted to pick up the sides and pull, everyone would roll toward the middle – and he always slept in the middle. Jerry said the sheets were sewn together that way "to keep the body heat in," but I always felt like they were to keep you from getting out. It felt like you were trapped.

9. I always made sure not to do an overnighter by myself, and never to sleep next to Jerry. It wasn't hard to get other boys to come along – either Jerry invited a couple of us at a time, or I asked some friends or acquaintances on my own. Jerry even encouraged me to do that. They didn't have to be SMS students; they could just be kids from the neighborhood. I knew it had to be boys; I remember a time that I showed up with another SMS student named Barbara, and I could see the disappointment on Jerry's face. He made clear he wasn't interested in her staying over because she was a girl. He himself only ever invited boys, never girls. None of us had parents who took us out to eat or do other fun stuff, so it was usually easy to find someone. I didn't care who it was; I just wanted someone else to be the one sleeping next to Jerry.

10. There were a few reasons I didn't want to sleep next to Jerry. For one, I didn't like that when he took us swimming at the pool at the University of Vermont (UVM) – for free, of course – he always took showers with us afterwards. I didn't necessarily have an issue with being naked; when we swam out at the pond in Starksboro, everyone skinny-dipped, staff and students, and I was ok with that, because it was a big group of us and Jerry wasn't there. But at UVM, I got a funny feeling in the showers with Jerry, who was a big,

3

IFCD 00027420

hairy guy, so I always kept my shorts on to shower. The other reason I didn't want to sleep next to him is because he was big into backrubs. He was always offering to give them to us at the overnighters, and once we were in bed, we knew that whoever was next to him was going to get one. You could tell when it started, because everyone suddenly got really quiet.

11. When I look back on it, I feel horrible about getting other kids to come with me to the overnighters. I didn't realize it at the time, but it was like I was recruiting them to be blockers for me so Jerry didn't touch me. Jerry always encouraged us to try to convince other kids to come to his school. Lots of the troubled kids around town would show up outside the Overlake building, curious about how much freedom we had. Jerry would tell us to tell the kids to talk to their parents about coming to the school, or even for us to talk to their parents ourselves. I did that plenty of times. It didn't seem all that different to ask those same kids if they wanted to come along for the fun stuff Jerry brought us to do. To me, it was part of the whole SMS experience. And it wasn't like I was trying to sell something I didn't believe in: I did love the school and I thought other kids would too. The overnighters just seemed like something to tolerate, the one bad thing in a bunch of good ones.

12. I can't remember why I stopped going to SMS. I assume it was because I got in trouble again and was sent back to Vergennes. When I got out, I didn't go back to SMS as a student, but I did go back to visit Jerry at Overlake, because I knew he'd still let me come along for the fun and games. I was probably between 12 and 14 years old at the time. But still, I always made sure there were other kids going too, because I didn't ever want to be alone with him.

4

IFCD 00027421

13. The last time I saw Jerry was the one night when I couldn't find anyone else to go with me. I must have had nothing else to do, or I really wanted to see the movie that Jerry took me to, *They Harder They Come*. I knew it was a risk to go by myself, but I couldn't find anyone else who was available. Jerry took me out to eat and then we saw the movie, and then it was time to head back to Overlake. I didn't want to go, but it had been the pattern for so long, it was hard to figure out how to avoid it.

14. It was ok at first: Jerry and I just hung out, screwing around on the typewriter, and Jerry did his trick of singing "Row, Row, Row Your Boat" backwards. But as it got later, I remember starting to feel anxious, thinking to myself: Oh no, I'm here all alone. I don't know if I'd ever thought of Jerry as scary before, but suddenly I was scared about what would happen if I told Jerry no, that I didn't want a backrub. We got into bed – in our underwear, as usual – and then Jerry started in. I froze as he ran his hands over my back. I heard him repeating "Just relax…" and then his hands slipped under the band of my underwear. I jumped up, saying that I felt sick and Jerry had to take me home.

15. Jerry was suddenly in full pedophile mode, all worried about me, asking, "Oh, what's wrong, maybe it's something you ate!" He tried to convince me to stay, telling me that I'd feel better if I just lay down again, but I wasn't having it. I said that if he wouldn't drive me home, I'd walk, and I left the house. Jerry followed me and started up the van; I got in, because it was a long walk. Jerry took the longest route he could have, still trying to convince me to come back with him. I blew up, calling him names and telling him that he wasn't going to do to me what he'd done to all those other boys. When we finally arrived at my apartment, I jumped out and kicked the van and threw rocks at it before going inside.

5

IFCD 00027422

16. When I got in, I was so worked up that I told my mother what had happened. She couldn't believe it, since I had only ever had good things to say about Jerry before. She went out to the van to talk to Jerry, who of course denied everything. My mom came back in and said something along the lines of taking care of it in the morning, but morning came and nothing happened. I do not recall talking to anyone official about what happened. I did tell everyone I could think of about it, but I didn't get much reaction. I think the Burlington community pretty much just ignored Jerry, because they were happy for him to take in us local hoodlums and get us off the streets. Then my brother-in-law said that, after all those nights I had spent with Jerry, it must have happened before, and I must have enjoyed it up until I decided I didn't. After that, I stopped talking about it at all.

17. The only other time I ever came close to mentioning what Jerry did was much later, when I was talking with a guy named Bart who had gone to SMS too. I started to ask him about whether Jerry had ever messed with him, but he put his hand up, like he didn't want to talk about it. We agreed that we both felt a little guilty saying anything bad about Jerry, since he'd done so much good with the school.

18. I don't know Chuck Hall, but when a member of his current legal team found me in 2022 and asked me to talk about my experience at SMS, I was more than happy to do it, although it was hard, and I came close to crying a couple of times. After talking about it, I was relieved that someone finally wanted to know. I understand that I was a child and that it's not my fault, but I still feel like I should I have done more. I still feel guilty about letting other kids sleep next to Jerry when I didn't want to, and I want to do whatever I can to make up for that. I would have been just as happy to talk to anyone representing

6

IFCD 00027423

Mr. Hall any earlier than 2022, but no one ever asked me before then. If they had, I would have told them everything that's in this declaration, and I would have been willing to testify to this information at Mr. Hall's trial in 2014, if I had been asked to do so.

19. I did not type this declaration. Instead, I related the above information to a member of Mr. Hall's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

20. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at _Winooski VT_.


_____        __4·28·23_____
Signature                                              Date

7

IFCD 00027424