# Declaration of Susan Shumway

I, Susan Shumway, declare the following:

1. My name is Susan Shumway. I am over the age of 18 and competent to testify to the matters herein.

2. I am Chuck Hall's oldest sister.

3. My parents were unable to have more biological children after me due to medical issues. On one occasion, when I was very young, I asked why I did not have brothers or sisters. My mother shared with me that she was sad because she was unable to have more children. She also shared that my parents had planned to have a large family, but that was not to be.

4. When I was seven years old, we moved from an apartment into a new house in a moderate-sized housing development. Like so many others in the neighborhood, my parents were one of many young working couples with children. My parents seemed happier in this new neighborhood. In my mind this was the beginning of their weekend social events with friends and neighbors. Money was limited and my parents lived within their means. On the weekends, their activities included playing cards in the evening, cook-outs and gatherings with family or friends. This where I see them becoming socially interactive with others. We also changed churches with this move. This too was an exciting change. The new church was very friendly and welcoming. It was a Catholic church, but it had a more "modern-day" approach to religion and less rigid practices. My parents became active in many of the church activities and committees.

1

IFCD 00027519

5. While I was growing up, they'd had their struggles. Social gathering and drinking were a large part of my parents' life. They were of a generation that would go out every Friday or Saturday evening. Alcohol consumption was a large part of their weekend. During my childhood, I remember several occasions when their arguments would progress to knock-down, drag-out fights, including punching holes in the walls and breaking large numbers of glass items. However, I never saw them physically assault each other. On one occasion, I remember being about eight years old and hiding in the closet to try to escape their yelling and screaming. When they found me, they blamed each other for scaring me. I also remember a time when one of them broke a bottle, and in response the other swept an entire shelf of items out of the fridge so that everything shattered on the floor.

6. After this last big argument, I believe my parents realized they were not happy with the events in their lives. They made several changes: my dad stopped bowling in a league, and my mother started taking evening classes. They met with our priest for marriage counseling. A few years later they attended a marriage counseling program, to strengthen their relationship as a couple. In looking back now, the plan to resolve their problems was to enlarge their family. One day around 1965, they approached me to discuss the topic of having more children. I was a kid, not in my teens yet; the thought of having a baby brother or sister was exciting. My parents explained to me that having a baby "the normal way" might not happen, and the alternative was adoption. That was fine with me. I was hooked on the idea: I was finally going to have a sister or brother. For the next few years our family's focus was on this new baby. My mother went to a new specialist and had new tests, but after two years: no pregnancy. The adoption process was started. We, as a family of three, still talked openly about the hopes of a baby. We talked about treating the

2

IFCD 00027520

baby like it was our own. This statement was repeated over and over. My parents decided our house was too small, so we moved to another house in the same town.

7. The new neighborhood was smaller, with only six houses on the street at that time. My parents were focused on the arrival of "our" baby. This included my parents having interviews and home inspections by social workers. At the time, the State of Maine had a one-year wait period before the adoption process could be completed. My parents were diligent to complete these processes as soon as possible to secure the stability of our new family. Overall, it seems to me that my parents argued a lot less and were less hostile. They were committed to prove to everyone that they would be good parents.

8. I was a freshman in high school, 15 years old, when Michelle came into our home. When Chuck joined our family, I was a junior, just shy of 17 years old. His arrival to our home in the spring of 1971 was memorable to me since it was so close to my 17th birthday in May; I remember my parents calling his arrival a birthday present for me. My parents were thrilled to have Chuck and Michelle. They still went out every Saturday evening either to play cards or go out for dinner and dancing. I became frustrated in later high school years, with the task of staying home on the weekends to babysit the kids. I graduated high school in 1973, when Michelle was four years old and Chuck was two, and left Maine for nursing school in Concord, New Hampshire in August the same year. I soon got in the pattern of going home on most weekends. In 1976 I finished the nursing program, returned home, got married and moved to Burlington, Vermont all in the space of about six months..

