# Declaration of Bonny-Sue Curtis

I, Bonny-Sue Curtis, declare the following:

1.  My name is Bonny-Sue Curtis. I am over the age of 18 and competent to testify to the matters herein. *While I use my husband's last name (Curtis), my legal last name has always been West. BC*

2.  I attended the Homestead Project, a juvenile residential treatment program in Ellsworth, Maine, in the late 1980s. At the time, my last name was West.

3.  I am from Westbrook, Maine, just outside Portland. I struggled in school because I couldn't get any work done because I couldn't focus. From what I know today, I had ADHD, but nobody figured that out at the time. The school saw me as a behavioral problem, so they sent me to the Sweetser residential program in Saco, Maine. Sweetser wasn't bad, but my problems didn't get better. I started acting out and they had to restrain me a few times. They finally told me that I'd be sent to Homestead if I had to be restrained one more time, so when it happened, that's where I went. I was 15 at the time. I stayed at Homestead until I was just about 17.

4.  When you arrived at Homestead, you were put into a therapy group. A boy named Chuck Hall was in my group, which was run by a therapist named Pat Bousquet. We actually even dated for a while, as far as anyone could date at Homestead, considering that you couldn't touch anyone else and you were watched all the time. Really all it meant was telling each other that we liked each other and talking on the phone when we were on home visits. Being in group together, you learned about other people's issues. He was always very nice to me, always treated me well. I never saw him violent or aggressive. He wasn't afraid to say how he felt, and he was smart. He was a sweetheart. He was

1

*BC*

funny, liked joking around; he was the class clown. I don't recall us having any arguments or conflicts; I think we broke up because I wanted to date someone else instead.

5. Pat Bousquet, our therapy group leader, was a bitch. She was cranky and mean. The therapists were the ones who decided who needed to be restrained, and she did that to a lot of kids. She even put me on suicide watch once after I said I had such a bad headache that I wanted to die. Obviously I didn't mean that I was suicidal – I was a teenager and I was a drama queen! – but Pat put me on watch anyway.

6. Suicide watch meant that you had to wear a red jumpsuit, so everybody knew you were supposedly thinking about killing yourself. That's what really pissed me off about Pat putting me on watch, because it wasn't true! Besides suicide watch, there were different types of punishment at Homestead. I got put on restriction a lot, which meant you had to wear an orange vest, and if you spoke without raising your hand, you had to drop to the floor and scrub it for 15 minutes. You were limited to a five-minute shower on restriction, and you only got the very basics for meals: breakfast was Cream of Wheat or oatmeal; lunch was water and a peanut butter sandwich with no jelly; and for supper you weren't allowed to have any condiments. Another punishment was when you had to wear moon boots, the old school kind that were really heavy, to stop you from running away. Other things we had to do when we got in trouble were carry a bucket of sand back and forth for a half-hour, or fill in potholes with a shovel. And if it had been your job to clean the bathroom and you left even one hair behind, you had to scrub the entire room from top to bottom with a toothbrush.

2

IFCD 00027365

7. Still, even though the punishments were harsh, I think Homestead could have a positive effect. You could really learn things about life there. For example, you earned points for good behavior, which you could use at the on-site "store." They taught you how to budget and shop. Overall, it was a good experience – if you behaved. It wasn't fun when you got restrained: they fully body-slammed you and lay across you on the floor as you kicked and screamed. When that happened to me, I felt like I hated it there, but I always got over it. I think it also helped that my mom came to visit me almost every weekend. Family support makes a big difference. I don't recall Chuck's parents coming as often as my mom.

8. Maybe some kids didn't experience Homestead like I did, but I have good memories, mostly for the relationships I made there. We were all going through an intense period of our lives. Coming out of intensity like that can leave you broken or healed. I was lucky; I was healed. I thought Chuck was too, but then I learned at some point after Homestead that he got into some trouble. I had called his house sometime after Homestead and his mother actually told me that I shouldn't get tangled up with him because he was in jail. But then, I struggled a little too: I dropped out of high school after Homestead in 1988-89; I had a baby in 1990; I was arrested for disorderly conduct at age 25 and for a paper crime when I was 28. Still, I eventually got my life together after going to Job Corps twice.

9. In 1993, I saw Chuck one last time. He came by my apartment in Portland. He only stayed a few hours. It was a pleasant visit. We had a good time catching up. I have always cared about him and considered him a good friend.

3

BU

IFCD 00027366

10. Over the years, I tried to track Chuck down, but I never had any luck. That's why I was happy to hear his name when a member of his current legal team contacted me in 2022 to ask about Homestead. I was devastated to hear what had happened to him, but I was happy to talk to his legal team and answer their questions. If anyone else representing Chuck had approached me any earlier, I would have talked to them – and I would have at least been happy to know where he was – but 2022 was the first time anyone ever asked me about him. I also would have been willing to testify to everything in this declaration at Chuck's trial in 2014, if I had been asked to do so.

11. I did not type this declaration. Instead, I related the above information to a member of Chuck's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at _North Fort Myers. FL_

_Bonney-Sue Curtis (West)_  _8/12/2023_
Signature                                      Date

_From 2011-2015, I lived in Interwale, New Hampshire at the same residence._ BC

4

BC

IFCD 00027367

Ex. 40 Page 4 of 4   Case 4:21-cv-08001-BCW   Document 70-41   Filed 04/29/24   Page 4 of 4