# Declaration of John Mandarelli

I, John Mandarelli, declare the following:

1. My name is John Mandarelli. I am over the age of 18 and competent to testify to the matters herein.

2. I testified at Chuck Hall's trial in 2014. I had been contacted by Chucky's attorney Fred Duchardt, who I talked with twice before my testimony. I testified by video. I was incarcerated at the Maine Correctional Center in Windham, Maine at the time of the interviews and the testimony. I am now on community supervision in Dexter, Maine. My conviction was for felony murder and robbery.

3. In reviewing my trial testimony, I saw that when Chucky's lawyer asked me when I first met Chucky, I said it was at Halcyon House or Homestead, which are both juvenile treatment facilities in Maine. The prosecutor corrected me on cross that Chucky had never been at Halcyon House. It's not surprising to me that I got that confused, because I'd been in and out of foster care and to a lot of different facilities when I met Chucky the first time: Sweetser, Halcyon House, Jackson Brook Institute, Youth Alternatives, and the Maine Youth Center (MYC). I just knew that I had met him once before we ended up at Homestead at the same time. I realize now, and as it looks like I was starting to try to explain to the prosecutor but he cut me off, it might have been MYC where I met Chucky first, or possibly the Youth Alternatives shelter that was just outside MYC's fences. Wherever it was, we would really only have crossed paths, because I didn't spend too long at either of those places. For example, if we met at MYC, it was probably in Cottage One, which was the Hold-for-Court (pre-adjudication) cottage. The Hold-for-Court

1

_JM_

designation sucked because they didn't make you attend school while you waited, so there was nothing to do. You just sat in a big room with the other guys on the same status and learned how to stab each other with pencils. I'm sure that's partly why I remember Chucky being a nice guy: because he wasn't stabbing me with pencils.

4. It wasn't until we were both in Homestead, which was more a long-term program, that we got to know each other better. Like I explained in my testimony, Homestead was like a juvenile boot camp. When I look at my testimony, there's so much more I could have said about Homestead, but I didn't get the chance. I especially didn't get to talk about the mistreatment we experienced there. As soon as I mentioned that Homestead eventually got shut down because of mistreatment, Chucky's lawyer asked me: "But not to you guys, right?" When I answered, "No, I didn't see any of it," what I meant was that I didn't see anything that happened *at the time Homestead shut down*, because I was already long gone by then – and so was Chucky. Homestead was not shut down for mistreatment specifically of me and Chucky. But I did not mean that I hadn't seen or experienced any mistreatment while Chucky and I were there.

5. I even mentioned some of the mistreatment I experienced at Homestead in my testimony, even if I didn't get the chance to explain it more. I mentioned the intensive therapy of the 35-pound bucket you had to carry back and forth, and scrubbing the floors. But if I'd been given a chance, I would have talked about so much more, like how, when I first arrived at Homestead, I had to sleep on a thin mattress – like a prison mattress – on the floor of the day room, with all the lights on and staff watching me. As for the intensive therapy, I didn't get to say that the 35-pound bucket was full of rocks, or that you had to walk it back and forth for hours, until you got blisters on your hands, and blisters on your

2                                                          JM

feet from the moon boots they made you wear while you were doing it. The moon boots, like the kind people used to wear in the 1980s, were big and clumsy and very hard to walk in – and they took the air out of them and removed the string so you couldn't adjust them, which made them really heavy. And I didn't get to say that you could get assigned to intensive therapy for something as minor as swearing, or interrupting, or talking over someone, and sometimes, at least for me, a few times a week, or even every day. I tried to tell the prosecutor that I didn't consider the bucket-walking appropriate "therapy," but he cut me off again.

6. Another version of the intensive therapy that I didn't get to describe more in my testimony was scrubbing the floor. If you refused to do it, they would hold your arm and force you to. The way they got you ~~did~~ to do (JM) that was to grab you by the back of your neck, trip you, put a knee in the back of your neck + one on your spine, (JM) and then 4-5 staff members would hold you down as they made you scrub. You could also get restrained for other things, like if you were acting up. They got you down the same way, by grabbing and tripping you, and putting a knee in your neck (JM) and then they would pick you up like the cops do and carry you to the padded room. I got restrained like that maybe once a week, or three times a month.

7. As for the jumpsuits I mentioned in my testimony – blue for running away and red for suicide watch – I didn't get to say that we were made to wear them without any underwear. That way, you were less likely to take off the jumpsuit and to try escape, because you would be naked. If you did run, as I said in my testimony, they chased you in vans. I didn't get to say that the police helped them, or that when they caught you, they put you in zip ties. Once when I tried to run and they caught me, I slipped out of their grip, flipped myself over a porch, and sprinted into the lake. They followed me in canoes.

