# Declaration of Richard Tayman

I, Richard Tayman, declare the following:

1. My name is Richard Tayman. I am over the age of 18 and competent to testify to the matters herein.

2. I met Chuck Hall right around 1991 in Portland, Maine. Chuck was from Saco, Maine, which isn't far from Portland. I was introduced to him by a friend of mine from Deering High School, Craig Cain. Craig had left Deering to go to an alternative school somewhere else, and I think that's where he met Chuck.

3. Chuck and I hit it off, and we started spending time together. Before he had his own car, Craig and I would pick him up in Saco, but we always hung out in Portland. Chuck would stay for a few days sometimes. He'd crash at one of our houses, but we were mostly out partying, which mostly meant drinking a lot of alcohol, but we probably smoked a little weed too. I think I recall us dropping acid maybe once or twice, but we weren't doing heavy drugs.

4. Chuck was a nice kid. I never saw him do anything even close to violent, and I never saw him angry. He wasn't a fighter, didn't confront people. He was a follower. Anything we got into was my idea; Chuck was always just along for the ride – and usually in the back seat if it was me, him and Craig. Craig and I were hard partiers, into cars and girls. Chuck liked cars too – I remembers his '64 Mustang when he did finally get a car – but he wasn't so much about the girls. He was quiet, like he didn't really know how to talk to them. The only reason he was around them – or they were around him – was because of me and Craig. He just did what we did. He was like a nerdy guy who wanted people to

1

IFCD 00027911

like him. He would give you his last dollar, his jacket. He would even let us borrow his beloved Mustang. He did have a tendency to exaggerate when he told stories, like he was trying to impress us, but that didn't bother me. I'm sure I called him out on it a few times, but it was never anything serious.

5. Chuck and I didn't talk about our families or histories, and I don't know anything about the alternative school that he and Craig went to. All I know is that I hated school, partially because I have severe ADD (Attention Deficit Disorder). I always need to be doing something, usually more than one thing at a time. I was really into sports. I have still, to this day, never read a book cover to cover, and I can't sit through an entire movie. I'm basically an adrenaline junkie.

6. One of the things I got adrenaline from was stealing things. I did a lot of that as a teenager. I got a big thrill out of it. I had already done it plenty of times by the time I met Chuck, but I'd never been caught. I would steal jewelry and drive it down to New York City to pawn it. My other hobby was walking around residential areas at night and breaking into homes while people were there. I took valuables and credit cards, lots and lots of credit cards. I usually cut the screen out of a door or window to get in. I think Chuck might have gone with me down to New York a time or two to pawn jewelry, and then there was the time we stole musical equipment, which was the first time I finally got caught.

7. That night it was me, a guy named Tim, and Chuck. I remember walking past the condo we broke into. We could see the woman who lived there sleeping on the couch, which was exactly how I liked it to be: risky. I cut out the screen from the door, and I passed the other two a bunch of guitars, speakers, amps, and some other stuff. We put it all in

2

IFCD 00027912

Chuck's car. Our plan was to store it at my parents' house, which was what I usually did with stuff I took.

8. Chuck knew where my house was, and we didn't want to draw too much attention, so he was alone when he brought the stuff to my parents' house. I had told him to be careful to shut the car doors every time he took something out, but he didn't, and that's how the cops drove by and saw the stolen stuff in his car. I assume that's why they thought Chuck was the mastermind of the crime, or maybe they just wanted to get Chuck for some reason, but anyway, after they picked me up (it wasn't a hard case to crack, since it was my parents' house), the cops pressured me to blame Chuck for everything, and I did.

9. I still feel really bad about that to this day, because I knew then and I know now that I was the real mastermind, and yet I only got probation while Chuck ended up serving some time. The thing is, even though we used my family's house and I think they knew this wasn't my first time, my family stood behind me, and they got me the best defense lawyer in Portland.

10. I got scared straight after that arrest, at least about burglaries. I may have still sold some weed on the side, which I'd been doing since 7th grade. I had a job at a local auto shop sweeping up back then, and the older guys who worked there grew it, so I could get pounds of it for almost nothing, and I rolled it and sold it at school. I had been molested by my guidance counselor when I was in middle school. I wonder now if I started getting involved with weed and then drinking and then stealing because of what that guidance counselor did to me in middle school. I've never forgotten about it, and I've never really told anybody about it either, but something like that makes you really angry, and if you can't tell anyone, it builds up inside.

3

IFCD 00027913

11. Anyway, after Chuck and I were arrested and I got on probation, I focused on renovating a fixer-upper house, my shop job, and shoveling snow. The shoveling thing was great for me because of my ADD; I had a contract with almost every house in the neighborhood. After the house was renovated, I started spending winters in Florida, working in campgrounds. I also did a lot of construction work, in Florida and back in Maine. I heard about Chuck getting locked up once or twice, but I never saw him again.

12. I didn't know until 2022 that Chuck had ended up on death row for murder. I was shocked to hear it. I had no problem talking to the member of his current legal team who contacted me in 2022 to ask about him and telling her all the information in this declaration. I would have just as much talked to his trial attorney back when the murder happened if someone had reached out to me back then, but no one representing Chuck ever contacted me before 2022. If I had been asked to testify at Chuck's trial, I absolutely would have done too.

13. I did not type this declaration. Instead, I related the above information to a member of Chuck's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at _Oct 15, 2023_
_Auburn ME_

_Richard E Vaymnth_
Signature

_Oct 15, 2023_
Date

4

IFCD 00027914