# Shaker Mountain School

188 SOUTH WINOOSKI AVENUE
BURLINGTON, VERMONT 05401
(802) 862-5970

POST OFFICE BOX 74
HINESBURG, VERMONT 05461
(802) 453-3080

March 5, 1985

Dear Mrs. Hall,

I was with Chuckie when he hurt his mouth. I bought the medication the hospital prescribed for him. Unfortunately, I did not keep the receipt — my mistake. But the amount was $29.79 as Chuckie told you. Thank you for asking Jerry about it.

Sincerely,
Lisa Tomasi

TF.FD.17.31.001597

School Record Trans .pt

## STUDENT INFORMATION

Student's name: Charles Hall

Home Address: Saco, Maine

Parent or Guardian: Charles V. Hall

Telephone Number: (207) 282-1844

Date of Birth: April 4, 1971

Reason for Leaving:

## School Information

Name: Shaker Mt. School

Address: 198 So. Winooski Ave

Burlington VT 05401

Telephone (802) 862-5970

Accreditation:

VT Reporting School

Couselor's name:

C. C. Mc Kegney

Test Scores: Peabody Achievement Test — at 14 yr, 1 mo — 5/10/1985

Percentile within his age group / age equivalent

|  | Percentile within his age group | age equivalent |
|---|---|---|
| PVOC | 102 | 15-11 |
| Math | 49 | 11-11 |
| Reading Recognition | 68 | 16-4 |
| Reading Comprehension | 48 | 11-5 |
| Spelling | 40 | 9-1 |
| General Information | 56 | 13-9 |

Recommended Grade Level:

Ninth Grade — but see Additional Comments on last page

Outstanding Activities and Awards:

Student Gov't: Meeting Chairperson, Meeting Secretary

Subject Areas Covered:      Pass/Fail

### Math

Computer Math Games     pass

Introduction to Algebra

Sets, Fractions, Neg. Numbers, Bases     pass

Balancing Checkbook     pass

### English

reading skills

expository writing

creative writing

spelling and grammer

### Science

Astronomy    Black Box Observation

Flower Dissection    Archeological Dig of    pass

Geology — Caves    a Fishing Village —

Using a microscope    Slide Show

Galapagos Islands Wildlife

TF.FD.17.31.001594

Subject Areas Cover__:     (part 2)        Pass/Fail

<u>Social Studies</u>                       pass
Do-it-Yarself Current Events        pass
South African Aparthied            pass
Guest Speaker on Sexuality

<u>Pychology</u>                           pass
    Small grup dynamics

<u>Philosophy</u>                          pass
Perception: Each person sees differently.   pass
Essentialism: Bicycle Identity       pass
Moral Issues Seminar              pass
<u>Sociology</u>                          pass
Animal Farm

<u>Geography</u>                       pass
    General Global Geography

<u>Art/Music</u>                        pass
Mural Painting in Acrylic + Pastels      pass
Sketching; Painting with Inks         pass
Carving                           pass
History of Rock 'n Roll            pass
<u>Media</u>
Operating a Video Camera           pass

<u>Vocational/Business Ed.</u>
Budget Committee Member

<u>Home Economics</u>
Cooking + Grocery Shopping for      pass
    a household of ten

TF.FD.17.31.001595

Student's name: Charles Hall

Subject Areas Covered cont. :   (part 3)          Pass/Fail

Physical Education                                      pass
Raquetball                                             pass
Skiing                                                pass
Swimming                                              pass
Biking                                                pass
Gymnastics - acrobatics                              pass
Massage
Speakers from Heart Assoc. + Rape Crisis Center       pass

Student's comment:

Additional comment: Although we do not have a specialist at our school, we suspect that Chuckie has a learning disability in reading comprehension. If he can be tested for that more thoroughly and helped with it, we recommend he be placed in ninth grade.

TF.FD.17.31.001596