Newspapers
by ancestry

The Burlington Free Press (Burlington, Vermont) · 30 Dec 1970, W

Downloaded on

# Emphasis at Shaker Mountain School Is on People

**By FREDERICK STETSON**

Jerry Mintz of Starksboro has a philosophy of education that keeps coming back at you like the shots of a relentless tennis player.

His mode of teaching doesn't involve things; it involves people. It is people.

He and a bunch of kids started the Shaker Mountain School a little more than two years ago. Their first thought was to name the school "Plymouth," in deference to their only major asset, a car.

Shaker Mountain won out. But the school has done enough hard traveling since then to place "Plymouth" back in contention, or, at least, serious reconsideration.

Mintz is a likeable, burly individual who has persistently moved his school forward during its brief two-year existence.

The school, which has 22 full-time students aged 6 to 15, stresses the natural closeness that a growing youngster should enjoy with society as he or she passes from semester to semester.

## GOP Women Plan Annual Lincoln Lunch

MORETOWN — Plans are being made by the Vermont Federation of Republic Women for the annual Lincoln Luncheon to be held at Montpelier Tavern at 12:30 p.m. Feb. 16.

Mrs. Aline H. Ward, president, said Gov. and Mrs. Davis will be guests of honor, and legislators and the public are invited.

Mrs. Richard Smith of Montpelier is chairman of arrangements. Distribution of reservations will be in charge of Mrs. Smith and members of her committee to be announced soon, women legislators, wives of legislators and women chairmen of the county and town GOP committees.

**SPEAK and WRITE**

At Shaker Mountain, it has been more like from doorstep to doorstep. And there have been many of them. "We don't think in five-year terms," says Mintz, the school's headmaster, "we're too busy thinking what's happening at any given point."

Looking back over the past year or so, one discovers the following chronological points:

Shaker Mountain now operates in rented space at the former Overlake School on South Prospect Street. Richard Thomas, a Burlington attorney, is chairman of the school's board of trustees. Four of the eight trustees are students at the school.

Recently, Mintz, and his academic community operated from a school bus. But, even this situation was interrupted. The school bus blew an engine on a trip to Plainfield.

Hardly discouraged ("we profit from these crises"), the students and their headmaster spent a few days at Goddard College — a quick jump into higher education that was both rewarding and made pleasant by the college administration. Mintz said.

Before the blown-engine school bus it was "various parents' houses" and the Mintz residence in Starksboro. The thought circulated for a while that the Shaker Mountain clan might go on a cross-country speaking tour for their fall semester but "we've never had our vehicles well enough."

So, this year it's been mostly Starksboro and Burlington. A short stint above the Towne Shop on Church Street was discontinued because the downstairs owners complained about noise, which was "probably legitimate," according to Mintz's recollection.

Over the summer, projects, camp trips, work programs and a number of other activities kept Mintz and his clan together.

In June, they had been evicted from the Breton Hotel because the owner said he was going to renovate the building. The school operated there for a year after outgrowing an old grocery store on Pitkin Street in Burlington.

It's enough to make one wonder what one learns from a Plymouth to a grocery store to a hotel to an apartment to a school

bus to a home in Starksboro to 15 rooms in the former Overlake School.

But this is where the Shaker Mountain School now rests, although financial uncertainties darken the future.

Mintz is assisted by seven full-time staff-faculty members who earn $10 per week and room and board. He says between 15 and 20 teachers have applied to work for the school under the same conditions.

The education of which they apparently wish to be a part is a combination of classes, semivocational work projects, arts and crafts, and athletics (all practices and games are on the road at borrowed facilities).

The students come from all walks of life. But it is incorrect to say that Shaker Mountain harbors delinquents or "misfits." All of the students attend Shaker Mountain by their own choice. Most are simply looking for an alternative to traditional, public or private education.

Students pay whatever tuition they and their parents can afford. But, none is denied admission to the school because of financial need.

