As Counsel's billing records are Court records, A copy of Exhibits 46 through 52 is being provided to the government but not filed on the docket.