Declaration of Dale James

1. I served as a juror on the death penalty trial of Charles Hall and Wesley Coonce in 2014.

2. From what we heard at the trial, Mr. Hall had come from a good family, and the only hardship in his life was Crohn's disease.

3. During the trial, Mr. Hall showed no emotion. He seemed very cold and unfeeling. Even when his mother testified, he showed no feeling.  → 13 years old [2] when he was

4. I have been told by a member of Mr. Hall's current legal team that he was sexually assaulted by the headmaster at Shaker Mountain School and that there is fluid in his brain where brain matter should be present.

5. If I had known this information at the time of Mr. Hall's trial, I would not have voted for the death penalty for Mr. Hall.

6. I support Mr. Hall's sentence being commuted to life in prison.

D

p. 1 of 2

IFCD 00028531

penalty phase (1)

7. When the jury sent a note to the judge saying that we couldn't reach a decision, the judge's response made me think that he would not accept a ~~hum~~ hung jury or life sentence. I felt like a death sentence was the only option the judge would accept.

8. I am over 18 years old.

9. I declare under penalty of perjury that the foregoing is true and correct.

Signed this 4th day of Nov., 2023

in ~~Jasper, Ala.~~

Dale A. James

p. 2 of 2 (1)

IFCD 00028532