# Declaration of Gregory Collier

1. I am over 18 years of age. I am competent to give and sign this declaration.

2. I was a juror in Chuck Hall's and Wesley Coonce's trial.

3. I did not think Chuck Hall received the best criminal defense. It seemed apparent that Wesley Coonce's lawyers were better prepared. Chuck's lawyers rarely cross-examined witnesses or pushed back at all against the Government's case. Bob Lewis regularly fell asleep during the trial.

4. I voted for the death penalty then, but I would have no problem with President Biden commuting Chuck Hall's sentence to life in prison.

5. The thing that hurt Chuck Hall the most was being tried with Wesley Coonce. It felt like -- out of fairness -- we had to give Hall the same punishment as Coonce. Coonce's crimes were in a completely different league. Coonce is someone who deserves the death penalty and society needs to be protected from. By comparison, Chuck seems as harmless as a fly.

IFCD 00028533

Ex. 54, Page 4 of 2   Case 4:21-cv-08001-BCW   Document 70-55   Filed 04/29/24   Page 1 of 2

6. During Chuck's trial, We never heard about Chuck's sexual abuse at Shaker Mountain School, his abnormal brain scans, his high Prednisone dosage around the time of the homicide. ~~and~~ Also, the victim's family's desire to not execute Chuck are all things that in combination with a separate trial would have changed my vote and likely the majority of the rest of the jury.

I, Gregory Collier, declare this under penalty of perjury. I gave this declaration at my house in Conway, Missouri on Nov. 4, 2023

Gregory Collier
Conway, Mo.
11-4-23

IFCD 00028534