# Declaration of Nancy Jensen

1. I am over the age of 18. I am competent to sign and give this declaration.

2. I was the ~~first~~ second alternate in Chuck Hall and Wesley Coonce's trial. I was dismissed after deliberation for guilt/innocence began. I did not deliberate with this jury. I did not sit through the second phase of the trial.

3. I thought Chuck Hall was a follower. I would have voted for life imprisonment for Chuck Hall.

4. Though I did not hear the Government's negative evidence about Chuck Hall, I was told his anti-social personality diagnosis, his statements that he would kill again, and that he assaulted an inmate intending to kill that inmate.

5. I also heard about Chuck Hall's sexual abuse as a child, his consumption of Prednisone at the time of the homicide, his abnormal brain scans, and the victim's family's wishes.

6. I still believe Chuck Hall's sentence should be life in prison. I would be fine if President Joe Biden commuted Chuck Hall's sentence to life in prison. That would be the morally correct decision.

IFCD 00028535

I, Nancy Jensen, declare this under penalty of perjury. I signed this at my house in Conway, Missouri on Nov. 4, 2023

Nancy Jensen
Nancy Jensen
Conway, Mo.
11-4-23

IFCD 00028536