IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

**United States of America v. Wesley Paul Coonce, Jr.; Charles Michael Hall**
10-03029-01/02-CR-S-GAF

JURY'S QUESTION OR REQUEST

The jury has the following question:

We would like a definition of 'obstruct justice' as used in regard to non-statutory aggravating factor #4 for Defendant Hall.

Date: 6/2/14
Time: 9:05 AM

By: _Kim Polheisy_

Response from the Court:

I can not define "obstruct justice" other than to refer you to the context in which it is used.

Gary A. Fenner
Judge, U.S. District Court

ECF
809

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

**United States of America v. Wesley Paul Coonce, Jr.; Charles Michael Hall**
10-03029-01/02-CR-S-GAF

JURY'S QUESTION OR REQUEST

The jury has the following question:

Do the lawyers have the option to poll the jury if we cant
reach a unanimous decision.

Date: 6/2/14

Time: 2:00 PM

By: _Ken Pollreiy_

Response from the Court:

You will not be polled if a
non unanimous verdict is
accepted.

_Gary A. Fenner_
Gary A. Fenner
Judge, U.S. District Court

Ex. 56   Page 2 of 4

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

**United States of America v. Wesley Paul Coonce, Jr.; Charles Michael Hall**
10-03029-01/02-CR-S-GAF

JURY'S QUESTION OR REQUEST

The jury has the following question:

We have reached a decision in regards to Defendant Coonce. But I feel with 100 % certainty that we are unable to reach a unanimous decision in regards to ~~the~~ Defendant Hall.

Date: 6/2/14

Time: 2:30 PM

By: Kim Pollrein

Response from the Court:

You should continue your deliberations and try to reach unanimous verdicts.

Gary A. Fenner
Judge, U.S. District Court

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

**United States of America v. Wesley Paul Coonce, Jr.; Charles Michael Hall**
10-03029-01/02-CR-S-GAF

JURY'S QUESTION OR REQUEST

The jury has the following question:

request exhibits 211, 214, +215

Date: 6/02/14
Time: 1515

By: *Ken Pollreis*

Response from the Court:

attached.

_____
Gary A. Fenner
Judge, U.S. District Court