# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 10-03029-CR-S-GAF |
| | ) | |
| CHARLES MICHAEL HALL, | ) | |
| | ) | |
| Defendant. | ) | |

## SPECIAL VERDICT FORM

## COUNT I

**I.  AGE OF DEFENDANT**

**Instructions**:  The Government and Defendant Hall have stipulated — that is, they have agreed — that Defendant Hall was eighteen (18) years of age or older at the time of the offense. You must therefore treat that fact as having been proved and proceed to Section II, which follows.

**II.  REQUISITE MENTAL STATE**

**Instructions**:  For each of the following, answer "YES" or "NO."

1(A).   Do you, the jury, unanimously find that the Government has established beyond a reasonable doubt that Defendant Hall intentionally killed the victim, Victor Castro-Rodriguez, by causing Victor Castro-Rodriguez to be bound and then causing Victor Castro-Rodriguez's neck to be stepped on as Victor Castro-Rodriguez lay on the floor, which resulted in Victor Castro-Rodriguez's death, as set out in Instruction No. 13?

YES  ✔️ _____

NO  _____

1

_Ym Polheiy_
Foreperson

1(B).  Do you, the jury, unanimously find that the Government has established beyond a reasonable doubt that Defendant Hall intentionally inflicted serious bodily injury that resulted in the death of the victim, Victor Castro-Rodriguez, by causing Victor Castro-Rodriguez to be bound and then causing Victor Castro-Rodriguez's neck to be stepped on as Victor Castro-Rodriguez lay on the floor, which resulted in Victor Castro-Rodriguez's death, as set out in Instruction No. 13?

YES  ___✓___

NO  _____

_Ym Polheiy_
Foreperson

1(C).  Do you, the jury, unanimously find that the Government has established beyond a reasonable doubt that Defendant Hall intentionally participated in an act, contemplating that the life of a person, Victor Castro-Rodriguez, would be taken, or intending that lethal force would be used in connection with a person, other than one (1) of the participants in the offense, and the victim, Victor Castro-Rodriguez, died as a direct result of the act, by causing Victor Castro-Rodriguez to be bound and then causing Victor Castro-Rodriguez's neck to be stepped on as Victor Castro-Rodriguez lay on the floor, which resulted in Victor Castro-Rodriguez's death, as set out in Instruction No. 13?

YES  ___✓___

NO  _____

_Ym Polheiy_
Foreperson

2

1(D). Do you, the jury, unanimously find that the Government has established beyond a reasonable doubt that Defendant Hall intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one (1) of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and the victim, Victor Castro-Rodriguez, died as a direct result of the act, by causing Victor Castro-Rodriguez to be bound and then causing Victor Castro-Rodriguez's neck to be stepped on as Victor Castro-Rodriguez lay on the floor, which resulted in Victor Castro-Rodriguez's death, as set out in Instruction No. 13?

YES    ✓

NO    _____

*Kim Pollheiy*

Foreperson

**Instructions**: If you answered "NO" with respect to all of the determinations in this section, then stop your deliberations, cross out Sections III, IV, V, and VI of this form, and proceed to Section VII. Each juror should carefully read the statement in Section VII and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the court that you have reached a decision.

If you answered "YES" with respect to one (1) or more of the determinations in this Section II, proceed to Section III, which follows.

## III. STATUTORY AGGRAVATING FACTORS

**Instructions**: For each of the following, answer "YES" or "NO."

1. Do you, the jury, unanimously find that the Government has established beyond a reasonable doubt that Defendant Hall committed the offense in an especially heinous, cruel, or

3

Ex. 5 Case 3:14-cv-08001-BCW   Document 70-58   Filed 04/29/24   Page 3 of 11

depraved manner in that it involved torture or serious physical abuse to Victor Castro-Rodriguez, as set out in Instruction No. 14?

YES ___✓___

NO _____

_Kon Polkiny_
Foreperson

2. Do you, the jury, unanimously find that the Government has established beyond a reasonable doubt that Defendant Hall committed the offense after substantial planning and premeditation to cause the death of Victor Castro-Rodriguez, as set out in Instruction No. 14?

