1. ████████████████████████████████ Juror Number: (4) 03-0034

2. ████████████████████████████████████████████

3. ████████████████████████████████████████████

4. If you have lived at your current residence less than five years, please list the city, state, and zip code of each previous residence at which you have lived during the last five years:
(STREET ADDRESSES NOT NEEDED)

| City | State | Zip Code |
|------|-------|----------|
|      |       |          |
|      |       |          |

5. How long have you lived in Missouri? __41 yrs__

6. a. How much education do you have?
Grade School or less _____
Some high school _____
High school graduate _____
Technical or business school _____
Some college __X__
Graduated from college with a degree in _____
Major areas of study in college included: __pre-Nursing__

2

Postgraduate degree _____

Post graduate degree held in _____

b.    Are you presently a student?

Yes ___          No X

If yes, describe course of study and anticipated date of completion:

_____

7.    List each high school attended.

| Name of High School | City and State |
| --- | --- |
| Marion C. Early | Morrisville, Mo |

8.    List any college or university you have attended.

| Name of College/University | City and State |
| --- | --- |
| Drury College | Springfield, Mo |
| State Fair Community College | Sedalia, Mo. |

9.    Have you earned any professional or vocational license or certificate?

Yes X          No ___

If yes, please state the type of license and year earned.

Registered Nurse 1987

Certified Health Information Technology-Implementation Specialist 2013

3

10. Do you have any special training or skills?

Yes _X_         No ____

If yes, please list that special training or those skills below.

_____ Computer design for use with Meditech vendor which is an Electronic Health Record vendor. _____

11. When you are asked to learn a new task, how would you prefer to do that?

____ I would read any information I could get on the subject

____ I would find someone who knew something about the subject and have them explain it to me

____ I would try to find a video about the subject, and watch that

____ I would just start doing the task, and learn by trial and error

_X_ Other (please explain) _I would do all of the above_

12. What is your occupation? _Clinical Systems Analyst_

Name of your employer: _Citizens Memorial Hospital_

Address of employer: _Bolivar   Mo_
            (City)     (State)   (STREET ADDRESS NOT NEEDED)

Length of employment: _Currently 19 yrs , was employed previously 1 yr_

Present job description: (describe briefly): _Design, maintain + support users of our Electronic Health Record for the following departments: Pre Hospital, Emergency Dept Physicians, Emergency Dept, Radiology + clinics, Lab + clinic_

13. Do you have any supervisory responsibilities at work?

Yes ____    No _X_

If yes, how many people are under your supervision?_____

4

14. If you are not currently employed outside the home, please check the category below that applies to your employment status.

_____ Homemaker     _____ Stay at home parent

_____ Retired     _____ Unemployed-looking for work

_____ Student     _____ Disabled

_____ Other: Please explain _____

15. Please list all jobs you have held in the past. Do not include your current employment if you are currently employed. (Please include a brief description of the tasks you performed in each job, how long you held the job, and your reason for leaving the job.)

| Name of Employer | Dates Worked | Duties | Why left job |
|---|---|---|---|
| Big T Family Restaurant | 1984 | Customer Service/Clean | better job |
| Lester E. Cox Medical Center | 1984-87 | Nurse Aide/OB tech | became RN |
| Cox Health System | 1987-90 | Critical Care Nurse | moved |

16. What is/was your father's occupation?

worked at Litton Industries – circuitry boards and then Home Med technician

17. What is/was your mother's occupation?

Registered Nurse

18. Are you: Married _X_ Single ____ Divorced ____ Widowed ____

Living with a significant other ____ Separated ____

19. How many times have you been married? once

5

20. Spouse's or significant other's:

First name: ___Dan___

Occupation: ___Trooper___

Prior Occupations: ___Emergency Medical Technician___

_____

21. Do you have children? Yes _X_       No ____

If you have children, please list their sex and age for each child. If the child is over 18 years of age, please also list his/her current occupation.

| Male/Female | Age | Occupation |
|---|---|---|
| Female | 21 | Student/Staff Accountant |
| Female | 18 | Student/Clerk |
| | | |

If your children are school-age, do they attend:

_X_ Public School     ____ Catholic School     ____ Other Religious Private School

____ Other Private School     ____ Home School

22. Do you have grandchildren? Yes ____       No _X_

If you do have grandchildren, please list the sex and age for each grandchild. If the grandchild is over 18 years of age, please also list his/her current occupation.

| Male/Female | Age | Occupation |
|---|---|---|
| | | |
| | | |

6

23. What are your hobbies and favorite kinds of recreations?

read, run, walk on the beach, collect shells, explore historical areas

24. Please name the three public figures, living or deceased, whom you most admire.

(1) Veterans & Current Military personnel

(2) 

(3) 

25. Do you read books or listen to books on tape?

read $\times$   listen on tape ____   both ____.

26. How often do you read or listen to books:

frequently $\times$   occasionally ____   hardly ever ____

What authors and types of books do you tend to read or listen to?

Various - action/adventure/romance/suspense/mystery

What was the last book you read/listened to? Sorry - can't remember the title

Are you currently reading/listening to a book?

Yes ____   No $\times$

If yes, what book are you reading/listening to? ____

7

27. Please list your three favorite books you have ever read or listened to.

(1) _books by Steve Berry_

(2) _books by Jeff Galloway_

(3) _____

28. Please list your three favorite movies you have ever seen.

(1) _Saving Private Ryan_

(2) _Christmas Story_

(3) _Sound of Music_

29. Do you enjoy movies? Yes _X_    No ____

When you see movies, what kind of movies do you like?

_adventure/mystery/military based_

What movie did you see last? _Zero Dark Thirty_

30. What television programs do you watch regularly? _NCIS, Selling New York, Perception, Nightline, 5 Ingredient Fix_

8

31. When you watch news programs on TV, what channel or channels do you watch (please mark all the ones you watch).

X Local Channels (NBC, ABC, CBS, FOX)

___ CNN

___ Christian Broadcasting Network

___ C-SPAN

X Fox News Channel

___ MSNBC/CNBC

___ PBS (Public Broadcasting)

___ Daily Show with John Stewart (Comedy Central)

___ Other-Please indicate which other channels you watch for news. _____

___ I never watch news programs on TV

32. Do you watch TV news magazine, interview or talk shows?

Yes X    No ___

If your answer is yes, please list the names of the shows you watch.

Nightline - they show content at the beginning so you can decide if its worth your time/intelligence to watch.

33. What radio stations do you listen to?

River, KADI, Clean Air, KTTS, ALICE

9

34. Do you listen to radio talk shows? Yes _____ No _X_

If your answer is yes, please indicate to which radio talk shows you listen.

_____

_____

Have you ever called a radio talk show to express an opinion?

Yes _____ No _X_

If your answer is yes, please describe the opinions which you expressed.

_____

_____

_____

35. What newspapers and magazines do you read?

___Bolivar Herald - Free Press , Running Magazine___

_____

36. Do you use the Internet? Yes _X_ No _____

If "yes", for what purposes do you use the Internet? Please mark all that apply to you.

Obtain Information _X_ Shopping _X_ "chat-rooms" _____ "e-mail" _X_

Obtain local/national news _____ Access "blogs" _____ Instant messaging _____

Access file sharing sites _____ Meet new people and date _____ Skype _____

Other (please explain) ___Work_____

37. Do you have a "web page"? Yes _____ No _X_

If your answer is "yes", please explain content. _____

_____

10

38. Do you have a Facebook page? Yes _X_    No ____

If your answer is yes, please describe how often and for what purposes you access

and use Facebook. ___running group information,___

___might access once a week or daily___

_____

_____

39. Do you have a Twitter account? Yes ____    No _X_

If your answer is yes, please describe how often and for what purposes you access

and use Twitter. _____

_____

_____

_____

40. Have you ever made posts to You-Tube, Vine or other such sites? Yes ____ No _X_

If your answer is yes, please describe the items you have posted.

___I've not posted, but I'm on it due to a vendor posting___

___an interview___

41. Do you have any bumper stickers on your car?

Yes _X_        No ____

If yes, what do the bumper stickers say?

___(26.2) & (13.1)___

_____

_____

11

42. In a political sense, which of the following best describes you?

_____ Liberal

_____ Moderate

_____ Conservative

_X_ Other: (Please explain) ___depends on the topic___

_____

43. Have you read any books or articles about the death penalty?

Yes _____          No _X_

If your answer is yes, please indicate the books or articles you have read.

_____

_____

_____

_____

Please describe what impact this reading had on you.

_____

_____

_____

_____

12

44. Have you seen any movies or television programs about the death penalty?

Yes _X_        No ___

If your answer is yes, please indicate the movies or programs you have watched.

I watched the "Green Mile" and possibly other movies that involved a character on deathrow

Please describe what impact this viewing had on you.

this "from a work of fiction, so they achieved their objective to impact the viewer while watching the movie. The overall story line was engaging

45. Please describe your feelings about the death penalty in your own words. Please describe how strong are those feelings and how long have you had them?

I believe the death penalty was intended to be a "deterrant" for crimes involving death, but in the event they occurred it would be justice for the victim. It's interesting the different methods per state and how long a person may be on deathrow. It's a topic our country is divided on.

13

46. Which of the following best describes your feelings about the death penalty? Please read all of the statements carefully, take some time to think, and then mark all of the choices which you believe describe your feelings.

a. I am opposed to the death penalty, and I will never vote to impose the death penalty in any case, no matter what the facts.

b. I am opposed to the death penalty, and I would have a difficult time voting to impose the death penalty.

c. I am opposed to the death penalty, but could vote to impose the death penalty if I believed that the death penalty was called for in light of the facts and the law in the case.

d. I have no definite opinions for or against the death penalty. I could vote to impose the death penalty, or I could vote to impose a sentence of life imprisonment without possibility of parole, whichever I believed was called for in light of the facts and the law in the case.

e. I am in favor of the death penalty, but I could vote for a sentence of life imprisonment without possibility of parole if I believed that a sentence of life imprisonment without possibility of parole was called for in light of the facts and the law in the case.

f. I am strongly in favor of the death penalty, and I would have a difficult time voting for a sentence of life imprisonment without possibility of parole.

g. I am strongly in favor of the death penalty, and I would vote for the death penalty in every case in which the person charged is eligible for a death sentence.

h. None of the statements above correctly describes my feelings about the death penalty.

14

47. Have you read any books or articles about what life is like for a person doing time in prison?

Yes X          No ___

If your answer is "yes", please indicate the books or articles you have read.

_____ can't recall the title _____

_____

Please describe what impact this reading had on you.

_____ I read fiction, so no way to tell what part

_____ the author took literary license with...

48. Have you seen any movies or television programs about what life is like for a person doing time in prison?

Yes X          No ___

If your answer is "yes," please indicate the movies or programs you have watched.

_____ Con Air _____

_____

Please describe what impact this viewing had on you.

_____ work of fiction — unknown regarding what

_____ aspects - if any, are based on reality

49. Please describe your impression of what life is like for a person doing time in prison.

_____ regimented, lack of privacy, rules, lack of freedom

_____

_____

15

50. In the last ten years, are there any court cases which you have followed with interest?

Yes _____ No __X__

If your answer is "yes", please indicate what cases you have followed, why you were interested in each such case, and whether you agreed or disagreed with the outcome in each such case.

_____

_____

_____

51. Are there guns in your home? Yes __X__ No _____

If yes, please indicate whether you or another member of your household owns guns, how many guns are owned, and what kinds of guns are owned (handgun, rifle, shotgun, semi-automatic, etc.)

husband, I don't know the exact number, he has guns for work and also collects; I do know these include: handgun, rifle, shotgun.

52. Please describe your feelings about guns.

_____ I believe there should be gun control.

_____ I am opposed to gun control of any kind.

_____ I believe that a gun owner should be allowed to carry the gun concealed with him/her for protection.

__X__ Other, please explain ___I have concerns with people who carry concealed weapons because they can... in the event___

16

53. Do you have a religious affiliation or preference? Yes _X_ No ___

If your answer is yes, what is your religion?

_____ Methodist _____

Do you attend church regularly? Yes ___ No _X_

If you hold any position or office in your church, please describe the position or office which you hold.

_____

Do you participate in a Bible study group?

Yes ___ No _X_

54. Does your spouse/significant other have a religious affiliation?

Yes ___     No _X_

If your answer is yes, what is his/her religion?

_____

Does he/she attend church regularly? Yes ___ No _X_

If he/she holds any position or office in the church, please describe the position or office which he/she holds.

_____

Does he/she participate in a Bible study group? Yes ___ No _X_

55. Would anything about your religious, moral or philosophical beliefs make it difficult for you to sit in judgment of another person?

Yes ___     No _X_

If your answer is yes, please explain _____

_____

17

56. Do you belong to any group or organization that is active in trying to protect the rights of crime victims, or is active in law enforcement or crime prevention? (Examples - Mothers Against Drunk Driving, a neighborhood watch group)

Yes _____     No _X_

If your answer is "yes", please indicate each such group to which you belong.

_____

57. Do you belong to any group or organization that is active in rehabilitation of people with problems or active in helping people in trouble with the law? (Examples - Alcoholics Anonymous, Narcotics Anonymous, support groups for persons with family members in prison such as the Seven Step Foundation?)

Yes _____     No _X_

If your answer is "yes", please indicate each such group to which you belong.

_____

58. Please list the names of all other organizations to which you belong, including labor unions, volunteer organizations, clubs, societies, fraternal organizations, and professional organizations (Examples - AFL-CIO, Teamsters, National Rifle Association (NRA), National Association for the Advancement of Colored People (NAACP), Kiwanis, Knights of Columbus, etc.)

_____ I do not belong to any organizations @ this time

_____

_____

If you hold an office or official position in any of the organizations you listed above, please state the organization and the position which you hold:

Organization                    Position Held

_____

_____

18

59. Please list the names of all organizations to which your spouse/significant other belongs, including labor unions, volunteer organizations, clubs, societies, fraternal organizations, and professional organizations (Examples - AFL-CIO, Teamsters, National Rifle Association (NRA), National Association for the Advancement of Colored People (NAACP), Kiwanis, Knights of Columbus, etc.)

*I'm not aware of any memberships*

If your spouse holds an office or official position in any of the organizations you listed above, please state the organization and the position which your spouse holds.

Organization                    Position Held

60. Have you or your spouse or significant other served in the military? (This includes the National Guard)

You: Yes _____   No ☒        Spouse/Significant Other: Yes _____   No ☒

If answer is yes above, please describe branch of service, dates of service, assignments, highest rank attained, medals or commendation, and nature of discharge, etc.:

61. Are you presently or have you ever been involved in law enforcement (including police, highway patrol, sheriff's office, military police, correctional officers, probation and parole officers, juvenile officers and security guards)?

Yes _____        No ☒

If yes, name agency and position: _____

19

62. Is your spouse or significant other presently or has your spouse or significant other ever been involved in law enforcement (including police, highway patrol, sheriff's office, military police, correctional officers, probation and parole officers, juvenile officers and security guards)?

Yes _X_    No ____

If yes, name agency and position: _Missouri State Highway Patrol, Trooper, currently pilot, Aircraft Division_

63. Have you ever applied for a job with any law enforcement agency, or any other governmental agency?

Yes ____    No _X_

If yes, please indicate what agency, what job, and when you applied.

| Agency | Job | When applied |
|---|---|---|
|  |  |  |

64. Have you or a close family member or close friend ever had an exceptionally good experience involving a law enforcement officer?

Yes _X_    No ____

If your answer is yes, please describe that experience. If there is more than one exceptionally good experience, please describe each incident.

_I was 16 and a school mate started slowing down/speeding up while I tried to pass. I sped up to get around the car due to_

65. Have you or a close family member or close friend ever had an exceptionally bad experience involving a law enforcement officer?

Yes ____    No _X_

20

If your answer is yes, please describe that experience. If there is more than one exceptionally bad experience, please describe each incident.

_____

_____

66. In your opinion, how good of a job do you feel local law enforcement is doing in your community (local police, sheriff's department)?

_____ good _____

_____

67. In your opinion, how good of a job do you feel federal law enforcement agencies like the Federal Bureau of Investigation (FBI) and other federal law enforcement agencies are doing?

_____ good _____

_____

68. Have you ever served on a jury in a criminal or civil case?

Yes _X_          No _____

If your answer is "yes", please answer the following:

a. Type of case on which you served as a juror

    Criminal ____        Civil _X_        Both ____

b. Court(s)

    Federal ____        State _X_        Both ____

21

Ex. 68 Page 21 of 181   Case 4:21-cv-08001-BCW   Document 70-59   Filed 04/29/24   Page 20 of 181

c. If you have been a criminal case juror, for each such case, please indicate the kind of case it was (murder, stealing, assault, etc.), the place where the case occurred, the approximate date when the trial occurred, and whether a verdict was reached.

| Kind of Case | Where | Date | Verdict? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

d. Did the jury set punishment in each criminal case which you listed above?

Yes _____          No _____

e. Were you ever the foreperson of the jury in any of the cases above?

Yes _____          No _____

f. Have you ever served on a grand jury?

Yes _____          No _____

g. Have you ever served on a special or general court martial?

Yes _____          No _____

h. Is there anything about your prior jury service that might affect your ability to be fair and impartial in this case?

Yes _____          No _____

If yes, please explain: _____

_____

69. Have you filed a lawsuit, or had a lawsuit of any kind filed against you, by anyone in Court?

Yes _____          No _X_

22

If your answer is yes, please indicate who brought the lawsuit, what the lawsuit was about, and the result of the lawsuit

| Who Brought Lawsuit | What Lawsuit was about | Result of Lawsuit |
| --- | --- | --- |
| | | |
| | | |

70. Have you or has someone close to you gone to a court of law for child custody issues?

Yes _X_          No ____

If yes, please indicate who was involved in the case, describe the situation, and describe your attitude about the situation.

