# Judge's List

Judge: **GARY A FENNER**
Event: **10-3029-CR**
Description: **USA V. COONCE/HALL**

Date: **4/21/14**
Time: **11:50 AM**

**Random**

| No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 4 | 200863572 | 03-0034 | **WOHNOUTKA, KATHRYN DEE** City: BOLIVAR — County: POLK | Clinical Systems Analyst | J1 |
| 5 | 200887739 | 03-0107 | TUSINGER, JANICE ELDA City: JOPLIN — County: JASPER | real estate | PP |
| 7 | 200865947 | 03-0047 | HALL, DAVID L City: FAIR GROVE — County: GREENE | | TC |
| 21 | 200860458 | 03-0032 | MURRELL, KATHRYN S City: BUFFALO — County: DALLAS | | PP |
| 22 | 200888526 | 03-0111 | **JAMES, DALE A** City: ALBA — County: JASPER | Quality control Auditor | J2 |
| 23 | 200889810 | 03-0123 | WOESTMAN, JAMES G City: CARTHAGE — County: JASPER | | CH |
| 28 | 200876357 | 03-0043 | SMITH, KAREN T City: MORRISVILLE — County: POLK | Social worker | PP |
| 33 | 200866277 | 03-0125 | HIBBARD, ANGELA D City: CARL JUNCTION — County: JASPER | MANAGER | TC |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

ORIGINAL

Judge: **GARY A FENNER**
Event: **10-3029-CR**
Description: **USA V. COONCE/HALL**

Date: 4/21/14
Time: 11:50 AM

**Random**

| No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|-----|----------|-----------|------|--|------|

~~35   200888128   03-0108   SEKSCINSKI, TERRY MICHAEL~~                          *CH*
City: AURORA          County: LAWRENCE          Supervisior at a Commercial Printer

~~37   200887355   03-0044   RIGGS, SARAH LYNN~~                                  *PP*
City: LAMAR           County: BARTON

(43)   200889159   03-0019   **JORDAN-MEADOWS, CHRISTINE SUE**                    *J3*
City: ORONOGO          County: JASPER          CUST SERV REP

~~44   200872001   03-0002   PRESTON, CRAIG~~                                     *TC*
City: BOLIVAR          County: POLK          Business Owner-Automobile Dealership

~~46   200868795   03-0099   WISKIRCHEN, JOHN L~~                                 *PP*
City: BRANSON WEST          County: STONE          Manager/Owner

~~47   200890398   03-0143   WILSON, JENNIFER LEE~~                              *PP*
City: CLEVER          County: STONE          Assistant Principal

~~50   200871988   03-0010   BUTTEWORTH, TAMARA K~~                              *TC*
City: NIXA          County: CHRISTIAN          Teacher

~~52   200890861   03-0080   CRAKER, CONNIE SUE~~                                *PP*
City: AURORA          County: LAWRENCE          Nurse

~~56   200871852   03-0084   CLEMENS, SALLY L~~                                  *CH*
City: MARSHFIELD          County: WEBSTER          INSURANCE SALES

Legend: J=Jury   A=Alternate   N.U=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

