**First Quarter**
Teacher comment: *Charles is capable of doing good work, but does not always pay attention.*
*S. A. Bellavance*

Parent comment:

Parent signature __*Charles V. Hall*__

**Second Quarter**
Teacher comment: *Chuck does a lot of day-dreaming and cant keep his mind on finishing his work. He can do quite well but he must prove it.*

Parent comment:

Parent signature __*Mrs Charles V. Hall*__

**Third Quarter**
Teacher comment: *Chuck is trying harder and his work has improved. I would like to see him be neater but I am very pleased with his progress.*

Parent comment:

rent signature __*Mrs Charles V. Hall*__

**Fourth Quarter**
Teacher comment: *Chuck has been having a hard time concentrating again. His work can be good but he has to be prodded to pass it in or to get it finished. He is a nice little boy. It's been fun working with him.*

Parent comment:

Parent signature _____

Assigned to __*Room 10*__

**SACO PUBLIC SCHOOLS**
Report to Parents
Howard L. Cushman, Superintendent

NAME __*Charles Hall*__

GRADE __*1*__ YEAR __*1977-78*__

TEACHER __*Sue Anne Bellavance*__

SCHOOL __*Young*__

PRINCIPAL __*Franklin Thompson*__

Ex. 6a Page 1 of 22    Case 2:22-08001-BCW    Document 70-61    Filed 04/29/24    Page 1 of 22

TF.FD.17.31.002048

Ex. 63 Page 2 of 22

Case 21-cv-208001-BCW   Document 70-61   Filed 04/29/24   Page 2 of 22

TF.FD.17.31.002049

Name  *Charles Hall*

## REPORTING SCALE

1. Excellent Progress
2. Good Progress
3. Acceptable Progress
4. Unacceptable Progress
5. Parent Conference Requested

### SUBJECTS:

| Language Arts | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Listens attentively | 3 | 3 | 2 | 2 |
| Follows directions | 2 | 2 | 2 | 3 |
| Speaks clearly | 2 | 2 | 2 | 2 |
| Uses good grammar | 2 | 2 | 2 | 2 |
| Uses simple sentences | 2 | 2 | 2 | 2 |
| Participates in group discussion | 2 | 2 | 2 | 2 |
| Tells a story in sequence | 2 | 2 | 2 | 2 |
| Letter formation | 3 | 4 | 3- | 3- |
| Neatness | 3 | 4 | 3- | 4 |
| Simple sentences | | | | 3 |
| Spelling | 2 | 3+ | 1 | 2 |

| Reading Skills | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| *Reading level | PP¹ | PP² | 1+ | 2¹ |
| Phonetic ability | 3 | 3 | 3+ | 2 |
| Sight vocabulary | 3 | 3 | 3+ | 3+ |
| Word attack | 3 | 3 | 3+ | 2- |
| Oral reading | 3 | 3 | 3+ | 2- |
| Comprehension | | 3 | 3 | 3 |

*Level   Readiness  (PP) Preprimers 1, 2, &
Primer, (1+) First Reader

| Mathematics | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Geometric shapes | 1 | 1 | 1 | 1 |
| Numbers to 100 | | to 50 2 | 2 | 2 |
| Addition | 2 | 2 | 1 | 2 |
| Subtraction | 2 | 2 | 2+ | 2 |
| Counting by 2's, 5's, 10's | | | 2 | 2 |
| Fractions | | 2 | 2 | 2 |
| Measurement | | 2 | 2 | 2 |
| Money, penny, nickel, dime | | 2 | 2 | 2 |
| Time, hour, half hour | | 2+ | 2+ | 2+ |

### SOCIAL BEHAVIOR

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Conduct | 3 | 2 | 2 | 2 |
| Effort | 2 | 3 | 2 | 3 |
| Works at own level | 2 | 3 | 2 | 3 |
| Health habits | 1 | 1 | 1 | 1 |

### ATTENDANCE

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days absent | 3 | 0 | 2 | 1 |
| Times tardy | 2 | 1 | 0 | 1 |
| Times dismissed | 0 | 1 | 0 | 1 |

### Taught, but not graded

Social Studies, Science and Health, Art, Music and Physical Education.

Ex. 6a Page 3 of 22    Case 2:22-cv-08001-BCW    Document 70-61    Filed 04/29/24    Page 3 of 22

First Quarter
Teacher comment: *Charles needs to put more effort into his school work.*

Parent comment:

Parent signature *Mrs Charles V. Hall*

Second Quarter
Teacher comment: *Charles has been doing good scholastically. He needs to do less socializing.*

Parent comment:

Parent signature *Mrs Charles V. Hall*

Third Quarter
Teacher comment:

Parent comment:

Parent signature *Mrs Charles V. Hall*

Fourth Quarter
Teacher comment: *I enjoyed having Charles in my class.*

Parent comment:

signature

Assigned to *Grade 3 Room 9*

**SACO PUBLIC SCHOOLS**
Report to Parents
Howard L. Cushman, Superintendent

NAME *Charles Hall*

GRADE *2*    YEAR *1978-1979*

TEACHER *Mrs. Grant*

SCHOOL *Young*

PRINCIPAL *Franklin Thompson*

Ex. 60 Page 4 of 22

TF-FD.17.31.002051

## ATTENDANCE

|  |  |  |  |  |
|---|---|---|---|---|
| Absent | 1 | 3 | 0 | 2½ |
| Tardy | 8 | 1 | 1 | 2 |
| Dismissed | 2 | 1 | 1 |  |



Green Feet

GRADE LEVEL Primer — 1st Period
GRADE LEVEL 800.3 — 2nd Period
GRADE LEVEL BLD.3 — 3rd Period
GRADE LEVEL Curbstone 3 — 4th Period

Columns (each period): Excellent Progress, Good Progress, Acceptable Progress, Unsatisfactory Progress, Parent Conference Requested

Items not checked do not apply.

### READING
- Adequate sight vocabulary
- Phonetic skills
- Comprehension
- Oral reading
- Silent reading

### LANGUAGE
- Capitalization - - punctuation
- Language oral & written
- Creative writing
- Spelling
- Penmanship

### MATHEMATICS
- Facts to ten
- Facts to eighteen
- Set recognition
- Place value
- Identifying numbers to 100
- Time
- Money
- Measurement
- Adds & subtracts with numbers to 10
- Adds & subtracts with numbers to 100
- Adds & subtracts with numbers to 1000
- Sequence of patterns & numbers

### SOCIAL STUDIES
- Social Awareness

### SCIENCE
- Science concepts
- Health habits
- Safety

### SOCIAL BEHAVIOR
- Assumes responsibilities
- Listens to and follows directions
- Works independently
- Works up to his own level
- Respects and relates to peers and adults
- Shows positive attitudes
- Self-motivation
- Respects property and material
- Displays self-discipline
- Works in small group
- Makes good use of time

## PUPIL RECORD FOR ▼

CHARLE HALL

Iowa Tests of Basic Skills

### PROFILE NARRATIVE REPORT

9-68

Grade: 3
Birth Date: APR, 1971
I.D. Number:

