<u>PSYCHO-EDUCATIONAL EVALUATION</u>

<u>Identifying Data:</u>

Name:  Charles Hall

DOB:  4-6-71

Age:   13, 4

School:  Saco Middle School

Grade:  7

Dates of Evaluation:  August 15, and 18, 1984

<u>Tests Administered:</u>   Wechsler Intelligence Scale for Children- Revised
Bender Gastalt Test
Wide Range Achievement Test
SPIRE
Draw a Person and Incomplete Sentences


<u>Reason For Referral</u>:  Charles was referred to the Pupil Evaluation
Team by Mr. Larry Littlefield, Principal, Saco Middle School.
Charles had failed almost all subjects even though he was
repeating the sixth grade.  Mrs. Hall had requested that the
testing be done during the summer to help plan Charles' program
for the fall 1984.

<u>Background Information</u>:  Charles is adopted.  He resides with his
mother, father and older sister, (who is also adopted) in Saco.
Both parents are employed.

   A review of Charles' school records indicates that he has always
attended school in Saco.  His grades began to decline in the
third grade.  Mrs. Hall feels that several factors may have
contributed to this decline, including the family moving, death
of a grandparent, and a neighbor needing to remove foster
children from her home.  At the end of his sixth grade year,
Charles was retained with the understanding that if he obtained
satisfactory grades during the first quarter, he would be
promoted to the seventh grade.  He did not attain sucn grades
and repeated the sixth grade.  Charles failed most subjects with
no significant improvement observed in his grades.  Charles reports
that he has been suspended from school once for fighting.

   Mrs. Hall indicated that she has been called into school numerous
times to meet with Charles' teachers and discuss his school
performance.  She notes that Charles has received counseling from
a church priest; however, they have not observed any significant
changes in his behavior.  Earlier this summer, Charles attended a
summer school camp program at Shaker Mountain School, in Burlington,
Vermont.  Charles' parents are considering enrolling him in that
Alternative School this fall.

0020

TF.FD.11.00.001529

Test Results: Charles obtained a verbal scale I.Q. of 95, performance scale I.Q. of 101 and full scale I.Q. of 98 on the WISC-R. This overall performance represents an average range of intellectual functioning at the 45th percentile of students Charles' age in the normative population.

An analysis of the verbal scale illustrates that 4 of the 6 subtests fell slightly below the mean (scale scores of 8 and 9). Charles showed a relative strength in his vocabulary development, recording a scale score of 11 (slightly above the mean). A definate weakness was noted in Charles' short term auditory memory, as he was able to only repeat 5 numerals forward and 3 numerals backward resulting in a scale score of 6 (moderately below the mean) on the Digit Span subtest. However, when informally presented with a sequence of numerals visually, Charles showed substantial improvement by repeating 6 digits forward and coming very close to accurately repeating the 7 digit sequence.

Within the performance scale, Charles' scale scores also clustered within one point of the mean, with the exception of a score of 14 on the Picture Arrangement subtest. This subtest measures the ability to visually comprehend and sequentially organize a series of events. Experiences of social interaction and awareness are drawn upon. As well as showing a strength in the cognitive funtions of perceptual planning and sequencing, Charles' performance on the the Picture Arrangement subtest is also significant when compared to the Comprehension subtest (scale score 9). Both subtests are sensitive to social stimuli. Charles' higher performance on the Picture Arrangement subtest suggests that he is sensitive to inter-personal nuances, but may disregard social conventions. This is also evident within his responses on the Comprehension subtest. For example, when asked a question about a smaller boy and a possible fight, Charles clearly expressed a difference between what he should do and what he would do.

On the Bender-Gastalt Test, another measure of visual motor functioning, Charles recorded no scorable errors showing satisfactory maturation in visual motor perception consistent with the performance scale of the WISC-R. However, of significant note is the generally arbitrary manner in which the designs are scattered on the paper. This confused order tends to suggest a lack of planning and immature, unsystematic thinking.

Charles' correctly identified 51 of 63 words presented on the Wide Range Achievement Test. This performance results in a raw score of 78 and corresponding grade equivilent of 7.3. At approximately a mid-fifth grade level his flash recognition of words decreased and he needed to phonetically sound out many words.

0021

TF.FD.11.00.001530

Psycho-Educational Evaluation
Charles Hall
Page 3

On the Spelling sub-test of the WRAT, similar performance was noted as he obtained a raw score of 46 and grade equivalent of 6.3. When he was unsure of a word, he tried to spell it phonetically (example; advice - edvise, success - sucses). Poor formation of the letters "k", "n" and "r" were also observed on the spelling sample.

Charles' instructional reading level, or the level at which he should be presented with printed material, was obtained at a 7th to 8th grade level with 5 word recognition errors in context and 80% comprehension of the SPIRE. His word recognition errors were very minor, word substitions and ommissions or a minor change in the word ending. None of the word recogntion errors substantially effected the content of the passage. Although, only a very limited reading comprehension section was administered, Charles showed a satisfactory recall of factual details and ability to draw inferences. He had difficulty with vocabulary questions.

Charles was able to add and subtract whole numbers involving regrouping with no difficulty. He appeared to understand the multiplication process; however, his accuracy was hampered by poor knowledge of the basic facts. He was also unable to do any division problem which required the long division process. Charles demonstrated a basic understanding of fractions, and was able to add and subtract simple fractions with common denominators. When mixed denominators were presented he added both the numerator and the denominator. This overall performance results in a raw score of 36 and overall grade equivalent of 5.1 on the Arithmetic subtest of the WRAT.

Charles' draw a person is well proportioned with appropriate detail. The drawing is somewhat restricted by the absence of indicators of motion. The figures arms are clinging to the body suggesting insecurity and an inability to reach out to others. During the interview portion of the evaluation, Charles was guarded in his responses. However, on the incomplete sentences blank, 3 major themes were evident:. His constant conflict with his sister, feelings of inadequacy when he lets his parents down by "lying" and a lack of confidence in both academic and social situations.

Summary and Recommendations: In conclusion, Charles is a youth of average intelligence. He shows a relative strength in vocabulary development. Charles' strongest performance was on a task involving visual attention to detail, social comprehension and sequencing. A significant weakness was recorded in his auditory attention and short term memory. This weakness was readily compensated for by providing visual cues. Charles' reading, spelling and math skills

0022

TF.FD.11.00.001531

Psycho-Educational Evaluation
Charles Hall
Page 4

were assessed at levels 7, 6 and 5, respectively. Charles presents as disorganized and insecure in school, peer, and family settings. He seems to know what is socially appropriate, but may elect to do otherwise. His conflict with his sister is a constant source of disruption at home.

Mr. and Mrs. Hall have decided to place Charles at the Shaker Mountain School, an Alternative School in Burlington, Vermont. If Charles were to continue to attend Saco Middle School, this examiner would recommend the Pupil Evaluation Team consider the following actions.

1. Referral for projective testing with the school social worker to further delinate the nature and extent of any emotional adjustment difficulties.

2. During the interim of additional testing, temporary diagnostic placement in the Resource Room for Math, and individual and/or group counseling with the school social worker emphasizing peer interaction skills and self confidence building would be recommended.

3. To monitor his school more closely and hold him accountable for completion of school work, a weekly progress report and monthly meeting between Charles' parents and teachers could be coordinated by the social worker and Resource Room teacher.

Lawrence L. Spencer
Special Services Coordinator

0023

TF.FD.11.00.001532