

# Sweetser-Children's Home

*50 Moody Street, Saco, Maine 04072*
207-284-5981

FAMILY PRESERVATION SERVICES PROGRAM

## Closing Summary

**DATE:** April 9, 1986     **DATES OF INVOLVEMENT:** 11/5/85 – 1/8/86

**PREPARED BY:** Phil Studwell/ Alice Cantara     **REASON FOR CLOSING:** Normal 9-week intervention

**FAMILY NAME:** Hall     **FAMILY ADDRESS:** Jenkins Road Saco, Maine 04072

**FAMILY MEMBERS:**

| Name: | Birthdate: | Relationship | Grade/School – Occupation: |
|---|---|---|---|
| Charles Hall | 10/29/34 | Father | Portsmouth Naval Shipyard |
| Dorothy Hall | 8/14/ | Mother | Mother/employee in shoe store |
| Chuck Hall | 4/06/71 | adopted Son | 9th grade |
| Michelle Hall | 10/18/69 | adopted Daughter | 10th grade |

**REASON FOR REFERRAL:**

The family was referred by Liz Crockett, facilitator of the local <u>Tough Love</u> group. She knew of the Hall's situation through her daughter's friendship with Michelle. Mr. Hall also called to refer his family.

Michelle was having difficulties at home and at school. At home she had been defiant, verbally abusive, and had run overnight three times. She had fallen from an honor student last year to failing this year and had been cutting classes. Recently she had been placed at a 3-week shelter, <u>New Beginnings</u> (Lewiston), and was returning just prior to our involvement.

Michelle's brother Chuck had been reacting negatively to the chaos in the home.

**PREVIOUS SERVICE/OUTCOME:**

<u>New Beginnings</u>:     Michelle stayed here for about a week returning shortly before our involvement after signing a contract drawn up by her father.

TF.FD.17.31.001863

<u>D.H.S.</u>:  D.H.S. had been called by Mr. Hall sometime before <u>New Beginnings</u>. The intake worker informed him D.H.S. could not help because Michelle was not an abused child. Mr. Hall was very dissatisfied.

<u>Y.C.C.S.</u>-Dr. Sabo:  Referral information stated Dr. Sabo was a treatment service the Halls had ended. However, one week into our involvement we learned that the Hall's were only then ending service. We held a meeting with Dr. Sabo and the Halls proposing our separate roles. The Halls chose not to continue with Dr. Sabo because of 1.) cost and 2.) general dissatisfaction.

<u>Tough Love</u>:  The parents and children had recently joined <u>Tough Love</u>. They remained involved during Family Preservation Services Program.

<u>Priest at Most Holy Trinity Church</u>:  Michelle had had counseling periodically over the past few years. The parents had some marital counseling.

<u>Dr. Scholl</u>:  Michelle had had counseling with Dr. Scholl. We do not know the nature of this.

**<u>ASSESSMENT</u>:**

Family Worker I –

The Hall family consists of two parents, Charles and Dot, a daughter Susan who lives with her husband and four children in Vermont, and two teenage adopted children, Michelle and Chuck. The family resides in a nicely furnished three bedroom home, which Charles has put a lot of time and effort into remodeling. Besides being a handy-man around the house, Charles also has interests in gardening, working on automobiles, fixing statues for the Church, building winter homes for stray cats, etc.. Charles is employed at the Naval Shipyard in New Hampshire, which requires him to leave the home early in the morning and return around 5:30 at night. Dot is employed part-time as a saleswoman in a shoe store and has interests in cooking, baking, hair-styling and keeping a nice home for her family. Subsequently, since Dot is the most accessible during the day, she is placed in the position of answering the calls from the high school (where both Chuck and Michelle attend), handling the problems that arise, and communicating these to Charles when he comes home at night. This is a difficult position for Dot for two reasons: (1.) Dot is uncomfortable dealing with school officials; (2.) Dot has a tendency to protect the kids and Charles by withholding information, and taking care of things in her own way. As a result of this, Michelle and Chuck take full advantage laying one parent against the other, and, in a lot of situations, avoid aking responsibility for their misbehaviors.

Michelle is a pretty, intelligent, sixteen year old whose main interests at this point in her life are friends, boyfriends, animals, rock music, and

TF.FD.17.31.001864

talking on the phone. The family reports that for about 2 years Michelle has become more and more isolated from the rest of the family. She spends long hours in her room, only coming for an occasional meal, she experiences drastic mood swings and exhibits poor impulse control which shows itself by her running away, skippng school, and sexually acting out. Michelle is a good student but as a result of missing so much school, her grades are suffering.

