Name:    Charles M. Hall
Date:    9/17/85

    This 14-5 year old boy was seen for psychological evaluation as part of a psycho-educational diagnostic process at Thornton Academy. Chuck is a ninth grade student who has had chronic school learning and adjustment difficulties since grade 3 and attended Shaker Mountain School last year in lieu of eighth grade public school. He was tested by Larry Spencer on 7/84 and obtained intelligence test scores within the Average range.-WIXC-R - V. 95, P. 101 & F.S. 98. A Wide Range Achievement TEst administered that time indicated a word recognition level of 7.3, spelling level of 6.3 and arithmetic level of 5.1. A SPIRE administered identified an instructional reading level between 7th and 8th grade in a 7th grade placement.

    Review of school record produced the following achievment test data:

| ITBS | Grade 3 | 10/79 | Vocabulary | 3.9 |
|---|---|---|---|---|
| | | | Reading | 2.9 |
| | | | Spelling | 2.9 |
| | | | Total Language | 3.5 |
| | | | Total Math | 3.0 |
| | | | Composite | 3.3 |
| | Grade 4 | 9/80 | | 4.8 |
| | | | | 5.1 |
| | | | | 3.6 |
| | | | | 4.2 |
| | | | | 3.3 |
| | | | | 4.3 |
| | Grade 5 | 10/81 | | 6.2 |
| | | | | 4.6 |
| | | | | 2.9 |
| | | | | 3.6 |
| | | | | 4.5 |
| | | | | 4.8 |
| | Grade 6 | 3/83 | | 7.6 |
| | | | | 5.7 |
| | | | | 3.3 |
| | | | | 4.6 |
| | | | | 6.6 |
| | | | | 6.2 |
| | Grade 6 (Repeat) | 3/84 | | 9.2 |
| | | | | 7.1 |
| | | | | 4.6 |
| | | | | 7.1 |
| | | | | 6.6 |
| | | | | 7.4 |
| Stanford Achievement | Grade 4 | 6/81 | Vocabulary | 5.2 |
| | | | Reading Comprehension | 6.2 |
| | | | Word Study Skills | 5.9 |
| | | | Total Reading | 6.2 |

TF.FD.05.01.001469

| PIAT | 5/10/85 - Shaker Mountain | Reading Comprehension | 48%ile |
|------|---------------------------|----------------------|--------|
| | | Spelling | 40%ile |
| | | General Information | 56%ile |
| | | Math | 49%ile |

TESTS ADMINISTERED:

Bender Direct Copy & Memory
VOT
House-Tree-Person Test
Rorschach
T.E.D.
Interview

GENERAL OBSERVATIONS:

Chuck was a slim, diminutive adolescent of 14 years, 5 months who seemed apprehensive about being interviewed. He immediately assumed he was in trouble and was visably relieved when he found out otherwise. He was dressed in age-appropriate fashion, i.e.: in jeans, knit shirt, jacket and Nike jogging shoes. His hands were scabbed and nails were somewhat dirty from physical activity. Although polite, Chuck's level of cooperation was marginal. He frequently asked questions as to the duration of the interview and indicated directly and indirectly that he would prefer being elsewhere. He was able to sit and attend and no undue restlessness was observed. Speech was clear and coherent and his receptive language comprehension appeared within normal limits. His mood seemed mildly depressed and his affect was flat. Eye contact was only fair.

When asked for background information, Chuck indicated that he was a long term resident of Saco and that he lived with his parents and his sister. He admitted to adjustment and academic problems in school and stated that he attended Shaker Mountain School last year because of difficulty at Saco Middle School. He indicated that he has an older sister who lives in Vermont who was instrumental in finding the Shaker placement for him.

TEST FINDINGS:

Because of fairly recent cognitive assessment, this current evaluation is limited to behavioral and personality factors. Previous testing identified average intellectual functioning and prior achievement assessment indicated grade level functioning in reading, weakness in spelling and poor arithmetic skills.

Assessment of personaltiy functioning suggests that in addition to academic problems, he is an individual who is moderately depressed and has difficulty dealing with his own internal processes. Chuck is very unsure of himself and he tends to hold back and deal with only what he is absolutely sure of. His level of emotional development is below what might be expected for his chronological age. He has limited organizational ability and deals with life in a very practical concrete fashion. Thought content is immature and self oriented. He does have inner resources, however. access to them is limited. He is affectively sensitive but tries to avoid expression of feelings. When pushed by inner pressure or external events, perceptual distortions are noted. Although personaltiy make up is immature and there is some difficulty in delaying gratification, he typically deals with conflict through fantasy and

TF.FD.05.01.001470

denial of negative feelings. Impulse expression is more likely to be seen in the form of passive aggressive behaviors versus open demonstrations of affect. Reality testing, in general, is satisfactory. In the area of interpersonal relationships, Chuck seems distant from people. Adults are seen as benevolent but firm limit setters. With peers, he would like to be socially popular and accepted but doesn't seem to know how to accomplish this.

DISCUSSION:

Chuck is a socially withdrawn, somewhat depressed boy who is showing a mixture of academic learning problems, passive aggressive behaviors and compulsive traits. He seems to want to go his own way, however, he feels intimidated by his environment and tries to keep a low profile. He is emotionally constricted and tries to avoid the direct expression of feelings. Chuck is unmotivated in school and is likely to be a poor performer despite average cognitive ability and grade level language. Math and spelling skills are weak but functional.

Pending contradictary data from the learning disabilities work-up, it would seem that Chuck's academic needs can be best addressed through general programming with remedial support in math and spelling, academic structure and close liason with family relative to scholastic expectations and Chuck's performance. Parents need to be cognisant of his assignments and provide supervised study opportunities. He should be on a three week check. Becuase of his somewhat limited organizational ability, care should be taken that he fully understands the nature of his assignmentsand the work being expected of him. Chuck's depression, his difficulty dealing openly with feelings and his passive aggressive stance should be addressed by individual counseling. Chuck and his family should be put in contact with local mental health services.

Stanley L. Payson, II, Ed.D.
Consulting School Psychologist

SLP:ns

TF.FD.05.01.001471