## THORNTON ACADEMY ACADEMIC STATUS REPORT

Dear Parent or Guardian:

This is to inform you of your child's academic status mid-way through the quarter. If you have any questions regarding the contents of this report, please do not hesitate to contact the school.

Student _Chuck Hall_     Date _12/13/85_

Course _English I_     Quarter _2_

Approximate Grade _F_     Working to potential ____

More effort needed _✓_     Excellent attendance ____

In danger of failure due to excessive absences ____

Conference requested by the teacher ____

Teacher Comments:

_Chuck has 3 missing grades. Chuck also lost his book weeks ago and need to pay for it. He has been using a spare book from the class because he says he Can't get the money_

_____
Teacher's signature

To Parent(s) or Guardian(s):

Please sign and return to the issuing teachers.

Home Phone ____

____Please check if a personal conference is requested.

Parent Comments:

_____
Parent Signature

TF.FD.11.00.001543

<u>THORNTON ACADEMY ACADEMIC STATUS REPORT</u>

Dear Parent or Guardian:

This is to inform you of your child's academic status
'd-way through the quarter. If you have any questions
,garding the contents of this report, please do not
hesitate to contact the school.

Student _Chuck Hall_ Date _12/15/85_

Course _English I_ Quarter _2_

Approximate Grade _B_ Working to potential _____

More effort needed _✓_ Excellent attendance _____

In danger of failure due to excessive absences _____

Conference requested by the teacher _____

Teacher Comments:

_Chuck has 3 missing grades. Chuck
also lost his book weeks ago and need
to pay for it. He has been using a spare
book from the class because he says he_
_can't get the_ _____ Teacher's signature
_money_

To Parent(s) or Guardian(s):

Please sign and return to the issuing teachers.

Home Phone _____

_____ Please check if a personal conference is requested.

Parent Comments:

_____
Parent Signature

0035

TF.FD.11.00.001544

<u>THORNTON ACADEMY ACADEMIC STATUS REPORT</u>

Dear Parent or Guardian:

This is to inform you of your child's academic status mid-way through the quarter. If you have any questions regarding the contents of this report, please do not hesitate to contact the school.

Student _Chuck HALL_ Date _12/15/85_

Course _English I_ Quarter _2_

Approximate Grade _F_ Working to potential _____

More effort needed _✓_ Excellent attendance _____

In danger of failure due to excessive absences _____

Conference requested by the teacher _____

Teacher Comments:

_Chuck has 3 missing grades. Chuck also lost his book weeks ago and need to pay for it. He has been using a spare book from the class because he says he can't get the money_

_____ Teacher's signature

To Parent(s) or Guardian(s):

Please sign and return to the issuing teachers.

Home Phone _____

____ Please check if a personal conference is requested.

Parent Comments:

_____
Parent Signature

0036

TF.FD.11.00.001545

PREVIOUS CREDITS: 0.000

| COURSE NAME | NUMBER | TEACHER | | 1 | | | 2 | | | MID-YEAR | | 3 | | | 4 | | | SEM 2 | | FINAL | | COURSE CREDIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GR | C1 | C2 | GR | C1 | C2 | EX | AV | GR | C1 | C2 | GR | C1 | C2 | AV | EX | AV | |
| ENGLISH I 10 | 99- 1 | DUTREMBLE | YR | D+ | 7 | 5 | F | 7 | 8 | B+ | F | F | | 8 | 10 | F | | 8 | 10 | F | F | F | |
| GEN MATH I | 347- 2 | YEATON | YR | D- | 5 | 6 | F | 7 | 7 | F | F | F | | 7 | 6 | F | | 7 | 4 | F | F | F | |
| ID & INV SCIENCE | 443- 1 | MALTAISE | YR | D- | 8 | 5 | C | 4 | 6 | C+ | C | C | | 4 | 7 | D- | | 6 | D- | D- | D- | 1.000 |
| INTRO. INDUST ART | 642- 2 | MULLETT | YR | F | 9 | 6 | F | | 6 | F | F | C- | | 6 | B- | | 6 | C+ | C+ | D- | 1.000 |
| MUSIC APPREC | 811- 2 | WOODWARD | YR | F | 7 | 8 | D- | 2 | 4 | D+ | D- | D- | | 7 | F | 7 | F | F | F | |
| HEALTH | 940- 8 | BOWIE | S2 | | | | | | | | F. 15 | F. | | 8 | 6 | F | F | |
| P E I | 941-13 | MORIN | YR | P | 3 | 5 | P | 3 | 4 | D+ | P | | | | | | | W | |

**DAYS**

| ABS | TAR | DIS | ABS | TAR | DIS | ABS | TAR | DIS | ABS | TAR | DIS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 3 | | 4 | 3 | | 6 | 6 | 8 | 3 | 4 | | CUR YR CRDS: | 2.000 |
| | | | | | | | | | | | | CAREER CRDS: | 2.000 |

```
************************* GRADE SCALE ************************************
A+  = 98-100         B-  = 85-87          D   = 72-73
A   = 95-97          C+  = 82-84          D-  = 70-71
A-    93-94          C   = 79-81          F   = BELOW 70
B+  . 90-92          C-  = 76-78
B   = 88-89          D+  = 74-75
      W = WITHDREW                 P = PASS
      M = MEDICAL                  I = INCOMPLETE
************************* COMMENT ***************************************
        COMMENT C1                          COMMENT C2
1   EXCELLENT ATTITUDE IN CLASS      INDICATES DAYS ABSENT FROM CLASS
2   WORK IMPROVED THIS QUARTER
3   DOES COMMENDABLE WORK
4   ATTITUDE IN CLASS HAS IMPROVED
5   HOMEWORK ASSIGNMENTS NOT COMPLETE
6   ABSENCES INTERFERE WITH PROGRESS
7   LOW TEST AND QUIZ SCORES
8   POOR ATTITUDE IN CLASS
9   A CONFERENCE IS REQUESTED
```

0037

TF.FD.11.00.001546



**THORNTON ACADEMY**
SACO, MAINE

Bernard D. LaPlante
Submaster

February 27, 1986

Mr. and Mrs. Charles Hall
RFD #2, Box 582
Saco, Maine 04072

Dear Mr. and Mrs. Hall,

This is to inform you that Chuck will be in In School Suspension on Friday, February 28 for cutting an assigned detention.

If you have any questions concerning this matter, please feel free to contact the school and request to speak with Mr. LaPlante.

Respectfully,

Bernard D. LaPlante
Assistant Headmaster

BDL/ljw

0038



TF.FD.11.00.001547

HALL  CHARLES        89241                                    THORNTON ACADEMY

1986/87

(CLASS OF 1990)

| PERIODS | | SEM | COURSE DESCRIPTION | ROOM | DAYS SCHEDULED | TEACHER | COURSE | | CREDITS |
| BGN | END | | | | | | NO. | SEC. | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 1 | | RESOURCE MATH I | 33 | M T W R F | CRETARO | | | 9-4-86 |
| 2 | 2 | | TUTORING | 33 | M T W R F | WILLETT | | | |
| 3 | 3 | S1 | P E I | 3000 | M T W R F | STROMME | | | 9-4-86 |
| 3 | 3 | S2 | HEALTH | 55 | M T W R F | BOWIE | | | |
| 4 | 4 | | INTRO INDUST. ART | 76 | M T W R F | GRAY | | | |
| 5 | 5 | | PHYSICAL SCIENCE | 56 | M T W R F | MORRISON | | | |
| 6 | 6 | S1 | FUND/DESIGN | 2 | M T W R F | MERRY | | | |
| 6 | 6 | S2 | STUDY HALL | 45 | M T W R F | JEWETT | | | |
| 7 | 7 | | ENGLISH I | 45 | M T W R F | NADEAU, S. | | | |
| 1 | 1 | S1 | PE I | 3000 | M T W R F | STROMME | | | 9-4-86 |
| 3 | 3 | S1 | Res Math I | 33 | M T W R F | CRETARO | | | 9-4-86 |

Student: Charles Hall                 School: Thornton Academy                 DOB:

Service Provider: Dr. Stanley Payson                 Statement of Goal: Counseling

| Diagnostic and/or Pre-Post Test Information | Instructional Objectives (Conditions-Behaviors-Criteria) | Evaluation Procedures | Date of Program Review 1986/87 Progress towards objectives |
|---|---|---|---|
| | 1. To improve academic performance. | a) Monitor school performance – teacher report of classroom performance and assignment completion. | |
| | 2. To improve social adjustment. | b) Monitor school attendance.<br><br>c) Encourage vocational interests. | |
| | 3. To improve family relationships. | d) Encourage increased participation in organized social activities – sports, clubs, etc. | |
| | 4. To improve emotional adjustment. | e) Encourage extra curricular interests hobbies, work, etc. | |
| | | f) Encourage age appropriate social-ization with peers.<br><br>g) Work on family structure commun-ications through parent contact. | |
| | | h) Encourage develop-ment of sense of responsibility, and personal pro-blem solving – Skills through supportive counseling. | |



**THORNTON ACADEMY**
SACO, MAINE

Bernard D. LaPlante
Submaster

March 17, 1986

Mr. and Mrs. Charles Hall
RFD #2, Box 582
Saco, Maine 04072

Dear Mr. and Mrs. Hall,

This is to inform you that Chuck will be in In School Suspension on Tuesday, March 18 for not serving an assigned detention on Friday, March 14.

If you have any questions concerning this matter, please feel free to contact the school and request to speak with Mr. LaPlante.

Respectfully,

Bernard D. LaPlante
Assistant Headmaster

BDL/ljw

0041

NEA
SoC

NEW ENGLAND
ASSOCIATION
OF SCHOOLS
AND COLLEGES
FOUNDED IN 1885

TF.FD.11.00.001550



**THORNTON ACADEMY**
SACO, MAINE

Bernard D. LaPlante
Submaster

April 7, 1986

Mr. and Mrs. Charles Hall
RFD #2, Box 582
Saco, Maine 04072

Dear Mr. and Mrs. Hall,

This is to inform you that Chuck will be in In School Suspension on Tuesday, April 8 for cutting an assigned detention and not attending period six class.

If you have any questions concerning this matter, please feel free to contact the school and request to speak with Mr. LaPlante.

Respectfully,

Bernard D. LaPlante
Assistant Headmaster

BDL/ljw

0042

NEW ENGLAND
ASSOCIATION
OF SCHOOLS
AND COLLEGES

TF.FD.11.00.001551



**THORNTON ACADEMY**
SACO, MAINE

JAMES A. JORTBERG
HEADMASTER

April 16, 1986

Mr. and Mrs. Charles Hall
Jenkins Road
Saco, Maine 04072

Dear Mr. and Mrs. Hall,

This is to inform you that Chuck will be suspended out of school on Thursday, April 17 for smoking in an unauthorized area.

Also, Michelle will be suspended out of school on Thursday, April 17 and Friday, April 18 for leaving campus without being appropriately dismissed on Tuesday, April 15 and did not show for the second time for an assigned detention. Additionally, she left campus again on Wednesday, April 16.

If you have any questions concerning this matter, please feel free to contact the school and request to speak with Mr. LaPlante.

