**SCHOOL UNION NUMBER 7**
Saco and Dayton
Tasker Street
Saco, Maine 04072

Howard L. Cushman
Superintendent

Telephone
284-4505

July 17, 1987

Mr. and Mrs. Charles Hall
RFD #2, Box 582
Saco, Maine    04072

Dear Mr. and Mrs. Hall:

I am writing to follow up our telephone conversation and confirm Chuck's intake interview at Homestead. The appointment has been scheduled for 10:00 a.m. on Tuesday, July 21, 1987. I have other meetings previously scheduled for that day; and therefore, will be unable to attend.

Directions to Homestead are as follows: Take Interstate 95 to Bangor, then pick up Route 1A to Ellsworth. Approximately 24 miles from Bangor, you will then turn left onto Route 179 (it is a sharp left with a small convenience store on the corner). Go about 2 more miles, then turn left onto Route 180. Homestead is on your right approximately 1/2 mile on from that turn, look for the sign next to the road. If you get lost, please call Douglas Hauck, telephone 667-2021. Good Luck!

Sincerely,

Lawrence L. Spencer
Special Services Coordinator

LLS:ns

cc: Douglas Hauck, Ed. Director
The Homestead Project
P. O. Box 663
Ellsworth, Maine

TF.FD.05.01.001194

# The Homestead Project, Inc.

P. O. BOX 663
ELLSWORTH, MAINE 04605

### INFORMATION FOR PARENTS & GUARDIANS

Persons admitted to Homestead have histories of disturbing behaviors and feelings, which require a strong program with considerable time and control to help bring about desired changes. The full cooperation and support of parents and guardians is essential to the successful completion of treatment. These pages contain some important information.

Seriously inadequate internal and/or external control oftentimes is an important part of the troubles of these youngsters. Therefore, many customary teenage freedoms are not allowed at Homestead until adequate controls are demonstrated. Please ask if you question anything about what we are doing with your child. We may angrily scold kids or affectionately praise them as their behavior merits. We demand responsibility of them. Somtimes it is necessary to physically restrain them from attacking others, hurting themselves, or running away. We do not beat youngsters, tear them down, or lock them up. If they break the law, we notify the police. The police may occasionally press charges.

The legal guardian of the Homestead member has full access to information about his or her treatment and status here, and is invited to call or write at any time to communicate with the member's Primary Counselor, A treatment Supervisor, or the Treatment Director. Parents and other family members who are not legal guardians have access to information only as permitted by the Treatment Director and the legal guardian. Each member has supervised access to all records and communications about him or herself.

Many Homestead members have a history of seriously disturbed functioning in their family. Often, the family has not had many positive experiences with an adolescent prior to Homestead admission. Thus, sometimes family members have mixed feelings about each other when a teenager comes to Homestead. As a member progresses through our four phase program, we increasingly encourage your participation in his or her Homestead experience. This may require time, travel to Homestead and expense on your part. We hope to facilitate a successful return to home or school for your child.

We need your cooperation in several ways. Our program is based on four phase system. Each phase has increasing responsibilities, and privileges. A manual describing the phase system is available.

One of the privileges of phase two is that a member may have family visits at Homestead. When you are invited for a social visit, every attempt will be made to have it be a positive experience for you and your family. However, sometimes a member has not earned the privilege of an unsupervised visit. A staff member, generally the member's primary counselor, will be with you during the visit, though should be as unobtrusive as possible. This is not the time to rehash negative experiences you and your child have had, but to have a relaxed enjoyable visit with your child. Social visits are not the time to discuss your child's treatment plan in depth.

TF.FD.09.00.001326

# The Homestead Project



POST OFFICE BOX 563
ELLSWORTH, MAINE 04605
(207) 667-2021

July 30, 1987

Larry Spencer
Special Services Coordinator
School Union #7
Tasker Street
Saco, Maine   04072

Dear Larry:

We are planning on admitting Charles Hall at 11:30 a.m. on Monday, August 3, 1987.  We are still waiting for the DSM III diagnosis which is needed for our records.  Pat Bousquet, the Case Manager/Therapist, will be in contact with Chuck's family regarding the admission.

Thank you for your continuing assistance.

Sincerely,

Douglas Houck, Ed.D.
Executive Director

cc:  Pat Bousquet, Case Manager
     Mr. Charles Hall

0093

TF.FD.11.00.001602

In depth discussions of your child's progress and future goals in the educational, residential, and treatment program occur every three months when you are invited to Homestead to meet with your child, the primary counselor, the group therapist, and the education supervisor plus representatives of community agencies who assisted you in your child's admission to Homestead. This meeting will be arranged by a telephone call from Pam Jordan. She will discuss with you who will be invited to this meeting and will notify them. She will attempt to arrange a time that is convenient for all participants.

This is an important event in your child's Homestead experience. Even though it may require your taking time from work we urge you to support your child's efforts by attending case conferences. A sample of the format used for the case conference is enclosed. Please feel free to ask questions and share your observations with us. Treatment is a hard experience. It requires persons to face up to very painful and often shameful realizations about themselves. Youngsters can be expected to resist it intensely at times, and to try to avoid treatment. Sometimes they run away or try to persuade their guardians or families to let them escape treatment. These can be trying moments. Your child may complain that we are cruel, or don't care, or he or she may try to make you feel guilty for keeping him/her here. If such things are happening please contact us to arrange a meeting to confront and reclarify the issues. Don't get drawn into undermining the very treatment you worked so hard to find for your child.

Eventually your child will earn the privilege of home visits with you. Generally this happens on phase two. Usually family counseling begins around this time. Family counseling with our reentry coordinator allows us to work with you to learn of your concerns regarding your childs behavior at home and in your community and what you think needs to change before he/she returns home. Hopefully we can facilitate resolution of issues which were troublesome for you and your teenager. Sometimes we suggest that a family works with a family counselor in their community to provide continued support during the transition home.

During transition we will meet with you and school officials to make recommendations for credit for educational material completed at Homestead. Though we do not give credits as a regular high school our recommendations regarding granting of credits are generally accepted. We are licensed by the Department of Education and Cultural Services as a Special Purpose School. We do not give report cards. Students must have 85% or better competency in a subject area for us to recommend credit. Often a school will give us books and course work for a member about to return home. Homestead teachers integrate this material in classroom work. The members begin to gain confidence that they can successfully return to a regular school program.

After a member returns home, there is a three month period before the Homestead graduation. In order to graduate, a member must show that he/she can live in the community without reverting to destructive behaviors. A graduation plan is developed by the member and his family with our reentry coordinator before the youngster leaves Homestead. If the member fulfills the plan, a festive graduation is held at Homestead to celebrate your child's success. This is the final good-bye to Homestead relationships. As with any graduation, there is sadness at saying good-bye to good friends, yet, happiness at the growth demonstrated by someone who can return to family and friends successfully.

We hope this answers some questions you have about Homestead. We understand that families often have mixed feelings about having a member go to a residential treatment facility. Please do not hesitate to contact us if you have further questions.

We share with you the same goal for your child's successful return to your family and community.

TF.FD.09.00.001327

*Pat Bousquet*

*HOMESTEAD TREATMENT PHILOSOPHY*

*Homestead Project, Inc.*
*Ellsworth, Maine 04605*
*207-667-2021*

*Homestead provides therapeutic treatment to adolescents who require more than the typical resources available through the educational system, the outpatient mental health system and the criminal justice system. Adolescents coming to Homestead for help, willingly or unwillingly, have serious behavior problems and improperly cope with many common life situations. While there is little unique about our treatment method, it represents a special combination of approaches and sequential experiences that have a flavor of their own.*

*It is well established that the power of the peer group is paramount with adolescents. It is also recognized that personality disorders (habitual inappropriate ways of interacting with others) are very difficult to change and that impersonal, primarily verbal and intellectual treatment approaches have little success. It is known as well that weekly outpatient therapy has minimal influence on the personality disordered. Thus, we have a program which focuses therapy on the power of the group process, which emphasizes practical behavior and emotional honesty as distinct from intellectual understanding, and which is residential.*

*Our goal is to accept young persons who are irresponsible in the practical aspects of living and/or social relationships, and who are dishonest with themselves and others at the emotional level, and to challenge and nourish them to grow into persons who can lead responsible and joyful lives.*

*The treatment approach is many faceted, but generally follows this pattern. First, we identify the particular ways in which an adolescent avoids experiencing his or her emotions, and/or avoids responsible expression of them. Examples of irresponsible expression are to get stoned, to blame others for one's problems, to lie, to steal, to run away, to attempt suicide, or to have assaultive outbursts. Second, we conceptualize the avoidance device and clearly state it to the adolescent and other community members. Each time the adolescent exhibits that behavior, we confront it with a realistic consequence of some sort. Third, in order to create situations in which some response is required, whether appropriate or inappropriate, we require of all community members that they accept responsibility for daily living and learning activities and for the straight expression of feelings. OUR METHOD IS NOT TO AVOID STRESS, BUT TO CREATE THAT KIND OF NATURAL STRESS WHICH PROVOKES A RESPONSE TO WHICH WE CAN, IN TURN, MAKE A THERAPEUTIC RESPONSE. A function of an irresponsible behavior pattern is that it masks the sense of weakness, inadequacy, and inferiority which some adolescents feel at a deeper level. Developing new responses to stress usually involves revealing such feelings, many times requiring huge personal risk. Thus, the fourth part of our treatment approach is to provide an environment in which risk taking is possible, that is, a physically and psychologically safe one. Neither loving support by itself nor direct confrontive challenge will suffice to bring about the important changes in life which our members need to make. It is a combination of the two which makes this possible.*

*Consistency is of paramount importance to our treatment approach. The way in which we follow through with daily program activities, treatment policies, and residential chores is critical to the development of responsible social living. The recruitment of residential staff who themselves exhibit emotional honesty, directness and realness and serve as role models for residents is crucial.*

TF.FD.09.00.001324

In one way or another it can be seen that most members of our community have been victims of poor life circumstances. While that may be an _explanation_ for a persons current maladaptive behavior it can in no instance be taken as an _excuse_.

The flavor of our therapeutic environment is of great importance and there is no single word to describe it. It is humanistic, deeply interpersonal, reality-oriented, and earthy rather than sanitary. It is an environment in which everyone, staff and members alike, are encouraged to stick their necks out and take emotional risks. We know that if we play it safe we have very little chance of seriously affecting the lives of our members in a therapeutic way. We have to throw in all our energy if we are to be able to dislodge them from their ruts.

We practice a wide variety of specific therapeutic techniques within these overall goals and methods. These include reality therapy, gestalt therapy, bioenergenics, sensitivity training, psycho-drama, art therapy, family therapy, therapeutic approaches to school education, diet and wilderness camping, physical fitness, and in rare instances psychoactive medication.

Once major problems are overcome most residents will still have another large growing task to accomplish. Because of their history of disordered life most of them will be far behind what is suitable for their age in both academic and social development. We then have relatively receptive but empty young people who must be replenished and caught up.

During this latter period of treatment the emphasis is on remediating educational deficits, developing independent living skills for some, and/or vocational training. At the same time, we require greatly increased peer leader-ship roles and encourage gradual community reentry through part-time jobs and outside social activities. Discharge plans - job, school, residence - are actively developed during this period, to provide concrete goals to keep striving for and to combat the tendency to regress in treatment in order to remain in this safe environment.

We certainly do not expect that all problems are resolved at the time of graduation from Homestead. Rather, we aim to have taught the _means_ of resolving problems, the process of building mutually supportive relationships, and the use of community resources.

TF.FD.09.00.001325

## MASTER TREATMENT PLAN

NOW ON PHASE: II     TREATMENT PLANNING CONFERENCE #_____

DATE OF ARRIVAL: 8/5/87   DATE OF BIRTH: 4/6/71

REASONS FOR REFERRAL:

*6ct from I.S.P.*

FINDINGS OF ASSESSMENT:

MENTAL HEALTH:

EDUCATIONAL:

MEDICAL:

MRS. HALL PSYCHIATRIC: *Check presents as a pleasant person...*

HP-1-09/87
HOMESTEAD PROJECT, INC.   P.O. BOX 663   ELLSWORTH, MAINE, 04609

TF.FD.17.31.001883

MEMBER: <u>Charles Hall</u>

DATE: <u>11/18/87</u>

MASTER TREATMENT PLAN

NOW ON PHASE: <u>II</u>    TREATMENT PLANNING CONFERENCE # <u>_____</u>

DATE OF ARRIVAL: <u>8/5/87</u> DATE OF BIRTH: <u>4/6/71</u>

REASONS FOR REFERRAL:

1.  History of criminal behavior -- currently on probation
2.  History of passive/aggressive and manipulating behaviors
3.  Poor peer interaction skills
4.  Family stress related to adoption issue
5.  Poor parent/child communication
6.  Confusion over sense of self and sexual identity
7.  Non-compliance with rules and authority

FINDINGS OF ASSESSMENT:

MENTAL HEALTH:

Charles has kept a low profile since admission, staying out of major trouble and learning the ropes. He had plans to go A.W.O.L. with other members, but was found out. He appears very sensitive to issues of family fighting, loss and abandonment, and parental alcohol use in Intensive Therapy Group. He is starting to use group therapy effectively.

EDUCATIONAL:

HP - 1  11/87  PAGE 1
HOMESTEAD PROJECT, INC.  P.O. BOX 663  ELLSWORTH, MAINE   04605

TF.FD.17.31.001884

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine    04605


October 26, 1987


Mrs. Dorothy Hall
73 Jenkins Road
Saco, Maine    04072

Dear Mrs. Hall:

When Chuck  had his physical with Dr. Kipperman on September 4, 1987,, a flat, black mole approximately 3cm  was found  on the posterior surface of Chuck's right shoulder.  Dr. Kipperman asked me to  have it  evaluated by  a dermatologist.   This morning Dr. Thomas Watt in Bangor examined Chuck.

Dr. Watt's feeling is that the mole is probably safe at this time, but most likely is the type that will become cancerous with time.  Dr. Watt's recommended treatment is removal  and analysis. The  removal  would  be  done  in  the  doctor's office  as an out patient procedure.  Under a local  anesthetic, a  shallow disc of skin would be removed.

Before  I  schedule  this  procedure, I would like a written statement from you either giving or denying your permission.

Please also enclose a  few  more  completed  insurance forms with your answer.  If you have any questions, please feel free to call me here at Homestead.

Sincerely,

*Al Jenkins LPN*

Al Jenkins, LPN


c.c:  Sally L. Smith, Director of Treatment Services
      Chuck's Master File


AJ/jf

TF.FD.17.31.001885

# The Homestead Project



POST OFFICE BOX 663
ELLSWORTH, MAINE 04605
(207) 667-2021

July 30, 1987

Larry Spencer
Special Services Coordinator
School Union #7
Tasker Street
Saco, Maine  04072

Dear Larry:

We are planning on admitting Charles Hall at 11:30 a.m. on Monday, August 3, 1987.  We are still waiting for the DSM III diagnosis which is needed for our records.  Pat Bousquet, the Case Manager/Therapist, will be in contact with Chuck's family regarding the admission.

Thank you for your continuing assistance.

Sincerely,

Douglas Houck, Ed.D.
Executive Director

cc:  Pat Bousquet, Case Manager
     Mr. Charles Hall

TF.FD.17.31.001886

Issue # 7 Inability to function in public school

Status/Recommendation: Refer to education section of report.

Overall Recommendation: As Chuck's ability to play the "I don't have any real problems" game is decreasing with time, he is growing more and more uncomfortable. He dislikes the group pressure to really look at himself or his situation, and is becoming fearful of turning 18 fairly soon with no definte plan in mind. This increase stress may be excatly what Chuck needs to motivate himself towards positive change. Certainly his decision to run away put him clearly in the spotlight for group and staff attention. His placement at Homestead needs to continue, with a primary focus on what Chuck wants for his personal future and what he intends to do about making it happen.

_____

Pat Bousquet, LMSW

TF.FD.17.31.001887

Issue # 3 Poor peer interaction skills (Threatening, antagonizing, making hurtful comments, etc.).

Status: Chuck has had no specific problems in this area, but his general inter-action style with peers is certainly not direct nor assertive.

Recommendation: Change short term goal to read: Learn to verbalize opinions and feelings to peers in an open, honest and assertive way.

Issue # 4 Family stress related to adoption

Status: Chuck has recently been involved in some family therapy sessions while on home visits and has gone on 2 extended family trips. Chuck has voiced displeasure here at how the therapy sessions have gone, but has not dealt directly with those involved. In ITG, Chuck has been reluctant to examine feelings toward family members, despite group pressure to do so. He is currently feeling that a return home not what he wants, but has no definite alternate plan. Chuck has not sufficiently addressed the issue of his adoption, nor his feelings about it, to the best of my knowledge.

Recommendation: Continue present plan. A decision about Chuck's future after Homestead must be made by the involved parties in the near future, since he turns 18 on 4/6/89.

Issue # 5 Confussion over sense of self and sexual idenity.

Status: Chuck's pattern of passively reacting and refusing to take an active stance has recently become quite clear. He avoids looking at critical identity issues in ITG, often using other members to get him off the hook. His recent AWOL from the group trip followed a discussion of this issue, and Chuck chose to run away. It is obvious that this one treatment issue is far from being resolved.

Recommendation: Continue per present plan.

Issue # 6 Non-compliance with Rules and Authority.

Status: Chuck appears to have learned superficial behavioral compliance with rules, and has kept himself out of major trouble until the recent AWOL/theft incident. His actual respect for rules or authority or his understanding of why they are important, is questionable.

Recommendation: Change short term goal to read -- demonstrates consistently respectful attitude toward those in authority. Continue present plan.

TF.FD.17.31.001888

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine 04605

Charles Hall          Treatment Summary     August 25, 1988

This is a summary of the progress Chuck has made on his treatment issues since his last case conference on 2/29/88. It will include recommendations for the next 6 months.

Issue # 1  Criminal behavior (theft, property destruction)

Status:  Chuck chose to go AWOL from a group trip on 8/12/88, taking with him several articles not belonging to him. Theft charges have been filed. Chuck was also out until approximately 2 a.m. on a recent home visit, in the company of several youths who were drinking. The driver of the vehicle Chuck was in was stopped for speeding. Chuck was still on probation at that time. To my knowledge, no charges wre pressed for that incident. Chuck has minimized the severity of his behavior and shown little if any remorse.

Recommendation:  Homestead plans to follow through on the theft charges. If is clear that Chuck is not taking his behavior seriously, or anticipating the probable consequences. Continue per present plan.

Issue # 2  Manipulation/subtle manipulation of others (Seeing himself as above the rules).

Status:  The only clear example of this, aside from those listed above, had to do with Chuck's request to get an off-grounds job. He had permission to get some job applications; he proceeded to accept a job and actually start working without either parental or Case Manager permission. (This was for 2 days over a weekend). While this could be seen as positive – Chuck taking the initiative, etc. – it was also clearly overstepping the boundaries of his responsibility.

Recommendation:  Continue present plan.

TF.FD.17.31.001889

Instructional Area _____ Writing Skills .

Member __ Charles Hall _____          Date of Report ____ 8/25/88 _____

Dates covered by Report: ___ 2/29/88 _____ to ___ 6/10/00 _____

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

. Behavior Assessment

Individual Conduct

Withdrawal

Maturation

Social Aggression

(scale 1 – 2 – 3 – 4 – 5, X marked at position 1 for all four)

. Long-Term Educational Goal:
      To return to public school at grade level.

. Goals for current period of instruction:

Academic:                                    Percentage of Success Achieved
      1.  To write on self-selected and assigned topics.              80%
      2.  To become fluent in various types of writing.               90%
      3.  To learn to write using correct grammar and spelling.       90%
      4.  To have conferences with class members to aid in revising writing.  85%

Behavioral:
      1.  Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".  85%
      2.  Act as a regular and ordinary member, avoiding putting himself above the rules.  80%
      3.  Be respectful of the needs and rights of fellow students.   80%
      4.  Follow school rules and teachers' directions.               85%

. General comment and observation:    Chuck has shown good writing skills during
      this semester.  He has written on a variety of subjects, exhibiting good mechanical
      and organizational skills as well as knowledge of audience and purpose.  Chuck
      occasionally has a tendency to talk too much and he could have produced more work.
      Still, for the most part, Chuck's behavior has been exemplary and he has been
      a good role model.  Chuck has a desire to continue his education; his writing
      skills should send him well in this endeavor.

. Objectives to work on for the next six-month period:
Academic:
      1.  To write on self-selected and assigned topics.
      2.  To become fluent in various types of writing.
      3.  To learn to write using correct grammar and spelling.
      4.  To have conferences with class members to aid in revising writing.

Behavioral:
      1.  Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".
      2.  Act as a regular and ordinary member, avoiding putting himself above the rules.
      3.  Be respectful of the needs and rights of fellow students.
      4.  Follow school rules and teachers' directions

. Hours of instruction: ___ 23 ___ Grade: ___ B ___ Teacher: __ Stephen Krichels _____
                  (Grades of A, B, C, D, F, or Passing can be assigned)

                                        TF.FD.17.31.001890

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine    04605


February 18, 1988


Dear ___Charles & Dorothy___ :

We are scheduling an extended home visit for our members
this coming Easter.  The members will be leaving Homestead at
around noon on Thursday, March 31, 1988, and arrive home later
that afternoon or evening.  They will be home on Good Friday,
April 1st, Saturday, April 2nd, and Sunday, April 3rd.  They
should come back to Homestead on Monday, April 4th.

It is expected that all of the members will be home on these
dates.  If some clinical reason should interfere with these
plans, I am requesting that the Case Manager let you and me know
as soon as possible. If there is a reason why you will not be
able to have your son or daughter home at this time, I wish to
request that you contact the Case Manager and provide the Case
Manager with a grandparent or other relative with whom your child
could visit during this period.

It is important that our young people have the opportunity
to spend some time with their loved ones.  Families are very
important, especially at holiday times.  If you should have any
questions or concerns about these plans, please call.

Thank you for your continuing work, effort, and support.

Sincerely,

Douglas W. Houck, Ed.D.
Executive Director

DWH/jmf

0105

TF.FD.11.00.001614

Ex. 65 Page 25 of 192
Case 4:21-cv-28001-BCW     Document 70-66     Filed 04/29/24     Page 15 of 192

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine 04605

November 18, 1988

Bud Presley
Saco School District
Union # 7
Saco, Maine 04072

Dear Bud:

Per our phone conversation of November 18, 1988, we are
scheduling a final PET for Chuck Hall on Wednesday 12/14 at 11:00
a.m. This meeting will take place at Homestead and will focus on
finalizing a discharge date and specific aftercare plan for
Chuck. I hope the weather cooperates!

Sincerely,

Pat Bousquet, LMSW
Case Manager/Therapist

cc: Mr. and Mrs. Hall
Chuck Hall
Brenda Leavitt, Aftercare Coordinator
Scott Erickson
Master File
Log (re-entry)

TF.FD.17.31.001891

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine 04605


PROJECTED TREATMENT PLAN REVIEW DATES: 12/88 and/or 3/89

PERSONS TO BE INVITED: Same as below — School person

PERSONS PRESENT AT CURRENT CONFERENCE:
Mr and Mrs Charles Hall
Fred Ketchum
Pat Bousquet
Chuck Hall - member


REQUIRED SIGNATURES:

DIRECTOR OF TREATMENT SERVICES: *Sally L. Smith LCSW* 10/14/88

CASE MANAGER/THERAPIST: *Patricia Bousquet MSW*

EDUCATION SUPERVISOR: *Fred Ketchum MEd*

HOMESTEAD MEMBER: *Chuck Hall*

LEGAL GUARDIAN: _____


member's name Chuck Hall

TF.FD.17.31.001892

| Date | Problem | Goal | Intervention | Date/Status | Responsible |
|---|---|---|---|---|---|
| 2/29/88 | 5. Confusion over sense of self and sexual identity | L - Gain sense of self and self-acceptance  S - Begin to identify and discuss issues | 2/89  2/89 | 1. Discuss in Intensive Therapy Group.  2. Discuss in family counseling. | started CM  Level II | Chuck family |
| 8/25/88 | 6. Non-compliance with rules and authority and verbal disrespect. | S-Demonstrate a consistenly respectful attitude to authority figures | 12/88 | 1. Minimum 1 day restriction plan . for instances of target behavior.  2. Discuss in Intensive Therapy Group.  3. If disrespect is not blatant ("I don't feel like it", "I'll be there when I finish this", etc.) Chuck should earn an immediate one hour of IWP.  4. Breaking communication while on restriction = immediate one hour of IWP. | started ALL  started CM  2/29/88 ALL  2/29/88 ALL |
| 8/25/88 | 7. Inability to function in public school | S-Develop specific re-entry plan (credits, grade, placements, etc.)  S-Arrange for 2 week trial home/school visits then evaluate for return | 2/89 | 1. Refer to I.E.P. | Started Fred K. |

TF.FD.17.31.001893

| DATE | THERAPEUTIC ISSUES (NO.) | GOALS L=LONG/S=SHORT | TARGET DATE | SPECIFIC TREATMENT STRATEGY | STATUS | RESP. PARTY |
|---|---|---|---|---|---|---|
| 2/29/88 | 1. Criminal Behavior (Theft, Property destruction) | L – Learn to get needs met in other healthier ways | 2/89 | 1. Immediate 3 day restriction for any criminal behaviors/notify Probation Officer and look into pressing charges. Learning experience should focus on other ways to get needs met. | started | ALL |
| | | S – Eliminate criminal behaviors | 2/89 | 2. Discuss in Intensive Therapy Group. | started | CM |
| | | | | 3. Member and his belongings will be searched upon return from home visits and unsupervised off grounds trip. | Started | Staff |
| 2/29/88 | 2. Manipulation/subtle intimidation of others and lying (seeing self as above the rules) | L – Learn that rules apply to him and others equally, that he is not "better" | 2/89 | 1. 3 day restriction plan for manipulation and/or intimidation. Learning experience should focus on why rules apply to everyone and include apology to victim. | 2/29/88 | ALL |
| | | S – Eliminate manipulation and intimidation | 2/89 | 2. Discuss in Intensive Therapy Group. | started | CM |
| 8/25/88 2/29/88 | 3. Poor peer interaction skills (threatening, antagonizing, making hurtful, sarcastic remarks, etc.) | S-Learn to verbalize in an open honest, and assertive way | 12/88 | 1. Encourage getting along during program, in school, etc. Give praise for co-operation. | started | ALL |
| | | | | 2. Discuss in Intensive Therapy Group. | started | CM |
| | | | | 3. 3 day restriction plan for instances of target behavior. | 2/29/88 | ALL |
| 2/29/88 | 4. Family stress related to adoption issue and poor parent/child communication | L – Resolve negative feelings | 2/89 | 1. Discuss in Intensive Therapy Group. | started | CM |
| | | S – Begin to identify and talk about issues | 2/89 | 2. Use open house and other family contact to promote positive interaction. | started | ALL |
| | | | | 3. Use Home Visits to improve interaction. | started | Chuck family |
| | | | | 4. Begin family counseling. | Level II | Chuck family |
| | | | | 5. Write up and discuss phone calls home in Intensive Therapy Group. | started | CM |

TF.FD.17.31.001894

His placement at Homestead needs to continue, with a primary focus on what Chuck wants for his personal future and what he intends to do about making it happen.

    EDUCATIONAL:

11/18/87  See I.E.P.

2/29/88  Chuck's school work has improved in the last six weeks, giving him a B average. He has the capability of being a good student and is growing in that direction. Some areas which need attention are: 1) a real commitment to learning, even if it means hard work, 2) a commitment to being personally honest and straight forward when relating to staff and fellow students.

8/25/88 see I.E.P.

    MEDICAL: see nurses notes of previous plan/daily chart

    PSYCHIATRIC:see previous plan dated 11/17/87

TF.FD.17.31.001895

*10/14/88*

MEMBER: Charles Hall

DATE: 8/25/88

## MASTER TREATMENT PLAN

NOW ON LEVEL: III    TREATMENT PLANNING CONFERENCE # 3

DATE OF ARRIVAL: 8/5/87   DATE OF BIRTH: 4/6/71

REASONS FOR REFERRAL:

1. History of criminal behavior -- currently on probation
2. History of passive/aggressive and manipulating behaviors
3. Poor peer interaction skills
4. Family stress related to adoption issue
5. Poor parent/child communication
6. Confusion over sense of self and sexual identity
7. Non-compliance with rules and authority

FINDINGS OF ASSESSMENT:

MENTAL HEALTH:

11/18/87  Charles has kept a low profile since admission, staying out of major trouble and learning the ropes. He had plans to go A.W.O.L. with other members, but was found out. He appears very sensitive to issues of family fighting, loss and abandonment, and parental alcohol use in Intensive Therapy Group.  He is starting to use group therapy effectively.

2/29/88   Chuck has created a difficulty by presenting himself to other members as someone with few (if any) serious treatment issues.  He realizes now that he is wasting time and needs to begin using Intensive Therapy Group, but he is fearful of the reaction group members may have to this attitude change. Addressing this problem head-on needs to be the first order of business if Chick is to get off dead center and begin making progress. He certainly needs to continue his placement for the coming six months.

8/25/88 As Chuck's ability to play the "I don't have any real problems" game is decreasing with time, he is growing more and more uncomfortable.  He dislikes the group pressure to really look at himself or his situation, and is becoming fearful of turning 18 fairly soon with no definite plan in mind. This increased stress may be exactly what Chuck needs to motivate himself towards positive change.  Certainly his decision to run away put him clearly in the spotlight for group and staff attention.

TF.FD.17.31.001896

# The Homestead Project, Inc.

P. O. BOX 663
ELLSWORTH, MAINE 04605

## INFORMATION FOR PARENTS & GUARDIANS

Persons admitted to Homestead have histories of disturbing behaviors and feelings, which require a strong program with considerable time and control to help bring about desired changes. The full cooperation and support of parents and guardians is essential to the successful completion of treatment. These pages contain some important information.

Seriously inadequate internal and/or external control oftentimes is an important part of the troubles of these youngsters. Therefore, many customary teenage freedoms are not allowed at Homestead until adequate controls are demonstrated. Please ask if you question anything about what we are doing with your child. We may angrily scold kids or affectionately praise them as their behavior merits. We demand responsibility of them. Somtimes it is necessary to physically restrain them from attacking others, hurting themselves, or running away. We do not beat youngsters, tear them down, or lock them up. If they break the law, we notify the police. The police may occasionally press charges.

The legal guardian of the Homestead member has full access to information about his or her treatment and status here, and is invited to call or write at any time to communicate with the member's Primary Counselor, A treatment Supervisor, or the Treatment Director. Parents and other family members who are not legal guardians have access to information only as permitted by the Treatment Director and the legal guardian. Each member has supervised access to all records and communications about him or herself.

Many Homestead members have a history of seriously disturbed functioning in their family. Often, the family has not had many positive experiences with an adolescent prior to Homestead admission. Thus, sometimes family members have mixed feelings about each other when a teenager comes to Homestead. As a member progresses through our four phase program, we increasingly encourage your participation in his or her Homestead experience. This may require time, travel to Homestead and expense on your part. We hope to facilitate a successful return to home or school for your child.

We need your cooperation in several ways. Our program is based on four phase system. Each phase has increasing responsibilities, and privileges. A manual describing the phase system is available.

One of the privileges of phase two is that a member may have family visits at Homestead. When you are invited for a social visit, every attempt will be made to have it be a positive experience for you and your family. However, sometimes a member has not earned the privilege of an unsupervised visit. A staff member, generally the member's primary counselor, will be with you during the visit, though should be as unobtrusive as possible. This is not the time to rehash negative experiences you and your child have had, but to have a relaxed enjoyable visit with your child. Social visits are not the time to discuss your child's treatment plan in depth.

