# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | HALL, CHARLES | | | | Reg #: | 03766-036 |
| Date of Birth: | 04/06/1971 | Sex: | M | | Race: | WHITE |
| Note Date: | 01/13/2010 16:32 | Provider: | Wittmer, Phillip MD | | Facility: | SPG |

Admin Note encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE 1**  **Provider:** Wittmer, Phillip MD

Pt had successful revision of ileostomy stoma yesterday; he is feeling better though has some residual nausea. Solid oral intake remains less than normal though he is tolerating fluids; no vomitting. Pt. is passing loose stool through the new stoma; mucosa appears pink and healthy. Will resume previous meds and will be working on eventual transfer back to 10 building.

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 77170-SPG | Acetaminophen 325 MG Tab | 01/13/2010 16:32 | Take two tablets by mouth four times daily as needed for pain PLEASE crush due to prior over dose. Must be observed while taking x 30 day(s) Pill Line Only |

    **Indication:** Abdominal pain, Generalized pain, Oth and unspec noninfectious gastroenteritis

    **Start Now:** Yes

        **Night Stock Rx#:**

        **Source:** Nightstock

        **Admin Method:** Pill Line

        **Stop Date:**

        **MAR Label:** Take two tablets by mouth four times daily as needed for pain PLEASE crush due to prior over dose. Must be observed while taking x 30 day(s) Pill Line Only

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 77171-SPG | Azathioprine 50 MG TAB | 01/13/2010 16:32 | Take one tablet by mouth each day x 90 day(s) |

    **Indication:** Regional enteritis of unspecified site

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 77172-SPG | Docusate Sodium 100 MG Cap | 01/13/2010 16:32 | Take two capsules by mouth twice daily x 30 day(s) Pill Line Only |

    **Indication:** Constipation, unspecified

    **Start Now:** Yes

        **Night Stock Rx#:**

        **Source:** Nightstock

        **Admin Method:** Pill Line

        **Stop Date:**

        **MAR Label:** Take two capsules by mouth twice daily x 30 day(s) Pill Line Only

TF.FD.12.05.001431

| Inmate Name: | HALL, CHARLES | | | Reg #: | 03766-036 |
|---|---|---|---|---|---|
| Date of Birth: | 04/06/1971 | Sex: | M | Race: | WHITE |
| Note Date: | 01/13/2010 16:32 | Provider: | Wittmer, Phillip MD | Facility: | SPG |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 77173-SPG | Ferrous Gluconate (5GR) 324 MG Tab | 01/13/2010 16:32 | Take one tablet by mouth twice daily x 30 day(s) Pill Line Only |

> **Indication:** Iron deficiency anemia, unspecified
> **Start Now:** Yes
>> **Night Stock Rx#:**
>> **Source:** Nightstock
>> **Admin Method:** Pill Line
>> **Stop Date:**
>> **MAR Label:** Take one tablet by mouth twice daily x 30 day(s) Pill Line Only

| 77174-SPG | Gemfibrozil 600 MG TAB | 01/13/2010 16:32 | Take one tablet by mouth twice daily x 30 day(s) Pill Line Only |
|---|---|---|---|

> **Indication:** Mixed hyperlipidemia
> **Start Now:** Yes
>> **Night Stock Rx#:**
>> **Source:** Nightstock
>> **Admin Method:** Pill Line
>> **Stop Date:**
>> **MAR Label:** Take one tablet by mouth twice daily x 30 day(s) Pill Line Only

| 77175-SPG | Mesalamine 500 MG ER Cap | 01/13/2010 16:32 | Take two capsules by mouth twice daily x 30 day(s) Pill Line Only |
|---|---|---|---|

> **Indication:** Regional enteritis of unspecified site
> **Start Now:** Yes
>> **Night Stock Rx#:**
>> **Source:** Nightstock
>> **Admin Method:** Pill Line
>> **Stop Date:**
>> **MAR Label:** Take two capsules by mouth twice daily x 30 day(s) Pill Line Only

| 77177-SPG | Omeprazole 20 MG Cap | 01/13/2010 16:32 | Take one capsule by mouth twice daily x 30 day(s) Pill Line Only |
|---|---|---|---|

> **Indication:** Esophageal reflux
> **Start Now:** Yes
>> **Night Stock Rx#:**
>> **Source:** Nightstock
>> **Admin Method:** Pill Line
>> **Stop Date:**
>> **MAR Label:** Take one capsule by mouth twice daily x 30 day(s) Pill Line Only

TF.FD.12.05.001432

| Inmate Name: | HALL, CHARLES | | | Reg #: | 03766-036 |
| Date of Birth: | 04/06/1971 | Sex: | M | Race: | WHITE |
| Note Date: | 01/13/2010 16:32 | Provider: | Wittmer, Phillip MD | Facility: | SPG |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 77178-SPG | PredniSONE 20 MG Tab | 01/13/2010 16:32 | Take one tablet by mouth twice daily x 30 day(s) Pill Line Only |

  Indication: Regional enteritis of unspecified site
  Start Now: Yes
    Night Stock Rx#:
    Source: Nightstock
    Admin Method: Pill Line
    Stop Date:
    MAR Label: Take one tablet by mouth twice daily x 30 day(s) Pill Line Only

Copay Required:No              Cosign Required: No
Telephone/Verbal Order:   No


Completed by Wittmer, Phillip MD on 01/13/2010 16:44

TF.FD.12.05.001433

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | HALL, CHARLES | | | Reg #: | 03766-036 |
|---|---|---|---|---|---|
| Date of Birth: | 04/06/1971 | Sex: | M | Race: | WHITE |
| Note Date: | 01/14/2010 13:14 | Provider: | Choudhury, Mahmood | Facility: | SPG |

Admin Note encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**       Provider: Choudhury, Mahmood MD
Med recociliation :from Dr. Wittmer to Dr. Choudhury.

