Date: Mon, 13 May 2013 19:04:59 -0700
Message-ID: <CALqVv_aC+DEvreB1ZtSvrtGnuj6T0jMYvcMW+qc1G5fHcaz6CQ@mail.gmail.com>
Subject: **Consulting**
From: mark bezy <markabezy@gmail.com>
To: Frederick Duchardt <fduchardt@yahoo.com>, bobalew003@yahoo.com
X-Email-Status: read,replied
X-Source-Folder: Hall Case
X-Email-Hash-MD5: 7b55afe2c10b3cbb704ff6145aa95a71

Fred and Bob, I am unable to work with your team on the case of US v Charles Hall. Please, consider this as my notice and withdrawing my services.

thanks, Mark

**SMTP Header**

X-Email-UID: 1370869627.74063
X-IMAP-Flags: \Answered \Seen
X-Date-Stored: 14-May-2013 02:05:00 +0000
X-Apparently-To: fduchardt@yahoo.com via 72.30.239.235; Tue, 14 May 2013 02:04:59 +0000
Return-Path: <markabezy@gmail.com>
Received-SPF: pass (domain of gmail.com designates 209.85.223.173 as permitted sender)

X-YMailISG: K6COtBoWLDvnv6.roNVdzytppnknThMsuzjj9i2L5mvKb2bG
7zMBCwd9CNRawCM2dv.Z3i5H7sqJXmHECamGghUM7MU96B0zdo9RmNjIEdrI
9Ln1gTF9Q5HfsaostA.dYlRKhQexswoayH05yezP0sBcMvUMFqgxHhvofpsr
JELqhBRWch4aNpJ7gBrBIklVaV1dAhlGd5knZuOpHy.MnJVXTe2t8uGx11F2
g._GbXeHPFR6VzxQsCGsLDBnZpJtxOtZwPaIR2D8nHE690b1L4ERavvuba.t
BaKASt8PjodoJYPJzNnNwPa_J1PdxUJNXyKuNjiRFGx932IAc.V6qyEjnujj
kHOo3jDypmgvJ8TJZo58ldy6gosy6r_ylgXJ80Bj8jXeX0yQ4YsQgbHUeoiH
jI4W7TPmmWM6V3n9ucbI8oxQYzbXp.pRI9klJwhgz3Q0TQYHBfMP1vxgpzVm
HYS2x5bvSbKjXtr2Pn3L2LQdDn6xq95Lw_ii.Mx8cJebTYGNJqSaKX2BkrQ4
vNRZluKFDK.WjSiWCWV3qGrQc9QDBDVzvRnrT59tuzNoLuqexOaMy8pVqb57
pzRVyWpc4o3jXZNjJWbVdupQ85fG1lkLL_QHffI4Lt8qI9RdG1qUUcDVyU6Y
5sJifATy1jcxomo.GNV7d.lyhog9m41jCQS2ZJV7MdpaUSYEYzUXlxlhL5pk
73EeB3ZSPiTouUQR4n7US_a7Sgm6EYO66RbeeKTD7dBATy_qEW75Fen6lsF1
clBj.9T__J6Ok3qXFC80DiTKcC_AY75OYIz0nGnfGc_TI7qJ3yksMuP_.wm8
V6wwgIvJOGnA4ri0p.olexIqLZmXuALzSjTemI8.qaRfxBrTiMFNQCWPimdT
ogEz023FWeu9moNTu0iMq2a96hHhF5ZSDdElrrlkRmgCz04PQTQusaTk9anO
aBBoWBd6OXcrB69rm4b.Bb0iePJDxtj_sOYt.fZVVSO2GXmsYgxZEHyyW.3C
WZHqSiXjVBjmHrLZKC4Uzo38gqVtpH_7sM7AYlAliAJHSVVxJ_we_3.lSgHi
M9ib.9WPFb48muMtZgxomwM1YUxqM6P1kRgpkgKE6TTy09UAPrPckJ5d.l1f
OSpCZrXl3hErlMQTEcu3EVu5r40AxRRfmrj_FETZEebeGz9DyN29O2I9MYFI
i.10.Ttp91vK_F.6M_8CzvCSVgRojPp3TdlU4u3hNmRJh6Pou.upBguQ4HuK
MiNLgss5Yn1y3FzG9R2HXFh8qVHr6AqW3RMQAwkyTgsTVozDwRsym89QpuBl
4NgJcyS4LuXl0JtRxGzrPuyxiFVxDYNkg.LE1dozBRrMDnRWYHETgQ--

X-Originating-IP: [209.85.223.173]
Authentication-Results: mta1580.mail.bf1.yahoo.com from=gmail.com; domainkeys=neutral (no sig); from=gmail.com; dkim=pass (ok)
Received: from 127.0.0.1 (EHLO mail-ie0-f173.google.com) (209.85.223.173) by mta1580.mail.bf1.yahoo.com with SMTP; Tue, 14 May 2013 02:04:59 +0000
Received: by mail-ie0-f173.google.com with SMTP id k5so13952319iea.18 for <multiple recipients>; Mon, 13 May 2013 19:04:59 -0700 (PDT)

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=gmail.com; s=20120113; h=mime-version:x-received:date:message-id:subject:from:to
:content-type; bh=u+PsEe2aerXhW+kbbXjXMCb/CBGK331fvWmDoyJLBvY=;
b=eEV9shw9uIbe4Z2xDU5SOGjkg2wCG0yOnsuTRUdjk5gEjRzIcakCT1qbo36pUt+/3L
kouGhcmwotrxI5udTpcTsavsekbKilMO3AfnBlRdclDuGRPK7DbXMgBSIosLERU8gjJI
XUXB0lG5tgbaflZJw6hDY0pRl8ofRtmKipeGZL7BAH4vpbCh4KxRGlTr2bHn4mgB0//l
i7aDc6ou1o+LgyIAfQhElj+1WL2yK1SFSx3PLywjjqmsQHUGOkulHTpyn0B2lwMMUuPU
sIsrKKJh1JI+Z+vMPDe49xOsLI/QyyIi98PMwuDeTSf4KEwse1tgR5xh7vbxkj9vvVO+ u+5A==

MIME-Version: 1.0
X-Received: by 10.50.40.106 with SMTP id w10mr627340igk.20.1368497099228; Mon, 13 May 2013 19:04:59 -0700 (PDT)
Received: by 10.231.61.205 with HTTP; Mon, 13 May 2013 19:04:59 -0700 (PDT)
Date: Mon, 13 May 2013 19:04:59 -0700
Message-ID: <CALqVv_aC+DEvreB1ZtSvrtGnuj6T0jMYvcMW+qc1G5fHcaz6CQ@mail.gmail.com>
Subject: **Consulting**
From: mark bezy <markabezy@gmail.com>
To: Frederick Duchardt <fduchardt@yahoo.com>, bobalew003@yahoo.com
Content-Type: multipart/alternative; boundary=089e0111b9d479ce9b04dca40f97
Content-Length: 621