9. When they were young, Chuck and Michelle shared a room. I remember when my mother moved Chuck into his own room, when he was three or four years old. He did not sleep

3

well at night. He'd start the night in his own bed, but later would be found sleeping on the floor next to my mother's side of the bed. He did not wake anyone. He would just go back to sleep on the floor, without a pillow or blanket. No matter how many times my mother brought him back to his room, he always ended up back on her floor. We thought it was funny back then. I did not realize that it was actually a sign that Chuck was very insecure and dealing with abandonment issues. Of course he couldn't verbalize it at the time, but it makes perfect sense in hindsight than any adopted child would have those feelings.

10. When Chuck and Michelle were young, my parents always adjusted the stork stories to include their adoption. They wanted Chuck and Michelle to know they were wanted and loved, unconditionally, from the moment they entered our lives. My parents never withheld the fact of their adoption, but always said it didn't matter, that we were a family: biological or adopted was not relevant. Once the one-year waiting periods were up and the adoptions were complete, Michelle and Chuck were officially members of the family. The subject of legal or biological was no longer important and not discussed openly. I never had the opportunity to talk with Chuck as an adult to discuss the fact that his birth mother had given him up or how that fact weighed in his mind. I cannot imagine the negative thoughts an adopted child lives with as a sort of trauma over being given away. My parents' perspective didn't allow for any acknowledgment of that.

11. In the fall/winter of 1978-79, both my maternal grandparents died within a few months of each other. This devastated the whole family, each in their own way, but especially my mother. In the meantime, my life was busy. My first child was born in 1979 in Burlington. I was working second shift as a nurse and I had three more children over the

4

IFCD 00027522

next five years, each approximately two years apart. I spoke with my parents throughout that time and visited rarely. There were some subtle inklings of what was going on with Michelle, who had started getting in trouble around age 12, and then Chuck, but my parents kept a lot to themselves. They were always very private people. Still, I later learned that Michelle had started acting out sexually, and that Chuck was also getting into serious mischief. My parents were at their wits' end, having sought personal help with priests and counselors. They started looking into boarding schools for Chuck. One day they called me to ask what I knew of two schools in Burlington: Rock Point and the Shaker Mountain School.

12. I told them that both schools were alternative options for kids who had not been able to make it in regular public school. I don't know why they settled on the Shaker Mountain School (SMS), but that's the one they chose. I remember the day my parents met with the headmaster, Jerry Mintz. It was a boiling hot day in August 1984, either right before or after the Champlain Valley Fair, and my parents and I were sitting at the picnic table in the yard of my Burlington home when we saw a poorly dressed, unkempt, bearded man walking down the driveway. It was Jerry. Before he got to us, Mom said, "Well, I guess he didn't waste any time ironing his clothes!" He was all rumpled and messy, like the hippie of the day. After he and my parents talked, we decided that, since they would be paying out of pocket for Chuck to attend the school, Chuck would stay with me and my family, to save on room and board. (I don't have a memory of Chuck going to summer camp at SMS, but that doesn't surprise me, since my youngest child was born at the end of February 1984 and I had three other children aged two, three, and five, so I was plenty busy. If Chuck did go to SMS summer camp, he didn't stay with me while he was there.)

5

IFCD 00027523

13. The year that Chuck started SMS was the same year that my oldest daughter started school. I had stopped working after my second child, but living on one income was hard, so when a nursing home near our house called me with an offer for a part-time evening position, it made financial sense to go back to work. So that September (1984), I started working part-time second shift. My husband was working for the electric company at the time. He also did shift work, but his schedule regularly rotated. Juggling our work schedules and childcare was challenging, and it limited the time we spent together as a family. It also meant that there was usually only one parent home at any given time.

14. When Chuck came to live with us, we all soon realized that we didn't know each other very well. Chuck and I had grown up in the same home, but are nearly 17 years different in age. We knew the same people back home, but did not have the same experiences. But we had some nice times at the beginning. I remember a day trip we took to Stowe, Vermont for a fall picnic: there are two photos of it that I remember fondly, one taken by Chuck of my whole family, and one taken by my husband, so Chuck could be in the picture.