3

Jn

IFCD 00027444

I was a handful back then for sure – I got sent to Homestead after pulling a knife on my parents – but I was also desperate to get away, because the way Homestead made me feel was like they wanted me to erase my whole self and become an empty vessel for them to tell me exactly how to be and what to do. It was where I started to believe that I was only meant for institutionalization, that's all I was worth + I wouldn't be

8. What I said in my testimony about Chucky acting like my big brother when we were at accepted anywhere else. (Jm) Homestead and protecting me is true. It's just that there were things he couldn't protect me from, and that's all the stuff I didn't get to explain in my testimony. And the fact was that he was still a kid too, so he didn't necessarily know what was best for me. Like I said in my testimony, he stopped me from going to AA meetings with him and the older kids because he didn't want me to have to see how bad things could get from using alcohol and drugs. That's what I meant in my testimony by him being a positive influence. But what he didn't know at the time was that, by then, I had already used more than just alcohol and marijuana: I had been using cocaine and LSD. I think the reason Chucky discouraged me from going to the meetings is that he and the other older boys didn't believe that I really could have had such a bad problem, since I've always looked even younger than I am. But I started going down the wrong path early, especially after my 14-years-older sister abused me physically and my uncle's girlfriend (Jm) molested me. (~~She~~ My sister (Jm) was also the one who started me smoking marijuana.)

9. It's also true, like I said in my testimony, that Chucky looked out for me when I ~~got~~ was sent (Jm to the Maine State Prison (MSP) in 2003 ~~to serve my first~~ for the first time ~~extensive~~ (Jm) state bid, when we were both adults. It's true, as I testified, that he sent me necessary supplies when I was in reception and had nothing. But there was a lot more that I didn't get a chance to say in my testimony. For example, when both Chucky's lawyer and the prosecutor both got me to confirm that the

4

Jm

facility was brand-new when I got there, neither of them let me explain that that wasn't

necessarily a great thing all the way around. For example, it was such a new facility that

many of its features weren't quite finished, including the cameras in the hallways. This

meant that hallways, ~~as well as the major walkway~~ *as well as* were a good place to knock someone out; *what was called the Bloody Mile (om)* I remember stepping over

unconscious bodies, ignoring them so as not to become a witness of any kind.

10. I didn't get a chance in my testimony to say that MSP was a violent place in the way that

all prisons are violent places: it's their nature. The staff there dehumanized the prisoners,

treating them like charges instead of humans, telling us "because I said so" rather than

engaging in discussion, and that tended to fuel the violence. But even so, as I did testify, I

never knew Chucky to get in a fight or even any confrontations. That's why it shocks me

to this day that he was involved in a murder. In fact, he got punked out more often than

not (meaning that someone one-upped him or got the last word), but he stayed humble.

He was always taking the blame for other people. If someone got caught with tattoos

Chucky had given them, he'd still take the blame, *or give up his tattoo gun to save the other guy from receiving Seg time. (Jm)*

11. That's what I meant in my testimony when I said he taught me the "code of survival." On

cross, the prosecutor tried to make it sound bad, saying that Chucky was "wise to the way

of prison" and that's what he taught me. But, even though it may have taken me some

years to fully understand it, what I learned from Chucky – and what I didn't get to say at

trial – was that being humble isn't weak behavior, even if prison tries to make you think

it is. As I've matured, I've realized that I don't want to answer every call to violence. I'd

rather stay humble and let things go, like Chucky did.

12. But another thing I didn't get to say in my testimony is that where I have evolved into

this attitude over time that I spent recognizing and developing my own self-worth, I look

5 *Jm*

IFCD 00027446

back on Chucky and see his way of being as coming from a need to be liked and accepted. He didn't want to be the sore sport who couldn't take a joke, even if the joke was hurtful. I knew about his ostomy bag; it seemed everyone in the prison did. I remember hearing about an accident with the bag that everyone was talking about. I didn't see what happened, but I heard people talking. I heard them calling Chucky "shit-bag" and other mean names. But, even though this is weird, it seemed to me like they were calling him names in a caring way, like they appreciated him, almost like *he* was *their* little brother.

13. Still, even if it wasn't meant as mean-spirited, I'm sure that the teasing and the gossip affected Chucky. I saw it most in his tendency to isolate. For example, if someone in a group called out for him by one of those mean names to join the group for rec, Chucky would just say no thanks and go off by himself. He stayed quiet a lot of the time and wanted to be alone, as if he didn't want to subject himself to the teasing, even if they didn't really mean it. And that kind of stuff can get to a man after a while, especially if they have a strong heart, like Chucky did.

14. I have always been grateful to Chucky for looking out for me at Homestead and at MSP. There aren't a lot of people I can say that for. Growing up, I was the much younger, youngest child of a couple that was up in years when they had me. My dad wasn't affectionate, and my mom was always busy with being a state certified provider of housing for the mentally ill. I was alone a lot, or around people who needed a lot more attention than I did. And when I started getting in trouble and kept getting sent away, I came to believe that I belonged in the institutions where they put me. That was why I most dreaded being committed to MYC (rather than just being held there for court),

6

6

JM

which finally happened when I was 17, after Homestead. I was committed until age 19, for a burglary. It made me feel like, for once and for all, I was only meant for institutions, and the only people who paid attention to me did it because they had to, that that's all I was worth. I recognized that feeling in Chucky, especially when he would isolate himself at MSP.

15. All of what is in this declaration is stuff that I would have said at Chucky's trial, if I'd been given the chance. But Chucky's lawyer didn't ask me very many questions when we talked before trial. He seemed to have a specific idea of what he wanted to hear from me, and he wasn't interested in anything more.

16. I did not type this declaration. Instead, I related the above information to a member of Chucky's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

17. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at _Dexter, Maine_.

_John J. Marshall_
Signature

_05/27/23_
Date

7

JM

IFCD 00027448