Mintz says tuition revenue meets only 15 per cent of the school's operating costs. Private contributions, fund drives and small revenue-producing events make up the difference. The students conducted pre-Christmas fund drives which netted more than $550.

But, Mintz is still not optimistic about the school's financial future.

Heating costs at the former Overlake School, a three-story, wooden frame dwelling of more than 30 rooms, are exorbitant. Until some of the rooms were shut off, Mintz figured his first



SAVE ON FUEL BILLS
INSULATE NOW
Cellulose, fiberglass, mineral wool (blown-in type or blanket). Complete installation service, free estimates.
ELTON DEMERS 864-6488

month's heating bill might run as high as $500.

It is this type of budgeting that is reckoned with by a private, educational experiment.

Mintz's students receive a minimum of 10 hours of formal instruction per week, and their academic work is recognized for credit at public schools.

But the school is clearly an alternative to public education. Monday mornings are reserved for meetings of faculty, students and staff. At these assemblies, all members of the group participate in the "basic decision-making process of the school," Mintz says.

But, more often than not, school at Shaker Mountain means being away from school. For example, the students have visited the University of Vermont poultry farm; they also exchange visits with American Indians in New York and Maine.

Mintz is convinced the students are benefitting from these traveling experiences.

"They are not afraid to meet people," he says, "they are not paranoid about outsiders.

"We say that we want kids to think," he adds. "But that knowledge that one is a good person is one of the most important things to know."

The kids don't lack for poise. Groups of them have spoken at Windham and Williams Colleges for $100 and $600 respectively.

Mintz also is convinced the students' course in economic survival has been beneficial. His thoughts sound a lot like those of

Dean C. Corrigan, dean of the College of Education, University of Vermont:

"Education will have to include in its objectives not only preparation for a life of work but also the primary work of life. Buckminster Fuller has put it very aptly in his phrase, 'Learning a living.'"

HEAR Ye!
by RALPH I. SCHELL

Food that melts in your mouth usually settles around your stomach.

The ear is an incredibly sensitive instrument. It can react to the rustle of a leaf in the wind in the silent night as well as to the noise of a rock drill — two sounds, one of them ten billion times stronger than the other.

If there's one thing that makes a husband angrier than his wife refusing to tell him where the money went, it's her telling him.

With MAICO ear-level aids, you hear sounds naturally, at the ear, as nature intended. All MAICO behind-the-ear aids are scientifically contoured for comfortable, inconspicuous fit; slip on or off quickly, easily. They feature the quality and dependability upon which MAICO has built a 50-plus year reputation as "The Most Respected Name In Hearing".

Marital relations are fine as long as they don't spend their summer vacation with you.

MAICO
RALPH I. SCHELL
Certified Hearing Aid Audiologist
361 So. Winooski Avenue
Tel. Burlington UN 2-0610



"A little place you remember pleasantly for both its food and atmosphere."

THE FLAMING PIT STEAK HOUSE
Fully Licensed

The Finest Meals At Reasonable Prices
Where the variety of the menu makes it possible for all to satisfy their fancy.

Reserve now for New Year's Eve and New Year's Day 985-3350

JERRY MINTZ, headmaster, describes the Shaker Mountain School in Burlington.

Newspapers
by ancestry

Downloaded on Nov 20, 20



21

The Burlington Free Press, Thursday, April 24, 1975

## Time To Eat

South Burlington's Orchard School is making its hot-lunch facilities available to students from Shaker Mountain School, a private school. Here Stella Cousino (foreground) and Denise Daigneault work behind the counter as Shaker Mountain students get their meals. From left, students are Nicholas 'Nick' Chambers, John LeClaire, Kim Chambers (partly obscured), Michael 'Mike' Shari and Leonard Bessette. **(Free Press Photo by Stuart Perry)**

Newspapers.com by ancestry

Downloaded on Nov 20, 20

Ex. 45 Page 4 of 11 · 1:13-cv-08001-BCW   Document 70-46   Filed 04/29/24   Page 3 of 8

Page 3 of 8

# A 19-day field trip takes kids cross-country by rail

**DIANNE KEARNS**

BURLINGTON (UPI) — The Shaker Mountain School has proven a little bit of money and a bunch of resourceful kids can go a long way.