YES ___✓___

NO _____

_Kon Polkiny_
Foreperson

**Instructions**: If you answered "NO" with respect to all of the statutory aggravating factors in this Section III, then stop your deliberations, cross out Sections IV, V, and VI of this form and proceed to Section VII of this form. Each juror should then carefully read the statement in Section VII and sign in the appropriate place if the statement accurately reflects the manner in which he or she reached his or her decision. You should then advise the court that you have reached a decision.

If you found the requisite mental state in Section II and answered "YES" with respect to at least one (1) or more of the statutory aggravating factors in this Section III, proceed to Section IV, which follows.

IV. **NON-STATUTORY AGGRAVATING FACTORS**

**Instructions**: For each of the following, answer "YES" or "NO."

4

1. Do you, the jury, unanimously find that the Government has established beyond a reasonable doubt that Defendant Hall presents a future danger to others based upon the probability that Defendant Hall will commit criminal acts of violence that would constitute a continuing threat to the lives and safety of others, in that Defendant Hall has engaged in a continuing pattern of violent conduct, has threatened others with violence, has demonstrated lack of remorse, and/or has demonstrated a low rehabilitative potential, as set out in Instruction No. 15?

YES ___✓___

NO _____

___Kur Bollein/___
Foreperson

2. Do you, the jury, unanimously find that the Government has established beyond a reasonable doubt that Defendant Hall committed conduct suggesting a grave indifference to human life, as set out in Instruction No. 15?

YES ___✓___

NO _____

___Kur Bollein/___
Foreperson

3. Do you, the jury, unanimously find that the Government has established beyond a reasonable doubt that Defendant Hall has shown lack of remorse in the death of Victor Castro-Rodriguez, as set out in Instruction No. 15?

YES ___✓___

NO _____

___Kur Bollein/___
Foreperson

4.	Do you, the jury, unanimously find that the Government has established beyond a reasonable doubt that Defendant Hall acted to obstruct justice or to retaliate against Victor Castro-Rodriguez because of Victor Castro-Rodriguez's assistance to prison officials and guards in reporting inmate misconduct and in physical altercations between inmates and prison guards, as set out in Instruction No. 15?

YES _____✓_____

NO _____

_Ku Pollien_
Foreperson

**Instructions**: Regardless of whether you answered "YES" or "NO" with respect to the non-statutory aggravating factors in this Section IV, proceed to Section V, which follows.

## V.	**MITIGATING FACTORS**

**Instructions**: For each of the following mitigating factors, indicate in the space provided the number of jurors who have found the existence of that mitigating factor to be proven by the preponderance of the evidence.

A finding with respect to a mitigating factor may be made by one (1) or more of the members of the jury, and any member of the jury who finds the existence of a mitigating factor may consider such a factor established in considering whether or not a sentence of death shall be imposed, regardless of the number of other jurors who agree that the factor has been established. Further, any juror may also weigh a mitigating factor found by another juror, even if he or she did not also find that factor to be mitigating.

1.	Defendant Hall has accepted responsibility for what he did in connection with this offense.

6

Ex. 5 Case 6:21-cv-08001-BCW     Document 70-58     Filed 04/29/24     Page 6 of 11

Number of jurors who so find ___O___.

2.     Defendant Hall has shown remorse for what he did in connection with this offense.

Number of jurors who so find ___O___.

3.     Defendant Hall has had no institutional rules or disciplinary violations since January 26, 2010, the date of this offense.

Number of jurors who so find ___O___.

4.     Defendant Hall has, for many years, suffered from the mental illness of Bipolar disorder.

Number of jurors who so find ___O___.

5.     Defendant Hall has, since 1993, suffered with the serious illness of Crohn's disease.

Number of jurors who so find ___6___.

6.     On September 2, 1994, Defendant Hall suffered a significant brain injury due to a motorcycle accident.

Number of jurors who so find ___O___.