_about 30 yrs ago – sister – custody – it worked itself out_

_over last 5 yrs – sister-in-law – custody – it worked itself out_

71. Have you ever worked for a lawyer in a law office?

Yes ____          No _X_

If your answer is yes, please list for each such job when you worked at that job, for whom you worked (what lawyer or what firm), what kind of law the lawyer or firm practiced, and what your job duties were.

| Date | Lawyer/Firm | Law Practiced | Your Duties |
| --- | --- | --- | --- |
| | | | |
| | | | |

72. Do you have any legal training or have you taken any law courses?

Yes ____          No _X_

23

If your answer is yes, please list each training or course you have taken, and when you had that training, or took those courses.

Title of Class/Training                                    Date

_____     _____

_____     _____


73. Do you have any family members or close friends who are lawyers?

Yes ____          No __X__

If your answer is yes, for each person, please list the name of this lawyer, what your relationship is to that person, and what kind of law that lawyer practices.

Name of lawyer          Relationship          Kind of law practiced

_____

_____


74. Do you have any family members or close friends who are judges or retired judges?

Yes ____          No __X__

If your answer is yes, for each judge, please list the name of the Judge, in what State that Judge works, and what your relationship is to that Judge.

Name of Judge          State          Relationship

_____

_____


75. Do you have any family members or close friends who work for a United States Attorney's Office or a State Prosecutor's Office?

Yes ____          No __X__

24

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

Office Where Works                    Relationship

_____

_____

76.  Do you have any family members or close friends who work for a Public Defender's Office?

Yes ____          No _X_

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

Office Where Works                    Relationship

_____

_____

77.  Do you know anyone who works in a courthouse such a bailiff or clerk?

Yes ____          No _X_

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

Office Where Works                    Relationship

_____

_____

78.  Have you or a close family member ever undergone counseling, treatment or hospitalization for psychiatric, emotional, behavioral or substance abuse (alcohol/drug) problems?

Yes _X_          No ____

25

If yes, please give details: _nephew - not sure of current status_

79. Have you, any family members or any close friends ever been employed in the mental health field?

Yes _X_ No ___

If yes, please give details: _I worked on a locked -voluntary admit "Stress" Unit as a nurse @ GVMH_

80. Have you ever undergone a hospitalization of more than two days for a major medical problem?

Yes _X_          No ___

If yes, please give details: _C-section 1992 + 1996_

81. Have you, any family members or any close friends ever been employed in the medical field?

Yes _X_ No ___

If yes, please give details: _Myself, husband-RN, mother-EMT, -RN I work at a hospital and have friends that work there and at other medical organizations_

82. Have you ever pleaded guilty to or been convicted of a crime other than a simple traffic violation?

Yes ___          No _X_

26

If your answer is "yes", please indicate what was the crime, when it occurred, and what punishment you received.

_____

_____

83  Do you know personally or have you ever known personally anyone who has been convicted or pleaded guilty to a crime?

Yes _X_          No ___

If yes, for each person, state that person's relationship to you and the name of the crime and sentence imposed, including probation:

_nephew, not sure, not sure_____

_____

84.  Have you ever visited a person in jail or in a penitentiary, or have you ever toured a jail or a penitentiary?

Yes ___          No _X_

If your answer is yes, please indicate what impressions you received from the visit or visits to jails or penitentiaries which you made?

_____

_____

85.  Have you, your spouse, your significant other, a relative or a close friend ever been the victim of a crime?

Yes ___          No _X_

If your answer was yes please describe each such incident, giving the date, who was involved (you or relative/friend), and what kind of crime was involved.

| Date | Who Involved (You, Relative/Friend) | Kind of Crime |
|------|-------------------------------------|---------------|
|      |                                     |               |

27

86. Have you ever been a witness to a crime?

Yes _____     No X

Have law enforcement officers ever asked you to assist with a criminal investigation?

Yes _____     No X

If your answer was yes to either of the previous two questions, please describe each incident, giving the approximate date, the kind of incident involved, and whether you were called to court as a witness.

Date        Kind of Incident      Called as Witness?

_____

_____

87. In your opinion, what are the most important causes of crime?

lack of self-discipline + lack of self-control

_____

_____

88. In your opinion, what things should be done to solve the problem of crime?

I'm sorry, at this time I'm unable to provide an actionable solution

_____

89. In your opinion, are there problems with the criminal justice system?

Yes X     No _____

28

If your answer is yes, what are those problems as you see them?

_delays_

If your answer was yes above, in your opinion, what should be done to solve the problems you have described?

_decrease delays_

90. What is your general impression about criminal case prosecutors?

_they have a job to provide/ensure justice_

91. What is your general impression about criminal case defense attorneys?

_they have a job to make sure the defendant has access to the justice system and is competently guided through it_

29

92. Charles Michael Hall is a defendant in this case. Mr. Hall is forty-two years old, and was born in Portland, Maine. Mr. Hall was adopted at birth by Charles and Dorothy Hall. Mr. Hall grew up and attended school in the State of Maine. Do you know or have you heard of Charles Michael Hall or his parents Charles and Dorothy Hall?

Yes _____          No _X_

If your answer is yes, please describe how you know or have heard of Charles Michael Hall or his parents.

_____

_____

93. In this case, Charles Michael Hall is being represented by Frederick A. (Fred) Duchardt, Jr., of Trimble, Missouri and Robert A. Lewis of Springfield, Missouri. Do you know or have you heard of either of these attorneys?

Yes _____          No _X_

If your answer is yes, please describe how you know or have heard of either Mr. Duchardt or Mr. Lewis.

_____

_____

94. Wesley Paul Coonce, Jr. is a defendant in this case. Mr. Coonce is thirty-three years old, was born in Claremore, Oklahoma, and grew up in Flint, Michigan and Mansfield, Texas. Do you know or have you heard of Wesley Paul Coonce, Jr.?

Yes _____          No _X_

If your answer is yes, please describe how you know or have heard of Wesley Paul Coonce.

_____

_____

_____

30

95. In this case, Wesley Paul Coonce, Jr. is being represented by Thomas Carver and Shane Cantin of Springfield, Missouri, and Matthew Rubenstein of Portland, Oregon. Do you know or have you heard of any of these attorneys?

Yes _____        No _X_

If your answer is yes, please describe how you know or have heard of Mr. Carver, Mr. Cantin or Mr. Rubenstein.

_____

_____

96. The prosecutors in this case are Assistant United States Attorneys Randall Eggert and Gary Milligan of Springfield, Missouri, and Department of Justice Attorney James Peterson of Washington, D.C.. Do you know or have you heard of any of these attorneys?

Yes _____        No _X_

If your answer is yes, please describe how you know or have heard of Mr. Eggert, Mr. Milligan or Mr. Peterson.

_____

_____

31

97. During this trial, persons described as experts may be called as witnesses by the prosecution and defense to give opinions and testify in the case. The law provides that persons who, by knowledge, skill, training, education or experience, have become expert in some field may state their opinions on matters in that field and may also state the reasons for their opinions. The law provides that expert testimony should be considered just like any other testimony. A jury may accept or reject this testimony, and give the testimony as much weight as they think it deserves, considering the witness' education and experience, the soundness of the reasons given for the opinion, the acceptability of the methods used, and all the other evidence in the case. Choose all of the following statements which accurately describe how you would consider such expert testimony.

(A.) I would be able to follow the law, and consider expert testimony just like any other testimony. I would give the testimony as much weight as I thought it deserves, considering the witness' education and experience, the soundness of the reasons given for the opinion, the acceptability of the methods used, and all the other evidence in the case;

B. I would not be able to follow the law, and consider expert testimony just like any other testimony; I would trust expert witnesses called by the prosecution more than those called by the defense;

C. I would not be able to follow the law, and consider expert testimony just like any other testimony; I would trust expert witnesses called by the defense more than those called by the prosecution;

D. I would not be able to follow the law, and consider expert testimony just like any other testimony; I would disregard anything such a witness would say, regardless of what the law says,

E. Other (please explain) _____

_____

32

98. During this trial, witnesses may be called who have entered into agreements with the government to obtain their testimony. This sort of an agreement generally provides that in return for the witness' assistance, the government will dismiss certain charges or recommend a less severe sentence for the witness if the government believes the witness testifies truthfully. The Court will then decide what consideration a witness should receive because of his cooperation. Choose all of the following statements which accurately describe how you would consider such testimony.

(A.) I would give such testimony the weight which I thought it deserved, and I would decide whether I thought the testimony had been influence by the hope of receiving a reduced sentence;

B. I would automatically believe such testimony in light of the agreement;

C. I would automatically disbelieve such testimony;

D. Other (please explain) _____

99. This case involves an alleged murder that took place at the United States Medical Center for Federal Prisoners in Springfield Missouri on or about January 26, 2010. The defendants Charles Michael Hall and Wesley Paul Coonce, who were inmates at the prison at the time, are charged with aiding and abetting each other in the murder of an inmate named Victor Castro-Rodriguez. Keep in mind that a charge is not evidence. A charge is merely an accusation. Mr. Hall and Mr. Coonce are presumed to be innocent until the government proves otherwise. In this case, the government is seeking the death penalty against both Mr. Hall and Mr. Coonce. There have been some reports about this case in the newspaper and on the radio and television. Do you have any knowledge about this case obtained from news reports or from any other sources? Do you recall reading, seeing, or hearing anything about this crime, or the people involved?

Yes _____          No _X_

If your answer is yes, please describe all that you have read, seen and heard, and include the source from which you obtained the information (newspaper, television, radio, friends, family members, etc).

_____

_____

_____

33

_____

_____

100. Trial of this case is expected to last four to five weeks.  Do you have any of the following problems?  (Please check all that apply to you)

_____ Hearing difficulties

_____ Vision problems

_____ Regular Doctor appointments

_____ Someone sick to care for

_____ Small children to care for

_____ An elder family member to care for

_____ Some other problem which will make it difficult for you to serve as a juror for several weeks (please explain)

_____

101. Do you have physical or medical problems which would make jury duty difficult for you?

Yes _____          No _X_

If yes, please explain: _____

_____

_____

_____

34

102. Some people who are called for jury service would like to be chosen to serve on a jury, while others would rather not be chosen. How do you feel?

_____ I would like to serve

_____ I would rather not serve

_____ I have no opinion

__X__ Other (Please explain): _If chosen, I would serve_

103. Did you have any problems reading and understanding this questionnaire?

Yes _____          No _X_

If your answer is yes, please explain below

_____

_____

104. Is there anything else that you wish to bring to the attention of the court or the attorneys in this case?

Yes _____          No _X_

If yes, please explain: _____

_____

_____

_____

_____

_____

35

Use the space on this page and on the following pages if you need additional space to answer any of the questions in this questionnaire:

8. St. Louis Community College          St. Louis, Mo

15. Citizens Memorial Hospital 1988-89   Emergency RN        hours
    Golden Valley Memorial Hospital 1990-95  RN-Psych, ICU, Education    moved
    State Fair Community College 1991-92   RN Education Coordinator @ GVMH  changed job
    Citizens Memorial Hospital 1995-  sorry, this is current

64. an oncoming car to avoid an accident ... the oncoming car was a Highway Patrolman, who then pulled me over and discussed with me how to avoid those situations in the future.

52. something happened, would they be able to use it, or could it be taken away + used against others ...?

8. Burge School of Nursing          Springfield, Mo

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I do hereby certify that the answers which I have given in this questionnaire are true and complete to the best of my knowledge and belief.

_____
(Signature)

02-12-14
_____
(Date)

37

Ex. 58 Page: 36 of 181  Case 4:21-cv-08001-BCW    Document 70-59    Filed 04/29/24    Page 36 of 181

# 4

Question 85. Brother-in-law was involved in a shooting as a Mo. State Trooper. He did the shooting as a result of a stop where the person started an altercation and tried to get his gun. I don't see where my Brother-in-law would be classified as a victim, but wanted clasification

Court's Exh 1

2/18/14

11:21 a.m.

JUROR 3-0034

1.  Name ██████████████████                                Juror Number: ~~635 17~~ 7

2.  ████████████████████████████████████████████
    ████████████████████████████████████████████
    ████████████████████████████████████████████
    ████████████████████████████████████████████

3.  ████████████████████████████████████████████
    ████████████████████████████████████████████
    ████████████████████████████████████████████
    ████████████████████████████████████████████
    ████████████████████████████████████████████
    ████████████████████████████████████████████
    ████████████████████████████████████████████

4.  If you have lived at your current residence less than five years, please list the city, state, and zip code of each previous residence at which you have lived during the last five years:
    (STREET ADDRESSES NOT NEEDED)

    | City | State | Zip Code |
    |------|-------|----------|
    | | | |
    | | | |

5.  How long have you lived in Missouri? _Life_

6.  a. How much education do you have?
       Grade School or less _____
       Some high school _____
       High school graduate _X_
       Technical or business school _____
       Some college _____
       Graduated from college with a degree in _____
       Major areas of study in college included: _____

2

Postgraduate degree \_\_\_\_\_

Post graduate degree held in _____

b.  Are you presently a student?

Yes \_\_\_\_          No _X_

If yes, describe course of study and anticipated date of completion:

_____

7.  List each high school attended.

<u>Name of High School</u>                          <u>City and State</u>

Billings High                                     Billings, mo.

_____

8.  List any college or university you have attended.

<u>Name of College/University</u>                   <u>City and State</u>

_____

_____

9.  Have you earned any professional or vocational license or certificate?

Yes \_\_\_\_          No _X_

If yes, please state the type of license and year earned.

_____

_____

3

10. Do you have any special training or skills?

Yes _____ No _X_

If yes, please list that special training or those skills below.

_____

_____

11. When you are asked to learn a new task, how would you prefer to do that?

_X_ I would read any information I could get on the subject

_____ I would find someone who knew something about the subject and have them explain it to me

_____ I would try to find a video about the subject, and watch that

_____ I would just start doing the task, and learn by trial and error

_____ Other (please explain) _____

12. What is your occupation? _retired_____

Name of your employer: _____

Address of employer: _____
                          (City)      (State)   (STREET ADDRESS NOT NEEDED)

Length of employment: _____

Present job description: (describe briefly): _____

_____

_____

13. Do you have any supervisory responsibilities at work?

Yes _____ No _X_

If yes, how many people are under your supervision?_____

4

14. If you are not currently employed outside the home, please check the category below that applies to your employment status.

_____ Homemaker _____ Stay at home parent

_X_ Retired _____ Unemployed-looking for work

_____ Student _X_ Disabled

_____ Other: Please explain _____

15. Please list all jobs you have held in the past. Do not include your current employment if you are currently employed. (Please include a brief description of the tasks you performed in each job, how long you held the job, and your reason for leaving the job.)

| Name of Employer | Dates Worked | Duties | Why left job |
|---|---|---|---|
| Solo Cup | 1984 - 2004 | LTca | hurt Back |
| Toombs & Co. | 1977 - 1984 | Warehouse | went To Solo |

16. What is/was your father's occupation?

Truck Driver

17. What is/was your mother's occupation?

Garment Factory

18. Are you: Married _X_ Single _____ Divorced _____ Widowed _____

Living with a significant other _____ Separated _____

19. How many times have you been married? _3_

5

20. Spouse's or significant other's:

First name: _Yolanda_

Occupation: _medical asst._

Prior Occupations: _Solo Cup_

21. Do you have children? Yes _X_          No ____

If you have children, please list their sex and age for each child. If the child is over 18 years of age, please also list his/her current occupation.

| Male/Female | Age | Occupation | | | |
|---|---|---|---|---|---|
| Male Mike | 36 | U.S. Army | Female Shawnda | 27 | |
| male Chris | 36 | Carpenter | U.S. Air Force | | |
| male Noah | 9 | student | | | |

If your children are school-age, do they attend:

_X_ Public School    ____ Catholic School    ____ Other Religious Private School

____ Other Private School    ____ Home School

22. Do you have grandchildren? Yes _X_          No ____

If you do have grandchildren, please list the sex and age for each grandchild. If the grandchild is over 18 years of age, please also list his/her current occupation.

| Male/Female | Age | Occupation | |
|---|---|---|---|
| 3 male | 10 | 4 | 4 |

6

23. What are your hobbies and favorite kinds of recreations?

Camping

fishing

24. Please name the three public figures, living or deceased, whom you most admire.

(1) George Bush

(2) Ron Reagen

(3) Pastor Heggee

25. Do you read books or listen to books on tape?

read _X_    listen on tape ____    both ____.

26. How often do you read or listen to books:

frequently ____    occasionally _X_    hardly ever ____

What authors and types of books do you tend to read or listen to?

mystery

What was the last book you read/listened to? The Shack

Are you currently reading/listening to a book?

Yes ____    No _X_

If yes, what book are you reading/listening to? _____

7

27. Please list your three favorite books you have ever read or listened to.

(1) _The Shack_

(2) _of mice of men_

(3) _The Bible_

28. Please list your three favorite movies you have ever seen.

(1) _Forrest Gump_

(2) _Lord of rings_

(3) _Braveheart_

29. Do you enjoy movies? Yes _X_    No ____

When you see movies, what kind of movies do you like?