2 of 7

TF.FD.19.07.000147

Judge: GARY A FENNER
Event: 10-3029-CR
Description: USA V. COONCE/HALL

Date: 4/21/14
Time: 11:50 AM

Random

| No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| ~~80~~ | ~~200000810~~ | ~~03-0100~~ | ~~MONTELEONE, MARK M~~ | | TU |
| | City: CARL JUNCTION | County: JASPER | counterman | | |
| ~~82~~ | ~~200003287~~ | ~~03-0100~~ | ~~COLLINS, SHELLEY G~~ | | PP |
| | City: NIXA | County: CHRISTIAN | Quality analyst | | |
| ~~88~~ | ~~200077237~~ | ~~03-0005~~ | ~~KINSER, REBECCA C~~ | | CH |
| | City: NIXA | County: CHRISTIAN | PAINTING | | |
| ~~71~~ | ~~200091103~~ | ~~03-0105~~ | ~~JENNINGS, SEPTEMBER A~~ | | PP |
| | City: GRANBY | County: NEWTON | Breastfeeding Educator | | |
| (73) | 200886427 | 03-0064 | WILSON, JERRY L | | J4 |
| | City: ORONOGO | County: JASPER | RETIRED | | |
| ~~79~~ | ~~200872214~~ | ~~03-0122~~ | ~~DURBIN, JANET DARLENE~~ | | PP |
| | City: FAIR GROVE | County: DALLAS | transportation | | |
| 83 | ~~200867354~~ | ~~03-0017~~ | ~~SCHMITT, JOSEPH SEBASTIAN~~ | | CH |
| | City: WEST PLAINS | County: HOWELL | hvac tech | | |
| (90) | 200888568 | 04-0044 | HARDIN III, HARRY CHARLES | | J5 |
| | City: JOPLIN | County: JASPER | kitchendesigner | | |
| (92) | 200872084 | 04-0083 | COLLIER, GREG JAMES | | J6 |
| | City: CONWAY | County: LACLEDE | construction | | |

Legend: J=Jury  A=Alternate  NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff  PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

3 of 7

TF.FD.19.07.000148

Judge: **GARY A FENNER**
Event: **10-3029-CR**
Description: **USA V. COONCE/HALL**

Date: 4/21/14
Time: 11:50 AM

**Random**

| No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|-----|----------|-----------|------|---|------|
| ~~93~~ | ~~200068107~~ | ~~04-0121~~ | ~~SOOTER, DENNIS R~~ | | PP |
| | City: SARCOXIE | | County: JASPER | farmer | |
| (94) | 200891237 | 04-0092 | HOWARD, MARILYN E | | J7 |
| | City: LAMAR | | County: BARTON | | |
| 95 | 200874659 | 04-0088 | HANAFIN, DANA L | | J8 |
| | City: CLEVER | | County: CHRISTIAN | Warehouse lead | |
| ~~97~~ | ~~200074151~~ | ~~04-0094~~ | ~~BYBEE, SCOTT EUGENE~~ | | TC |
| | City: NIXA | | County: CHRISTIAN | Engineer | |
| ~~98~~ | ~~200072102~~ | ~~04-0056~~ | ~~SCHRADER, NICHOLAS S~~ | | TC |
| | City: BATTLEFIELD | | County: GREENE | Land Surveyor | |
| ~~99~~ | ~~200914270~~ | ~~04-0056~~ | ~~CURTIS, JACQUELYN RACHELE~~ | | CH |
| | City: HARTVILLE | | County: WRIGHT | CNA | |
| ~~101~~ | ~~200063726~~ | ~~04-0085~~ | ~~OLSON, PEGGY L~~ | | TC |
| | City: SPRINGFIELD | | County: GREENE | Admin. Asst. | |
| ~~104~~ | ~~200064361~~ | ~~04-0075~~ | ~~THOMPSON, JAMES A~~ | | J12 PP |
| | City: SPRINGFIELD | | County: GREENE | RETIRED | |
| 106 | 200891510 | 04-0057 | POLLREISZ, KENNETH EDWARD | | J9 |
| | City: CASSVILLE | | County: BARRY | customer service | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

4 of 7

TF.FD.19.07.000149

Judge: **GARY A FENNER**
Event: **10-3029-CR**
Description: **USA V. COONCE/HALL**

Date: 4/21/14
Time: 11:50 AM

**Random**

| No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|-----|----------|-----------|------|------|------|

~~108   200890892   04-0011   QUEEN, RONNY L~~
City: JOPLIN     County: JASPER     Field Sales/Service Rep in Oklahoma     CH

(111)  200888244   04-0037   **MATTINGLY, STEVEN A**
City: EXETER     County: BARRY     Service tech     J10