Sex: M
Age: 8/06

**Houghton Mifflin Company**

| SUBTESTS | SCORE | | PROFILE |
|---|---|---|---|
| | GE | PR | NATIONAL PERCENTILE RANK |
| VOCABULARY | | 71 | |
| READING | | 41 | |
| SPELLING | | 40 | |
| CAPITALIZATION | | 44 | |
| PUNCTUATION | | 67 | |
| LANGUAGE USAGE | | 70 | |
| LANGUAGE, TOTAL | | 58 | |
| VISUAL | | 63 | |
| REFERENCES | | 48 | |
| WORK-STUDY, TOTAL | | 58 | |
| MATH CONCEPTS | | 60 | |
| MATH PROBLEMS | | 20 | |
| MATH COMPUTATION | | 51 | |
| MATHEMATICS, TOTAL | | 42 | |
| COMPOSITE (COMPLETE) | 33 | 53 | |

NATIONAL PERCENTILE RANK — BELOW AVERAGE | AVERAGE | ABOVE AVERAGE — 1  25  50  75  99

THE SECOND HALF OF THE SECOND GRADE

Teacher: MRS LOUGHLIN
Date Tested: OCT, 1979
Test Form: 7
Process Number: 0-1551-005

School: YOUNG SCHOOL
System: SACO MIDDLE SCHOOL
Level: 9

LEGEND FOR SCORE : GE=Grade Equivalents, S=Stanines, and PR=Percentile Ranks

TF.FD.17.31.002054

TO THE PARENTS OF CHARLE HALL
FROM YOUNG SCHOOL SCHOOL

HOW WELL IS CHARLE LEARNING THE BASIC SKILLS?

TO OBTAIN INFORMATION TO ANSWER THIS QUESTION, CHARLE TOOK THE IOWA TESTS OF BASIC SKILLS, (FORM 07, LEVEL 9) IN OCT, 1979. CHARLE ATTENDS YOUNG SCHOOL SCHOOL IN SACO MIDDLE SCHOOL, AND IS IN THIRD GRADE. MRS LOUGHLIN IS CHARLE'S TEACHER.

CHARLE'S OVERALL ACHIEVEMENT IN THE BASIC SKILLS IS BEST SHOWN IN HIS COMPOSITE SCORE. CHARLE'S COMPOSITE GRADE EQUIVALENT SCORE OF 33 SHOWS THAT HIS TEST PERFORMANCE WAS APPROXIMATELY THE SAME AS THAT MADE BY THE TYPICAL STUDENT IN THE THIRD GRADE AT THE END OF THE THIRD MONTH. CHARLE'S STANDING IN OVERALL ACHIEVEMENT AMONG THIRD GRADERS NATIONALLY IS SHOWN BY HIS COMPOSITE PERCENTILE RANK OF 53. THIS MEANS THAT OVERALL CHARLE SCORED BETTER THAN 53 PERCENT OF THIRD GRADERS NATIONALLY AND THAT 47 PERCENT SCORED AS WELL OR BETTER. CHARLE'S OVERALL ACHIEVEMENT APPEARS TO BE ABOUT AVERAGE FOR HIS GRADE.

HOW WELL A STUDENT IS DOING IN READING IS A BIG FACTOR FOR SUCCESS IN SCHOOL WORK GENERALLY. CHARLE'S APPROXIMATE READING LEVEL IS THAT OF THE SECOND HALF OF THE SECOND GRADE. CHARLE'S LEVEL OF READING DEVELOPMENT IS ABOUT AVERAGE FOR HIS GRADE. HE SHOULD HAVE LITTLE OR NO DIFFICULTY WITH HIS SCHOOL READING ASSIGNMENTS.

THE IOWA TESTS OF BASIC SKILLS COVER MANY IMPORTANT SKILL AREAS. LET US EXAMINE THESE TO SEE CHARLE'S AREAS OF STRENGTH AND WEAKNESS. CHARLE IS HIGHEST IN VOCABULARY. THIS IS A RELATIVE STRENGTH ON WHICH CHARLE CAN BUILD DURING THE COMING YEAR. AREA OF GREATEST NEED APPEARS TO BE MATHEMATICS PROBLEMS. IT IS HERE THAT CHARLE NEEDS MOST WORK.

FOR MORE INFORMATION ABOUT HOW CHARLE IS DOING IN SCHOOL, PLEASE CONTACT CHARLE'S TEACHER, MRS LOUGHLIN.

PARENTS COPY

®1976, The University of Iowa. All reserved. Printed in the U

Ex. 6a Page 31 of 122 Case 2:20-cv-08001-BCW   Document 70-61   Filed 04/29/24   Page 6 of 22

TF.FD.17.31.002052

**First Quarter**

Teacher comment:

Parent comment:

Parent signature ___ *Charles V. Hall*

**Second Quarter**

Teacher comment: *Charles is a bright boy, but his attitude is poor. He still day-dreams, talks, and wanders around the room. He needs to settle down & get his mind on his work. He is capable of doing much better, but he must try a lot harder.*

Parent comment:

Parent signature ___ *Mrs Charles V. Hall*

**Third Quarter**

Teacher comment: *Charles' grades are not consistent. His marks are good when his behavior is good, and when his behavior is poor, his work suffers.*

Parent comment:

Parent signature ___ *Charles V. Hall*

**Fourth Quarter**

Teacher comment: *I am pleased with the progress Charles has made with his behavior and attitude this quarter. Apparently, he really needs that type of positive reinforcement and attention that the behavior charts provided. I wish him the best of luck at Burns School. Have a good summer!*

**SACO PUBLIC SCHOOLS**
Report to Parents
Howard L. Cushman, Superintendent

NAME ___ *Charles Hall*

GRADE ___ *3* ___ YEAR ___ *1979-1980*

TEACHER ___ *Mrs. Loughlin*

SCHOOL ___ *Young School*

PRINCIPAL ___ *Franklin Thompson*

Name *Charles Hall*

### REPORTING SCALE

1. Excellent Progress
2. Good Progress
3. Acceptable Progress
4. Unacceptable Progress
5. Parent Conference Requested

| SUBJECTS | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **Reading Skills** | | | | |
| Reading Level | $3^1$ | $3^1$ | $3^2$ | $3^2$ |
| Oral Reading | 2 | 2 | 2 | 2 |
| Comprehension | 2 | 2 | 2 | 2 |
| Phonics | 3 | 2 | 2 | 2 |
| Dictionary Skills | | | 3 | 4 |

| Language | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Correct Use of grammar | 2 | 2- | 2 | 2 |
| Spelling usage | 3 | 3 | 3 | 3 |
| Produces or creates something original | 3 | 4 | 2 | 2 |

| Handwriting | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| | 2 | 2 | 2 | 2 |

| Mathematics | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Problem solving | | 4 | 4 | 2 |
| Com tion | 2 | 3- | 3 | 3 |

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Social Studies | 2 | 2 | 2 | 2 |
| Science | 2 | 2 | 2 | 2 |

| Social Behavior | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Assumes responsibility (effort) | 3 | 3 | 3 | 2 |
| Listens to and follows directions | 2 | 3 | 3 | 2 |
| Health habits | 1 | 1 | 1 | 1 |
| Works independently | 1 | 1 | 1 | 1 |
| Relates to peers and adults | 1 | 1 | 1 | 1 |
| Shows positive attitude | 1 | 1 | 1 | 1 |
| Respects property and material things | 1 | 1 | 1 | 1 |

| Displays self-discipline | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| | 3 | 3 | 3 | 3+ |

| Attendance | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Absent | 2 | 2 | 6 | 0 |
| Tardy | 1 | 0 | 0 | 0 |
| Dismissed | 0 | 0 | 0 | 0 |

Taught, but not graded
Art, Music and Physical Education.