Chuck is a nice looking fourteen year old who likes music, video games, sports, friends and is beginning to become more and more interested in girls. Chuck is intelligent but not very motivated in school. He spent a year in Vermont at an alternative education school to work on his motivation. He seems to have benefited from this experience, which led to his being accepted to the local high school on a trial basis. Like Michelle, Chuck experiences drastic mood swings. When he is angry, he destroys property, steals, skips school and lies.

The two children, in competition with each other take turns acting out, which leaves no break for the parents. This constant stressful atmosphere has resulted in a lack of consistency around parenting and setting limits, poor communication between parents and children, children and children and spouses, and an overall lack of family fun time. Dot and Charles have been very successful in soliciting professionals in the community to help their family.


Family Worker II -

Dorothy and Charles Hall are caring loving parents of their adopted teenage children, Michelle (17) and Chuck (14). All relationships in the family are currently undergoing severe testing as the two children (led by Michelle) go through adolescent identity struggles. It appears that the family would be surviving these without calling for outside intervention if several family circumstances were not compounding to result in reducing the confidence and increasing the feelings of failure for the parents. This, in turn, is frequently paralyzing the parents as they attempt to assert authority over the children, leaving both kids free to negatively assert control and thus perpetuate the problem.

The first circumstance is that both kids' adolescences are apparently more unpredictable than the Hall's natural child's. The parents are interpeting this as their failure at parenting and perceive many reinforcements of this feeling stemming from the kids, their community and, very significantly, from each other. They tend to dismiss other considerations (i.e., "adopted kids usually have more extreme identity searches at adolescence, naturally, and act out more extreme fantasies of 'self' or Michelle and Chuck are just different than their natural child, etc., etc.) in favor of downgrading their parenting, their marriage and themselves.

Secondly, the "different" adolescences of Michelle and Chuck have by their nature, brought the parents into more and more contact with school authorities. For Dorothy this is a particularly significant stress because (1.) she apparently associates them with school authorities of her own childhood and feels intimidated by them and (2.) she senses they feel she is to blame for her children's behavior. The latter effects both of the Halls because they are very socially sensitive and live in a small community.

TF.FD.17.31.001865

Thirdly, although no separate assessment was made by Family Preservation Services, the Hall's allude to significant marital issues that have only been partly resolved through marital counseling.  These interfere in the necessary presentation of a united front as parental authority.

Lastly, the parents and the children refer to a regular Saturday night social drinking in the home (Church friends) mostly.  No separate Family Preservation assessment of substance abuse was made.  The children are pointing to this family pattern with the result of distracting attention from their own individual life tasks.

## PROBLEM DEFINITION

Michelle was identified as the problem child, however, it became apparent that Chuck owned an equal share.  For the past two years both Michelle and Chuck have been taking turns acting out to the point where their parents' coping resources became nearly exhausted.  They never seemed to have a chance to replenish their energies as they alternately rallied their dwindling resources to put out one child's fire after the other's.

Goal I:     The parents will contract with their children around their behavior and related privileges and/or consequences.

    Objectives: a.  The parents will develop a back up plan to deal with Michelle's and Chuck's acting out.

               b.  The parents will be united in holding the children responsible for their behavior

               c.  The children will develop more positive means for getting their needs met.

Goal II:    The children's educational needs will be better fulfilled.

    Objectives: a.  Dot will be supported in advocating for her children's educational needs.

               b.  Chuck will work towards permanent status in the high school.

               c.  Michelle will negotiate her status within the high school.

Goal III:   Dorothy and Charles will be more empowered as parents.

    Objective:  a.  The parents will trust their own decisions.

Issue:      The Hall children were stuck in a place where their only method of communicating and negotiating their needs was one of negative acting out.  They were lacking the skill of how to sit down with an adult and negotiate for what they want.

TF.FD.17.31.001866

Intervention: A contract was developed for each child with the help of Family Preservation Services Program which included clear privileges, expectations and consequences for the children. The forum for this contract development was Family Worker I who worked with the adolescents and Family Worker II who worked with the parents separately. When the two parties were brought together negotiation and mediation were role-modeled.

Outcome: The contract was accepted by all. The Hall children seemed to be relieved in that there was a clear vehicle for them to begin earning their parents' trust back. It also appeared to clarify the limits for Chuck and Michelle and gave them a sense of independence and power. The contract also seemed to have a positive effect in diminishing some of the manipulation around getting out of doing consequences. The kids were not as successful in confusing the issues by threats of more acting out. During Family Preservation Service's involvement, there had been a clear reduction in the children's pattern of negative acting out.

As a direct result of Michelle fulfilling her contract she successfully renegotiated her way back into school.