Respectfully,

Bernard D. LaPlante
Assistant Headmaster

BDL/ljw

0043

TF.FD.11.00.001552

SACO/DAYTON/THORNTON

Date: 11-20-85

PUPIL EVALUATION TEAM MEETING
and
INDIVIDUAL EDUCATIONAL PROGRAM

Student: CHARLES HALL                    School: THORNTON ACADEMY

Birthdate: 4-6-71        Age: 14        Sex: M        Grade: 9

Teacher(s): NA

Parent/Guardian: Mr. & Mrs. Charles Hall

Address: Jenkins Road, Saco, ME 04072        Telephone #: 2-1844

PET MEMBERSHIP (names)

Administrator: Richard Beaumont          Resource Teacher: R. Cretaro

Guidance Director: Richard Beaumont      Speech Therapist: —

Parent/Guardian: Mrs. Hall               Social Worker: —

Teacher(s): mr. Woodward - music;        *Other: mrs. Donovan - nurse
mr. mullett · IA; ms. Yeaton - math;     Recorder: C. Sabo
mr. Mattais - Science                    * mr. Studwell  > Family Preserva-
                                         ms. Cantara /  tion Program at
PARENT NOTIFICATION                                     Sweetser

Was parent notified of the meeting in writing? ✓ Yes _____ No (explain)

PET MEETING NOTES (use reverse side if necessary, please review history, teacher observations and evaluation results)

Annual review

Yeaton - discipline is no problem, but homework completion is a problem. Sent progress report home. Cut class twice this week. 71 for Qtr. 1. Feels others "pick on him."

Woodward - F on most recent test. Chuck doesn't seem to know what's going on. He seems interested. Doesn't test well. Told him he could do extra credit. Failed for qtr., but could pass for year.

| Strengths | Concerns |
|---|---|
| Classroom Behavior | Homework completion Attendance Classroom attitude |

0027

TF.FD.11.00.001536

PET NOTES (continued from Page 1

A. _Mullett_- has skipped my class. Has done _no_ shop assignments out of 5. Quiz grades are average. "In a daze" often. Is failing.

Mattais- takes a lot of prodding to get Chuck going. No discipline problem, but is not motivated.

_Cretaro_ (reading Dr. Payson's report): socially withdrawn, passive/aggressive; emotionally constricted. Intim. by environ. Keeps low profile
Rec: General program w/support in spelling & math
5 week check
individual & family counseling.
(see acad. testing results & psych. eval.)

Mr. Beaumont discussed contract made with Chuck about coming to Thornton Academy.

PET RECOMMENDATIONS:

1.) Place on 5 week check
2.) Keep mainstreamed in all classes.
3.) Individual & family counseling to be sought by parents.
4.) Sweetser to set up contract with Chuck involving his homework, classroom attitude, attendance at Thornton

GOALS (set goals in priority)

Priority
1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

0028

TF.FD.11.00.001537

IDENTIFICATION OF EDUCATIONAL HANDICAP:

_____ 1. Vision
_____ 2. Audition
_____ 3. Speech & Language Functions
_____ 4. Specific Learning Functions
_____ 5. Behavior

_____ 6. Physical Mobility Functions
_____ 7. Mental Development or Maturation
_____ 8. Other Health Functions(specify)_____

_____ 9. Pregnancy or Temporary Traumatic Injury
(specify)_____

TYPE OF SERVICE(S)

_____ 1. Consultation:  Student attends a regular class and receives special learning activities developed in consultation with the special education teacher.
_____ 2. Resource Room:  Student is enrolled in a regular class and receives less than ½ of his/her instruction from a special education teacher.
_____ 3. Composite Program:  Student attends a special education class more than ½ of his/her instruction.
_____ 4. Speech and Language Therapy.
_____ 5. Social Work Services:  The school social worker consults with the classroom teacher to develop a specific behavior management plan and/or provides individual or small group counseling for the student.
_____ 6. Home or Hospital Bound Instruction.
_____ 7. Out-of-District Placement-Day School.
_____ 8. Out-of-District Placement- Residential School.
_____ 9. Occupational Therapy.
_____ 10. Physical Therapy.
_____ 11. Other:

OTHER INFORMATION REGARDING PLACEMENT

School:_____ Key Contact Specialist:_____

Anticipated Duration:_____ Triennial Review Date:_____

Next PET Meeting Date:_____

SPECIAL TRANSPORTATION

_____ No    _____ Yes(explain):_____

SCHEDULE OF SERVICES (include lunch, recess and all specials)

| Special Services | | | | | Regular Programming | | | |
|---|---|---|---|---|---|---|---|---|
| Subject | Service Provider | Start Date | Hrs-Min/ week | | Subject | Teacher | Start Date | Hrs-Min/ week |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Total Hrs-Min/wk for Special Services _____    Total Hrs-Min/wk for Regular Program _____

0029

TF.FD.11.00.001538

## SIGNATURE PAGE

The Pupil Evaluation Team members, whose signatures appear below, agree that the program described in this document is appropriate and the least restrictive for this student. Dissenting members of the Pupil Evaluation Team are required to submit a minority report to the Special Services Coordinator within ten (10) school days.

C. Sabo - LD teacher

David Maltais - Science

Alie D. Cantain (Swolser FPS.)

Dorothy L. Hall

Phil Stedwell - FPS

Terry Dawson, R.N. School Nurse

Richard Beaumont

## PARENTAL CONSENT TO IMPLEMENT THE IEP

### APPROVAL

I have read and a̲g̲r̲e̲e̲ with the provision of special education and related services, described in this Individual Education Program. I have been fully informed of all information relevant to this program and understand that the granting of consent is voluntary on my part and may be revoked in writing at any time.

x ___Mrs Dorothy L. Hall___
Signature of Parent/Guardian

___4/20/85___
Date

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DISAPPROVAL

I have read and d̲i̲s̲a̲g̲r̲e̲e̲ with the provision of special education and related services described in this Individual Education Program. I understand that I have the right to request an impartial hearing to review the recommendations of the Pupil Evaluation Team. I also understand that the school has the same rights of due process which are available to me.

_____
Signature of Parent/Guardian

_____
Date

0030

TF.FD.11.00.001539



ILL                CHARLES        89241              THORNTON ACADEMY    1985-86

PREVIOUS CREDITS:     0.000

| COURSE NAME | NUMBER | TEACHER | 1 | | | 2 | | | MID-YEAR | | 3 | | | 4 | | | SEM 2 | FINAL | COURSE |
| | | | GR | C1 | C2 | GR | C1 | C2 | EX | AV | GR | C1 | C2 | GR | C1 | C2 | AV | EX | AV | CREDIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NGLISH I  10 | 99- 1 | DUTREMBLE | D+ | 7 | 5F | 7 | 6 | B+ | F | | | | | | | | | | | |
| EN MATH I | 347- 2 | YEATON | D | 5 | 5F | 7 | 7 | C | F | | | | | | | | | | | |
| ) & INV SCIENCE | 443- 1 | MALTAISE | D- | 8 | 5C | 4 | 6 | C+ | C | | | | | | | | | | | |
| NTRO INDUST ART | 642- 2 | MULLETT | F | 9 | 6F | | 6 | K | F | | | | | | | | | | | |
| JSIC APPREC | 811- 2 | WOODWARD | F | 7 | 8D- | 2 | 4 | D+ | D- | | | | | | | | | | | |
| E I | 741- 13 | MORIN | P | 3 | 5P | 3 | 4 | D+ | P | | | | | | | | | | | |

DAYS

| ABS | TAR | DIS | ABS | TAR | DIS | ABS | TAR | DIS | ABS | TAR. | DIS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 3 | | 4 | 3 | | | | | | | |

CUR YR CRDS:     0.000
CAREER CRDS:     0.000

*********************** GRADE SCALE *********************************

A+ = 98-100           B- = 85-87              D  = 72-73
A  = 95-97            C+ = 82-84              D- = 70-71
A- = 93-94            C  = 79-81              F  = BELOW 70
B+ = 90-92            C- = 76-78
B  = 88-89            D+ = 74-75
      W = WITHDREW           P = PASS
      M = MEDICAL            I = INCOMPLETE
*********************** COMMENT *********************************

        COMMENT C1                          COMMENT C2
1   EXCELLENT ATTITUDE IN CLASS             INDICATES DAYS ABSENT FROM CLASS
2   WORK IMPROVED THIS QUARTER
3   DOES COMMENDABLE WORK
4   ATTITUDE IN CLASS HAS IMPROVED
5   HOMEWORK ASSIGNMENTS NOT COMPLETE
6   ABSENCES INTERFERE WITH PROGRESS
7   LOW TEST AND QUIZ SCORES
8   POOR ATTITUDE IN CLASS
9   A CONFERENCE IS REQUESTED

0031

TF.FD.11.00.001540

ALL                    CHARLES        89241              THORNTON ACADEMY

                                                              PREVIOUS CREDITS:     2.000



| COURSE NAME | NUMBER | TEACHER | | 1 | | | 2 | | MID-YEAR | | 3 | | | 4 | | | SEM2 | FINAL | | COURSE CREDIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | GR | C1 | C2 | GR | C1 | C2 | EX | AV | GR | C1 | C2 | GR | C1 | C2 | AV | EX | AV | |
| NGLISH I 8 | 97- 1 | NADEAU S | YRI | | 7 | | | | | | | | | | | | | | | | |
| HYSICAL SCIENCE | 442- 2 | MORRISON | YRD- | | 6 | | | | | | | | | | | | | | | | |
| E II LAB | 932- 6 | STROMME | YRP | | | | | | | | | | | | | | | | | | |

DAYS

| ABS | TAR | DIS | | ABS | TAR | DIS | | ABS | TAR | DIS | | ABS | TAR | DIS | CUR YR CRDS: | 0.000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | CAREER CRDS: | 2.000 |

```
***************************** GRADE SCALE ******************************
A+ = 98-100            B- = 85-87            D  = 72-73
A  - 95-97            C+ = 82-84            D- = 70-71
A-   93-94            C  = 79-81            F  = BELOW 70
B+ = 90-92            C- = 76-78
B  = 88-89            D+ = 74-75
     W = WITHDREW              P = PASS
     M = MEDICAL               I = INCOMPLETE
***************************** COMMENT *******************************
```

     COMMENT C1                              COMMENT C2
1    EXCELLENT ATTITUDE IN CLASS            INDICATES DAYS ABSENT FROM CLASS
2    WORK IMPROVED THIS QUARTER
3    DOES COMMENDABLE WORK
4    ATTITUDE IN CLASS HAS IMPROVED
5    HOMEWORK ASSIGNMENTS NOT COMPLETE
5    ABSENCES INTERFERE WITH PROGRESS
7    LOW TEST AND QUIZ SCORES
8    POOR ATTITUDE IN CLASS
9    A CONFERENCE IS REQUESTED

0092

TF.FD.11.00.001541

Charles Hall    Testing Results    10/24/85

<u>Peabody Individual Achievement Test</u>
Math                          4.9
Reading Recognition          12.9
Reading Comprehension         9.5
Spelling                      4.4
General Information          10.5
   Total Test                6.4

<u>Woodcock Reading Mastery Test</u>
Letter Identification        12.9
Word Identification           9.9
Word Attack                  12.9
Word Comprehension           2.5 (analogies)
Passage Comprehension        5.4
   Total Reading             6.8

Key Math   54

0003

TF.FD.11.00.001542

Name: Charles M. Hall
Date: 9/17/85

This 14-5 year old boy was seen for psychological evaluation as part of a psycho-educational diagnostic process at Thornton Academy. Chuck is a ninth grade student who has had chronic school learning and adjustment difficulties since grade 3 and attended Shaker Mountain School last year in lieu of eighth grade public school. He was tested by Larry Spencer on 7/84 and obtained intelligence test scores within the Average range.—WIAC-R – V. .95, P. 101 & F.S. 98. A Wide Range Achievement TEst administered that time indicated a word recognition level of 7.3, spelling level of 6.3 and arithmetic level of 5.1. A SPIRE administered identified an instructional reading level between 7th and 8th grade in a 7th grade placement.