TF.FD.17.31.001897

Ex. 64a Page 04:23-cv-08001-BCW   Document 70-66   Filed 04/29/24   Page 23 of 192   TF.FD.17.31.001898

| 3/ PR. | THERAPEUTIC ISSUES(NUMBER) | GOALS L=LONG/S=SHORT | TARGET DATE | SPECIFIC TREATMENT STRATEGY | STATUS | RE PA |
|---|---|---|---|---|---|---|
| 8/87 | 1. Criminal behavior (theft, property destruction) | L - Learn to get needs met in other healthier ways | 12 mos | 1. Immediate 3 Day Restriction Plan for any criminal behaviors/notify Probation Officer and look into pressing charges L.E. should focus on other ways to get needs met | Started | ALL |
| | | S - Eliminate criminal behaviors | 6 mos | 2. Discuss in Intensive Therapy Group | Started | CM |
| 8/87 | 2. Manipulation/Subtle intimidation of others and lying (seeing self as above the rules) | L - Learn that rules apply to him and others equally that he is not "better" | 12 mos | 1. 1 Day Restriction Plan for manipulation and/or intimidation. L.E. should focus on why rules apply to everyone and includes apology to victim | Started | ALL |
| | | | | 2. Discuss in Intensive Therapy Group | Started | CM |
| | | S - Eliminate manipulation and intimidation | 6 mos | | | |
| 8/87 | 3. Poor peer interaction skills | L - Learn ways to get along with others | 12 mos | 1. Encourage getting along during program, in school, etc. Give praise for co-operation | Started | AL |
| | | S - Eliminate fighting, antagonizing, etc. | 6 mos | 2. Discuss in Intensive Therapy Group | Started | CM |
| 18/87 | 4. Family stress related to adoption issue and poor parent/child communication | L - Resolve negative feelings | 12 mos | 1. Discuss in Intensive Therapy Group | Started | CM |
| | | S - Begin to identify and talk about issues | 6 mos | 2. Use open house and other family contact to promote positive interaction | Started | AL |
| | | | | 3. Use home visits to improve interaction | Phase II | CM fa |
| | | | | 4. Begin family counseling | Phase | CM fa |
| | | | | 5. Write up and discuss phone calls home in Intensive Therapy Group | Phase II | CM AL |
| 18/87 | 5. Confusion over sense of self and sexual identity | L - Gain sense of self and self-acceptance | 12 mos | 1. Discuss in Intensive Therapy Group | Started | CM |
| | | | | 2. Discuss in family counseling | Phase II | CM fa |
| | | S - Begin to identify and discuss issues | | | | |

I   11/87    3RD PAGE

| TE/ APR. | THERAPEUTIC ISSUES(NUMBER) | GOALS L=LONG/S=SHORT | TARGET DATE | SPECIFIC TREATMENT STRATEGY | STATUS | R P |
|---|---|---|---|---|---|---|
| /18/87 | 6. Non-compliance with rules and authority | L - Learn how to resolve differences in healthy ways | 12 mos | 1. Minimum 1 Day Restriction Plan for non-compliance | Started | Al |
| | | S - Learn to accept staff authority | 6 mos | 2. Discuss in Intensive Therapy Group | Started | CN |
| /18/87 | 7. Inability to function in public school | L - Return to public school | 12 mos | Refer to I.E.P. | | |
| | | S - Attend classes here regularly | 6 mos | | | He Te |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

JECTED TREATMENT/PLAN REVIEW CONFERENCE DATES: 2/88

SONS TO BE INVITED: Parents
Probation Officer
School Personnel

SONS PRESENT (NAME & TITLE):

REQUIRED SIGNATURES:

DIRECTOR OF TREATMENT SERVICES: _____

CASE MANAGER/THERAPIST: _____

EDUCATION SUPERVISOR: _____

HOMESTEAD MEMBER: _____

LEGAL GUARDIAN: _____

PLACEMENT AGENCY: _____

MEMBER: Charles Hall
DATE: 11/18/87

BEHAVIOR MANAGEMENT HIERARCHY OF INTERVENTION (initial appropriate interventions to use and note any contraindications).

| | |
|---|---|
| PB | Request for Behavior Change |
| PB | Scolding |
| PB | Confrontation |
| PB | Fines |
| PB | Lines |
| PB | Essays |
| PB | Corner Time |
| PB | Early Beds |
| PB | Additional Chores |
| PB | Scrubbing |
| PB | Visual Reminders of Negative Behavior -- with Clinical approval |
| PB | Restriction Table |
| PB | Communication Bans (Clinical Approval for more than 24 hours) |
| PB | Jumpsuit for Restriction (blue) - as needed |
| PB | Jumpsuit for Suicide Watch (red) |
| PB | Jumpsuit for Run Watch (blue) |
| PB | Moon Boots - as needed |
| PB | Privilege Bans |
| PB | Member - Initiated Isolation |
| PB | Staff - Initiated Isolation |
| PB | Floor Scrubbing Chore (walk through) |
| PB | Passive Physical Restraint |
| PB | Restriction Status |
| PB | Intensive Work Program |
| | Other (Specify) |

HP - 1 - 11/87 PAGE 5
HOMESTEAD PROJECT, INC. P.O. BOX 663 ELLSWORTH, MAINE 04605

TF.FD.17.31.001900

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine    04605

February 18, 1988

Dear _Charles & Dorothy_ :

We are scheduling an extended home visit for our members this coming Easter.  The members will be leaving Homestead at around noon on Thursday, March 31, 1988, and arrive home later that afternoon or evening.  They will be home on Good Friday, April 1st, Saturday, April 2nd, and Sunday, April 3rd.  They should come back to Homestead on Monday, April 4th.

It is expected that all of the members will be home on these dates.  If some clinical reason should interfere with these plans, I am requesting that the Case Manager let you and me know as soon as possible. If there is a reason why you will not be able to have your son or daughter home at this time, I wish to request that you contact the Case Manager and provide the Case Manager with a grandparent or other relative with whom your child could visit during this period.

It is important that our young people have the opportunity to spend some time with their loved ones.  Families are very important, especially at holiday times.  If you should have any questions or concerns about these plans, please call.

Thank you for your continuing work, effort, and support.

Sincerely,

Douglas W. Houck, Ed.D.
Executive Director

DWH/jmf

TF.FD.17.31.001901

TREATMENT SUMMARY

Chuck Hall                                                                  2/29/88

This report will identify the progress which Chuck has made in dealing with his treatment issues since his admission to Homestead on 8/5/87. Included will be treatment recommendations for the coming six months.

Issue #1:  Criminal Behavior (theft, property destruction)
Status: The only problems in this area have been related to going AWOL on one occasion, and planning to run with other members a second time. Staff members have had suspicions that Chuck could be involved in some unsolved thefts around the Lodge and at Ramsay Hall, but so far these suspicions are unsubstantiated.
Recommendation: Continue present plan, since it is possible that Chuck is engaged in criminal behavior but hasn't yet been caught.

Issue #2:  Manipulation/Subtle Intimidation of Others (seeing himself as above the rules)
Status: Chuck has had three incidents of manipulation since admission, most recently in early February. This behavior is a primary treatment concern, since the attendant attitude of "I'll get whatever I want however I can" permeates most of Chuck's interactions. The fact that he is extremely subtle and diffi- cult to pin down has made it hard for staff to address this issue.
Recommendation: Modify treatment strategy #1 from one day restriction to three days restriction for instances of target behavior. When Chuck is caught, the penalty must be severe enough for him to realize how serious this misbehavior is.

Issue #3:  Poor Peer Interaction Skills (threatening; antagonism; making hurtful, sarcastic comments to other members)
Status: Chuck has spent time on restriction twice for threatening, and once for     making inappropriate comments.
Recommendation: Add treatment strategy #3: "Three day restriction plan for instances of target behaviors". Add specifics, in parenthesis, to description of issue.

Issue #4:  Family Stress Related to Adoption
Status: Chuck has done very little work in Intensive Therapy Group on this issue. Although family visits have gone well thus far, Mr. and Mrs. Hall have been advised that including Chuck in family counseling is premature until he does some serious groundwork here first. Write-ups of phone calls and home visits have been marginally adequate.
Recommendation: Continue present plan.

Issue #5:  Confusion Over Sense of Self and Sexual Identity
Status: Chuck has barely started to use Intensive Therapy Group to look at



**HOMESTEAD**   PO BOX 663   ELLSWORTH, MAINE 04605   207/667-2021

Sally L. Smith MSW, LCSW
DIRECTOR OF TREATMENT

David R. Bousquet M.ED
CASE MANAGER, THERAPIST

Brenda L. Simon BA, LSW
CASE MANAGER/AFTERCARE COORDINATOR

Mark Jones MA
CASE MANAGER, THERAPIST

Karin Shearer MSW
CASE MANAGER, THERAPIST

Patricia A. Bousquet MSW, LMSW
CASE MANAGER, THERAPIST

TF.FD.17.31.001902

Individual Educational Program: Status Report and Update

Instructional Area  Practical Arts

Member __Chuck Hall__          Date of Report __2/29/88__

Dates covered by Report: __9/10/87__  to __10/15/87__

|                     | No Problem Noted | Moderate Problem | Severe Problem |
|---------------------|------------------|------------------|----------------|

1. Behavior Assessment

   Individual Conduct   X

   Withdrawal           X

   Maturation           X

   Social Aggression    X
                        1        2        3        4        5

2. Long-Term Educational Goal:
   Gain an awareness of the proper use of hand and power tools.

3. Goals for current period of instruction:

   Academic:                                                  Percentage of Success Achieved
   1. Come to class prepared with all necessary materials.        100%
   2. Learn to read a standard tape measure.                      100%
   3. Demonstrate proper use of the tools used.                    90%
   4. Complete project in allotted time.                         100%

   Behavioral:
   1. Replace all tools after use.                                90%
   2. Always use safety equipment when necessary.                 90%
   3. Follow all safety rules when working.                      100%
   4. Show patience and courtesy when working with or around others.  90%
   5. Help in clean up.                                           90%

4. General comment and observation:   Chuck was a very enthusiastic student during
   the six week shop course.  Chuck was prepared and ready for work.  He worked
   well with others and could be counted on to assist others when necessary.

5. Objectives to work on for the next four-month period:
   Academic:
   1. Come to class prepared with all necessary materials.
   2. Learn to read a standard tape measure.
   3. Demonstrate proper use of the tools used.
   4. Complete project in allotted time.

   Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulation and "buttering up
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.
   3. Be respectful of the needs and rights of his fellow students.
   4. Follow school rules and teacher's directions.

6. Hours of instruction:__6__  Grade:_Passing_  Teacher:_Richard Dupont_
                  (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001903

this issue. The problem can be seen most clearly when he follows others into negative behaviors or attitudes as a way of gaining acceptance, rather than thinking for himself.
Recommendation: Continue present plan.

Issue #6: Non-Compliance with Rules and Authority
Status: Chuck has been on restriction twice for outright non-compliance and once for "hands-on" behavior (aggressive "play" with roommates after lights out). He appears to have a significant problem following bedtime rules, often earning low-level consequences for his night time acting out. His compliance with staff direction often has a subtly disrespectful flavor.
Recommendation: Continue present plan, but add "verbal disrespect" to issue description and target behaviors earning minimum one day restriction plan. If disrespect is not blatant ("I don't feel like it", "I'll be there when I finish this" etc.) Chuck should earn an immediate one hour of I.W.P.. This will become intervention #3 on present plan. Intervention #4 will be added: breaking communication while on restriction = immediate one hour of I.W.P..

Issue #7: Inability to Function in Public School (refer to education report)

Overall Recommendation: Chuck has created a difficulty by presenting himself to other members as someone with few (if any) serious treatment issues. He realizes now that he is wasting time and needs to begin using Intensive Therapy Group, but he is fearful of the reaction group members may have to this attitude change. Addressing this problem head-on needs to be the first order of business if Chuck is to get off dead center and begin making progress. He certainly needs to continue his placement for the coming six months.

Pat Bousquet, LMSW
Case Manager/Therapist

0107

TF.FD.11.00.001616

Individual Educational Program: Status Report & Update

Instructional Area __Math_____

Member ___Chuck Hall_____    Date of Report ___2/29/88_____

Dates covered by Report: ___8/5/87_____ to ___2/29/88_____

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1. Behavior Assessment

    Individual Conduct    X

    Withdrawal         X

    Maturation     X

    Social Aggression    X

    1    2    3    4    5

2. Long-Term Educational Goal:
    1. To complete Silver-Burdett level 8 with an 80% or better average.
    2. To return to public school.

3. Goals for current period of instruction:        Percentage of Success Achieved
    Academic:
    1. To complete chapter 1 (Whole Numbers) with 80% or better average.    75% averag·
    2. To complete chapter 2 (Decimals) with 80% or better average.    75% averag·
    3. To complete chapter 3 (Measurement) with 80% or better average.    100%
    4. To complete chapter 4 (Fractions) with 80% or better average.    95% not co!

    Behavioral:
    1. Engage in assigned school work without disturbing others.    90%
    2. Work independently to the best of your aiblity.    85%
    3. Acknowledge academic weaknesses and address them.    85%
    4. Complete daily assignments doing homework if necessary.    75%

4. General comment and observation: Chuck had a very shaky start this year. He was accomplishing very little quality work and was often not in focus. Since the beginning of the year he has made significant improvement. Now he rarely fails to get the minimum class requirements done and often does more. He is now interested in learning, is understanding the materials and is quite effective in helping others which is helping him get a more thorough understanding. If he continues with his present attitude he should make up a great deal of ground lost over the past years.

5. Objectives to work on for the next four-month period:
    Academic:
    1. Finish chapter 4 (Fractions) with an 80% or better average.
    2. Complete chapter 5 (Ratio, Prop & Percent) with an 80% or better average.
    3. Complete chapter 6 (Geometry) with an 80% or better average.
    4. Complete chapter 7 (Area and Volume) with an 80% or better average.

    Behavioral:    Chuck will:
    1. Speak clearly and plainly to get his needs met, avoiding manipulation and 'buttering u
    2. Act as a regular and ordinary member, avoiding putting himself above the rules.
    3. Be respectful of the needs and rights of his fellow students.
    4. Follow school rules and teachers' direction.

6. Hours of instruction: ___70___ Grade: ___C___ Teacher: __Barbara Fenderson_____
                          (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001904

Individual Educational Program: Status Report and Update

Instructional Area __Science__

Member __Chuck Hall__          Date of Report __2/29/88__

Dates covered by Report: __8/5/87__      to __2/29/88__

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

I. Behavior Assessment

Individual Conduct

Withdrawal

Maturation

Social Aggression

(Scale 1 2 3 4 5; marks: Individual Conduct — between 2 and 3; Withdrawal — near 1–2; Maturation — near 1–2; Social Aggression — between 1 and 2)

2. Long-Term Educational Goal:
   Return to public school.

3. Goals for current period of instruction:

   Academic:                                          Percentage of Success Achieved
   1. Complete all assigned reading in Holt Earth Science.        80%
   2. Complete all written assignements.                          100%
   3. Maintain a 90% level of accuracy on all written work.       100%
   4. Participate in group discussions.                           100%
   5. Participate in lab and field activities.                    80%

   Behavioral:
   1. Communicate appropriately with peers; show respect.         75%
   2. Show respect for others' level of work.                     75%

4. General comment and observation:   Chuck is outwardly polite and cheerful, even
   charming. Behind the facade he is subtley defiant, uncooperative and impertinent.
   His sarcastic wit often has a cutting edge that insults and antagonizes others.
   Chuck appears to be easily influenced by ambience and suggestion, and readily fol-
   lows a well-defined group. He will readily manipulate others to serve his needs.

5. Objectives to work on for the next four-month period:
   Academic:
   1. Keep pace with all reading and written assignments in Holt Earth Science.
   2. Continue to maintain at least a 90% level of accuracy on all written work.
   3. Correct or re-do all unsatisfactory papers.
   4. Participate in lab and field activities.

   Behavioral:        Chuck will:
   1. Speak clearly and plainly to get his needs met, avoiding manipulation and "buttering up"
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.
   3. Be respectful of the needs and rights of his fellow students.
   4. Follow school rules and teachers' direction.

6. Hours of instruction: __91__   Grade: __A__   Teacher: __Rick Hirte__
   (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001905

Individual Educ[..]onal Program: Status Report [..] Update

Instructional Area __English__

Member __Chuck Hall__          Date of Report __2/29/88__

Dates covered by Report: __8/5/87__   to __2/29/88__

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1. Behavior Assessment

   Individual Conduct    X (between 1 and 2)

   Withdrawal    X (between 1 and 2)

   Maturation    X (near 1)

   Social Aggression    X (between 1 and 2)

   1    2    3    4    5

2. Long-Term Educational Goal:

   To return to public school.

3. Goals for current period of instruction:
   Academic:                                   Percentage of Success Achieved

   1. Read from Types of Literature.                    90%
   2. Finish the summer program well.                   90%

   Behavioral:

   1. To avoid trying to pal around with teachers.      85%
   2. To develop leaderships skills.

4. General comment and observation:    Chuck reads well and seems to enjoy reading. He is very agreeable to work with. He has a small tendency to talk with other members. He needs to really concerntrate on his academic work in order to work to potential.

5. Objectives to work on for the next four-month period:
   Academic:

   1.    To read in Understanding Literature.
   2.    To work on writing in Organizing and Reporting.
   3.    To work in SRA lab.

   Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulation and "buttering up".
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.
   3. Be respectful of the needs and rights of his fellow students.
   4. Follow school rules and teachers' directions

6. Hours of instruction: __100__ Grade: __B+__  Teacher: Katherine Sweek
                    (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001906

Individual Educational Program: Status Report a Update

Instructional Area ___Social Studies_____

Member ___Chuck Hall_____     Date of Report __2/29/88_____

Dates covered by Report: ____8/5/87_____ to _____2/29/88_____

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1. Behavior Assessment

   Individual Conduct              X (attempts to manipulate)

   Withdrawal          X

   Maturation          X

   Social Aggression   X
   1            2              3              4            5

2. Long-Term Educational Goal:
   1. Have a basic understanding and appreciation for United States History.
   2. Return to public school.

3. Goals for current period of instruction:

   Academic:                                          Percentage of Success Achieved
   1. Keep pace with the class in United States History, level 2.      100%
   2. Complete first semester of Maine studies.                        100%
   3. Maintain an accuracy level of 79% or better.                      95%


   Behavioral:

   1. Attend class each day as scheduled.                              95%
   2. Engage in assigned schoolwork without    disturbing others.      90%
   3. Be responsible for materials used in class.                     100%
   4. Be honest about school work.                                    100%

4. General comment and observation:   Chuck is a good student and very likeable.
   However, he feels he needs to compliment and smooth talk to the point of being
   sickening in order to make progress in the program.  I'd like to see Chuck "cut
   the crap" and rely on his real feelings and pleasant personality in order to work
   his way through the program.




5. Objectives to work on for the next four-month period:
   Academic:
   1. Keep pace with class in United States History, level 3.
   2. Complete 12 hours in Maine Studies.
   3. Actively participate in classroom activities.
   4. Maintain an accuracy level of 85% or better.

   Behavioral:          Chuck will:
   1. Speak clearly and plainly to get his needs met, avoiding manipulation and "buttering up
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.
   3. Be respectful of the needs and rights of his fellow students.
   4. Follow school rules and teachers' direction.


6. Hours of instruction:___60___ Grade:__A‾__   Teacher:_Doug Fogg_____
                    (Grades of A, B, C, D, F, or Passing can be assigned)


TF.FD.17.31.001907

Chuck Hall                                                    2/29/88

| | |
|---|---|
| 8/5/87 | Admitted to Homestead. No major illnesses or surgery. No medications at this time. Denies any medical problems. |
| 9/4/87 | To Dr. McCann for eye exam. Vision is 20/25. |
| 9/4/87 | To Dr. Kipperman for physical. $136\frac{1}{2}$ lbs., $68\frac{1}{2}$" and B/P 122/80. Polio, T.B. and D.T. immunizations given. Consult with Dr. Watt requested for a black mole on right shoulder. |
| 9/17/87 | To Dr. Goodman for ISP evaluation. |
| 10/23/87 | To Dr. Meyer for dental exam, x-rays, cleaning and flouride treatment. To return for further work. |
| 10/26/87 | To Dr. Watt for evaluation of mole on posterior right shoulder. Mole is flat, black and approximately 3 cm. Dr. Watt recommends removal as it appears to be a pre-cancerous mole. Parents will be notified first. |
| 11/16/87 | To Dr. Watt for removal of possbile pre-cancerous mole on posterior surface of right shoulder. Sample sent for biopsy. Chuck tolerated local anesthetic and removal very well. |
| 12/9/87 | To Dr. Meyer for dental fillings. To return for more work. |
| 12/10/87 | Results from biopsy of mole, totally benign. |
| 12/15/87 | To Dr. Meyer for fillings. |
| 12/30/87 | To Dr. Meyer for fillings. |
| 2/3/88 | To Dr. Meyer for fillings. |

A.L. Jenkins, LPN

**HOMESTEAD**   PO BOX 663   ELLSWORTH, MAINE 04605   207/667-2021

TF.FD.17.31.001908

Instructional Area ___Health___

Member ___Chuck Hall___                    Date of Report ___8/25/88___

Dates covered by Report: ___2/29/88___      to      ___5/31/88___

|                    | No Problem Noted | Moderate Problem | Severe Problem |
|--------------------|------------------|------------------|----------------|

**Behavior Assessment**

Individual Conduct    |———————————|——————————X (disruptive, manipulating)————|

Withdrawal    |————————X————|———————————|———————|———————|

Maturation    |——————————X—|———————————|———————|————————|

Social Aggression    |—————————X—|———————————|———————|————————|
                      1           2            3        4         5

**Long-Term Educational Goal:** 1. Become aware of the necessity of good hygiene and health practices as well as concepts on sexual awareness and substance abuse.
2. Return to public school.

**Goals for current period of instruction:**

Academic:                                                    Percentage of Success Achieved

1. Complete modules on sexual awareness and substance abuse.        100%
2. Continue to work in text, Essentials of Health.                  100%
3. Be part of class discussion in a mature manner 80% or the time.   70%
4. Work to best of ability when completing assignments.             80%
5. Request homework if class is missed or student is on a home visit. 70%

Behavioral:

1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".   70%
2. Act as a regular and ordinary member, avoiding putting himself above the rules.             70%
3. Be respectful of the needs and rights of fellow students.                                  85%
4. Follow school rules and teachers' directions.                                              70%

**General comment and observation:** Chuck has not given the impression that he has put in an honest effort. He has been disruptive during class discussions, usually minimizing when brought to his attention. Chuck has not been conducting himself as an upper level member. He seems to think that by shaking your hand all is forgotten. This is unfortunate. Chuck has the capability but he is not applying himself.

**Objectives to work on for the next six -month period:**

Academic:

1. Complete module on first aid.
2. Continue to work in text, Essentials of Health.
3. Be part of class discussion in a mature manner 80% of the time.
4. Work to best of ability when completing assignments.
5. Request homework if class is missed or student is on a home visit.

Behavioral:

1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".
2. Act as a regular and ordinary member, avoiding putting himself above the rules.
3. Be respectful of the needs and rights of fellow students.
4. Follow school rules and teachers' directions

Hours of instruction: ___25___ Grade: ___B+___ Teacher: ___Richard Dupont___
                    (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001909

MEDICAL REPORT

Chuck Hall                                                              8/25/88

| | |
|---|---|
| 2/29/88 | Date of last medical report. |
| 3/7/88 | To Dr. Meyer for fillings. No need to return. |
| 4/13/88 | Chuck fell on basketball court, twisting his right ankle. Treatment: rest, ice, elevate foot, crutches for ambulation. Medicated with Coated Asprin. No sports for five days. |
| 5/19/88 | To Dr. Kipperman for severe case of poison ivy. Culture taken. Treatment: Kelflex 250 mgm. four times per day, Benedryl 25-50 mgm. every four to six hours PRN itch, Phisohex and baking soda wash two times a day, dress area with triple Antibiotic and DSD. |
| 5/23/88 | Culture grew staph aureous. Continue current treatment. |
| 5/24/88 | To Dr. Kipperman to recheck poison ivy. Area still raw and infected. Continue present treatment and add 2.5 Hydrocortisone Cream two times a day. |
| 5/30/88 | To Dr. Kipperman to recheck poison ivy. Healed up, may discontinue treatment. |
| 8/2/88 | To Dr. McCann for eye exam. Vision is 20/20 in both eyes. |
| | To Dr. Meyer for dental exam, prophylaxsis, x-rays, cleaning and flouride treatment. Needs more work, but awaiting financial arrangements from parents. Flourigard two tsp. at bedtime ordered to help prevent further cavities. |

_Bonnie A Moretto LPN_
Bonnie Moretto, LPN



**H O M E S T E A D**   PO BOX 663   ELLSWORTH, MAINE 04605   207/667-2021

TF.FD.17.31.001910

MEMBER: Charles Hall

DATE: 1/16/89

## MASTER TREATMENT PLAN

NOW ON LEVEL: III TREATMENT PLANNING CONFERENCE # 4 Final

DATE OF ARRIVAL: 8/5/87 DATE OF BIRTH: 4/6/71

REASONS FOR REFERRAL:

1. History of criminal behavior -- currently on probation
2. History of passive/aggressive and manipulating behaviors
3. Poor peer interaction skills
4. Family stress related to adoption issue
5. Poor parent/child communication
6. Confusion over sense of self and sexual identity
7. Non-compliance with rules and authority

FINDINGS OF ASSESSMENT:

MENTAL HEALTH:

11/18/87 Charles has kept a low profile since admission, staying out of major trouble and learning the ropes. He had plans to go A.W.O.L. with other members, but was found out. He appears very sensitive to issues of family fighting, loss and abandonment, and parental alcohol use in Intensive Therapy Group. He is starting to use group therapy effectively.

2/29/88 Chuck has created a difficulty by presenting himself to other members as someone with few (if any) serious treatment issues. He realizes now that he is wasting time and needs to begin using Intensive Therapy Group, but he is fearful of the reaction group members may have to this attitude change. Addressing this problem head-on needs to be the first order of business if Chick is to get off dead center and begin making progress. He certainly needs to continue his placement for the coming six months.

8/25/88 As Chuck's ability to play the "I don't have any real problems" game is decreasing with time, he is growing more and more uncomfortable. He dislikes the group pressure to really look at himself or his situation, and is becoming fearful of turning 18 fairly soon with no definite plan in mind. This increased stress may be exactly what Chuck needs to motivate himself towards positive change. Certainly his decision to run away put him clearly in the spotlight for group and staff attention.

TF.FD.17.31.001911

His placement at Homestead needs to continue, with a primary focus on what Chuck wants for his personal future and what he intends to do about making it happen.

12/14/88 Chuck is a young man who will soon be turning 18. It is time for him to return to his home and community and to start learning about and facing up to adult responsibilities. His plan to return to his parents home, pursue a combination of night school and vocational classes, and hold a part-time job is workable one. His willingness to truly invest himself in an ongoing individual or group therapy process will be a key factor in determining his future emotional investment in relationships and in gaining self-acceptance. A discharge date in January is anticipated.

1/16/89 Chuck is discharged from Homestead effective this date. He will participate in aftercare for 2 months and tentative graduation is March 10, 1989. (See plan for specific aftercare services.

EDUCATIONAL:

11/18/87  See I.E.P.
12/14/88  See I.E. P. Date 12/14/88
2/29/88   Chuck's school work has improved in the last six weeks, giving him a B average. He has the capability of being a good student and is growing in that direction. Some areas which need attention are: 1) a real commitment to learning, even if it means hard work, 2) a commitment to being personally honest and straight forward when relating to staff and fellow students.

8/25/88 see I.E.P.


MEDICAL: see nurses notes of previous plan/daily chart

PSYCHIATRIC:see previous plan dated 11/17/87

TF.FD.17.31.001912

| DATE | THERAPEUTIC ISSUES (NO.) | GOALS L=LONG/S=SHORT | TARGET DATE | SPECIFIC TREATMENT STRATEGY | STATUS | RESP. PARTY |
|---|---|---|---|---|---|---|
| 1/16/89 | 1. Criminal Behavior (Theft, Property destruction) | S/L – Learn to get needs met in other healthier ways  S/L – Eliminate criminal behaviors | 4/89  4/89 | 1. Gain useful employment to earn necessary money to meet needs.  2. Engage in individual therapy. | On-Go. | Chuck |
| 1/16/89 | 2. Manipulation/subtle intimidation of others and lying (seeing self as above the rules) | S/L – Learn that rules apply to him and others equally, that he is not "better"  S/L – Eliminate manipulation and intimidation | 4/89  4/89 | 1. Locate and join a young adult therapy group, where this issue can continue to be addressed. | On-Go. | Chuck |
| 1/16/89 | 3. Poor peer interaction | S/L Learn skills (threatening, antagonizing, making hurtful, sarcastic remarks, etc.)  S/L-Learn to verbalize in an open honest, and assertive way | 4/89 | 1. Use recommended group therapy to address this issue.  2. Use available resources at vocational school to deal with interpersonal conflicts with other students. | On Go.  " | Chuck  " |
| 1/16/89 | 4. Family stress related to adoption issue and poor parent/child communication | S/L – Resolve negative feelings  S/L – Begin to identify and talk about issues | 4/89  4/89 | 1. Engage in family therapy.  2. Work with parents on rules | On-Go.  " | Chuck  " |
| 1/16/89 | 5. Confusion over sense of self and sexual identity | S/L – Gain sense of self and self-acceptance  S/L – Begin to identify and discuss issues | 4/89  4/89 | 1. Use recommended group therapy and/or individual therapy to address this issue.  2. Use available community and/or school bases resources to assist with career counseling. | On-Go.  " | Chuck  " |

_Brenda S. Leavitt, LSW_ 1/10/89
_Chuck M Hall_ 1/10/89
_Charles V. Hae_ 1/12/89

TF.FD.17.31.001913

| Date | Problem | Goal | Date | Approach |
|---|---|---|---|---|
| 1/16/89 | 6. Non-compliance with rules and authority and verbal disrespect. | S/L-Demonstrate a consistently respectful attitude to authority figures | 4/89 | 1. Use available in-school or on the job assistance to monitor and improve attitude. On-Go. Chuck |
| 1/16/89 | 7. Inability to function in public school | S/L-Develop specific re-entry plan (credits, grade, placements, etc.) S/L-Arrange for 2 week trial home/school visits then evaluate for return | 4/89 | 1. Attend nigh/school clases to prepare for completion of his GED. On-Go. Chuck |
| 1/16/89 | 8. Active participation in aftercare phase of treatment. | S/L-actively work on goals established in master treatment plan and graduate from Homestad | 4/89 | 1. To make phone contact with Brenda Leavitt once a week to discuss status of aftercare plan. 2. Actively utilize resources and supports available. 3. To attend monthly booster groups as scheduled. Thursday Feb. 16 and March 16, 1989. BSL 10 CMH 4. To graduate from Homestead March 10, 1989. BSL CMH On-Go. Chuck |

Brenda S. Leavitt, LSW 1/10/89

Chuck M Hall 1/10/89

Cl Hall 1/12/89

TF.FD.17.31.001914

Ex. 65 Page 41 of 192    Case 4:21-cv-28001-BCW    Document 70-66    Filed 04/29/24    Page 40 of 192

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine 04605


PROJECTED TREATMENT PLAN REVIEW DATES:
N/A

PERSONS TO BE INVITED:
N/A

PERSONS PRESENT AT CURRENT CONFERENCE:
N/A


Projected discharge date: January 16, 1989
Projected discharge placement: Mr. & Mrs. Charles Hall, parents
Saco, Maine

REQUIRED SIGNATURES: _Sally L. Smith RCSW_ DATE: 1-10-89
Clinical Consultant:
ACTING
DIRECTOR OF TREATMENT SERVICES: _Patricia A. Brewster MSW_ 1/10/89
AfterCare
CASE MANAGER/THERAPIST: _Brenda S. Leavitt LSW_ 1/10/89

EDUCATION SUPERVISOR: _Fred Ketchum MEd_ 1/12/89

HOMESTEAD MEMBER: _Chuck M Hall_ 1/10/89

LEGAL GUARDIAN: _Charles V. Hall & Dorothy L. Hall_ 1/12/89

PLACEMENT AGENCY: _____


member's name _Charles Hall_____

TF.FD.17.31.001915

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine 04605

Discharge Summary

Name of Child:       Charles "Chuck" Hall
Date of Discharge:   January 16, 1989
Date of Admission:   August 5, 1987

Charles was officially discharged from Homestead Project on January 16, 1989. He left to return to the home of his parents/legal guardians Charles and Dorothy Hall of 73 Jenkins Road, Saco, Maine (282-1844). His aftercare plan calls for his enrollment in adult education classes to help prepare him to take his GED exam this spring. He also intends to take some vocational education courses, and hold a part-time job. Specifics are outlined on his aftercare master treatment plan of 1/16/89.