**Medication Reconciliation.**
**The patient's known medication list was compiled and compared to new and changed BOP orders.**
**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 77866-SPG | Acetaminophen 325 MG Tab | 01/14/2010 13:14 | Take two tablets by mouth four times daily as needed for pain PLEASE crush due to prior over dose. Must be observed while taking x 180 day(s) Pill Line Only |

Indication: Abdominal pain, Generalized pain, Oth and unspec noninfectious gastroenteritis

| 77867-SPG | Azathioprine 50 MG TAB | 01/14/2010 13:14 | Take one tablet by mouth each day x 90 day(s) Pill Line Only |
|---|---|---|---|

Indication: Regional enteritis of unspecified site

| 77868-SPG | Docusate Sodium 100 MG Cap | 01/14/2010 13:14 | Take two capsules by mouth twice daily x 180 day(s) Pill Line Only |
|---|---|---|---|

Indication: Constipation, unspecified

| 77869-SPG | Ferrous Gluconate  (5GR) 324 MG Tab | 01/14/2010 13:14 | Take one tablet by mouth twice daily x 180 day(s) Pill Line Only |
|---|---|---|---|

Indication: Iron deficiency anemia, unspecified

| 77870-SPG | Gemfibrozil 600 MG TAB | 01/14/2010 13:14 | Take one tablet by mouth twice daily x 180 day(s) |
|---|---|---|---|

Indication: Mixed hyperlipidemia

TF.FD.12.05.001422

## Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 77871-SPG | Mesalamine 500 MG ER Cap | 01/14/2010 13:14 | Take two capsules by mouth twice daily x 180 day(s) Pill Line Only |

Indication: Regional enteritis of unspecified site

| 77872-SPG | Omeprazole 20 MG Cap | 01/14/2010 13:14 | Take one capsule by mouth twice daily x 180 day(s) Pill Line Only |
|---|---|---|---|

Indication: Esophageal reflux

| 77873-SPG | PredniSONE 20 MG Tab | 01/14/2010 13:14 | Take one tablet by mouth twice daily x 180 day(s) Pill Line Only |
|---|---|---|---|

Indication: Regional enteritis of unspecified site

## Renew IV Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 77306-SPG | Infliximab 100 MG Inj (900) Sodium CHLORIDE 0.9% Inj 250 ML (250) | 01/14/2010 13:14 | **USE NON-PVC BAG AND 0.22 MICRON INLINE FILTER** x 84 day(s) |

Indication: Regional enteritis of unspecified site

## Reconciled Medications:

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 77866-SPG | Acetaminophen 325 MG Tab | Take two tablets by mouth four times daily as needed for pain PLEASE crush due to prior over dose. Must be observed while taking |
| BOP | Discontinue | Rx | 77170-SPG | Acetaminophen 325 MG Tab | Take two tablets by mouth four times daily as needed for pain PLEASE crush due to prior over dose. Must be observed while taking |

Discontinue Reason: MAR Correction

| BOP | Continue | Rx | 77867-SPG | Azathioprine 50 MG TAB | Take one tablet by mouth each day |
|---|---|---|---|---|---|
| BOP | Discontinue | Rx | 77171-SPG | Azathioprine 50 MG TAB | Take one tablet by mouth each day |

Discontinue Reason: MAR Correction

| BOP | Continue | Rx | 77868-SPG | Docusate Sodium 100 MG Cap | Take two capsules by mouth twice daily |
|---|---|---|---|---|---|
| BOP | Discontinue | Rx | 77172-SPG | Docusate Sodium 100 MG Cap | Take two capsules by mouth twice daily |

Discontinue Reason: MAR Correction

TF.FD.12.05.001423

Inmate Name: HALL, CHARLES
Date of Birth: 04/06/1971
Note Date: 01/14/2010 13:14

Sex: M
Provider: Choudhury, Mahmood

Reg #: 03766-036
Race: WHITE
Facility: SPG

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 77869-SPG | Ferrous Gluconate (5GR) 324 MG Tab | Take one tablet by mouth twice daily |
| BOP | Discontinue | Rx | 77173-SPG | Ferrous Gluconate (5GR) 324 MG Tab | Take one tablet by mouth twice daily |
| | **Discontinue Reason:** MAR Correction | | | | |
| BOP | Continue | Rx | 77767-SPG | Fluoxetine 10 MG Cap | Take one capsule by mouth each morning (take with 60mg dose for total of 70mg each morning ) |
| BOP | Discontinue | Rx | 76267-SPG | Fluoxetine 10 MG Cap | Take one capsule by mouth each morning (take with 60mg dose for total of 70mg each morning ) |
| | **Discontinue Reason:** MAR Correction | | | | |
| BOP | Continue | Rx | 77766-SPG | Fluoxetine 20 MG Cap | Take three capsules by mouth each morning (take with 10mg dose for total of 70mg each morning ) |
| BOP | Discontinue | Rx | 76268-SPG | Fluoxetine 20 MG Cap | Take three capsules by mouth each morning (take with 10mg dose for total of 70mg each morning ) |
| | **Discontinue Reason:** MAR Correction | | | | |
| BOP | Continue | Rx | 77870-SPG | Gemfibrozil 600 MG TAB | Take one tablet by mouth twice daily |
| BOP | Discontinue | Rx | 77174-SPG | Gemfibrozil 600 MG TAB | Take one tablet by mouth twice daily |
| | **Discontinue Reason:** MAR Correction | | | | |
| BOP | Continue | Rx | 77871-SPG | Mesalamine 500 MG ER Cap | Take two capsules by mouth twice daily |
| BOP | Discontinue | Rx | 77175-SPG | Mesalamine 500 MG ER Cap | Take two capsules by mouth twice daily |
| | **Discontinue Reason:** MAR Correction | | | | |
| BOP | Continue | Rx | 77765-SPG | Mirtazapine 15 MG Tab | Take one tablet by mouth at bedtime |
| BOP | Discontinue | Rx | 76271-SPG | Mirtazapine 15 MG Tab | Take one tablet by mouth at bedtime |
| | **Discontinue Reason:** MAR Correction | | | | |
| BOP | Continue | Rx | 77872-SPG | Omeprazole 20 MG Cap | Take one capsule by mouth twice daily |
| BOP | Discontinue | Rx | 77177-SPG | Omeprazole 20 MG Cap | Take one capsule by mouth twice daily |
| | **Discontinue Reason:** MAR Correction | | | | |