This is the picture that Chuck took of my family:

6



And here is the picture with Chuck, me and my four children:



7

IFCD 00027525

Ex. 35 Page 2 of 13   Case 4:21-cv-08001-BCW   Document 70-36   Filed 04/29/24   Page 7 of 13

I notice when I look at the photo now that Chuck is standing slightly removed from the rest of the family, which makes me wonder if he was feeling left out, but I have always remembered that day as a happy occasion. And I remember that Chuck was with us for Halloween, and another SMS student came up to trick-or-treat with us in my neighborhood. I also remember Chuck talking about going on special outings with Jerry from SMS, doing things like bowling or eating out or playing racquetball.

15. Sometime after Halloween, when I was balancing the checkbook, I noticed that a check was missing. It was out of order, and had been written for a miniscule amount, like $2.83. I was distressed, because I kept scrupulous account of our money. We were on a tight budget. Shortly after that, I discovered another missing, out-of-order check, this one for a little bit more money, but still less than ten dollars. Again, this was upsetting, because we were living penny to penny. When I had the bank pull the checks, I saw that the handwriting wasn't mine and it wasn't my husband's. It was obvious that Chuck had written the checks. The bank didn't want to press charges because the amounts were so small, but this was a big problem in our family, because now we couldn't trust Chuck.

16. And then Chuck started playing me and my husband against each other. There was already some tension in our relationship, which was compounded by our financial situation, and Chuck seemed to know what buttons to push to get us at each other's throats. I remember when it occurred to me what was going on. It was in the middle of a big blowout with my husband, I don't recall what it was about, but it was based on something Chuck had told him I'd said but I hadn't, and all of the sudden I stopped and said, Wait a minute, this is stupid, Chuck is the reason we're arguing about this. We realized that Chuck was making an already difficult situation worse, and we decided that

8

IFCD 00027526

we couldn't let it continue. We had our own kids to think about, and we just didn't have enough time or energy to address whatever was going on with Chuck.

17. I called my parents and told them that they needed to come get Chuck. My memory is that they took him home to Maine, but I understand from Chuck's current legal team that records show that he actually stayed at SMS for the school year so apparently became a boarding student at SMS and went to live at its group home in Starksboro. My parents never shared with me where Chuck went after they picked him up. All I recall was that we didn't discuss it. Chuck was their child and their responsibility, not mine, but I know that it was a financial hardship just for the private school, even without room and board. But my parents never spoke to me about this matter again.

18. Soon after Chuck left, we discovered a leak in our roof. We found severe water damage and rot, resulting in the gutting and rebuilding of the whole second story of our home. We had to move the whole family onto one floor: six of us were sleeping in two rooms. My father-in-law came to help us with the repairs, and while he was there, he and my mother-in-law split up, so he ended up moving in with us. And then, in February of 1985, all four of my kids got the chicken pox, one right after the other. I think this is the reason I don't remember Chuck calling me later in the school year to ask to move back in with my family. It doesn't surprise me to hear from his current legal team that he remembers me telling him no: there was no way we could have fit him in, what with the roof damage and my father-in-law there.

19. I remember that after Chuck left and before the discovery of the roof issue, when I was cleaning out the room he'd shared with my son, I found some odd things. One was a bunch of the bagged lunches I'd fixed for Chuck for school, partially eaten and stashed

9

away in the closet and under the bed. The "sweet" parts – whatever I'd put in for dessert – were gone, but the real food, like sandwiches and apples, were still in the bags. I couldn't imagine why he wouldn't have just thrown them away at school if he didn't want to eat them.

20. I do not recall any more details of Chuck's education after he went to SMS. I strongly believe my mother was unhappy with my inability to help with Chuck's room/board. This generated a bit of friction in our relationship as well. In my interactions with my mother, I had learned it was best not to discuss these types of events unless she started the topic. They were happy to share good news such as promotions, graduation, etc., but were "tight-lipped" about negative things, like getting in trouble with the law. Much later I learned bits and pieces of Chuck's activities such as stealing, from pocket change to credit cards. Chuck's behavior continued to be problematic and untrustworthy. On one of my visits, I learned that my parents had resorted to locking all their valuables in a safe or double-locked closet. They slept with their keys under their pillows for years. I did not realize it at the time, I was busy with my family, home and work, but my parents were struggling with two challenging teenagers. Michelle's acting out wasn't as aggressive as Chuck's, in that hers was promiscuity, whereas Chuck's misbehavior radiated outward, such as stealing from my parents. I know my parents went to Tough Love, a support group for families with kids who were getting into trouble, but nothing seemed to help. They were trying their best, but they were out of their depth. They raised me by the book, taught me right from wrong and not to color outside the lines, and I didn't. I was expected to grow up, go to school, get a husband, and get a good job. They ingrained those expectations in me, and I know they tried to do the same with Chuck and Michelle,