In anticipation of the death of rail passenger service, a group of seven students and two staff members recently embarked on a train trip that took them as far as El Paso, Texas — with stops in Florida, New Orleans, Atlanta and Washington.

"The basic purpose of the trip was traveling by rail," said Jerry Mintz, the founder of the school and a participant in the trip.

The idea was concieved by Mintz and a student as they traveled to California by train during the holiday season.

"We thought it would be nice if more kids in the school could have that experience," Mintz said. "Most of the kids on the trip hadn't had the experience of seeing what was beyond Vermont."

And the highlights of the journey were as off-beat as the philosophy of the alternative school itself.

For instance:

When the travelers got a little low on funds, they did odd jobs; sold souvenirs they'd picked up along the way, angled speaking engagements at the University of Texas, and even panhandled on Bourbon Street in New Orleans.

"At one point we cleaned a Howard Johnson's parking lot for supper and breakfast," Mintz said.

The group spent roughly $1,200 on their 19-day venture. Of that amount, the students raised about $800 before they left Burlington. More than 250 merchants contributed to the travel fund.

In exchange for the donations, students hand-delivered petitions to members of the state's congressional delegation, calling for continuation of Amtrak's Montrealer line through Vermont.

"They all enjoyed the trip," Mintz said of his companions. "We could talk to kids about geography until they're blue in the face. But until they've seen another state, it doesn't



register."

The youths' personal recounting of their experiences indicated Mintz's assessment was right on target.

"I liked it on the marketplace [in the Mexican village of Juarez]," said Philip Muir, 9, the youngest student on the trip.

Philip learned how to drive a hard bargain, as well as the difference between American and Mexican money.

"I asked a man, 'how much would this little joke box be?' And he said, '75 cents or 10 pesos,'" Philip recalled, adding with a smile that 10 pesos is equal to 50 cents in American money.

Juarez was Philip's favorite place. "It's different," he said. "They're all friendly down there. They live in adobe houses, and some live in paper shacks."

Jennifer Muir, Philip's 12-year-old sister, was the only

female student to on the trip.

Asked how that was, she replied, "Terrible in the beginning. I felt sort of left out sometimes. But we worked it all

out."

A man named Jose won the students' hearts by inviting them to stay at his house in Juarez and giving them an extensive tour of the area.

In the course of their trip, the group met a train conductor who turned out to be the father of New York Yankees pitcher Ron Guidry.

"He gave the kids autographed pictures of his son," said Mintz.

Not surprising, a few mishaps occurred during the 19-day adventure.

Jennifer hurt her ankle — but even that experience brought new knowledge with it. Jose took Jennifer to a woman healer.

"She just felt my ankle, said the bones were spread and put it back together," Jennifer said.

Mintz told of how a purse belonging to a member of the group was almost snatched as they rode a bus named "Desire" through New Orleans.

"And in the Everglades, one of the kids came within a few feet of the alligators and another got an infected finger," he added.

The rail trip was an example of the Shaker Mountain School tradition, where students and staff jointly set curriculi and experience is regarded as the key meaning of education.

Currently in its 11th year, the school casts off the conventional in favor of "the true basics," according to Mintz.

"With all the talk about getting 'back to basics,' I think people have missed what is really basic — human relationships," he said. "Schools have given up with dealing with kids as people. But that's what Shaker Mountain is all about."

A group from the alternative Shaker Mountain School returns to Burlington after an eventful cross-country train ride. From the left, those pictured are Howard Shackett, Director Jerry Mintz, Philip Muir, John Adler and Michael Ferrier.

UPI



**HAGAR the Horrible**

**By Dik Browne**

NO! PLEASE!