7.     At the time of this offense, Defendant Hall's capacity to appreciate the wrongfulness of his conduct or to conform his conduct to the requirements of the law was significantly impaired.

Number of jurors who so find ___O___.

8.     Defendant Hall committed this offense under severe mental or emotional disturbance.

Number of jurors who so find ___O___.

7

Ex. 5Case 4:21-cv-08001-BCW     Document 70-58     Filed 04/29/24     Page 7 of 11

9. Defendant Hall has a loving and caring relationship with his mother, Dorothy Hall, his father, Charles V. Hall, and his sister, Michelle Bories, and those relationships would continue if Defendant Hall was sentenced to life imprisonment without the possibility of release.

Number of jurors who so find ____1____.

10. Defendant Hall has demonstrated the ability to help others, such as when he patiently taught his disabled nephew how to crawl.

Number of jurors who so find ____0____.

11. Defendant Hall suffers from low self-esteem, as evidenced by him telling untruths to make himself sound more important to others.

Number of jurors who so find ____0____.

12. Defendant Hall has strong talents in sketch art, poetry, and music.

Number of jurors who so find ____0____.

13. While incarcerated, Defendant Hall has been the victim of serious assaults.

Number of jurors who so find ____0____.

14. Prior to January 26, 2010, the date of the offense, Defendant Hall gave warnings to prison officials about homicidal thoughts he was having, but those warnings were not heeded by prison officials.

Number of jurors who so find ____0____.

15. Bureau of Prisons staff failed to properly monitor Defendant Hall by not placing him in seclusion, restraints, or twenty-four (24) hour personal observation on January 26, 2010.

Number of jurors who so find ____0____.

16. Dangers in prison, particularly the need to retaliate for conduct by Victor Castro-Rodriguez against Defendant Hall, explain in part why this offense happened.

8

Number of jurors who so find ___0___.

17.     There are other reasons that weigh against the imposition of a sentence of death for Defendant Hall.

Number of jurors who so find ___0___.

The following extra spaces are provided to write in additional mitigating factors, if any, found by any one (1) or more jurors.  If none, write "NONE" and line out the extra spaces with a large "X."  If more space is needed, write "CONTINUED" and use the reverse side of this page.

__. NONE _____

_____.

Number of jurors who so find _____.

__._____.

Number of jurors who so find _____.

__._____.

Number of jurors who so find _____.

__._____.

Number of jurors who so find _____.

**Instructions**:  Proceed to Section VI and Section VII, which follow.

## VI.     **DETERMINATION**

Based upon consideration of whether the aggravating factor or factors found to exist sufficiently outweigh any mitigating factor or factors found to exist, or in the absence of any

9

mitigating factors, whether the aggravating factor or factors are sufficient to justify a sentence of death, and whether death is therefore the appropriate sentence in this case:

### A. <u>Death Sentence</u>

We determine, by unanimous vote, that a sentence of death shall be imposed on Defendant Hall.

YES _____✓_____

NO _____~~~~~_____

If you answer "YES," the foreperson must sign here, and you must then proceed to Section VII. If you answer "NO," the foreperson must sign, and you must then proceed to Section VI(B).

~~~~~~~~~~~~~~~~~~

Foreperson

Date: ___L/2___, 2014

### B. <u>Sentence of Life in Prison Without the Possibility of Release</u>

We determine, by unanimous vote, that a sentence of life imprisonment without the possibility of release shall be imposed on Defendant Hall.

YES _____

NO _____

If you answer "YES," the foreperson must sign here, and then you must proceed to Section VII.

_____
Foreperson

Date: _____, 2014

### VII. <u>CERTIFICATION</u>

10

By signing below, each juror certifies that consideration of the race, color, religious beliefs, national origin, or sex of Defendant Hall or Victor Castro-Rodriguez was not involved in reaching his or her individual decision, and that the individual juror would have made the same recommendation regarding a sentence for the crime or crimes in question regardless of the race, color, religious beliefs, national origin, or sex of Defendant Hall or Victor Castro-Rodriguez.

FOREPERSON

Date: _L/2_ , 2014

11