_all_

What movie did you see last? _Lord of rings_

30. What television programs do you watch regularly? _Swamp people_
_Gold rush    sports_

8

31. When you watch news programs on TV, what channel or channels do you watch (please mark all the ones you watch).

X    Local Channels (NBC, ABC, CBS, FOX)

_____    CNN

_____    Christian Broadcasting Network

_____    C-SPAN

X    Fox News Channel

_____    MSNBC/CNBC

X    PBS (Public Broadcasting)

_____    Daily Show with John Stewart (Comedy Central)

_____    Other-Please indicate which other channels you watch for news. _____

_____    I never watch news programs on TV

32. Do you watch TV news magazine, interview or talk shows?

Yes _____    No X

If your answer is yes, please list the names of the shows you watch.

_____

_____

33. What radio stations do you listen to?

*KTTS F.M.*

_____

_____

9

34. Do you listen to radio talk shows?  Yes _____     No _X_

If your answer is yes, please indicate to which radio talk shows you listen.

_____

_____

Have you ever called a radio talk show to express an opinion?

Yes _____     No _X_

If your answer is yes, please describe the opinions which you expressed.

_____

_____

_____

35. What newspapers and magazines do you read?

_Springfield News Leader_____

_____

36. Do you use the Internet?     Yes _X_     No _____

If "yes", for what purposes do you use the Internet?  Please mark all that apply to you.

Obtain Information _X_     Shopping _____     "chat-rooms" _____     "e-mail" _X_

Obtain local/national news _X_     Access "blogs" _____     Instant messaging _____

Access file sharing sites _____     Meet new people and date _____     Skype _____

Other (please explain) _____

37. Do you have a "web page"?  Yes _____     No _X_

If your answer is "yes", please explain content. _____

_____

10

38. Do you have a Facebook page? Yes _X_    No ___

If your answer is yes, please describe how often and for what purposes you access and use Facebook. _once a day to see friends are doing._

39. Do you have a Twitter account? Yes ___    No _X_

If your answer is yes, please describe how often and for what purposes you access and use Twitter. _____

40. Have you ever made posts to You-Tube, Vine or other such sites? Yes ___ No _X_

If your answer is yes, please describe the items you have posted.

41. Do you have any bumper stickers on your car?

Yes ___         No _X_

If yes, what do the bumper stickers say?

11

42. In a political sense, which of the following best describes you?

_____ Liberal

_____ Moderate

_X_ Conservative

_____ Other: (Please explain) _____

_____

43. Have you read any books or articles about the death penalty?

Yes ___          No _X_

If your answer is yes, please indicate the books or articles you have read.

_____

_____

_____

_____

Please describe what impact this reading had on you.

_____

_____

_____

_____

12

44. Have you seen any movies or television programs about the death penalty?

Yes X        No ___

If your answer is yes, please indicate the movies or programs you have watched.

Dead man walking

News

Please describe what impact this viewing had on you.

None

45. Please describe your feelings about the death penalty in your own words. Please describe how strong are those feelings and how long have you had them?

I belive in it. always have. I Think They sit on Death row Too long.

13

46. Which of the following best describes your feelings about the death penalty? Please read all of the statements carefully, take some time to think, and then mark all of the choices which you believe describe your feelings.

    a.    I am opposed to the death penalty, and I will never vote to impose the death penalty in any case, no matter what the facts.

    b.    I am opposed to the death penalty, and I would have a difficult time voting to impose the death penalty.

    c.    I am opposed to the death penalty, but could vote to impose the death penalty if I believed that the death penalty was called for in light of the facts and the law in the case.

    d.    I have no definite opinions for or against the death penalty. I could vote to impose the death penalty, or I could vote to impose a sentence of life imprisonment without possibility of parole, whichever I believed was called for in light of the facts and the law in the case.

    (e.)    I am in favor of the death penalty, but I could vote for a sentence of life imprisonment without possibility of parole if I believed that a sentence of life imprisonment without possibility of parole was called for in light of the facts and the law in the case.

    f.    I am strongly in favor of the death penalty, and I would have a difficult time voting for a sentence of life imprisonment without possibility of parole.

    g.    I am strongly in favor of the death penalty, and I would vote for the death penalty in every case in which the person charged is eligible for a death sentence.

    h.    None of the statements above correctly describes my feelings about the death penalty.

14

47. Have you read any books or articles about what life is like for a person doing time in prison?

Yes _____          No _X_

If your answer is "yes", please indicate the books or articles you have read.

_____

_____

Please describe what impact this reading had on you.

_____

_____

48. Have you seen any movies or television programs about what life is like for a person doing time in prison?

Yes _X_          No _____

If your answer is "yes," please indicate the movies or programs you have watched.

Hard Time
shows about prison

Please describe what impact this viewing had on you.

None

49. Please describe your impression of what life is like for a person doing time in prison.

They make what there days Like it is up to Them. IF They don'T Like it They should not do the crime. They maid The choice.

15

50. In the last ten years, are there any court cases which you have followed with interest?

Yes _X_          No _____

If your answer is "yes", please indicate what cases you have followed, why you were interested in each such case, and whether you agreed or disagreed with the outcome in each such case.

_The one in florida the man shot the boy and said self deffince,_

51. Are there guns in your home?  Yes _X_          No _____

If yes, please indicate whether you or another member of your household owns guns, how many guns are owned, and what kinds of guns are owned (handgun, rifle, shotgun, semi-automatic, etc.)

_2 handguns_

_1 rifle_

_1 shotgun_

52. Please describe your feelings about guns.

_____ I believe there should be gun control.

_____ I am opposed to gun control of any kind.

_____ I believe that a gun owner should be allowed to carry the gun concealed with him/her for protection.

_X_ Other, please explain _I Think There should be some gun control._

16

53. Do you have a religious affiliation or preference? Yes ✓ No ____

If your answer is yes, what is your religion?

Baptis

Do you attend church regularly? Yes ____ No X

If you hold any position or office in your church, please describe the position or office which you hold.

Do you participate in a Bible study group?

Yes ____ No X

54. Does your spouse/significant other have a religious affiliation?

Yes ____ No X

If your answer is yes, what is his/her religion?

Does he/she attend church regularly? Yes ____ No X

If he/she holds any position or office in the church, please describe the position or office which he/she holds.

Does he/she participate in a Bible study group? Yes ____ No X

55. Would anything about your religious, moral or philosophical beliefs make it difficult for you to sit in judgment of another person?

Yes ____ No X

If your answer is yes, please explain

17

56. Do you belong to any group or organization that is active in trying to protect the rights of crime victims, or is active in law enforcement or crime prevention? (Examples - Mothers Against Drunk Driving, a neighborhood watch group)

Yes _____          No _X_

If your answer is "yes", please indicate each such group to which you belong.

_____

57. Do you belong to any group or organization that is active in rehabilitation of people with problems or active in helping people in trouble with the law? (Examples - Alcoholics Anonymous, Narcotics Anonymous, support groups for persons with family members in prison such as the Seven Step Foundation?)

Yes _____          No _X_

If your answer is "yes", please indicate each such group to which you belong.

_____

58. Please list the names of all other organizations to which you belong, including labor unions, volunteer organizations, clubs, societies, fraternal organizations, and professional organizations (Examples - AFL-CIO, Teamsters, National Rifle Association (NRA), National Association for the Advancement of Colored People (NAACP), Kiwanis, Knights of Columbus, etc.)

_____

_____

_____

If you hold an office or official position in any of the organizations you listed above, please state the organization and the position which you hold:

Organization                          Position Held

_____

_____

18

59. Please list the names of all organizations to which your spouse/significant other belongs, including labor unions, volunteer organizations, clubs, societies, fraternal organizations, and professional organizations (Examples - AFL-CIO, Teamsters, National Rifle Association (NRA), National Association for the Advancement of Colored People (NAACP), Kiwanis, Knights of Columbus, etc.)

_____

_____

_____

If your spouse holds an office or official position in any of the organizations you listed above, please state the organization and the position which your spouse holds.

Organization                    Position Held

_____

_____

60. Have you or your spouse or significant other served in the military? (This includes the National Guard)

You: Yes _____   No _X_        Spouse/Significant Other: Yes _____ No _X_

If answer is yes above, please describe branch of service, dates of service, assignments, highest rank attained, medals or commendation, and nature of discharge, etc.:

_____

_____

61. Are you presently or have you ever been involved in law enforcement (including police, highway patrol, sheriff's office, military police, correctional officers, probation and parole officers, juvenile officers and security guards)?

Yes _____        No _X_

If yes, name agency and position: _____

_____

19

62. Is your spouse or significant other presently or has your spouse or significant other ever been involved in law enforcement (including police, highway patrol, sheriff's office, military police, correctional officers, probation and parole officers, juvenile officers and security guards)?

Yes _____          No _X_

If yes, name agency and position: _____

_____

63. Have you ever applied for a job with any law enforcement agency, or any other governmental agency?

Yes _____          No _X_

If yes, please indicate what agency, what job, and when you applied.

| Agency | Job | When applied |
|--------|-----|--------------|
|        |     |              |

64. Have you or a close family member or close friend ever had an exceptionally good experience involving a law enforcement officer?

Yes _____          No _X_

If your answer is yes, please describe that experience. If there is more than one exceptionally good experience, please describe each incident.

_____

_____

65. Have you or a close family member or close friend ever had an exceptionally bad experience involving a law enforcement officer?

Yes _____          No _X_

20

If your answer is yes, please describe that experience. If there is more than one exceptionally bad experience, please describe each incident.

_____

_____

66. In your opinion, how good of a job do you feel local law enforcement is doing in your community (local police, sheriff's department)?

_Good_ _____

_____

67. In your opinion, how good of a job do you feel federal law enforcement agencies like the Federal Bureau of Investigation (FBI) and other federal law enforcement agencies are doing?

_Good_ _____

_____

68. Have you ever served on a jury in a criminal or civil case?

Yes _____        No _X_

If your answer is "yes", please answer the following:

a. Type of case on which you served as a juror

    Criminal ____        Civil ____        Both ____

b. Court(s)

    Federal ____        State ____        Both ____

21

c. If you have been a criminal case juror, for each such case, please indicate the kind of case it was (murder, stealing, assault, etc.), the place where the case occurred, the approximate date when the trial occurred, and whether a verdict was reached.

| Kind of Case | Where | Date | Verdict? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

d. Did the jury set punishment in each criminal case which you listed above?

Yes _____          No _____

e. Were you ever the foreperson of the jury in any of the cases above?

Yes _____          No _____

f. Have you ever served on a grand jury?

Yes _____          No X

g. Have you ever served on a special or general court martial?

Yes _____          No X

h. Is there anything about your prior jury service that might affect your ability to be fair and impartial in this case?

Yes _____          No X

If yes, please explain: _____

_____

69.    Have you filed a lawsuit, or had a lawsuit of any kind filed against you, by anyone in Court?

Yes _____          No X

22

If your answer is yes, please indicate who brought the lawsuit, what the lawsuit was about, and the result of the lawsuit

| Who Brought Lawsuit | What Lawsuit was about | Result of Lawsuit |
|---|---|---|
| | | |

70. Have you or has someone close to you gone to a court of law for child custody issues?

Yes _X_          No ____

If yes, please indicate who was involved in the case, describe the situation, and describe your attitude about the situation.

I was with ex wife. Back then I Thought They Let the Woman have custody most of the Time. My Wife want over her Kids.

71. Have you ever worked for a lawyer in a law office?

Yes ____          No _X_

If your answer is yes, please list for each such job when you worked at that job, for whom you worked (what lawyer or what firm), what kind of law the lawyer or firm practiced, and what your job duties were.

| Date | Lawyer/Firm | Law Practiced | Your Duties |
|---|---|---|---|
| | | | |

72. Do you have any legal training or have you taken any law courses?

Yes ____          No _X_

23

If your answer is yes, please list each training or course you have taken, and when you had that training, or took those courses.

Title of Class/Training                                    Date

_____

_____

73. Do you have any family members or close friends who are lawyers?

Yes _____          No _X_

If your answer is yes, for each person, please list the name of this lawyer, what your relationship is to that person, and what kind of law that lawyer practices.

Name of lawyer          Relationship          Kind of law practiced

_____

_____

74. Do you have any family members or close friends who are judges or retired judges?

Yes _____          No _X_

If your answer is yes, for each judge, please list the name of the Judge, in what State that Judge works, and what your relationship is to that Judge.

Name of Judge          State          Relationship

_____

_____

75. Do you have any family members or close friends who work for a United States Attorney's Office or a State Prosecutor's Office?

Yes _____          No _X_

24

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

Office Where Works                    Relationship

_____

_____

76. Do you have any family members or close friends who work for a Public Defender's Office?

Yes _____           No _X_

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

Office Where Works                    Relationship

_____

_____

77. Do you know anyone who works in a courthouse such a bailiff or clerk?

Yes _____           No _X_

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

Office Where Works                    Relationship

_____

_____

78. Have you or a close family member ever undergone counseling, treatment or hospitalization for psychiatric, emotional, behavioral or substance abuse (alcohol/drug) problems?

Yes _____           No _X_

25

If yes, please give details: _____

_____

_____

79. Have you, any family members or any close friends ever been employed in the mental health field?

Yes ___ No X

If yes, please give details: _____

_____

_____

80. Have you ever undergone a hospitalization of more than two days for a major medical problem?

Yes X          No ___

If yes, please give details: _Back surgery_____

_____

_____

81. Have you, any family members or any close friends ever been employed in the medical field?

Yes X No ___

If yes, please give details: _My Wife works At a Dr. office_

_____

_____

82. Have you ever pleaded guilty to or been convicted of a crime other than a simple traffic violation?

Yes ___          No X

Ex. 68 Page 21 of 18   Case 4:21-cv-08001-BCW    Document 70-59    Filed 04/29/24    Page 62 of 181

If your answer is "yes", please indicate what was the crime, when it occurred, and what punishment you received.

_____

_____

83    Do you know personally or have you ever known personally anyone who has been convicted or pleaded guilty to a crime?

Yes _X_          No ____

If yes, for each person, state that person's relationship to you and the name of the crime and sentence imposed, including probation:

My wife's ex-husband

Drugs Not sure about sentence

84.    Have you ever visited a person in jail or in a penitentiary, or have you ever toured a jail or a penitentiary?

Yes ____          No _X_

If your answer is yes, please indicate what impressions you received from the visit or visits to jails or penitentiaries which you made?

_____

_____

85.    Have you, your spouse, your significant other, a relative or a close friend ever been the victim of a crime?

Yes ____          No _X_

If your answer was yes please describe each such incident, giving the date, who was involved (you or relative/friend), and what kind of crime was involved.

| Date | Who Involved (You, Relative/Friend) | Kind of Crime |
|------|-------------------------------------|---------------|
|      |                                     |               |

27

86. Have you ever been a witness to a crime?

Yes _X_          No ____

Have law enforcement officers ever asked you to assist with a criminal investigation?

Yes _X_          No ____

If your answer was yes to either of the previous two questions, please describe each incident, giving the approximate date, the kind of incident involved, and whether you were called to court as a witness.

| Date | Kind of Incident | Called as Witness? |
|------|------------------|--------------------|
| 1978 or 79 | arson | NO |

87. In your opinion, what are the most important causes of crime?

poverty and some people are Just mean.

88. In your opinion, what things should be done to solve the problem of crime?

more police & Jails more tax money to help fight crime.

89. In your opinion, are there problems with the criminal justice system?

Yes _V_          No ____

28

If your answer is yes, what are those problems as you see them?

NOT fair. people IN prison for small amount of pot. while people kill someone and get short sentance.

If your answer was yes above, in your opinion, what should be done to solve the problems you have described?

change some Laws

90. What is your general impression about criminal case prosecutors?

most are in it for The money.

91. What is your general impression about criminal case defense attorneys?

Same as above

29

92. Charles Michael Hall is a defendant in this case. Mr. Hall is forty-two years old, and was born in Portland, Maine. Mr. Hall was adopted at birth by Charles and Dorothy Hall. Mr. Hall grew up and attended school in the State of Maine. Do you know or have you heard of Charles Michael Hall or his parents Charles and Dorothy Hall?

Yes _____          No _X_

If your answer is yes, please describe how you know or have heard of Charles Michael Hall or his parents.

_____

_____

93. In this case, Charles Michael Hall is being represented by Frederick A. (Fred) Duchardt, Jr., of Trimble, Missouri and Robert A. Lewis of Springfield, Missouri. Do you know or have you heard of either of these attorneys?

Yes _____          No _X_

If your answer is yes, please describe how you know or have heard of either Mr. Duchardt or Mr. Lewis.

_____

_____

94. Wesley Paul Coonce, Jr. is a defendant in this case. Mr. Coonce is thirty-three years old, was born in Claremore, Oklahoma, and grew up in Flint, Michigan and Mansfield, Texas. Do you know or have you heard of Wesley Paul Coonce, Jr.?

Yes _____          No _X_

If your answer is yes, please describe how you know or have heard of Wesley Paul Coonce.

_____

_____

_____

30

95. In this case, Wesley Paul Coonce, Jr. is being represented by Thomas Carver and Shane Cantin of Springfield, Missouri, and Matthew Rubenstein of Portland, Oregon. Do you know or have you heard of any of these attorneys?

Yes _____          No _X_

If your answer is yes, please describe how you know or have heard of Mr. Carver, Mr. Cantin or Mr. Rubenstein.

_____

_____

96. The prosecutors in this case are Assistant United States Attorneys Randall Eggert and Gary Milligan of Springfield, Missouri, and Department of Justice Attorney James Peterson of Washington, D.C.. Do you know or have you heard of any of these attorneys?