~~112   200004475   04-0081   GOSS, RONALD D~~
City: NIXA     County: CHRISTIAN     BUILDING MAINTENANCE     CH

~~116   200887258   04-0065   NEUENSCHWANDER, LESLI JEAN~~
City: CARL JUNCTION     County: JASPER     PP

~~117   200890824   04-0065   LEE, ALISON LYNN~~
City: CARL JUNCTION     County: JASPER     Accountant     PP

~~119   200868609   04-0082   STREIGHT, JUDITH A~~
City: AVA     County: DOUGLAS     PP

~~127   200864951   04-0004   USHER, ANNABELL L~~
City: BRIGHTON     County: POLK     HOUSEKEEPING     PP

(131)  200875517   04-0019   **PURRINGTON, BARBARA TRACY**
City: SPRINGFIELD     County: DALLAS     ACCOUNTING     J11

~~132   200868225   04-0096   MCLAUGHLIN, LATRICIA SUE~~
City: BROOKLINE STA     County: GREENE     production worker     PP

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

5 of 7

TF.FD.19.07.000150

Judge: **GARY A FENNER**
Event: **10-3029-CR**
Description: **USA V. COONCE/HALL**

**Random**

| No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 134 | 200874388 | 04-0106 | STRACE, PATRICIA A | | CH |
| | City: ELKLAND | | County: WEBSTER | RETIRED | |
| 137 | 200863871 | 04-0063 | ALLEN, DONNA SUE | | CH |
| | City: LEBANON | | County: LACLEDE | TELEPHONE OPERATOR | |
| 139 | 200809400 | 04-0104 | RAPP, DOUGLAS LEE | | TC |
| | City: MARIONVILLE | | County: LAWRENCE | Ergonomics Program Manager | |
| 142 | 200860530 | 04-0022 | EUKEL, DERP P. | | PP |
| | City: MOUNT VERNON | | County: LAWRENCE | | |
| 143 | 200868171 | 04-0090 | NELSON, ALVIN | | TC |
| | City: AVA | | County: DOUGLAS | FARMER | |
| 146 | 200804005 | 04-0067 | WANNENMACHER, CARLYE E | | PP |
| | City: SPRINGFIELD | | County: GREENE | Marketing | |
| 150 | 200870959 | 04-0008 | PILLA, TIMOTHY P | | PP |
| | City: SPRINGFIELD | | County: GREENE | Architecture | |
| 153. | 200888473 | 04-0027 | MAILES, OLAN | | J12 |
| | City: NEOSHO | | County: NEWTON | | |
| 155 | 200865102 | 04-0099 | BURBRIDGE, LAURA B | | TC |
| | City: REPUBLIC | | County: GREENE | social worker | |

Legend: J=Jury    A=Alternate    NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff    PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

TF.FD.19.07.000151

Judge: GARY A FENNER
Event: 10-3029-CR
Description: USA V. COONCE/HALL

Date: 4/21/14
Time: 11:50 AM

Random

| No. | Part No. | Pool Seq. | Name | | | Code (see legend) |
|---|---|---|---|---|---|---|
| 156 | 200868248 | 04-0030 | CATES, CARLA A | | | PP |
| | City: SPRINGFIELD | | County: GREENE | Manager | | |
| 157 | 200868432 | 04-0041 | GEORGE, KIMBERLY C | | | CH |
| | City: JOPLIN | | County: JASPER | Aerospace Technician | | |
| 160 | 200917940 | 04-0064 | CULVER, REBECCA ELAINE | | | J13 |
| | City: JOPLIN | | County: JASPER | Child Care | | |
| 162 | 200864667 | 05-0028 | CANTRELL, LC *Lenora* K | | | J14 |
| | City: SEYMOUR | | County: WEBSTER | RETIRED | | |
| 163 | 200873550 | 05-0063 | JENSEN, NANCY ELIZABETH | | | J15 |
| | City: CONWAY | | County: DALLAS | Production Manager | | |
| 165 | 200867728 | 05-0114 | SPURGEON, ELSIA J | | | PP |
| | City: MOUNTAIN GRV | | County: WRIGHT | HOMEMAKER | | |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

7 of 7

TF.FD.19.07.000152