*Promoted to Grade 4*
*Burns School*
*Room 4*

Ex. 6a Page 21 of 22

Case 1:21-cv-08001-BCW   Document 70-61   Filed 04/29/24   Page 7 of 22

TF.FD.17.31.002079

Case 3:22-cv-08001-BCW   Document 70-61   Filed 04/29/24   Page 8 of 22

## PUPIL RECORD FOR ▼

**CHARLE HALL**

Iowa Tests of Basic Skills

## PROFILE NARRATIVE REPORT

Grade: 4
Birth Date: APR, 1971
I.D. Number:

Sex: M
Age: 9/05

Houghton Mifflin Company

### SCORE / PROFILE — NATIONAL PERCENTILE RANK

| | GE | PR | BELOW AVERAGE | AVERAGE | ABOVE AVERAGE |
|---|---|---|---|---|---|
| | | | 1   25 | 50   75 | 99 |
| VOCABULARY | | 66 | | | |
| READING | | 72 | | | |
| SPELLING | | 35 | | | |
| CAPITALIZATION | | 58 | | | |
| PUNCTUATION | | 31 | | | |
| LANGUAGE USAGE | | 72 | | | |
| LANGUAGE, TOTAL | | 50 | | | |
| VISUAL | | 35 | | | |
| REFERENCES | | 56 | | | |
| WORK-STUDY, TOTAL | | 46 | | | |
| MATH CONCEPTS | | 37 | | | |
| MATH PROBLEMS | | 5 | | | |
| MATH COMPUTATION | | 34 | | | |
| MATHEMATICS, TOTAL | | 19 | | | |
| COMPOSITE (COMPLETE) | 43 | 53 | | | |

### APPROXIMATE READING LEVEL
### THE FIRST HALF OF THE FIFTH GRADE

Teacher: MRS ROSE
Date Tested: SEP, 1980
Test Form: 8
Process    er: 000-2545-001

School: C K BURNS
System: SACO MIDDLE SCHOOL
Level: 10

LEGEND:   CORES: GE=Grade Equivalents, S=Stanines, and PR=Percentile Ranks

TO THE PARENTS OF CHARLE HALL
FROM C K BURNS SCHOOL

HOW WELL IS CHARLE LEARNING THE BASIC SKILLS?

TO OBTAIN INFORMATION TO ANSWER THIS QUESTION, CHARLE TOOK THE IOWA TESTS OF BASIC SKILLS, (FORM 08, LEVEL 10) IN SEP, 1980. CHARLE ATTENDS C K BURNS SCHOOL IN SACO MIDDLE SCHOOL, AND IS IN FOURTH GRADE. MRS ROSE IS CHARLE'S TEACHER.

CHARLE'S OVERALL ACHIEVEMENT IN THE BASIC SKILLS IS BEST SHOWN BY HIS COMPOSITE SCORE. CHARLE'S COMPOSITE GRADE EQUIVALENT SCORE OF 43 SHOWS THAT HIS TEST PERFORMANCE WAS APPROXIMATELY THE SAME THAT MADE BY THE TYPICAL STUDENT IN THE FOURTH GRADE AT THE END OF THE THIRD MONTH. CHARLE'S STANDING IN OVERALL ACHIEVEMENT AMONG FOURTH GRADERS NATIONALLY IS SHOWN BY HIS COMPOSITE PERCENTILE RANK OF 53. THIS MEANS THAT OVERALL CHARLE SCORED BETTER THAN 53 PERCENT OF FOURTH GRADERS NATIONALLY AND THAT 47 PERCENT SCORED AS WELL OR BETTER. CHARLE'S OVERALL ACHIEVEMENT APPEARS TO BE ABOUT AVERAGE FOR HIS GRADE.

HOW WELL A STUDENT IS DOING IN READING IS A BIG FACTOR FOR SUCCESS IN SCHOOL WORK GENERALLY. CHARLE'S APPROXIMATE READING LEVEL IS THAT OF THE FIRST HALF OF THE FIFTH GRADE. CHARLE IS SOMEWHAT ABOVE AVERAGE FOR HIS GRADE IN READING DEVELOPMENT. WE SHOULD HAVE NO DIFFICULTY WITH HIS SCHOOL READING ASSIGNMENTS.

THE IOWA TESTS OF BASIC SKILLS COVER MANY IMPORTANT SKILL AREAS. LET US EXAMINE THESE TO SEE CHARLE'S AREAS OF STRENGTH AND WEAKNESS. CHARLE IS HIGHEST IN READING, AND LANGUAGE USAGE. THESE ARE RELATIVE STRENGTHS ON WHICH CHARLE CAN BUILD DURING THE COMING YEAR. AREAS OF GREATEST NEED APPEAR TO BE SPELLING, PUNCTUATION, WORK-STUDY VISUAL MATERIALS, MATHEMATICS PROBLEMS, AND MATHEMATICS COMPUTATION. IT IS HERE THAT CHARLE NEEDS MOST WORK.

FOR MORE INFORMATION ABOUT HOW CHARLE IS DOING IN SCHOOL, PLEASE CONTACT CHARLE'S TEACHER, MRS ROSE.

PARENTS COPY

©1978 The University

All rights reserved. Printed

TF.FD.17.31.002076

Ex. 63 Page 2 of 22    Document 70-61    Filed 04/29/24    Page 9 of 22

TF.FD.17.31.002077

**First Quarter**
Teacher comment: Chuckie is capable of good work if he tries. He lacks the motivation + maturity to complete many tasks. I hope he will improve.

Parent comment:

Parent signature _Mrs. Charles V. Hall_

**Second Quarter**
Teacher comment:

Parent comment:

Parent signature _Charles V. Hall_

**Third Quarter**
Teacher comment:

Parent comment:

Parent signature _Mrs Charles V. Hall_

**Fourth Quarter**
Teacher comment:

Assigned to Room: _9_

Grade: _5_

Teacher: _Mrs. St. Michael_

## C. K. BURNS SCHOOL

**Report to Parents**

Howard L. Cushman, Superintendent

1980-19 81

NAME _Charlie Hall_

GRADE _4_

TEACHER _M. A. Rose_

**Robert W. Moody, Principal**

## GRADES ACCORDING TO INDIVIDUAL ABILITY

A 93 - 100  C 76 - 84

B 85 - 92  D 70 - 75

U Unacceptable work  E Failure

✓ Needs Improvement  + Progressing Satisfactorily

Items not checked do not apply

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **ARITHMETIC** | B- | C- | D | C- |
| Addition | + | + | + | + |
| Subtraction | ✓ | ✓ | ✓ | ✓ |
| Multiplication | ✓ | ✓ | ✓ | ✓ |
| Division | | | ✓ | ✓ |
| Problem Solving | ✓ | ✓ | ✓ | ✓ |
| Measurements | | | ✓ | ✓ |
| Fractions | | | | ✓ |
| Decimals | | | | |
| **LANGUAGE** | B- | B- | D | C- |
| Sentence structure | + | + | + | + |
| Grammar | ✓ | ✓ | ✓ | ✓ |
| Oral expression | + | + | + | + |
| Use of reference material | | | ✓ | ✓ |
| Penmanship | ✓ | ✓ | ✓ | ✓ |
| **SPELLING** | C | B- | B- | C |
| Vocabulary | ✓ | ✓ | ✓ | ✓ |
| Correlation to daily work | ✓ | ✓ | ✓ | ✓ |
| **READING** | B- | C+ | C | C |
| Level | 3² | 4' | 4' | 4' |
| Word attack skills | + | + | + | + |
| comprehension | + | ✓ | ✓ | ✓ |
| independent work | ✓ | ✓ | ✓ | ✓ |