Issue: After attending a P.E.T. on Chuck, it was made clear by the school that Chuck's status at the high school was probationary and not very secure by his present performance. He was having problems with skipping classes, not passing work in and a suspicion of being "high" alot. The school agreed to give him another quarter to improve his performance, because of the support and involvement of Dorothy and Charles in their children's education.

Intervention: The suggestion of a weekly performance report was agreed upon by the school at the P.E.T.. Family Preservation Services helped develop a form in which each one of Chuck's teachers would sign and give an up-date on the week. This was to be done on Fridays with the last signature being Chuck's guidance counselor and they were to spend ten minutes reviewing Chuck's progress.

Outcome: Chuck agreed to this program initially, because it was similar to what he had at the alternative school in Vermont. For about two weeks, Chuck was responsible in getting his signatures and then started to come up with excuses as to why he could not follow through. Both the school and

TF.FD.17.31.001867

parents were on top of this, but felt the ultimate responsibility fell on Chuck.

Issue: It quickly became apparent to Family Preservation Services that Michelle and Chuck were taking turns negatively acting out.

Intervention: Following several weeks work with the family implementing the kids' contracts, Michelle gave the parents and Family Preservation Services a test by having a crisis (concerning her boyfriend). After supporting the parents through their successful handling of her behavior, we told the parents, in front of Chuck, that we would bring ideas for the handling of the crisis he was soon to have to our next meeting with them. We told him we knew that it was his turn now by what the family had told us.

Outcome: Chuck said immediately he was not going to have a crisis. He did not have one that week. The parents did describe an episode near the end of our involvement when he had taken some wine.

Issue: The parents' unity was weak and their front was becoming more and more vulnerable as Dorothy tried to protect family members from each other and Charles, in his disciplinary role, tried to keep order as his children presented issues he was unfamiliar with dealing with (i.e., sexual acting out, complete defiance, running away). Their consistency and communication had diminished.

Intervention: We worked on the parents' unity and vulnerability as they had to deal with issues raised when the contracts were implemented. We suggested a daily check-in time together privately after Charles got home from work and before the children were encountered. We also developed a back-up plan to deal with Michelle's running away, reviewed this in Michelle's presence, and encouraged the parents to support each other in its delivery (the plan was to follow-through on calling the police). We role-modeled dealing with Michelle's negative acting-out on one occasion.

Outcome: The parents recalled and reinstated a 5 minute check-in they formerly held to. They backed each other up as the other asserted his authority over the children during several incidents that occurred during the 9 weeks. They did call the police when Michelle ran away once. She did not run overnight again during our 9 weeks. The parents stated they felt more together as parents.

TF.FD.17.31.001868

**Issue:** For approximately the last two years, Dorothy and Charles' inner resources were being drained to the point where they felt as if they were being held hostage emotionally by their own children.

**Intervention:** Family Preservation Services structured meetings twice a week with the family with built-in parent support time. Our goal was to revive some of the energy that was lost and provide the parents with tools in order to regain the confidence and trust in each other that was needed.

We provided support in several ways for the parents both individually and together. With Dorothy we backed her up through th P.E.T. process with Chuck. She worked to improve her relationship with Michelle without sacrificing her authority. For the couple we encouraged and validated the Tough Love experience they were getting and we consistently emphasized the children's ownership of the negative acting-out behavior. We supported the parents' inclination to seek a psychiatric evaluation for Michelle.

**Outcome:** At the end of 9 weeks, Dorothy and Charles were a lot stronger and feeling better about their family and their own ability to manage their children. They were able to begin to enjoy games together, weekend outings, and basically have fun together.

## Community Involvement/Services Plan:

**Y.C.C.S.** Substance Abuse Evaluation: The Hall's stated they each were going to have individual substance abuse evaluations. Neither followed through during our work.

**Tough Love** The Halls continue their involvement.

**Dr. Blackman:** Michelle was evaluated psychiatrically and 4 sessions with Dr. Blackman were arranged. The parents also wanted Chuck evaluated.

## RECOMMENDATIONS: We recommend that:

1. The Halls contract professionally with a marriage counselor as they were still concerned with the issues to which they allude.

TF.FD.17.31.001869

2. The Halls protect themselves with knowledge about their relationships with Alcohol so that they can better withstand their kids' attempts to manipulate them around this. This can be gained only by an evaluation.

3. The Halls all read the book Changing Bodies, Changing Selves which we left with them.

4. The Halls' schedule plenty of fun time together.


_____          _____
Phil Studwell, Family Worker II          Alice Cantara, Family Worker I


TF.FD.17.31.001870