Review of school record produced the following achievment test data:

| ITBS | Grade 3 | 10/79 | Vocabulary | 3.9 |
| | | | Reading | 2.9 |
| | | | Spelling | 2.9 |
| | | | Total Language | 3.5 |
| | | | Total Math | 3.0 |
| | | | Composite | 3.3 |
| | Grade 4 | 9/80 | | 4.8 |
| | | | | 5.1 |
| | | | | 3.6 |
| | | | | 4.2 |
| | | | | 3.3 |
| | | | | 4.3 |
| | Grade 5 | 10/81 | | 6.2 |
| | | | | 4.6 |
| | | | | 2.9 |
| | | | | 3.6 |
| | | | | 4.5 |
| | | | | 4.8 |
| | Grade 6 | 3/83 | | 7.6 |
| | | | | 5.7 |
| | | | | 3.3 |
| | | | | 4.6 |
| | | | | 6.6 |
| | | | | 6.2 |
| | Grade 6 (Repeat) | 3/84 | | 9.2 |
| | | | | 7.1 |
| | | | | 4.6 |
| | | | | 7.1 |
| | | | | 6.6 |
| | | | | 7.4 |
| Stanford Achievement | Grade 4 | 6/81 | Vocabulary | 5.2 |
| | | | Reading Comprehension | 6.2 |
| | | | Word Study Skills | 5.9 |
| | | | Total Reading | 6.2 |

TF.FD.05.01.001469

| PIAT | 5/10/85 - Shaker Mountain | Reading Comprehension | 48%ile |
|------|---------------------------|-----------------------|--------|
| | | Spelling | 40%ile |
| | | General Information | 56%ile |
| | | Math | 49%ile |

TESTS ADMINISTERED:

Bender Direct Copy & Memory
VOT
House-Tree-Person Test
Rorschach
T.E.D.
Interview

GENERAL OBSERVATIONS:

Chuck was a slim, diminutive adolescent of 14 years, 5 months who seemed apprehensive about being interviewed. He immediately assumed he was in trouble and was visably relieved when he found out otherwise. He was dressed in age-appropriate fashion, i.e.: in jeans, knit shirt, jacket and Nike jogging shoes. His hands were scabbed and nails were somewhat dirty from physical activity. Although polite, Chuck's level of cooperation was marginal. He frequently asked questions as to the duration of the interview and indicated directly and indirectly that he would prefer being elsewhere. He was able to sit and attend and no undue restlessness was observed. Speech was clear and coherent and his receptive language comprehension appeared within normal limits. His mood seemed mildly depressed and his affect was flat. Eye contact was only fair.

When asked for background information, Chuck indicated that he was a long term resident of Saco and that he lived with his parents and his sister. He admitted to adjustment and academic problems in school and stated that he attended Shaker Mountain School last year because of difficulty at Saco Middle School. He indicated that he has an older sister who lives in Vermont who was instrumental in finding the Shaker placement for him.

TEST FINDINGS:

Because of fairly recent cognitive assessment, this current evaluation is limited to behavioral and personality factors. Previous testing identified average intellectual functioning and prior achievement assessment indicated grade level functioning in reading, weakness in spelling and poor arithmetic skills.

Assessment of personaltiy functioning suggests that in addition to academic problems, he is an individual who is moderately depressed and has difficulty dealing with his own internal processes. Chuck is very unsure of himself and he tends to hold back and deal with only what he is absolutely sure of. His level of emotional development is below what might be expected for his chronological age. He has limited organizational ability and deals with life in a very practical concrete fashion. Thought content is immature and self oriented. He does have inner resources, however. access to them is limited. He is affectively sensitive but tries to avoid expression of feelings. When pushed by inner pressure or external events, perceptual distortions are noted. Although personaltiy make up is immature and there is some difficulty in delaying gratification, he typically deals with conflict through fantasy and

TF.FD.05.01.001470

denial of negative feelings. Impulse expression is more likely to be seen in the form of passive aggressive behaviors versus open demonstrations of affect. Reality testing, in general, is satisfactory. In the area of interpersonal relationships, Chuck seems distant from people. Adults are seen as benevolent but firm limit setters. With peers, he would like to be socially popular and accepted but doesn't seem to know how to accomplish this.

DISCUSSION:

Chuck is a socially withdrawn, somewhat depressed boy who is showing a mixture of academic learning problems, passive aggressive behaviors and compulsive traits. He seems to want to go his own way, however, he feels intimidated by his environment and tries to keep a low profile. He is emotionally constricted and tries to avoid the direct expression of feelings. Chuck is unmotivated in school and is likely to be a poor performer despite average cognitive ability and grade level language. Math and spelling skills are weak but functional.

Pending contradictary data from the learning disabilities work-up, it would seem that Chuck's academic needs can be best addressed through general programming with remedial support in math and spelling, academic structure and close liason with family relative to scholastic expectations and Chuck's performance. Parents need to be cognisant of his assignments and provide supervised study opportunities. He should be on a three week check. Becuase of his somewhat limited organizational ability, care should be taken that he fully understands the nature of his assignmentsand the work being expected of him. Chuck's depression, his difficulty dealing openly with feelings and his passive aggressive stance should be addressed by individual counseling. Chuck and his family should be put in contact with local mental health services.

Stanley L. Payson, II, Ed.D.
Consulting School Psychologist

SLP:ns

TF.FD.05.01.001471

Name:     Charles M. Hall
Date:     9/17/85

This 14-5 year old boy was seen for psychological evaluation as part of a psycho-educational diagnostic process at Thornton Academy.  Chuck is a ninth grade student who has had chronic school learning and adjustment difficulties since grade 3 and attended Shaker Mountain School last year in lieu of eighth grade public school.  He was tested by Larry Spencer on 7/84 and obtained intelligence test scores within the Average range.-WIAC-R - V. 95, P. 101 & F.S. 98.  A Wide Range Achievement TEst administered that time indicated a word recognition level of 7.3, spelling level of 6.3 and arithmetic level of 5.1.  A SPIRE administered identified an instructional reading level between 7th and 8th grade in a 7th grade placement.

Review of school record produced the following achievment test data:

| ITBS | Grade 3 | 10/79 | Vocabulary | 3.9 |
| | | | Reading | 2.9 |
| | | | Spelling | 2.9 |
| | | | Total Language | 3.5 |
| | | | Total Math | 3.0 |
| | | | Composite | 3.3 |
| | Grade 4 | 9/80 | | 4.8 |
| | | | | 5.1 |
| | | | | 3.6 |
| | | | | 4.2 |
| | | | | 3.3 |
| | | | | 4.3 |
| | Grade 5 | 10/81 | | 6.2 |
| | | | | 4.6 |
| | | | | 2.9 |
| | | | | 3.6 |
| | | | | 4.5 |
| | | | | 4.8 |
| | Grade 6 | 3/83 | | 7.6 |
| | | | | 5.7 |
| | | | | 3.3 |
| | | | | 4.6 |
| | | | | 6.6 |
| | | | | 6.2 |
| | Grade 6 (Repeat) | 3/84 | | 9.2 |
| | | | | 7.1 |
| | | | | 4.6 |
| | | | | 7.1 |
| | | | | 6.6 |
| | | | | 7.4 |
| Stanford Achievement | Grade 4 | 6/81 | Vocabulary | 5.2 |
| | | | Reading Comprehension | 6.2 |
| | | | Word Study Skills | 5.9 |
| | | | Total Reading | 6.2 |

TF.FD.05.01.001472

PIAT          5/10/85 - Shaker Mountain

| | |
|---|---|
| Reading Comprehension | 48%ile |
| Spelling              - | 40%ile |
| General Information | 56%ile |
| Math | 49%ile |

TESTS ADMINISTERED:

Bender Direct Copy & Memory
VOT
House-Tree-Person Test
Rorschach
T.E.D.
Interview

GENERAL OBSERVATIONS:

Chuck was a slim, diminutive adolescent of 14 years, 5 months who seemed apprehensive about being interviewed. He immediately assumed he was in trouble and was visably relieved when he found out otherwise. He was dressed in age-appropriate fashion, i.e.: in jeans, knit shirt, jacket and Nike jogging shoes. His hands were scabbed and nails were somewhat dirty from physical activity. Although polite, Chuck's level of cooperation was marginal. He frequently asked questions as to the duration of the interview and indicated directly and indirectly that he would prefer being elsewhere. He was able to sit and attend and no undue restlessness was observed. Speech was clear and coherent and his receptive language comprehension appeared within normal limits. His mood seemed mildly depressed and his affect was flat. Eye contact was only fair.

When asked for background information, Chuck indicated that he was a long term resident of Saco and that he lived with his parents and his sister. He admitted to adjustment and academic problems in school and stated that he attended Shaker Mountain School last year because of difficulty at Saco Middle School. He indicated that he has an older sister who lives in Vermont who was instrumental in finding the Shaker placement for him.

TEST FINDINGS:

Because of fairly recent cognitive assessment, this current evaluation is limited to behavioral and personality factors. Previous testing identified average intellectual functioning and prior achievement assessment indicated grade level functioning in reading, weakness in spelling and poor arithmetic skills.

Assessment of personaltiy functioning suggests that in addition to academic problems, he is an individual who is moderately depressed and has difficulty dealing with his own internal processes. Chuck is very unsure of himself and he tends to hold back and deal with only what he is absolutely sure of. His level of emotional development is below what might be expected for his chronological age. He has limited organizational ability and deals with life in a very practical concrete fashion. Thought content is immature and self oriented. He does have inner resources, however, access to them is limited. He is affectively sensitive but tries to avoid expression of feelings. When pushed by inner pressure or external events, perceptual distortions are noted. Although personaltiy make up is immature and there is some difficulty in delaying gratification, he typically deals with conflict through fantasy and

TF.FD.05.01.001473

denial of negative feelings. Impulse expression is more likely to be seen in the form of passive aggressive behaviors versus open demonstrations of affect. Reality testing, in general, is satisfactory. In the area of interpersonal relationships, Chuck seems distant from people. Adults are seen as benevolent but firm limit setters. With peers, he would like to be socially popular and accepted but doesn't seem to know how to accomplish this.

### DISCUSSION:

Chuck is a socially withdrawn, somewhat depressed boy who is showing a mixture of academic learning problems, passive aggressive behaviors and compulsive traits. He seems to want to go his own way, however, he feels intimidated by his environment and tries to keep a low profile. He is emotionally constricted and tries to avoid the direct expression of feelings. Chuck is unmotivated in school and is likely to be a poor performer despite average cognitive ability and grade level language. Math and spelling skills are weak but functional.

Pending contradictary data from the learning disabilities work-up, it would seem that Chuck's academic needs can be best addressed through general programming with remedial support in math and spelling, academic structure and close liason with family relative to scholastic expectations and Chuck's performance. Parents need to be cognisant of his assignments and provide supervised study opportunities. He should be on a three week check. Becuase of his somewhat limited organizational ability, care should be taken that he fully understands the nature of his assignmentsand the work being expected of him. Chuck's depression, his difficulty dealing openly with feelings and his passive aggressive stance should be addressed by individual counseling. Chuck and his family should be put in contact with local mental health services.

Stanley L. Payson, II, Ed.D.
Consulting School Psychologist

SLP:ns

TF.FD.05.01.001474

## SIGNATURE PAGE

The Pupil Evaluation Team members, whose signatures appear below, agree that the program described in this document is appropriate and the least restrictive for this student. Dissenting members of the Pupil Evaluation Team are required to submit a minority report to the Special Services Coordinator within ten (10) school days.

_Perry Klemwa R.N. School Nurse_ _____

_Neut A Hill_ _____

_Paula Hoover SLD_ _____

_C. Sabo-LD Teacher_ _____

## PARENTAL CONSENT TO IMPLEMENT THE IEP

### APPROVAL

I have read and <u>agree</u> with the provision of special education and related services, described in this Individual Education Program. I have been fully informed of all information relevant to this program and understand that the granting of consent is voluntary on my part and may be revoked in writing at any time.

_Mrs. Dorothy L. Hall    Charles T. Hall_ _____ 4/7/8)
Signature of Parent/Guardian                         Date

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DISAPPROVAL

I have read and <u>disagree</u> with the provision of special education and related services described in this Individual Education Program. I understand that I have the right to request an impartial hearing to review the recommendations of the Pupil Evaluation Team. I also understand that the school has the same rights of due process which are available to me.