Between his arrival date of 8/5/87 and his discharge, Charles participated in group therapy, wilderness activities, residential life skill programming, family meetings with treatment staff and our specialized education program. As part of routine home visits, Chuck engaged in both individual and family therapy at Homestead's recommendation.

Treatment issues which were addressed during Charles stay in residential treatment appear on his Master Treatment Plan. They were:

1. History of criminal behavior
2. History of passive/aggressive and manipulating behaviors
3. Poor peer interaction skills
4. Family stress related to the adoption issue
5. Poor parent/ child communication
6. Confusion over sense of self and sexual identity
7. Non-compliance with rules and authority
8. Inability to function in public school.

As his aftercare plan indicates, Charles made considerable progress on many of these issues, while others - notably his identity confusion and the tendency to relate to people and situations in a passive/aggressive manner - will need continued therapeutic work. Again, the specific recommendations for follow-up appear on the aftercare master treatment plan.

TF.FD.17.31.001916

# The Homestead Project, Inc.

P. O. BOX 663
ELLSWORTH, MAINE 04605

## INFORMATION FOR PARENTS & GUARDIANS

Persons admitted to Homestead have histories of disturbing behaviors and feelings, which require a strong program with considerable time and control to help bring about desired changes. The full cooperation and support of parents and guardians is essential to the successful completion of treatment. These pages contain some important information.

Seriously inadequate internal and/or external control oftentimes is an important part of the troubles of these youngsters. Therefore, many customary teenage freedoms are not allowed at Homestead until adequate controls are demonstrated. Please ask if you question anything about what we are doing with your child. We may angrily scold kids or affectionately praise them as their behavior merits. We demand responsibility of them. Somtimes it is necessary to physically restrain them from attacking others, hurting themselves, or running away. We do not beat youngsters, tear them down, or lock them up. If they break the law, we notify the police. The police may occasionally press charges.

The legal guardian of the Homestead member has full access to information about his or her treatment and status here, and is invited to call or write at any time to communicate with the member's Primary Counselor, A treatment Supervisor, or the Treatment Director. Parents and other family members who are not legal guardians have access to information only as permitted by the Treatment Director and the legal guardian. Each member has supervised access to all records and communications about him or herself.

Many Homestead members have a history of seriously disturbed functioning in their family. Often, the family has not had many positive experiences with an adolescent prior to Homestead admission. Thus, sometimes family members have mixed feelings about each other when a teenager comes to Homestead. As a member progresses through our four phase program, we increasingly encourage your participation in his or her Homestead experience. This may require time, travel to Homestead and expense on your part. We hope to facilitate a successful return to home or school for your child.

We need your cooperation in several ways. Our program is based on four phase system. Each phase has increasing responsibilities, and privileges. A manual describing the phase system is available.

One of the privileges of phase two is that a member may have family visits at Homestead. When you are invited for a social visit, every attempt will be made to have it be a positive experience for you and your family. However, sometimes a member has not earned the privilege of an unsupervised visit. A staff member, generally the member's primary counselor, will be with you during the visit, though should be as unobtrusive as possible. This is not the time to rehash negative experiences you and your child have had, but to have a relaxed enjoyable visit with your child. Social visits are not the time to discuss your child's treatment plan in depth.

TF.FD.17.31.001917

2/29/88   Chuck's school work has improved in the last six weeks, giving him a B average. He has the capability of being a good student and is growing in that direction. Some areas which need attention are: 1) a real commitment to learning, even if it means hard work, 2) a commitment to being personally honest and straightforward when relating to staff and fellow students.


MEDICAL:



PSYCHIATRIC:


HP-1  11/87  PAGE 2

TF.FD.17.31.001918

Ex. 6 at 24 Case 1:21-cv-08001-BCW Document 70-66 Filed 04/29/24 Page 45 of 192

TF.FD.17.31.001919

PROJECTED TREATMENT/PLAN REVIEW CONFERENCE DATES: 8/88

PERSONS TO BE INVITED:
Parents, Probation Officer, School Personnel

PERSONS PRESENT (NAME & TITLE):

REQUIRED SIGNATURES:

DIRECTOR OF TREATMENT SERVICES: _Polly Smith LSW_

CASE MANAGER/THERAPIST: _Pat Bourgeuint LMSW 4/18/88_

EDUCATION SUPERVISOR: _Fred Ketchum MEd_

HOMESTEAD MEMBER: _____

LEGAL GUARDIAN: _Mr. & Mrs. Charles O. Hope_

PLACEMENT AGENCY: _____

HP-1 11/87
HOMESTEAD PROJECT, INC.  P.O. BOX 663  ELLSWORTH, MAINE  04605

*Your Copy*

*10/14/88*

MEMBER: <u>Charles Hall</u>

DATE: <u>8/25/88</u>

## MASTER TREATMENT PLAN

NOW ON LEVEL: <u>III</u> TREATMENT PLANNING CONFERENCE # <u>3</u>

DATE OF ARRIVAL: <u>8/5/87</u> DATE OF BIRTH: <u>4/6/71</u>

REASONS FOR REFERRAL:

1. History of criminal behavior -- currently on probation
2. History of passive/aggressive and manipulating behaviors
3. Poor peer interaction skills
4. Family stress related to adoption issue
5. Poor parent/child communication
6. Confusion over sense of self and sexual identity
7. Non-compliance with rules and authority

FINDINGS OF ASSESSMENT:

MENTAL HEALTH:

11/18/87 Charles has kept a low profile since admission, staying out of major trouble and learning the ropes. He had plans to go A.W.O.L. with other members, but was found out. He appears very sensitive to issues of family fighting, loss and abandonment, and parental alcohol use in Intensive Therapy Group. He is starting to use group therapy effectively.

2/29/88 Chuck has created a difficulty by presenting himself to other members as someone with few (if any) serious treatment issues. He realizes now that he is wasting time and needs to begin using Intensive Therapy Group, but he is fearful of the reaction group members may have to this attitude change. Addressing this problem head-on needs to be the first order of business if Chick is to get off dead center and begin making progress. He certainly needs to continue his placement for the coming six months.

8/25/88 As Chuck's ability to play the "I don't have any real problems" game is decreasing with time, he is growing more and more uncomfortable. He dislikes the group pressure to really look at himself or his situation, and is becoming fearful of turning 18 fairly soon with no definite plan in mind. This increased stress may be exactly what Chuck needs to motivate himself towards positive change. Certainly his decision to run away put him clearly in the spotlight for group and staff attention.

TF.FD.17.31.001920

His placement at Homestead needs to continue, with a primary focus on what Chuck wants for his personal future and what he intends to do about making it happen.

EDUCATIONAL:

11/18/87 See I.E.P.

2/29/88 Chuck's school work has improved in the last six weeks, giving him a B average. He has the capability of being a good student and is growing in that direction. Some areas which need attention are: 1) a real commitment to learning, even if it means hard work, 2) a commitment to being personally honest and straight forward when relating to staff and fellow students.

8/25/88 see I.E.P.

MEDICAL: see nurses notes of previous plan/daily chart

PSYCHIATRIC:see previous plan dated 11/17/87

TF.FD.17.31.001921

*legal Guardian*

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine 04605

Charles Hall          Treatment Summary     December 14, 1988

This report will summarize progress which "Chuck" has made toward achieving treatment goals, as outlined on his Master Treatment Plan, since his last case conference of 8/25/88. Specific recommendations will be made for each treatment issue to cover the transition and aftercare of his treatment process.

Issue # 1  Criminal behavior (theft, property destruction)

Status:  Chuck has had no documented problems in this area since August. His seeming lack of remorse for past criminal behaviors and his continued reluctance to seriously consider the long range consequences of his actions make him "at risk" for future difficulties.

Recommendation:  Change short term goal to read "continue to get needs met in other, healthier ways". Continue per plan until discharge.

Aftercare Treatment Strategies:     1. Gain useful employment to earn necessary money to meet needs.
2. Engage in individual therapy.

Issue #2 Manipulation/subtle manipulation of others (Seeing himself as above the rules).

Status:  Chuck's suspected involvement in a negative subculture at Homestead, and his general condescending attitude toward both staff and members, indicate the on-going nature of this problem. He can be pleasant, cooperative, and helpful, but his sincerity is often suspect.

Recommendation:  Chuck needs to come to the realization that, sooner or later, people do see through his attempts to "con" them. Perhaps only time will convince him of the need to change. Continue per plan until discharge. Change short term goal to read "continue to comply with rules and expectations".

Aftercare Treatment Strategies:     1. Locate and join a young adult therapy group, where this issue can continue to be addressed.

TF.FD.17.31.001922

Issue # 3 Poor peer interaction skills (Threatening, antagonizing, making hurtful comments, etc.).

Status: Chuck has had 5 documented problems in this area, which included name calling, hurtful comments of a sexual nature, swearing and general disrespect. This issue parallels the one above, since Chuck often becomes impatient, sarcastic, and openly critical of others whom he sees as "below" him. This attitude could well create difficulties for him in a night school, vocational school, or job setting.

Recommendation: Continue per plan until discharge. Change short term goal to read " learn to accept that everyone has value, despite differences".

Aftercare Strategies:  1. Use recommended group therapy to address this issue.
2. Use available resources at vocational school to deal with interpersonal conflicts with other students.

Issue # 4 Family stress

Status: Chuck's adoptive parents have been involved in and supportive of the treatment process. They have come up with reasonable and realistic rules and expectations which can enable Chuck to co-exist as part of their family unit. They have also stated their support of attempts he may choose to make to locate information about his biological parents. For his part, Chuck tends to keep his adoptive parents at a "safe" emotional distance. He appears torn between wanting to rejoin the family unit and wanting to be on his own. Since he is approaching 18, this is a normal dilemma, but it is hoped that Chuck will be able to make the eventual break with his family in a healthy way, rather than in anger over some broken rules or misunderstanding.

Recommendation: Continue present plan until discharge. Change short term goal to read "continue to work on developing a healthy relationship with family members".

Aftercare Treatment Strategies:  1. Engage in family therapy.
2. Work with parents on rules.

TF.FD.17.31.001923

Issue # 5   Confusion over sense of self and sexual identity.

Status:   Chuck is still very insecure about who he is and what he wants from relationships with others.   He continues to keep friendships superficial, to do little emotional investing, and to stay "a loner" in many respects.   He is very reluctant to explore this issue, and may choose to drift in and out of relationships for some time to come.  Group confrontation has done little to impact this issue.

Recommendation:    Continue  per  present  plan  until discharge. Change short term goal to "continue to work on developing a clearer identity and self-acceptance".

Aftercare Treatment Strategies:      1.   Use   recommended  group therapy  and/or  individual therapy to address this issue. 2.  Use  available  community and/or  school based resources to  assist  with  career-counseling.

Issue # 6 Non-compliance with Rules and Authority.

Status:    Chuck  has  broken  rules about not communicating with members on restriction status on several  occasions (getting both himself  and  them  in  trouble),  has  been  disruptive  and disrespectful in meetings, and  has had  trouble being supportive during the  group therapy  process.  Again, the attitude of being "above the rules" and acting as  he pleases  without much thought to consequences  to himself  or others is apparent. Chuck has the ability to be a leader and a helpful, considerate individual, but he has a tendency to go too far and play "junior staff" which can be distasteful.

Recommendation:  Continue per plan until discharge.  Change short term  goal  to  "continue  to demonstrate respectful attitude and cooperation with authority figures".

Aftercare Treatment Strategies:      1. Use  available in-school or on  the  job assistance  to monitor and improve attitude.

Issue # 7 Inability to function in public school

Status/Recommendation: Refer to education section of report.

TF.FD.17.31.001924

Overall Recommendation: Chuck is a young man who will soon be turning 18. It is time for him to return to his home and community, and to start learning about and facing up to adult responsibilities. His plan to return to his parents home, pursue a combination of night school and vocational classes, and hold a part-time job is a workable one. His willingness to truly invest himself in an ongoing individual or group therapy process will be a key factor in determining his future emotional investment in relationships and in gaining self-acceptance. A discharge date in January is anticipated.

Pat Bousquet, LMSW
Case Manager/Therapist

TF.FD.17.31.001925

5.

#1

Criminal Behavior

Long term - learn to get needs met in other healthier ways

Short term - Eliminate criminal behaviors

I don't feel that I really worked on this issue until late in my treatment. After the theft of a sleeping bag. When this incident happend that's when I realy took a close look at this problem after doing a lot of thinking I can honestly say I don't think I'll have any new problems with theft or destruction. Presently I'm on informal adjustment for this theft charge until completeting and graduating the Homestead project.

#2

Manipulation/subtle intimidation of others and lying (seeing self as above the rules)

I don't see this as a major treatment issue anymore. One of the things that I learnt at homestead is when I do, do something own up to what I do and probubly most of the time the consequence isn't as severe as when I lie. when I first came into the program being subtle was a big thing for me, that took a lot before I finally realized that. But now I see myself as being more straight forward. And I see myself and others as an equal

long term - learn ways that rules apply to him and others equally "that he is not "better"

Short term Eliminate manipulation and intimidation.

TF.FD.17.31.001926

6.

#3 peer peer interaction skills (threatning, antagonizing, making hurtfull, sarcastic remarks, etc.)
Long term - learn ways to get along with others
Short term - Eliminate fighting, antagonizing, etc.

I feel that I could do more work on this, because I still make sarcastic comments regulary and I recently was involved in an exclosive group which was based on a negative note. So I do feel I need to work a little more on this specific issue.

4# family stress related to adoption issue and poor parent/child comonication
long term - Resolve negative feelings
Short term - Begin to talk and identify issues.

I feel this issues is well undercontrol due to the fact that this issue has been talked about in meetings at homestead, family councling and homevisits. So I think that I've done soficient work on this issue with my group and with my parents etc,

#5 confusion over sence of self and sexual identity
Long term - Gain sense of self and self acceptance
short term - Begin to identify and discuss issues.

I feel good about this issue because I do have a better sence of who I am and what I need to do to feel good about myself and not let it realy bother me what others think or say about me.

TF.FD.17.31.001927

#6

    Non compliance with rules and authority and verbal disrespect

    Long term - learn to resolve diffrences in healthy ways.

    Short term - learn to accept staff authority.

    I really haven't had to many problems with non compliance. And the same goes for disrespect I have found other healthier ways to deal with things than to be disrespectfull or non-compliant with staff and members.

#7    Inability to function in public school
      long term - Return to public school
      short term - attend classes Here regularly

    I feel class assignments in school are going to school are in my personal best intrest at the present time. And now that I'm going to be able to make the decision on which type of schooling I would like to do. I feel that enrolling in Adult ed is the best thing for me and I feel that I will be able to function in public school settings (High school / Adult ed, GED program)

TF.FD.17.31.001928

Individual Educational Program:  Status Report and Update

Instructional Area _____Math_____          C.C. #3

Member  _Chuck Hall_____          Date of Report __12/14/88_____

Dates covered by Report: ____8/25/88_____  to _____12/14/88_____

1.  Behavior Assessment

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

Individual Conduct    X

Withdrawal    X

Maturation    X

Social Aggression    X

1    2    3    4    5

2.  Long-Term Educational Goal:
    1.  To complete Holt Mathematics Unlimited with an 80% or better average.
    2.  To return to public school.

3.  Goals for current period of instruction:

| Academic: | Percentage of Success Achieved |
|---|---|
| 1.  To complete chapter 4 with an 80% or better average. | 90% |
| 2.  To review chapters 5 & 6  with an 80% or better average. | 0% |
| 3.  To review chapters 7 & 8 with an 80% or better average. | 0% |

| Behavioral: | |
|---|---|
| 1.  Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up". | 90% |
| 2.  Act as a regular and ordinary member, avoiding putting himself above the rules. | 90% |
| 3.  Be respectful of the needs and rights of fellow students. | 90% |
| 4.  Follow school rules and teachers' directions. | 95% |

4.  General comment and observation:

Chuck is doing very well.  He is reviewing material again, but each time he does
he gets more and more confident in his abilities.  Although this teacher has some-
times questioned the advisability of letting Chuck choose his own direction, it
seems to be paying off.  He should readily adjust to a more structured situation.
Chuck has surprised himself, and me too.

5.  Objectives to work on for the next six -month period:
    Academic:
    1.  To review chapters 5 & 6 with an 80% or better average.
    2.  To review chapters 7 & 8 with an 80% or better average.

Behavioral:
To work on completing the above academic objectives.

. Periods of instruction:___40___ Grade:___A___ Teacher: _Barbara Fenderson_____
                  (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001929

Individual Educational Program: Status Report and Update

Instructional Area __Science_____ C.C. #3

Member __Chuck Hall_____ Date of Report __12/14/88_____

Dates covered by Report: ____8/25/88____ to _____12/14/88_____

1. Behavior Assessment

| | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

Individual Conduct    |———X———|————————|————————|————————|

Withdrawal    |———X———|————————|————————|————————|

Maturation    |——X———|————————|————————|————————|

Social Aggression    |——X——|————————|————————|————————|
    1          2          3          4          5

2. Long-Term Educational Goal:
   To return to public school.

3. Goals for current period of instruction:
   Academic:                                              Percentage of Success Achieved
   1. Complete all assigned reading and writing.                    25%
   2. Maintain a 90% level of accuracy on all written work.         0%
   3. Correct or re-do all unsatisfactory papers.                   90%
   4. Act as a peer tutor when requested.                           100%
   5. Participate in class discussions.                             90%

   Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".   75%
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.             90%
   3. Be respectful of the needs and rights of fellow students.                                  75%
   4. Follow school rules and teachers' directions.                                              90%

4. General comment and observation:
   Due to his frequent, prolonged home visits, Chuck has completed only 25% of his
   assignments. He has not made a conspicuous effort to make up or replace work
   that was missed. Chuck has made much more efficient use of his time in the class-
   room, averaging 87% on all completed work. Behaviorally, Chuck is very successful
   communicating and relating to peers and adults, but on a superficial level. He
   does not, at this point, ellicit my complete confidence or trust, though I have
   left him in charge of the class in my absence on a number of occasions - with no
   regret.

5. Objectives to work on for the next six -month period:
   Academic:
   1. Complete all assigned reading and writing.
   2. Maintain an 80% level of accuracy on all written work.
   3. Make up missed assignments.
   4. Participate in class discussions, labs, and field activities.

   Behavioral:
   1. Show respect to peers - including those younger and smaller.
   2. Act as a peer tutor when possible.

6. Periods of instruction: __41__ Grade: __B (87)__ Teacher: __Rick Hirte_____
   (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001930

Instructional Area __ Social Studies __ . .                    C.C. #3

Member __Chuck Hall__ ___ ___ . __ __            Date of Report __12/14/88__ ___ ___ __

Dates covered by Report: ___8/25/88___ _ to ___12/14/88___ ___ ___

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1. Behavior Assessment

   Individual Conduct    |—————————|—— X (occasionally disruptive, antagonizes)

   Withdrawal    |— X —————|—— —— ——————|—— — ——————|———————|———————|

   Maturation    |— X ———————|————————|———————|—— ——|———————|

   Social Aggression    X (involved in group misbehavior)
   |— —————|—————|———————|———————|———————|
   1        2        3        4        5

2. Long-Term Educational Goal:
   1. Demonstrate a basic understanding and appreciation for United States History.
   2. Return to public school.

3. Goals for current period of instruction:

   Academic:                                          Percentage of Success Achieved
   1. Keep pace with the class in United States History, level 3.        90%
   2. Actively participate in Maine Studies program.                     65%
   3. Actively participate in classroom activities.                      85%
   4. Maintain an accuracy level of 85% or better.                       75%

   Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".   80%
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.             75%
   3. Be respectful of the needs and rights of fellow students.                                   75%
   4. Follow school rules and teachers' directions.                                               90%

4. General comment and observation:
   Chuck is generally an excellent student, he works hard and is conscientious.  He does have times, however, when his behavior interferes with his school work. Though he is not too disruptive, he can make very cutting remarks which hurt others and he will, at times, neglect to do his schoolwork when he is having a hard time behaviorally.

5. Objectives to work on for the next six -month period:
   Academic:
   1. Successfully complete one unit per month in United States History.
   2. Actively participate in all Maine Studies activities.
   3. Maintain an accuracy level of 85% or better.
   4. Make daily entries in his journal responding to class lessons.

   Behavioral:
   1. Be cooperative and respectful of others.
   2. Work independently to the best of ability.
   3. Show leadership in class participation and activities.

6. Periods of instruction:___50___ Grade:___C___ Teacher:___Doug Fogg___
   (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001931

Instructional Area __Language Arts_____    C.C. #3

Member _ Chuck Hall _____    Date of Report _12/14/88_____

Dates covered by Report: _____8/25/88_____ to ____12/14/88_____

1. Behavior Assessment

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

Individual Conduct

Withdrawal

Maturation

Social Aggression

(scale 1 — 2 — 3 — 4 — 5, with X marked near 1 for each)

2. Long-Term Educational Goal:
   To return to public school.

3. Goals for current period of instruction:
   Academic:                                          Percentage of Success Achieved
   1. To finish the summer program well.                    90%
   2. To read in SRA Lab.                                   90%
   3. Read in Exploring Literature.                         90%

   Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".   85%
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.             85%
   3. Be respectful of the needs and rights of fellow students.                                   90%
   4. Follow school rules and teachers' directions.                                               90%

4. General comment and observation:

   Chuck is generally a good student. He is self-motivated and tries to measure up to his ability. He is usually pleasant and cooperative. He teases about behavior sometimes, but he is not usually disruptive.

5. Objectives to work on for the next six-month period:
   Academic:
   1. Continue to work in SRA lab.
   2. Read in Exploring Literature.
   3. Read in "Scope" orally.

   Behavioral:
   1. Not to place himself above the behavior standards.
   2. To avoid trying to "butter up" staff.
   3. To perform as a good role model.

5. Periods of instruction: __58__    Grade: __A-__    Teacher: _Katherine Hudson_____
                     (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001932

Individual Educational Program: Status Report and Update

Instructional Area ___ Overall Academic Observations

Member __Chuck Hall_____ Date of Report __2/29/88_____

Dates covered by Report: ___8/5/87_____ to ___2/29/88_____

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1. Behavior Assessment

   Individual Conduct —————————————— X ————————————————

   Withdrawal ——————— X ——————————————————————————

   Maturation ——— X ————————————————————————————

   Social Aggression —————— X ——————————————————————
   
   1        2        3        4        5

2. Long-Term Educational Goal:
   To return to public school.

3. Goals for current period of instruction:

   Academic:                                          Percentage of Success Achieved
   1. Attend class each day as scheduled.                              95%
   2. Engage in assigned schoolwork without disturbing others.        85%
   3. Be responsible for materials used in class.                     95%
   4. Be honest about school work.                                    80%

   Behavioral:

4. General comment and observation:   Chuck's school work has improved in the last six
   weeks, giving him a B average.  He has the capability of being a good student and
   is growing in that direction.  Some areas which need attention are:  1) a real
   committment to learning, even if it means hard work, 2) a committment to being
   personally honest and straightforward when relating to staff and fellow students.

5. Objectives to work on for the next four-month period:
   Academic:

   1. Work diligently in all subjects, earning A's and B's in all subjects.

   Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulation and "buttering up
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.
   3. Be respectful of the needs and rights of his fellow students.
   4. Follow school rules and teacher's direction.

   0116

6. Hours of instruction:__27 wks__ Grade:____P____ Teacher:_Fred Ketchum-Education Supervisor_
                        (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.11.00.001625

Ex. 65 Page 31 of 92   Case 4:21-cv-28001-BCW   Document 70-66   Filed 04/29/24   Page 59 of 192

HOMESTEAD PROJECT

Individual Educational Program: Status Report & Update

Instructional Area ___Health___

Member ___Chuck Hall___          Date of Report ___2/29/88___

Dates covered by Report: ___9/13/87___ to ___2/29/88___

1. Behavior Assessment

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

Individual Conduct — X (between 1 and 2, toward 2)

Withdrawal — X (near 1)

Maturation — X (near 1)

Social Aggression — X (near 1)

Scale: 1    2    3    4    5

2. Long-Term Educational Goal:

   Return to public school.

3. Goals for current period of instruction:

   Academic:                                                    Percentage of Success Achieved
   1. Complete modules on nutrition, digestion and alcohol awareness.   100%
   2. Complete reading assigned in text, Essentials of Health.          100%
   3. Be involved in class discussions.                                 100%
   4. Maintain an accuracy level of 80% or better on tests and quizzes. 100%

   Behavioral:
   1. Be prepared with all necessary materials for school.             90%
   2. Work independently, to the best of ability.                      90%
   3. Engage in assigned schoolwork without disturbing others.         85%
   4. Be honest about schoolwork.                                      90%

4. General comment and observation:   Chuck has been working hard lately on his
   health work. He has handed in homework on time and the quality has been acceptable.
   Chuck's school behavior has been erratic. He can be distracting and destruptive
   during discussions but usually turns it around after feedback. Chuck has improved
   his behavior during the last two weeks. This needs his continued attention.

5. Objectives to work on for the next four-month period:
   Academic:
   1. Complete modules on Sexual Awareness and Substance Abuse.
   2. Be involved in all discussions appropriately.
   3. Make up missed work when class is unattended.
   4. Hand in school work on time.

   Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulation and
      "buttering up".
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.
   3. Be respectful of the needs and rights of his fellow students.
   4. Follow school rules and teacher's directions.

6. Hours of instruction: ___40___ Grade: ___A___ Teacher: ___Richard Dupont___
   (Grades of A, B, C, D, F, or Passing can be assigned)

0117

TF.FD.11.00.001626

Individual Educational Program: Status Report and Update

Instructional Area  Practical Arts

Member ___Chuck Hall___          Date of Report ___2/29/88___

Dates covered by Report: ___9/10/87___  to ___10/15/87___

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|
| 1. Behavior Assessment | | | |

Individual Conduct  X

Withdrawal  X

Maturation  X

Social Aggression  X

1        2        3        4        5

2. Long-Term Educational Goal:
Gain an awareness of the proper use of hand and power tools.

3. Goals for current period of instruction:
Academic:                                          Percentage of Success Achieved

1. Come to class prepared with all necessary materials.        100%
2. Learn to read a standard tape measure.                      100%
3. Demonstrate proper use of the tools used.                    90%
4. Complete project in allotted time.                          100%

Behavioral:

1. Replace all tools after use.                                 90%
2. Always use safety equipment when necessary.                 90%
3. Follow all safety rules when working.                       100%
4. Show patience and courtesy when working with or around others.  90%
5. Help in clean up.                                            90%

4. General comment and observation:  Chuck was a very enthusiastic student during the six week shop course.  Chuck was prepared and ready for work.  He worked well with others and could be counted on to assist others when necessary.

5. Objectives to work on for the next four-month period:
Academic:

1. Come to class prepared with all necessary materials.
2. Learn to read a standard tape measure.
3. Demonstrate proper use of the tools used.
4. Complete project in allotted time.

Behavioral:

1. Speak clearly and plainly to get his needs met, avoiding manipulation and "buttering up
2. Act as a regular and ordinary member, avoiding putting himself above the rules.
3. Be respectful of the needs and rights of his fellow students.
4. Follow school rules and teacher's directions.

0118

6. Hours of instruction:___6___  Grade:_Passing_  Teacher:_Richard Dupont____
(Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.11.00.001627

Individual Educ. onal Program: Status Report & Update

Instructional Area  Math

Member  Chuck Hall                          Date of Report  2/29/88

Dates covered by Report:  8/5/87  to  2/29/88

1. Behavior Assessment

| | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

Individual Conduct   X

Withdrawal                X

Maturation   X

Social Aggression     X

1     2     3     4     5

2. Long-Term Educational Goal:
    1. To complete Silver-Burdett level 8 with an 80% or better average.
    2. To return to public school.
3. Goals for current period of instruction:
   Academic:                                     Percentage of Success Achieved
    1. To complete chapter 1 (Whole Numbers) with 80% or better average.    75% averag·
    2. To complete chapter 2 (Decimals) with 80% or better average.    75% averag·
    3. To complete chapter 3 (Measurement) with 80% or better average.    100%
    4. To complete chapter 4 (Fractions) with 80% or better average.    95% not coi

   Behavioral:
    1. Engage in assigned school work without disturbing others.    90%
    2. Work independently to the best of your aiblity.    85%
    3. Acknowledge academic weaknesses and address them.    85%
    4. Complete daily assignments doing homework if necessary.    75%

4. General comment and observation:   Chuck had a very shaky start this year.  He was
   accomplishing very little quality work and was often not in focus.  Since the begin-
   ning of the year he has made significant improvement.  Now he rarely fails to get
   the minimum class requirements done and often does more.  He is now interested in
   learning, is understanding the materials and is quite effective in helping others
   which is helping him get a more thorough understanding.  If he continues with his
   present attitude he should make up a great deal of ground lost over the past years.

5. Objectives to work on for the next four-month period:
   Academic:
    1. Finish chapter 4 (Fractions) with an 80% or better average.
    2. Complete chapter 5 (Ratio, Prop & Percent) with an 80% or better average.
    3. Complete chapter 6 (Geometry)  with an 80% or better average.
    4. Complete chapter 7 (Area and Volume) with an 80% or better average.

   Behavioral:     Chuck will:
    1. Speak clearly and plainly to get his needs met, avoiding manipulation and 'buttering u
    2. Act as a regular and ordinary member, avoiding putting himself above the rules.
    3. Be respectful  of the needs and rights of his fellow students.
    4. Follow school rules and teachers' direction.

6. Hours of instruction: 70   Grade: C   Teacher: Barbara Fenderson    0119
   (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.11.00.001628

Individual Educa  nal Program: Status Report a  Update

Instructional Area __Science__

Member __Chuck Hall__                    Date of Report __2/29/88__

Dates covered by Report: __8/5/87__      to __2/29/88__

|                     | No Problem Noted | Moderate Problem | Severe Problem |
|---------------------|------------------|------------------|----------------|

1. Behavior Assessment

   Individual Conduct — X (between 2 and 3)

   Withdrawal — X (at 1-2)

   Maturation — X (at 1-2)

   Social Aggression — X (between 2 and 3)

   Scale: 1   2   3   4   5

2. Long-Term Educational Goal:
   Return to public school.

3. Goals for current period of instruction:

   Academic:                                                Percentage of Success Achieved
   1. Complete all assigned reading in Holt Earth Science.        80%
   2. Complete all written assignements.                         100%
   3. Maintain a 90% level of accuracy on all written work.      100%
   4. Participate in group discussions.                          100%
   5. Participate in lab and field activities.                    80%

   Behavioral:
   1. Communicate appropriately with peers; show respect.         75%
   2. Show respect for others' level of work.                     75%

4. General comment and observation:  Chuck is outwardly polite and cheerful, even
   charming. Behind the facade he is subtley defiant, uncooperative and impertinent.
   His sarcastic wit often has a cutting edge that insults and antagonizes others.
   Chuck appears to be easily influenced by ambience and suggestion, and readily fol-
   lows a well-defined group. He will readily manipulate others to serve his needs.