TF.FD.12.05.001424

| Inmate Name: | HALL, CHARLES | | | Reg #: | 03766-036 |
|---|---|---|---|---|---|
| Date of Birth: | 04/06/1971 | Sex: | M | Race: | WHITE |
| Note Date: | 01/14/2010 13:14 | Provider: | Choudhury, Mahmood | Facility: | SPG |

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 77873-SPG | PredniSONE 20 MG Tab | Take one tablet by mouth twice daily |
| BOP | Discontinue | Rx | 77178-SPG | PredniSONE 20 MG Tab | Take one tablet by mouth twice daily |
| | **Discontinue Reason:** MAR Correction | | | | |
| BOP | Continue | Rx | 77764-SPG | Trihexyphenidyl 5 MG Tab | Take one tablet by mouth twice daily |
| BOP | Discontinue | Rx | 76275-SPG | Trihexyphenidyl 5 MG Tab | Take one tablet by mouth twice daily |
| | **Discontinue Reason:** MAR Correction | | | | |
| BOP | Continue | Rx | 77770-SPG | Ziprasidone 60 MG Cap | Take two capsules by mouth each evening |
| BOP | Discontinue | Rx | 76276-SPG | Ziprasidone 60 MG Cap | Take two capsules by mouth each evening |
| | **Discontinue Reason:** MAR Correction | | | | |
| BOP | Continue | Rx | 77769-SPG | Ziprasidone 80 MG Cap | Take one capsule by mouth each morning |
| BOP | Discontinue | Rx | 76277-SPG | Ziprasidone 80 MG Cap | Take one capsule by mouth each morning |
| | **Discontinue Reason:** MAR Correction | | | | |
| BOP | Continue | IV | 77306-SPG | Infliximab 100 MG Inj (900 MG) \| Sodium CHLORIDE 0.9% Inj 250 ML (250 ML) | **USE NON-PVC BAG AND 0.22 MICRON INLINE FILTER** |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/14/2010 | Counseling | Plan of Care | Choudhury, Mahmood | Verbalizes Understanding |

pt. understands fully, and has extensive knowledge of his condition and care plans.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Choudhury, Mahmood MD on 01/14/2010 14:04

TF.FD.12.05.001425

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | HALL, CHARLES | | | Reg #: | 03766-036 | |
| Date of Birth: | 04/06/1971 | Sex: | M | Race: | WHITE | |
| Note Date: | 01/20/2010 14:03 | Provider: | Pazera, Joseph PA-C | Facility: | SPG | |

Admin Note encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE 1**      Provider: Pazera, Joseph PA-C

     pt. seen by Dr.Wooten in the GI clinic, his case was assessed. see Dictated note.

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | PredniSONE Tablet | 01/20/2010 14:03 | 15 mg Orally -Two Times a Day x 14 day(s) -- tapering dose- after 2 weeks go to 10 mg po twice daily cont. this for 1 month- pt. will be seen in GI clinic in 4 weeks ( reasess ) |

     **Indication:** Attention to ileostomy, Regional enteritis of unspecified site

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 78050-SPG | PredniSONE 20 MG Tab | 01/20/2010 14:03 | Take one tablet by mouth twice daily |

     **Discontinue Type:** When Pharmacy Processes

     **Discontinue Reason:** status change

**New Laboratory Requests:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| Profile tests-General-CBC (Complete Blood Count) | One Time | | 02/10/2010 00:00 | Routine |

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Gastroenterology | 02/17/2010 | Routine | No | |

     **Reason for Request:**

     pt. has Chronic CROHN'S DZ.- Dr.Wooten wishes to see him in a month. he will need to be followed

     **Provisional Diagnosis:**

     Flare-up of the Crohn's dz.- needing GI consultation

**Other:**

Dr.Wooten did not make any changes with the pt.( althought,the hand written note differed from the dictation, I will need to clarify ) he will f/u with him in 1 month. I will call DR.Wooten and straighten the medication issues out. Note- he would like to taper the pt. down on the prednisone, see the orders. I reviewed the current medication's with Dr.Wooten, prednisone was only med change.

**Disposition:**

     Follow-up at Sick Call as Needed

     Follow-up at Chronic Care Clinic as Needed

TF.FD.12.05.001414

| Inmate Name: | HALL, CHARLES | | | Reg #: | 03766-036 |
| Date of Birth: | 04/06/1971 | Sex: | M | Race: | WHITE |
| Note Date: | 01/20/2010 14:03 | Provider: | Pazera, Joseph PA-C | Facility: | SPG |

**Copay Required:**No        **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Pazera, Joseph PA-C on 01/20/2010 14:46

Requested to be reviewed by Williams, Jennifer PA-C.

Review documentation will be displayed on the following page.