10

Ex. 35 Page 10 of 13
IFCD 00027528

but neither of them chose to follow the same standards/rules as I did, or it just didn't stick with them. For them, when they were told not to color outside the lines, it was like: Why? Whose lines are they anyway? Why are they better than my own lines? And my parents had no idea what to do with that.

21. I recall one time that Mom brought her car to a mechanic because it was making a noise, and she was flabbergasted when the mechanic told her that there was undercarriage damage: that's how they learned Chuck was taking their cars out, before he even had a license. Another time, Chuck was driving 100mph as Dad was following him, and they got pulled over in Augusta, and Chuck told the cops that Dad was chasing him. Things started adding up: car repairs, lawyer fees, home invasion repairs, traveling back and forth to visit Michelle and Chuck at their treatment programs. I thought my parents should have declared bankruptcy, but they never did. I watched my parents go from living a comfortable life to wearing clothes with holes, using threadbare towels, driving old cars. But the worst part for them was the shame of what they considered their failure at parenting. The shame was, my mother told me much later, the real reason they moved to Florida and the reason my dad took early retirement. She was mortified when Chuck's charges and arrests were printed in the local newspaper; she didn't want to be seen in public. In Florida, no one knew them, and no one knew Chuck.

22. My parents lost touch with Chuck for a while when he was in the prison system. He changed prisons a number of times. To my knowledge, they did not know how to locate him and they were ashamed to ask for help. Chuck didn't know where they were after they moved to Florida. My mother told me once that she did not know which prison he was in, but she could sleep at night not worrying about him breaking into their house.

11

IFCD 00027529
Ex. 35 Page 211 of 138

23. Chuck had a photographic-type memory. He always remembered my Vermont phone number and address. He started to call me from prison and asked me how to get in touch with my parents. I told him I would have to ask their permission to give out their address. My mother had already shared her fear that he would someday be released from prison and show up on their doorstep or in their house. He had a tendency to call incessantly, and besides being exhausting, calls from prison are really expensive. I know, because he used to call me like that too. He would just call and talk, not really saying anything, and the bills would rack up terribly, until I finally had to tell him that he couldn't call anymore. But even when we had to cut off contact for a while, we never stopped loving Chuck, my parents especially. They may not have understood him or known how to get him the help he needed, but they loved him.

24. Once Fred Duchardt was appointed to represent Chuck in his murder trial, contact between him and the family was restored. I met with Fred twice before Chuck's 2014 trial, once at my home in Burlington, and once with my sister Michelle in New Hampshire at a mall. We also spoke on the phone. The second visit was mainly to support Michelle while she talked with Fred. Fred spent a lot of time explaining how the process would go, and he also told me that he needed to know everything about the family, good and bad. For an example of the bad, he told me that he knew that my parents sometimes drank a lot, and asked to talk about that, which we did. I told Fred what is in this declaration regarding my parents' alcohol use and their behavior when they drank. Fred and I also talked about several other things in this declaration, like my mom's heartbreak over her miscarriages and her own mother's death; Chuck's insecurity and how he slept next to my mom's bed; Michelle starting to get in trouble when she was 10; Chuck

12

IFCD 00027530

stirring up problems between me and my husband when he lived with us; and Chuck racking up phone bills with calls from prison and me not telling him where my parents were living.

25. After my meetings with him, Fred decided that I didn't need to testify at the trial. I accepted his decision and was happy to help get my parents to the trial instead, as he asked me to do. If he had decided that I did need to testify, I would been willing to go to Missouri to do that, and I would have testified to everything in this declaration.

26. I did not type this declaration. Instead, I related the above information to a member of Chuck's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

27. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at _GRAY_ _Maine_

_Susan E. Shum_
Signature

_6-6-2023_
Date

13