NO PETS!

AND LET GO OF THAT EAGLE!

**Blondie**

**By Chic Young**

I'M SELLING AN INSTANT GRAPEFRUIT

THIS DEVICE ENABLES YOU TO REMOVE SEEDS IN

THAT'S NOTHING BUT A SMALL SPOON

HEY, LOOK··· I NEVER SAID IT WAS THE COTTON GIN!

Newspapers™
by ancestry

The Burlington Free Press (Burlington, Vermont) · 10 Jan 1982, Sun · Page

Downloaded on Nov 20, 20

Ex. 45 Page 4 of 13   Case 1:13-cv-08001-BCW   Document 70-46   Filed 04/29/24   Page 4 of 8

Sunday, January 10, 1982 • • •

# Hey, Listen!

## Young Radio Talk Show Hosts Aren't Frivolous; They Mean Business



**By SUSAN GREEN**
Free Press Staff Writer

I wasn't quaking in my boots or breaking out in a cold sweat, but I can't deny I was nervous.

Not only was I about to make my radio debut, I would be grilled about what it's like to be a journalist by three people, none of whom were older than 13. As the invited guest of "Hey, Listen!" a weekly program on WJOY produced entirely by youngsters, I would be interviewed by children, an age group known for its directness and uncanny ability to distinguish truth from falsehood.

Although there is nothing that needs covering up, I couldn't stop feeling as if I was a defendant before a juvenile jury. Not even meeting the panel — Billy Greene, 13; Jeannie Quigley, 13; and Liz Miles, 10 — could shake me out of my apprehension, despite their sweet, friendly faces.

"Hey, Listen!" is broadcast every Wednesday at 6:30 p.m. after being taped earlier in the day. The half-hour show has been on the air since early summer, sponsored by the Mayor's Youth Office and the radio station. Generally using an interview format, the kids — a shifting cast of all ages with some regulars — have talked to musicians, politicians and authors. There have been other shows, such as a late autumn focus on the origins of Halloween, that were based on research. Once, the kids even went remote and did a kid-in-the-street commentary program.

Their most probing effort may have been a recent interview with two authorities on the issue of building a secure detention facility for youthful offenders. These radio talk show hosts are not frivolous; they mean business.

Billy Greene is a student at Shaker Mountain School, which also supplied Liz Miles and Jeannie Quigley for the show. Christ the King and Edmunds students have appeared as well.

"When we first started," Billy said, "there were some kids who joined up only because they wanted to hear themselves on the air. But we need kids who really want to do a good job." Billy cites one "Hey, Listen" regular, David Shawn, 10, who "gets right to the heart of the matter in an interview."

Adding to the no-nonsense image, the history of the show's formation underlines the notion of

Free Press Photo by SUSAN GREEN

Reporter Susan Green was interviewed on "Hey, Listen!" by Billy Greene, 13, left, Jeannie Quigley, 13, and Liz Miles, 10.

Turn to YOUNG, Page 5D

Downloaded on Nov 20, 20

# Young Radio Hosts Take Job Seriously

> ## From Page 1D

kid power. When some Shaker Mountain students first approached local stations about doing a radio show, there were no takers. Then, an arrangement between the Mayor's Youth Office and WJOY hit a snag when, at the very last minute, some high school students scheduled to go on the air had a change of heart.

With virtually no lead time, the "Hey, Listen!" bunch put together a show to fill the gap. And they've been going strong ever since. Better than strong: potent.

"We used to edit our tapes," Billy said. "But now we're getting so good at it, we can use the interviews just as they happen." Sounding like a seasoned pro, he admits that his only nervousness in doing the show comes when "there's a few seconds of dead air."

Adult help comes in the form of a guiding attitude — and a hand on the control panel — from Shaker Mountain director Jerry Mintz, as well as professional broadcasting pointers from WJOY's staff. "They have taught us how to use the mikes, how to get better quality sound," Billy said. "Sometimes we play records as part of a show; or use sound effects."