Yes _____          No _X_

If your answer is yes, please describe how you know or have heard of Mr. Eggert, Mr. Milligan or Mr. Peterson.

_____

_____

31

97. During this trial, persons described as experts may be called as witnesses by the prosecution and defense to give opinions and testify in the case. The law provides that persons who, by knowledge, skill, training, education or experience, have become expert in some field may state their opinions on matters in that field and may also state the reasons for their opinions. The law provides that expert testimony should be considered just like any other testimony. A jury may accept or reject this testimony, and give the testimony as much weight as they think it deserves, considering the witness' education and experience, the soundness of the reasons given for the opinion, the acceptability of the methods used, and all the other evidence in the case. Choose all of the following statements which accurately describe how you would consider such expert testimony.

(A.) I would be able to follow the law, and consider expert testimony just like any other testimony. I would give the testimony as much weight as I thought it deserves, considering the witness' education and experience, the soundness of the reasons given for the opinion, the acceptability of the methods used, and all the other evidence in the case;

B. I would not be able to follow the law, and consider expert testimony just like any other testimony; I would trust expert witnesses called by the prosecution more than those called by the defense;

C. I would not be able to follow the law, and consider expert testimony just like any other testimony; I would trust expert witnesses called by the defense more than those called by the prosecution;

D. I would not be able to follow the law, and consider expert testimony just like any other testimony; I would disregard anything such a witness would say, regardless of what the law says,

E. Other (please explain) _____

_____

32

98. During this trial, witnesses may be called who have entered into agreements with the government to obtain their testimony. This sort of an agreement generally provides that in return for the witness' assistance, the government will dismiss certain charges or recommend a less severe sentence for the witness if the government believes the witness testifies truthfully. The Court will then decide what consideration a witness should receive because of his cooperation. Choose all of the following statements which accurately describe how you would consider such testimony.

   (A.) I would give such testimony the weight which I thought it deserved, and I would decide whether I thought the testimony had been influence by the hope of receiving a reduced sentence;

   B. I would automatically believe such testimony in light of the agreement;

   C. I would automatically disbelieve such testimony;

   D. Other (please explain) _____

99. This case involves an alleged murder that took place at the United States Medical Center for Federal Prisoners in Springfield Missouri on or about January 26, 2010. The defendants Charles Michael Hall and Wesley Paul Coonce, who were inmates at the prison at the time, are charged with aiding and abetting each other in the murder of an inmate named Victor Castro-Rodriguez. Keep in mind that a charge is not evidence. A charge is merely an accusation. Mr. Hall and Mr. Coonce are presumed to be innocent until the government proves otherwise. In this case, the government is seeking the death penalty against both Mr. Hall and Mr. Coonce. There have been some reports about this case in the newspaper and on the radio and television. Do you have any knowledge about this case obtained from news reports or from any other sources? Do you recall reading, seeing, or hearing anything about this crime, or the people involved?

   Yes _____          No _X_

   If your answer is yes, please describe all that you have read, seen and heard, and include the source from which you obtained the information (newspaper, television, radio, friends, family members, etc).

   _____

   _____

   _____

33

_____

_____

100. Trial of this case is expected to last four to five weeks.  Do you have any of the following problems?  (Please check all that apply to you)

_____ Hearing difficulties

_____ Vision problems

_____ Regular Doctor appointments

_____ Someone sick to care for

_X__ Small children to care for

_X__ An elder family member to care for

_____ Some other problem which will make it difficult for you to serve as a juror for several weeks (please explain)

_____

101. Do you have physical or medical problems which would make jury duty difficult for you?

Yes _X__          No ____

If yes, please explain: _Bad Back can not sit_

_for long period without getting up._

_____

_____

34

102. Some people who are called for jury service would like to be chosen to serve on a jury, while others would rather not be chosen. How do you feel?

_✗_ I would like to serve

____ I would rather not serve

____ I have no opinion

_✗_ Other (Please explain): _Do not want to be put up in Hoital._

103. Did you have any problems reading and understanding this questionnaire?

Yes ____          No _✗_

If your answer is yes, please explain below

_____

_____

104. Is there anything else that you wish to bring to the attention of the court or the attorneys in this case?

Yes ____          No _✗_

If yes, please explain: _____

_____

_____

_____

_____

_____

35

Use the space on this page and on the following pages if you need additional space to answer any of the questions in this questionnaire:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I do hereby certify that the answers which I have given in this questionnaire are true and
comp███████████████████████████████████████████

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

2-12-14
_____
(Date)

37

1. ████████████████████████  Juror Number: ~~73~~ *64*

2. ████████████████████████████████████████████████████████

3. ████████████████████████████████████████████████████████

4. If you have lived at your current residence less than five years, please list the city, state, and zip code of each previous residence at which you have lived during the last five years:
(STREET ADDRESSES NOT NEEDED)

| City | State | Zip Code |
|------|-------|----------|
|      |       |          |
|      |       |          |

5. How long have you lived in Missouri? _65 yrs._

6. a. How much education do you have?
   Grade School or less _____
   Some high school _____
   High school graduate _✓_
   Technical or business school _✓_
   Some college _✓_
   Graduated from college with a degree in _____
   Major areas of study in college included: _____

2

Postgraduate degree _____

Post graduate degree held in _____

b.  Are you presently a student?

Yes ____                    No ✓

If yes, describe course of study and anticipated date of completion:

_____

7.  List each high school attended.

Name of High School                    City and State

Webb City R7                           Webb City, Mo. 64870

_____

8.  List any college or university you have attended.

Name of College/University             City and State

MSSU                                   Joplin Mo.

_____

9.  Have you earned any professional or vocational license or certificate?

Yes ____                    No ✓

If yes, please state the type of license and year earned.

_____

_____

3

10. Do you have any special training or skills?

Yes ✓　　　　　　　No _____

If yes, please list that special training or those skills below.

_Machinist, Maintence, Bus Driver for School W.C.R7,_

11. When you are asked to learn a new task, how would you prefer to do that?

✓ I would read any information I could get on the subject

✓ I would find someone who knew something about the subject and have them explain it to me

_____ I would try to find a video about the subject, and watch that

_____ I would just start doing the task, and learn by trial and error

_____ Other (please explain) _____

12. What is your occupation? _Retired · (from)_

Name of your employer: _Webb City R7 School_

Address of employer: _Webb City , Mo._
　　　　　　　　　　　(City)　　(State)　(STREET ADDRESS NOT NEEDED)

Length of employment: _11 yrs._

Present job description: (describe briefly): _Retired_

13. Do you have any supervisory responsibilities at work?

Yes _____　　　No ✓

If yes, how many people are under your supervision?_____

4

14. If you are not currently employed outside the home, please check the category below that applies to your employment status.

_____ Homemaker _____ Stay at home parent

_✓_ Retired _____ Unemployed-looking for work

_____ Student _✓_ Disabled

_____ Other: Please explain _____

15. Please list all jobs you have held in the past. Do not include your current employment if you are currently employed. (Please include a brief description of the tasks you performed in each job, how long you held the job, and your reason for leaving the job.)

| Name of Employer | Dates Worked | Duties | Why left job |
|---|---|---|---|
| Webb City R7 | 1999-2010 | Maint. | Retired |
| King Press | 1973-1999 | machinist's + maint., | Burn out! |

16. What is/was your father's occupation?

_unknown_

17. What is/was your mother's occupation?

_Nusing Home_

18. Are you: Married _✓_ Single _____ Divorced _____ Widowed _____

Living with a significant other _____ Separated _____

19. How many times have you been married? _(1) 46 yrs._

5

Ex. 68 Page 21 of 181

20. Spouse's or significant other's:

First name: _Sondra Ann Wilson_

Occupation: _Retired_

Prior Occupations: _W. C. R7, LeBarga_

_____

21. Do you have children? Yes ✓      No ____

If you have children, please list their sex and age for each child. If the child is over 18 years of age, please also list his/her current occupation.

| Male/Female | Age | Occupation |
|---|---|---|
| Mark (m) | 45 | Disable |
| (F) Nichole Wortly | 43 | Tech. for Dr. King |
| Kieth (m) | 34 | Heating/Air |

If your children are school-age, do they attend:

____ Public School     ____ Catholic School     ____ Other Religious Private School

____ Other Private School     ____ Home School

22. Do you have grandchildren? Yes ✓      No ____

If you do have grandchildren, please list the sex and age for each grandchild. If the grandchild is over 18 years of age, please also list his/her current occupation.

| Male/Female | Age | Occupation |
|---|---|---|
| Joshue F | 28 | None |
| Shawn F | 26 | Disable |

See Last page

6

23. What are your hobbies and favorite kinds of recreations?

Working with Woods; Building different items, Carving, T.V., Working the yard.

24. Please name the three public figures, living or deceased, whom you most admire.

(1) Richard Mahurin (Father-in-Law)

(2) Kenny Madwell (friend)

(3) _____

25. Do you read books or listen to books on tape?

read ✓  listen on tape ____  both ____.

26. How often do you read or listen to books:

frequently ____  occasionally ✓  hardly ever ____

What authors and types of books do you tend to read or listen to?

_____

_____

What was the last book you read/listened to? _____

_____

Are you currently reading/listening to a book?

Yes ____  No ✓

If yes, what book are you reading/listening to? _____

_____

7

27. Please list your three favorite books you have ever read or listened to.

    (1) _____

    (2) _____

    (3) _____

28. Please list your three favorite movies you have ever seen.

    (1) *Rambo*

    (2) *Die Hard*

    (3) *Wind talkers*

29. Do you enjoy movies? Yes ✓   No ____

    When you see movies, what kind of movies do you like?

    Active, Comeby

    What movie did you see last? *Washington Down, Long Ranger,*

30. What television programs do you watch regularly? *NCI's, Ncis La,, Person of interest, CSI, Crimianl minds, Blue Blood, News, Big Band Theroy, Good wife, Metelist, 60 mins,,*

8

31. When you watch news programs on TV, what channel or channels do you watch (please mark all the ones you watch).

✓ Local Channels (NBC, ABC, CBS, FOX)

___ CNN

___ Christian Broadcasting Network

___ C-SPAN

___ Fox News Channel

___ MSNBC/CNBC

✓ PBS (Public Broadcasting)

___ Daily Show with John Stewart (Comedy Central)

___ Other-Please indicate which other channels you watch for news. _____

___ I never watch news programs on TV

32. Do you watch TV news magazine, interview or talk shows?

Yes ___ No ✓

If your answer is yes, please list the names of the shows you watch.

_____

_____

33. What radio stations do you listen to?

___99.7 , 102.5_____

_____

_____

9

34. Do you listen to radio talk shows? Yes ____ No ✓

If your answer is yes, please indicate to which radio talk shows you listen.

_____

_____

Have you ever called a radio talk show to express an opinion?

Yes ____ No ✓

If your answer is yes, please describe the opinions which you expressed.

_____

_____

_____

35. What newspapers and magazines do you read?

_Joplin Godd2 , Wood Magi 4_____

_____

36. Do you use the Internet? Yes ____ No ✓

If "yes", for what purposes do you use the Internet? Please mark all that apply to you.

Obtain Information ____ Shopping ____ "chat-rooms" ____ "e-mail" ____

Obtain local/national news ____ Access "blogs" ____ Instant messaging ____

Access file sharing sites ____ Meet new people and date ____ Skype ____

Other (please explain) _____

37. Do you have a "web page"? Yes ____ No ✓

If your answer is "yes", please explain content. _____

_____

10

38. Do you have a Facebook page? Yes _____ No _✓_

If your answer is yes, please describe how often and for what purposes you access and use Facebook. _____

_____

_____

_____

39. Do you have a Twitter account? Yes _____ No _✓_

If your answer is yes, please describe how often and for what purposes you access and use Twitter. _____

_____

_____

_____

40. Have you ever made posts to You-Tube, Vine or other such sites? Yes _____ No _✓_

If your answer is yes, please describe the items you have posted.

_____

_____

41. Do you have any bumper stickers on your car?

Yes _____          No _✓_

If yes, what do the bumper stickers say?

_____

_____

11

42. In a political sense, which of the following best describes you?

_____ Liberal

_____ Moderate

✓ Conservative

_____ Other: (Please explain) _____

_____

43. Have you read any books or articles about the death penalty?

Yes _____          No ✓

If your answer is yes, please indicate the books or articles you have read.

_____
_____
_____
_____

Please describe what impact this reading had on you.

_____
_____
_____
_____

12

44. Have you seen any movies or television programs about the death penalty?

Yes ✓          No ___

If your answer is yes, please indicate the movies or programs you have watched.

~~Case Cinematine~~ - C J S

Please describe what impact this viewing had on you.

None

45. Please describe your feelings about the death penalty in your own words. Please describe how strong are those feelings and how long have you had them?

I believe there are case's that should have the death penalty.
I feel very strong on this, provide it has been show without a dowei't,
I have always believe this.

13

46. Which of the following best describes your feelings about the death penalty? Please read all of the statements carefully, take some time to think, and then mark all of the choices which you believe describe your feelings.

   a. I am opposed to the death penalty, and I will never vote to impose the death penalty in any case, no matter what the facts.

   b. I am opposed to the death penalty, and I would have a difficult time voting to impose the death penalty.

   (c.) I am opposed to the death penalty, but could vote to impose the death penalty if I believed that the death penalty was called for in light of the facts and the law in the case.

   (d.) I have no definite opinions for or against the death penalty. I could vote to impose the death penalty, or I could vote to impose a sentence of life imprisonment without possibility of parole, whichever I believed was called for in light of the facts and the law in the case.

   (e.) I am in favor of the death penalty, but I could vote for a sentence of life imprisonment without possibility of parole if I believed that a sentence of life imprisonment without possibility of parole was called for in light of the facts and the law in the case.

   f. I am strongly in favor of the death penalty, and I would have a difficult time voting for a sentence of life imprisonment without possibility of parole.

   g. I am strongly in favor of the death penalty, and I would vote for the death penalty in every case in which the person charged is eligible for a death sentence.

   h. None of the statements above correctly describes my feelings about the death penalty.

14

47. Have you read any books or articles about what life is like for a person doing time in prison?

Yes _____          No _✓_

If your answer is "yes", please indicate the books or articles you have read.

_____

_____

Please describe what impact this reading had on you.

_____

_____

48. Have you seen any movies or television programs about what life is like for a person doing time in prison?

Yes _____          No _✓_

If your answer is "yes," please indicate the movies or programs you have watched.

_____

_____

Please describe what impact this viewing had on you.

_____

_____

49. Please describe your impression of what life is like for a person doing time in prison.

_____

_____

_____

15

50. In the last ten years, are there any court cases which you have followed with interest?

Yes _____ No __✓__

If your answer is "yes", please indicate what cases you have followed, why you were interested in each such case, and whether you agreed or disagreed with the outcome in each such case.

_____

_____

_____

51. Are there guns in your home? Yes _____ No __✓__

If yes, please indicate whether you or another member of your household owns guns, how many guns are owned, and what kinds of guns are owned (handgun, rifle, shotgun, semi-automatic, etc.)

_____

_____

_____

52. Please describe your feelings about guns.

_____ I believe there should be gun control.

__✓__ I am opposed to gun control of any kind.

_____ I believe that a gun owner should be allowed to carry the gun concealed with him/her for protection.

_____ Other, please explain _____

_____

16

53. Do you have a religious affiliation or preference? Yes ✓ No ___

If your answer is yes, what is your religion?

_Christian_

Do you attend church regularly? Yes ✓ No ___

If you hold any position or office in your church, please describe the position or office which you hold.

_____

Do you participate in a Bible study group?

Yes ___ No ✓

54. Does your spouse/significant other have a religious affiliation?

Yes ✓ No ___

If your answer is yes, what is his/her religion?

_Christian_

Does he/she attend church regularly? Yes ✓ No ___

If he/she holds any position or office in the church, please describe the position or office which he/she holds.

_____

Does he/she participate in a Bible study group? Yes ___ No ✓

55. Would anything about your religious, moral or philosophical beliefs make it difficult for you to sit in judgment of another person?

Yes ___ No ✓

If your answer is yes, please explain_____

_____

17

56. Do you belong to any group or organization that is active in trying to protect the rights of crime victims, or is active in law enforcement or crime prevention? (Examples - Mothers Against Drunk Driving, a neighborhood watch group)

Yes _____          No __✓__

If your answer is "yes", please indicate each such group to which you belong.

_____

57. Do you belong to any group or organization that is active in rehabilitation of people with problems or active in helping people in trouble with the law? (Examples - Alcoholics Anonymous, Narcotics Anonymous, support groups for persons with family members in prison such as the Seven Step Foundation?)

Yes _____          No __✓__

If your answer is "yes", please indicate each such group to which you belong.

_____

58. Please list the names of all other organizations to which you belong, including labor unions, volunteer organizations, clubs, societies, fraternal organizations, and professional organizations (Examples - AFL-CIO, Teamsters, National Rifle Association (NRA), National Association for the Advancement of Colored People (NAACP), Kiwanis, Knights of Columbus, etc.)

_____AFL-CIO   Retirement_____

_____

_____

If you hold an office or official position in any of the organizations you listed above, please state the organization and the position which you hold:

Organization                          Position Held

_____

_____

18

Ex. 68 Page 20 of 48

59. Please list the names of all organizations to which your spouse/significant other belongs, including labor unions, volunteer organizations, clubs, societies, fraternal organizations, and professional organizations (Examples - AFL-CIO, Teamsters, National Rifle Association (NRA), National Association for the Advancement of Colored People (NAACP), Kiwanis, Knights of Columbus, etc.)