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **SOCIAL STUDIES** | U | C- | D | C- |
| Map skills | ✓ | ✓ | ✓ | ✓ |
| Comprehension of content | ✓ | ✓ | ✓ | ✓ |
| Supplementary activities | ✓ | ✓ | ✓ | ✓ |
| **SCIENCE** | C- | D | D | C |
| **PHYSICAL EDUCATION** | + | | + | + |
| **MUSIC** | + | | + | + |
| **ATTITUDES** | ✓ | ✓ | ✓ | |
| Behavior | ✓ | ✓ | ✓ | ✓ |
| Respect for other children | + | + | + | + |
| Respect for adults | + | + | + | + |
| Respect for school property | + | + | + | + |
| Assignments | ✓ | ✓ | ✓ | ✓ |
| **ATTENDANCE** | | | | |
| Days absent | 1 | 1 | 5½ | 3 |
| Times tardy | 1 | 0 | 0 | 0 |
| Times dismissed | 0 | 0 | 1 | 1 |
| **PARENT- TEACHER CONFERENCE** Requested | ✓ | ✓ | | |

TF.FD.17.31.002080

ExCase 4:21-cv-28001-BCW Document 70-61 Filed 04/29/24 Page 11 of 22

TF.FD.17.31.002082

## PUPIL RECORD FOR ▼

**CHARLE HALL**

Iowa Tests of Basic Skills

### PROFILE NARRATIVE REPORT

Grade: 5  Sex: M
Birth Date: APR, 1971  Age: 10/06
I.D. Number:

THE RIVERSIDE PUBLISHING COMPANY

| | SCORE | | PROFILE |
|---|---|---|---|
| | GE | PR | NATIONAL PERCENTILE RANK |

| | GE | PR |
|---|---|---|
| VOCABULARY | | 73 |
| ..EADING | | 37 |
| SPELLING | | 10 |
| CAPITALIZATION | | 48 |
| PUNCTUATION | | 36 |
| LANGUAGE USAGE | | 1 |
| LANGUAGE, TOTAL | | 16 |
| VISUAL | | 80 |
| REFERENCES | | 21 |
| WORK-STUDY, TOTAL | | 51 |
| MATH CONCEPTS | | 48 |
| MATH PROBLEMS | | 28 |
| MATH COMPUTATION | | 16 |
| ᵀᴴATHEMATICS, TOTAL | | 31 |
| COMPOSITE (COMPLETE) | 48 | 41 |

### APPROXIMATE READING LEVEL
### THE SECOND HALF OF THE FOURTH GRADE

Teacher: MRS ST MICHEL
Date Tested: OCT, 1981
Test Form: 7
Process Nu: 000-3060-001

School: C K BURNS SCHOOL
System: SACO MIDDLE
Level: 11

LEGEND FOR

TO THE PARENTS OF CHARLE HALL
FROM C K BURNS SCHOOL SCHOOL

HOW WELL IS CHARLE LEARNING THE BASIC SKILLS?

TO OBTAIN INFORMATION TO ANSWER THIS QUESTION, CHARLE TOOK THE IOWA TESTS OF BASIC SKILLS, (FORM 07, LEVEL 11) IN OCT, 1981. CHARLE ATTENDS C K BURNS SCHOOL SCHOOL IN SACO MIDDLE, AND IS IN FIFTH GRADE. MRS ST MICHEL IS CHARLE'S TEACHER.

CHARLE'S OVERALL ACHIEVEMENT IN THE BASIC SKILLS IS BEST SHOWN BY HIS COMPOSITE SCORE. CHARLE'S COMPOSITE GRADE EQUIVALENT SCORE OF 48 SHOWS THAT HIS TEST PERFORMANCE WAS APPROXIMATELY THE SAME AS THAT MADE BY THE TYPICAL STUDENT IN THE FOURTH GRADE AT THE END OF THE EIGHTH MONTH. CHARLE'S STANDING IN OVERALL ACHIEVEMENT AMONG FIFTH GRADERS NATIONALLY IS SHOWN BY HIS COMPOSITE PERCENTILE RANK OF 41. THIS MEANS THAT OVERALL CHARLE SCORED BETTER THAN 41 PERCENT OF FIFTH GRADERS NATIONALLY AND THAT 59 PERCENT SCORED AS WELL OR BETTER. CHARLE'S OVERALL ACHIEVEMENT APPEARS TO BE ABOUT AVERAGE FOR HIS GRADE.

HOW WELL A STUDENT IS DOING IN READING IS A BIG FACTOR FOR SUCCESS IN SCHOOL WORK GENERALLY. CHARLE'S APPROXIMATE READING LEVEL IS THAT OF THE SECOND HALF OF THE FOURTH GRADE. THOUGH SOMEWHAT BELOW AVERAGE IN READING, CHARLE'S LEVEL OF READING DEVELOPMENT IS HIGH ENOUGH THAT HE SHOULD HAVE LITTLE DIFFICULTY WITH READING IN MOST SCHOOL WORK.

THE IOWA TESTS OF BASIC SKILLS COVER MANY IMPORTANT SKILL AREAS. LET US EXAMINE THESE TO SEE CHARLE'S AREAS OF STRENGTH AND WEAKNESS. CHARLE IS HIGHEST IN VOCABULARY, AND WORK-STUDY VISUAL MATERIALS. THESE ARE RELATIVE STRENGTHS ON WHICH CHARLE CAN BUILD DURING THE COMING YEAR. AREAS OF GREATEST NEED APPEAR TO BE SPELLING, LANGUAGE USAGE, WORK-STUDY REFERENCES, AND MATHEMATICS COMPUTATION. IT IS HERE THAT CHARLE NEEDS MOST WORK.

FOR MORE INFORMATION ABOUT HOW CHARLE IS DOING IN SCHOOL, PLEASE CONTACT CHARLE'S TEACHER, MRS ST MICHEL.

PARENTS COPY

©1978, The University of Iowa. rights reserved. Printed in

Exhibit 12 to Case 4:22-cv-08001-BCW   Document 70-61   Filed 04/29/24   Page 12 of 22

TF-FD.17.31.002083

**First Quarter**

Teacher comment: *Chuck must complete all work.*

Parent comment:

Parent signature *Mrs. Charles V. Hall*

**Second Quarter**

Teacher comment: *all A's + B's if work were all in! —*

Parent comment:

Parent signature *Mrs. C. V. Hall*

**Third Quarter**

Teacher comment:

Parent comment:

Parent signature *Mrs. Charles V. Hall*

**Fourth Quarter**

Teacher comment: *Hopefully Chuck will always do his best. He is a funny boy!!*

Assigned to Room: *Saco Middle School*

Grade: _____ 6 _____

Teacher: _____

---

## C. K. BURNS SCHOOL

Report to Parents

Howard L. Cushman, Superintendent

1981 - 1982

NAME *Charles Hall*

GRADE _____ 5 _____

TEACHER *Mrs. H. Michel*

Robert W. Moody, Principal

ExCause 4213 cv 28001-BCW   Document 70-61   Filed 04/29/24   Page 13 of 22

TF.FD.17.31.002081

GRADES ACCORDING TO INDIVIDUAL ABILITY

A 93 - 100          C 76 - 84
B 85 - 92           D 70 - 75
                    E Failure