_____        _____
Signature of Parent/Guardian                      Date

TF.FD.05.01.001172

**IDENTIFICATION OF EDUCATIONAL HANDICAP:**

____ 1. Vision
____ 2. Audition
____ 3. Speech & Language Functions
__✓__ 4. Specific Learning Functions
__✓__ 5. Behavior

____ 6. Physical Mobility Functions
____ 7. Mental Development or Maturation
____ 8. Other Health Functions(specify) _____
____ 9. Pregnancy or Temporary Traumatic Injury (specify) _____

**TYPE OF SERVICE(S)**

____ 1. Consultation: Student attends a regular class and receives special learning activities developed in consultation with the special education teacher.
____ 2. Resource Room: Student is enrolled in a regular class and receives less than ½ of his/her instruction from a special education teacher.
__✓__ 3. Self-Contained Program: Student attends a special education class more than 1/2 of his/her instruction.
____ 4. Speech and Language Therapy.
____ 5. Social Work Services: The school social worker consults with the classroom teacher to develop a specific behavior management plan and/or provides individual or small group counseling for the student.
____ 6. Home or Hospital Bound Instruction.
____ 7. Out-of-District Placement-Day School.
____ 8. Out-of-District Placement- Residential School.
____ 9. Occupational Therapy.
____ 10. Physical Therapy.
__✓__ 11. Other: _Counseling._

**OTHER INFORMATION REGARDING PLACEMENT**

School: _Thorton Academy_                Key Contact Specialist: _R. Cretaro / S. Paysu._

Anticipated Duration: _3 months_         Triennial Review Date: _11/89_

Next PET Meeting Date: _6/87_

**SPECIAL TRANSPORTATION**

__✓__ No       ____ Yes(explain): _____

**SCHEDULE OF SERVICES** (include lunch, recess and all specials)

Special Services

| Subject | Service Provider | Start Date | Hrs-Min/ week | | Subject | Teacher | Start Date | Hrs-Min/ week |
|---------|------------------|------------|---------------|---|---------|---------|------------|---------------|
| All academics | Cretaro, Sabo, Ruff | 4/87 | 34 pds. | | | | | |
| Counseling | Paysa | | 1 pd. | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Regular Programming

Total Hrs-Min/wk for Special Services
_35 pds/wk._

Total Hrs-Min/wk for Regular Program

TF.FD.05.01.001173

L.D. Assessment Report

Student _Charles Hall_ DOB _4/6/71_ SCHOOL _T.A._ DATE _6/16/86_

In accordance with State Regulations (101.6 Par. E and 101.7 Par. M), the PET has determined that the above-named child has a specific learning disability. The basis for this determination is as follows:

1. Achievement Level-child's actual achievement compared to his/her age and ability:

   Grade placement _9.9_ Achievement level _5.4_ Determined by _Key Math_

2. Discrepancy in Abilities-child's actual achievement in the area(s) checked below is/are widely variant (5.5 years) in relation to his/her overall ability and achievement:

   | | | | |
   |---|---|---|---|
   | Oral expression | | Basic reading skills | |
   | Listening skills | | Reading comprehension | |
   | Comprehension | | Math calculation skills | ✓ |
   | Written expression | | Math reasoning skills | ✓ |
   | Spelling | | | |

3. Elimination of Other Factors-the Team has determined that the discrepancies noted above are not primarily the results of visual, hearing, or motor handicaps; emotional disturbance; or environmental, cultural, or economic disadvantage.

4. Observation of Academic Functioning-behaviors relevant to this child's determined disability have been noted by a person qualified to conduct such an evaluation. Evidence of this is included in the Educational Evaluation Report.

The PET does not feel that this child's discrepancy between achievement and demonstrated ability is correctable without the Special Education Program recommended in the IEP to which this report is attached.

As a Team member, I certify that this report reflects my conclusions:

| Signature | Position | Date | Signature | Position | Date |
|---|---|---|---|---|---|
| R. Cretaro, | L.D. Teacher | 6/16/86 | Michael King | T.A. | 6/16/86 |
| L.L. Brown., | Spec. Services Coord, | 6/16/86 | David Maltais | Science | Jun 16/8 |
| Terry Denova R.N. | School Nurse | 6/16/86 | Deborah Yeaton | Math | 6/16/8 |
| Scott Beaumont | | 6/16/86 | Dorothy L. Hall | } parent | 6/16/8 |
| JBeaudry | English | 6/16/86 | Charles V. Hall | 6/16/86 | |
| | | | C. Sabo | L.D. | 6/16/86 |

As a Team member I certify that this report does not reflect my opinion:

| Signature | Position | Date | Statement of conclusion regarding Disagreement with report |
|---|---|---|---|
| | | | |

TF.FD.11.00.001553

0044

Saco, Maine

July 16, 1986
Date

CHARLES HALL
Student

Mr. and Mrs. Charles Hall
Jenkins Road
Saco, Maine   04072

Dear Mr. and Mrs. Hall:

I have reviewed your child's Educational Program (Form C) of the Pupil Evaluation Team (PET), and as required to, by Law (101.2, Par. C & E), and I have made the following decision:

__X__ 1.  APPROVE the services to be provided in addition to services and activities normally provided to regular students and as necessary in order for your child to benefit from his or her educational experience.

_____ 2.  DISAPPROVE the services to be provided for the following reason(s):

Please find enclosed a copy of your child's educational program and, on the reverse side of this page, a copy of your rights regarding the decision.

If we do not hear to the contrary, we assume that you have read and understand this decision and your rights and do not object to the decision of your school with regard to your child.  If you have any questions, please contact your child's principal or the Coordinator of Special Services, telephone 284-4505.

Sincerely,

Howard L. Cushman
Superintendent of Schools

HLC/ns
cc:  file

0045

TF.FD.11.00.001554

SCHOOL UNION NUMBER 7
SACO and DAYTON
Tasker Street
SACO, MAINE 04072
Telephone
284-4505

Howard L. Cushman
Superintendent

Lawrence L. Spencer
Special Services Coordinat

July 17, 1986

Christopher Littlefield
Vocational Rehabilitation
121 Main Street
Biddeford, ME 04005

RE: Charles Hall
DOB: 4/6/71

Dear Chris:

The Pupil Evaluation Team (PET) at Thornton Academy
has recently recommended a vocational evaluation for
Charles. Charles is identified as educationally handi-
capped in the areas of learning disabilities and emotional
functioning. He receives resource room instruction for
math, tutorial assistance in other academic areas and
group counseling with the school social worker. Enclosed
is a copy of the PET recommendation and recent educational
and psychological tests results.

Please advise me if Charles is an appropriate referral
for your office to assist with obtaining a vocational
assessment.

Thank you for your attention and consideration.

Sincerely,

Lawrence L. Spencer
Special Services Coordinator

LLS/jg

Enclosure

cc Mr. & Mrs. Charles Hall
Richard Beaumont

0046

TF.FD.11.00.001555

Dear Mr. Spencer,

We are writing you concerning Charles N. ( 9th grade) and Michelle L.(10th) grade
Hall's poor performance at Thornton Academy. We did not expect miracles but the
progress they are making will not even barely prepare them for the hi-tech society we
now live in.

In this regard we are formally requesting an independent evaluation for each of them.
In the hope it will pinpoint the cause of two apparently average teen agers totally
missing out of a high school education.

We would appreciate hearing from you in the near future concerning this matter.

Yours Truly

Mr. & Mrs Charles V. Hall

Mr & Mrs Charles V. Hall

Copies sent to:

Thornton Academy

Advocates for the Developmentally Disabled

0047

TF.FD.11.00.001556

SACO/DAYTON/THORNTON

PUPIL EVALUATION TEAM MEETING
and
INDIVIDUAL EDUCATIONAL PROGRAM

Date: JUNE 16, 1986

Student: CHARLES HALL                    School: THORNTON ACADEMY

Birthdate: 4-6-71        Age: 15        Sex: M        Grade: 9

Teacher(s): NA

Parent/Guardian: Mr. & Mrs. Charles Hall

Address: Jenkins Road, Saco, ME 04072        Telephone #: 2-1844

PET MEMBERSHIP (names)

Administrator: RICHARD BEAUMONT        Resource Teacher: R. CRETARO

Guidance Director: Richard Beaumont        Speech Therapist:

Parent/Guardian: Mr. & Mrs. Hall        Social Worker:

Teacher(s): Ms. Venton - Math; Mr. Bowie.  Other: Mrs. Donovan - nurse
Health; Mr. Beaudre - English;        Recorder: C. Sabo
Mr. Gray - IA; Mr. Mattais - Science
                                        L. Spencer - Dir. Spec. Ed.
PARENT NOTIFICATION                     B. LaPlante - Submaster

Was parent notified of the meeting in writing?  ✓ Yes _____ No (explain) _____

PET MEETING NOTES (use reverse side if necessary, please review history, teacher observa-
tions and evaluation results)

To discuss progress & educ.
program for next yr.

Bowie - Chuck won't pass for
the year. Didn't do term
1st + paper. Low homework aug. (35)
term 62 quiz aug.; 67 test aug.
Did term paper 2nd sem.
No effort put into course.
No behav. probs. Capable of
passing class. Will have to
repeat next year.

LaPlante - has been suspended
a number of times this year.
(for skipping detentions & leaving

| Strengths | Concerns |
|---|---|
| Respectful of authority | Motivation |
| Honesty w/ authority | Skipping class - attendan |
| | Social skills |
| Academic skills - reading grammar | Organizational skills |
| Avg. cog. ability | Math skills |
| Vocab. develop. | Depression |
| Parental involvement | Passive-resistance |
| | Unprepared for class |
| | Homework completion |

TF.FD.11.00.001557

campus w/o permission.) Chuck is honest w/me. May at times be an istigator in situations. Not disrespectful.

Beaudre - capable of doing the work. Would prob. be passing if he hadn't lost pts. for suspension. Some missing homework.

Gray - C avg. Chuck does his work. Has missed 11 days 2nd sem. Social skills good. No behav. probs.

Mattais - comes to class unprepared. Not a discipline prob. Often comes in late. Capable of doing work. Good written expression skills.

Yeaton - failing for qtr. However, seemed to put more effort into work & participated more. Came unprepared to class. Not hostile toward teacher. Discipline not a major prob. Admits when he does wrong. 57 test avg.; 77 quiz avg. Doesn't always do homework.

Spencer - Chuck has tested out to have avg. ability. Math weakness.

PET RECOMMENDATIONS: Psych. Eval. - depression; passive-aggres. socially isolated.

1.) Schedule in Resource Room for math.

) Schedule one period with tutor.

3.) If possible, Chuck will participate in group counseling. (to begin w/Dr. Payson)

4.) Repeat freshman year.

5.) Vocational assessment - to be coord. w/VR.

GOALS (set goals in priority)

Priority
1. To improve math skills.
2. To improve organizational skills.
3. To improve social skills. - Objectives to be developed in Fall 86.
4.
5.
6.