5. Objectives to work on for the next four-month period:
   Academic:
   1. Keep pace with all reading and written assignments in Holt Earth Science.
   2. Continue to maintain at least a 90% level of accuracy on all written work.
   3. Correct or re-do all unsatisfactory papers.
   4. Participate in lab and field activities.

   Behavioral:       Chuck will:
   1. Speak clearly and plainly to get his needs met, avoiding manipulation and "buttering up"
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.
   3. Be respectful of the needs and rights of his fellow students.
   4. Follow school rules and teachers' direction.

6. Hours of instruction: __91__   Grade: __A__   Teacher: __Rick Hirte__          0120
   (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.11.00.001629

Individual Educ onal Program: Status Report / Update

Instructional Area __English__

Member ___Chuck Hall___          Date of Report __2/29/88__

Dates covered by Report: __8/5/87__     to __2/29/88__

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1.  Behavior Assessment

    Individual Conduct    |————X—|————————————|——————|————————————|

    Withdrawal            |————X—|————————————|——————|————————————|

    Maturation            |——X——|————————————|——————|————————————|

    Social Aggression     |————X—|————————————|——————|————————————|
                          1        2           3      4           5

2.  Long-Term Educational Goal:

    To return to public school.

3.  Goals for current period of instruction:
    Academic:                                    Percentage of Success Achieved

    1.  Read from Types of Literature.                        90%
    2.  Finish the summer program well.                       90%


    Behavioral:

    1.  To avoid trying to pal around with teachers.          85%
    2.  To develop leaderships skills.


4.  General comment and observation:     Chuck reads well and seems to enjoy
    reading.  He is very agreeable to work with.  He has a small tendency to talk
    with other members.  He needs to really concerntrate on his academic work in
    order to work to potential.


5.  Objectives to work on for the next four-month period:
    Academic:

    1.      To read in Understanding Literature.
    2.      To work on writing in Organizing and Reporting.
    3.      To work in SRA lab.

    Behavioral:
    1.  Speak clearly and plainly to get his needs met, avoiding manipulation and
        "buttering up".
    2.  Act as a regular and ordinary member, avoiding putting himself above the rules.
    3.  Be respectful of the needs and rights of his fellow students.
    4.  Follow school rules and teachers' directions

6.  Hours of instruction:__100__  Grade:__B+__   Teacher:_Katherine Sweek_     0121
                          (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.11.00.001630

Individual Educational Program: Status Report and Update

Instructional Area __Social Studies__

Member __Chuck Hall__                    Date of Report __2/29/88__

Dates covered by Report: __8/5/87__ to __2/29/88__

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1. Behavior Assessment

   Individual Conduct ————————————— X (attempts to manipulate) ——————

   Withdrawal   X ————————————————————————————————————

   Maturation   X ————————————————————————————————————

   Social Aggression   X ——————————————————————————————
   1              2              3              4              5

2. Long-Term Educational Goal:
   1. Have a basic understanding and appreciation for United States History.
   2. Return to public school.

3. Goals for current period of instruction:

   Academic:                                          Percentage of Success Achieved
   1. Keep pace with the class in United States History, level 2.        100%
   2. Complete first semester of Maine studies.                          100%
   3. Maintain an accuracy level of 79% or better.                        95%

   Behavioral:

   1. Attend class each day as scheduled.                                 95%
   2. Engage in assigned schoolwork without disturbing others.           90%
   3. Be responsible for materials used in class.                        100%
   4. Be honest about school work.                                       100%

4. General comment and observation: Chuck is a good student and very likeable. However, he feels he needs to compliment and smooth talk to the point of being sickening in order to make progress in the program. I'd like to see Chuck "cut the crap" and rely on his real feelings and pleasant personality in order to work his way through the program.

5. Objectives to work on for the next four-month period:
   Academic:
   1. Keep pace with class in United States History, level 3.
   2. Complete 12 hours in Maine Studies.
   3. Actively participate in classroom activities.
   4. Maintain an accuracy level of 85% or better.

   Behavioral:        Chuck will:
   1. Speak clearly and plainly to get his needs met, avoiding manipulation and "buttering up"
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.
   3. Be respectful of the needs and rights of his fellow students.
   4. Follow school rules and teachers' direction.

6. Hours of instruction: __60__  Grade: __A-__  Teacher: __Doug Fogg__        0122
   (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.11.00.001631

Instructional Area    Health _____    C.C. #3

Member __Chuck Hall_____ _____    Date of Report __12/14/88_____

Dates covered by Report: ___8/25/88_____ to ____12/14/88_____

1.  Behavior Assessment

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|
| Individual Conduct | X | | |
| Withdrawal | X | | |
| Maturation | X | | |
| Social Aggression | X | | |

(scale: 1  2  3  4  5)

2.  Long-Term Educational Goal:
    1.  To learn to make good decisions concerning physical, mental and social health.
    2.  To return to public school.

3.  Goals for current period of instruction:

    Academic:                                                    Percentage of Success Achieved

    1.  Complete modules on circulatory, respiratory & digestive systems & nutrition.  95%
    2.  Continue to work in text Essentials of Health.                                 95%
    3.  Be part of class discussions in a mature manner.                               90%
    4.  Work to best of ability to complete class assignments.                         90%

    Behavioral:
    1.  Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".  85%
    2.  Act as a regular and ordinary member, avoiding putting himself above the rules.            90%
    3.  Be respectful of the needs and rights of fellow students.                                  90%
    4.  Follow school rules and teachers' directions.                                              90%

4.  General comment and observation:

    Chuck has been a good student in this class.  He has done the assignments with care and has participated maturely in class discussions.  On occasion, Chuck has been too insistent as to how the class should be run, putting himself in authority.  However, this behavior has improved and Chuck has recently cooperated with class routines and acted as a good role model.  Usually Chuck has been helpful and contributed to the class.

5.  Objectives to work on for the next six -month period:
    Academic:
    1.  Complete modules on First Aid and Sexual Awareness.
    2.  Continue to work in text Essentials of Health.
    3.  Be part of class discussions in a mature manner.
    4.  Request homework if class is missed.

    Behavioral:

    1.  Behave appropriately without disturbing others.
    2.  Be cooperative and respectful toward others.

. Periods of instruction: __13__  Grade: __A__  Teacher: __Stephen Krichels__
                (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001933

Instructional Area ___ Practical Arts ___   C.C. #3

Member __Chuck Hall__ ___   ___   Date of Report __12/14/88__ ___

Dates covered by Report: ___8/25/88___   to   ___12/14/88___

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1. Behavior Assessment

Individual Conduct

Withdrawal

Maturation

Social Aggression

1    2    3    4    5

2. Long-Term Educational Goal:
1. To gain an awareness of the proper use of hand and power tools.
2. To return to public school.

3. Goals for current period of instruction:

Academic:                                              Percentage of Success Achieved
1. Come to class prepared with all necessary materials.        90%
2. Demonstrate the proper use of all tools used in the shop.   95%
3. Follow all safety procedures.                               95%
4. Complete project in allotted time.                          85%

Behavioral:
1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".   90%
2. Act as a regular and ordinary member, avoiding putting himself above the rules.   90%
3. Be respectful of the needs and rights of fellow students.   95%
4. Follow school rules and teachers' directions.   95%

4. General comment and observation:
When Chuck has attended this class he has done a good job. He uses most of the tools properly and with skill, shows patience and courtesy when working with those around him. He knows and follows safety procedures and complies with teacher directives. Due to homevisits and other excused absences Chuck has not attended many classes. However, his performance has been good.

5. Objectives to work on for the next six -month period:
Academic:
1. Demonstrate the proper use of all tools used in the shop.
2. Follow all safety procedures.
3. Complete project in allotted time.
4. Assist in clean up.

Behavioral:
1. Show patience and courtesy when working with and around others.
2. Behave appropriately without disturbing others.

6. Periods of instruction:___7___ Grade:___P___ Teacher:__Stephen Krichels__
     (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001934

FINAL MEDICAL REPORT

Chuck Hall                                                          12/14/88

8/23/88        Date of last medical report.

11/2/88        To Dr. Meyer for fillings.

11/9/88        To Dr. Goodman for yearly evaluation.

12/6/88        To Dr. Meyer for fillings.  To return on 12/15/88 to finish
               up work.

Bonnie Moretto, LPN



**H O M E S T E A D**   PO BOX 663   ELLSWORTH, MAINE 04605   207/667-2021

TF.FD.17.31.001935

Individual Educational Program: Status Report a Update

Instructional Area ___ Overall Academic Observations

Member ___ Chuck Hall _____ Date of Report __ 2/29/88 _____

Dates covered by Report: __ 8/5/87 _____ to ___ 2/29/88 _____

1. Behavior Assessment

| | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

Individual Conduct — X at position between 2 and 3

Withdrawal — X at position near 2

Maturation — X at position 1

Social Aggression — X at position near 2

Scale: 1    2    3    4    5

2. Long-Term Educational Goal:
   To return to public school.

3. Goals for current period of instruction:
   Academic:                                               Percentage of Success Achieved
   1. Attend class each day as scheduled.                                    95%
   2. Engage in assigned schoolwork without disturbing others.              85%
   3. Be responsible for materials used in class.                           95%
   4. Be honest about school work.                                          80%

   Behavioral:

4. General comment and observation:  Chuck's school work has improved in the last six
   weeks, giving him a B average. He has the capability of being a good student and
   is growing in that direction. Some areas which need attention are: 1) a real
   committment to learning, even if it means hard work, 2) a committment to being
   personally honest and straightforward when relating to staff and fellow students.

5. Objectives to work on for the next four-month period:
   Academic:

   1. Work diligently in all subjects, earning A's and B's in all subjects.

   Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulation and "buttering up
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.
   3. Be respectful of the needs and rights of his fellow students.
   4. Follow school rules and teacher's direction.

                                                                            0116

6. Hours of instruction: _27 wks_ Grade: ___P___ Teacher:Fred Ketchum—Education Supervisor
                              (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.11.00.001625

Ex. 64 Case 4:21-cv-08001-BCW   Document 70-66   Filed 04/29/24   Page 70 of 192

TF.FD.17.31.001936



Student: Charles [...]    School: [...]    DOB: [...]

Service Provider: David [...]    Statement of Goal: To improve study and organizational skills

| Diagnostic and/or Pre-Post Test Information | Instructional Objectives (Conditions/Behavior/Criteria) | Evaluation Procedures | Date of Program [...] Progress towards objectives |
|---|---|---|---|
| Charles is showing improvement in his use of study time, but still has mental lapses and daydreams. His attention span remains quite short. Sometimes Charles desires to quit without a full understanding of the current topic. | Charles will be introduced to outlining. Newspaper and SQ3R recorded by [...] February, 1987. | Records of the L.D. instructor | |
| | Charles will demonstrate a knowledge and understanding of networking, outlining, and SQ3R through regular classroom assignments by March, 1987. | Records of the L.D. instructor | |
| | Through the use of these study techniques, Charles will increase his attention span to approximately [...] continue to [...] teacher observation under an assigned task for the entire classroom period by June, 1987. | Records of the L.D. instructor | |

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine 04605

Charles Hall          Treatment Summary        December 14, 1988

This report will summarize progress which "Chuck" has made toward achieving treatment goals, as outlined on his Master Treatment Plan, since his last case conference of 8/25/88. Specific recommendations will be made for each treatment issue to cover the transition and aftercare of his treatment process.

Issue # 1  Criminal behavior (theft, property destruction)

Status:  Chuck has had no documented problems in this area since August. His seeming lack of remorse for past criminal behaviors and his continued reluctance to seriously consider the long range consequences of his actions make him "at risk" for future difficulties.

Recommendation:  Change short term goal to read "continue to get needs met in other, healthier ways". Continue per plan until discharge.

Aftercare Treatment Strategies:      1. Gain useful employment to earn necessary money to meet needs.
2. Engage in individual therapy.

Issue #2 Manipulation/subtle manipulation of others (Seeing himself as above the rules).

Status:  Chuck's suspected involvement in a negative subculture at Homestead, and his general condescending attitude toward both staff and members, indicate the on-going nature of this problem. He can be pleasant, cooperative, and helpful, but his sincerity is often suspect.

Recommendation:  Chuck needs to come to the realization that, sooner or later, people do see through his attempts to "con" them. Perhaps only time will convince him of the need to change. Continue per plan until discharge. Change short term goal to read "continue to comply with rules and expectations".

Aftercare Treatment Strategies:      1. Locate and join a young adult therapy group, where this issue can continue to be addressed.

TF.FD.17.31.001937

Issue # 3 Poor peer interaction skills (Threatening, antagonizing, making hurtful comments, etc.).

Status: Chuck has had 5 documented problems in this area, which included name calling, hurtful comments of a sexual nature, swearing and general disrespect. This issue parallels the one above, since Chuck often becomes impatient, sarcastic, and openly critical of others whom he sees as "below" him. This attitude could well create difficulties for him in a night school, vocational school, or job setting.

Recommendation: Continue per plan until discharge. Change short term goal to read " learn to accept that everyone has value, despite differences".

Aftercare Strategies:  1. Use recommended group therapy to address this issue.
2. Use available resources at vocational school to deal with interpersonal conflicts with other students.

Issue # 4 Family stress

Status:  Chuck's adoptive parents have been involved in and supportive of the treatment process.  They have come up with reasonable and realistic rules and expectations which can enable Chuck to co-exist as part of their family unit.  They have also stated their support of attempts he may choose to make to locate information about his biological parents. For his part, Chuck tends to keep his adoptive parents at a "safe" emotional distance. He appears torn between wanting to rejoin the family unit and wanting to be on his own. Since he is approaching 18, this is a normal dilemma, but it is hoped that Chuck will be able to make the eventual break with his family in a healthy way, rather than in anger over some broken rules or misunderstanding.

Recommendation: Continue present plan until discharge. Change short term goal to read "continue to work on developing a healthy relationship with family members".

Aftercare Treatment Strategies:  1. Engage in family therapy.
2. Work with parents on rules.

TF.FD.17.31.001938

Issue # 5  Confusion over sense of self and sexual identity.

Status: Chuck is still very insecure about who he is and what he wants from relationships with others. He continues to keep friendships superficial, to do little emotional investing, and to stay "a loner" in many respects. He is very reluctant to explore this issue, and may choose to drift in and out of relationships for some time to come. Group confrontation has done little to impact this issue.

Recommendation: Continue per present plan until discharge. Change short term goal to "continue to work on developing a clearer identity and self-acceptance".

Aftercare Treatment Strategies: 1. Use recommended group therapy and/or individual therapy to address this issue. 2. Use available community and/or school based resources to assist with career-counseling.

Issue # 6 Non-compliance with Rules and Authority.

Status: Chuck has broken rules about not communicating with members on restriction status on several occasions (getting both himself and them in trouble), has been disruptive and disrespectful in meetings, and has had trouble being supportive during the group therapy process. Again, the attitude of being "above the rules" and acting as he pleases without much thought to consequences to himself or others is apparent. Chuck has the ability to be a leader and a helpful, considerate individual, but he has a tendency to go too far and play "junior staff" which can be distasteful.

Recommendation: Continue per plan until discharge. Change short term goal to "continue to demonstrate respectful attitude and cooperation with authority figures".

Aftercare Treatment Strategies: 1. Use available in-school or on the job assistance to monitor and improve attitude.

Issue # 7 Inability to function in public school

Status/Recommendation: Refer to education section of report.

TF.FD.17.31.001939

Overall Recommendation: Chuck is a young man who will soon be turning 18. It is time for him to return to his home and community, and to start learning about and facing up to adult responsibilities. His plan to return to his parents home, pursue a combination of night school and vocational classes, and hold a part-time job is a workable one. His willingness to truly invest himself in an ongoing individual or group therapy process will be a key factor in determining his future emotional investment in relationships and in gaining self-acceptance. A discharge date in January is anticipated.

Pat Bousquet, LMSW
Case Manager/Therapist

TF.FD.17.31.001940

#1

Criminal Behavior

Long term - learn to get needs met in other healthier ways

Short term - Eliminate criminal behaviors

I don't feel that I really worked on this issue until late in my treatment. After the theft of a sleeping bag. When this incident happend that's when I realy took a close look at this problem after doing a lot of thinking I can honestly say I don't think I'll have any more problems with theft or destruction. Presently I'm on informal adjustment for this theft charge until completeting and graduating the Homestead project.

#2

Manipulation/subtle intimidation of others and lying (seeing self as above the rules)

I don't see this as a major treatment issue anymore. One of the things that I learnt at homestead is when I do, do something own up to what I do and probubly most of the time the consequence isn't as severe as when I lie. When I first came into the program being subtle was a big thing for me, that took a lot before I finally realized that. But now I see myself as being more straight forward. And I see myself and others as an equal

long term - learn ~~ways~~ that rules apply to him and others equaily "that he is not "better"

Short term Eliminate manipulation and intimidation.

TF.FD.17.31.001941

#3 poor peer interaction skills (threatning, antagonizing, making hurtfull, sarcastic remarks, etc.)
   Long term - learn ways to get along with others
   Short term - Eliminate fighting, antagonizing, etc.

I feel that I could do more work on this, because I still make sarcastic comments regulary and I recently was involved in an exclosive group which was based on a negative vote. So I do feel I need to work a little more on this specific issue.

4# family stress related to adoption issue and poor parent/child comunication
   long term - Resolve negative feelings
   short term - Begin to talk and identify issues.

I feel this issues is well undercontrol due to the fact that this issue has been talked about in meetings or homestead, family councling and homevisits. So I think that I've done soficient work on this issue with my group and with my parents etc.

#5 confusion over sence of self and sexual identity
   Long term - Gain sense of self and self acceptance
   short term - Begin to identify and discuss issues.

I feel good about this issue because I do have a better sence of who ~~they~~ I am and what I need to do to feel good about myself and not let it realy bother me what others think or say about me.

TF.FD.17.31.001942

7.

#6

    Non compliance with rules and authority and verbal disrespect

    L term - learn to resolve differences in healthy ways

    Short term - learn to accept staff authority.

    I really haven't had to many problems with non compliance. And the same goes for disrespect I have found other healthier ways to deal with things than to be disrespectful or non-compliant with staff and members.

#7    Inability to function in public school
    long term - Return to public school
    Short term - attend classes Here regularly

    I feel class assignments in school and going to school are in my personal best intrest at the present time. And more that I'm going to be able to make the decision on which type of schooling I would like to do. I feel that enrolling in Adult ed is the best thing for me and I feel that I will be able to function in public school settings (high school/Adult Ed, GED program)

TF.FD.17.31.001943

Individual Educational Program: Status Report and Update

Instructional Area _____ Math _____    C.C. #3

Member _Chuck Hall_    Date of Report _12/14/88_

Dates covered by Report: _8/25/88_ to _12/14/88_

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1. Behavior Assessment

   Individual Conduct

   Withdrawal

   Maturation

   Social Aggression

   (scale 1 2 3 4 5)

2. Long-Term Educational Goal:
   1. To complete Holt Mathematics Unlimited with an 80% or better average.
   2. To return to public school.

3. Goals for current period of instruction:

   Academic:                                              Percentage of Success Achieved
   1. To complete chapter 4 with an 80% or better average.          90%
   2. To review chapters 5 & 6 with an 80% or better average.       0%
   3. To review chapters 7 & 8 with an 80% or better average.       0%

   Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".   90%
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.             90%
   3. Be respectful of the needs and rights of fellow students.                                  90%
   4. Follow school rules and teachers' directions.                                              95%

4. General comment and observation:

   Chuck is doing very well. He is reviewing material again, but each time he does he gets more and more confident in his abilities. Although this teacher has sometimes questioned the advisability of letting Chuck choose his own direction, it seems to be paying off. He should readily adjust to a more structured situation. Chuck has surprised himself, and me too.

5. Objectives to work on for the next six -month period:
   Academic:

   1. To review chapters 5 & 6 with an 80% or better average.
   2. To review chapters 7 & 8 with an 80% or better average.

   Behavioral:
   To work on completing the above academic objectives.

6. Periods of instruction: _40_  Grade: _A_  Teacher: _Barbara Fenderson_
   (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001944

Individual Educational Program: Status Report and Update

Instructional Area  Science _____  C.C. #3

Member __Chuck Hall_____  Date of Report __12/14/88_____

Dates covered by Report: ___8/25/88___  to ___12/14/88_____

| | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1. Behavior Assessment

   Individual Conduct    X

   Withdrawal    X

   Maturation    X

   Social Aggression    X

   1    2    3    4    5

2. Long-Term Educational Goal:
   To return to public school.

3. Goals for current period of instruction:

   Academic:    Percentage of Success Achieved
   1. Complete all assigned reading and writing.    25%
   2. Maintain a 90% level of accuracy on all written work.    0%
   3. Correct or re-do all unsatisfactory papers.    90%
   4. Act as a peer tutor when requested.    100%
   5. Participate in class discussions.    90%

   Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".    75%
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.    90%
   3. Be respectful of the needs and rights of fellow students.    75%
   4. Follow school rules and teachers' directions.    90%

4. General comment and observation:
   Due to his frequent, prolonged home visits, Chuck has completed only 25% of his assignments. He has not made a conspicuous effort to make up or replace work that was missed. Chuck has made much more efficient use of his time in the class-room, averaging 87% on all completed work. Behaviorally, Chuck is very successful communicating and relating to peers and adults, but on a superficial level. He does not, at this point, ellicit my complete confidence or trust, though I have left him in charge of the class in my absence on a number of occasions – with no regret.

5. Objectives to work on for the next six -month period:
   Academic:
   1. Complete all assigned reading and writing.
   2. Maintain an 80% level of accuracy on all written work.
   3. Make up missed assignments.
   4. Participate in class discussions, labs, and field activities.

   Behavioral:
   1. Show respect to peers – including those younger and smaller.
   2. Act as a peer tutor when possible.

6. Periods of instruction: __41____ Grade: _B (87)__ Teacher: Rick Hirte_____
   (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001945

Individual Educational Program: Status Report and Update     10.

Instructional Area __Social Studies__          C.C. #3

Member __Chuck Hall__          Date of Report __12/14/88__

Dates covered by Report: __8/25/88__ to __12/14/88__

| | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1. Behavior Assessment

   Individual Conduct          X (occasionally disruptive, antagonizes)

   Withdrawal          X

   Maturation          X

   Social Aggression          X (involved in group misbehavior)

   1    2    3    4    5

2. Long-Term Educational Goal:
   1. Demonstrate a basic understanding and appreciation for United States History.
   2. Return to public school.

3. Goals for current period of instruction:

   Academic:          Percentage of Success Achieved
   1. Keep pace with the class in United States History, level 3.     90%
   2. Actively participate in Maine Studies program.     65%
   3. Actively participate in classroom activities.     85%
   4. Maintain an accuracy level of 85% or better.     75%

   Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".     80%
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.     75%
   3. Be respectful of the needs and rights of fellow students.     75%
   4. Follow school rules and teachers' directions.     90%

4. General comment and observation:
   Chuck is generally an excellent student, he works hard and is conscientious. He does have times, however, when his behavior interferes with his school work. Though he is not too disruptive, he can make very cutting remarks which hurt others and he will, at times, neglect to do his schoolwork when he is having a hard time behaviorally.

5. Objectives to work on for the next six -month period:
   Academic:
   1. Successfully complete one unit per month in United States History.
   2. Actively participate in all Maine Studies activities.
   3. Maintain an accuracy level of 85% or better.
   4. Make daily entries in his journal responding to class lessons.

   Behavioral:
   1. Be cooperative and respectful of others.
   2. Work independently to the best of ability.
   3. Show leadership in class participation and activities.

6. Periods of instruction: __50__ Grade: __C__ Teacher: __Doug Fogg__
   (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001946

Individual Educational Program: Status Report and Update  ( / (

Instructional Area  Language Arts                          C.C. #3

Member  Chuck Hall                    Date of Report  12/14/88

Dates covered by Report:    8/25/88        to      12/14/88



1.  Behavior Assessment

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

Individual Conduct    X

Withdrawal    X

Maturation    X

Social Aggression    X

1    2    3    4    5

2.  Long-Term Educational Goal:
    To return to public school.

3.  Goals for current period of instruction:
    Academic:                                          Percentage of Success Achieved
    1.  To finish the summer program well.                    90%
    2.  To read in SRA Lab.                                   90%
    3.  Read in Exploring Literature.                         90%


    Behavioral:
    1.  Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".   85%
    2.  Act as a regular and ordinary member, avoiding putting himself above the rules.             85%
    3.  Be respectful of the needs and rights of fellow students.                                   90%
    4.  Follow school rules and teachers' directions.                                               90%

4.  General comment and observation:

    Chuck is generally a good student.  He is self-motivated and tries to measure
    up to his ability.  He is usually pleasant and cooperative.  He teases about
    behavior sometimes, but he is not usually disruptive.




5.  Objectives to work on for the next six-month period:
    Academic:
    1.  Continue to work in SRA lab.
    2.  Read in Exploring Literature.
    3.  Read in "Scope" orally.


    Behavioral:
    1.  Not to place himself above the behavior standards.
    2.  To avoid trying to "butter up" staff.
    3.  To perform as a good role model.



6. Periods of instruction:   58      Grade:  A-      Teacher: Katherine Hudson
                     (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001947

Individual Educational Program:  Status Report and Update                    *α*

Instructional Area ___Health___                    C.C. #3

Member ___Chuck Hall___                    Date of Report ___12/14/88___

Dates covered by Report: ___8/25/88___  to  ___12/14/88___

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1.  Behavior Assessment

    Individual Conduct        X

    Withdrawal                X

    Maturation                X

    Social Aggression         X

    1        2        3        4        5

2.  Long-Term Educational Goal:
    1.  To learn to make good decisions concerning physical, mental and social health.
    2.  To return to public school.

3.  Goals for current period of instruction:
    Academic:                                    Percentage of Success Achieved
    1.  Complete modules on circulatory, respiratory & digestive systems & nutrition.  95%
    2.  Continue to work in text Essentials of Health.                                 95%
    3.  Be part of class discussions in a mature manner.                               90%
    4.  Work to best of ability to complete class assignments.                         90%

    Behavioral:
    1.  Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".  85%
    2.  Act as a regular and ordinary member, avoiding putting himself above the rules.  90%
    3.  Be respectful of the needs and rights of fellow students.                       90%
    4.  Follow school rules and teachers' directions.                                   90%

4.  General comment and observation:
    Chuck has been a good student in this class.  He has done the assignments with
    care and has participated maturely in class discussions.  On occasion, Chuck has
    been too insistent as to how the class should be run, putting himself in authority.
    However, this behavior has improved and Chuck has recently cooperated with class
    routines and acted as a good role model.  Usually Chuck has been helpful and con-
    tributed to the class.

5.  Objectives to work on for the next six -month period:
    Academic:
    1.  Complete modules on First Aid and Sexual Awareness.
    2.  Continue to work in text Essentials of Health.
    3.  Be part of class discussions in a mature manner.
    4.  Request homework if class is missed.

    Behavioral:

    1.  Behave appropriately without disturbing others.
    2.  Be cooperative and respectful toward others.

6. Periods of instruction:___13___  Grade:___A___  Teacher: ___Stephen Krichels___
                    (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001948

Ex. 65 Page 81 of 192   Case 4:21-cv-28001-BCW    Document 70-66    Filed 04/29/24    Page 82 of 192

Instructional Area _____ Practical Arts _____ C.C. #3

Member __Chuck Hall_____ Date of Report __12/14/88_____

Dates covered by Report: ___8/25/88___ to ___12/14/88_____

| | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1. Behavior Assessment

   Individual Conduct — X

   Withdrawal — X

   Maturation — X

   Social Aggression — X

   1   2   3   4   5

2. Long-Term Educational Goal:
   1. To gain an awareness of the proper use of hand and power tools.
   2. To return to public school.

3. Goals for current period of instruction:

   Academic:                                                    Percentage of Success Achieved
   1. Come to class prepared with all necessary materials.              90%
   2. Demonstrate the proper use of all tools used in the shop.         95%
   3. Follow all safety procedures.                                     95%
   4. Complete project in allotted time.                                85%

   Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".   90%
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.              90%
   3. Be respectful of the needs and rights of fellow students.                                    95%
   4. Follow school rules and teachers' directions.                                                95%

4. General comment and observation:
   When Chuck has attended this class he has done a good job. He uses most of the tools properly and with skill, shows patience and courtesy when working with those around him. He knows and follows safety procedures and complies with teacher directives. Due to homevisits and other excused absences Chuck has not attended many classes. However, his performance has been good.

5. Objectives to work on for the next six -month period:
   Academic:
   1. Demonstrate the proper use of all tools used in the shop.
   2. Follow all safety procedures.
   3. Complete project in allotted time.
   4. Assist in clean up.

   Behavioral:

   1. Show patience and courtesy when working with and around others.
   2. Behave appropriately without disturbing others.

6. Periods of instruction: __7__ Grade: __P__ Teacher: __Stephen Krichels_____
   (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001949

FINAL MEDICAL REPORT

Chuck Hall                                                    12/14/88


8/23/88     Date of last medical report.

11/2/88     To Dr. Meyer for fillings.

11/9/88     To Dr. Goodman for yearly evaluation.

12/6/88     To Dr. Meyer for fillings.  To return on 12/15/88 to finish
            up work.




Bonnie Moretto, LPN


**H O M E S T E A D**     PO BOX 663     ELLSWORTH, MAINE 04605     207/667-2021

TF.FD.17.31.001950

4.

*Case Confrence Report*        Chuck Hall

1) History of Criminal Behaviors theft, destruction of property

Long term goal (12 Months) "learn to get needs met in other healthy ways"

Short term goal (6 months) "Elimanate crimanal behaviors"

I feel I have done some improvement on this issue. I have recently gone A.w.o.l. and stole a sleeping bag. But that's the only part of crimanal behavoir that I have shown since I've been at homestead

2) Manopulation intimidation (subtle) and lying (seeing self above the rules)

long term (12 months) learn that rules apply to him to. "He is not better"

Short term (6 months) Elimanate manipulation and intimadation

I think I have Elimanated a great part of this issue. I don't go around trying to intimadate others. And I don't see my self going around trying to minipulate others to get my own way.

TF.FD.17.31.001951

*Case Confrance*

Check Vall 8/24

5.

3) Poor Peer Interaction Skills (threatning, antagonizing, Making Hurtfull Coments, sarcasstic remarks, etc.)

Long term (12 months) Learn to get along with others

Short term (6 months) Elimanate fighting, antagonizing, etc.

I see this as a Minor issue for myself. I've had no problems since I've been at Homestead with fighting, and I've recieved no consequences for antagonizing I have antagonized somewhat but I don't think of it as a major issue.

4) Family stress related to adoption issue and poor parent/child comunication.

Longterm (12 months) Resolve negative feelings

Short term (6 months) begin to identify and talk about issues.