TF.FD.12.05.001415

Ex. 66 Page 9 of 27    Case 4:21-cv-08001-BCW    Document 70-68    Filed 04/29/24    Page 9 of 27

**U.S. MEDICAL CENTER FOR FEDERAL PRISONERS**
**SPRINGFIELD, MISSOURI**

**GASTROENTEROLOGY CONSULTATION**

# PRELIMINARY
# REPORT

HALL, Charles
Reg. No. 03766-036
January 20, 2010
WARD: B01

**ATTENDING PHYSICIAN:** Mahmood H. Choudhury, M.D.

**REASON FOR CONSULTATION:** Crohn's disease with ileostomy bleeding requiring transfusion.

This visitation is on following medication prednisone 40 mg daily, now tapered to 10 mg daily; Remicade 10 mg per kilogram per month; mesalamine 500 mg, two tablets twice daily; and Imuran 50 mg daily.

The bleeding has stopped at this time and the stoma looks much better. Although we did not examine this digitally, there is still an area of possible breakdown at the skin line underneath the slightly prolapsed mucosa which the patient describes.

The patient feels well and has been transfused and appears to be relatively pink and stable at this time. His sense of well being has returned to normal and he feels good.

**LABORATORY STUDIES:** Hemoglobin 9.2 status post transfusion, WBC 9.2, and platelet count 220,000. INR is 1.0.

**CLINICAL ASSESSMENT:** This patient appears to be stable on his current regimen. We will see him in approximately one month. As soon as his Imuran appears to have some slight effect we will probably stop his prednisone at that time. In addition, we will continue his maintenance medications.

Return to the GI clinic in one month. Thank you.

_____                           _____
**Michael B. Wooten, M.D.**                              **Date Signed**
Consultant Gastroenterologist

MBW/ssm
D: 1-20-10
T: 1-20-10                        1-29-10 /RG  _signature_
                                  P.C. Gariety, M.D.     1·26·10·
                                  Psychiatrist
                                  AU 717890 PCG
Michael B. Wooten, M.D., Consultant Gastroenterologist                    January 2010

HALL, Charles                                                   Reg. No. 03766-036

SENSITIVE BUT UNCLASSIFIED

TF.FD.14.08.003049

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HALL, CHARLES | | Reg #: 03766-036 |
| Date of Birth: 04/06/1971 | Sex: M | Race: WHITE |
| Encounter Date: 02/23/2010 12:45 | Provider: Williams, Jennifer PA-C | Facility: SPG |

Follow-up encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**      **Provider:** Williams, Jennifer PA-C

     **Chief Complaint:** Other Problem

     **Subjective:** Inmate seen in cell on 10-E by Dr. Choudhury. Denies any pain. Reported to nursing staff he saw a small amount of blood in his ostomy bag.

     **Pain Location:**

     **Pain Scale:** 0

     **Pain Qualities:**

     **History of Trauma:** No

     **Onset:**

     **Duration:**

     **Exacerbating Factors:**

     **Relieving Factors:**

     **Comments:**

**ROS:**

     **GI**

         **General**

         Abdominal Pain or Colic (no), Appetite Changes (no), Nausea (no), Vomiting (no)

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/23/2010 | 13:52 SPG | Unavailable | 0.0 | | Williams, Jennifer PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/23/2010 | 13:52 SPG | Unavailable | | | Williams, Jennifer PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/23/2010 | 13:52 SPG | Unavailable | Williams, Jennifer PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/23/2010 | 13:52 SPG | Unavailable | | | | Williams, Jennifer PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/23/2010 | 13:52 SPG | Unavailable | | Williams, Jennifer PA-C |

**Exam:**

TF.FD.12.05.001382

## Exam:

### General

**Appearance/Nutrition**

Appears Well (yes), NAD (yes)

**Affect**

Cooperative (yes), Anxious (yes)

Lieutenant not available at time of exam, unable to have cell unlocked for physical exam/vital signs completed. Examination done with good visualization through window. Inmate standing at door, talking with psychology and medical staff for extended length of time, no distress noted.

### Pulmonary

**Observation/Inspection**

Normal (yes), Respiratory Distress (no)

### Cardiovascular

**Observation**

Cardiopulmonary Distress (no)

### Abdomen

**Inspection**

Distension (no)

Ileostomy visualized: pink in color, not dusky or purple in color. Small amount of dark-colored blood in ostomy bag, no bright red blood.

## ASSESSMENT:

| Description | ICD9 | Status | Status Date | Progress | Type |
|---|---|---|---|---|---|
| Attention to ileostomy | V55.2 | Current | 02/21/2009 | Not Improved/Same | Chronic |

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | PredniSONE Tablet | 02/23/2010 12:45 | 15 mg Orally -Two Times a Day x 4 day(s) -- To start for evening dose on Wed 2/23 and stop after evening dose on Fri 2/26. |

**Indication:** Attention to ileostomy, Regional enteritis of unspecified site

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

TF.FD.12.05.001383

Inmate Name: HALL, CHARLES
Date of Birth: 04/06/1971    Sex: M
Encounter Date: 02/23/2010 12:45    Provider: Williams, Jennifer PA-C

Reg #: 03766-036
Race: WHITE
Facility: SPG

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 78617-SPG | PredniSONE 5 MG Tab | 02/23/2010 12:45 | *Take three tablets by mouth twice daily for 14 days (1/20-2/3)-—Take two tablets by mouth twice daily for 30 days (starting 2/4)* |

**Discontinue Type:**   *When Pharmacy Processes*
**Discontinue Reason:** *new order written*

**Disposition:**

Return Immediately if Condition Worsens

**Other:**

Reassurance given. Inmate reminded not to cause trauma to stoma, as bleeding can occur. Will continue to monitor closely. Per Dr. Choudhury, increase prednisone x 3 days. Awaiting inmate to see GI specialist (visit approved).

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/23/2010 | Counseling | Plan of Care | Williams, Jennifer | Verbalizes Understanding |

Will monitor his situation and increase prednisone for a short term.

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Williams, Jennifer PA-C on 02/23/2010 14:19

Requested to be reviewed by Choudhury, Mahmood MD.
Review documentation will be displayed on the following page.