Success has not gone to their young heads, it seems. Although Billy feels confident enough to suggest that "Hey, Listen!" ought to have an 8 p.m. time slot to attract that prime-time audience, he also demurs from jumping head first into a rather glamourous opportunity. "We've had offers from local television stations but we decided we should wait till we're better at it first."

In what Jeannie Quigley calls "a community effort," the program's format is decided upon democratically. Singer Jon Gailmor came on to talk about the life of a musician; Mayor Bernard Sanders expressed his views on a job in city hall; Marilyn Murray and Rosemarie Trinko discussed their work on a children's book about the Lake Champlain monster.

"I've learned more about people and what they do," Billy said. "I never used to think about what people do for jobs before."

When it came time for me to explain my job, I managed to pull myself together. One of the earliest questions was: "Did you see 'Absence of Malice' and what did you think of it?"

I replied that I thought it was a good movie but that the mistakes made by one reporter — Sally Field — in one short time span were a bit overdone. It wasn't credible, I said, that she would be allowed to botch things up quite that badly.

"Did you ever make mistakes?" asked Liz Miles.

"Uh, do you mean recently?" I wanted to know. Or maybe I did not really want to know but was just stalling for time to think. "Just the other day I wrote that the name of the town in the movie 'Popeye' was Sweetwater. Someone was nice enough to call me and say that the town was actually Sweethaven. I knew that but I must have had that new Burlington restaurant on my mind."

"But did you ever get in trouble for a story you wrote?" persisted Liz. (Ten year olds can be sticklers for honesty.)

"Well, not exactly," I began, then went on to describe a situation that arose many years ago, when someone I quoted took great exception to a story, alternately threatening to sue the newspaper and quit his job in shame. Neither course of action was taken, I added.

The kids wanted to know the most difficult assignment I'd ever encountered, the most interesting person I'd ever interviewed, what kinds of stories I liked best, and how I traveled to assignments. Did I take my own photographs? Did I develop my own photographs?

"When you do movie reviews," Billy asked, "do the theaters ever tell you what to write?"

I laughed and explained that, to the contrary, very often theater owners are very displeased with my reviews in the belief that a bad review will hurt their ticket sales. Reviews are gut reaction, I said.

When the half hour was up, I noticed that I had been sitting on the edge of my seat, twisting the corner hem of my jacket like some worry bead. It was over and now all I had to be nervous about was the actual airing of the show, which was pre-empted that night by a hockey game.

Come Wednesday night at 6:30, however, I'll be in ulcer city again thanks to some tough questions from a sharp trio of kids. When these guys say "Hey, Listen!" it's no empty threat.

Page 5 of 8    Filed 04/29/24    Document 70-46    1:13-cv-08001-BCW    Ex. 45    Page 1 of 1

Newspapers
by ancestry
https://www.newspapers.com/image/200327774

Downloaded on Oct 11, 2021

# Lakeview Shelter Closes Its Doors

### By LESLIE BROWN
#### Free Press Staff Writer

Burlington's only emergency shelter for runaway and homeless teen-agers has closed after 10 years in the community, its director announced Wednesday.

Lakeview Shelter, which offered short-term housing to teen-agers in state custody and to runaways with nowhere to go, could not meet state licensing requirements and remain financially solvent, said Jerry Mintz, headmaster at Shaker Mountain School. The school took over the Park Street home four years ago after Spectrum, a youth and family counseling agency, closed it because of funding problems.

"We estimated the cost of running Lakeview under the full impact of the state's regulations, and it would have more than doubled its operating budget," Mintz said in a prepared statement. "We are very proud of our accomplishments at Lakeview, but now it is time for some other community organization to pick up the burden."

Mintz said he was interested in helping another agency open an emergency shelter.

The state Social and Rehabilitation Services Department ceased sending youths to Lakeview last month because of the shelter's repeated licensing violations. Directors of the shelter were told a more structured program and building renovations were prerequisites to relicensing. The shelter's current license expires March 31.