_____

_____

_____

If your spouse holds an office or official position in any of the organizations you listed above, please state the organization and the position which your spouse holds.

Organization                    Position Held

_____

_____

60. Have you or your spouse or significant other served in the military? (This includes the National Guard)

You: Yes ____   No ✔        Spouse/Significant Other: Yes ____ No ✔

If answer is yes above, please describe branch of service, dates of service, assignments, highest rank attained, medals or commendation, and nature of discharge, etc.:

_____

_____

61. Are you presently or have you ever been involved in law enforcement (including police, highway patrol, sheriff's office, military police, correctional officers, probation and parole officers, juvenile officers and security guards)?

Yes ____        No ✔

If yes, name agency and position: _____

_____

19

62. Is your spouse or significant other presently or has your spouse or significant other ever been involved in law enforcement (including police, highway patrol, sheriff's office, military police, correctional officers, probation and parole officers, juvenile officers and security guards)?

Yes _____          No __✓__

If yes, name agency and position: _____

_____

63. Have you ever applied for a job with any law enforcement agency, or any other governmental agency?

Yes _____          No __✓__

If yes, please indicate what agency, what job, and when you applied.

| Agency | Job | When applied |
|--------|-----|--------------|
|        |     |              |

64. Have you or a close family member or close friend ever had an exceptionally good experience involving a law enforcement officer?

Yes _____          No __✓__

If your answer is yes, please describe that experience. If there is more than one exceptionally good experience, please describe each incident.

_____

_____

65. Have you or a close family member or close friend ever had an exceptionally bad experience involving a law enforcement officer?

Yes __✓__          No __/__

20

If your answer is yes, please describe that experience. If there is more than one exceptionally bad experience, please describe each incident.

*Son : Drugs, Grandson : Drugs*

66. In your opinion, how good of a job do you feel local law enforcement is doing in your community (local police, sheriff's department)?

*Good*

67. In your opinion, how good of a job do you feel federal law enforcement agencies like the Federal Bureau of Investigation (FBI) and other federal law enforcement agencies are doing?

*Good*

68. Have you ever served on a jury in a criminal or civil case?

Yes ✓        No ____

If your answer is "yes", please answer the following:

a. Type of case on which you served as a juror

Criminal ____        Civil ✓        Both ____

b. Court(s)

Federal ____        State ✓ *City*        Both ____

21

c. If you have been a criminal case juror, for each such case, please indicate the kind of case it was (murder, stealing, assault, etc.), the place where the case occurred, the approximate date when the trial occurred, and whether a verdict was reached.

| Kind of Case | Where | Date | Verdict? |
| --- | --- | --- | --- |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

d. Did the jury set punishment in each criminal case which you listed above?

Yes _____   No _____

e. Were you ever the foreperson of the jury in any of the cases above?

Yes _____   No __✓__

f. Have you ever served on a grand jury?

Yes _____   No __✓__

g. Have you ever served on a special or general court martial?

Yes _____   No __✓__

h. Is there anything about your prior jury service that might affect your ability to be fair and impartial in this case?

Yes _____   No __✓__

If yes, please explain: _____

_____

69.  Have you filed a lawsuit, or had a lawsuit of any kind filed against you, by anyone in Court?

Yes _____   No __✓__

22

If your answer is yes, please indicate who brought the lawsuit, what the lawsuit was about, and the result of the lawsuit

| Who Brought Lawsuit | What Lawsuit was about | Result of Lawsuit |
|---|---|---|
| | | |
| | | |

70. Have you or has someone close to you gone to a court of law for child custody issues?

Yes ✓         No ____

If yes, please indicate who was involved in the case, describe the situation, and describe your attitude about the situation.

_A family I know had there there chidren remove from the home because drugs, My wife and I become forster partents for a 16 yn old boy and (2) Girls 14 & 15 yrs old._

71. Have you ever worked for a lawyer in a law office?

Yes ____         No ✓

If your answer is yes, please list for each such job when you worked at that job, for whom you worked (what lawyer or what firm), what kind of law the lawyer or firm practiced, and what your job duties were.

| Date | Lawyer/Firm | Law Practiced | Your Duties |
|---|---|---|---|
| | | | |
| | | | |

72. Do you have any legal training or have you taken any law courses?

Yes ____         No ✓

23

Ex. 58 Page 25 of 78

If your answer is yes, please list each training or course you have taken, and when you had that training, or took those courses.

Title of Class/Training                                        Date

_____

_____

73. Do you have any family members or close friends who are lawyers?

Yes ____          No ✓

If your answer is yes, for each person, please list the name of this lawyer, what your relationship is to that person, and what kind of law that lawyer practices.

Name of lawyer          Relationship          Kind of law practiced

_____

_____

74. Do you have any family members or close friends who are judges or retired judges?

Yes ____          No ✓

If your answer is yes, for each judge, please list the name of the Judge, in what State that Judge works, and what your relationship is to that Judge.

Name of Judge          State          Relationship

_____

_____

75. Do you have any family members or close friends who work for a United States Attorney's Office or a State Prosecutor's Office?

Yes ____          No ✓

Ex. 68 Page 24 of 118    Case 4:21-cv-08001-BCW    Document 70-59    Filed 04/29/24    Page 96 of 181

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

Office Where Works                    Relationship

_____

_____

76.  Do you have any family members or close friends who work for a Public Defender's Office?

Yes ____          No __✓__

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

Office Where Works                    Relationship

_____

_____

77.  Do you know anyone who works in a courthouse such a bailiff or clerk?

Yes ____          No __✓__

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

Office Where Works                    Relationship

_____

_____

78.  Have you or a close family member ever undergone counseling, treatment or hospitalization for psychiatric, emotional, behavioral or substance abuse (alcohol/drug) problems?

Yes ____          No __✓__

25

If yes, please give details: _____

_____

_____

79. Have you, any family members or any close friends ever been employed in the mental health field?

Yes ___ No ✓

If yes, please give details: _____

_____

_____

80. Have you ever undergone a hospitalization of more than two days for a major medical problem?

Yes ___    No ✓

If yes, please give details: _____

_____

_____

81. Have you, any family members or any close friends ever been employed in the medical field?

Yes ✓ No ___

If yes, please give details: _Daug, Nichole work for_

_Dr. King in Joplin._

_____

82. Have you ever pleaded guilty to or been convicted of a crime other than a simple traffic violation?

Yes ___    No ✓

26

If your answer is "yes", please indicate what was the crime, when it occurred, and what punishment you received.

_____

_____

83  Do you know personally or have you ever known personally anyone who has been convicted or pleaded guilty to a crime?

Yes ✓          No ____

If yes, for each person, state that person's relationship to you and the name of the crime and sentence imposed, including probation:

Son: Drugs (5 yrs.) ; Daug.-in-law: Drugs 5 yrs.
Grandson: Drugs time serve unknown

84.  Have you ever visited a person in jail or in a penitentiary, or have you ever toured a jail or a penitentiary?

Yes ✓          No ____

If your answer is yes, please indicate what impressions you received from the visit or visits to jails or penitentiaries which you made?

I would rather be somewhere else

_____

85.  Have you, your spouse, your significant other, a relative or a close friend ever been the victim of a crime?

Yes ____          No ✓

If your answer was yes please describe each such incident, giving the date, who was involved (you or relative/friend), and what kind of crime was involved.

| Date | Who Involved (You, Relative/Friend) | Kind of Crime |
|------|-------------------------------------|---------------|
|      |                                     |               |
|      |                                     |               |

27

86. Have you ever been a witness to a crime?

Yes _____        No ✓

Have law enforcement officers ever asked you to assist with a criminal investigation?

Yes _____        No ✓

If your answer was yes to either of the previous two questions, please describe each incident, giving the approximate date, the kind of incident involved, and whether you were called to court as a witness.

| Date | Kind of Incident | Called as Witness? |
|---|---|---|
|  |  |  |
|  |  |  |

87. In your opinion, what are the most important causes of crime?

*No work, Edeation, training,*

88. In your opinion, what things should be done to solve the problem of crime?

*Job training, Drug test those oR Food Stamps and unemployment,*

89. In your opinion, are there problems with the criminal justice system?

Yes _____        No ✓

28

Ex. 58 Page 200 of 08

If your answer is yes, what are those problems as you see them?

_____

_____

_____

If your answer was yes above, in your opinion, what should be done to solve the problems you have described?

_____

_____

_____

90. What is your general impression about criminal case prosecutors?

I have None

_____

_____

_____

_____

_____

91. What is your general impression about criminal case defense attorneys?

None

_____

_____

_____

_____

_____

29

92. Charles Michael Hall is a defendant in this case. Mr. Hall is forty-two years old, and was born in Portland, Maine. Mr. Hall was adopted at birth by Charles and Dorothy Hall. Mr. Hall grew up and attended school in the State of Maine. Do you know or have you heard of Charles Michael Hall or his parents Charles and Dorothy Hall?

Yes _____          No _✓_

If your answer is yes, please describe how you know or have heard of Charles Michael Hall or his parents.

_____

_____

93. In this case, Charles Michael Hall is being represented by Frederick A. (Fred) Duchardt, Jr., of Trimble, Missouri and Robert A. Lewis of Springfield, Missouri. Do you know or have you heard of either of these attorneys?

Yes _____          No _✓_

If your answer is yes, please describe how you know or have heard of either Mr. Duchardt or Mr. Lewis.

_____

_____

94. Wesley Paul Coonce, Jr. is a defendant in this case. Mr. Coonce is thirty-three years old, was born in Claremore, Oklahoma, and grew up in Flint, Michigan and Mansfield, Texas. Do you know or have you heard of Wesley Paul Coonce, Jr.?

Yes _____          No _✓_

If your answer is yes, please describe how you know or have heard of Wesley Paul Coonce.

_____

_____

_____

30

95. In this case, Wesley Paul Coonce, Jr. is being represented by Thomas Carver and Shane Cantin of Springfield, Missouri, and Matthew Rubenstein of Portland, Oregon. Do you know or have you heard of any of these attorneys?

Yes _____          No __✓__

If your answer is yes, please describe how you know or have heard of Mr. Carver, Mr. Cantin or Mr. Rubenstein.

_____

_____

96. The prosecutors in this case are Assistant United States Attorneys Randall Eggert and Gary Milligan of Springfield, Missouri, and Department of Justice Attorney James Peterson of Washington, D.C.. Do you know or have you heard of any of these attorneys?

Yes _____          No __✓__

If your answer is yes, please describe how you know or have heard of Mr. Eggert, Mr. Milligan or Mr. Peterson.

_____

_____

31

97. During this trial, persons described as experts may be called as witnesses by the prosecution and defense to give opinions and testify in the case. The law provides that persons who, by knowledge, skill, training, education or experience, have become expert in some field may state their opinions on matters in that field and may also state the reasons for their opinions. The law provides that expert testimony should be considered just like any other testimony. A jury may accept or reject this testimony, and give the testimony as much weight as they think it deserves, considering the witness' education and experience, the soundness of the reasons given for the opinion, the acceptability of the methods used, and all the other evidence in the case. Choose all of the following statements which accurately describe how you would consider such expert testimony.

 I would be able to follow the law, and consider expert testimony just like any other testimony. I would give the testimony as much weight as I thought it deserves, considering the witness' education and experience, the soundness of the reasons given for the opinion, the acceptability of the methods used, and all the other evidence in the case;

B. I would not be able to follow the law, and consider expert testimony just like any other testimony; I would trust expert witnesses called by the prosecution more than those called by the defense;

C. I would not be able to follow the law, and consider expert testimony just like any other testimony; I would trust expert witnesses called by the defense more than those called by the prosecution;

D. I would not be able to follow the law, and consider expert testimony just like any other testimony; I would disregard anything such a witness would say, regardless of what the law says,

E. Other (please explain) _____

_____

32

98. During this trial, witnesses may be called who have entered into agreements with the government to obtain their testimony. This sort of an agreement generally provides that in return for the witness' assistance, the government will dismiss certain charges or recommend a less severe sentence for the witness if the government believes the witness testifies truthfully. The Court will then decide what consideration a witness should receive because of his cooperation. Choose all of the following statements which accurately describe how you would consider such testimony.

   A. I would give such testimony the weight which I thought it deserved, and I would decide whether I thought the testimony had been influence by the hope of receiving a reduced sentence;

   B. I would automatically believe such testimony in light of the agreement;

   C. I would automatically disbelieve such testimony;

   D. Other (please explain) _____

99. This case involves an alleged murder that took place at the United States Medical Center for Federal Prisoners in Springfield Missouri on or about January 26, 2010. The defendants Charles Michael Hall and Wesley Paul Coonce, who were inmates at the prison at the time, are charged with aiding and abetting each other in the murder of an inmate named Victor Castro-Rodriguez. Keep in mind that a charge is not evidence. A charge is merely an accusation. Mr. Hall and Mr. Coonce are presumed to be innocent until the government proves otherwise. In this case, the government is seeking the death penalty against both Mr. Hall and Mr. Coonce. There have been some reports about this case in the newspaper and on the radio and television. Do you have any knowledge about this case obtained from news reports or from any other sources? Do you recall reading, seeing, or hearing anything about this crime, or the people involved?

   Yes ____          No ✓

   If your answer is yes, please describe all that you have read, seen and heard, and include the source from which you obtained the information (newspaper, television, radio, friends, family members, etc).

   _____

   _____

   _____

33

Ex. 58 Page 105 of 08

_____

_____

100. Trial of this case is expected to last four to five weeks. Do you have any of the following problems? (Please check all that apply to you)

_____ Hearing difficulties

_____ Vision problems

_____ Regular Doctor appointments

_____ Someone sick to care for

_____ Small children to care for

_____ An elder family member to care for

_____ Some other problem which will make it difficult for you to serve as a juror for several weeks (please explain)

_____

101. Do you have physical or medical problems which would make jury duty difficult for you?

Yes _____          No _✓_

If yes, please explain: _____

_____

_____

_____

34

102. Some people who are called for jury service would like to be chosen to serve on a jury, while others would rather not be chosen. How do you feel?

_✓_ I would like to serve

____ I would rather not serve

____ I have no opinion

____ Other (Please explain): _____

103. Did you have any problems reading and understanding this questionnaire?

Yes ____          No _✓_

If your answer is yes, please explain below

_____

_____

104. Is there anything else that you wish to bring to the attention of the court or the attorneys in this case?

Yes ____          No _✓_

If yes, please explain: _____

_____

_____

_____

_____

_____

35

Ex. 58 Page 2107 of 08

Use the space on this page and on the following pages if you need additional space to answer any of the questions in this questionnaire:

(22.) — Kentsess Wilson (E) 22 None

(E) Kircket Mason 21 Navy Acy.

36

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I do hereby certify that the answers which I have given in this questionnaire are true and complete

████████████████████████████

_____Feb. 12, 2014_____
(Date)

37

1.   ██████████████████████████████████                    Juror Number: _95_

2.   ████████████████████████████████████████████████████████

     ████████████████████████████████████████████████████████

3.   ████████████████████████████████████████████████████████
     ████████████████████████████████████████████████████████
     ████████████████████████████████████████████████████████
     ████████████████████████████████████████████████████████

4.   If you have lived at your current residence less than five years, please list the city, state,
     and zip code of each previous residence at which you have lived during the last five
     years:
     (STREET ADDRESSES NOT NEEDED)
     City                          State                    Zip Code

     _____

     _____

5.   How long have you lived in Missouri? ___43 years_____

6.   a. How much education do you have?
        Grade School or less _____
        Some high school _____
        High school graduate _X__
        Technical or business school _1 year_
        Some college _____
        Graduated from college with a degree in _____
        Major areas of study in college included: _____

2

Postgraduate degree _____

Post graduate degree held in _____

b.  Are you presently a student?

Yes _____                     No _X_

If yes, describe course of study and anticipated date of completion:

_____

7.  List each high school attended.

Name of High School                     City and State

Clever High School                      Clever  Mo

Graff  Vo-tech                          springfield  mo.

8.  List any college or university you have attended.

Name of College/University              City and State

_____

_____

9.  Have you earned any professional or vocational license or certificate?

Yes _____                     No _X_

If yes, please state the type of license and year earned.

_____

_____

3

Ex.58 Page 211 of 08

10. Do you have any special training or skills?

Yes _____ No _X_

If yes, please list that special training or those skills below.

_____

_____

11. When you are asked to learn a new task, how would you prefer to do that?

_____ I would read any information I could get on the subject

_X_ I would find someone who knew something about the subject and have them explain it to me

_____ I would try to find a video about the subject, and watch that

_____ I would just start doing the task, and learn by trial and error

_____ Other (please explain) _____

12. What is your occupation? _Warehouse Lead man_

Name of your employer: _DTZ Unnico_

Address of employer: _Springfield_    _MO._
                     (City)      (State)   (STREET ADDRESS NOT NEEDED)

Length of employment: _12_

Present job description: (describe briefly): _over the DC warehouse_

_and 17 employee's_

_____

13. Do you have any supervisory responsibilities at work?

Yes _X_    No _____

If yes, how many people are under your supervision? _17_

4

14. If you are not currently employed outside the home, please check the category below that applies to your employment status.