U Unacceptable work

√ Needs Improvement     + Progressing Satisfactorily

Items not checked do not apply

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **ARITHMETIC** | U | D+ | B- | C |
| Addition | + | + | + | + |
| Subtraction | + | + | + | + |
| Multiplication | | + | + | + |
| Division | | | + | + |
| Problem Solving | √ | √ | + | + |
| Measurements | √ | + | + | + |
| Fractions | | | √ | + |
| Decimals | | | | + |
| **LANGUAGE** | C | C+ | B- | B |
| Sentence structure | + | + | + | + |
| Grammar | + | + | + | + |
| Oral expression | + | + | + | + |
| Use of reference material | + | + | + | + |
| Penmanship | √ | √ | + | + |
| **SPELLING** | B | C+ | C | D |
| Vocabulary | + | + | + | √ |
| Correlation to daily work | + | + | + | √ |
| **READING** | C | U | U | U |
| Level | 4⁰ | 5² | 5² | 5 |
| Word attack skills | + | √ | √ | √ |
| Comprehension | √ | √ | √ | √ |
| Independent work | √ | √ | √ | √ |

| | | | | |
|---|---|---|---|---|
| **SOCIAL STUDIES** | D- | B- | D | C |
| Map skills | √ | + | + | + |
| Comprehension of content | √ | + | √ | + |
| Supplementary activities | √ | √ | √ | + |
| **SCIENCE** | B | U | E | D |
| **PHYSICAL EDUCATION** | + | + | + | + |
| **MUSIC** | + | √ | √ | √ |
| **ATTITUDES** | | | | |
| Behavior | √ | + | √ | √ |
| Respect for other children | + | + | + | + |
| Respect for adults | + | + | + | + |
| Respect for school property | + | + | + | + |
| Assignments | √ | √ | √ | √ |
| **ATTENDANCE** | | | | |
| Days absent | ½ | 3 | 6 | 2 |
| Times tardy | 0 | 0 | 0 | 0 |
| Times dismissed | 1 | 0 | 2 | 0 |
| **PARENT-TEACHER CONFERENCE** | | | | |
| Requested | | | | |

Charles
Grade 5   1981-82

Case 4:24-cv-08001-BCW    Document 70-61    Filed 04/29/24    Page 14 of 22

Excerpt Page 214 of 280

TF.FD.17.31.002056

Saco Public Schools
## SACO MIDDLE SCHOOL
Gilbert Reynolds, Principal

Superintendent - Howard L. Cushman

Assistant Principal - Elaine White
Guidance Director - Nancy A. Tarbox  *17*

## PUPIL PROGRESS REPORT GRADES 6-8

Name _____ Grade ____ Year _____ Teacher _____

### Explanation of Basic Subject Grades
A — 93 - 100  Superior or Excellent
B — 85 - 92   Good or Above Average
C — 76 - 84   Average
D — 70 - 75   Poor but Passing
E — 0 - 69    Failure
I             Incomplete
*             Below Grade Level

1 — Shows interest and desire to work
2 — Shows improvement
3 — Uses time and ability to good advantage
4 — Good school citizen
5 — Low test scores
6 — Required Work late or incomplete
7 — Poor conduct
8 — Working below ability level
9 — Poor attitude
10 — Too many absences

### Explanation of Special Subject Grades
H — Outstanding
S — Satisfactory
U — Unsatisfactory

| | 1 Rank | 1 Effort | 2 Rank | 2 Effort | 3 Rank | 3 Effort | 4 Rank | 4 Effort | |
|---|---|---|---|---|---|---|---|---|---|
| Reading M | D | 6,7 | D | 6,7 | E | 6,7 | C- | 6,7 | D |
| Language M | | | | | E | 6,7 | E | 5,6,7 | E |
| Spelling M | C | 5 | E | 5,6 | E | 5,6 | E | 6,7 | D- |
| Mathematics M | | | | | E | 5/6 | E | 5,6,7 | E |
| Science M | E | 5,7 | E | 7 | E | 5/6 | E | 5/6 | E |
| Social Studies M | | | D- | 5/6 8 | E | 5/6 | D- | 5,6 | |

| | 1 Rank | 1 Effort | 2 Rank | 2 Effort | 3 Rank | 3 Effort | 4 Rank | 4 Effort | |
|---|---|---|---|---|---|---|---|---|---|
| Art | | | S | S | S | S | S | S | |
| Music | | | | | | | | | |
| Physical Ed. | 5 | | 11 | 23 | S+ | 1 | 5 | 1 | S+ |
| Home Ec. | | | B+ | | | | | | B+ |
| Industrial Arts | | | | | B | 1 | A | 1 | B+ |
| Band | | | | | | | | | |

### Teacher Comments

| | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Parent Conference Requested | | | | |

1.

2.

3.

4.

| Attendance | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days Absent | 2 | 1 | 2 | 0 |
| Times Tardy | 1 | 0 | 0 | 0 |
| Times Dismissed | 1 | 0 | 0 | 0 |

Please discuss this report with your son or daughter. If a c____ence is requested, call the school for an appoi____nt. Tel. 282-4181

PARENT'S COMMENTS:
Charles will be retained in grade 6 for the first 4 weeks. If Charles has no grade lower than a C, then he will be promoted to grade 7.

Assig____ to Grade _6_ For School Year _____

This Progress Report must be signed by the parent and returned to Saco Middle School. Please return in an envelope if parent comments are made.

PARENT SIGNATURE _____

Case 4:15-cr-28001-BCW   Document 70-61   Filed 04/29/24   Page 15 of 22

# PUPIL RECORD FOR ▼

**CHARLE HALL**

Iowa Tests of Basic Skills

## PROFILE NARRATIVE REPORT

9-881

Grade: 6  Sex: M
Birth Date: APR, 1971  Age: 11/11
I.D. Number:

THE RIVERSIDE PUBLISHING COMPANY

| SUBTESTS | SCORE | | PROFILE |
|---|---|---|---|
| | GE | PR | NATIONAL PERCENTILE RANK |

| SUBTESTS | GE | PR |
|---|---|---|
| VOCABULARY | | 66 |
| RE NG | | 30 |
| SPELLING | | 5 |
| CAPITALIZATION | | 40 |
| PUNCTUATION | | 26 |
| LANGUAGE USAGE | | 8 |
| LANGUAGE, TOTAL | | 14 |
| VISUAL | | 48 |
| REFERENCES | | 33 |
| WORK-STUDY, TOTAL | | 41 |
| MATH CONCEPTS | | 29 |
| MATH PROBLEMS | | 56 |
| MATH COMPUTATION | | 52 |
| MATHEMATICS, TOTAL | | 46 |
| CO... .SITE (COMPLETE) | 62 | 38 |

THE PROFILE ABOVE SHOWS AT A GLANCE HOW WELL
CHARLE HALL IS LEARNING BASIC SKILLS.

Teacher: MRS RILEY
Date Tested: MAR, 1983
Test Form: 8
Process Number: 000-1275-004

School: SACO MIDDLE SCHOOL
System: SACO MIDDLE SCHOOL
Level: 12

**LEGEND FOR SCO**  IE = Grade Equivalents, S = Stanines, and PR = Percentile Ranks

TF.FD.17.31.002058

---

TO THE PARENTS OF CHARLE HALL
FROM SACO MIDDLE SCHOOL SCHOOL

HOW WELL IS CHARLE LEARNING THE BASIC SKILLS?