TF.FD.11.00.001558

IDENTIFICATION OF EDUCATIONAL HANDICAP:

_____ 1. Vision
_____ 2. Audition
_____ 3. Speech & Language Functions
__✓__ 4. Specific Learning Functions
__✓__ 5. Behavior

_____ 6. Physical Mobility Functions
_____ 7. Mental Development or Maturation
_____ 8. Other Health Functions(specify)_____

_____ 9. Pregnancy or Temporary Traumatic Injury (specify)_____

TYPE OF SERVICE(S)

_____ 1. Consultation: Student attends a regular class and receives special learning activities developed in consultation with the special education teacher.
__✓__ 2. Resource Room: Student is enrolled in a regular class and receives less than ½ of his/her instruction from a special education teacher.
_____ 3. Composite Program: Student attends a special education class more than ½ of his/her instruction.
_____ 4. Speech and Language Therapy.
_____ 5. Social Work Services: The school social worker consults with the classroom teacher to develop a specific behavior management plan and/or provides individual or small group counseling for the student.
_____ 6. Home or Hospital Bound Instruction.
_____ 7. Out-of-District Placement-Day School.
_____ 8. Out-of-District Placement- Residential School.
_____ 9. Occupational Therapy.
_____ 10. Physical Therapy.
__✓__ 11. Other: (Tutorial, Group Counseling)

OTHER INFORMATION REGARDING PLACEMENT

School: Thornton Academy     Key Contact Specialist: R. Cretan

Anticipated Duration: 1 yr.     Triennial Review Date: 9/88

Next PET Meeting Date: Nov. 1986

SPECIAL TRANSPORTATION

__✓__ No     _____ Yes(explain): _____

SCHEDULE OF SERVICES (include lunch, recess and all specials)

| Special Services | | | | | Regular Programming | | | |
|---|---|---|---|---|---|---|---|---|
| Subject | Service Provider | Start Date | Hrs-Min/ week | | Subject | Teacher | Start Date | Hrs-Min/ week |
| math | Cretan | 9/86 | 3.75 | | To | be | scheduled | |
| Tutorial | TBA | " | " | | w/ | mr. Beaumont | | |
| Grp. Cours | TBA | " | TBA | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Total Hrs-Min/wk for Special Services     Total Hrs-Min/wk for Regular Program
_____     _____

0050

## SIGNATURE PAGE

The Pupil Evaluation Team members, whose signatures appear below, agree that the program described in this document is appropriate and the least restrictive for this student. Dissenting members of the Pupil Evaluation Team are required to submit a minority report to the Special Services Coordinator within ten (10) school days.

| | |
|---|---|
| C. Sabo - LD Teacher | _J. F. Beaudry_ |
| _Lila Beaumont - Counselor_ | _Michael Shea_ |
| _Perry Danova RN. School Nurse_ | _David Maltain_ |
| _L. Brown_ | _Deborah Yeaton_ |
| R. Cretaro - LD Teacher | |

## PARENTAL CONSENT TO IMPLEMENT THE IEP

### APPROVAL

I have read and <u>agree</u> with the provision of special education and related services, described in this Individual Education Program. I have been fully informed of all information relevant to this program and understand that the granting of consent is voluntary on my part and may be revoked in writing at any time.

_Charles V. Hee_                                          6/16/86
Signature of Parent/Guardian                              Date

***************

### DISAPPROVAL

I have read and <u>disagree</u> with the provision of special education and related services described in this Individual Education Program. I understand that I have the right to request an impartial hearing to review the recommendations of the Pupil Evaluation Team. I also understand that the school has the same rights of due process which are available to me.

_____          _____
Signature of Parent/Guardian                              Date

0051



## THORNTON ACADEMY
SACO, MAINE

September 17, 1986

Mr. and Mrs. Charles Hall
RFD #2, Box 582
Saco, Maine 04072

Dear Mr. and Mrs. Hall,

This is to inform you that Chuck will be in In School Suspension on Friday, September 19 for cutting detention.

If you have any questions concerning this matter, please feel free to contact the school and request to speak with Mr. LaPlante.

Respectfully,

Bernard D. LaPlante
Assistant Headmaster

BDL/ljw

0052

NEA S&C | NEW ENGLAND ASSOCIATION OF SCHOOLS AND COLLEGES
FOUNDED IN 1885

TF.FD.11.00.001561

SCHOOL UNION NUMBER 7
SACO AND DAYTON
Tasker Street
SACO, MAINE 04072
Telephone
284-4505

Howard L. Cushman
Superintendent

Lawrence L. Spencer
Special Services Coordinator

September 17, 1986

Mr. and Mrs. Charles Hall
Jenkins Road
Saco, Maine   04072

Dear Mr. and Mrs. Hall:

Recently, Mr. Christopher Littlefield from the Bureau of Vocational Rehabilitation informed me that Charles is not eligible for a vocational evaluation through his agency. The School Department still wants a vocational evaluation and will arrange for one to be conducted at Sweetser Children's Home. The vocational assessment process will help identify Charles' work interest and experiences, discover his vocational strengths and weaknesses, help identify his present level of vocational competency, and help identify performance capabilities related to the world of work. When the evaluation is completed, a Pupil Evaluation Team (PET) meeting will be scheduled to review the results and discuss any recommendations.

To initiate this process, I need you to sign the enclosed form and return it to me in the self-addressed stamped envelope.

Thank you for your cooperation. If you have any questions, please do not hesitate to call.

Sincerely,

Lawrence L. Spencer
Special Services Coordinator

LLS:ns
Enclosure

cc:  Richard Beaumont
     Christopher Littlefield, Bureau of Vocational Rehabilitation

0053

TF.FD.11.00.001562

SACO/DAYTON/THORNTON                    Date: November 3, 1986

PUPIL EVALUATION TEAM MEETING
and
INDIVIDUAL EDUCATIONAL PROGRAM

Student: CHARLES HALL                   School: THORNTON ACADEMY

Birthdate: 4-6-71        Age: 15        Sex: M    Grade: 9

Teacher(s): MISS STROMME-MR. RUFF-MR. GRAY-MR. MORRISON-MRS. MERRY-MRS. NADEAU
MISS CRETARO

Parent/Guardian: Mr. & Mrs. Charles Hall

Address: R.F.D. #2-Box 582-Saco, ME 04072    Telephone #: 282-1844


PET MEMBERSHIP (names)

Administrator: Mr. Beaumont                Resource Teacher: R. Cretaro

Guidance Director: Mr. Richard Beaumont    Speech Therapist:

Parent/Guardian: Mr. Charles Hall          Social Worker:

Teacher(s): Mrs. Merry; Mr. Gray           Other: Mrs. Donovan - Nurse
Mr. Ruff, Mr. Morrison; Me. Cretaro        Recorder: M. LaPlante R. Cretaro
Mrs. Nadeau

PARENT NOTIFICATION

Was parent notified of the meeting in writing?____✓____Yes _____No (explain)


PET MEETING NOTES (use reverse side if necessary, please review history, teacher observa-
tions and evaluation results)

| PET Meeting Notes | Strengths | Concerns |
|---|---|---|
| Ms. Cretaro - B+ average in Math. Doing very well. Mrs. Merry - Chuck was not passing before Mr. Ruff started to work with him. He has 3 incompletes right now as well as 3 assignments. Mrs. Donovan - Chuck needs to have a physical for sports (basketball). Can have the physical here. Mr. Ruff - Chuck has been doing better with his assignments. | Polite | Basic math skills Organization skills |

TF.FD.11.00.001563

PET NOTES (continued f. Page 1

Ms. Stromine (note) attitude has improved + controls temper better, is passing.

Mr. Gray - Chuck has a major project due on Fri, He does not stay on task as well as he should. No problem in class.

Mrs. Nadeau - He has improved but has not done his homework (8-0's out of 14 assignments). Gets conversation going with other students in class, He needs to make up some tests.

Mr. Morrison - If he is interested then he participates + if not then he talks with others, He is passing.

Mr. LaPlante - he failed last year because social life was more important to him than his education. Cutting classes was also a problem in Oct.

PET RECOMMENDATIONS:

1) Continue program as is.

2) ~~Chuck~~ Needs to stay after school to do his make-up work esp. in English + any other class Mr. Ruff will follow-up to see that Chuck follows through.

3) Continue counseling with the school psychologist.

GOALS (set goals in priority)

Priority
1. Math skills.
2. Organization skills.
3. 
4. 
5. 
6. 

TF.FD.11.00.001564

IDENTIFICATION OF EDUCATIONAL HANDICAP:

____ 1. Vision
____ 2. Audition
____ 3. Speech & Language Functions
__✓__ 4. Specific Learning Functions
__✓__ 5. Behavior

____ 6. Physical Mobility Functions
____ 7. Mental Development or Maturation
____ 8. Other Health Functions(specify)_____

____ 9. Pregnancy or Temporary Traumatic Injury (specify)_____

TYPE OF SERVICE(S)

____ 1. Consultation: Student attends a regular class and receives special learning activities developed in consultation with the special education teacher.
__✓__ 2. Resource Room: Student is enrolled in a regular class and receives less than ½ of his/her instruction from a special education teacher.
____ 3. Composite Program: Student attends a special education class more than ½ of his/her instruction.
____ 4. Speech and Language Therapy.
____ 5. Social Work Services: The school social worker consults with the classroom teacher to develop a specific behavior management plan and/or provides individual or small group counseling for the student.
____ 6. Home or Hospital Bound Instruction.
____ 7. Out-of-District Placement-Day School.
____ 8. Out-of-District Placement- Residential School.
____ 9. Occupational Therapy.
____ 10. Physical Therapy.
__✓__ 11. Other: _Counseling_.

OTHER INFORMATION REGARDING PLACEMENT

School: _Thornton Academy_ Key Contact Specialist: _R. Cretaro_

Anticipated Duration: _1 yr._ Triennial Review Date: _11/89_

Next PET Meeting Date: _11/87_

SPECIAL TRANSPORTATION

__✓__ No ____ Yes(explain): _____

SCHEDULE OF SERVICES (include lunch, recess and all specials)

Special Services

| Subject | Service Provider | Start Date | Hrs-Min/ week | | Subject | Teacher | Start Date | Hrs-Min/ week |
|---------|------------------|------------|---------------|---|---------|---------|------------|---------------|
| Math Cretaro | Cretaro | 9/86 | 3.75 | | Eng. | Nadeau | 9/86 | 3.75 |
| Tutoring | Ruff | 9/86 | 3.75 | | T.A. | Gray | 9/86 | 3.75 |
| Counseling | Payson | 10/86 | 1 pd. | | Science | Morrison | 9/86 | 3.75 |
| | | | | | P.E. | Stromme | 9/86 | 3.75 |
| | | | | | Art | Merry | 9/86 | 3.75 |

Total Hrs-Min/wk for Special Services
_7.55_

Regular Programming

Total Hrs-Min/wk for Regular Program
_18.75_

0056

TF.FD.11.00.001565

## SIGNATURE PAGE

The Pupil Evaluation Team members, whose signatures appear below, agree that the program described in this document is appropriate and the least restrictive for this student. Dissenting members of the Pupil Evaluation Team are required to submit a minority report to the Special Services Coordinator within ten (10) school days.

R. Cretaro - L.D. teacher          Bernard LaPlante, Subnaster.

S. Madeau   English teacher)       David J. Roff, Tutor

J. Morrison   Science teacher      Perry Denoun-Dl. School Nurse

W. Ging   14.                      Jennifer Merrig , art

Sheet Beaumont - Counselor.

## PARENTAL CONSENT TO IMPLEMENT THE IEP

### APPROVAL

I have read and agree with the provision of special education and related services, described in this Individual Education Program. I have been fully informed of all information relevant to this program and understand that the granting of consent is voluntary on my part and may be revoked in writing at any time.

Charles V. Hae
_____          11/3/86
Signature of Parent/Guardian                Date

***************

### DISAPPROVAL

I have read and disagree with the provision of special education and related services described in this Individual Education Program. I understand that I have the right to request an impartial hearing to review the recommendations of the Pupil Evaluation Team. I also understand that the school has the same rights of due process which are available to me.

_____          _____
Signature of Parent/Guardian                Date

0057

TF.FD.11.00.001566



**THORNTON ACADEMY**
SACO, MAINE

BERNARD D. LaPLANTE
Submaster

November 4, 1986

Mr. and Mrs. Charles Hall
RFD #2, Box 582, Jenkins Road
Saco, Maine 04072

Dear Mr. and Mrs. Hall,

This is to inform you that Chuck will be in In School Suspension on Thursday, November 6 for not attending an office detention that was assigned for cutting Mrs. Nadeau's personal detention.

If you have any questions concerning this matter, please feel free to contact the school and request to speak with Mr. LaPlante.