Comunication is the biggest part of this issue And that's the only part of the up above listed problems that I see as a Serious issue,

TF.FD.17.31.001952

*Pat Bousquet*

*HOMESTEAD TREATMENT PHILOSOPHY*

*Homestead Project, Inc.*
*Ellsworth, Maine  04605*
*207-667-2021*

*Homestead provides therapeutic treatment to adolescents who require more than the typical resources available through the educational system, the outpatient mental health system and the criminal justice system. Adolescents coming to Homestead for help, willingly or unwillingly, have serious behavior problems and improperly cope with many common life situations. While there is little unique about our treatment method, it represents a special combination of approaches and sequential experiences that have a flavor of their own.*

*It is well established that the power of the peer group is paramount with adolescents. It is also recognized that personality disorders (habitual inappropriate ways of interacting with others) are very difficult to change and that impersonal, primarily verbal and intellectual treatment approaches have little success. It is known as well that weekly outpatient therapy has minimal influence on the personality disordered. Thus, we have a program which focuses therapy on the power of the group process, which emphasizes practical behavior and emotional honesty as distinct from intellectual understanding, and which is residential.*

*Our goal is to accept young persons who are irresponsible in the practical aspects of living and/or social relationships, and who are dishonest with themselves and others at the emotional level, and to challenge and nourish them to grow into persons who can lead responsible and joyful lives.*

*The treatment approach is many faceted, but generally follows this pattern. First, we identify the particular ways in which an adolescent avoids experiencing his or her emotions, and/or avoids responsible expression of them. Examples of irresponsible expression are to get stoned, to blame others for one's problems, to lie, to steal, to run away, to attempt suicide, or to have assaultive outbursts. Second, we conceptualize the avoidance device and clearly state it to the adolescent and other community members. Each time the adolescent exhibits that behavior, we confront it with a realistic consequence of some sort. Third, in order to create situations in which some response is required, whether appropriate or inappropriate, we require of all community members that they accept responsibility for daily living and learning activities and for the straight expression of feelings. OUR METHOD IS NOT TO AVOID STRESS, BUT TO CREATE THAT KIND OF NATURAL STRESS WHICH PROVOKES A RESPONSE TO WHICH WE CAN, IN TURN, MAKE A THERAPEUTIC RESPONSE. A function of an irresponsible behavior pattern is that it masks the sense of weakness, inadequacy, and inferiority which some adolescents feel at a deeper level. Developing new responses to stress usually involves revealing such feelings, many times requiring huge personal risk. Thus, the fourth part of our treatment approach is to provide an environment in which risk taking is possible, that is, a physically and psychologically safe one. Neither loving support by itself nor direct confrontive challenge will suffice to bring about the important changes in life which our members need to make. It is a combination of the two which makes this possible.*

*Consistency is of paramount importance to our treatment approach. The way in which we follow through with daily program activities, treatment policies, and residential chores is critical to the development of responsible social living. The recruitment of residential staff who themselves exhibit emotional honesty, directness and realness and serve as role models for residents is crucial.*

TF.FD.17.31.001953

In depth discussions of your child's progress and future goals in the educational, residential, and treatment program occur every three months when you are invited to Homestead to meet with your child, the primary counselor, the group therapist, and the education supervisor plus representatives of community agencies who assisted you in your child's admission to Homestead. This meeting will be arranged by a telephone call from Pam Jordan. She will discuss with you who will be invited to this meeting and will notify them. She will attempt to arrange a time that is convenient for all participants.

This is an important event in your child's Homestead experience. Even though it may require your taking time from work we urge you to support your child's efforts by attending case conferences. A sample of the format used for the case conference is enclosed. Please feel free to ask questions and share your observations with us. Treatment is a hard experience. It requires persons to face up to very painful and often shameful realizations about themselves. Youngsters can be expected to resist it intensely at times, and to try to avoid treatment. Sometimes they run away or try to persuade their guardians or families to let them escape treatment. These can be trying moments. Your child may complain that we are cruel, or don't care, or he or she may try to make you feel guilty for keeping him/her here. If such things are happening please contact us to arrange a meeting to confront and reclarify the issues. Don't get drawn into undermining the very treatment you worked so hard to find for your child.

Eventually your child will earn the privilege of home visits with you. Generally this happens on phase two. Usually family counseling begins around this time. Family counseling with our reentry coordinator allows us to work with you to learn of your concerns regarding your childs behavior at home and in your community and what you think needs to change before he/she returns home. Hopefully we can facilitate resolution of issues which were troublesome for you and your teenager. Sometimes we suggest that a family works with a family counselor in their community to provide continued support during the transition home.

During transition we will meet with you and school officials to make recommendations for credit for educational material completed at Homestead. Though we do not give credits as a regular high school our recommendations regarding granting of credits are generally accepted. We are licensed by the Department of Education and Cultural Services as a Special Purpose School. We do not give report cards. Students must have 85% or better competency in a subject area for us to recommend credit. Often a school will give us books and course work for a member about to return home. Homestead teachers integrate this material in classroom work. The members begin to gain confidence that they can successfully return to a regular school program.

After a member returns home, there is a three month period before the Homestead graduation. In order to graduate, a member must show that he/she can live in the community without reverting to destructive behaviors. A graduation plan is developed by the member and his family with our reentry coordinator before the youngster leaves Homestead. If the member fulfills the plan, a festive graduation is held at Homestead to celebrate your child's success. This is the final good-bye to Homestead relationships. As with any graduation, there is sadness at saying good-bye to good friends, yet, happiness at the growth demonstrated by someone who can return to family and friends successfully.

We hope this answers some questions you have about Homestead. We understand that families often have mixed feelings about having a member go to a residential treatment facility. Please do not hesitate to contact us if you have further questions.

We share with you the same goal for your child's successful return to your family and community.

TF.FD.17.31.001954

In one way or another it can be seen that most members of our community have been victims of poor life circumstances. While that may be an *explanation* for a persons current maladaptive behavior it can in no instance be taken as an *excuse*.

The flavor of our therapeutic environment is of great importance and there is no single word to describe it. It is humanistic, deeply interpersonal, reality-oriented, and earthy rather than sanitary. It is an environment in which everyone, staff and members alike, are encouraged to stick their necks out and take emotional risks. We know that if we play it safe we have very little chance of seriously affecting the lives of our members in a therapeutic way. We have to throw in all our energy if we are to be able to dislodge them from their ruts.

We practice a wide variety of specific therapeutic techniques within these overall goals and methods. These include reality therapy, gestalt therapy, bioenergenics, sensitivity training, psycho-drama, art therapy, family therapy, therapeutic approaches to school education, diet and wilderness camping, physical fitness, and in rare instances psychoactive medication.

Once major problems are overcome most residents will still have another large growing task to accomplish. Because of their history of disordered life most of them will be far behind what is suitable for their age in both academic and social development. We then have relatively receptive but empty young people who must be replenished and caught up.

During this latter period of treatment the emphasis is on remediating educational deficits, developing independent living skills for some, and/or vocational training. At the same time, we require greatly increased peer leader-ship roles and encourage gradual community reentry through part-time jobs and outside social activities. Discharge plans - job, school, residence - are actively developed during this period, to provide concrete goals to keep striving for and to combat the tendency to regress in treatment in order to remain in this safe environment.

We certainly do not expect that all problems are resolved at the time of graduation from Homestead. Rather, we aim to have taught the *means* of resolving problems, the process of building mutually supportive relationships, and the use of community resources.

TF.FD.17.31.001955

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine 04605


PROJECTED TREATMENT PLAN REVIEW DATES:

N/A

PERSONS TO BE INVITED:

N/A

PERSONS PRESENT AT CURRENT CONFERENCE:

N/A


Projected discharge date: January 16, 1989
Projected discharge placement: Mr. & Mrs. Charles Hall, parents
Saco, Maine

REQUIRED SIGNATURES: _Shelly L. Smith RCSW_   DATE: _1-10-89_
Clinical Consultant:

ACTIVE
DIRECTOR OF TREATMENT SERVICES: _Patricia A. Bourget LMSW_ _1/10/89_

AfterCare
CASE MANAGER/THERAPIST: _Brenda S. Leavitt LSW_   _1/10/89_

EDUCATION SUPERVISOR: _Fred Ketchum MEd_ _1/12/89_

HOMESTEAD MEMBER: _Chuck M Hall_   _1/10/89_

LEGAL GUARDIAN: _Charles V. Hall & Dorothy L. Hall_   _1/12/89_

PLACEMENT AGENCY: _____


member's name _Charles Hall_____

TF.FD.17.31.001956

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine 04605

Discharge Summary

Name of Child:      Charles "Chuck" Hall
Date of Discharge:  January 16, 1989
Date of Admission:  August 5, 1987

Charles was officially discharged from Homestead Project on January 16, 1989. He left to return to the home of his parents/legal guardians Charles and Dorothy Hall of 73 Jenkins Road, Saco, Maine (282-1844). His aftercare plan calls for his enrollment in adult education classes to help prepare him to take his GED exam this spring. He also intends to take some vocational education courses,and hold a part-time job. Specifics are outlined on his aftercare master treatment plan of 1/16/89.

Between his arrival date of 8/5/87 and his discharge, Charles participated in group therapy, wilderness activities, residential life skill programming, family meetings with treatment staff and our specialized education program. As part of routine home visits, Chuck engaged in both individual and family therapy at Homestead's recommendation.

Treatment issues which were addressed during Charles stay in residential treatment appear on his Master Treatment Plan. They were:

1. History of criminal behavior
2. History of passive/aggressive and manipulating behaviors
3. Poor peer interaction skills
4. Family stress related to the adoption issue
5. Poor parent/ child communication
6. Confusion over sense of self and sexual identity
7. Non-compliance with rules and authority
8. Inability to function in public school.

As his aftercare plan indicates, Charles made considerable progress on many of these issues, while others — notably his identity confusion and the tendency to relate to people and situations in a passive/aggressive manner — will need continued therapeutic work. Again, the specific recommendations for follow-up appear on the aftercare master treatment plan.

TF.FD.17.31.001957

In general, Charles utilized Homestead's services  well, His family supported  decision against  returning to a regular public school was based, in part,on the approach of his 18th birthday in April.   Provided that  Charles uses  the community based supports and prescribed aftercare intervention strategies, his chances for successful reintegration are good.

Pat Bousquet, LMSW
Case Manager/Therapist

TF.FD.17.31.001958

MEMBER: Charles Hall

DATE: 1/16/89

MASTER TREATMENT PLAN

NOW ON LEVEL: III   TREATMENT PLANNING CONFERENCE # 4 Final

DATE OF ARRIVAL: 8/5/87  DATE OF BIRTH: 4/6/71

REASONS FOR REFERRAL:

1.  History of criminal behavior -- currently on probation
2.  History of passive/aggressive and manipulating behaviors
3.  Poor peer interaction skills
4.  Family stress related to adoption issue
5.  Poor parent/child communication
6.  Confusion over sense of self and sexual identity
7.  Non-compliance with rules and authority

FINDINGS OF ASSESSMENT:

  MENTAL HEALTH:

11/18/87  Charles has kept a low profile since admission, staying out of major trouble and learning the ropes. He had plans to go A.W.O.L. with other members, but was found out. He appears very sensitive to issues of family fighting, loss and abandonment, and parental alcohol use in Intensive Therapy Group. He is starting to use group therapy effectively.

2/29/88  Chuck has created a difficulty by presenting himself to other members as someone with few (if any) serious treatment issues. He realizes now that he is wasting time and needs to begin using Intensive Therapy Group, but he is fearful of the reaction group members may have to this attitude change. Addressing this problem head-on needs to be the first order of business if Chick is to get off dead center and begin making progress. He certainly needs to continue his placement for the coming six months.

8/25/88 As Chuck's ability to play the "I don't have any real problems" game is decreasing with time, he is growing more and more uncomfortable. He dislikes the group pressure to really look at himself or his situation, and is becoming fearful of turning 18 fairly soon with no definite plan in mind. This increased stress may be exactly what Chuck needs to motivate himself towards positive change. Certainly his decision to run away put him clearly in the spotlight for group and staff attention.

TF.FD.17.31.001959

His placement at Homestead needs to continue, with a primary focus on what Chuck wants for his personal future and what he intends to do about making it happen.

12/14/88 Chuck is a young man who will soon be turning 18. It is time for him to return to his home and community and to start learning about and facing up to adult responsibilities. His plan to return to his parents home, pursue a combination of night school and vocational classes, and hold a part-time job is workable one. His willingness to truly invest himself in an ongoing individual or group therapy process will be a key factor in determining his future emotional investment in relationships and in gaining self-acceptance. A discharge date in January is anticipated.

1/16/89 Chuck is discharged from Homestead effective this date. He will participate in aftercare for 2 months and tentative graduation is March 10, 1989. (See plan for specific aftercare services.

EDUCATIONAL:

11/18/87 See I.E.P.
12/14/88 See I.E. P. Date 12/14/88
2/29/88 Chuck's school work has improved in the last six weeks, giving him a B average. He has the capability of being a good student and is growing in that direction. Some areas which need attention are: 1) a real commitment to learning, even if it means hard work, 2) a commitment to being personally honest and straight forward when relating to staff and fellow students.

8/25/88 see I.E.P.


MEDICAL: see nurses notes of previous plan/daily chart

PSYCHIATRIC:see previous plan dated 11/17/87

TF.FD.17.31.001960

| DATE | THERAPEUTIC ISSUES (NO.) | GOALS L=LONG/S=SHORT | TARGET DATE | SPECIFIC TREATMENT STRATEGY | STATUS | RESP. PARTY |
|---|---|---|---|---|---|---|
| 1/16/89 | 1. Criminal Behavior (Theft, Property destruction) | S/L – Learn to get needs met in other healthier ways | 4/89 | 1. Gain useful employment to earn necessary money to meet needs. | On-Go. | Chuck |
| | | S/L – Eliminate criminal behaviors | 4/89 | 2. Engage in individual therapy. | | |
| 1/16/89 | 2. Manipulation/subtle intimidation of others and lying (seeing self as above the rules) | S/L – Learn that rules apply to him and others equally, that he is not "better" | 4/89 | 1. Locate and join a young adult therapy group, where this issue can continue to be addressed. | On-Go. | Chuck |
| | | S/L – Eliminate manipulation and intimidation | 4/89 | | | |
| 1/16/89 | 3. Poor peer interaction | S/L Learn skills (threatening, antagonizing, making hurtful, sarcastic remarks, etc.) | 4/89 | 1. Use recommended group therapy to address this issue. | On Go. | Chuck |
| | | S/L-Learn to verbalize in an open honest, and assertive way | | 2. Use available resources at vocational school to deal with interpersonal conflicts with other students. | " | " |
| 1/16/89 | 4. Family stress related to adoption issue and poor parent/child communication | S/L – Resolve negative feelings | 4/89 | 1. Engage in family therapy. | On-Go. | Chuck |
| | | S/L – Begin to identify and talk about issues | 4/89 | 2. Work with parents on rules | " | " |
| 1/16/89 | 5. Confusion over sense of self and sexual identity | S/L – Gain sense of self and self-acceptance | 4/89 | 1. Use recommended group therapy and/or individual therapy to address this issue. | On-Go. | Chuck |
| | | S/L – Begin to identify and discuss issues | 4/89 | 2. Use available community and/or school bases resources to assist with career counseling. | " | " |

Brenda S. Leavitt, LSW    1/10/89

Chuck M Hall    1/10/89

Charles V. Hall    1/12/89

TF.FD.17.31.001961

| Date | Problem | Goal | Date | Objectives/Actions | | |
|---|---|---|---|---|---|---|
| 1/16/89 | 6. Non-compliance with rules and authority and verbal disrespect. | S/L-Demonstrate a consistenly respectful attitude to authority figures | 4/89 | 1. Use available in-school or on the job assistance to monitor and improve attitude. | On-Go. | Chuck |
| 1/16/89 | 7. Inability to function in public school | S/L-Develop specific re-entry plan (credits, grade, placements, etc.) S/L-Arrange for 2 week trial home/school visits then evaluate for return | 4/89 | 1. Attend nigh/school clases to prepare for completion of his GED. | On-Go. | Chuck |
| 1/16/89 | 8. Active participation in aftercare phase of treatment. | S/L-actively work on goals established in master treatment plan and graduate from Homestad | 4/89 | 1. To make phone contact with Brenda Leavitt once a week to discuss status of aftercare plan. 2. Actively utilize resources and supports available. 3. To attend monthly booster groups as scheduled. Thursday Feb. 16 and March 16, 1989. BSL CMH 4 To graduate from Homestead March 10, 1989. BSL CMH | On-Go. | Chuck |

Brenda S. Leavitt, LSW    1/10/89
Chuck M Hall    1/10/89
[signature]    1/12/89

TF.FD.17.31.001962

Ex. 64 Page 91 of 92 · 6:21-cv-08001-BCW   Document 70-66   Filed 04/29/24   Page 97 of 192

PROJECTED TREATMENT/PLAN REVIEW CONFERENCE DATES:   8/88

PERSONS TO BE INVITED:
Parents, Probation Officer, School Personnel

PERSONS PRESENT (NAME & TITLE):

REQUIRED SIGNATURES:

DIRECTOR OF TREATMENT SERVICES: _Polly Smith LCSW_

CASE MANAGER/THERAPIST: _Pat Boasquet LMSW 4/18/88_

EDUCATION SUPERVISOR: _Fred Ketchum MEd_

HOMESTEAD MEMBER: _____

LEGAL GUARDIAN: _____

PLACEMENT AGENCY: _____

HP-1 11/87
HOMESTEAD PROJECT, INC.   P.O. BOX 663   ELLSWORTH, MAINE   04605

TF.FD.17.31.001963

Ex. 6a Page 94 of 48
Case 1:04-cv-00081-BCW   Document 70-66   Filed 04/29/24   Page 98 of 192
TF.FD.17.31.001964

OJECTED TREATMENT/PLAN REVIEW CONFERENCE DATES:   8/88

:RSONS TO BE INVITED:
rents, Probation Officer, School Personnel

:RSONS PRESENT (NAME & TITLE):

REQUIRED SIGNATURES:

DIRECTOR OF TREATMENT SERVICES: *[signature]*

CASE MANAGER/THERAPIST: *Pat Bohstedt LMSW 4/18/88*

EDUCATION SUPERVISOR: *[signature]*

HOMESTEAD MEMBER: _____

LEGAL GUARDIAN: _____

PLACEMENT AGENCY: _____

HP-1 11/87
HOMESTEAD PROJECT, INC.   P.O. BOX 663   ELLSWORTH, MAINE   04605

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine 04605

July 27, 1988

Mr. and Mrs. Charles Hall
73 Jenkins Road
Saco, Maine 04072

Dear Mr. and Mrs. Hall:

Your son, Chuck, has recently asked to be allowed to exercise 2 upper phase priviledges:

1. Several hours of off-grounds free time during a typical weekend (usually on Saturday afternoons); and

2. Applying for and holding a part-time job, probably in Ellsworth.

I need your written response to these two questions, since your willingness to allow Chuck to excercise off-grounds freedom is very important.

Can you please think about it, call me with any questions/concerns and send me something in writing saying either yes you approve to the questions one and two or no, you disapprove.

I am not going to allow Chuck to use off-grounds time in the future until I hear from you.

Sincerely,

Pat Bousquet, LMSW
Case Manager

cc: John Durant, Residential Life Manager
Sally Ketchum, Director of Treatment
Chuck Hall, member

TF.FD.17.31.001965

Case 1:21-cv-06001-BCW    Document 70-66    Filed 04/29/24    Page 100 of 192

PROJECTED TREATMENT/PLAN REVIEW CONFERENCE DATES:    8/88

PERSONS TO BE INVITED:
Parents, Probation Officer, School Personnel

PERSONS PRESENT (NAME & TITLE):

REQUIRED SIGNATURES:

DIRECTOR OF TREATMENT SERVICES: _Polly Smith LSW_

CASE MANAGER/THERAPIST: _Pat Bousquet LMSW 4/18/88_

EDUCATION SUPERVISOR: _Fred Ketchum MEd_

HOMESTEAD MEMBER: _____

LEGAL GUARDIAN: _Mr & Mrs Charles O Ages_

PLACEMENT AGENCY: _____

HP-1 11/87
HOMESTEAD PROJECT, INC.   P.O. BOX 663   ELLSWORTH, MAINE   04605

TF.FD.17.31.001966

Your copy

10/14/88

MEMBER: Charles Hall

DATE: 8/25/88

## MASTER TREATMENT PLAN

NOW ON LEVEL: III   TREATMENT PLANNING CONFERENCE # 3

DATE OF ARRIVAL: 8/5/87  DATE OF BIRTH: 4/6/71

REASONS FOR REFERRAL:

1. History of criminal behavior -- currently on probation
2. History of passive/aggressive and manipulating behaviors
3. Poor peer interaction skills
4. Family stress related to adoption issue
5. Poor parent/child communication
6. Confusion over sense of self and sexual identity
7. Non-compliance with rules and authority

FINDINGS OF ASSESSMENT:

MENTAL HEALTH:

11/18/87  Charles has kept a low profile since admission, staying out of major trouble and learning the ropes. He had plans to go A.W.O.L. with other members, but was found out. He appears very sensitive to issues of family fighting, loss and abandonment, and parental alcohol use in Intensive Therapy Group. He is starting to use group therapy effectively.

2/29/88  Chuck has created a difficulty by presenting himself to other members as someone with few (if any) serious treatment issues. He realizes now that he is wasting time and needs to begin using Intensive Therapy Group, but he is fearful of the reaction group members may have to this attitude change. Addressing this problem head-on needs to be the first order of business if Chick is to get off dead center and begin making progress. He certainly needs to continue his placement for the coming six months.

8/25/88 As Chuck's ability to play the "I don't have any real problems" game is decreasing with time, he is growing more and more uncomfortable. He dislikes the group pressure to really look at himself or his situation, and is becoming fearful of turning 18 fairly soon with no definite plan in mind. This increased stress may be exactly what Chuck needs to motivate himself towards positive change. Certainly his decision to run away put him clearly in the spotlight for group and staff attention.

TF.FD.17.31.001967

His placement at Homestead needs to continue, with a primary focus on what Chuck wants for his personal future and what he intends to do about making it happen.

    EDUCATIONAL:

11/18/87  See I.E.P.

2/29/88  Chuck's school work has improved in the last six weeks, giving him a B average. He has the capability of being a good student and is growing in that direction. Some areas which need attention are: 1) a real commitment to learning, even if it means hard work, 2) a commitment to being personally honest and straight forward when relating to staff and fellow students.

8/25/88 see I.E.P.

    MEDICAL: see nurses notes of previous plan/daily chart

    PSYCHIATRIC:see previous plan dated 11/17/87

TF.FD.17.31.001968

| DATE | THERAPEUTIC ISSUES (NO.) | GOALS L=LONG/S=SHORT | TARGET DATE | SPECIFIC TREATMENT STRATEGY | STATUS | RESP. PARTY |
|---|---|---|---|---|---|---|
| 2/29/88 | 1. Criminal Behavior (Theft, Property destruction) | L – Learn to get needs met in other healthier ways S – Eliminate criminal behaviors | 2/89 2/89 | 1. Immediate 3 day restriction for any criminal behaviors/notify Probation Officer and look into pressing charges. Learning experience should focus on other ways to get needs met. | started | ALL |
| | | | | 2. Discuss in Intensive Therapy Group. | started | CM |
| | | | | 3. Member and his belongings will be searched upon return from home visits and unsupervised off grounds trip. | Started | Staff |
| 2/29/88 | 2. Manipulation/subtle intimidation of others and lying (seeing self as above the rules) | L – Learn that rules apply to him and others equally, that he is not "better" S – Eliminate manipulation and intimidation | 2/89 2/89 | 1. 3 day restriction plan for manipulation and/or intimidation. Learning experience should focus on why rules apply to everyone and include apology to victim. | 2/29/88 | ALL |
| | | | | 2. Discuss in Intensive Therapy Group. | started | CM |
| 8/25/88 2/29/88 | 3. Poor peer interaction skills (threatening, antagonizing, making hurtful, sarcastic remarks, etc.) | S-Learn to verbalize in an open honest, and assertive way | 12/88 | 1. Encourage getting along during program, in school, etc. Give praise for co-operation. | started | ALL |
| | | | | 2. Discuss in Intensive Therapy Group. | started | CM |
| | | | | 3. 3 day restriction plan for instances of target behavior. | 2/29/88 | ALL |
| 2/29/88 | 4. Family stress related to adoption issue and poor parent/child communication | L – Resolve negative feelings S – Begin to identify and talk about issues | 2/89 2/89 | 1. Discuss in Intensive Therapy Group. | started | CM |
| | | | | 2. Use open house and other family contact to promote positive interaction. | started | ALL |
| | | | | 3. Use Home Visits to improve interaction. | started | Chuck family |
| | | | | 4. Begin family counseling. | Level II | Chuck family |
| | | | | 5. Write up and discuss phone calls home in Intensive Therapy Group. | started | CM |

TF.FD.17.31.001969

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/29/88 | 5. Confusion over sense of self and sexual identity | L - Gain sense of self and self-acceptance<br>S - Begin to identify and discuss issues | 2/89<br><br>2/89 | 1. Discuss in Intensive Therapy Group.<br>2. Discuss in family counseling. | started<br><br>Level II | CM<br><br>Chuck family |
| 8/25/88 | 6. Non-compliance with rules and authority and verbal disrespect. | S-Demonstrate a consistenly respectful attitude to authority figures | 12/88 | 1. Minimum 1 day restriction plan for instances of target behavior.<br>2. Discuss in Intensive Therapy Group.<br>3. If disrespect is not blatant ("I don't feel like it", "I'll be there when I finish this", etc.) Chuck should earn an immediate one hour of IWP.<br>4. Breaking communication while on restriction = immediate one hour of IWP. | started<br><br><br>started<br><br>2/29/88<br><br><br><br><br>2/29/88 | ALL<br><br><br>CM<br><br>ALL<br><br><br><br><br>ALL |
| 8/25/88 | 7. Inability to function in public school | S-Develop specific re-entry plan (credits, grade, placements, etc.)<br>S-Arrange for 2 week trial home/school visits then evaluate for return | 2/89 | 1. Refer to I.E.P. | Started | Fred K. |

TF.FD.17.31.001970

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine 04605

PROJECTED TREATMENT PLAN REVIEW DATES: 12/88 and/or 2/89

PERSONS TO BE INVITED: Same as below — School person

PERSONS PRESENT AT CURRENT CONFERENCE:
Mr and Mrs Charles Hall
Fred Ketchum
Pat Bousquet
Chuck Hall - member

REQUIRED SIGNATURES:

DIRECTOR OF TREATMENT SERVICES: _Sally L. Smith LCSW 10/14/88_

CASE MANAGER/THERAPIST: _Patricia Bousquet MSW_

EDUCATION SUPERVISOR: _Fred Ketchum MEd_

HOMESTEAD MEMBER: _Chuck Hall_

LEGAL GUARDIAN: _____

member's name _Chuck Hall_____

TF.FD.17.31.001971

Ex. 65 Page 105 of 192

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine 04605

Charles Hall            Treatment Summary      August 25, 1988


This is a summary of the progress Chuck has made on his treatment issues since his last case conference on 2/29/88. It will include recommendations for the next 6 months.


Issue # 1  Criminal behavior (theft, property destruction)

Status:  Chuck chose to go AWOL from a group trip on 8/12/88, taking with him several articles not belonging to him. Theft charges have been filed. Chuck was also out until approximately 2 a.m. on a recent home visit, in the company of several youths who were drinking. The driver of the vehicle Chuck was in was stopped for speeding. Chuck was still on probation at that time. To my knowledge, no charges wre pressed for that incident. Chuck has minimized the severity of his behavior and shown little if any remorse.

.Recommendation:  Homestead plans to follow through on the theft charges. If is clear that Chuck is not taking his behavior seriously, or anticipating the probable consequences. Continue per present plan.

Issue # 2  Manipulation/subtle manipulation of others (Seeing himself as above the rules).

Status:  The only clear example of this, aside from those listed above, had to do with Chuck's request to get an off-grounds job. He had permission to get some job applications; he proceeded to accept a job and actually start working without either parental or Case Manager permission. (This was for 2 days over a weekend). While this could be seen as positive – Chuck taking the initiative, etc. – it was also clearly overstepping the boundaries of his responsibility.

Recommendation:  Continue present plan.

TF.FD.17.31.001972

Issue # 3 Poor peer interaction skills (Threatening, antagonizing, making hurtful comments, etc.).

Status: Chuck has had no specific problems in this area, but his general inter-action style with peers is certainly not direct nor assertive.

Recommendation: Change short term goal to read: Learn to verbalize opinions and feelings to peers in an open, honest and assertive way.

Issue # 4 Family stress related to adoption

Status: Chuck has recently been involved in some family therapy sessions while on home visits and has gone on 2 extended family trips. Chuck has voiced displeasure here at how the therapy sessions have gone, but has not dealt directly with those involved. In ITG, Chuck has been reluctant to examine feelings toward family members, despite group pressure to do so. He is currently feeling that a return home not what he wants, but has no definite alternate plan. Chuck has not sufficiently addressed the issue of his adoption, nor his feelings about it, to the best of my knowledge.

Recommendation: Continue present plan. A decision about Chuck's future after Homestead must be made by the involved parties in the near future, since he turns 18 on 4/6/89.

Issue # 5 Confussion over sense of self and sexual idenity.

Status: Chuck's pattern of passively reacting and refusing to take an active stance has recently become quite clear. He avoids looking at critical identity issues in ITG, often using other members to get him off the hook. His recent AWOL from the group trip followed a discussion of this issue, and Chuck chose to run away. It is obvious that this one treatment issue is far from being resolved.

Recommendation: Continue per present plan.

Issue # 6 Non-compliance with Rules and Authority.

Status: Chuck appears to have learned superficial behavioral compliance with rules, and has kept himself out of major trouble until the recent AWOL/theft incident. His actual respect for rules or authority or his understanding of why they are important, is questionable.

Recommendation: Change short term goal to read – demonstrates consistently respectful attitude toward those in authority. Continue present plan.

TF.FD.17.31.001973

3.

Issue # 7 Inability to function in public school

Status/Recommendation: Refer to education section of report.

Overall Recommendation: As Chuck's ability to play the "I don't have any real problems" game is decreasing with time, he is growing more and more uncomfortable. He dislikes the group pressure to really look at himself or his situation, and is becoming fearful of turning 18 fairly soon with no definte plan in mind. This increase stress may be excatly what Chuck needs to motivate himself towards positive change. Certainly his decision to run away put him clearly in the spotlight for group and staff attention. His placement at Homestead needs to continue, with a primary focus on what Chuck wants for his personal future and what he intends to do about making it happen.

Pat Bousquet, LMSW

TF.FD.17.31.001974

*Case Conference*

3) Poor Peer Interaction Skills (threatning, antagonizing, Making Hurtfull Coments, sarcastic remarks, etc.)

Long term (12 months) Learn to get along with others

Short term (6 months) Elimanate fighting, antagonizing, etc.

I see this as a Minor issue for myself I've had no problems Since I've been at Homestead with fighting, and I've recieved no consequences for antagonizing I have antagonized somewhat but I don't think of it as a major issue.

4) Family stress related to adoption issue and poor parent/child Communication.

Longterm (12 months) Resolve negative feelings

Short term (6 months) begin to identify and talk about issues.

Communication is the biggest part of this issue And that's the only part of the up above listed problems that I see as a Serious issue,

TF.FD.17.31.001975

*Case Conference Report*        Chuck Hall

1) History of Criminal Behaviors theft, destruction of property

Long term goal (12 Months) "learn to get needs met in other healthy ways"

Short term goal (6 Months) "Elimanate crimanal behaviors"

I feel I have done some improvement on this issue. I have recently gone A.W.O.L. And stole a sleeping bag. But that's the only part of crimanal behavoir that I have shown since I've been at homestead

2) Manupulation intimidation (subtle) and lying (seeing self above the rules)

long term (12 months) learn that rules apply to him to. "He is not better"

short term (6 months) Elimanate manipulation and intimadation

I think I have Elimanated a great part of this issue. I don't go around trying to intimadate others. And I don't see my self going around trying to manipulate others to get my own way.