TF.FD.12.05.001384

Ex. 68 Page 131 of 27    Case 4:21-cv-08001-BCW    Document 70-68    Filed 04/29/24    Page 13 of 27

## Bureau of Prisons
## Health Services
## Consultation Request

**Consultation/Procedure Requested:** Gastroenterology
**Reason for Request:**
  pt. has Chronic CROHN'S DZ. Dr.Wooten wishes to see him in a month . he will need to be followed
**Provisional Diagnosis:**
  Flare-up of the Crohn's dz.- needing GI consultation
**Medications (As of 02/25/2010)**
  Acetaminophen 325 MG Tab Exp:07/13/2010 Sig:Take two tablets by mouth four times daily as needed for pain
  PLEASE crush due to prior over dose. Must be observed while taking
  AzaTHIOprine 50 MG TAB Exp:04/14/2010 Sig:Take one tablet by mouth each day
  Ferrous Gluconate (5GR) 324 MG Tab Exp:07/13/2010 Sig:Take one tablet by mouth twice daily
  Fluoxetine 10 MG Cap Exp:07/12/2010 Sig:Take one capsule by mouth each morning (take with 60mg dose for total of 70mg each morning )
  Fluoxetine 20 MG Cap Exp:07/12/2010 Sig:Take three capsules by mouth each morning (take with 10mg dose for total of 70mg each morning )
  Gemfibrozil 600 MG TAB Exp:07/13/2010 Sig:Take one tablet by mouth twice daily
  LORazepam 2 MG Tab UD Exp:02/27/2010 Sig:**crush/empty** Take one tablet by mouth every two hours as needed for anxiety -- not to exceed 6 mg/24 hours
  Mesalamine 500 MG ER Cap Exp:07/13/2010 Sig:Take two capsules by mouth twice daily
  Mirtazapine 15 MG Tab Exp:07/12/2010 Sig:Take one tablet by mouth at bedtime
  Nutri Sup (Ensure) Oral Liquid Exp:07/21/2010 Sig:drink 2 cans by mouth four times daily
  Omeprazole 20 MG Cap Exp:07/13/2010 Sig:Take one capsule by mouth twice daily
  PredniSONE 5 MG Tab Exp:02/27/2010 Sig:Take three tablets by mouth twice daily for 4 days
  Trihexyphenidyl 5 MG Tab Exp:07/12/2010 Sig:Take one tablet by mouth twice daily
  Ziprasidone 40 MG Cap Exp:07/26/2010 Sig:Take two capsules by mouth each evening with a snack -- give with a 60 mg capsules -- total evening dose = 140 mg
  Ziprasidone 60 MG Cap Exp:07/26/2010 Sig:Take one capsule by mouth each evening with a snack -- give with two 40 mg capsules -- total evening dose = 140 mg
  Ziprasidone 80 MG Cap Exp:07/12/2010 Sig:Take one capsule by mouth each morning
  Infliximab 100 MG Inj (900 MG) | Sodium CHLORIDE 0.9% Inj 250 ML (250 ML) Exp:04/02/2010 Sig:**USE NON-PVC BAG AND 0.22 MICRON INLINE FILTER**

**Allergies (As of 02/25/2010)**
  NSAIDs, Aspirin, Codeine Sulfate, Latex Exam Gloves, Sulfamethoxazole-TMP DS

**Health Problems (As of 02/25/2010)**
  Mixed hyperlipidemia, Axis II: Borderline personality disorder, Axis II: Deferred, Axis V: GAF 31 - 50, Abdominal pain, Attention to ileostomy, Esophageal reflux, Iron deficiency anemia, unspecified, Regional enteritis of unspecified site, Axis I: Bipolar I DO, most recent epis depressed, Other acute pain, Iron deficiency anemia sec to blood loss (chronic), Generalized pain, Axis IV: Psychosocial and environmental problems, Cellulitis and abscess of trunk, Constipation, unspecified, Blood in stool, Oth and unspec noninfectious gastroenteritis, Orthostatic hypotension, Candidiasis of mouth, Klebsiella pneumoniae

**Inmate Requires Translator:** No
**Additional Records Required:**
**Language:**

**Comments:**

**Requested By:** Pazera, Joseph PA-C
**Due Date:** 02/17/2010 00:00
**Priority:** Routine

3·17·10
M. H. Choudhury, M.D.
Medical Officer

Generated 02/25/2010 11:34 by Cayer, Jean LPN     Bureau of Prisons - SDU 7178901MHC     Page 1 of 2

TF.FD.06.00.001168

Report of Consultation

Inmate Name: HALL, CHARLES
Date of Birth: 04/06/1971 00:00
Institution:    SPRINGFIELD USMCFP
                1900 W. SUNSHINE ST
                SPRINGFIELD,Missouri 65807
                4178627041

Reg #:    03766-036
Sex:      M

DC remicaid

prednisone 10 g gd . x 2 mo .

Imuran 50 g TT gd .

Amiodarone 500 g TT + id .

RTC 6I clinic 2 mo

Smll bwl series

CBC

3/3/10
1355

WOOTEN, M.D.

Completed By: Not Completed per GFMA

JOSEPH PA-C

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to
follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for Inmate health care remains with Bureau of Prisons staff.
While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review
by the inmate's primary care provider, the institution utilization review committee and/or the BOP National
Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.