The two sides, which have met several times this month, expressed philosophical differences in the treatment of troubled youth.

"It was our interest that they run a more structured program than they wanted to run. The problems were both programmatic and structural," said Ray Kirk, deputy commissioner.

"I guess we felt it was important for kids in that situation to make choices about their lives, so we emphasized that," said Mintz. "I think the state wants something more restrictive, and that's not something we're interested in doing."

Lakeview was staffed by three live-in employees, Mintz said. "SRS wanted an overnight awake staff, so that negates the kind of informal structure we now have."

Mintz added that the state wanted "a lot of little things that added up to a lot," such as replastering holes in the walls and repairing the staircase railing.

"They didn't feel (the building) looked all that attractive, and in many ways it didn't," he said, adding that Shaker Mountain did not have enough money to renovate Lakeview.

Both Mintz and department officials agreed a great need for an emergency youth shelter exists in Burlington, and other human service workers contacted Wednesday expressed concern over the void created by Lakeview's closing.

"It's clear we need those beds and that service. Somebody else is going to have to do that," said Gregory Packan, director of Children's Legal Services. He said he was "sad and a little bit panicked" upon hearing Lakeview was closing.

"There's a crying need for a shelter like Lakeview," said Suzanne Moore, director of the Lund Home, which provides shelter to teen-age girls. Moore cited a report on street youth by Jean Cass for the Champlain Valley Office of Economic Opportunity which stated Burlington's homeless youth population numbers 150. "There are kids out there who don't have a place to go."

Maggie Green, director of the Sara Holbrook Community Center.

**Turn to YOUTH, 8B**

Free Press Photo by ELAINE ISAACSON

Jerry Mintz, headmaster of Shaker Mountain School, and a group of Shaker Mountain students, stand before Lakeview (left to right): top, Torey Remington and Bruce Sanderson, and bottom, Eric Walker, Liz Miles and Tricia Miles.

Newspapers
by ancestry
https://www.newspapers.com/image/200330907

# Youth Shelter Closes Its Doors



**From Page 1B**

said, "We didn't turn our backs on adults who had no place to stay. We have to do the same for our kids." Two temporary shelters for adults have opened in the last three years.

Frederick Ober, social service district director of SRS, said the department has had to scramble to find short-term shelter for some of its clients since it stopped sending them to Lakeview.

"We've been able to use alternative housing, but we've been lucky," he said. "We're negotiating with one agency to set up another shelter that would be considerably more structured than Lakeview. It's a very high priority of the office."

Mintz said he and his board of directors realized they were taking on a challenge when they decided to buy the home four years ago. Since then, the shelter's six beds have been used by more than 200 teenagers, Mintz said, and he is still in touch with many of the young men and women who have sought help there.

"It was the closest thing many of them had to home, I think. We used to get quite crowded around Thanksgiving and Christmas time," he said.

While no one regretted the attempt, Mintz said, "a lot of people at Shaker Mountain are relieved we've closed Lakeview." He and his staff now will be able to put more time and money into Shaker Moun-

tain and the school's dormitory in Starksboro.

"It was a difficult and time-consuming job," he said. "We did the best that we could and we hope a successful solution is found to help these children in need."



Copyright © 2021 Newspapers.com. All Rights Reserved.

POWERED BY
Newspapers
.com™

Ex. 45 Page 7 of 13    Case 1:21-cv-08001-BCW    Document 70-46    Filed 04/29/24    Page 7 of 8

Newspapers
by ancestry

https://www.newspapers.com/image/200717169

Four Shaker Mountain School students, Lance Bailey, Juno Lamb, Bruce Sanderson and David Shawn, and two staff members, Peter Carr and Theresa Koenke, attended the Northeast Regional Conference of Alternative Community Schools in May in South Athol, Mass.

Copyright © 2021 Newspapers.com. All Rights Reserved.

POWERED BY
Newspapers
.com