_____ Homemaker      _____ Stay at home parent

_____ Retired        _____ Unemployed-looking for work

_____ Student        _____ Disabled

_____ Other: Please explain _____

15. Please list all jobs you have held in the past. Do not include your current employment if you are currently employed. (Please include a brief description of the tasks you performed in each job, how long you held the job, and your reason for leaving the job.)

| Name of Employer | Dates Worked | Duties | Why left job |
|---|---|---|---|
| J.J.T | 2-00 to 2-02 | Site Manger | Lost contract |
| Leggett & Platt | 16-89 to 2-00 | Warehouse Worker | moved out of Town |

16. What is/was your father's occupation?

milk man

17. What is/was your mother's occupation?

None    House wife

18. Are you: Married _____ Single ✗ Divorced _____ Widowed _____
Living with a significant other ⊗ Separated _____

19. How many times have you been married? __0__

5

Ex. 58 Page 213 of 8

20. Spouse's or significant other's:

First name: _Denise_

Occupation: _office clerk_

Prior Occupations: _____

_____

21. Do you have children?  Yes ____        No _X_

If you have children, please list their sex and age for each child.  If the child is over 18 years of age, please also list his/her current occupation.

Male/Female            Age            Occupation

_____

_____

_____

If your children are school-age, do they attend:

____ Public School     ____ Catholic School     ____ Other Religious Private School

____ Other Private School     ____ Home School

22. Do you have grandchildren?  Yes ____        No _X_

If you do have grandchildren, please list the sex and age for each grandchild.  If the grandchild is over 18 years of age, please also list his/her current occupation.

Male/Female            Age            Occupation

_____

_____

6

23. What are your hobbies and favorite kinds of recreations?

    Drag racing

    Fast pitch softball

24. Please name the three public figures, living or deceased, whom you most admire.

    (1) John Kennedy

    (2) Allen Johnson

    (3) Don Purdome

25. Do you read books or listen to books on tape?

    read _X_    listen on tape _____    both _____.

26. How often do you read or listen to books:

    frequently _____    occasionally _____    hardly ever _X_

    What authors and types of books do you tend to read or listen to?

    Local History Books

    What was the last book you read/listened to? _It will shine_

    Are you currently reading/listening to a book?

    Yes _____    No _X_

    If yes, what book are you reading/listening to? _____

7

Ex. 58 Page 215 of 08

27. Please list your three favorite books you have ever read or listened to.

(1) History of Chistian county

(2) It will shine

(3) one on ore

28. Please list your three favorite movies you have ever seen.

(1) Heart like a wheel

(2) two lane Highway

(3) Days of Thunder

29. Do you enjoy movies? Yes ✕    No ____

When you see movies, what kind of movies do you like?

action

What movie did you see last? Fast five

30. What television programs do you watch regularly? _____

two and a half men

SVU

8

Ex. 58 Page 21 of 08

31. When you watch news programs on TV, what channel or channels do you watch (please mark all the ones you watch).

X Local Channels (NBC, ABC, CBS, FOX)

___ CNN

___ Christian Broadcasting Network

___ C-SPAN

X Fox News Channel

X MSNBC/CNBC

___ PBS (Public Broadcasting)

___ Daily Show with John Stewart (Comedy Central)

___ Other-Please indicate which other channels you watch for news. _____

___ I never watch news programs on TV

32. Do you watch TV news magazine, interview or talk shows?

Yes _X_    No _X_

If your answer is yes, please list the names of the shows you watch.

_____

_____

33. What radio stations do you listen to?

_____KTTS_____

_____

_____

9

34. Do you listen to radio talk shows? Yes _X_    No ____

If your answer is yes, please indicate to which radio talk shows you listen.

_____ Bobby bones _____

_____

Have you ever called a radio talk show to express an opinion?

Yes ____    No _X_

If your answer is yes, please describe the opinions which you expressed.

_____

_____

_____

35. What newspapers and magazines do you read?

_____ Springfield News leader _____

_____

36. Do you use the Internet?    Yes _X_    No ____

If "yes", for what purposes do you use the Internet? Please mark all that apply to you.

Obtain Information _X_    Shopping ____    "chat-rooms" _X_    "e-mail" _X_

Obtain local/national news ____    Access "blogs" ____    Instant messaging ____

Access file sharing sites ____    Meet new people and date ____    Skype ____

Other (please explain) _____

37. Do you have a "web page"? Yes ____    No _X_

If your answer is "yes", please explain content. _____

_____

10

38. Do you have a Facebook page? Yes _X_    No ____

If your answer is yes, please describe how often and for what purposes you access and use Facebook. _once a day, Keep up with friends and family_

_____

_____

39. Do you have a Twitter account? Yes ____    No _X_

If your answer is yes, please describe how often and for what purposes you access and use Twitter. _____

_____

_____

40. Have you ever made posts to You-Tube, Vine or other such sites? Yes ____ No _X_

If your answer is yes, please describe the items you have posted.

_____

_____

41. Do you have any bumper stickers on your car?

Yes _X_        No ____

If yes, what do the bumper stickers say?
_Chive oN and about 5 racing stickers_

_____

11

42. In a political sense, which of the following best describes you?

$\times$ Liberal

___ Moderate

___ Conservative

___ Other: (Please explain) _____

_____

43. Have you read any books or articles about the death penalty?

Yes ___          No $\times$

If your answer is yes, please indicate the books or articles you have read.

_____

_____

_____

_____

Please describe what impact this reading had on you.

_____

_____

_____

12

44. Have you seen any movies or television programs about the death penalty?

Yes _X_        No ___

If your answer is yes, please indicate the movies or programs you have watched.

_Green Mile_

Please describe what impact this viewing had on you.

_None_

45. Please describe your feelings about the death penalty in your own words. Please describe how strong are those feelings and how long have you had them?

_I agree with the death penalty._

13

Ex. 58 Page 121 of 108

46. Which of the following best describes your feelings about the death penalty? Please read all of the statements carefully, take some time to think, and then mark all of the choices which you believe describe your feelings.

   a. I am opposed to the death penalty, and I will never vote to impose the death penalty in any case, no matter what the facts.

   b. I am opposed to the death penalty, and I would have a difficult time voting to impose the death penalty.

   c. I am opposed to the death penalty, but could vote to impose the death penalty if I believed that the death penalty was called for in light of the facts and the law in the case.

   d. I have no definite opinions for or against the death penalty. I could vote to impose the death penalty, or I could vote to impose a sentence of life imprisonment without possibility of parole, whichever I believed was called for in light of the facts and the law in the case.

   e. I am in favor of the death penalty, but I could vote for a sentence of life imprisonment without possibility of parole if I believed that a sentence of life imprisonment without possibility of parole was called for in light of the facts and the law in the case.

   f. I am strongly in favor of the death penalty, and I would have a difficult time voting for a sentence of life imprisonment without possibility of parole.

   g. I am strongly in favor of the death penalty, and I would vote for the death penalty in every case in which the person charged is eligible for a death sentence.

   h. None of the statements above correctly describes my feelings about the death penalty.

14

Ex. 58 Page 122 of 08

47. Have you read any books or articles about what life is like for a person doing time in prison?

Yes _____          No _X_

If your answer is "yes", please indicate the books or articles you have read.

_____

_____

Please describe what impact this reading had on you.

_____

_____

48. Have you seen any movies or television programs about what life is like for a person doing time in prison?

Yes _____          No _X_

If your answer is "yes," please indicate the movies or programs you have watched.

_____

_____

Please describe what impact this viewing had on you.

_____

_____

49. Please describe your impression of what life is like for a person doing time in prison.

It would be a time of change or chance to rebuild your life for your release

15

50. In the last ten years, are there any court cases which you have followed with interest?

Yes _____     No _X__

If your answer is "yes", please indicate what cases you have followed, why you were interested in each such case, and whether you agreed or disagreed with the outcome in each such case.

_____

_____

_____

51. Are there guns in your home?   Yes _X_     No _____

If yes, please indicate whether you or another member of your household owns guns, how many guns are owned, and what kinds of guns are owned (handgun, rifle, shotgun, semi-automatic, etc.)

_____ Shot gus , 22 rifle _____

_____

_____

52. Please describe your feelings about guns.

_____ I believe there should be gun control.

_X_ I am opposed to gun control of any kind.

_____ I believe that a gun owner should be allowed to carry the gun concealed with him/her for protection.

_____ Other, please explain _____

_____

16

53. Do you have a religious affiliation or preference? Yes ____ No _X_

If your answer is yes, what is your religion?

_____

Do you attend church regularly? Yes ____ No _X_

If you hold any position or office in your church, please describe the position or office which you hold.

_____

Do you participate in a Bible study group?

Yes ____ No _X_

54. Does your spouse/significant other have a religious affiliation?

Yes ____      No _X_

If your answer is yes, what is his/her religion?

_____

Does he/she attend church regularly? Yes ____ No _X_

If he/she holds any position or office in the church, please describe the position or office which he/she holds.

_____

Does he/she participate in a Bible study group? Yes ____ No _X_

55. Would anything about your religious, moral or philosophical beliefs make it difficult for you to sit in judgment of another person?

Yes ____      No _X_

If your answer is yes, please explain_____

_____

17

Ex. 58 Page 125 of 181

56. Do you belong to any group or organization that is active in trying to protect the rights of crime victims, or is active in law enforcement or crime prevention? (Examples - Mothers Against Drunk Driving, a neighborhood watch group)

Yes _____     No _X_

If your answer is "yes", please indicate each such group to which you belong.

_____

57. Do you belong to any group or organization that is active in rehabilitation of people with problems or active in helping people in trouble with the law? (Examples - Alcoholics Anonymous, Narcotics Anonymous, support groups for persons with family members in prison such as the Seven Step Foundation?)

Yes _____     No _X_

If your answer is "yes", please indicate each such group to which you belong.

_____

58. Please list the names of all other organizations to which you belong, including labor unions, volunteer organizations, clubs, societies, fraternal organizations, and professional organizations (Examples - AFL-CIO, Teamsters, National Rifle Association (NRA), National Association for the Advancement of Colored People (NAACP), Kiwanis, Knights of Columbus, etc.)

_____ None _____

_____

_____

If you hold an office or official position in any of the organizations you listed above, please state the organization and the position which you hold:

Organization                          Position Held

_____ None _____

_____

_____

18

59. Please list the names of all organizations to which your spouse/significant other belongs, including labor unions, volunteer organizations, clubs, societies, fraternal organizations, and professional organizations (Examples - AFL-CIO, Teamsters, National Rifle Association (NRA), National Association for the Advancement of Colored People (NAACP), Kiwanis, Knights of Columbus, etc.)

_____ none _____

_____

_____

If your spouse holds an office or official position in any of the organizations you listed above, please state the organization and the position which your spouse holds.

Organization                    Position Held

_____ none _____

_____

60. Have you or your spouse or significant other served in the military? (This includes the National Guard)

You: Yes ____ No _X_       Spouse/Significant Other: Yes ____ No _X_

If answer is yes above, please describe branch of service, dates of service, assignments, highest rank attained, medals or commendation, and nature of discharge, etc.:

_____

_____

61. Are you presently or have you ever been involved in law enforcement (including police, highway patrol, sheriff's office, military police, correctional officers, probation and parole officers, juvenile officers and security guards)?

Yes ____          No _X_

If yes, name agency and position: _____

_____

19

62. Is your spouse or significant other presently or has your spouse or significant other ever been involved in law enforcement (including police, highway patrol, sheriff's office, military police, correctional officers, probation and parole officers, juvenile officers and security guards)?

Yes _____          No _X_

If yes, name agency and position: _____

_____

63. Have you ever applied for a job with any law enforcement agency, or any other governmental agency?

Yes _____          No _X_

If yes, please indicate what agency, what job, and when you applied.

| Agency | Job | When applied |
|--------|-----|--------------|
|        |     |              |

64. Have you or a close family member or close friend ever had an exceptionally good experience involving a law enforcement officer?

Yes _____          No _X_

If your answer is yes, please describe that experience. If there is more than one exceptionally good experience, please describe each incident.

_____

_____

65. Have you or a close family member or close friend ever had an exceptionally bad experience involving a law enforcement officer?

Yes _____          No _X_

20

If your answer is yes, please describe that experience. If there is more than one exceptionally bad experience, please describe each incident.

_____

_____

66. In your opinion, how good of a job do you feel local law enforcement is doing in your community (local police, sheriff's department)?

_____ Fair _____

_____

67. In your opinion, how good of a job do you feel federal law enforcement agencies like the Federal Bureau of Investigation (FBI) and other federal law enforcement agencies are doing?

_____ Good _____

_____

68. Have you ever served on a jury in a criminal or civil case?

Yes _____        No _X_

If your answer is "yes", please answer the following:

a. Type of case on which you served as a juror

    Criminal _____        Civil _____        Both _____

b. Court(s)

    Federal _____        State _____        Both _____

21

Ex. 58 Page 129 of 08 · Case 4:22-cr-08001-BCW    Document 70-59    Filed 04/29/24    Page 129 of 181

c. If you have been a criminal case juror, for each such case, please indicate the kind of case it was (murder, stealing, assault, etc.), the place where the case occurred, the approximate date when the trial occurred, and whether a verdict was reached.

| Kind of Case | Where | Date | Verdict? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

d. Did the jury set punishment in each criminal case which you listed above?

Yes _____ No _____

e. Were you ever the foreperson of the jury in any of the cases above?

Yes _____ No _____

f. Have you ever served on a grand jury?

Yes _____ No _____

g. Have you ever served on a special or general court martial?

Yes _____ No _____

h. Is there anything about your prior jury service that might affect your ability to be fair and impartial in this case?

Yes _____ No _____

If yes, please explain: _____

_____

69. Have you filed a lawsuit, or had a lawsuit of any kind filed against you, by anyone in Court?

Yes _____ No _X_

22

If your answer is yes, please indicate who brought the lawsuit, what the lawsuit was about, and the result of the lawsuit

Who Brought Lawsuit          What Lawsuit was about          Result of Lawsuit

_____

_____

70.   Have you or has someone close to you gone to a court of law for child custody issues?

Yes _X_          No ____

If yes, please indicate who was involved in the case, describe the situation, and describe your attitude about the situation.

Dusty Hanafin, devorce, kid went with there mom and
when they was old enough- move back to there dads.

_____

_____

71.   Have you ever worked for a lawyer in a law office?

Yes ____          No _X_

If your answer is yes, please list for each such job when you worked at that job, for whom you worked (what lawyer or what firm), what kind of law the lawyer or firm practiced, and what your job duties were.

Date          Lawyer/Firm          Law Practiced          Your Duties

_____

_____

72.   Do you have any legal training or have you taken any law courses?

Yes ____          No _X_

23

If your answer is yes, please list each training or course you have taken, and when you had that training, or took those courses.

Title of Class/Training                                   Date

_____

_____

73. Do you have any family members or close friends who are lawyers?

Yes _____          No _X_

If your answer is yes, for each person, please list the name of this lawyer, what your relationship is to that person, and what kind of law that lawyer practices.

Name of lawyer          Relationship          Kind of law practiced

_____

_____

74. Do you have any family members or close friends who are judges or retired judges?

Yes _____          No _X_

If your answer is yes, for each judge, please list the name of the Judge, in what State that Judge works, and what your relationship is to that Judge.

Name of Judge          State          Relationship

_____

_____

75. Do you have any family members or close friends who work for a United States Attorney's Office or a State Prosecutor's Office?

Yes _____          No _X_

24

Ex. 58 Page 132 of 181

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

Office Where Works          Relationship

_____

_____

76. Do you have any family members or close friends who work for a Public Defender's Office?

Yes _____          No _X_

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

Office Where Works          Relationship

_____

_____

77. Do you know anyone who works in a courthouse such a bailiff or clerk?

Yes _____          No _X_

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

Office Where Works          Relationship

_____

_____

78. Have you or a close family member ever undergone counseling, treatment or hospitalization for psychiatric, emotional, behavioral or substance abuse (alcohol/drug) problems?

Yes _____          No _X_

25

If yes, please give details: _____

_____

_____

79. Have you, any family members or any close friends ever been employed in the mental health field?

Yes ___ No _X_

If yes, please give details: _____

_____

_____

80. Have you ever undergone a hospitalization of more than two days for a major medical problem?

Yes ___         No _X_

If yes, please give details: _____

_____

_____

81. Have you, any family members or any close friends ever been employed in the medical field?

Yes _X_ No ___

If yes, please give details: _Devise girl works as a tech in tu medical_ _field._

_____

82. Have you ever pleaded guilty to or been convicted of a crime other than a simple traffic violation?

Yes ___         No _X_

26

If your answer is "yes", please indicate what was the crime, when it occurred, and what punishment you received.

_____

_____

83  Do you know personally or have you ever known personally anyone who has been convicted or pleaded guilty to a crime?

Yes _X_        No ____

If yes, for each person, state that person's relationship to you and the name of the crime and sentence imposed, including probation:

friend - recieving stolen prop, — received probation

_____

84.  Have you ever visited a person in jail or in a penitentiary, or have you ever toured a jail or a penitentiary?

Yes ____        No _X_

If your answer is yes, please indicate what impressions you received from the visit or visits to jails or penitentiaries which you made?

_____

_____

85.  Have you, your spouse, your significant other, a relative or a close friend ever been the victim of a crime?

Yes ____        No _X_

If your answer was yes please describe each such incident, giving the date, who was involved (you or relative/friend), and what kind of crime was involved.

| Date | Who Involved (You, Relative/Friend) | Kind of Crime |
|------|--------------------------------------|---------------|
|      |                                      |               |
|      |                                      |               |

27

Ex. 58 Page 213 of 308

86. Have you ever been a witness to a crime?

Yes _____          No _X_

Have law enforcement officers ever asked you to assist with a criminal investigation?