TO OBTAIN INFORMATION TO ANSWER THIS QUESTION, CHARLE TOOK THE IOWA TESTS OF BASIC SKILLS, (FORM 08, LEVEL 12) IN MAR, 1983. CHARLE ATTENDS SACO MIDDLE SCHOOL SCHOOL IN SACO MIDDLE SCHOOL, AND IS IN SIXTH GRADE.  MRS RILEY IS CHARLE'S TEACHER.

CHARLE'S OVERALL ACHIEVEMENT IN THE BASIC SKILLS IS BEST SHOWN BY HIS COMPOSITE SCORE.  CHARLE'S COMPOSITE GRADE EQUIVALENT SCORE OF 62 SHOWS THAT HIS TEST PERFORMANCE WAS APPROXIMATELY THE SAME AS THAT MADE BY THE TYPICAL STUDENT IN THE SIXTH GRADE AT THE END OF THE SECOND MONTH.  CHARLE'S STANDING IN OVERALL ACHIEVEMENT AMONG SIXTH GRADERS NATIONALLY IS SHOWN BY HIS COMPOSITE PERCENTILE RANK OF 38.  THIS MEANS THAT OVERALL CHARLE SCORED BETTER THAN 38 PERCENT OF SIXTH GRADERS NATIONALLY AND THAT 62 PERCENT SCORED AS WELL OR BETTER.  CHARLE'S OVERALL ACHIEVEMENT APPEARS TO BE SOMEWHAT BELOW AVERAGE FOR HIS GRADE.

HOW WELL A STUDENT IS DOING IN READING IS A BIG FACTOR FOR SUCCESS IN SCHOOL WORK GENERALLY.  CHARLE'S APPROXIMATE READING LEVEL IS THAT OF THE SECOND HALF OF THE FIFTH GRADE.  THOUGH SOMEWHAT BELOW AVERAGE IN READING, CHARLE'S LEVEL OF READING DEVELOPMENT IS HIGH ENOUGH THAT HE SHOULD HAVE LITTLE DIFFICULTY WITH READING IN MOST SCHOOL WORK.

THE IOWA TESTS OF BASIC SKILLS COVER MANY IMPORTANT SKILL AREAS. ALTHOUGH OVERALL CHARLE APPEARS TO BE SOMEWHAT BELOW AVERAGE, HE MAY BE STRONGER IN SOME SKILLS THAN OTHERS.  AND HE MAY BE WEAKER IN SOME SKILLS THAN OTHERS.  LET US EXAMINE CHARLE'S HIGH POINTS AND LOW POINTS.  CHARLE IS HIGHEST IN VOCABULARY, AND MATHEMATICS PROBLEMS.  THESE ARE RELATIVE STRENGTHS ON WHICH CHARLE CAN BUILD DURING THE COMING YEAR.  AREAS OF GREATEST NEED APPEAR TO BE SPELLING, AND LANGUAGE USAGE.  IT IS HERE THAT CHARLE NEEDS MOST WORK.

FOR MORE INFORMATION ABOUT HOW CHARLE IS DOING IN SCHOOL, PLEASE CONTACT CHARLE'S TEACHER, MRS RILEY.

PARENTS COPY

©1978, The University of Iowa.  All righ     ed.  Printed in the U.

ExcaUSpage216 of 228001-BCW   Document 70-61   Filed 04/29/24   Page 16 of 22

TF.FD.17.31.002057

Saco Public Schools
**SACO MIDDLE SCHOOL**
Larry Littlefield, Principal
**PUPIL REPORT CARD  GRADES 6 - 8**

Superintendent - Howard L. Cushman

Assistant Principal - Elaine White
Guidance Director - Nancy A. Tarbox

Name _____Charles  Hall_____ Grade _6_ Year _1983-84_ Section _6-4_   HR 21

| Explanation of Basic Subject Grades | | |
|---|---|---|
| A — 93 - 100 | Superior or Excellent |
| B — 85 - 92 | Good or Above Average |
| C — 76 - 84 | Average |
| D — 70 - 75 | Poor but Passing |
| E — 0 - 69 | Failure |
| I | Incomplete |

| | |
|---|---|
| 1 — Low test scores | 7 — Shows interest and desire to work |
| 2 — Required work late or incomplete | 8 — Shows improvement |
| 3 — Poor conduct | 9 — Uses time and ability to good advantage |
| 4 — Working below ability level | 10 — Good school citizen |
| 5 — Poor attitude | 11 — Below grade level |
| 6 — Too many absences | 12 — Above grade level |
| | 13 Over/talkative |

| Explanation of Special Subject Grades | |
|---|---|
| H — Outstanding |
| S — Satisfactory |
| U — Unsatisfactory |

| | 1 Rank | 1 Effort | 2 Rank | 2 Effort | 3 Rank | 3 Effort | 4 Rank | 4 Effort | Year Ave. |
|---|---|---|---|---|---|---|---|---|---|
| Mathematics  M | C | 8 | E | 2 | E | 2 | | | |
| Language  M | E | 8 | C | 2 | E | 2 | | | |
| Reading  M | D | 2 | | E | | | | | |
| Spelling  M | | 1 | | E | | | | | |
| Social Studies  M | | | | | C | 8 | | | |
| Science  M | | | | E | 2 | | F | E | |

| | 1 Rank | 1 Effort | 2 Rank | 2 Effort | 3 Rank | 3 Effort | 4 Rank | 4 Effort | Year Ave. |
|---|---|---|---|---|---|---|---|---|---|
| Health  MD Anagnost's | | | | | C | | E | | E |
| Physical Ed.  M | S | 1 | S | 1 | S | 7 | S | 7 | S+ |
| Home Ec.  M  LaBuzion | C | 13 | B+ | | | | | | |
| Industrial Arts  M  Johnston | | | | | B | 7 | | | |
| Art  M | | | S | S | | | | | |
| Band  M | | | | | | | | | |

**Teacher Comments:**

_____

| Attendance | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days Present | | 42 | 40 | 43 |
| Days Absent | | 0 | 4 | 2 |
| Times Tardy | 1 | 0 | 0 | 0 |
| Times Dismissed | 1 | 1 | 1 | 0 |

**PARENT'S COMMENTS:**

Please discuss this report with your son or daughter.
If a conference is requested, call the school for an
appointment. Tel. 282-4181

Assigned  Grade _____ For School Year _____

This Report Card must be signed by the parent and returned to Saco Middle School. Please return in an envelope if parent comments are made.

PARENT SIGNATURE

Exhibit 217 of 208001-BCW    Case 4:17-cv-... Document 70-61    Filed 04/29/24    Page 17 of 22

**Saco Public Schools**
**SACO MIDDLE SCHOOL**
Larry Littlefield, Principal
**PUPIL REPORT CARD GRADES 6 - 8**

Superintendent - Howard L. Cushman

Assistant Principal - Elaine White
Guidance Director - Nancy A. Tarbox

Name _Charles Hall_          Grade _6_   Year _1983 84_   Section _6 4_   HR _21_

**Explanation of Basic Subject Grades**

| Grade | Range | Description |
|---|---|---|
| A | 93 - 100 | Superior or Excellent |
| B | 85 - 92 | Good or Above Average |
| C | 76 - 84 | Average |
| D | 70 - 75 | Poor but Passing |
| E | 0 - 69 | Failure |
| I | | Incomplete |

1 — Low test scores
2 — Required work late or incomplete
3 — Poor conduct
4 — Working below ability level
5 — Poor attitude
6 — Too many absences
7 — Shows interest and desire to work
8 — Shows improvement
9 — Uses time and ability to good advantage
10 — Good school citizen
11 — Below grade level
12 — Above grade level
13 — Owes late fee