Respectfully,

Bernard D. LaPlante
Submaster

BDL/ljw

0058

NEW ENGLAND
ASSOCIATION
OF SCHOOLS
AND COLLEGES

TF.FD.11.00.001567

Saco, Maine

November 25, 1986
Date

CHARLES HALL
Student

Mr. and Mrs. Charles Hall
RFD #2, Box 582
Saco, Maine   04072

Dear  Mr. and Mrs. Hall:

I have reviewed your child's Educational Program (Form C) of the Pupil Evaluation Team (PET), and as required to, by Law (101.2, Par. C & E), and I have made the following decision:

X  1. APPROVE the services to be provided in addition to services and activities normally provided to regular students and as necessary in order for your child to benefit from his or her educational experience.

____  2. DISAPPROVE the services to be provided for the following reason(s):

Please find enclosed a copy of your child's educational program and, on the reverse side of this page, a copy of your rights regarding the decision.

If we do not hear to the contrary, we assume that you have read and understand this decision and your rights and do not object to the decision of your school with regard to your child. If you have any questions, please contact your child's principal or the Coordinator of Special Services, telephone 284-4505.

Sincerely,

Howard L. Cushman
Superintendent of Schools

HLC/ns
cc:  file

0059

TF.FD.11.00.001568



**THORNTON ACADEMY**
SACO, MAINE

BERNARD D. LAPLANTE
Submaster

December 18, 1986

Mr. and Mrs. Charles Hall
RFD #2, Box 582, Jenkins Road
Saco, Maine 04072

Dear Mr. and Mrs. Hall,

This is to inform you that Chuck will be in In School Suspension on Monday, December 22 for leaving campus on December 17 without being appropriately dismissed.

If you have any questions concerning this matter, please feel free to contact the school and request to speak with Mr. LaPlante.

Respectfully,

Bernard D. LaPlante
Submaster

BDL/ljw

0060



NEW ENGLAND
ASSOCIATION
OF SCHOOLS
AND COLLEGES

TF.FD.11.00.001569

Saco, Maine

February 5, 1987
Date

__CHARLES HALL__
Student

Mr. and Mrs. Charles Hall
RFD #2, Box 582
Saco, Maine    04072

Dear Mr. and Mrs. Hall:

I have reviewed your child's Educational Program (Form C) of the Pupil Evaluation Team (PET), and as required to, by Law (101.2, Par. C & E), and I have made the following decision:

__X__1.    APPROVE the services to be provided in addition to services and activities normally provided to regular students and as necessary in order for your child to benefit from his or her educational experience.

_____2.    DISAPPROVE the services to be provided for the following reason(s):

Please find enclosed a copy of your child's educational program and, on the reverse side of this page, a copy of your rights regarding the decision.

If we do not hear to the contrary, we assume that you have read and understand this decision and your rights and do not object to the decision of your school with regard to your child. If you have any questions, please contact your child's principal or the Coordinator of Special Services, telephone 284-4505.

Sincerely,

Howard L. Cushman
Superintendent of Schools

HLC/ns
cc:  file

0001

TF.FD.11.00.001570

SACO/DAYTON/THORNTON

**PUPIL EVALUATION TEAM MEETING**
and
**INDIVIDUAL EDUCATIONAL PROGRAM**

Date: January 13, 1987

Student: CHARLES HALL    School: THORNTON ACADEMY

Birthdate: 4-6-71    Age: 15    Sex: M    Grade: 9

Teacher(s): Miss Stromme-Mr. Ruff-Miss Cretaro-Mr. Gray-Mr. MOrrison-Mrs. Merry-Mrs. Nadeau

Parent/Guardian: Mr. & Mrs. Charles Hall

Address: R.F.D. #2-Box 582-Saco, ME 04072    Telephone #: 282-1844

PET MEMBERSHIP (names)

Administrator: Mr. LaPlante/Mr. Stasio    Resource Teacher: R. Cretaro

Guidance Director: Richard Beaumont    Speech Therapist: ———

Parent/Guardian: Mr. Hall    Social Worker: ———

Teacher(s): Mr. Ruff-tutor ; mr. morrison Other: B. LaPlante - submaster
Ms. Stromme - Gym, mrs merry Science Recorder: C. Sabo
Art    * K. Olson - Sweetser (Voc.)
    Pre-Voc. Coord.

PARENT NOTIFICATION    S. Payson - school psych.

Was parent notified of the meeting in writing? ✓ Yes ___ No (explain)

    * L. Spencer - Dir. of Spec. Ed.

PET MEETING NOTES (use reverse side if necessary, please review history, teacher observations and evaluation results)

Update from Last PET

Stromme - Chuck is doing well. Removes himself from group when angry. Socializes well. Participates.

morrison - has a test to make up. (Grade dependent on this) Some days does very well; other days can be a nuisance.

merry - started off well, but has been going down the past 3 wks. Owes 2 projects before end of qtr.

| Strengths | Concerns |
|---|---|
| Electrical/carpentry interest | math skills |
| Problem solving skills | Short term auditory memory |
| Organizational skills | |

0002

PET NOTES (continued ___om Page 1

Gray (written) - Chuck is doing very well - B+; All projects completed.

~~Raff - feel Chuck's sisters behavior interferes with Chuck's behavior. He doesn't see some punishments for same behavior.~~

Payson - Chuck seems to feel better about himself lately.

Cretaro - B+ in math; Chuck is doing well. Progressing well on basic skills.

Olsen - interested in electricity, carpentry. Good physical skills, prob. solving skills, organiz. skills. Chuck enjoyed hands on activities. Weaknesses in math, spatial-tactile. Low self-esteem; prob. w/motivation. Instruc. need to be precise - should include "hands on".

PET RECOMMENDATIONS:

1.) Look into Biddeford Vocational program for next year, with the possibility of entering Co-op program senior year.

2.) Continue educational program with one period in Resource Room, one period with tutor and counseling with Dr. Payson.

GOALS (set goals in priority)

Priority
1. To improve basic math skills.
2. To maintain academic standards in mainstreamed classes
3. 
4. To improve self-concept.
5. 
6. 

0063

TF.FD.11.00.001572

IDENTIFICATION OF EDUCATIONAL HANDICAP:

_____ 1. Vision
_____ 2. Audition
_____ 3. Speech & Language Functions
__✓__ 4. Specific Learning Functions
__✓__ 5. Behavior

_____ 6. Physical Mobility Functions
_____ 7. Mental Development or Maturation
_____ 8. Other Health Functions (specify)

_____ 9. Pregnancy or Temporary Traumatic Injury (specify)

TYPE OF SERVICE(S)

_____ 1. Consultation: Student attends a regular class and receives special learning activities developed in consultation with the special education teacher.
__✓__ 2. Resource Room: Student is enrolled in a regular class and receives less than ½ of his/her instruction from a special education teacher.
_____ 3. Self-Contained Program: Student attends a special education class more than 1/2 of his/her instruction.
_____ 4. Speech and Language Therapy.
_____ 5. Social Work Services: The school social worker consults with the classroom teacher to develop a specific behavior management plan and/or provides individual or small group counseling for the student.
_____ 6. Home or Hospital Bound Instruction.
_____ 7. Out-of-District Placement-Day School.
_____ 8. Out-of-District Placement- Residential School.
_____ 9. Occupational Therapy.
_____ 10. Physical Therapy.
__✓__ 11. Other: (Tutorial) (Counseling)

OTHER INFORMATION REGARDING PLACEMENT

School: Thornton Academy          Key Contact Specialist: R. Cretaro

Anticipated Duration: 1 yr.          Triennial Review Date: 11/89

Next PET Meeting Date: May 1987

SPECIAL TRANSPORTATION

__✓__ No     _____ Yes(explain): _____

SCHEDULE OF SERVICES (include lunch, recess and all specials)

Special Services

| Subject | Service Provider | Start Date | Hrs-Min/week | | Subject | Teacher | Start Date | Hrs-Min/week |
|---|---|---|---|---|---|---|---|---|
| Math | Cretaro | 9/86 | 3.75 | | Art | merry | 9/86 | 3.75 |
| Tutor | Ruff | " | " | | Gym | Stromme | " | " |
| | | | | | Science | Morrison | " | " |
| | | | | | English | Nadeau | " | " |
| | | | | | IA | Gray | " | 4 |

Total Hrs-Min/wk for Special Services
7.50

Total Hrs-Min/wk for Regular Program
12.75

0064

TF.FD.11.00.001573

-4-

## SIGNATURE PAGE

The Pupil Evaluation Team members, whose signatures appear below, agree that the program described in this document is appropriate and the least restrictive for this student. Dissenting members of the Pupil Evaluation Team are required to submit a minority report to the Special Services Coordinator within ten (10) school days.

## PARENTAL CONSENT TO IMPLEMENT THE IEP

### APPROVAL

I have read and agree with the provision of special education and related services, described in this Individual Education Program. I have been fully informed of all information relevant to this program and understand that the granting of consent is voluntary on my part and may be revoked in writing at any time.

X _____          __1-13-87__
    Signature of Parent/Guardian                    Date

***************

### DISAPPROVAL

I have read and disagree with the provision of special education and related services described in this Individual Education Program. I understand that I have the right to request an impartial hearing to review the recommendations of the Pupil Evaluation Team. I also understand that the school has the same rights of due process which are available to me.

_____          _____
    Signature of Parent/Guardian                    Date

0085

TF.FD.11.00.001574



**THORNTON ACADEMY**
SACO, MAINE

BERNARD D. LaPLANTE
Submaster

March 23, 1987

Mr. and Mrs. Charles Hall
RFD #2, Box 582, Jenkins Road
Saco, Maine 04072

Dear Mr. and Mrs. Hall,

This is to inform you that Chuck will be in In School Suspension on Tuesday, March 24 for cutting detention.

If you have any questions concerning this matter, please feel free to contact the school and request to speak with Mr. LaPlante.

Respectfully,

Bernard D. LaPlante
Submaster

BDL/ljw

0066

NEW ENGLAND
ASSOCIATION
OF SCHOOLS
AND COLLEGES

TF.FD.11.00.001575

SACO/DAYTON/THORNTON                    Date: March 26, 1987

PUPIL EVALUATION TEAM MEETING
and
INDIVIDUAL EDUCATIONAL PROGRAM

Student: CHARLES HALL                   School: THORNTON ACADEMY

Birthdate: 4-6-71        Age: 15        Sex: M      Grade: 9

Teacher(s): Mr. Ruff-Miss Cretaro-Mr. Bowie-Mr. Gray-Mr. Morrison-Mrs. Nadeau

Parent/Guardian: Mr. & Mrs. Charles Hall

Address: R.F.D. #2-Box 582-Saco, ME 04072        Telephone #: 282-1844

PET MEMBERSHIP (names)

Administrator: Mr. Stasio/Mr. LaPlante        Resource Teacher: R. Cretaro
Guidance Director: Rich ard Beaumont          Speech Therapist: _____
Parent/Guardian: Mr. & Mrs. Hall              Social Worker: _____
Teacher(s): D. Ruff - tutor                   Other: Mrs. Donovan-nurse.
                                              Recorder: C. Sabo
                                              L. Spencer- Dir. of Spec. Ed.

PARENT NOTIFICATION

Was parent notified of the meeting in writing?  ✓ Yes _____ No (explain) _____

PET MEETING NOTES  (use reverse side if necessary, please review history, teacher observa-
tions and evaluation results)

Referred due to recent
behavioral probs.

LaPlante - have seen Chuck
this year for cutting classes,
cutting detentions, leaving
campus.
Discussed recent dealings
with Chuck.