TF.FD.17.31.001976

Ex. 65 Page 110 of 192

Individual Educational Program: Status Report and Update

Instructional Area __Practical Arts__

Member __Chuck Hall__                     Date of Report __2/29/88__

Dates covered by Report: __9/10/87__ to __10/15/87__

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1. Behavior Assessment

   Individual Conduct    X

   Withdrawal    X

   Maturation    X

   Social Aggression    X

   1    2    3    4    5

2. Long-Term Educational Goal:
   Gain an awareness of the proper use of hand and power tools.

3. Goals for current period of instruction:

   Academic:                                    Percentage of Success Achieved
   1. Come to class prepared with all necessary materials.    100%
   2. Learn to read a standard tape measure.    100%
   3. Demonstrate proper use of the tools used.    90%
   4. Complete project in allotted time.    100%

   Behavioral:
   1. Replace all tools after use.    90%
   2. Always use safety equipment when necessary.    90%
   3. Follow all safety rules when working.    100%
   4. Show patience and courtesy when working with or around others.    90%
   5. Help in clean up.    90%

4. General comment and observation:    Chuck was a very enthusiastic student during the six week shop course. Chuck was prepared and ready for work. He worked well with others and could be counted on to assist others when necessary.

5. Objectives to work on for the next four-month period:
   Academic:
   1. Come to class prepared with all necessary materials.
   2. Learn to read a standard tape measure.
   3. Demonstrate proper use of the tools used.
   4. Complete project in allotted time.

   Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulation and "buttering up"
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.
   3. Be respectful of the needs and rights of his fellow students.
   4. Follow school rules and teacher's directions.

6. Hours of instruction:__6__ Grade:__Passing__ Teacher:__Richard Dupont__
   (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001977

Individual Educational Program: Status Report & Update

Instructional Area __Math__

Member __Chuck Hall__          Date of Report __2/29/88__

Dates covered by Report: __8/5/87__ to __2/29/88__

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1. Behavior Assessment

   Individual Conduct    X

   Withdrawal                      X

   Maturation              X

   Social Aggression         X

   1        2        3        4        5

2. Long-Term Educational Goal:
   1. To complete Silver-Burdett level 8 with an 80% or better average.
   2. To return to public school.

3. Goals for current period of instruction:

   Percentage of Success Achieved

   Academic:
   1. To complete chapter 1 (Whole Numbers) with 80% or better average.     75% averag·
   2. To complete chapter 2 (Decimals) with 80% or better average.          75% averag·
   3. To complete chapter 3 (Measurement) with 80% or better average.       100%
   4. To complete chapter 4 (Fractions) with 80% or better average.         95% not co·

   Behavioral:
   1. Engage in assigned school work without disturbing others.     90%
   2. Work independently to the best of your aiblity.               85%
   3. Acknowledge academic weaknesses and address them.             85%
   4. Complete daily assignments doing homework if necessary.       75%

4. General comment and observation:   Chuck had a very shaky start this year. He was accomplishing very little quality work and was often not in focus. Since the beginning of the year he has made significant improvement. Now he rarely fails to get the minimum class requirements done and often does more. He is now interested in learning, is understanding the materials and is quite effective in helping others which is helping him get a more thorough understanding. If he continues with his present attitude he should make up a great deal of ground lost over the past years.

5. Objectives to work on for the next four-month period:
   Academic:
   1. Finish chapter 4 (Fractions) with an 80% or better average.
   2. Complete chapter 5 (Ratio, Prop & Percent) with an 80% or better average.
   3. Complete chapter 6 (Geometry) with an 80% or better average.
   4. Complete chapter 7 (Area and Volume) with an 80% or better average.

   Behavioral:    Chuck will:
   1. Speak clearly and plainly to get his needs met, avoiding manipulation and 'buttering u·
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.
   3. Be respectful of the needs and rights of his fellow students.
   4. Follow school rules and teachers' direction.

6. Hours of instruction:__70__    Grade:__C__    Teacher: __Barbara Fenderson__
   (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001978

Individual Educational Program: Status Report and Update

Instructional Area __Science__

Member __Chuck Hall__          Date of Report __2/29/88__

Dates covered by Report: __8/5/87__ to __2/29/88__

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1. Behavior Assessment

Individual Conduct

Withdrawal

Maturation

Social Aggression

2. Long-Term Educational Goal:
   Return to public school.

3. Goals for current period of instruction:

   | Academic: | Percentage of Success Achieved |
   |---|---|
   | 1. Complete all assigned reading in Holt Earth Science. | 80% |
   | 2. Complete all written assignements. | 100% |
   | 3. Maintain a 90% level of accuracy on all written work. | 100% |
   | 4. Participate in group discussions. | 100% |
   | 5. Participate in lab and field activities. | 80% |
   | Behavioral: | |
   | 1. Communicate appropriately with peers; show respect. | 75% |
   | 2. Show respect for others' level of work. | 75% |

4. General comment and observation:  Chuck is outwardly polite and cheerful, even charming.  Behind the facade he is subtley defiant, uncooperative and impertinent. His sarcastic wit often has a cutting edge that insults and antagonizes others. Chuck appears to be easily influenced by ambience and suggestion, and readily follows a well-defined group.  He will readily manipulate others to serve his needs.

5. Objectives to work on for the next four-month period:
   Academic:
   1. Keep pace with all reading and written assignments in Holt Earth Science.
   2. Continue to maintain at least a 90% level of accuracy on all written work.
   3. Correct or re-do all unsatisfactory papers.
   4. Participate in lab and field activities.

   Behavioral:     Chuck will:
   1. Speak clearly and plainly to get his needs met, avoiding manipulation and "buttering up"
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.
   3. Be respectful of the needs and rights of his fellow students.
   4. Follow school rules and teachers' direction.

6. Hours of instruction: __91__   Grade: __A__   Teacher: __Rick Hirte__
   (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001979

Individual Educ___onal Program: Status Report & Update

Instructional Area __English__

Member __Chuck Hall__          Date of Report __2/29/88__

Dates covered by Report: __8/5/87__     to __2/29/88__

| | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1. Behavior Assessment

   Individual Conduct    X

   Withdrawal    X

   Maturation    X

   Social Aggression    X

   1      2      3      4      5

2. Long-Term Educational Goal:

   To return to public school.

3. Goals for current period of instruction:
   Academic:                                    Percentage of Success Achieved

   1.  Read from __Types of Literature__.                90%
   2.  Finish the summer program well.                90%

   Behavioral:

   1.  To avoid trying to pal around with teachers.     85%
   2.  To develop leaderships skills.

4. General comment and observation:    Chuck reads well and seems to enjoy reading. He is very agreeable to work with. He has a small tendency to talk with other members. He needs to really concerntrate on his academic work in order to work to potential.

5. Objectives to work on for the next four-month period:
   Academic:

   1.    To read in __Understanding Literature__.
   2.    To work on writing in __Organizing and Reporting__.
   3.    To work in SRA lab.

   Behavioral:
   1.  Speak clearly and plainly to get his needs met, avoiding manipulation and "buttering up".
   2.  Act as a regular and ordinary member, avoiding putting himself above the rules.
   3.  Be respectful of the needs and rights of his fellow students.
   4.  Follow school rules and teachers' directions

6. Hours of instruction: __100__  Grade: __B+__  Teacher: __Katherine Sweek__
   (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001980

INDIVIDUAL PROGRESS

Individual Educational Program: Status Report and Update

Instructional Area  __Social Studies__

Member __Chuck Hall__                 Date of Report __2/29/88__

Dates covered by Report: __8/5/87__ to __2/29/88__

|                      | No Problem Noted | Moderate Problem | Severe Problem |
|----------------------|------------------|------------------|----------------|

1. Behavior Assessment

   Individual Conduct     X (attempts to manipulate)

   Withdrawal     X

   Maturation     X

   Social Aggression     X

   1    2    3    4    5

2. Long-Term Educational Goal:
   1. Have a basic understanding and appreciation for United States History.
   2. Return to public school.

3. Goals for current period of instruction:

   Academic:                                                    Percentage of Success Achieved
   1. Keep pace with the class in United States History, level 2.    100%
   2. Complete first semester of Maine studies.                      100%
   3. Maintain an accuracy level of 79% or better.                    95%


   Behavioral:

   1. Attend class each day as scheduled.                             95%
   2. Engage in assigned schoolwork without   disturbing others.      90%
   3. Be responsible for materials used in class.                    100%
   4. Be honest about school work.                                   100%

4. General comment and observation:    Chuck is a good student and very likeable.
   However, he feels he needs to compliment and smooth talk to the point of being
   sickening in order to make progress in the program. I'd like to see Chuck "cut
   the crap" and rely on his real feelings and pleasant personality in order to work
   his way through the program.




5. Objectives to work on for the next four-month period:
   Academic:
   1. Keep pace with class in United States History, level 3.
   2. Complete 12 hours in Maine Studies.
   3. Actively participate in classroom activities.
   4. Maintain an accuracy level of 85% or better.

   Behavioral:        Chuck will:
   1. Speak clearly and plainly to get his needs met, avoiding manipulation and "buttering up
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.
   3. Be respectful of the needs and rights of his fellow students.
   4. Follow school rules and teachers' direction.


6. Hours of instruction: __60__ Grade: __A-__ Teacher: __Doug Fogg__
   (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.001981

MEDICAL REPORT

Chuck Hall                                                                2/29/88

| | |
|---|---|
| 8/5/87 | Admitted to Homestead. No major illnesses or surgery. No medications at this time. Denies any medical problems. |
| 9/4/87 | To Dr. McCann for eye exam. Vision is 20/25. |
| 9/4/87 | To Dr. Kipperman for physical. 136½ lbs., 68½" and B/P 122/80. Polio, T.B. and D.T. immunizations given. Consult with Dr. Watt requested for a black mole on right shoulder. |
| 9/17/87 | To Dr. Goodman for ISP evaluation. |
| 10/23/87 | To Dr. Meyer for dental exam, x-rays, cleaning and flouride treatment. To return for further work. |
| 10/26/87 | To Dr. Watt for evaluation of mole on posterior right shoulder. Mole is flat, black and approximately 3 cm. Dr. Watt recommends removal as it appears to be a pre-cancerous mole. Parents will be notified first. |
| 11/16/87 | To Dr. Watt for removal of possbile pre-cancerous mole on posterior surface of right shoulder. Sample sent for biopsy. Chuck tolerated local anesthetic and removal very well. |
| 12/9/87 | To Dr. Meyer for dental fillings. To return for more work. |
| 12/10/87 | Results from biopsy of mole, totally benign. |
| 12/15/87 | To Dr. Meyer for fillings. |
| 12/30/87 | To Dr. Meyer for fillings. |
| 2/3/88 | To Dr. Meyer for fillings. |

A.L. Jenkins, LPN

**HOMESTEAD**   PO BOX 663   ELLSWORTH, MAINE 04605   207/667-2021

TF.FD.17.31.001982

MASTER TREATMENT PLAN

NOW ON LEVEL: <u>II</u>  TREATMENT PLANNING CONFERENCE # <u>2</u>

DATE OF ARRIVAL: <u>8/5/87</u> DATE OF BIRTH: <u>4/6/71</u>

REASONS FOR REFERRAL:

1. History of criminal behavior -- currently on probation
2. History of passive/aggressive and manipulating behaviors
3. Poor peer interaction skills
4. Family stress related to adoption issue
5. Poor parent/child communication
6. Confusion over sense of self and sexual identity
7. Non-compliance with rules and authority

FINDINGS OF ASSESSMENT:

   MENTAL HEALTH:

11/18/87  Charles has kept a low profile since admission, staying out of major trouble and learning the ropes. He had plans to go A.W.O.L. with other members, but was found out. He appears very sensitive to issues of family fighting, loss and abandonment, and parental alcohol use in Intensive Therapy Group. He is starting to use group therapy effectively.

2/29/88  Chuck has created a difficulty by presenting himself to other members as someone with few (if any) serious treatment issues. He realizes now that he is wasting time and needs to begin using Intensive Therapy Group, but he is fearful of the reaction group members may have to this attitude change. Addressing this problem head-on needs to be the first order of business if Chick is to get off dead center and begin making progress. He certainly needs to continue his placement for the coming six months.

   EDUCATIONAL:

11/18/87  See I.E.P.

HP - 1  11/87  PAGE 1
HOMESTEAD PROJECT, INC.   P.O. BOX 663   ELLSWORTH, MAINE   04605

TF.FD.17.31.001983

2/29/88   Chuck's school work has improved in the last six weeks, giving him a B average.  He has  the capability  of being  a good student and  is growing in that direction.  Some areas which need attention are:  1) a real  commitment  to  learning,  even  if it means hard  work,  2)  a commitment to being personally honest and straightforward when relating to staff and fellow students.


        MEDICAL:




        PSYCHIATRIC:




HP-1  11/87  PAGE 2


TF.FD.17.31.001984

MASTER TREATMENT PLAN

NOW ON LEVEL: II    TREATMENT PLANNING CONFERENCE # 2

DATE OF ARRIVAL: 8/5/87 DATE OF BIRTH: 4/6/71

REASONS FOR REFERRAL:

1. History of criminal behavior -- currently on probation
2. History of passive/aggressive and manipulating behaviors
3. Poor peer interaction skills
4. Family stress related to adoption issue
5. Poor parent/child communication
6. Confusion over sense of self and sexual identity
7. Non-compliance with rules and authority

FINDINGS OF ASSESSMENT:

MENTAL HEALTH:

11/18/87  Charles has kept a low profile since admission, staying out of major trouble and learning the ropes. He had plans to go A.W.O.L. with other members, but was found out. He appears very sensitive to issues of family fighting, loss and abandonment, and parental alcohol use in Intensive Therapy Group. He is starting to use group therapy effectively.

2/29/88  Chuck has created a difficulty by presenting himself to other members as someone with few (if any) serious treatment issues. He realizes now that he is wasting time and needs to begin using Intensive Therapy Group, but he is fearful of the reaction group members may have to this attitude change. Addressing this problem head-on needs to be the first order of business if Chick is to get off dead center and begin making progress. He certainly needs to continue his placement for the coming six months.

EDUCATIONAL:

11/18/87  See I.E.P.

HP - 1  11/87  PAGE 1
HOMESTEAD PROJECT, INC.    P.O. BOX 663    ELLSWORTH, MAINE    04605

TF.FD.17.31.001985

Case 2:21-cv-00001-BCW   Document 70-66   Filed 04/29/24   Page 120 of 192

| TE/<br>1 APR. | THERAPEUTIC ISSUES (NUMBER) | GOALS<br>L=LONG/S=SHORT | TARGET<br>DATE | SPECIFIC<br>TREATMENT STRATEGY | STATUS | RES<br>PART |
|---|---|---|---|---|---|---|
| 29/88 | 1. Criminal Behavior (Theft, Property destruction) | L - Learn to get needs met in other healthier ways | 2/89 | 1. Immediate 3 day restriction for any criminal behaviors/notify Probation Officer and look into pressing charges. Learning experience should focus on other ways to get needs met. | started | ALL |
| | | S - Eliminate criminal behaviors | 8/88 | 2. Discuss in Intensive Therapy Group. | started | CM |
| 29/88 | 2. Manipulation/subtle intimidation of others and lying (seeing self as above the rules) | L - Learn that rules apply to him and others equally, that he is not "better" | 2/89 | 1. 3 day restriction plan for manipulation and/or intimidation. Learning experience should focus on why rules apply to everyone and include apology to victim. | 2/29/88 | ALL |
| | | S - Eliminate manipulation and intimidation | 8/88 | 2. Discuss in Intensive Therapy Group. | started | CM |
| 29/88 | 3. Poor peer interaction skills (threatening, antagonizing, making hurtful, sarcastic remarks, etc.) | L - Learn ways to get along with others | 2/89 | 1. Encourage getting along during program, in school, etc. Give praise for co-operation. | started | ALL |
| | | S - Eliminate fighting, antagonizing, etc. | 8/88 | 2. Discuss in Intensive Therapy Group. | started | CM |
| | | | | 3. 3 day restriction plan for instances of target behavior. | 2/29/88 | ALL |
| 29/88 | 4. Family stress related to adoption issue and poor parent/child communication | L - Resolve negative feelings | 2/89 | 1. Discuss in Intensive Therapy Group. | started | CM |
| | | S - Begin to identify and talk about issues | 8/88 | 2. Use open house and other family contact to promote positive interaction. | started | ALL |
| | | | | 3. Use Home Visits to improve interaction. | started | Chuck family |
| | | | | 4. Begin family counseling | Level II | Chuck family |
| | | | | 5. Write up and discuss phone calls home in Intensive Therapy Group. | started | CM |

HP-1 11/87

HOMESTEAD PROJECT, INC.   P.O. BOX 663   ELLSWORTH, MAINE   04605

TF.FD.17.31.001986

Case 2:21-cv-00021-BCW Document 70-66 Filed 04/29/24 Page 121 of 192

| 29/88 | 5. Confusion over sense of self and sexual identity | L – Gain sense of self and self-acceptance | 2/89 | 1. Discuss in Intensive Therapy Group. | started | CM |
| | | S – Begin to identify and discuss issues | 8/88 | 2. Discuss in family counseling. | Level II | Chuck family |
| 29/88 | 6. Non-compliance with rules and authority and verbal disrespect. | L – Learn how to resolve differences in healthy ways | 2/89 | 1. Minimum 1 day restriction plan for instances of target behavior. | started | ALL |
| | | | | 2. Discuss in Intensive Therapy Group. | started | CM |
| | | S – Learn to accept staff authority | 8/88 | 3. If disrespect is not blatant ("I don't feel like it", "I'll be there when I finish this", etc.) Chuck should earn an immediate one hour of IWP. | 2/29/88 | ALL |
| | | | | 4. Breaking communication while on restriction = immediate one hour of IWP. | 2/29/88 | ALL |
| 29/88 | 7. Inability to function in public school | L – Return to public school | 2/89 | 1. Refer to I.E.P. | Started | Fred K. |
| | | S – attend classes here regularly | 2/88 | | | |

HP-1 11/87
HOMESTEAD PROJECT, INC. P.O. BOX 663 ELLSWORTH, MAINE 04605

TF.FD.17.31.001987

*Case Conference*

Check Hall 7.

8/24

7) Inability to function in Public school

long term (12 months) Return to Public School

short term (6 months) starting 2/88 Attend class here (at Homestead) Regulary.

I see my self as of making a big improvement in school from the outside, I've attended class Regulary, and enjoy school much more than I used to. With school I would like to attend a diffrent school system besides Thornton ACADAMY.

TF.FD.17.31.001988

Chuck
Hall

8.

CASE Confrance                    8/24
AS far AS school is Concerned I
feel that I could go to A
public school and take care
of myself appropriatly.

TF.FD.17.31.001989

Individual Educational Program: Status Report and Update

Instructional Area __Overall Academic Observations__

Member __Chuck Hall__                     Date of Report __8/25/88__

Dates covered by Report: __2/29/88__ to __8/25/88__

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1. Behavior Assessment

   Individual Conduct

   Withdrawal

   Maturation

   Social Aggression

2. Long-Term Educational Goal:
      To return to public school.

3. Goals for current period of instruction:
   Academic:                                    Percentage of Success Achieved
      1. To work diligently in all subjects, achieving grades of A or B in
         each subject.                                          All but one

   Behavioral:
      1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".  75%
      2. Act as a regular and ordinary member, avoiding putting himself above the rules.             75%
      3. Be respectful of the needs and rights of fellow students.                                   85%
      4. Follow school rules and teachers' directions.                                               90%

4. General comment and observation:  Chuck's overall school performance since his
      last case conference has noticeably slipped.  There is some respectable academic
      work, but the theme running through the teachers' reports is that Chuck has not
      put in an honest effort.  Instead he has relied on his charm and "buttering up"
      of the teachers.  But the charm and cooperativeness seem to be superficial
      when it comes to his fellow students.  I see the progress Chuck has made since
      his arrival but there is plenty of room for improvement.

5. Objectives to work on for the next six-month period:
   Academic:

      1. To work diligently in all subjects, achieving grades of A or B in each subject.

   Behavioral:
      1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".
      2. Act as a regular and ordinary member, avoiding putting himself above the rules.
      3. Be respectful of the needs and rights of fellow students.
      4. Follow school rules and teachers' directions

6. Hours of instruction: 25 wks.   Grade: __P__   Teacher: __Fred Ketchum-Education Supervisor__

TF.FD.17.31.001990

Ex.63 Page 124 of 192   Case 4:21-cv-08001-BCW   Document 70-66   Filed 04/29/24   Page 124 of 192

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine 04605

Charles Hall       Treatment Summary      August 25, 1988

This is a summary of the progress Chuck has made on his treatment issues since his last case conference on 2/29/88. It will include recommendations for the next 6 months.

Issue # 1   Criminal behavior (theft, property destruction)

Status: Chuck chose to go AWOL from a group trip on 8/12/88, taking with him several articles not belonging to him. Theft charges have been filed. Chuck was also out until approximately 2 a.m. on a recent home visit, in the company of several youths who were drinking. The driver of the vehicle Chuck was in was stopped for speeding. Chuck was still on probation at that time. To my knowledge, no charges wre pressed for that incident. Chuck has minimized the severity of his behavior and shown little if any remorse.

Recommendation: Homestead plans to follow through on the theft charges. If is clear that Chuck is not taking his behavior seriously, or anticipating the probable consequences. Continue per present plan.

Issue # 2   Manipulation/subtle manipulation of others (Seeing himself as above the rules).

Status: The only clear example of this, aside from those listed above, had to do with Chuck's request to get an off-grounds job. He had permission to get some job applications; he proceeded to accept a job and actually start working without either parental or Case Manager permission. (This was for 2 days over a weekend). While this could be seen as positive - Chuck taking the initiative, etc. - it was also clearly overstepping the boundaries of his responsibility.

Recommendation: Continue present plan.

TF.FD.17.31.001991

2.

Issue # 3 Poor peer interaction skills (Threatening, antagonizing, making hurtful comments, etc.).

Status: Chuck has had no specific problems in this area, but his general inter-action style with peers is certainly not direct nor assertive.

Recommendation: Change short term goal to read: Learn to verbalize opinions and feelings to peers in an open, honest and assertive way.

Issue # 4 Family stress related to adoption

Status: Chuck has recently been involved in some family therapy sessions while on home visits and has gone on 2 extended family trips. Chuck has voiced displeasure here at how the therapy sessions have gone, but has not dealt directly with those involved. In ITG, Chuck has been reluctant to examine feelings toward family members, despite group pressure to do so. He is currently feeling that a return home not what he wants, but has no definite alternate plan. Chuck has not sufficiently addressed the issue of his adoption, nor his feelings about it, to the best of my knowledge.

Recommendation: Continue present plan. A decision about Chuck's future after Homestead must be made by the involved parties in the near future, since he turns 18 on 4/6/89.

Issue # 5 Confussion over sense of self and sexual idenity.

Status: Chuck's pattern of passively reacting and refusing to take an active stance has recently become quite clear. He avoids looking at critical identity issues in ITG, often using other members to get him off the hook. His recent AWOL from the group trip followed a discussion of this issue, and Chuck chose to run away. It is obvious that this one treatment issue is far from being resolved.

Recommendation: Continue per present plan.

Issue # 6 Non-compliance with Rules and Authority.

Status: Chuck appears to have learned superficial behavioral compliance with rules, and has kept himself out of major trouble until the recent AWOL/theft incident. His actual respect for rules or authority or his understanding of why they are important, is questionable.

Recommendation: Change short term goal to read - demonstrates consistently respectful attitude toward those in authority. Continue present plan.

TF.FD.17.31.001992

. 3.

Issue # 7 Inability to function in public school

Status/Recommendation: Refer to education section of report.


Overall Recommendation: As Chuck's ability to play the "I don't have any real problems" game is decreasing with time, he is growing more and more uncomfortable. He dislikes the group pressure to really look at himself or his situation, and is becoming fearful of turning 18 fairly soon with no definte plan in mind. This increase stress may be excatly what Chuck needs to motivate himself towards positive change. Certainly his decision to run away put him clearly in the spotlight for group and staff attention. His placement at Homestead needs to continue, with a primary focus on what Chuck wants for his personal future and what he intends to do about making it happen.


*Pat Bousquet, LMSW*
Pat Bousquet, LMSW

TF.FD.17.31.001993

4.

Case Conference Report                    Chuck Hall

1) History of Criminal Behavoirs theft, destruction of property

Long term goal (12 months) "learn to get needs met in other healthy ways"

Short term goal (6 months) "Elimanate crimanal behaviors"

I feel I have done some improvement on this issue. I have recently gone A.w.o.l. And side a sleeping bag. But that's the only part of crimanal behavoir that I have shown since I've been at homestead

2) Manopulation intimidation (subtle) and lying (seeing self above the rules)

longterm (12 months) learn that rules apply to him to. "He is not better"

Short term (6 months) Eliminate manipulation and intimidation

I think I have Eliminated a great part of this issue. I don't go around trying to intimidate others. And I don't see my self going around trying to minipulate others to get my own way.

TF.FD.17.31.001994

*CASE conference*   *chuck*
*Hall*   5.
*8/24*

3) Poor Peer Interaction Skills (threatning, antagonizing, Making Hurtfull coments, sarcastic remarks, etc.)

Long term (12 months) Learn to get along with others

Short term (6 months) Elimanate fighting, antagonizing, etc.

I see this as a minor issue for myself. I've had no problems since I've been at Homestead with fighting, and I've recieved no consequences for antagonizing I have antagonized somewhat but I don't think of it as a major issue.

4) Family stress related to adoption issue and poor parent/child comunication.

Longterm (12 months) Resolve negative feelings

Short term (6 months) begin to identify and talk about issues.

Communication is the biggest part of this issue And that's the only part of the up above listed problems that I see as a Serious issue,

TF.FD.17.31.001995

*Case Confrance* — Chuck b.
2/11 8/14

Confusion over self and sexual identity

Long term (12 months) Gain sense of self and selfacceptance

Short term (6 months) Begin to Identify and discuss issues

I don't see this as an issue for myself, I can accept ~~these~~ who I am and what people think of me and what I think of myself.

6) Non-compliance with rules and authority and verbal disrespect
Long term - learn to resolve difrences in healthy ways

Short term - learn to accept staff authority

I see disrespect as a minor issue due to the fact that I have not recieved a consequences that I remember for disrespect Non-Compliance I have had incedents of non-compliance but I don't see it as a chronic problem.

TF.FD.17.31.001996

*Case Conference* 5/24 *Check ∅ll* 7.

4) Inability to function in Public school

long term (12 months) Return to Public School

Short term (6 months) starting 2/88 Attend class here (at Homestead) Regulary.

I see my self as of making a big improvement in school from the outside, I've attended class Regulary and enjoy school much more than I used to. With school I would like to attend a diffrent school system besides Thornton ACADAMY.

TF.FD.17.31.001997

Chup 8.
3/11

CASe Conference          8/24
AS for AS school is Concerned I
feel that I could go to P
public School and take care
of myself appropriatly

TF.FD.17.31.001998

Ex.65 Page 132 of 192    Case 4:21-cv-08001-BCW    Document 70-66    Filed 04/29/24    Page 132 of 192

Case 2:23-cv-06021-BCW    Document 70-66    Filed 04/29/24    Page 133 of 192

| ATE/<br>M APR. | THERAPEUTIC ISSUES(NUMBER) | GOALS<br>L=LONG/S=SHORT | TARGET<br>DATE | SPECIFIC<br>TREATMENT STRATEGY | STATUS | RESP.<br>PARTI |
|---|---|---|---|---|---|---|
| /29/88 | 1. Criminal Behavior (Theft, Property destruction) | L - Learn to get needs met in other healthier ways | 2/89 | 1. Immediate 3 day restriction for any criminal behaviors/notify Probation Officer and look into pressing charges. Learning experience should focus on other ways to get needs met. | started | ALL |
| | | S - Eliminate criminal behaviors | 8/88 | 2. Discuss in Intensive Therapy Group. | started | CM |
| ./29/88 | 2. Manipulation/subtle intimidation of others and lying (seeing self as above the rules) | L - Learn that rules apply to him and others equally, that he is not "better" | 2/89 | 1. 3 day restriction plan for manipulation and/or intimidation. Learning experience should focus on why rules apply to everyone and include apology to victim. | 2/29/88 | ALL |
| | | S - Eliminate manipulation and intimidation | 8/88 | 2. Discuss in Intensive Therapy Group. | started | CM |
| ?/29/88 | 3. Poor peer interaction skills (threatening, antagonizing, making hurtful, sarcastic remarks, etc.) | L - Learn ways to get along with others | 2/89 | 1. Encourage getting along during program, in school, etc. Give praise for co-operation. | started | ALL |
| | | S - Eliminate fighting, antagonizing, etc. | 8/88 | 2. Discuss in Intensive Therapy Group. | started | CM |
| | | | | 3. 3 day restriction plan for instances of target behavior. | 2/29/88 | ALL |
| :/29/88 | 4. Family stress related to adoption issue and poor parent/child communication | L - Resolve negative feelings | 2/89 | 1. Discuss in Intensive Therapy Group. | started | CM |
| | | S - Begin to identify and talk about issues | 8/88 | 2. Use open house and other family contact to promote positive interaction. | started | A |
| | | | | 3. Use Home Visits to improve interaction. | started | Chuck family |
| | | | | 4. Begin family counseling | Level II | Chuck family |
| | | | | 5. Write up and discuss phone calls home in Intensive Therapy Group. | started | CM |

HP-1 11/87
HOMESTEAD PROJECT, INC.  P.O. BOX 663  ELLSWORTH, MAINE  04605

Ex. C, Page 133 of 1002

Document 70-66    Filed 04/29/24    Page 133 of 192

TF.FD.17.31.001999

Case 4:23-cv-00001-BCW   Document 70-66   Filed 04/29/24   Page 134 of 192

TF.FD.17.31.002000
Exhibit 2213 - 06

| Date | Problem | Goal | Date | Plan | Status | Resp. |
|---|---|---|---|---|---|---|
| ./29/88 | 5. Confusion over sense of self and sexual identity | L – Gain sense of self and self-acceptance | 2/89 | 1. Discuss in Intensive Therapy Group. | started | CM |
| | | S – Begin to identify and discuss issues | 8/88 | 2. Discuss in family counseling. | Level II | Chuck family |
| ./29/88 | 6. Non-compliance with rules and authority and verbal disrespect. | L – Learn how to resolve differences in healthy ways | 2/89 | 1. Minimum 1 day restriction plan for instances of target behavior. | started | ALL |
| | | | | 2. Discuss in Intensive Therapy Group. | started | CM |
| | | S – Learn to accept staff authority | 8/88 | 3. If disrespect is not blatant ("I don't feel like it", "I'll be there when I finish this", etc.) Chuck should earn an immediate one hour of IWP. | 2/29/88 | ALL |
| | | | | 4. Breaking communication while on restriction = immediate one hour of IWP. | 2/29/88 | ALL |
| 2/29/88 | 7. Inability to function in public school | L – Return to public school | 2/89 | 1. Refer to I.E.P. | Started | Fred K. |
| | | S – attend classes here regularly | 2/88 | | | |

HP-1 11/87
HOMESTEAD PROJECT, INC.  P.O. BOX 663  ELLSWORTH, MAINE  04605

MEMBER: Charles Hall
DATE: 11/18/87

BEHAVIOR MANAGEMENT HIERARCHY OF INTERVENTION (initial appropriate interventions to use and note any contraindications).