M. H. Choudhury, M.D.
Medical Officer
AU 7178901MHC

Generated 02/25/2010 11:34 by Geyer, Jean LPN          Bureau of Prisons - SPG          Page 2 of 2

TF.FD.06.00.001169

Inmate Name: ALSO CHARLES    Reg #: 09786xxxx    Complex: SPG
Date of Birth: 04/08/1971    Sex: M

**Consultation/Procedure Requested:** Gastroenterology
**Reason for Request:**
pt. has Chronic CROHN'S DZ. - Dr.Wooten wishes to see him in a month . he will need to be followed
**Provisional Diagnosis:**
Flare-up of the Crohn's dz.- needing GI consultation
**Medications (As of 02/25/2010)**
Acetaminophen 325 MG Tab Exp:07/13/2010 Sig:Take two tablets by mouth four times daily as needed for pain PLEASE crush due to prior over dose. Must be observed while taking
AzaTHIOprine 50 MG TAB Exp:04/14/2010 Sig:Take one tablet by mouth each day
Ferrous Gluconate (5GR) 324 MG Tab Exp:07/13/2010 Sig:Take one tablet by mouth twice daily
Fluoxetine 10 MG Cap Exp:07/12/2010 Sig:Take one capsule by mouth each morning (take with 60mg dose for total of 70mg each morning )
Fluoxetine 20 MG Cap Exp:07/12/2010 Sig:Take three capsules by mouth each morning (take with 10mg dose for total of 70mg each morning )
Gemfibrozil 600 MG TAB Exp:07/13/2010 Sig:Take one tablet by mouth twice daily
LORazepam 2 MG Tab UD Exp:02/27/2010 Sig:**crush/empty** Take one tablet by mouth every two hours as needed for anxiety -- not to exceed 6 mg/24 hours
Mesalamine 500 MG ER Cap Exp:07/13/2010 Sig:Take two capsules by mouth twice daily
Mirtazapine 15 MG Tab Exp:07/12/2010 Sig:Take one tablet by mouth at bedtime
Nutri Sup (Ensure) Oral Liquid Exp:07/21/2010 Sig:drink 2 cans by mouth four times daily
Omeprazole 20 MG Cap Exp:07/13/2010 Sig:Take one capsule by mouth twice daily
PrednISONE 5 MG Tab Exp:02/27/2010 Sig:Take three tablets by mouth twice daily for 4 days
Trihexyphenidyl 5 MG Tab Exp:07/12/2010 Sig:Take one tablet by mouth twice daily
Ziprasidone 40 MG Cap Exp:07/26/2010 Sig:Take two capsules by mouth each evening with a snack -- give with a 60 mg capsules -- total evening dose = 140 mg
Ziprasidone 60 MG Cap Exp:07/26/2010 Sig:Take one capsule by mouth each evening with a snack -- give with two 40 mg capsules -- total evening dose = 140 mg
Ziprasidone 80 MG Cap Exp:07/12/2010 Sig:Take one capsule by mouth each morning
Infliximab 100 MG Inj (900 MG) Sodium CHLORIDE 0.9% Inj 250 ML (250 ML) Exp:04/02/2010 Sig:**USE NON-PVC BAG AND 0.22 MICRON INLINE FILTER**

**Allergies (As of 02/25/2010)**
NSAIDs, Aspirin, Codeine Sulfate, Latex Exam Gloves, Sulfamethoxazole-TMP DS

**Health Problems (As of 02/25/2010)**
Mixed hyperlipidemia, Axis II: Borderline personality disorder, Axis II: Deferred, Axis V: GAF 31 - 50, Abdominal pain, Attention to ileostomy, Esophageal reflux, Iron deficiency anemia, unspecified, Regional enteritis of unspecified site, Axis I: Bipolar I DO, most recent epis depressed, Other acute pain, Iron deficiency anemia sec to blood loss (chronic), Generalized pain, Axis IV: Psychosocial and environmental problems, Cellulitis and abscess of trunk, Constipation, unspecified, Blood in stool, Oth and unspec noninfectious gastroenteritis, Orthostatic hypotension, Candidiasis of mouth, Klebsiella pneumoniae

**Inmate Requires Translator:** No    **Language:**
**Additional Records Required:**

**Comments:**

**Requested By:** Pazera, Joseph PA-C
**Due Date:** 02/17/2010 00:00
**Priority:** Routine

M. H. Choudhury, M.D.
Medical Officer
3.17.10
AU 7178901MHC

Generated 02/25/2010 11:34 by Cayer, Jean LPN    Bureau of Prisons - SPG    Page 1 of 2

## Bureau of Prisons
## Health Services
## Consultation Request

**Report of Consultation**

Inmate Name: HALL, CHARLES
Date of Birth: 04/06/1971 00:00
Institution: SPRINGFIELD USMCFP
1900 W. SUNSHINE ST
SPRINGFIELD,Missouri 65807
4178627041

Reg #: 03766-036
Sex: M

DC remicaid

↑ prednisone 10 g qd . x 2 mo .

✓ Imuran 50 g ∏ qd .

Mesalamine 500 g ∏ + id .

✓ RTC GI clinic 2mo

✓ Small bowel series

✓ CBC

Completed By: _[signature]_ 3/3/10
JOSEPH PAZERA, PA-C

_[signature]_ WOOTEN, M.D.

Report may be hand-written or (preferably) typed on this form. If dictated on office or hospital letterhead to follow, please indicate essential findings or recommendations to be acted upon pending final report.

Follow-up services and primary responsibility for inmate health care remains with Bureau of Prisons staff. While discussion of diagnostic/treatment options with the inmate may be appropriate, they are subject to review by the inmate's primary care provider, the institution utilization review committee and/or the BOP National Formulary.

Please notify institution prior to scheduling surgery dates or follow-up appointments.

Inmate not to be informed of appointment dates.

_[signature]_
M. H. Choudhury, M.D.
Medical Officer
AU 7178901MHC

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HALL, CHARLES | | | Reg #: | 03766-036 |
| Date of Birth: | 04/06/1971 | Sex: | M | Race: | WHITE |
| Note Date: | 02/26/2010 11:47 | Provider: | Williams, Jennifer PA-C | Facility: | SPG |

Admin Note encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Williams, Jennifer PA-C

Taper dose of prednisone.