Yes _____          No _X_

If your answer was yes to either of the previous two questions, please describe each incident, giving the approximate date, the kind of incident involved, and whether you were called to court as a witness.

| Date | Kind of Incident | Called as Witness? |
|------|------------------|--------------------|
|      |                  |                    |
|      |                  |                    |

87. In your opinion, what are the most important causes of crime?

lack of jobs or money in this area

88. In your opinion, what things should be done to solve the problem of crime?

Stricked punchment, less probation

89. In your opinion, are there problems with the criminal justice system?

Yes _____          No _X_

28

If your answer is yes, what are those problems as you see them?

_____

_____

_____

If your answer was yes above, in your opinion, what should be done to solve the problems you have described?

_____

_____

_____

90. What is your general impression about criminal case prosecutors?

Should know all facts to the case to the best of

there knowledge.

_____

_____

_____

91. What is your general impression about criminal case defense attorneys?

most of the time it looks like they are waiting for

a mistake to be made by the prosecutors,

_____

_____

_____

29

92. Charles Michael Hall is a defendant in this case. Mr. Hall is forty-two years old, and was born in Portland, Maine. Mr. Hall was adopted at birth by Charles and Dorothy Hall. Mr. Hall grew up and attended school in the State of Maine. Do you know or have you heard of Charles Michael Hall or his parents Charles and Dorothy Hall?

Yes _____          No _X_

If your answer is yes, please describe how you know or have heard of Charles Michael Hall or his parents.

_____

_____

93. In this case, Charles Michael Hall is being represented by Frederick A. (Fred) Duchardt, Jr., of Trimble, Missouri and Robert A. Lewis of Springfield, Missouri. Do you know or have you heard of either of these attorneys?

Yes _____          No _X_

If your answer is yes, please describe how you know or have heard of either Mr. Duchardt or Mr. Lewis.

_____

_____

94. Wesley Paul Coonce, Jr. is a defendant in this case. Mr. Coonce is thirty-three years old, was born in Claremore, Oklahoma, and grew up in Flint, Michigan and Mansfield, Texas. Do you know or have you heard of Wesley Paul Coonce, Jr.?

Yes _____          No _X_

If your answer is yes, please describe how you know or have heard of Wesley Paul Coonce.

_____

_____

_____

30

95. In this case, Wesley Paul Coonce, Jr. is being represented by Thomas Carver and Shane Cantin of Springfield, Missouri, and Matthew Rubenstein of Portland, Oregon. Do you know or have you heard of any of these attorneys?

Yes _____          No X

If your answer is yes, please describe how you know or have heard of Mr. Carver, Mr. Cantin or Mr. Rubenstein.

_____

_____

96. The prosecutors in this case are Assistant United States Attorneys Randall Eggert and Gary Milligan of Springfield, Missouri, and Department of Justice Attorney James Peterson of Washington, D.C.. Do you know or have you heard of any of these attorneys?

Yes _____          No X

If your answer is yes, please describe how you know or have heard of Mr. Eggert, Mr. Milligan or Mr. Peterson.

_____

_____

31

97. During this trial, persons described as experts may be called as witnesses by the prosecution and defense to give opinions and testify in the case. The law provides that persons who, by knowledge, skill, training, education or experience, have become expert in some field may state their opinions on matters in that field and may also state the reasons for their opinions. The law provides that expert testimony should be considered just like any other testimony. A jury may accept or reject this testimony, and give the testimony as much weight as they think it deserves, considering the witness' education and experience, the soundness of the reasons given for the opinion, the acceptability of the methods used, and all the other evidence in the case. Choose all of the following statements which accurately describe how you would consider such expert testimony.

 A. I would be able to follow the law, and consider expert testimony just like any other testimony. I would give the testimony as much weight as I thought it deserves, considering the witness' education and experience, the soundness of the reasons given for the opinion, the acceptability of the methods used, and all the other evidence in the case;

B. I would not be able to follow the law, and consider expert testimony just like any other testimony; I would trust expert witnesses called by the prosecution more than those called by the defense;

C. I would not be able to follow the law, and consider expert testimony just like any other testimony; I would trust expert witnesses called by the defense more than those called by the prosecution;

D. I would not be able to follow the law, and consider expert testimony just like any other testimony; I would disregard anything such a witness would say, regardless of what the law says,

E. Other (please explain) _____

_____

32

98. During this trial, witnesses may be called who have entered into agreements with the government to obtain their testimony. This sort of an agreement generally provides that in return for the witness' assistance, the government will dismiss certain charges or recommend a less severe sentence for the witness if the government believes the witness testifies truthfully. The Court will then decide what consideration a witness should receive because of his cooperation. Choose all of the following statements which accurately describe how you would consider such testimony.

(A.) I would give such testimony the weight which I thought it deserved, and I would decide whether I thought the testimony had been influence by the hope of receiving a reduced sentence;

B. I would automatically believe such testimony in light of the agreement;

C. I would automatically disbelieve such testimony;

D. Other (please explain) _____

99. This case involves an alleged murder that took place at the United States Medical Center for Federal Prisoners in Springfield Missouri on or about January 26, 2010. The defendants Charles Michael Hall and Wesley Paul Coonce, who were inmates at the prison at the time, are charged with aiding and abetting each other in the murder of an inmate named Victor Castro-Rodriguez. Keep in mind that a charge is not evidence. A charge is merely an accusation. Mr. Hall and Mr. Coonce are presumed to be innocent until the government proves otherwise. In this case, the government is seeking the death penalty against both Mr. Hall and Mr. Coonce. There have been some reports about this case in the newspaper and on the radio and television. Do you have any knowledge about this case obtained from news reports or from any other sources? Do you recall reading, seeing, or hearing anything about this crime, or the people involved?

Yes _____          No _X_

If your answer is yes, please describe all that you have read, seen and heard, and include the source from which you obtained the information (newspaper, television, radio, friends, family members, etc).

_____

_____

_____

33

_____

_____

100. Trial of this case is expected to last four to five weeks. Do you have any of the following problems? (Please check all that apply to you)

____ Hearing difficulties

____ Vision problems

____ Regular Doctor appointments

____ Someone sick to care for

____ Small children to care for

____ An elder family member to care for

____ Some other problem which will make it difficult for you to serve as a juror for several weeks (please explain)

_____ None _____

101. Do you have physical or medical problems which would make jury duty difficult for you?

Yes ____        No _X_

If yes, please explain: _____

_____

_____

_____

34

102. Some people who are called for jury service would like to be chosen to serve on a jury, while others would rather not be chosen. How do you feel?

____ I would like to serve

_X_ I would rather not serve

____ I have no opinion

____ Other (Please explain): _____

103. Did you have any problems reading and understanding this questionnaire?

Yes ____          No _X_

If your answer is yes, please explain below

_____

_____

104. Is there anything else that you wish to bring to the attention of the court or the attorneys in this case?

Yes ____          No _X_

If yes, please explain: _____

_____

_____

_____

_____

_____

35

Use the space on this page and on the following pages if you need additional space to answer any of the questions in this questionnaire:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

36

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I do hereby certify that the answers which I have given in this questionnaire are true and complete to

_____

<u>2-12-14</u>
(Date)

37

1. <span style="background:black">████████████</span>  Juror Number: _106_

2. <span style="background:black">████████████</span>

3. <span style="background:black">████████████</span>

4. If you have lived at your current residence less than five years, please list the city, state, and zip code of each previous residence at which you have lived during the last five years:
(STREET ADDRESSES NOT NEEDED)

| City | State | Zip Code |
|------|-------|----------|
|      |       |          |
|      |       |          |

5. How long have you lived in Missouri? ___43 years___

6. a. How much education do you have?
   Grade School or less _____
   Some high school _____
   High school graduate _____
   Technical or business school _____
   Some college _____
   Graduated from college with a degree in ___Computer Programming___
   Major areas of study in college included: _____

2

Postgraduate degree _____

Post graduate degree held in _____

b.    Are you presently a student?

Yes _____          No ✓

If yes, describe course of study and anticipated date of completion:

_____

7.    List each high school attended.

Name of High School          City and State

Richland High School          Richland, MO

_____

8.    List any college or university you have attended.

Name of College/University        City and State

Southwest Missouri State        Springfield, MO

Linn Technical College        Linn, MO

9.    Have you earned any professional or vocational license or certificate?

Yes _____          No ✓

If yes, please state the type of license and year earned.

_____

_____

3

Ex. 58 Page 147 of 181

10. Do you have any special training or skills?

Yes _____                    No __✓__

If yes, please list that special training or those skills below.

_____

_____

11. When you are asked to learn a new task, how would you prefer to do that?

__✓__ I would read any information I could get on the subject

_____ I would find someone who knew something about the subject and have them explain it to me

_____ I would try to find a video about the subject, and watch that

_____ I would just start doing the task, and learn by trial and error

_____ Other (please explain) _____

12. What is your occupation? _customer support representative_

Name of your employer: _Jack Henry and Asso._

Address of employer: _Monett          MO_
                      (City)     (State)   (STREET ADDRESS NOT NEEDED)

Length of employment: _18 years_

Present job description: (describe briefly): _Primary contact for clients._
_Assist clients with any needs they have with my company._

_____

13. Do you have any supervisory responsibilities at work?

Yes _____     No __✓__

If yes, how many people are under your supervision?_____

4

14. If you are not currently employed outside the home, please check the category below that applies to your employment status.

\_\_\_\_ Homemaker      \_\_\_\_ Stay at home parent

\_\_\_\_ Retired      \_\_\_\_ Unemployed-looking for work

\_\_\_\_ Student      \_\_\_\_ Disabled

\_\_\_\_ Other: Please explain _____

15. Please list all jobs you have held in the past. Do not include your current employment if you are currently employed. (Please include a brief description of the tasks you performed in each job, how long you held the job, and your reason for leaving the job.)

| Name of Employer | Dates Worked | Duties | Why left job |
|---|---|---|---|
| Boatmen's Bank | 6/91 – 9/95 | computer operation | better/highe paying job |

16. What is/was your father's occupation?

boiler plant operator

17. What is/was your mother's occupation?

housewife

18. Are you: Married ✓ Single \_\_\_\_ Divorced \_\_\_\_ Widowed \_\_\_\_

Living with a significant other \_\_\_\_ Separated \_\_\_\_

19. How many times have you been married? \_\_\_\_1\_\_\_\_

5

Ex. 58 Page 149 of 08

20. Spouse's or significant other's:

First name: _____ Treslyn _____

Occupation: _____ Teacher _____

Prior Occupations: _____ none _____

_____

21. Do you have children? Yes ✓        No ____

If you have children, please list their sex and age for each child. If the child is over 18 years of age, please also list his/her current occupation.

| Male/Female | Age | Occupation |
|---|---|---|
| Cheyenne | 21 | Student |
| Levi | 17 | |

If your children are school-age, do they attend:

✓ Public School        ____ Catholic School        ____ Other Religious Private School

____ Other Private School        ____ Home School

22. Do you have grandchildren? Yes ____        No ✓

If you do have grandchildren, please list the sex and age for each grandchild. If the grandchild is over 18 years of age, please also list his/her current occupation.

| Male/Female | Age | Occupation |
|---|---|---|
| | | |
| | | |

6

Case 4:21-cv-08001-BCW    Document 70-59    Filed 04/29/24    Page 150 of 181

23. What are your hobbies and favorite kinds of recreations?

_travel, high school sports and sports in general,_
_exercising, cooking, movies_

24. Please name the three public figures, living or deceased, whom you most admire.

(1) _Abraham Lincoln_

(2) _Martin Luther King Jr._

(3) _Bo Schembechler_

25. Do you read books or listen to books on tape?

read _✓_    listen on tape ____    both ____.

26. How often do you read or listen to books:

frequently ____    occasionally _✓_    hardly ever ____

What authors and types of books do you tend to read or listen to?

_James Michener, J.R.R. Tolkein, historical fiction,_
_fantasy, classics_

What was the last book you read/listened to? _~~struck~~ The Stranger by_
_Albert Calmus_

Are you currently reading/listening to a book?

Yes _✓_    No ____

If yes, what book are you reading/listening to? _Lord of the Rings trilogy_
_by J.R.R. Tolkein_

7

27. Please list your three favorite books you have ever read or listened to.

(1) Lord of the Rings

(2) Lake Wobegeon Days

(3) World War Z

28. Please list your three favorite movies you have ever seen.

(1) Citizen Kane

(2) Moonstruck

(3) To Kill A Mockingbird

29. Do you enjoy movies? Yes ✓    No ____

When you see movies, what kind of movies do you like?

Drama, Comedy, Thriller, Fantasy, All kinds really

What movie did you see last? Cloudy With a Chance of Meatballs 2

30. What television programs do you watch regularly? none

8

Ex. 58 Page 152 of 08

31. When you watch news programs on TV, what channel or channels do you watch (please mark all the ones you watch).

_____✓ Local Channels (NBC, ABC, CBS, FOX)

_____ CNN

_____ Christian Broadcasting Network

_____ C-SPAN

_____ Fox News Channel

_____ MSNBC/CNBC

_____ PBS (Public Broadcasting)

_____ Daily Show with John Stewart (Comedy Central)

_____ Other-Please indicate which other channels you watch for news. _____

_____ I never watch news programs on TV

32. Do you watch TV news magazine, interview or talk shows?

Yes _____   No _____✓

If your answer is yes, please list the names of the shows you watch.

_____

_____

33. What radio stations do you listen to?

_Jock  99.7  FM_____

_____

_____

9

34. Do you listen to radio talk shows? Yes ✓        No ____

If your answer is yes, please indicate to which radio talk shows you listen.

Sportstalk, Sports Reporters, Imus In the Morning

Have you ever called a radio talk show to express an opinion?

Yes ____    No ✓

If your answer is yes, please describe the opinions which you expressed.

35. What newspapers and magazines do you read?

Popular Science

36. Do you use the Internet?     Yes ✓        No ____

If "yes", for what purposes do you use the Internet? Please mark all that apply to you.

Obtain Information ✓  Shopping ✓  "chat-rooms" ____  "e-mail" ✓

Obtain local/national news ✓  Access "blogs" ✓  Instant messaging ____

Access file sharing sites ____   Meet new people and date ____     Skype ____

Other (please explain) _____

37. Do you have a "web page"? Yes ✓     No ____

If your answer is "yes", please explain content. coverage of high school sports in the Ozarks

10

Ex. 58 Page 154 of 08

38. Do you have a Facebook page? Yes _✓_    No ___

If your answer is yes, please describe how often and for what purposes you access and use Facebook. _2-3 times a week to keep up with family members and friends_

39. Do you have a Twitter account? Yes _✓_    No ___

If your answer is yes, please describe how often and for what purposes you access and use Twitter. _Daily to post scores of local high school sporting contests_

40. Have you ever made posts to You-Tube, Vine or other such sites? Yes _✓_    No ___

If your answer is yes, please describe the items you have posted.

_Videos of my children singing, highlights of local high school games_

41. Do you have any bumper stickers on your car?

Yes ___         No _✓_

If yes, what do the bumper stickers say?

11

42. In a political sense, which of the following best describes you?

_____ Liberal

✓ Moderate

_____ Conservative

_____ Other: (Please explain) _____

_____

43. Have you read any books or articles about the death penalty?

Yes _____          No ✓

If your answer is yes, please indicate the books or articles you have read.

_____

_____

_____

_____

Please describe what impact this reading had on you.

_____

_____

_____

_____

12

44. Have you seen any movies or television programs about the death penalty?

Yes ✓        No ___

If your answer is yes, please indicate the movies or programs you have watched.

Dead Man Walking, Thin Blue Line

Please describe what impact this viewing had on you.

None really. Both tried to make a case against the death penalty but neither affected my thinking.

45. Please describe your feelings about the death penalty in your own words. Please describe how strong are those feelings and how long have you had them?

It's a necessary part of the justice system. There has to be the possibility of punishment equal to crime to act as a deterrent. I've always felt that way as long as I can remember. And I wouldn't say I feel strongly or not, I just think that's the right way.

13

46. Which of the following best describes your feelings about the death penalty? Please read all of the statements carefully, take some time to think, and then mark all of the choices which you believe describe your feelings.

   a. I am opposed to the death penalty, and I will never vote to impose the death penalty in any case, no matter what the facts.

   b. I am opposed to the death penalty, and I would have a difficult time voting to impose the death penalty.

   c. I am opposed to the death penalty, but could vote to impose the death penalty if I believed that the death penalty was called for in light of the facts and the law in the case.

   d. I have no definite opinions for or against the death penalty. I could vote to impose the death penalty, or I could vote to impose a sentence of life imprisonment without possibility of parole, whichever I believed was called for in light of the facts and the law in the case.

   e. I am in favor of the death penalty, but I could vote for a sentence of life imprisonment without possibility of parole if I believed that a sentence of life imprisonment without possibility of parole was called for in light of the facts and the law in the case.

   f. I am strongly in favor of the death penalty, and I would have a difficult time voting for a sentence of life imprisonment without possibility of parole.

   g. I am strongly in favor of the death penalty, and I would vote for the death penalty in every case in which the person charged is eligible for a death sentence.

   h. None of the statements above correctly describes my feelings about the death penalty.

14

47. Have you read any books or articles about what life is like for a person doing time in prison?

Yes _____        No ✓

If your answer is "yes", please indicate the books or articles you have read.

_____

_____

Please describe what impact this reading had on you.

_____

_____

48. Have you seen any movies or television programs about what life is like for a person doing time in prison?

Yes ✓        No _____

If your answer is "yes," please indicate the movies or programs you have watched.

The Birdman of Alcatraz, The Shawshank Redemption

_____

Please describe what impact this viewing had on you.