**Explanation of Special Subject Grades**
H — Outstanding
S — Satisfactory
U — Unsatisfactory

| | 1 Rank | 1 Effort | 2 Rank | 2 Effort | 3 Rank | 3 Effort | 4 Rank | 4 Effort | Year Ave. |
|---|---|---|---|---|---|---|---|---|---|
| Mathematics — Mrs. Moody | C | 8 | E | 2 | E | 2 | | | |
| Language — Mrs. Moody | E | 8 | C | 2 | E | 1/2 | | | |
| Reading — M... Riley | D | 2 | D | 2 | E | | | | |
| Spelling — Mrs. Riley | C | 7 | C | - | E | | | | |
| Social Studies — M... | D | 2 | D | 1/2 | C | 8 | | | |
| Science — W...tor | E | 1/2 | | E | 1/2 | F | E | | |

| | 1 Rank | 1 Effort | 2 Rank | 2 Effort | 3 Rank | 3 Effort | 4 Rank | 4 Effort | Year Ave. |
|---|---|---|---|---|---|---|---|---|---|
| Health — MD Anagnos...s | | | | | C | | E | | E |
| Physical Ed. — M... | S | 1 | S | 1 | S+ | 7 | S | 7 | S+ |
| Home Ec. — M... Bickford | C | 13 | B | | | | | | |
| Industrial Arts — M... Junton | | | | | B | 7 | | | |
| Art — M... | | | S | S | | | | | |
| Band — M | | | | | | | | | |

**Teacher Comments:**

| Attendance | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Days Present | | 42 | 40 | 43 |
| Days Absent | | 0 | 4 | 2 |
| Times Tardy | 1 | 0 | 0 | 0 |
| Times Dismissed | 1 | 1 | 1 | 0 |

**PARENT'S COMMENTS:**

This Report Card must be signed by the parent and returned to Saco Middle School. Please return in an envelope if parent comments are made.

_____
PARENT SIGNATURE

Please discuss this report with your son or daughter.
If a c    rence is requested, call the school for an
appo    ent. Tel. 282-4181

Ass    1 to Grade _____ For School Year

TF.FD.17.31.002074

CHUCK HALL

Iowa Tests of Basic Skills

**PROFILE NARRATIVE REPORT**

9-88

Grade: 6    Sex: M
Birth Date: APR, 1971    Age: 12/11
I.D. Number:

THE RIVERSIDE PUBLISHING COMPANY

| TESTS | SCORE | | | PROFILE — NATIONAL PERCENTILE RANK |
|---|---|---|---|---|
| | GE | S | PR | |
| VOCABULARY | 92 | 8 | 94 | |
| RE  NG | 71 | 6 | 62 | |
| SPELLING | 46 | 3 | 19 | |
| CAPITALIZATION | 73 | 6 | 63 | |
| PUNCTUATION | 77 | 6 | 70 | |
| LANGUAGE USAGE | 88 | 7 | 81 | |
| LANGUAGE, TOTAL | 71 | 6 | 61 | |
| VISUAL | 72 | 6 | 63 | |
| REFERENCES | 66 | 5 | 52 | |
| WORK-STUDY, TOTAL | 69 | 6 | 60 | |
| MATH CONCEPTS | 74 | 6 | 68 | |
| MATH PROBLEMS | 60 | 4 | 39 | |
| MATH COMPUTATION | 65 | 5 | 50 | |
| MATHEMATICS, TOTAL | 66 | 5 | 54 | |
| COMPOSITE (COMPLETE) | 74 | 6 | 69 | |

Profile scale: BELOW AVERAGE   1   25   AVERAGE   50   75   ABOVE AVERAGE   99

THE PROFILE ABOVE SHOWS AT A GLANCE HOW WELL CHUCK HALL IS LEARNING BASIC SKILLS.

Teacher: SECTION SIX FOUR
Date Tested: MAR, 1984
Test Form: 8
Process Number: 0⁰⁰-1303-004

School: SACO MIDDLE SCHOOL
System: SACO MIDDLE
Level: 12

LEGEND FOR SCO[...]   GE = Grade Equivalents, S = Stanines, and PR = Percentile Ranks

TF.FD.17.31.002059

---

**HOW WELL IS CHUCK LEARNING THE BASIC SKILLS?**

TO OBTAIN INFORMATION TO ANSWER THIS QUESTION, CHUCK TOOK FORM 08, LEVEL 12 OF THE IOWA TESTS OF BASIC SKILLS IN MARCH, 1984. CHUCK ATTENDS SACO MIDDLE SCHOOL SCHOOL IN SACO MIDDLE, AND IS IN SIXTH GRADE. SECTION SIX FOUR IS CHUCK'S TEACHER.

CHUCK'S OVERALL ACHIEVEMENT IN THE BASIC SKILLS IS BEST SHOWN BY HIS COMPOSITE SCORE. CHUCK'S COMPOSITE GRADE EQUIVALENT SCORE OF 74 SHOWS THAT HIS TEST PERFORMANCE WAS APPROXIMATELY THE SAME AS THAT MADE BY THE TYPICAL STUDENT IN THE SEVENTH GRADE AT THE END OF THE FOURTH MONTH. CHUCK'S TEST PERFORMANCE WAS MEASURED WITH THE LEVEL 12 TEST. CHUCK'S STANDING IN OVERALL ACHIEVEMENT AMONG SIXTH GRADERS NATIONALLY IS SHOWN BY HIS COMPOSITE PERCENTILE RANK OF 69. THIS MEANS THAT OVERALL CHUCK SCORED BETTER THAN 69 PERCENT OF SIXTH GRADERS NATIONALLY AND THAT 31 PERCENT SCORED AS WELL OR BETTER. CHUCK'S OVERALL ACHIEVEMENT APPEARS TO BE SOMEWHAT ABOVE AVERAGE FOR HIS GRADE.

HOW WELL A STUDENT IS DOING IN READING IS A BIG FACTOR FOR SUCCESS IN SCHOOL WORK GENERALLY. ON THIS TEST, CHUCK'S APPROXIMATE READING LEVEL IS THAT OF THE SEVENTH GRADE. CHUCK IS SOMEWHAT ABOVE AVERAGE FOR HIS GRADE IN READING DEVELOPMENT. HE SHOULD HAVE NO DIFFICULTY WITH HIS SCHOOL READING ASSIGNMENTS.

THE IOWA TESTS OF BASIC SKILLS COVER MANY IMPORTANT SKILL AREAS. ALTHOUGH OVERALL CHUCK APPEARS TO BE SOMEWHAT ABOVE AVERAGE, HE MAY BE STRONGER IN SOME SKILLS THAN OTHERS. AND HE MAY BE WEAKER IN SOME SKILLS THAN OTHERS. LET US EXAMINE CHUCK'S HIGH POINTS AND LOW POINTS. CHUCK IS HIGHEST IN VOCABULARY. THIS IS A RELATIVE STRENGTH ON WHICH CHUCK CAN BUILD DURING THE COMING YEAR. AREAS OF GREATEST NEED APPEAR TO BE SPELLING, MATHEMATICS PROBLEMS, AND MATHEMATICS COMPUTATION. IT IS HERE THAT CHUCK NEEDS MOST WORK.

TEACHER'S COPY

©1978, The University of Iowa. All rig[...] rved. Printed in the U.[...]