Ruff - feel something is bothering
Chuck; however, he is getting
his schoolwork done.

| Strengths | Concerns |
|-----------|----------|
|           | math skills |
|           | cutting classes/ |
|           | detentions |

0067

TF.FD.11.00.001576

PET NOTES (continued from Page 1

n .Uett/written) - 1st 5 wks. of qtr. did nothing. Has not been in class lately.

morrison (written) - Chuck has missed last 12 classes. Received progress report. When in class; not attentive.

Cretaro (written) - 90 aug. (80 aug. w/ pts. subtracted for suspension). Works well in Resource Room.

Chuck brought into meeting. L. Spencer explained current situation to Chuck.

LaPlante - owes detention on 3/26. Owes one day ISS. Five day ISS can be served by alternate means w/ D.Ruff which will be documented.

PET RECOMMENDATIONS:

1.) Make application for out-of-district residential and day school program.
2.) Continue with current educational program at Thornton.
3.) Chuck, along with other necessary school personnel, will meet with IA teacher before re-entering IA class.
4) An emergency PET meeting will be held if Chuck does not follow educ./program (recommendations)
5.) Five day ISS can be served by alternate means w/ D.Ruff which will be documented.

GOALS (set goals in priority)

Priority
1. To improve math skills.
2. To maintain academic standards.
3. To improve class attendance.
4.
5.
6.

0008

TF.FD.11.00.001577

—3—

## IDENTIFICATION OF EDUCATIONAL HANDICAP:

| | |
|---|---|
| ____ 1. Vision | ____ 6. Physical Mobility Functions |
| ____ 2. Audition | ____ 7. Mental Development or Maturation |
| ____ 3. Speech & Language Functions | ____ 8. Other Health Functions (specify) |
| ✓4. Specific Learning Functions | |
| ____ 5. Behavior | |
| | ____ 9. Pregnancy or Temporary Traumatic Injury (specify) _____ |

## TYPE OF SERVICE(S)

____ 1. Consultation: Student attends a regular class and receives special learning activities developed in consultation with the special education teacher.

✓2. Resource Room: Student is enrolled in a regular class and receives less than ½ of his/her instruction from a special education teacher.

____ 3. Self-Contained Program: Student attends a special education class more than 1/2 of his/her instruction.

____ 4. Speech and Language Therapy.

____ 5. Social Work Services: The school social worker consults with the classroom teacher to develop a specific behavior management plan and/or provides individual or small group counseling for the student.

____ 6. Home or Hospital Bound Instruction.

____ 7. Out-of-District Placement-Day School.

____ 8. Out-of-District Placement- Residential School.

____ 9. Occupational Therapy.

____ 10. Physical Therapy.

✓11. Other: (Tutorial, Counseling)

## OTHER INFORMATION REGARDING PLACEMENT

School: Thornton Academy    Key Contact Specialist: R. Cretaro

Anticipated Duration: See recom.    Triennial Review Date: 11/89

Next PET Meeting Date: See recommendations

## SPECIAL TRANSPORTATION

✓ No    ____ Yes(explain): _____

## SCHEDULE OF SERVICES (include lunch, recess and all specials)

| Special Services | | | | Regular Programming | | | |
|---|---|---|---|---|---|---|---|
| Subject | Service Provider | Start Date | Hrs-Min/ week | Subject | Teacher | Start Date | Hrs-Min/ week |
| Math | Cretaro | 9/86 | 3.75 | Gym | Stromme | 9/86 | 3.75 |
| Tutor | Ruff | " | " | Science | Morrison | " | " |
| | | | | IA | Mullett | " | " |
| | | | | English | Nadeau | " | " |
| | | | | Health | Bowie | 1/87 | " |

Total Hrs-Min/wk for Special Services    7.50

Total Hrs-Min/wk for Regular Program    18.75

TF.FD.11.00.001578

## SIGNATURE PAGE

The Pupil Evaluation Team members, whose signatures appear below, agree that the program described in this document is appropriate and the least restrictive for this student. Dissenting members of the Pupil Evaluation Team are required to submit a minority report to the Special Services Coordinator within ten (10) school days.

| | |
|---|---|
| _Amy Denum RN School Nurse_ | _L. Spencer_ |
| _Bernard Laflante – Submaster_ | _Chuck Hall_ |
| _David V. My_ | _C. Sabo – LD Teacher_ |
| _Sil Beaumont_ | |

## PARENTAL CONSENT TO IMPLEMENT THE IEP

### APPROVAL

I have read and agree with the provision of special education and related services, described in this Individual Education Program. I have been fully informed of all information relevant to this program and understand that the granting of consent is voluntary on my part and may be revoked in writing at any time.  *3/26/87*

_Charles W. Hall_   *Dorthy L. Hall*                  *3/26/87*
Signature of Parent/Guardian                                    Date

***************

### DISAPPROVAL

I have read and disagree with the provision of special education and related services described in this Individual Education Program. I understand that I have the right to request an impartial hearing to review the recommendations of the Pupil Evaluation Team. I also understand that the school has the same rights of due process which are available to me.

_____                    _____
Signature of Parent/Guardian                              Date

0070

TF.FD.11.00.001579

SACO/DAYTON/THORNTON

Date: 4/7/87

### PUPIL EVALUATION TEAM MEETING
and
### INDIVIDUAL EDUCATIONAL PROGRAM

Student: Charles Hall                           School: Thornton Academy

Birthdate: 4/6/71          Age: 16          Sex: M          Grade: 9

Teacher(s): Mr. Bowie, Ms. Cretaro, Mr. Morrison, Ms. Nadeau and Mr. Ruff

Parent/Guardian: Mr. and Mrs. Charles Hall

Address: RFD #2, Box 582, Saco, Maine          Telephone #: 282-1844

PET MEMBERSHIP (names)

Administrator: Carl Stacio                    Resource Teacher: Caren Sabo

Guidance Director: Richard Beaumont           Speech Therapist:

Parent/Guardian: Mr. and Mrs. Hall            Social Worker:

Teacher(s): David Ruff                        Other: Stanley Payson, School Psychologist
                                              Terry Donovan, School Nurse
                                              Recorder: Lawrence Spencer, Special Services
                                                        Coordinator
                                              Recorder: Caren Sabo/Lawrence Spencer

PARENT NOTIFICATION

Was parent notified of the meeting in writing?     X     Yes            No (explain)

PET MEETING NOTES (use reverse side if necessary, please review history, teacher observations and evaluation results)

| | Strengths | Concerns |
|---|---|---|
| The PET last met on March 26, 1987, at which time Mr. LaPlante reviewed Chuck's behavioral and attendance problems. At the end of that meeting, Chuck had agreed to complete his in-school suspension and return to class. A five day suspension was going to be waived in lieu of an alternate plan to be worked out between Chuck and Mr. Ruff. Chuck showed improvement for approximately two days, and then began cutting class again. An emergency PET meeting was scheduled today to review his situation and try to develop additional appropriate PET recommendations. | | |
| Mr. Ruff reports that he and Chuck met with Mr. Mullett before he was to re-enter Industrial Arts class, but it was not a positive meeting. Mr. Beaumont notes that Chuck saw him and requested dropping Industrial Arts (one of the options presented to Chuck at the March 26 PET meeting). However, he did not follow up with any of the designated procedures. | | |

TF.FD.11.00.001580

PET NOTES (continued from Page 1

---

Charles' classroom teachers have no new information to report, because he has been present in their classes nly three or four days during the last four weeks.

Mr. and Mrs. Hall indicate that Chuck's behavior at home has also been escalating. He has stolen their car, run away from home and become more physically threatening. Many items around the house have been stolen, as well as holes punched in walls. Everything in their house is now locked up at all times. Chuck is currently on probation for previously stealing their car. A condition of his probation requires him to see a counselor at York County Counseling Services.

PET RECOMMENDATIONS:

1. Continue pursuit of out-of-district placement as recommended at the previous PET meeting on March 26. Both Sweetser Day School and Homestead will be considered.

2. Chuck will be removed from all mainstreamed classes and placed in the resource room and or with Mr. Ruff for the remainder of the school year.

3. Dr. Payson will contact Chuck's counselor at York County Counseling Services to coordinate treatment interventions.

4. Mr. and Mrs. Hall will contact Mr. Maslowski and advise him of the PET action.

5. In light of the severe crisis situation at home, Mr. and Mrs. Hall are encouraged to consider Jackson Brook Institute and/or Youth Alternatives as an immediate intervention for Chuck.

---

GOALS (set goals in priority)

Priority
1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

TF.FD.11.00.001581

-3-

## IDENTIFICATION OF EDUCATIONAL HANDICAP:

_____ 1. Vision
_____ 2. Audition
__✓__ 3. Speech & Language Functions
__✓__ 4. Specific Learning Functions
__✓__ 5. Behavior

_____ 6. Physical Mobility Functions
_____ 7. Mental Development or Maturation
_____ 8. Other Health Functions (specify) _____

_____ 9. Pregnancy or Temporary Traumatic Injury
(specify) _____

## TYPE OF SERVICE(S)

_____ 1. Consultation: Student attends a regular class and receives special learning activities developed in consultation with the special education teacher.
_____ 2. Resource Room: Student is enrolled in a regular class and receives less than ½ of his/her instruction from a special education teacher.
__✓__ 3. Self-Contained Program: Student attends a special education class more than 1/2 of his/her instruction.
_____ 4. Speech and Language Therapy.
_____ 5. Social Work Services: The school social worker consults with the classroom teacher to develop a specific behavior management plan and/or provides individual or small group counseling for the student.
_____ 6. Home or Hospital Bound Instruction.
_____ 7. Out-of-District Placement-Day School.
_____ 8. Out-of-District Placement- Residential School.
_____ 9. Occupational Therapy.
_____ 10. Physical Therapy.
__✓__ 11. Other: _Counseling._

## OTHER INFORMATION REGARDING PLACEMENT

School: _Thorton Academy_          Key Contact Specialist: _R. Cretaro/S. Payse_

Anticipated Duration: _3 months_          Triennial Review Date: _11/89_

Next PET Meeting Date: _6/87_

## SPECIAL TRANSPORTATION

__✓__ No          _____ Yes(explain): _____

## SCHEDULE OF SERVICES (include lunch, recess and all specials)

| Special Services | | | | | Regular Programming | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Subject | Service Provider | Start Date | Hrs-Min/week | | Subject | Teacher | Start Date | Hrs-Min week |
| All academics | Cretaro, Sabo, Ruff | 4/87 | 34 pds. | | | | | |
| Counseling | Paysa | | 1 pd. | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Total Hrs-Min/wk for Special Services
_35 pds/wk_

Total Hrs-Min/wk for Regular Program
_____

TF.FD.11.00.001582

## SIGNATURE PAGE

The Pupil Evaluation Team members, whose signatures appear below, agree that the program described in this document is appropriate and the least restrictive for this student. Dissenting members of the Pupil Evaluation Team are required to submit a minority report to the Special Services Coordinator within ten (10) school days.

*Perry Klemm R.N. School Nurse* _____

*Virgil A. Hall* _____

*Saula Harer SLD* _____

*C. Sado - LD Teacher* _____

## PARENTAL CONSENT TO IMPLEMENT THE IEP

### APPROVAL

I have read and <u>agree</u> with the provision of special education and related services, described in this Individual Education Program. I have been fully informed of all information relevant to this program and understand that the granting of consent is voluntary on my part and may be revoked in writing at any time.

*Mrs. Dorothy L. Hall   Charles T. Hall*         4/7/87
    Signature of Parent/Guardian                Date

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DISAPPROVAL

I have read and <u>disagree</u> with the provision of special education and related services described in this Individual Education Program. I understand that I have the right to request an impartial hearing to review the recommendations of the Pupil Evaluation Team. I also understand that the school has the same rights of due process which are available to me.

_____          _____
    Signature of Parent/Guardian                Date

0074

TF.FD.11.00.001583

Charles Hall _____ Dates of Instruction: 9/86-6/8
_____ Individual Educational Program (I.E.P.)