| | |
|---|---|
| PB | Request for Behavior Change |
| PB | Scolding |
| PB | Confrontation |
| PB | Fines |
| PB | Lines |
| PB | Essays |
| PB | Corner Time |
| PB | Early Beds |
| PB | Additional Chores |
| PB | Scrubbing |
| PB | Visual Reminders of Negative Behavior - with Clinical approval |
| PB | Restriction Table |
| PB | Communication Bans (Clinical Approval for more than 24 hours) |
| PB | Jumpsuit for Restriction (blue) - as needed |
| PB | Jumpsuit for Suicide Watch (red) |
| PB | Jumpsuit for Run Watch (blue) |
| PB | Moon Boots - as needed |
| PB | Privilege Bans |
| PB | Member - Initiated Isolation |
| PB | Staff - Initiated Isolation |
| PB | Floor Scrubbing Chore (walk through) |
| PB | Passive Physical Restraint |
| PB | Restriction Status |
| PB | Intensive Work Program |
| | Other (Specify) |

HP - 1 - 11/87 PAGE 5
HOMESTEAD PROJECT, INC. P.O. BOX 663 ELLSWORTH, MAINE 04605

TF.FD.05.01.001518

Case 4:21-cv-00201-BCW   Document 70-66   Filed 04/29/24   Page 136 of 192

TF.FD.05.01.001519

| TE/ APR. | THERAPEUTIC ISSUES(NUMBER) | GOALS L=LONG/S=SHORT | TARGET DATE | SPECIFIC TREATMENT STRATEGY | STATUS | RE PA |
|---|---|---|---|---|---|---|
| /18/87 | 1. Criminal behavior (theft, property destruction) | L - Learn to get needs met in other healthier ways | 12 mos | 1. Immediate 3 Day Restriction Plan for any criminal behaviors/notify Probation Officer and look into pressing charges L.E. should focus on other ways to get needs met | Started | ALL |
| | | S - Eliminate criminal behaviors | 6 mos | 2. Discuss in Intensive Therapy Group | Started | CM |
| /18/87 | 2. Manipulation/Subtle intimidation of others and lying (seeing self as above the rules) | L - Learn that rules apply to him and others equally that he is not "better" | 12 mos | 1. 1 Day Restriction Plan for manipulation and/or intimidation. L.E. should focus on why rules apply to everyone and includes apology to victim | Started | AL |
| | | | | 2. Discuss in Intensive Therapy Group | Started | CM |
| | | S - Eliminate manipulation and intimidation | 6 mos | | | |
| /18/87 | 3. Poor peer interaction skills | L - Learn ways to get along with others | 12 mos | 1. Encourage getting along during program, in school, etc. Give praise for co-opera-tion | Started | AL |
| | | S - Eliminate fighting, antago-nizing, etc. | 6 mos | 2. Discuss in Intensive Therapy Group | Started | CM |
| l/18/87 | 4. Family stress related to adoption issue and poor parent/child communication | L - Resolve nega-tive feelings | 12 mos | 1. Discuss in Intensive Therapy Group | Started | CM |
| | | | | 2. Use open house and other family contact to promote positive interaction | Started | AL |
| | | S - Begin to iden-tify and talk about issues | 6 mos | 3. Use home visits to improve interaction | Phase II | CM fa |
| | | | | 4. Begin family counseling | Phase | CM fa |
| | | | | 5. Write-up and discuss phone calls home in Intensive Therapy Group | Phase II | CM AL |
| l/18/87 | 5. Confusion over sense of self and sexual identity | L - Gain sense of self and self-acceptance | 12 mos | 1. Discuss in Intensive Therapy Group | Started | CM |
| | | | | 2. Discuss in family counseling | Phase II | CM fa |
| | | S - Begin to iden-tify and discuss issues | | | | |

'-1   11/87   3RD PAGE

| DATE/APR. | THERAPEUTIC ISSUES(NUMBER) | GOALS L=LONG/S=SHORT | TARGET DATE | SPECIFIC TREATMENT STRATEGY | STATUS | R P |
|---|---|---|---|---|---|---|
| 1/18/87 | 6. Non-compliance with rules and authority | L - Learn how to resolve differences in healthy ways | 12 mos | 1. Minimum 1 Day Restriction Plan for non-compliance | Started | A |
| | | S - Learn to accept staff authority | 6 mos | 2. Discuss in Intensive Therapy Group | Started | C |
| 1/18/87 | 7. Inability to function in public school | L - Return to public school | 12 mos | Refer to I.E.P. | | H T |
| | | S - Attend classes here regularly | 6 mos | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

PROJECTED TREATMENT/PLAN REVIEW CONFERENCE DATES: 2/88

PERSONS TO BE INVITED: Parents
Probation Officer
School Personnel

PERSONS PRESENT (NAME & TITLE):

REQUIRED SIGNATURES:

DIRECTOR OF TREATMENT SERVICES: _Pauis Smith LSu_

CASE MANAGER/THERAPIST: _Katrin A. Bergenstein_

EDUCATION SUPERVISOR: _Fred Ketchum dated 1/28/8_

HOMESTEAD MEMBER: _Charles M Hall_

LEGAL GUARDIAN: _Charles U Hall   Dorothy L. Hall_

PLACEMENT AGENCY: _____

TF.FD.05.01.001520

| DATE | THERAPEUTIC ISSUES (NO.) | GOALS L=LONG/S=SHORT | TARGET DATE | SPECIFIC TREATMENT STRATEGY | STATUS | RESP. PARTY |
|---|---|---|---|---|---|---|
| 2/29/88 | 1. Criminal Behavior (Theft, Property destruction) | L – Learn to get needs met in other healthier ways<br>S – Eliminate criminal behaviors | 2/89<br><br>2/89 | 1. Immediate 3 day restriction for any criminal behaviors/notify Probation Officer and look into pressing charges. Learning experience should focus on other ways to get needs met.<br>2. Discuss in Intensive Therapy Group.<br>3. Member and his belongings will be searched upon return from home visits and unsupervised off grounds trip. | started<br><br><br><br><br><br>started<br><br>Started | ALL<br><br><br><br><br><br>CM<br><br>Staff |
| 2/29/88 | 2. Manipulation/subtle intimidation of others and lying (seeing self as above the rules) | L – Learn that rules apply to him and others equally, that he is not "better"<br>S – Eliminate manipulation and intimidation | 2/89<br><br><br><br><br>2/89 | 1. 3 day restriction plan for manipulation and/or intimidation. Learning experience should focus on why rules apply to everyone and include apology to victim.<br>2. Discuss in Intensive Therapy Group. | 2/29/88<br><br><br><br><br>started | ALL<br><br><br><br><br>CM |
| 8/25/88<br><br><br>2/29/88 | 3. Poor peer interaction skills (threatening, antagonizing, making hurtful, sarcastic remarks, etc.) | S–Learn to verbalize in an open honest, and assertive way | 12/88 | 1. Encourage getting along during program, in school, etc. Give praise for co-operation.<br>2. Discuss in Intensive Therapy Group.<br>3. 3 day restriction plan for instances of target behavior. | started<br><br><br>started<br><br>2/29/88 | ALL<br><br><br>CM<br><br>ALL |
| 2/29/88 | 4. Family stress related to adoption issue and poor parent/child communication | L – Resolve negative feelings<br>S – Begin to identify and talk about issues | 2/89<br><br><br>2/89 | 1. Discuss in Intensive Therapy Group.<br>2. Use open house and other family contact to promote positive interaction.<br>3. Use Home Visits to improve interaction.<br>4. Begin family counseling.<br>5. Write up and discuss phone calls home in Intensive Therapy Group. | started<br><br>started<br><br><br><br>started<br><br>Level II<br>started | CM<br><br>ALL<br><br><br><br>Chuck family<br>Chuck family<br>CM |

TF.FD.05.01.000604

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/29/88 | 5. Confusion over sense of self and sexual identity | L – Gain sense of self and self-acceptance<br>S – Begin to identify and discuss issues | 2/89<br><br>2/69 | 1. Discuss in Intensive Therapy Group.<br>2. Discuss in family counseling. | started<br><br>Level II | OM<br><br>Chuck family |
| 8/25/88 | 6. Non-compliance with rules and authority and verbal disrespect. | S-Demonstrate a consistenly respectful attitude to authority figures | 12/88 | 1. Minimum 1 day restriction plan for instances of target behavior.<br>2. Discuss in Intensive Therapy Group.<br>3. If disrespect is not blatant ("I don't feel like it", "I'll be there when I finish this", etc.) Chuck should earn an immediate one hour of IWP.<br>4. Breaking communication while on restriction = immediate one hour of IWP. | started<br><br>started<br><br>2/29/88<br><br>2/29/88 | ALL<br><br>OM<br><br>ALL<br><br>ALL |
| 8/25/88 | 7. Inability to function in public school | S-Develop specific re-entry plan (credits, grade, placements, etc.)<br>S-Arrange for 2 week trial home/school visits then evaluate for return | 2/89 | 1. Refer to I.E.P. | Started | Fred K. |

TF.FD.05.01.000605

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine 04605

PROJECTED TREATMENT PLAN REVIEW DATES: 12/88 and/or 2/89

PERSONS TO BE INVITED: Same as below — School person

PERSONS PRESENT AT CURRENT CONFERENCE:
Mr and Mrs Charles Hall
Fred Ketchum
Pat Bousquet
Chuck Hall - member

REQUIRED SIGNATURES:

DIRECTOR OF TREATMENT SERVICES: _Sally L. Smith LCSW_ 10/14/88

CASE MANAGER/THERAPIST: _Patricia Bousquet MSW_

EDUCATION SUPERVISOR: _Fred Ketchum MEd_

HOMESTEAD MEMBER: _Chuck Hall_

LEGAL GUARDIAN: _____

member's name _Chuck Hall_____

TF.FD.05.01.000606

Individual Educational Program: Status Report and Update          10.

Instructional Area _____ Writing Skills ____

ember ___ Charles Hall _____          Date of Report _____ 8/25/88 _____

ates covered by Report: ___ 2/29/88 _____ to _____ 6/10/00 _____

|                       | No Problem Noted | Moderate Problem | Severe Problem |
|-----------------------|:---:|:---:|:---:|

. Behavior Assessment

   Individual Conduct    X

   Withdrawal            X

   Maturation            X

   Social Aggression     X

   1          2          3          4          5

. Long-Term Educational Goal:
   To return to public school at grade level.

. Goals for current period of instruction:
   Academic:                                    Percentage of Success Achieved
      1.  To write on self-selected and assigned topics.                80%
      2.  To become fluent in various types of writing.                 90%
      3.  To learn to write using correct grammar and spelling.         90%
      4.  To have conferences with class members to aid in revising writing.   85%

   Behavioral:
   1.  Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".   85%
   2.  Act as a regular and ordinary member, avoiding putting himself above the rules.             80%
   3.  Be respectful of the needs and rights of fellow students.                                   80%
   4.  Follow school rules and teachers' directions.                                               85%

. General comment and observation:   Chuck has shown good writing skills during
   this semester.  He has written on a variety of subjects, exhibiting good mechanical
   and organizational skills as well as knowledge of audience and purpose.  Chuck
   occasionally has a tendency to talk too much and he could have produced more work.
   Still, for the most part, Chuck's behavior has been exemplary and he has been
   a good role model.  Chuck has a desire to continue his education; his writing
   skills should send him well in this endeavor.

. Objectives to work on for the next six -month period:
   Academic:
      1.  To write on self-selected and assigned topics.
      2.  To become fluent in various types of writing.
      3.  To learn to write using correct grammar and spelling.
      4.  To have conferences with class members to aid in revising writing.

   Behavioral:
   1.  Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".
   2.  Act as a regular and ordinary member, avoiding putting himself above the rules.
   3.  Be respectful of the needs and rights of fellow students.
   4.  Follow school rules and teachers' directions

. Hours of instruction: ___ 23 ___ Grade: ____ B ____ Teacher: __ Stephen Krichels _____

TF.FD.05.01.000607

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine 04605

Charles Hall          Treatment Summary          August 25, 1988

This is a summary of the progress Chuck has made on his treatment issues since his last case conference on 2/29/88. It will include recommendations for the next 6 months.

Issue # 1  Criminal behavior (theft, property destruction)

Status:  Chuck chose to go AWOL from a group trip on 8/12/88, taking with him several articles not belonging to him. Theft charges have been filed. Chuck was also out until approximately 2 a.m. on a recent home visit, in the company of several youths who were drinking. The driver of the vehicle Chuck was in was stopped for speeding. Chuck was still on probation at that time. To my knowledge, no charges wre pressed for that incident. Chuck has minimized the severity of his behavior and shown little if any remorse.

Recommendation:  Homestead plans to follow through on the theft charges. If is clear that Chuck is not taking his behavior seriously, or anticipating the probable consequences. Continue per present plan.

Issue # 2  Manipulation/subtle manipulation of others (Seeing himself as above the rules).

Status:  The only clear example of this, aside from those listed above, had to do with Chuck's request to get an off-grounds job. He had permission to get some job applications; he proceeded to accept a job and actually start working without either parental or Case Manager permission. (This was for 2 days over a weekend). While this could be seen as positive – Chuck taking the initiative, etc. – it was also clearly overstepping the boundaries of his responsibility.

Recommendation:  Continue present plan.

TF.FD.05.01.000608

Issue # 3 Poor peer interaction skills (Threatening, antagonizing, making hurtful comments, etc.).

Status: Chuck has had no specific problems in this area, but his general inter-action style with peers is certainly not direct nor assertive.

Recommendation: Change short term goal to read: Learn to verbalize opinions and feelings to peers in an open, honest and assertive way.

Issue # 4 Family stress related to adoption

Status: Chuck has recently been involved in some family therapy sessions while on home visits and has gone on 2 extended family trips. Chuck has voiced displeasure here at how the therapy sessions have gone, but has not dealt directly with those involved. In ITG, Chuck has been reluctant to examine feelings toward family members, despite group pressure to do so. He is currently feeling that a return home not what he wants, but has no definite alternate plan. Chuck has not sufficiently addressed the issue of his adoption, nor his feelings about it, to the best of my knowledge.

Recommendation: Continue present plan. A decision about Chuck's future after Homestead must be made by the involved parties in the near future, since he turns 18 on 4/6/89.

Issue # 5 Confussion over sense of self and sexual idenity.

Status: Chuck's pattern of passively reacting and refusing to take an active stance has recently become quite clear. He avoids looking at critical identity issues in ITG, often using other members to get him off the hook. His recent AWOL from the group trip followed a discussion of this issue, and Chuck chose to run away. It is obvious that this one treatment issue is far from being resolved.

Recommendation: Continue per present plan.

Issue # 6 Non-compliance with Rules and Authority.

Status: Chuck appears to have learned superficial behavioral compliance with rules, and has kept himself out of major trouble until the recent AWOL/theft incident. His actual respect for rules or authority or his understanding of why they are important, is questionable.

Recommendation: Change short term goal to read - demonstrates consistently respectful attitude toward those in authority. Continue present plan.

TF.FD.05.01.000609

Issue # 7 Inability to function in public school

Status/Recommendation: Refer to education section of report.

Overall Recommendation: As Chuck's ability to play the "I don't have any real problems" game is decreasing with time, he is growing more and more uncomfortable. He dislikes the group pressure to really look at himself or his situation, and is becoming fearful of turning 18 fairly soon with no definte plan in mind. This increase stress may be excatly what Chuck needs to motivate himself towards positive change. Certainly his decision to run away put him clearly in the spotlight for group and staff attention. His placement at Homestead needs to continue, with a primary focus on what Chuck wants for his personal future and what he intends to do about making it happen.

_Pat Bousquet, LMSW_
Pat Bousquet, LMSW

TF.FD.05.01.000610

# The Homestead Project



POST OFFICE BOX 663
ELLSWORTH, MAINE 04605
(207) 667-2021

July 30, 1987

Larry Spencer
Special Services Coordinator
School Union #7
Tasker Street
Saco, Maine   04072

Dear Larry:

We are planning on admitting Charles Hall at 11:30 a.m. on Monday, August 3, 1987.  We are still waiting for the DSM III diagnosis which is needed for our records.  Pat Bousquet, the Case Manager/Therapist, will be in contact with Chuck's family regarding the admission.

Thank you for your continuing assistance.

Sincerely,

Douglas Houck, Ed.D.
Executive Director

cc:  Pat Bousquet, Case Manager
     Mr. Charles Hall

TF.FD.05.01.000611

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine    04605

October 26, 1987

Mrs. Dorothy Hall
73 Jenkins Road
Saco, Maine    04072

Dear Mrs. Hall:

When Chuck  had his physical with Dr. Kipperman on September 4, 1987,, a flat, black mole approximately 3cm  was found  on the posterior surface of Chuck's right shoulder.  Dr. Kipperman asked me to  have it  evaluated by  a dermatologist.   This morning Dr. Thomas Watt in Bangor examined Chuck.

Dr. Watt's feeling is that the mole is probably safe at this time, but most likely is the type that will become cancerous with time.  Dr. Watt's recommended treatment is removal  and analysis. The  removal  would  be  done  in  the  doctor's office as an out patient procedure.  Under a local  anesthetic, a  shallow disc of skin would be removed.

Before  I  schedule  this  procedure, I would like a written statement from you either giving or denying your permission.

Please also enclose a  few  more  completed  insurance forms with your answer.  If you have any questions, please feel free to call me here at Homestead.

Sincerely,

Al Jenkins LPN

Al Jenkins, LPN

c.c:  Sally L. Smith, Director of Treatment Services
      Chuck's Master File

AJ/jf

TF.FD.05.01.000612

MEMBER: Charles Hall

DATE: 11/18/87

## MASTER TREATMENT PLAN

NOW ON PHASE:___II___     TREATMENT PLANNING CONFERENCE #_____

DATE OF ARRIVAL:____8/5/87__ DATE OF BIRTH:____4/6/71_____

REASONS FOR REFERRAL:

1. History of criminal behavior -- currently on probation
2. History of passive/aggressive and manipulating behaviors
3. Poor peer interaction skills
4. Family stress related to adoption issue
5. Poor parent/child communication
6. Confusion over sense of self and sexual identity
7. Non-compliance with rules and authority

FINDINGS OF ASSESSMENT:

MENTAL HEALTH:

Charles has kept a low profile since admission, staying out of major trouble and learning the ropes. He had plans to go A.W.O.L. with other members, but was found out. He appears very sensitive to issues of family fighting, loss and abandonment, and parental alcohol use in Intensive Therapy Group. He is starting to use group therapy effectively.

EDUCATIONAL:

HP - 1  11/87  PAGE 1
HOMESTEAD PROJECT, INC.  P.O. BOX 663  ELLSWORTH, MAINE   04605

TF.FD.05.01.000613

MEMBER: _CHARLES HALL_
DATE: _11/18/87_

MASTER TREATMENT PLAN

NOW ON PHASE : _II_  TREATMENT PLANNING CONFERENCE #_____

DATE OF ARRIVAL: _8/5/87_ DATE OF BIRTH: _4/6/71_

REASONS FOR REFERRAL:

6d from I.S.P.

FINDINGS OF ASSESSMENT:

MENTAL HEALTH:

EDUCATIONAL:

MEDICAL:

MR. HALL PSYCHIATRIC: _Check presents as a pleasant, personable and pleasant, lovable boy, who is affable, who shows..._

HP-1-09/87
HOMESTEAD PROJECT, INC.   P.O. BOX 663   ELLSWORTH, MAINE, 04605

TF.FD.05.01.000614

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine    04605

February 18, 1988

Dear ___*Charles & Dorothy*___ :

We are scheduling an extended home visit for our members this coming Easter.  The members will be leaving Homestead at around noon on Thursday, March 31, 1988, and arrive home later that afternoon or evening.  They will be home on Good Friday, April 1st, Saturday, April 2nd, and Sunday, April 3rd.  They should come back to Homestead on Monday, April 4th.

It is expected that all of the members will be home on these dates.  If some clinical reason should interfere with these plans, I am requesting that the Case Manager let you and me know as soon as possible. If there is a reason why you will not be able to have your son or daughter home at this time, I wish to request that you contact the Case Manager and provide the Case Manager with a grandparent or other relative with whom your child could visit during this period.

It is important that our young people have the opportunity to spend some time with their loved ones.  Families are very important, especially at holiday times.  If you should have any questions or concerns about these plans, please call.

Thank you for your continuing work, effort, and support.

Sincerely,

Douglas W. Houck, Ed.D.
Executive Director

DWH/jmf

TF.FD.05.01.000720

2/29/88 9.

Case Conffrance
behaior #7 Non Complaince with rules and
authority.

Long term goal "learn to resolve different healthier ways" target date 12 months.

Short term "learn to accept staff authority. target date 6 months.

I dont usaly see my self as Non Complicant that often but I would like to keep the goals the way they are.

TF.FD.05.01.000167

2/29/88                              10.

Case Conference

behavior the inability to function in
public school
            long term goals "Return to
public school" target date 12 months
            short term "Attend classes
here regulary. target date 6 months

            At the present time
I feel I'm doing well in
school I'm enjoying it. And
I would like to resume going
to public school as soon as
possible.

TF.FD.05.01.000168

2/22/05 5.

Case Confrance

behavior #3  Poor Peer interaction skills

long term goal is to learn how to get along with others" target date 12 months.

Short term goal is to "learn to stop fighting and antagonizing with my peers" target date 6months

I feel I'm doing alright in this area. I don't see my ~~self~~ self antagonizing. I would like to see the goals on this particular treatment issue changed. I also see my self as having some positive relationships with staff and members.

TF.FD.05.01.000234

2/22/88

6.

Case Confrance.

behavor #4   Family stress related issues
with adoption.

Long term goal is to "Resolve negative
feelings". target date 12 months

Short term goals are to "Begin
to Identify and talk about issues"
target date 6 months

I realy haven't started dealing
with this issue. But I would like
to keep these goals the way they
are. As soon as I start to work
on this issue I would like to start
family counciling.

TF.FD.05.01.000235

2/29/88                                          7.

Case Confrance

behavior #5      Poor parent/child comunication
Long term goal "Resolve negative
feelings". target date 6 months
Short term goal " Begin to
Identify and talk about issues"
target date 6 months
Same personal feedback
as behavior #4.

TF.FD.05.01.000236

2/29/88                                                8.

Case Confrance

behavior #6 Confusion over self and sexual
identity.

Long term goal is to "Gain self
and ~~self~~ sexual acceptance. target date
12 month short term "Begin to identify
and discuss" target date 6 months

I feel that I can
accept myself and have others
accept me for who I am
and I don't feel that this
is a major issue for me
and I feel that the goals
can be changed.

TF.FD.05.01.000237

Case Confrance

behavior #7 Don Complaince with roles and authority.

Long term goal "learn to resolve diffrent heathier ways" target date 12 months.

short term "learn to accept staff authority. target date 6 months.

I dont usaly see my self as Non Compleant that often but I would like to keep the goals the way they are!

TF.FD.05.01.000238

2/29/88

10.

Case Conference

behavior the inability to function in
Public school

        long term goals "Return to
public school". target date 12 months
        short term "Attend classes
here regulary. target date 6 months

        At the present time
I feel I'm doing well in
School I'm enjoying it. And
I would like to resume going
to public school as soon as
possible.

TF.FD.05.01.000239

Individual Educational Program: Status Report a Update

Instructional Area ____Overall Academic Observations

Member __Chuck Hall__                    Date of Report __2/29/88__

Dates covered by Report: ___8/5/87___ to ___2/29/88___

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1. Behavior Assessment

Individual Conduct — X (around 2.5)

Withdrawal — X (around 1.5)

Maturation — X (around 1)

Social Aggression — X (around 2)

Scale: 1  2  3  4  5

2. Long-Term Educational Goal:
   To return to public school.

3. Goals for current period of instruction:
   Academic:                                         Percentage of Success Achieved
   1. Attend class each day as scheduled.                        95%
   2. Engage in assigned schoolwork without disturbing others.   85%
   3. Be responsible for materials used in class.                95%
   4. Be honest about school work.                               80%

   Behavioral:

4. General comment and observation:   Chuck's school work has improved in the last six weeks, giving him a B average.  He has the capability of being a good student and is growing in that direction.  Some areas which need attention are:  1) a real committment to learning, even if it means hard work, 2) a committment to being personally honest and straightforward when relating to staff and fellow students.

5. Objectives to work on for the next four-month period:
   Academic:

   1. Work diligently in all subjects, earning A's and B's in all subjects.

   Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulation and "buttering up
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.
   3. Be respectful of the needs and rights of his fellow students.
   4. Follow school rules and teacher's direction.

6. Hours of instruction: __27 wks__ Grade:____P____ Teacher:_Fred Ketchum-Education Supervisor
                    (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.05.01.000240

Individual Educational Program: Status Report and Update

Instructional Area ___Health___

Member ___Chuck Hall___        Date of Report ___2/29/88___

Dates covered by Report: ___9/13/87___ to ___2/29/88___

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1. Behavior Assessment

   Individual Conduct

   Withdrawal

   Maturation

   Social Aggression

   1    2    3    4    5

2. Long-Term Educational Goal:

   Return to public school.

3. Goals for current period of instruction:

   Academic:                                     Percentage of Success Achieved
   1. Complete modules on nutrition, digestion and alcohol awareness.   100%
   2. Complete reading assigned in text, _Essentials of Health_.        100%
   3. Be involved in class discussions.                                 100%
   4. Maintain an accuracy level of 80% or better on tests and quizzes. 100%

   Behavioral:
   1. Be prepared with all necessary materials for school.   90%
   2. Work independently, to the best of ability.            90%
   3. Engage in assigned schoolwork without disturbing others. 85%
   4. Be honest about schoolwork.                            90%

4. General comment and observation:   Chuck has been working hard lately on his health work. He has handed in homework on time and the quality has been acceptable. Chuck's school behavior has been erratic. He can be distracting and destructive during discussions but usually turns it around after feedback. Chuck has improved his behavior during the last two weeks. This needs his continued attention.

5. Objectives to work on for the next four-month period:
   Academic:
   1. Complete modules on Sexual Awareness and Substance Abuse.
   2. Be involved in all discussions appropriately.
   3. Make up missed work when class is unattended.
   4. Hand in school work on time.

   Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulation and "buttering up".
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.
   3. Be respectful of the needs and rights of his fellow students.
   4. Follow school rules and teacher's directions.

6. Hours of instruction: __40__  Grade: __A__  Teacher: __Richard Dupont__
   (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.05.01.000241

2/22/88

O.

Case Confrance.

behavior #4  Family stress related issues with adoption.

Long term goal is to "Resolve negative feelings". target date 12 months

Short term goals are to "Begin to Identify and talk about issues" target date 6 months

I realy haven't started dealing with this issue. But I would like to keep these goals the way they are. As soon as I start to work on this issue I would like to start family counciling.

TF.FD.05.01.000565

2/29/88          1/.

Case Confrance

behavior #5     Poor parent/child comunication
Long term goal "Resolve negative feelings". target date 12 months
Short term goal " Begin to Identify and talk about issues" target date 6 months
Same personal feedback as behavior #4.

TF.FD.05.01.000566

2/29/88                                                    8.

Case Confrance
behavior #6   Confusion over self and sexual
identity.
          Long term goal is to "Gain self
and ~~self~~ sexual acceptance. target date
12 month   Short term "Begin to identify
and discuss" target date 6months

          I feel that I can
accept myself and have others
accept me for who I am
and I don't feel that this
is a major issue for me
and I feel that the goals
can be changed.

TF.FD.05.01.000567

MEDICAL REPORT

Chuck Hall                                                                    2/29/88

| | |
|---|---|
| 8/5/87 | Admitted to Homestead. No major illnesses or surgery. No medications at this time. Denies any medical problems. |
| 9/4/87 | To Dr. McCann for eye exam. Vision is 20/25. |
| 9/4/87 | To Dr. Kipperman for physical. 136½ lbs., 68½" and B/P 122/80. Polio, T.B. and D.T. immunizations given. Consult with Dr. Watt requested for a black mole on right shoulder. |
| 9/17/87 | To Dr. Goodman for ISP evaluation. |
| 10/23/87 | To Dr. Meyer for dental exam, x-rays, cleaning and flouride treatment. To return for further work. |
| 10/26/87 | To Dr. Watt for evaluation of mole on posterior right shoulder. Mole is flat, black and approximately 3 cm. Dr. Watt recommends removal as it appears to be a pre-cancerous mole. Parents will be notified first. |
| 11/16/87 | To Dr. Watt for removal of possbile pre-cancerous mole on posterior surface of right shoulder. Sample sent for biopsy. Chuck tolerated local anesthetic and removal very well. |
| 12/9/87 | To Dr. Meyer for dental fillings. To return for more work. |
| 12/10/87 | Results from biopsy of mole, totally benign. |
| 12/15/87 | To Dr. Meyer for fillings. |
| 12/30/87 | To Dr. Meyer for fillings. |
| 2/3/88 | To Dr. Meyer for fillings. |

A.L. Jenkins, LPN

**H O M E S T E A D**   PO BOX 661, ELLSWORTH, MAINE 04605   207/667-2021

HALL00008340

0123

TF.FD.17.10.000085

17.

## FINAL MEDICAL REPORT

Chuck Hall                                                                12/14/88

8/23/88      Date of last medical report.

11/2/88      To Dr. Meyer for fillings.

11/9/88      To Dr. Goodman for yearly evaluation.

12/6/88      To Dr. Meyer for fillings.  To return on 12/15/88 to finish
             up work.

_Bonnie Moretto LPN_
Bonnie Moretto, LPN

0172

**H O M E S T E A D**   PO BOX 663   ELLSWORTH MAINE 04605   207/667-2021

HALL00008389

TF.FD.17.10.000086



TREATMENT SUMMARY

Chuck Hall                                                    2/29/88

This report will identify the progress which Chuck has made in dealing with his treatment issues since his admission to Homestead on 8/5/87. Included will be treatment recommendations for the coming six months.

Issue #1:  Criminal Behavior (theft, property destruction)
Status:  The only problems in this area have been related to going AWOL on one occasion, and planning to run with other members a second time.  Staff members have had suspicions that Chuck could be involved in some unsolved thefts around the Lodge and at Ramsay Hall, but so far these suspicions are unsubstantiated.
Recommendation:  Continue present plan, since it is possible that Chuck is engaged in criminal behavior but hasn't yet been caught.

Issue #2:  Manipulation/Subtle Intimidation of Others (seeing himself as above the rules)
Status:  Chuck has had three incidents of manipulation since admission, most recently in early February.  This behavior is a primary treatment concern, since the attendant attitude of "I'll get whatever I want however I can" permeates most of Chuck's interactions.  The fact that he is extremely subtle and difficult to pin down has made it hard for staff to address this issue.
Recommendation:  Modify treatment strategy #1 from one day restriction to three days restriction for instances of target behavior.  When Chuck is caught, the penalty must be severe enough for him to realize how serious this misbehavior is.

Issue #3:  Poor Peer Interaction Skills (threatening; antagonism; making hurtful, sarcastic comments to other members)
Status:  Chuck has spent time on restriction twice for threatening, and once for    making inappropriate comments.
Recommendation:  Add treatment strategy #3:  "Three day restriction plan for instances of target behaviors".  Add specifics, in parenthesis, to description of issue.

Issue #4:  Family Stress Related to Adoption
Status:  Chuck has done very little work in Intensive Therapy Group on this issue.  Although family visits have gone well thus far, Mr. and Mrs. Hall have been advised that including Chuck in family counseling is premature until he does some serious groundwork here first.  Write-ups of phone calls and home visits have been marginally adequate.
Recommendation:  Continue present plan.

Issue #5:  Confusion Over Sense of Self and Sexual Identity
Status:  Chuck has barely started to use Intensive Therapy Group to look at



**HOMESTEAD**  PO BOX 663  ELLSWORTH, MAINE 04605  207/667-2021

Sally L. Smith MSW, LCSW
DIRECTOR OF TREATMENT

David R. Bousquet M.ED
CASE MANAGER, THERAPIST

Brenda L. Simon BA, LSW
CASE MANAGER/AFTERCARE COORDINATOR

Mark Jones MA
CASE MANAGER, THERAPIST

Karin Shearer MSW
CASE MANAGER, THERAPIST

Patricia A. Bousquet MSW, LMSW
CASE MANAGER, THERAPIST

TF.FD.05.01.000560

this issue. The problem can be seen most clearly when he follows others into negative behaviors or attitudes as a way of gaining acceptance, rather than thinking for himself.
Recommendation: Continue present plan.