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | PredniSONE Tablet | 02/26/2010 11:47 | 10 mg Orally  -Two Times a Day x 30 day(s) -- To start immediately after the  prior prednisone order expires on 2/27 |

**Indication:** Attention to ileostomy, Regional enteritis of unspecified site

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Williams, Jennifer PA-C on 02/26/2010 11:59

IFCD 00014396
Ex. 68 Page 18 of 27          Case 4:21-cv-08001-BCW          Document 70-68          Filed 04/29/24          Page 18 of 27

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HALL, CHARLES | | | Reg #: | 03766-036 |
| Date of Birth: | 04/06/1971 | Sex: | M | Race: | WHITE |
| Note Date: | 02/26/2010 09:08 | Provider: | Williams, Jennifer PA-C | Facility: | SPG |

Admin Note encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE 1**      **Provider:** Williams, Jennifer PA-C

Request for port-a-cath access.

**New Consultation Requests:**

| Consultation/Procedure | Due Date | Priority | Translator | Language |
|---|---|---|---|---|
| Specialty Procedure - Offsite | 03/01/2010 | Routine | No | English |

**Reason for Request:**

Request for port-a-cath placement. Inmate has Crohns' disease and receives Remicade once monthly. He is currently under the care of Dr. Wooten. He has poor vascular access, it has been difficult to access his veins both for blood draws and for administering the Remicade.

**Provisional Diagnosis:**

Crohn's disease.

**Copay Required:** No      **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Williams, Jennifer PA-C on 02/26/2010 09:16

IFCD 00014397
Ex. 68 Page 121 of 27    Case 4:21-cv-08001-BCW    Document 70-68    Filed 04/29/24    Page 19 of 27



Medication Orders    Time   1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Ord. Date   HALL, CHARLES     Gariety, Patrick MD
01/28/10   03766-036    MWS    E01     (1) Refills
Exp. Date   **crush/empty** Take one tablet by mouth every four
02/01/10   hours as needed for extreme anxiety – not to exceed 6
#-0
79859-SPG   LORazepam,2,MG,Tab,UD

Documentation Codes: H - Hold; R - Refused; DC - Discontinued Order; S - Self Administered; NS - No Show; O - Other

DOB: 04/06/71    HT: 71    WT: 200    Allergies: NSAIDS - Aspirin, Codeine, Latex Exam Gloves, Sulfamethoxazole - TMPDS

Physician: Choudhury

Pt. Name: Hall, Charles     Registration #:     Unit:

Time   1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

TF.FD.14.07.002440

| MONTH: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| itials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|---|---|---|
| | A. VIGNEAUX, RN | | | K. FENIX, RN | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

BOP 31-DAY MA    #WFPP07

TF.FD.14.07.002441



# Medication Administration Record

January 2010

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 01/14/10 14:37 HALL, CHARLES 03766-036 Choudhury, (13) Refills — Take one tablet by mouth each day — Exp. Date 04/14/10 14:36 — 78042-SPG Azathioprine 50 MG TAB | 0800 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| Ord. Date 01/14/10 14:41 HALL, CHARLES 03766-036 Choudhury, (26) Refills — Take one tablet by mouth twice daily — Exp. Date 07/13/10 14:40 — 78044-SPG Ferrous Gluconate (5GR) 324 MG Tab | 0800 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| | 1600 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| Ord. Date 01/13/10 14:23 HALL, CHARLES 03766-036 Gariety, Patrick MD (90) Refills — Take one capsule by mouth each morning (take with 60mg dose for total of 70mg each morning) — Exp. Date 07/12/10 14:22 — 77767-SPG Fluoxetine 10 MG Cap | 0800 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| Ord. Date 01/13/10 14:23 HALL, CHARLES 03766-036 Gariety, Patrick MD (90) Refills — Take three capsules by mouth each morning (take with 10mg dose for total of 70mg each morning) — Exp. Date 07/12/10 14:22 — 77766-SPG Fluoxetine 20 MG Cap | 0800 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| Ord. Date 01/14/10 14:41 HALL, CHARLES 03766-036 Choudhury, (26) Refills — Take one tablet by mouth twice daily — Exp. Date 07/13/10 14:40 — 78045-SPG Gemfibrozil 600 MG TAB | 0800 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| | 1800 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| Ord. Date 01/14/10 14:43 HALL, CHARLES 03766-036 Choudhury, (26) Refills — Take two capsules by mouth twice daily — Exp. Date 07/13/10 14:42 — 78047-SPG Mesalamine 500 MG ER Cap | 0800 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| | 1600 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Documentation Codes: H - Hold; R - Refused; DC - Discontinued Order; S - Self Administered; NS - No Show; O - Other

DOB: 04/06/71    HT: 71    WT: 200    Allergies: NSAIDs, Aspirin, Codeine Sulfate, Latex Exam Gloves, Sulfamethoxazole-TMP DS

Physician: Choudhury, Mahmood MD

Pt. Name: HALL, CHARLES    Registration #: 03766-036    Unit: E01-001L

TF.FD.14.07.002442

| MONTH: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|---|---|---|
| | C HERRICK, R.N. | | | CBaqt LPN | | | G. WINGER, RN,BSN | |
| | A. VICNEALY RN | | | K. FENIX, RN | | | | |