None really.

_____

49. Please describe your impression of what life is like for a person doing time in prison.

Regimented, can be harsh, but needs are provided.

_____

_____

15

50. In the last ten years, are there any court cases which you have followed with interest?

Yes _____     No _✓_

If your answer is "yes", please indicate what cases you have followed, why you were interested in each such case, and whether you agreed or disagreed with the outcome in each such case.

_____

_____

_____

51. Are there guns in your home?   Yes _✓_       No _____

If yes, please indicate whether you or another member of your household owns guns, how many guns are owned, and what kinds of guns are owned (handgun, rifle, shotgun, semi-automatic, etc.)

I own 3 guns. A shotgun, a rifle, and a muzzleloader.

_____

_____

52. Please describe your feelings about guns.

_____ I believe there should be gun control.

_____ I am opposed to gun control of any kind.

_✓_ I believe that a gun owner should be allowed to carry the gun concealed with him/her for protection.

_____ Other, please explain _____

_____

16

53. Do you have a religious affiliation or preference?   Yes __✓__   No ____

If your answer is yes, what is your religion?

__Baptist__

Do you attend church regularly?  Yes ____   No _✓_

If you hold any position or office in your church, please describe the position or office which you hold.

_____

Do you participate in a Bible study group?

Yes ____   No _✓_

54. Does your spouse/significant other have a religious affiliation?

Yes _✓_        No ____

If your answer is yes, what is his/her religion?

__Baptist__

Does he/she attend church regularly?  Yes ____   No _✓_

If he/she holds any position or office in the church, please describe the position or office which he/she holds.

_____

Does he/she participate in a Bible study group?   Yes ____   No _✓_

55. Would anything about your religious, moral or philosophical beliefs make it difficult for you to sit in judgment of another person?

Yes ____        No _✓_

If your answer is yes, please explain_____

_____

17

56. Do you belong to any group or organization that is active in trying to protect the rights of crime victims, or is active in law enforcement or crime prevention? (Examples - Mothers Against Drunk Driving, a neighborhood watch group)

Yes _____     No __✓__

If your answer is "yes", please indicate each such group to which you belong.

_____

57. Do you belong to any group or organization that is active in rehabilitation of people with problems or active in helping people in trouble with the law? (Examples - Alcoholics Anonymous, Narcotics Anonymous, support groups for persons with family members in prison such as the Seven Step Foundation?)

Yes _____     No __✓__

If your answer is "yes", please indicate each such group to which you belong.

_____

58. Please list the names of all other organizations to which you belong, including labor unions, volunteer organizations, clubs, societies, fraternal organizations, and professional organizations (Examples - AFL-CIO, Teamsters, National Rifle Association (NRA), National Association for the Advancement of Colored People (NAACP), Kiwanis, Knights of Columbus, etc.)

_____none_____

_____

_____

If you hold an office or official position in any of the organizations you listed above, please state the organization and the position which you hold:

Organization                    Position Held

_____

_____

18

59. Please list the names of all organizations to which your spouse/significant other belongs, including labor unions, volunteer organizations, clubs, societies, fraternal organizations, and professional organizations (Examples - AFL-CIO, Teamsters, National Rifle Association (NRA), National Association for the Advancement of Colored People (NAACP), Kiwanis, Knights of Columbus, etc.)

Missouri Organization of Athletics, Physical Education, Recreation and Dance (MOAPHRD) Health

If your spouse holds an office or official position in any of the organizations you listed above, please state the organization and the position which your spouse holds.

Organization                    Position Held

60. Have you or your spouse or significant other served in the military? (This includes the National Guard)

You: Yes _____ No ✓                Spouse/Significant Other: Yes _____ No ✓

If answer is yes above, please describe branch of service, dates of service, assignments, highest rank attained, medals or commendation, and nature of discharge, etc.:

61. Are you presently or have you ever been involved in law enforcement (including police, highway patrol, sheriff's office, military police, correctional officers, probation and parole officers, juvenile officers and security guards)?

Yes _____                No ✓

If yes, name agency and position: _____

19

62. Is your spouse or significant other presently or has your spouse or significant other ever been involved in law enforcement (including police, highway patrol, sheriff's office, military police, correctional officers, probation and parole officers, juvenile officers and security guards)?

Yes _____          No _✓_

If yes, name agency and position: _____

_____

63. Have you ever applied for a job with any law enforcement agency, or any other governmental agency?

Yes _____          No _✓_

If yes, please indicate what agency, what job, and when you applied.

| Agency | Job | When applied |
|--------|-----|--------------|
|        |     |              |

64. Have you or a close family member or close friend ever had an exceptionally good experience involving a law enforcement officer?

Yes _____          No _✓_

If your answer is yes, please describe that experience. If there is more than one exceptionally good experience, please describe each incident.

_____

_____

65. Have you or a close family member or close friend ever had an exceptionally bad experience involving a law enforcement officer?

Yes _____          No _✓_

20

If your answer is yes, please describe that experience. If there is more than one exceptionally bad experience, please describe each incident.

_____

_____

66. In your opinion, how good of a job do you feel local law enforcement is doing in your community (local police, sheriff's department)?

_____Adequate_____

_____

67. In your opinion, how good of a job do you feel federal law enforcement agencies like the Federal Bureau of Investigation (FBI) and other federal law enforcement agencies are doing?

_____Sub par_____

_____

68. Have you ever served on a jury in a criminal or civil case?

Yes _____      No _✓_

If your answer is "yes", please answer the following:

a. Type of case on which you served as a juror

    Criminal ____      Civil ____      Both ____

b. Court(s)

    Federal ____      State ____      Both ____

21

c. If you have been a criminal case juror, for each such case, please indicate the kind of case it was (murder, stealing, assault, etc.), the place where the case occurred, the approximate date when the trial occurred, and whether a verdict was reached.

| Kind of Case | Where | Date | Verdict? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

d. Did the jury set punishment in each criminal case which you listed above?

Yes _____          No _____

e. Were you ever the foreperson of the jury in any of the cases above?

Yes _____          No _____

f. Have you ever served on a grand jury?

Yes _____          No _____

g. Have you ever served on a special or general court martial?

Yes _____          No _____

h. Is there anything about your prior jury service that might affect your ability to be fair and impartial in this case?

Yes _____          No _____

If yes, please explain: _____

_____

69. Have you filed a lawsuit, or had a lawsuit of any kind filed against you, by anyone in Court?

Yes _____          No ✓

22

If your answer is yes, please indicate who brought the lawsuit, what the lawsuit was about, and the result of the lawsuit

Who Brought Lawsuit      What Lawsuit was about      Result of Lawsuit

_____

_____

70. Have you or has someone close to you gone to a court of law for child custody issues?

Yes _____      No ✓

If yes, please indicate who was involved in the case, describe the situation, and describe your attitude about the situation.

_____

_____

_____

_____

71. Have you ever worked for a lawyer in a law office?

Yes _____      No ✓

If your answer is yes, please list for each such job when you worked at that job, for whom you worked (what lawyer or what firm), what kind of law the lawyer or firm practiced, and what your job duties were.

Date      Lawyer/Firm      Law Practiced      Your Duties

_____

_____

72. Do you have any legal training or have you taken any law courses?

Yes _____      No ✓

23

If your answer is yes, please list each training or course you have taken, and when you had that training, or took those courses.

Title of Class/Training                                    Date

_____

_____

73. Do you have any family members or close friends who are lawyers?

Yes _____          No ✓

If your answer is yes, for each person, please list the name of this lawyer, what your relationship is to that person, and what kind of law that lawyer practices.

Name of lawyer          Relationship          Kind of law practiced

_____

_____

74. Do you have any family members or close friends who are judges or retired judges?

Yes _____          No ✓

If your answer is yes, for each judge, please list the name of the Judge, in what State that Judge works, and what your relationship is to that Judge.

Name of Judge          State          Relationship

_____

_____

75. Do you have any family members or close friends who work for a United States Attorney's Office or a State Prosecutor's Office?

Yes _____          No ✓

24

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

Office Where Works           Relationship

_____

_____

76. Do you have any family members or close friends who work for a Public Defender's Office?

Yes _____          No ✓

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

Office Where Works           Relationship

_____

_____

77. Do you know anyone who works in a courthouse such a bailiff or clerk?

Yes _____          No ✓

If your answer is yes, for each such person, please list in what office the person works, and what your relationship is to that person.

Office Where Works           Relationship

_____

_____

78. Have you or a close family member ever undergone counseling, treatment or hospitalization for psychiatric, emotional, behavioral or substance abuse (alcohol/drug) problems?

Yes _____          No ✓

25

If yes, please give details: _____

_____

_____

79. Have you, any family members or any close friends ever been employed in the mental health field?

Yes ___ No ✓

If yes, please give details: _____

_____

_____

80. Have you ever undergone a hospitalization of more than two days for a major medical problem?

Yes ✓          No ___

If yes, please give details: Had my appedix removed _____

_____

_____

81. Have you, any family members or any close friends ever been employed in the medical field?

Yes ___ No ✓

If yes, please give details: _____

_____

_____

82. Have you ever pleaded guilty to or been convicted of a crime other than a simple traffic violation?

Yes ___          No ✓

26

If your answer is "yes", please indicate what was the crime, when it occurred, and what punishment you received.

_____

_____

83  Do you know personally or have you ever known personally anyone who has been convicted or pleaded guilty to a crime?

Yes _____          No _✓_

If yes, for each person, state that person's relationship to you and the name of the crime and sentence imposed, including probation:

_____

_____

84.  Have you ever visited a person in jail or in a penitentiary, or have you ever toured a jail or a penitentiary?

Yes _✓_          No _____

If your answer is yes, please indicate what impressions you received from the visit or visits to jails or penitentiaries which you made?

Toured Rich land City Jail when I was young. I was intimidating at that age.

85.  Have you, your spouse, your significant other, a relative or a close friend ever been the victim of a crime?

Yes _✓_          No _____
If your answer was yes please describe each such incident, giving the date, who was involved (you or relative/friend), and what kind of crime was involved.

| Date | Who Involved (You, Relative/Friend) | Kind of Crime |
|------|-------------------------------------|---------------|
| 6/12 | Parents | Home breakin. |

_____

27

86. Have you ever been a witness to a crime?

Yes _____      No ✓

Have law enforcement officers ever asked you to assist with a criminal investigation?

Yes _____      No ✓

If your answer was yes to either of the previous two questions, please describe each incident, giving the approximate date, the kind of incident involved, and whether you were called to court as a witness.

| Date | Kind of Incident | Called as Witness? |
|------|------------------|--------------------|
|      |                  |                    |
|      |                  |                    |

87. In your opinion, what are the most important causes of crime?

Poverty

88. In your opinion, what things should be done to solve the problem of crime?

Should be trying to help the lower classes impove their own situation.

89. In your opinion, are there problems with the criminal justice system?

Yes ✓      No _____

28

Ex. 58 Page 172 of 08

If your answer is yes, what are those problems as you see them?

It seems that the more money you have, the better your outcome will be.

If your answer was yes above, in your opinion, what should be done to solve the problems you have described?

Nothing but public defenders, no more private trial lawyers.

90. What is your general impression about criminal case prosecutors?

Haven't ever met one and I wouldn't trust how they're presented in the media

91. What is your general impression about criminal case defense attorneys?

Same as the above question.

29

Ex. 58 Page 173 of 181

92. Charles Michael Hall is a defendant in this case. Mr. Hall is forty-two years old, and was born in Portland, Maine. Mr. Hall was adopted at birth by Charles and Dorothy Hall. Mr. Hall grew up and attended school in the State of Maine. Do you know or have you heard of Charles Michael Hall or his parents Charles and Dorothy Hall?

Yes _____          No __✓__

If your answer is yes, please describe how you know or have heard of Charles Michael Hall or his parents.

_____

_____

93. In this case, Charles Michael Hall is being represented by Frederick A. (Fred) Duchardt, Jr., of Trimble, Missouri and Robert A. Lewis of Springfield, Missouri. Do you know or have you heard of either of these attorneys?

Yes _____          No __✓__

If your answer is yes, please describe how you know or have heard of either Mr. Duchardt or Mr. Lewis.

_____

_____

94. Wesley Paul Coonce, Jr. is a defendant in this case. Mr. Coonce is thirty-three years old, was born in Claremore, Oklahoma, and grew up in Flint, Michigan and Mansfield, Texas. Do you know or have you heard of Wesley Paul Coonce, Jr.?

Yes _____          No __✓__

If your answer is yes, please describe how you know or have heard of Wesley Paul Coonce.

_____

_____

_____

30

95. In this case, Wesley Paul Coonce, Jr. is being represented by Thomas Carver and Shane Cantin of Springfield, Missouri, and Matthew Rubenstein of Portland, Oregon. Do you know or have you heard of any of these attorneys?

Yes ____          No ✓

If your answer is yes, please describe how you know or have heard of Mr. Carver, Mr. Cantin or Mr. Rubenstein.

_____

_____

96. The prosecutors in this case are Assistant United States Attorneys Randall Eggert and Gary Milligan of Springfield, Missouri, and Department of Justice Attorney James Peterson of Washington, D.C.. Do you know or have you heard of any of these attorneys?

Yes ____          No ✓

If your answer is yes, please describe how you know or have heard of Mr. Eggert, Mr. Milligan or Mr. Peterson.

_____

_____

31

97. During this trial, persons described as experts may be called as witnesses by the prosecution and defense to give opinions and testify in the case. The law provides that persons who, by knowledge, skill, training, education or experience, have become expert in some field may state their opinions on matters in that field and may also state the reasons for their opinions. The law provides that expert testimony should be considered just like any other testimony. A jury may accept or reject this testimony, and give the testimony as much weight as they think it deserves, considering the witness' education and experience, the soundness of the reasons given for the opinion, the acceptability of the methods used, and all the other evidence in the case. Choose all of the following statements which accurately describe how you would consider such expert testimony.

A. I would be able to follow the law, and consider expert testimony just like any other testimony. I would give the testimony as much weight as I thought it deserves, considering the witness' education and experience, the soundness of the reasons given for the opinion, the acceptability of the methods used, and all the other evidence in the case;

B. I would not be able to follow the law, and consider expert testimony just like any other testimony; I would trust expert witnesses called by the prosecution more than those called by the defense;

C. I would not be able to follow the law, and consider expert testimony just like any other testimony; I would trust expert witnesses called by the defense more than those called by the prosecution;

D. I would not be able to follow the law, and consider expert testimony just like any other testimony; I would disregard anything such a witness would say, regardless of what the law says,

E. Other (please explain) _____

_____

32

Ex. 58 Page 216 of 08

98. During this trial, witnesses may be called who have entered into agreements with the government to obtain their testimony. This sort of an agreement generally provides that in return for the witness' assistance, the government will dismiss certain charges or recommend a less severe sentence for the witness if the government believes the witness testifies truthfully. The Court will then decide what consideration a witness should receive because of his cooperation. Choose all of the following statements which accurately describe how you would consider such testimony.

A. I would give such testimony the weight which I thought it deserved, and I would decide whether I thought the testimony had been influence by the hope of receiving a reduced sentence;

B. I would automatically believe such testimony in light of the agreement;

C. I would automatically disbelieve such testimony;

D. Other (please explain) _____

99. This case involves an alleged murder that took place at the United States Medical Center for Federal Prisoners in Springfield Missouri on or about January 26, 2010. The defendants Charles Michael Hall and Wesley Paul Coonce, who were inmates at the prison at the time, are charged with aiding and abetting each other in the murder of an inmate named Victor Castro-Rodriguez. Keep in mind that a charge is not evidence. A charge is merely an accusation. Mr. Hall and Mr. Coonce are presumed to be innocent until the government proves otherwise. In this case, the government is seeking the death penalty against both Mr. Hall and Mr. Coonce. There have been some reports about this case in the newspaper and on the radio and television. Do you have any knowledge about this case obtained from news reports or from any other sources? Do you recall reading, seeing, or hearing anything about this crime, or the people involved?

Yes ____        No ✓

If your answer is yes, please describe all that you have read, seen and heard, and include the source from which you obtained the information (newspaper, television, radio, friends, family members, etc).

_____

_____

_____

33

Ex. 58, Page 217 of 308

_____

_____

100. Trial of this case is expected to last four to five weeks. Do you have any of the following problems? (Please check all that apply to you)

____ Hearing difficulties

____ Vision problems

____ Regular Doctor appointments

____ Someone sick to care for

____ Small children to care for

____ An elder family member to care for

_✓_ Some other problem which will make it difficult for you to serve as a juror for several weeks (please explain)

Not sure I could be away from my job that long.

101. Do you have physical or medical problems which would make jury duty difficult for you?

Yes ____          No ✓

If yes, please explain: _____

_____

_____

_____

34

Ex. 58 Page 178 of 181

102. Some people who are called for jury service would like to be chosen to serve on a jury, while others would rather not be chosen. How do you feel?

_✓_ I would like to serve

____ I would rather not serve

____ I have no opinion

____ Other (Please explain): _____

103. Did you have any problems reading and understanding this questionnaire?

Yes ____          No _✓_

If your answer is yes, please explain below

_____

_____

104. Is there anything else that you wish to bring to the attention of the court or the attorneys in this case?

Yes ____          No _✓_

If yes, please explain: _____

_____

_____

_____

_____

_____

35

Use the space on this page and on the following pages if you need additional space to answer any of the questions in this questionnaire:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I do hereby certify that the answers which I have given in this questionnaire are true and complet

_____ 2/12/14 _____
(Date)

37