# PSYCHO-EDUCATIONAL EVALUATION

Identifying Data:

Name:  Charles Hall

DOB:  4-6-71

Age:  13, 4

School:  Saco Middle School

Grade:  7

Dates of Evaluation:  August 15, and 18, 1984

Tests Administered:  Wechsler Intelligence Scale for Children- Revised
Bender Gastalt Test
Wide Range Achievement Test
SPIRE
Draw a Person and Incomplete Sentences

Reason For Referral:  Charles was referred to the Pupil Evaluation Team by Mr. Larry Littlefield, Principal, Saco Middle School. Charles had failed almost all subjects even though he was repeating the sixth grade. Mrs. Hall had requested that the testing be done during the summer to help plan Charles' program for the fall 1984.

Background Information:  Charles is adopted. He resides with his mother, father and older sister, (who is also adopted) in Saco. Both parents are employed.

A review of Charles' school records indicates that he has always attended school in Saco. His grades began to decline in the third grade. Mrs. Hall feels that several factors may have contributed to this decline, including the family moving, death of a grandparent, and a neighbor needing to remove foster children from her home. At the end of his sixth grade year, Charles was retained with the understanding that if he obtained satisfactory grades during the first quarter, he would be promoted to the seventh grade. He did not attain sucn grades and repeated the sixth grade. Charles failed most subjects with no significant improvement observed in his grades. Charles reports that he has been suspended from school once for fighting.

Mrs. Hall indicated that she has been called into school numerous times to meet with Charles' teachers and discuss his school performance.  She notes that Charles has received counseling from a church priest; however, they have not observed any significant changes in his behavior. Earlier this summer, Charles attended a summer school camp program at Shaker Mountain School, in Burlington, Vermont. Charles' parents are considering enrolling him in that Alternative School this fall.

TF.FD.17.31.002060

Psycho-Educational Evaluation
Charles Hall
Page 2

Test Results:  Charles obtained a verbal scale I.Q. of 95,
performance scale I.Q. of 101 and full scale I.Q. of 98 on the
WISC-R.  This overall performance represents an average range
of intellectual functioning at the 45th percentile of students
Charles' age in the normative population.

An analysis of the verbal scale illustrates that 4 of the 6
subtests fell slightly below the mean (scale scores of 8 and 9).
Charles showed a relative strength in his vocabulary development,
recording a scale score of 11 (slightly above the mean).  A
definate weakness was noted in Charles' short term auditory
memory, as he was able to only repeat 5 numerals forward and
3 numerals backward resulting in a scale score of 6 (moderately
below the mean)  on the Digit Span subtest.  However, when informally
presented with a sequence of numerals visually, Charles showed sub-
stantial improvement by repeating 6 digits forward and coming very
close to accurately repeating the 7 digit sequence.

Within the performance scale, Charles' scale scores also
clustered within one point of the mean, with the exception of
a score of 14 on the Picture Arrangement subtest.  This subtest
measures the ability to visually comprehend and sequentially
organize a series of events. Experiences of social interaction and
awareness are drawn upon. As well as showing a strength in the
cognitive funtions of perceptual planning and sequencing,
Charles' performance on the the Picture Arrangement subtest is also
significant when compared to the Comprehension subtest (scale
score 9).  Both subtests are sensitive to social stimuli.  Charles'
higher performance on the Picture Arrangement subtest suggests that
he is sensitive to inter-personal nuances, but may disregard
social conventions.  This is also evident within his responses on
the Comprehension subtest.  For example, when asked a question about
a smaller boy and a possible fight, Charles clearly expressed a
difference between what he should do and what he would do.

On the Bender-Gastalt Test, another measure of visual motor
functioning, Charles recorded no scorable errors showing satisfactory
maturation in visual motor perception consistent with the performance
scale of the WISC-R.  However, of significant note is the generally
arbitrary manner in which the designs are scattered on the paper.
This confused order tends to suggest a lack of planning and
immature, unsystematic thinking.

Charles' correctly identified 51 of 63 words presented on the
Wide Range Achievement Test.  This performance results in a raw
score of 78 and corresponding grade equivilent of 7.3.  At
approximately a mid-fifth grade level his flash recognition of
words decreased and he needed to phonetically sound out many words.

TF.FD.17.31.002061

Psycho-Educational Evaluation
Charles Hall
Page 3

On the Spelling sub-test of the WRAT, similar performance
was noted as he obtained a raw score of 46 and grade equivalent of
6.3. When he was unsure of a word, he tried to spell it
phonetically (example; advice - edvise, success - sucses).
Poor formation of the letters "k", "n" and "r" were also
observed on the spelling sample.

Charles' instructional reading level, or the level at which
he should be presented with printed material, was obtained at
a 7th to 8th grade level with 5 word recognition errors in
context and 80% comprehension of the SPIRE. His word recognition
errors were very minor, word substititions and ommissions or a
minor change in the word ending. None of the word recogntion
errors substantially effected the content of the passage. Although,
only a very limited reading comprehension section was administered,
Charles showed a satisfactory recall of factual details and
ability to draw inferences. He had difficulty with vocabulary
questions.

Charles was able to add and subtract whole numbers involving
regrouping with no difficulty. He appeared to understand the
multiplication process; however, his accuracy was hampered by
poor knowledge of the basic facts. He was also unable to do
any division problem which required the long division process.
Charles demonstrated a basic understanding of fractions, and
was able to add and subtract simple fractions with common
denominators. When mixed denominators were presented he added
both the numerator and the denominator. This overall performance
results in a raw score of 36 and overall grade equivalent of 5.1
on the Arithmetic subtest of the WRAT.

Charles' draw a person is well proportioned with appropriate
detail. The drawing is somewhat restricted by the absence of
indicators of motion. The figures arms are clinging to the body
suggesting insecurity and an inability to reach out to others.
During the interview portion of the evaluation, Charles was guarded
in his responses. However, on the incomplete sentences blank,
3 major themes were evident:. His constant conflict with his
sister, feelings of inadequacy when he lets his parents down by
"lying" and a lack of confidence in both academic and social
situations.

Summary and Recommendations: In conclusion, Charles is a youth of
average intelligence. He shows a relative strength in vocabulary
development. Charles' strongest performance was on a task involving
visual attention to detail, social comprehension and sequencing. A
significant weakness was recorded in his auditory attention and
short term memory. This weakness was readily compensated for by
providing visual cues. Charles' reading, spelling and math skills

TF.FD.17.31.002062

Psycho-Educational Evaluation
Charles Hall
Page 4

were assessed at levels 7, 6 and 5, respectively. Charles presents
as disorganized and insecure in school, peer, and family settings.
He seems to know what is socially appropriate, but may elect
to do otherwise. His conflict with his sister is a constant
source of disruption at home.

Mr. and Mrs. Hall have decided to place Charles at the
Shaker Mountain School, an Alternative School in Burlington,
Vermont. If Charles were to continue to attend Saco Middle
School, this examiner would recommend the Pupil Evaluation
Team consider the following actions.

1. Referral for projective testing with the school social
   worker to further delinate the nature and extent of any
   emotional adjustment difficulties.

2. During the interim of additional testing, temporary
   diagnostic placement in the Resource Room for Math,
   and individual and/or group counseling with the school
   social worker emphasizing peer interaction skills and
   self confidence building would be recommended.

3. To monitor his school more closely and hold him accountable
   for completion of school work, a weekly progress report
   and monthly meeting between Charles' parents and teachers
   could be coordinated by the social worker and Resource Room
   teacher.

Lawrence L. Spencer
Special Services Coordinator

TF.FD.17.31.002063