### Strengths

1. Academic skills
2. Parental support
3. Respect for authority
4. Average cognitive ability
5. Reading + grammar

### Weaknesses

1. Math skills

| 1. Goals: | Evaluation measures | Completed |
|---|---|---|
| 1. To improve math skills to the 6.5 grade level. | | |
| Objectives: | | |
| 1. Given the following topics on basic math skills, can complete the exercises with 80% accuracy: | Daily work | |
| A) Addition | " | |
| B) Subtraction | " | |
| C) Multiplication | " | |
| D) Division | " | |
| E) Fractions | " | |
| F) Decimals | " | |
| G) Variables + open sentences | " | 0075 |

TF.FD.11.00.001584

| | Evaluation | Complete |
|---|---|---|
| H) Percents | measures | |
| 2. Given a mid-year exam on math skills, will obtain a score of 80. | Teacher made | |
| 3. Given a final exam on math skills, will obtain a score of 80. | " | |
| 4. Given the Key Math test will score at the 6.5 grade level or better. | Key Math | |

0076

TF.FD.11.00.001585

*Discipline report from T.A.*

STUDENT NAME: Chuck Hall

GRADE: Freshman

(Dave Ruff)
Mr. Beaumont

TELEPHONE # 2-1844

EMERGENCY # _____

| DATE | PROBLEM | CONSEQUENCE | COMMENTS |
|------|---------|-------------|----------|
| 9/17 | cut det. 9/15 | 1 day ISS - 9/19 - | ok |
| 9/22 | cut det. Ms. Gray | * ALSO DISCREPANT pd. 5, 6 + 7 | |
| 9/23 | cut det. Mrs. Nadeau | * ALSO DISCREPANT pd. 5, 6 + 7 | |
| 9/24 | Truant | discipline process handed to | |
|      | "Mr. Ruff" | PET - 11/3/86 | |
| 12/18 | left camp. 12/17 | 1 day ISS - 12/22 | letter home! |
| 1/7 | left campus 1/6 | 3 days ISS - 1/8 + 1/9 + 1/12 | letter home! |
| 2/5/87 | left campus - | brought back by officer Menticas | |
| 3/11/87 | Thurs - 3/5 not stay office det. | | |
|      | Fri - did not attend pd. 2, 4 + 7 classes | | |
|      | Mon - did not attend classes, but was here. | | |
|      | * | 3 days susp from school 3/11, 12, 13 | |
|      | * report a possible break in to Dan Nason | | |
|      | at 9:00 on 3/13 | | |
| 3/17/87 | cut study | 1 hr. det | |
| 3/23/87 | Cut off det. on 3/19 | ISS - 1 day - 3/24 | |
| 3/24/87 | Cut off det on 3/23 | ISS - 3 days. 3/25, 26, +27 | |
| 3/26/87 | cut off. det → Dave Ruff + Chuck - doc a commit. | | |
|      | * if Chuck violates the commit - he'll serve his 5 days in ISS | | |

0977

TF.FD.11.00.001586

Pd. 1  Gym
Pd. 2  TUTOR
Pd. 3  —

Pd. 4  IA
⊞⊞⊞⊞

Pd. 5  Sci

Pd. 6  Res.

Pd. 7  ____

… make application for out of district
placement  day school and residential ….
… return to period 4 - meet with M. Mullett -

0078

TF.FD.11.00.001587

Chuck Hall -

3/16 absent

3/17 cut pd. 5 study

3/18 cut pd. 4 ＃A
    Cut pd. 5 study

3/19 - Cut pd. 1 (P5)
    en lib. instead.
    - cut office detention
    ISS on 3/24
3/23 - cut office det -
    3 days ISS - 3/25, 26, 27

TF.FD.11.00.001588

0079

3/25 → in ISS

(Cut - 1hr, office det)

3/26 - in ISS.

Looking at
5 days. of
ISS!

0080

TF.FD.11.00.001589

<u>Chuck Hall</u> — not stay
for det. Thurs 3/5 /R..
— not in pd. 4 Fri 3/5
— not in pd. 7 Fri. 3/6
{ not in pd. 3 mon. 3/9
{ left campus —

— broke into Mr. Mullett's
storage & rockets —
— Creating stories — said
Mike Paul pulled a knife
on him in P.E. on 3/10 —
Mike is in the hospital.

0081

TF.FD.11.00.001590

TF.FD.11.00.001591

Student: Charles Hall    School: Thornton Academy    DOB:

Service Provider: David Ruff    Statement of Goal: To improve study and organizational skills.

| Diagnostic and/or Pre-Post Test Information | Instructional Objectives (Conditions-Behaviors-Criteria) | Evaluation Procedures | Date of Program Review 6/87 Progress towards objectives |
|---|---|---|---|
| Charles is showing improvement in his use of study time, but still has mental lapses and daydreams. His attention span remains quite short. Sometimes Charles desires to quit without a full understanding of the current topic. | Chuck will be introduced to Outlining, Networking, and SQ3R tecniques, by February, 1987. | Records of the L.D. instructor. | |
| | Chuck will demonstrate a knowledge and understanding of networking, outlining, and SQ3R through regular classroom assignments by June, 1987. | Records of the L.D. instructor | |
| | Theough the use of these study tecniques, Chuck will increase his attention span to a point where he is able to concentrate without supervision upon an assigned task for an entire classroom period by June, 1987. | Rocords of the L.D. instructor. | |
| | | | |
| | | | |
| | | | |
| | | | |

Case 2:21-cv-08001-BCW    Document 70-65    Filed 04/29/24    Page 64 of 70

Student: Charles Hall     School: Thornton Academy     DOB:

Service Provider: David Ruff     Statement of Goal: To maintain satisfactory school achievement

| Diagnostic and/or Pre-Post Test Information | Instructional Objectives (Conditions-Behaviors-Criteria) | Evaluation Procedures | Date of Program Review 6/87 Progress towards objectives |
|---|---|---|---|
| Charles failed all of his classes last year. He experienced difficulty with organization, attendance in school, and completion of assigned work. He has the ability to do the required work, and has shown renewed desire and interest in completing satisfactory work during the first six weeks of the 1986-87 school year. | Charles will continue to accurately report assigned home work and complete and pass in all class assignments. | Bi-monthly progress reports from teachers | |
| | Charles will maintain grades of C or above in all academic subjects. | Quarterly report cards. | |
| | Charles will eliminate all unexcused absenses from school | Records of the Submaster | |
| | | | |
| | | | |
| | | | |

May 8, 1987

Chuck does indeed currently have an A in every class. He's doing great

David Ruf

0084

TF.FD.11.00.001593

Saco, Maine

May 18, 1987
Date

CHARLES HALL
Student

Mr. and Mrs. Charles Hall
RFD #2, Box 582
Saco, Maine    04072

Dear Mr. and Mrs. Hall:

I have reviewed your child's Educational Program (Form C) of the Pupil Evaluation Team (PET), and as required to, by Law (101.2, Par. C & E), and I have made the following decision:

__X__  1.   APPROVE the services to be provided in addition to services and activities normally provided to regular students and as necessary in order for your child to benefit from his or her educational experience.

_____  2.   DISAPPROVE the services to be provided for the following reason(s):

Please find enclosed a copy of your child's educational program and, on the reverse side of this page, a copy of your rights regarding the decision.

If we do not hear to the contrary, we assume that you have read and understand this decision and your rights and do not object to the decision of your school with regard to your child. If you have any questions, please contact your child's principal or the Coordinator of Special Services, telephone 284-4505.

Sincerely,

Howard L. Cushman
Superintendent of Schools

HLC/ns
cc: file

0085

TF.FD.11.00.001594

# NOTIFICATION OF RIGHTS

As the parent of a child, who may require, or who is receiving, special education and related services, you have the following rights.

1. The right to inspect, to review, and to obtain copies of all records relating to your child's education.

2. The right to receive prior written notice whenever the local educational agency proposes to initiate or to change the special education referral, evaluation and/or educational placement of your child, and before the initial preplacement evaluation of your child.

3. The right to question any matter, decision or recommendation relating to your child's referral, evaluation and/or educational placement.

4. The right to an independent education evaluation of your child at public expense if you disagree with the evaluation obtained by the local educational agency. However, the public agency may initiate a hearing (see #5 below) to show that its evaluation is appropriate, or it will have an evaluation conducted by a certified or licensed professional examiner who is independent of the local educational agency and it will be performed at no cost to you.

5. If you have any complaints regarding the referral, evaluation and/or educational placement of your child, you have the right to an impartial hearing if your complaints cannot be resolved to your satisfaction in any other way.

6. At this hearing, you have the right to be assisted by a person or persons of your choosing, and the right to present evidence and confront, cross-examine and compel the attendance of witnesses.

7. After this hearing you have the right to a written or electronic verbatim recording of such hearing. You have the right to obtain written findings of fact and decisions of the hearing at no cost.

8. When the decision of the due process hearing is not acceptable to you, you have the right to appeal this decision to the Superior Court or to a United States District Court.

9. During any of the hearing or appeal procedures, your child shall remain in the current educational program or, if applying for initial admission to the public school shall be placed in the public school program until all proceedings have been completed, unless you and the local school officials agree otherwise.

If you have any question about your rights, or wish to exercise them, please contact the Special Services Coordinator at 284-4505.

0086

TF.FD.11.00.001595

SCHOOL UNION NUMBER 7
SACO AND DAYTON
Tasker Street
SACO, MAINE 04072 ....
Telephone
284-4505

Howard L. Cushman
Superintendent

Lawrence L. Spencer
Special Services Coordinator

February 10, 1988

Mr. and Mrs. Charles Hall
RFD #2, Box 582
Saco, Maine    04072

Dear Mr. and Mrs. Hall:

This letter is to inform you that the Pupil Evaluation Team (PET) is
meeting to review the educational program of your child, Charles
Hall          , and determine if it should be continued and/or modified.
Attending this meeting will be appropriate Homestead staff and myself.

The PET will meet on:       DATE  Monday, 2/29/88

                            TIME  11:30 a.m.

                            PLACE Homestead.

You have the legal right and are urged to attend and participate as a
member of the Pupil Evaluation Team during its discussion of your child's
educational needs. A further description of your rights, as a parent or
guardian of a child receiving special education services, is on the reverse
side of this letter.

If you are unable to attend, please contact me (telephone 284-4505 ), so
that this meeting can be rescheduled to a more mutually convenient time.

Sincerely,

Lawrence L. Spencer
Special Services Coordinator

LLS:ns

cc:  file
     Pamela Damon, Homestead Project, P. O. Box 663, Ellsworth, Me. 04605

0087

TF.FD.11.00.001596

FILE NOTE

Student:    Charles Hall

Date:       May 25, 1987


Chuck Hall has been seen for supportive counseling since September 30, 1986. Initially, contacts were on a weekly basis and extended to bi-weekly in mid-November following reports there was acceptable school and home adjustment. Contacts after the first of the year became more irregular as Chuck began developing a pattern of non-school attendance and hence being unavailable for interview. Chuck was seen for a total of six sessions over the school year, the last being February 10. A PET held on January 13, 1987 underscored poor school attendance, cutting classes and academic non-performance. Parents at that time reported temper outbursts at home. Parents also stated that Chuck was stealing again taking personal items from family members as well as objects from the store where mother worked.

Since that PET, Chuck has been increasingly in crisis. He has missed a substantial amount of school, reportedly he was caught shoplifting and has been a runaway from home on at least two occasions. A meeting held with parents on underscored their desperation and a search for different living arrangements.

Chuck's behavior and living situation has significantly deteriorated over the course of this school year and at this time, he is essentially out of control and parents are asking for help. Chuck has clearly exhausted the resources of Thornton Academy and will require a more restrictive placement if he is to receive an education. It is recommended that he be considered for residential placement at a facility like Homestead.

Stanley L. Payson, II, Ed.D.
Consulting School Psychologist

SLP:ns

TF.FD.17.31.002003