Issue #6: Non-Compliance with Rules and Authority
Status: Chuck has been on restriction twice for outright non-compliance and once for "hands-on" behavior (aggressive "play" with roommates after lights out). He appears to have a significant problem following bedtime rules, often earning low-level consequences for his night time acting out. His compliance with staff direction often has a subtly disrespectful flavor.
Recommendation: Continue present plan, but add "verbal disrespect" to issue description and target behaviors earning minimum one day restriction plan. If disrespect is not blatant ("I don't feel like it", "I'll be there when I finish this" etc.) Chuck should earn an immediate one hour of I.W.P.. This will become intervention #3 on present plan. Intervention #4 will be added: breaking communication while on restriction = immediate one hour of I.W.P..

Issue #7: Inability to Function in Public School (refer to education report)

Overall Recommendation: Chuck has created a difficulty by presenting himself to other members as someone with few (if any) serious treatment issues. He realizes now that he is wasting time and needs to begin using Intensive Therapy Group, but he is fearful of the reaction group members may have to this attitude change. Addressing this problem head-on needs to be the first order of business if Chuck is to get off dead center and begin making progress. He certainly needs to continue his placement for the coming six months.

Pat Bousquet, LMSW
Case Manager/Therapist

TF.FD.05.01.000561

case confrance
2/29/88

5.

Case Confrance        write up        1st page

behavior #1)    History of criminal behaviors.
theft of property, destruction
of property.
Long term goal "learn to get
needs met in other healthy
ways" target date 12 months.
Short term goal "Elinate criminal
behaviors" target date 6 months

personal feedback.
     I haven't shown any criminal
behaviors of any sort since I've
been here at Homestead. I don't
realy see this as a behavioral
problem for myself as much
as it was on the outside
Due to the fact that I
have realized and learned that
it's not the right thing to
do.
     So if I had a choice on
which one I wanted to work on
it would probably be the short
term goal

TF.FD.05.01.000562

case conference
3/30/08

4.

bavior #2

History of passive/agresive and
manipulating behaviors

long term goal "learn that rules
apply to him and others equaly";
"that he is not "Better" than any
one" target date 12 months

Short term goal " Elimanate
manipulative and intimadating
behaviors". target date 6 months

personal feedback

This is the behavior that
I show the most. Not as much
the intimadating as the manipulating
behaviors.

If I had the choice
between the long term and
the short term goals. I would
like to work on both and
I feel I. I would like
and need to work on this
behavior.

TF.FD.05.01.000563

2/29/88                                          3,

Case Confrance

behavior #3   Poor Peer interaction skills

long term goal is to learn how
to get along with others " target
date 12 months.

Short term goal is to "learn
to stop fighting and antagonizing
with my peers" target date 6months

I feel I'm doing alright in
this area. I don't see my ~~selfe~~
self antagonizing. I would like to
see the goals on this particular
treatment issue changed. I also
see my self as having some
positive relationships with
Staff and members.

TF.FD.05.01.000564

4.

Case Conference Report                          Chuck 2/all

1) History of Criminal Behaviors theft, destruction of property

Long term goal (12 Months) "learn to get needs met in other healthy ways"

Short term goal (6 Months) "Elimanate crimanal behaviors"

I feel I have done some improvement on this issue. I have recently gone A.W.O.L. and stole a sleeping bag. But that's the only part of crimanal behavoir that I have shown since I've been at homestead

2) Manupulation intimidation (subtle) and lying (seeing self above the rules)

long term (12 months) learn that rules apply to him to. "He is not better"

short term (6 months) Elimonate manipulation and intimadation

I think I have Elimanated a great part of this issue. I don't go around trying to intimadate others. And I don't see my self going around trying to minipulate others to get my own way.

TF.FD.05.01.000533

*Case Conference*

*CRWX*
*2/all*
*8/24*
*5.*

3) Poor Peer Interaction Skills (threatning, antagonizing, Making Hurtfull Coments, sarcastic remarks, etc.)

Long term (12 months) Learn to get along with others

Short term (6 months) Elimanate fighting, antagonizing, etc.

I see this as a Minor issue for myself. Ive had no problems since Ive been at Homestead with fighting, and Ive recieved no consequences for antagonizing. I have antagonized somewhat but I don't think of it as a major issue.

4) Family stress related to adoption issue and poor parent/child comunication.

Longterm (12 months) Resolve negative Feelings

Short term (6 months) begin to identify and talk about issues.

Comunication is the biggest part of this issue And that's the only part of the up above listed problems that I see as a Serious issue,

TF.FD.05.01.000534

Case Confrance

chuck b.
2/11
8/24

Confusion over self and sexual identity

Long term (12 months) Gain sense of
self and self acceptance

Short term (6 months) Begin to Identify
and discuss issues

I don't see this as an issue for
myself, I can accept ~~that~~ who I
am and what people think of me
and what I think of myself.

6) Non-compliance with rules and authority
and verbal disrespect.
Long term - learn to resolve difrences in
healthy ways

Short term - learn to accept staff
authority

I see disrespect as a Minor
issue due to the fact that
I have not recieved a consequences
that I remember for disrespect
Non-Compliance I have had
incedents of non-compliance
but I don't see it as a
chronic problem.

TF.FD.05.01.000136

Instructional Area _Overall Academic Observations

Member ____Chuck Hall_____     Date of Report ___8/25/88_____

Dates covered by Report: _____2/29/88_____ to _____8/25/88_____

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

. Behavior Assessment

   Individual Conduct  |——————+——X———————+———————+———————|

   Withdrawal  |———X———— +————————————+———————+————————|

   Maturation  |———X————+———————————+———+————————|

   Social Aggression  |——X———+————————+————————+———|
          1       2      3      4     5

.. Long-Term Educational Goal:
   To return to public school.

. Goals for current period of instruction:
Academic:                            Percentage of Success Achieved

   1. To work diligently in all subjects, achieving grades of A or B in
      each subject.                         All but one

Behavioral:
1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".   75%
2. Act as a regular and ordinary member, avoiding putting himself above the rules.   75%
3. Be respectful of the needs and rights of fellow students.   85%
4. Follow school rules and teachers' directions.   90%

. General comment and observation:   Chuck's overall school performance since his
   last case conference has noticeably slipped. There is some respectable academic
   work, but the theme running through the teachers' reports is that Chuck has not
   put in an honest effort. Instead he has relied on his charm and "buttering up"
   of the teachers. But the charm and cooperativeness seem to be superficial
   when it comes to his fellow students. I see the progress Chuck has made since
   his arrival but there is plenty of room for improvement.

. Objectives to work on for the next six -month period:
Academic:

   1. To work diligently in all subjects, achieving grades of A or B in each subject.

Behavioral:
1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".
2. Act as a regular and ordinary member, avoiding putting himself above the rules.
3. Be respectful of the needs and rights of fellow students.
4. Follow school rules and teachers' directions

. Hours of instruction: _25 wks.__ Grade:_P_____ Teacher:_Fred Ketchum-Education Supervisor_
                (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.002007

Individual Educational Program: Status Report and Update

Instructional Area _____Writing Skills_____

ember ____Charles Hall____     Date of Report _____8/25/88_____

ates covered by Report: ____2/29/88____ to _____6/10/00_____

| | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

Behavior Assessment

Individual Conduct    X

Withdrawal    X

Maturation    X

Social Aggression    X

1     2     3     4     5

Long-Term Educational Goal:
To return to public school at grade level.

Goals for current period of instruction:

Academic:      Percentage of Success Achieved

1. To write on self-selected and assigned topics.    80%
2. To become fluent in various types of writing.    90%
3. To learn to write using correct grammar and spelling.    90%
4. To have conferences with class members to aid in revising writing.    85%

Behavioral:

1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".   85%
2. Act as a regular and ordinary member, avoiding putting himself above the rules.   80%
3. Be respectful of the needs and rights of fellow students.   80%
4. Follow school rules and teachers' directions.   85%

General comment and observation:   Chuck has shown good writing skills during this semester. He has written on a variety of subjects, exhibiting good mechanical and organizational skills as well as knowledge of audience and purpose. Chuck occasionally has a tendency to talk too much and he could have produced more work. Still, for the most part, Chuck's behavior has been exemplary and he has been a good role model. Chuck has a desire to continue his education; his writing skills should send him well in this endeavor.

Objectives to work on for the next six-month period:

Academic:

1. To write on self-selected and assigned topics.
2. To become fluent in various types of writing.
3. To learn to write using correct grammar and spelling.
4. To have conferences with class members to aid in revising writing.

Behavioral:

1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".
2. Act as a regular and ordinary member, avoiding putting himself above the rules.
3. Be respectful of the needs and rights of fellow students.
4. Follow school rules and teachers' directions

Hours of instruction: __23__ Grade: __B__ Teacher: __Stephen Krichels__
(Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.002008

Individual Educational Program: Status Report and Update

Instructional Area _ English _____

Member __ Charles Hall _____        Date of Report __ 8/22/88 _____

Dates covered by Report: __ 2/29/88 _____ to _____ 6/10/88 _____

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1. Behavior Assessment

   Individual Conduct

   Withdrawal

   Maturation

   Social Aggression

       1        2        3        4        5

2. Long-Term Educational Goal:
   To return to public school.

3. Goals for current period of instruction:
   Academic:                                          Percentage of Success Achieved
       1. To work in Understanding Literature.                    95%
       2. To work on writing in Organizing and Reporting.         90%
       3. To work in SRA lab.                                     90%

   Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up". 85%
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.           85%
   3. Be respectful of the needs and rights of fellow students.                                 90%
   4. Follow school rules and teachers' directions.                                             90%

4. General comment and observation:  Chuck does not utilize his full capacity.  He
   tries to manipulate instead of concentrating and doing his best work at times.
   He is a pleasant person to work with.  Most of the time he is helpful and co-
   operative.

5. Objectives to work on for the next six -month period:
   Academic:
       1. Perform well in the Summer Program.
       2. Read in SRA lab.
       3. Read in Exploring Literature.

   Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.
   3. Be respectful of the needs and rights of fellow students.
   4. Follow school rules and teachers' directions

6. Hours of instruction: __56__ Grade: __B+__ Teacher: __Katherine Sweek _____
                    (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.002009

Instructional Area  __Practical Arts_____

Member __Chuck Hall_____    Date of Report __8/25/88_____

Dates covered by Report: ____2/29/88_____ to _____5/31/88_____

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

**Behavior Assessment**

Individual Conduct  (X near position between 1 and 2)

Withdrawal  (X near position 1)

Maturation  (X near position 1)

Social Aggression  (X near position 1)

scale: 1   2   3   4   5

**Long-Term Educational Goal:**
To gain an awareness of the proper use of hand and power tools.

**Goals for current period of instruction:**

| Academic: | Percentage of Success Achieved |
|---|---|
| 1.  Come prepared to all classes. | 90% |
| 2.  Follow all safety procedures, wearing safety equipment when necessary. | 100% |
| 3.  Show patience and courtesy when working with or around others. | 80% |
| 4.  Complete project in allotted time. | 100% |

**Behavioral:**

| | |
|---|---|
| 1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up". | 80% |
| 2. Act as a regular and ordinary member, avoiding putting himself above the rules. | 80% |
| 3. Be respectful of the needs and rights of fellow students. | 80% |
| 4. Follow school rules and teachers' directions. | 90% |

**General comment and observation:**    Chuck's performance during this project was satisfactory.  Chuck improved in his use of tools, following directions and working among others.  I was pleased with Chuck's overall performance.

**Objectives to work on for the next six -month period:**
Academic:
1.  Come prepared to all classes.
2.  Follow all safety procedures, wearing safety equipment when necessary.
3.  Show patience and courtesy when working with or around others.
4.  Complete project in allotted time.

Behavioral:
1. Speak clearly and plainly to get his needs met, avoiding manipulating and "butterning up".
2. Act as a regular and ordinary member, avoiding putting himself above the rules.
3. Be respectful of the needs and rights of fellow students.
4. Follow school rules and teachers' directions

Hours of instruction:____13___ Grade:____P_____ Teacher:__Richard Dupont_____
(Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.002010

Individual Educational Program:  Status Report and Update

Instructional Area _____Science_____

Member __Chuck Hall_____          Date of Report ___8/25/88_____

Dates covered by Report: ___2/29/88_____ to _____6/10/00_____

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|

1.  Behavior Assessment

    Individual Conduct    X

    Withdrawal            X

    Maturation            X

    Social Aggression     X
                          1        2        3        4        5

2.  Long-Term Educational Goal:
    Return to public school.

3.  Goals for current period of instruction:

    Academic:                                          Percentage of Success Achieved
    1.  Complete all assigned reading and writing.                 100%
    2.  Maintain a 90% level of accuracy on all written work.      100%
    3.  Correct or re-do all unsatisfactory papers.                90%
    4.  Participate in lab and field activities.                   90%

    Behavioral:
    1.  Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".   50%
    2.  Act as a regular and ordinary member, avoiding putting himself above the rules.             70%
    3.  Be respectful of the needs and rights of fellow students.                                   65%
    4.  Follow school rules and teachers' directions.                                               90%

4.  General comment and observation:   The superficial nature of Chuck's polite and cooperative
    demeanor can be fully appreciated when he is in the company of peers and unaware of the
    presence of adults.  Chuck readily puts down others - taking advantage of his familiarity
    with the program and his seniority among the members.  He continues to use sarcastic
    humor and subtle insults to express himself.
        Chuck is very bright, and capable of using charm and influence in a helpful positive
    nature.

5.  Objectives to work on for the next six -month period:
    Academic:

    1.  Continue meeting all reading and writing requirements.
    2.  Continue current level of achievement in written work.
    3.  Act as a peer tutor when requested.
    4.  Participate in class discussions.

    Behavioral:
    1.  Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".
    2.  Act as a regular and ordinary member, avoiding putting himself above the rules.
    3.  Be respectful of the needs and rights of fellow students.
    4.  Follow school rules and teachers' directions

6.  Hours of instruction: __59__ Grade: __A____ Teacher: __Richard Hirte_____
                        (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.002011

Individual Educational Program:  Status Report and Update

Instructional Area __Social Studies__

ember __Chuck Hall__                    Date of Report __8/25/88__

ates covered by Report: ___2/29/88___ to ___6/10/88___

|                    | No Problem Noted | Moderate Problem | Severe Problem |
|--------------------|------------------|------------------|----------------|

. Behavior Assessment

Individual Conduct          X (occasional antagonism and disruptiveness)

Withdrawal          X

Maturation          X

Social Aggression          X
            1        2        3        4        5

. Long-Term Educational Goal:
   1.  Obtain a basic understanding and appreciation of United States History.
   2.  Return to public school.
. Goals for current period of instruction:

Percentage of Success Achieved

Academic:
   1.  Keep pace with the class in United States History, level 3.   85%
   2.  Complete 12 hours of Maine Studies.                          100%
   3.  Actively participate in classroom activities.                 85%
   4.  Maintain an accuracy level of 85% or better.                  70%

Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".   100%
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.              60%
   3. Be respectful of the needs and rights of fellow students.                                    70%
   4. Follow school rules and teachers' directions.                                                60%

. General comment and observation:   I have been disappointed in Chuck's behavior since the last case conference.  Since February he has passed assignments in late, antogonized other members and fooled around in class to a greater degree than he had in the past.  Though he has made progress, I feel he needs to do much more work before he will be ready to leave Homestead.

. Objectives to work on for the next six-month period:
   Academic:
   1.  Keep pace with the class in United States History, level 3.
   2.  Actively participate in the Maine studies program.
   3.  Actively participate in classroom activities.
   4.  Maintain an accuracy level of 85% or better.

   Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.
   3. Be respectful of the needs and rights of fellow students.
   4. Follow school rules and teachers' directions

. Hours of instruction:__40__ Grade:__C__ Teacher: __Doug Fogg__
          (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.002012

Individual Educational Program: Status Report and Update

Instructional Area _____ Math _____

Member ____ Chuck Hall _____     Date of Report ____ 8/22/88 _____

Dates covered by Report: ____ 2/29/88 ____ to ____ 5/31/88 _____

|  | No Problem Noted | Moderate Problem | Severe Problem |
|---|---|---|---|
| 1. Behavior Assessment | | | |

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Individual Conduct | | X | | | |
| Withdrawal | X | | | | |
| Maturation | X | | | | |
| Social Aggression | X | | | | |

2. Long-Term Educational Goal:
   1. To complete Silver Berdett level 8 with an 80% or better average.*
   2. To return to public school.

3. Goals for current period of instruction:

   Academic:                                          Percentage of Success Achieved

|  |  |  |
|---|---|---|
| 1. Finish chapter 4 (Fractions) with an 80% or better average. | 100% |
| 2. Complete chapter 5 (Ratio, Prop. & %) with an 80% or better average. | 100% |
| 3. Complete chapter 6 (Geometry) with an 80% or better average. | 90% |
| 4. Complete chapter 7 (Area and Volume) with an 80% or better average. | 0% |

   Behavioral:

|  |  |
|---|---|
| 1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up". | 65% |
| 2. Act as a regular and ordinary member, avoiding putting himself above the rules. | 65% |
| 3. Be respectful of the needs and rights of fellow students. | 85% |
| 4. Follow school rules and teachers' directions. | 95% |

4. General comment and observation:  Chuck's behavior has slipped since he has become more comfortable with the program and since he has been charged with upper phase responsibilities. (See behavioral 1&2 above.) In spite of this, Chuck is a very upbeat member of the class although he states every day that he hates math. Although he will probably never be a mathematics super star, he holds his own very well. He asks questions readily, listens to the answers given, and works to improve his skills.

5. Objectives to work on for the next six-month period:
   Academic:
      *Chuck has moved into an Addison Wesley consumer math book at his request. This seems like an appropriate area for Chuck to be working in.
      1. Complete chapter 1 (Calculating, Organizing Data & Formulas) with an 80% or better average.
      2. Complete chapter 2 (Earning Money) with an 80% or better average.

   Behavioral:
   1. Speak clearly and plainly to get his needs met, avoiding manipulating and "buttering up".
   2. Act as a regular and ordinary member, avoiding putting himself above the rules.
   3. Be respectful of the needs and rights of fellow students.
   4. Follow school rules and teachers' directions

6. Hours of instruction:____ 48 ____ Grade:__ A- ____ Teacher: Barbara Fenderson _____
                     (Grades of A, B, C, D, F, or Passing can be assigned)

TF.FD.17.31.002013

your copy

10/14/88

MEMBER: Charles Hall

DATE: 8/25/88

## MASTER TREATMENT PLAN

NOW ON LEVEL: III    TREATMENT PLANNING CONFERENCE # 3

DATE OF ARRIVAL: 8/5/87  DATE OF BIRTH: 4/6/71

REASONS FOR REFERRAL:

1. History of criminal behavior -- currently on probation
2. History of passive/aggressive and manipulating behaviors
3. Poor peer interaction skills
4. Family stress related to adoption issue
5. Poor parent/child communication
6. Confusion over sense of self and sexual identity
7. Non-compliance with rules and authority

FINDINGS OF ASSESSMENT:

   MENTAL HEALTH:

11/18/87 Charles has kept a low profile since admission, staying out of major trouble and learning the ropes. He had plans to go A.W.O.L. with other members, but was found out. He appears very sensitive to issues of family fighting, loss and abandonment, and parental alcohol use in Intensive Therapy Group. He is starting to use group therapy effectively.

2/29/88 Chuck has created a difficulty by presenting himself to other members as someone with few (if any) serious treatment issues. He realizes now that he is wasting time and needs to begin using Intensive Therapy Group, but he is fearful of the reaction group members may have to this attitude change. Addressing this problem head-on needs to be the first order of business if Chick is to get off dead center and begin making progress. He certainly needs to continue his placement for the coming six months.

8/25/88 As Chuck's ability to play the "I don't have any real problems" game is decreasing with time, he is growing more and more uncomfortable. He dislikes the group pressure to really look at himself or his situation, and is becoming fearful of turning 18 fairly soon with no definite plan in mind. This increased stress may be exactly what Chuck needs to motivate himself towards positive change. Certainly his decision to run away put him clearly in the spotlight for group and staff attention.

TF.FD.05.01.001405

His placement at Homestead needs to continue, with a primary focus on what Chuck wants for his personal future and what he intends to do about making it happen.

EDUCATIONAL:

11/18/87  See I.E.P.

2/29/88  Chuck's school work has improved in the last six weeks, giving him a B average. He has the capability of being a good student and is growing in that direction. Some areas which need attention are: 1) a real commitment to learning, even if it means hard work, 2) a commitment to being personally honest and straight forward when relating to staff and fellow students.

8/25/88 see I.E.P.

MEDICAL: see nurses notes of previous plan/daily chart

PSYCHIATRIC:see previous plan dated 11/17/87

TF.FD.05.01.001406

MEMBER: Charles Hall

DATE: 2/29/88

## MASTER TREATMENT PLAN

NOW ON LEVEL: II    TREATMENT PLANNING CONFERENCE # 2

DATE OF ARRIVAL: 8/5/87 DATE OF BIRTH: 4/6/71

REASONS FOR REFERRAL:

1. History of criminal behavior -- currently on probation
2. History of passive/aggressive and manipulating behaviors
3. Poor peer interaction skills
4. Family stress related to adoption issue
5. Poor parent/child communication
6. Confusion over sense of self and sexual identity
7. Non-compliance with rules and authority

FINDINGS OF ASSESSMENT:

MENTAL HEALTH:

11/18/87  Charles has kept a low profile since admission, staying out of major trouble and learning the ropes. He had plans to go A.W.O.L. with other members, but was found out. He appears very sensitive to issues of family fighting, loss and abandonment, and parental alcohol use in Intensive Therapy Group. He is starting to use group therapy effectively.

2/29/88  Chuck has created a difficulty by presenting himself to other members as someone with few (if any) serious treatment issues. He realizes now that he is wasting time and needs to begin using Intensive Therapy Group, but he is fearful of the reaction group members may have to this attitude change. Addressing this problem head-on needs to be the first order of business if Chick is to get off dead center and begin making progress. He certainly needs to continue his placement for the coming six months.

EDUCATIONAL:

11/18/87  See I.E.P.

HP - 1  11/87  PAGE 1
HOMESTEAD PROJECT, INC.   P.O. BOX 663   ELLSWORTH, MAINE   04605

TF.FD.05.01.001460

Case 4:23-cv-10001-BCW    Document 70-66    Filed 04/29/24    Page 183 of 192
TF.FD.05.01.001461

| DATE/<br>M APR. | THERAPEUTIC ISSUES (NUMBER) | GOALS<br>L=LONG/S=SHORT | TARGET<br>DATE | SPECIFIC<br>TREATMENT STRATEGY | STATUS | RES<br>PART |
|---|---|---|---|---|---|---|
| /29/88 | 1. Criminal Behavior (Theft, Property destruction) | L - Learn to get needs met in other healthier ways | 2/89 | 1. Immediate 3 day restriction for any criminal behaviors/notify Probation Officer and look into pressing charges. Learning experience should focus on other ways to get needs met. | started | ALL |
| | | S - Eliminate criminal behaviors | 8/88 | 2. Discuss in Intensive Therapy Group. | started | CM |
| /29/88 | 2. Manipulation/subtle intimidation of others and lying (seeing self as above the rules) | L - Learn that rules apply to him and others equally, that he is not "better" | 2/89 | 1. 3 day restriction plan for manipulation and/or intimidation. Learning experience should focus on why rules apply to everyone and include apology to victim. | 2/29/88 | ALL |
| | | S - Eliminate manipulation and intimidation | 8/88 | 2. Discuss in Intensive Therapy Group. | started | CM |
| /29/88 | 3. Poor peer interaction skills (threatening, antagonizing, making hurtful, sarcastic remarks, etc.) | L - Learn ways to get along with others | 2/89 | 1. Encourage getting along during program, in school, etc. Give praise for co-operation. | started | ALL |
| | | S - Eliminate fighting, antagonizing, etc. | 8/88 | 2. Discuss in Intensive Therapy Group. | started | CM |
| | | | | 3. 3 day restriction plan for instances of target behavior. | 2/29/88 | ALL |
| /29/88 | 4. Family stress related to adoption issue and poor parent/child communication | L - Resolve negative feelings | 2/89 | 1. Discuss in Intensive Therapy Group. | started | CM |
| | | S - Begin to identify and talk about issues | 8/88 | 2. Use open house and other family contact to promote positive interaction. | started | ALL |
| | | | | 3. Use Home Visits to improve interaction. | started | Chuck family |
| | | | | 4. Begin family counseling | Level II | Chuck family |
| | | | | 5. Write up and discuss phone calls home in Intensive Therapy Group. | started | CM |

HP-1 11/87
HOMESTEAD PROJECT, INC.  P.O. BOX 663  ELLSWORTH, MAINE  04605

Case 4:21-cv-00001-BCW   Document 70-66   Filed 04/29/24   Page 184 of 192

TF.FD.05.01.001462

| /29/88 | 5. Confusion over sense of self and sexual identity | L – Gain sense of self and self-acceptance | 2/89 | 1. Discuss in Intensive Therapy Group. | started | CM |
| | | S – Begin to identify and discuss issues | 8/88 | 2. Discuss in family counseling. | Level II | Chuck family |
| /29/88 | 6. Non-compliance with rules and authority and verbal disrespect. | L – Learn how to resolve differences in healthy ways | 2/89 | 1. Minimum 1 day restriction plan for instances of target behavior. | started | ALL |
| | | | | 2. Discuss in Intensive Therapy Group. | started | CM |
| | | S – Learn to accept staff authority | 8/88 | 3. If disrespect is not blatant ("I don't feel like it", "I'll be there when I finish this", etc.) Chuck should earn an immediate one hour of IWP. | 2/29/88 | ALL |
| | | | | 4. Breaking communication while on restriction = immediate one hour of IWP. | 2/29/88 | ALL |
| /29/88 | 7. Inability to function in public school | L – Return to public school | 2/89 | 1. Refer to I.E.P. | Started | Fred K. |
| | | S – attend classes here regularly | 2/88 | | | |

HP-1 11/87
HOMESTEAD PROJECT, INC.  P.O. BOX 663  ELLSWORTH, MAINE  04605

2/29/88   Chuck's school work has improved in the last six weeks, giving him a B average. He has the capability of being a good student and is growing in that direction. Some areas which need attention are:  1) a real commitment to learning, even if it means hard work, 2) a commitment to being personally honest and straightforward when relating to staff and fellow students.

MEDICAL:

PSYCHIATRIC:

HP-1  11/87  PAGE 2

TF.FD.05.01.001463

:CTED TREATMENT/PLAN REVIEW CONFERENCE DATES:    8/88

JNS TO BE INVITED:
its, Probation Officer, School Personnel

JNS PRESENT (NAME & TITLE):

REQUIRED SIGNATURES:

DIRECTOR OF TREATMENT SERVICES: _Polly L. Smith, LCSW_

CASE MANAGER/THERAPIST: _Pat Bouriquet LMSW 4/18/88_

EDUCATION SUPERVISOR: _Fred Ketchum MEd_

HOMESTEAD MEMBER: _____

LEGAL GUARDIAN: _____

PLACEMENT AGENCY: _____

HP-1 11/87
HOMESTEAD PROJECT, INC.  P.O. BOX 663  ELLSWORTH, MAINE  04605

TF.FD.05.01.001464

ECTED TREATMENT/PLAN REVIEW CONFERENCE DATES:   8/88

ONS TO BE INVITED:
nts, Probation Officer, School Personnel


ONS PRESENT (NAME & TITLE):

REQUIRED SIGNATURES:

DIRECTOR OF TREATMENT SERVICES: _Polly Smith LCSW_

CASE MANAGER/THERAPIST: _Pat Bourget LMSW 4/18/88_

EDUCATION SUPERVISOR: _Fred Ketcham MEd_

HOMESTEAD MEMBER: _____

LEGAL GUARDIAN: _____

PLACEMENT AGENCY: _____

HP-1 11/87
HOMESTEAD PROJECT, INC.  P.O. BOX 663  ELLSWORTH, MAINE  04605

TF.FD.05.01.001465

Homestead Project, Inc.
P.O. Box 663
Ellsworth, Maine 04605

July 27, 1988

Mr. and Mrs. Charles Hall
73 Jenkins Road
Saco, Maine 04072

Dear Mr. and Mrs. Hall:

Your son, Chuck, has recently asked to be allowed to exercise 2 upper phase priviledges:

1. Several hours of off-grounds free time during a typical weekend (usually on Saturday afternoons); and

2. Applying for and holding a part-time job, probably in Ellsworth.

I need your written response to these two questions, since your willingness to allow Chuck to excercise off-grounds freedom is very important.

Can you please think about it, call me with any questions/concerns and send me something in writing saying either yes you approve to the questions one and two or no, you disapprove.

I am not going to allow Chuck to use off-grounds time in the future until I hear from you.

Sincerely,

Pat Bousquet, LMSW
Case Manager

cc: John Durant, Residential Life Manager
Sally Ketchum, Director of Treatment
Chuck Hall, member

TF.FD.05.01.001466

Case 2:19-cv-00201-BCW   Document 70-66   Filed 04/29/24   Page 189 of 192

TF.FD.11.00.001603

① mom                    Oct. 21st

What's up, My
phase two review is
a week from today.
But next week were
going for a three day
camping trip. So I'll
call Monday night or
thursday night. Yesterday
I reported three people
for planning a AWOL
and they got disciplined
and run-watch for
three day's. We
also had two phase
one's go AWOL. Staff
also feel that I'm
doing Well.

② right now were watching
a movie "National Lampons
European Vaction" it's alright
but i've seen many times
so I'll wright and
watch. Oh bye the way
Wendeday November 25th
I'll be talking the
bus home and I'll
be getting off in
Biddeford. That's if
I make phase two.
I think I will so when
i get off the bus
if it's before five I'll
walk to the store
but if it's after
five I'll call and
someone can after me

Case 4:21-cv-00001-BCW   Document 70-66   Filed 04/29/24   Page 190 of 192

TF.FD.11.00.001604

0095

④

be able to by
stuff and I'm going
to need some money
for my bos ride.
Tell Michelle that
i'll be down to
see her and I
love her. When
you wright next
please wright down
what the plans
are from wendsday
to Sonday morning
so I can tell you
what my plans
are and what
my goals for
this visit are.

③

this is going to take
for ever to get phase
two but when I
do I'll be able
to make one call
home then the
next week you
can call so on
and soforth. I'll
also be able to
go home once
a month so
hopefully I'll make
it. I can't wait to
see you. Could you
send five dollars
up because on the
camping trip. We'll

Case 4:21-cr-00201-BCW    Document 70-66    Filed 04/29/24    Page 191 of 192

TF.FD.11.00.001605

0096

⑥

my old behaviors,
There's only about
three more minute's
but that's alright
to I'll mail this
out today and
you should get
it friday or saturday
well gotta go

Love

You

Chuck

P.s. Don't forget
to send up
the agenda and
Five love you

⑤

Well that enough about
me how are you? Have
you given Sue the
adress yet. Hopefully
if we go see michelle
I'll have time to
see her and talk
to her alone. I realy
miss her. I'll talk
to people today
to see if they want
Bruno. This time
I don't have to sneak
around to smoke
and I don't have
to steal any thing
because that's not
the way to live and
I want to change



⑦

also tell
Michelle
coming &
thanks gi
tell her
her. So
see you lo
don't forge
pray that
make phase
See's ya

Chica

0097

TF.FD.11.00.001606