BOP 31-DAY MAR    #WFPP07

TF.FD.14.07.002443

Facility: SPRINGFIELD USMCFP

# Medication Administration Record

January 2010

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 01/13/10 14:22  HALL, CHARLES  03766-036  Gariety, Patrick MD (90) Refills  Take one tablet by mouth at bedtime  Exp. Date 07/12/10 14:21  77765-SPG Mirtazapine 15 MG Tab | 2100 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| Ord. Date 01/22/10 13:17  HALL, CHARLES  03766-036  Choudhury, (6) Refills  drink 2 cans by mouth four times daily  Exp. Date 07/21/10 13:18  79055-SPG Nutri Sup (Ensure) Oral Liquid | 0600 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| | 1000 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| | 1600 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| | 2100 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| Ord. Date 01/14/10 14:43  HALL, CHARLES  03766-036  Choudhury, (26) Refills  Take one capsule by mouth twice daily  Exp. Date 07/13/10 14:42  78049-SPG Omeprazole 20 MG Cap | 0600 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| | 1600 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| Ord. Date 01/20/10 14:48  HALL, CHARLES  03766-036  Pazera, Joseph PA- (2) Refills  Take three tablets by mouth twice daily for 14 days (1/20-2/3)  Exp. Date 02/03/10 14:47  78617-SPG PredniSONE 5 MG Tab | 0600 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| | 1600 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| Ord. Date 01/13/10 14:22  HALL, CHARLES  03766-036  Gariety, Patrick MD (90) Refills  Take one tablet by mouth twice daily  Exp. Date 07/12/10 14:21  77764-SPG Trihexyphenidyl 5 MG Tab | 0600 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| | 1600 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |
| Ord. Date 01/13/10 14:24  HALL, CHARLES  03766-036  Gariety, Patrick MD (90) Refills  Take two capsules by mouth each evening  Exp. Date 07/12/10 14:23  77770-SPG ziprasidone 60 MG Cap | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | | | |

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Documentation Codes:** H - Hold; R - Refused; DC - Discontinued Order; S - Self Administered; NS - No Show; O - Other

DOB: 04/06/71    HT: 71    WT: 200    Allergies: NSAIDs, Aspirin, Codeine Sulfate, Latex Exam Gloves, Sulfamethoxazole-TMP DS

Physician: Gariety, Patrick MD

Pt. Name: HALL, CHARLES    Registration #: 03766-036    Unit: E01-001L

TF.FD.14.07.0024444

| Mo/Yr: | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|---|---|---|
| CH | C HERRICK | R.N. | | C Boyd LPN | | | K. FENIX, RN | RN |
| | E ___FAUX RN | | | | | | | |

BOP 31-DAY MAR   #WFPP07

TF.FD.14.07.002445



Medication Orders | Time | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

**Ord. Date** 01/13/10 14:24 — HALL, CHARLES 03766-036 — Gariety, Patrick MD (90) Refills
Take one capsule by mouth each morning
**Exp. Date** 07/12/10 14:23
77769-SPG   Ziprasidone 60 MG Cap
0600 — X X X X X X X X X X X X X X X X X X X X X X X X X X X X

**Ord. Date** 01/14/10 14:37 — HALL, CHARLES 03766-036 — Choudhury, (8) Refills
Take two tablets by mouth four times daily as needed for pain PLEASE crush due to prior over dose. Must be observed while taking
**Exp. Date** 07/13/10 14:36
78035-SPG   Acetaminophen 325 MG Tab
0600 (PRN) — X X X X X X X X X X X X X X X X X X X X X X X X X X X X
1000 (PRN) — X X X X X X X X X X X X X X X X X X X X X X X X X X X X
1600 (PRN) — X X X X X X X X X X X X X X X X X X X X X X X X X X X
2100 (PRN) — X X X X X X X X X X X X X X X X X X X X X X X X X X

**Ord. Date** 01/ /10 — HALL, CHARLES 03766-036 — Choudhury,
**Exp. Date** 01/ /10
Ativan 2mg po q4Hr PRN anxiety NTE 6mg/24hr
Order

**Ord. Date** 01/27/10 — HALL, CHARLES 03766-036 BL E01 — Gariety, Patrick MD (1) Refills
**Exp. Date** 02/26/10
"crush/empty" Take one tablet by mouth every four hours as needed for extreme anxiety – not to exceed 6 mg/24 hours
#-0
79713-SPG   LORazepam 2 MG Tab UD

**Ord. Date** 01/27/10 — HALL, CHARLES 03766-036 BL E01 — Gariety, Patrick MD (6) Refills
**Exp. Date** 07/26/10
Take one capsule by mouth each evening with a snack - give with two 40 mg capsules – total evening dose = 140 mg
-0
9821-SPG   Ziprasidone 60 MG Cap
1600

**Ord. Date** 01/27/10 — HALL, CHARLES 03766-036 BL E01 — Gariety, Patrick MD (6) Refills
**Exp. Date** 07/26/10
Take two capsules by mouth each evening with a snack -- give with a 60 mg capsules -- total evening dose = 140 mg
#-0
79820-SPG   Ziprasidone 40 MG Cap
1600

Time | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Documentation Codes: H - Hold; R - Refused; DC - Discontinued Order; S - Self Administered; NS - No Show; O - Other

DOB: 04/06/71    HT: 71    WT: 200    Allergies: NSAIDs, Aspirin, Codeine Sulfate, Latex Exam Gloves, Sulfamethoxazole-TMP DS

Physician: Choudhury, Mahmood MD

Pt. Name: HALL, CHARLES     Registration #: 03766-036     Unit: E01-001L

TF.FD.14.07.002446

| Mo/Yr: | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Temperature | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pulse Rate | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Respiration | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Pressure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood Sugar | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Date | Hour | Medication and Dosage | Route | Reason | Results or Response | Hour | Nurse's Signature |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



| Initials | Full Signature | Title | Initials | Full Signature | Title | Initials | Full Signature | Title |
|---|---|---|---|---|---|---|---|---|
| CH | C Herrick | C HERRICK R.N. | CB | CBaptist | | K Fenix RN | | |
| | A Vigneaux | A. VIGNEAUX RN | | | | | | |

BOP 31-DAY MA... #WFPP07

TF.FD.14.07.002447