From: "Eggert, Randy (USAMOW)" <Randy.Eggert@usdoj.gov>
To: Frederick Duchardt <fduchardt@yahoo.com>
CC: "Peterson, James D (CRM)" <James.D.Peterson@usdoj.gov>
Subject: **RE: Penalty Phase issues**
Date: Sat, 3 May 2014 18:56:54 +0000
Message-ID: <9EC2CAD0FE99674AB305F5497B9CDB12338ECC02@USAHUBSMBX104.usa.doj.gov>
X-Email-Status: read
X-Source-Folder: Hall Case
X-Email-Hash-MD5: 17cade167a838f9619a14cce8a63d707

Fred, Judge Fenner yesterday made it pretty apparent that he was going to hold sequential sentencing phases, and he indicated that he was going to have Hall go first because of his concerns that Coonce's team, if they went first, would attempt to shift blame for the homicide to Hall. I informed the court that the government would need two-three days for Hall and three-four days for Coonce, with one day for rebuttal.

**From:** Frederick Duchardt [mailto:fduchardt@yahoo.com]
**Sent:** Friday, May 02, 2014 6:20 PM
**To:** Eggert, Randy (USAMOW); Peterson, James D (CRM); Shane Cantin; Tom Carver; Matt Rubenstein; Michael Walker; Bob Lewis
**Subject:** Penalty Phase issues

Good evening from the Park Dietz material review center

I have been in contact with the Marshals regarding preparing for witnesses to come in for penalty phase. Therefore, I wanted to try to get input from everyone in this regard.

As all are aware, we have made the choice to abandon our request for severance, and in turn our request for sequential penalty phase proceedings. We have done this for many reasons. One concerns the eventuality which has developed, in which the Coonce team, despite not raising the issue, decided to "take up" our motion in our absence. The government has represented in open court that, should there be sequential penalty phases, they would wish for Coonce to go first, since they would likely abandon death against Hall if Coonce was sentenced to life. Thus, if Coonce wishes a sequential penalty phase, it is Hall's intention to ask that the Coonce team go first, as the first numbered co-defendant, and I assume that the government would join in that request. If the Judge agrees with that assessment, or if he decides to not grant severance of penalty phases at all, I need the best estimate from the government and the Coonce teams how long their presentation will be to let the Marshals know about scheduling for bringing in my witnesses. If that information can be shared asap, that would be great. Thanks.

Fred

---

**SMTP Header**

X-Email-UID: 1370869627.73150
X-IMAP-Flags: \Seen
X-Date-Stored: 03-May-2014 19:09:29 +0000
X-Apparently-To: fduchardt@yahoo.com via 72.30.239.236; Sat, 03 May 2014 19:09:26 +0000
Return-Path: <Randy.Eggert@usdoj.gov>
Received-SPF: pass (domain of usdoj.gov designates 149.101.25.12 as permitted sender)
X-YMailISG: tWjG1vsWLDuIZHyNEYMIWs6uZqSJ9hinAVOQ8fTbUmcbUJ0N
_dinNIS7YQmDEX9Db6l07G8qTolXqTDNmoyN6Ehfa3geOSZKdj35I4pQ2hcM
4q6qH1u51M1aCMDFF8jUccuRglHkD6yrPYYtKsJjzeT_KHIdJa9tuto2ePwv
wpG_zm7LzNMP6QGXp_VkvrD.GR9eTRj3CD09e98_DG3qJ2CiUTQ9FMmoCpMG
9FXF6Jhoy_T2VGDN8lzdG4YNSIRAjxjr7xrbKDEGSrY1ZK6dAIIFWYHzBvxW
qZV157I09vpIIUmG3nOeVLWFNt0fKYBRcLei06cAeGFYkFuqisahs8Le0K0B
_x1MWJ4Bgek2qde7dMstX2CmeuLiMzBfWDVACXgHasWjolXd7e_ELWMIZF1Q
GRzysgx3LkgauyvSiL5cQ3Clp..EVAqwitHvjPn.z6VkzSCZzZPblyl.2yPT
AteNQE_7U7i4qHqD7KhyOpQmJ9mzw.6w8WuY.I7.IcPy.ojVNhtGpDRYvJbT
PSSSVzPEKnAuDPfzzljU4_rq6R2mGk7cRCEHYVv2YXUxZjfYBBRSTGJ_vXf0
ndkU66MzW.qowqdrtt4m6lq3OnBfDxL4ugprkPGe7nJbRfS8IXP.cwueamwz
FBMBe8GIAUyZOJirLSOw3IyAGhTtS3Eb.WEXdIa_Z.1mFS17SRjTYYAt1Xuj
W1c_LeLwTGi.JWN.0XvGBxLTNJXLGTHyDZpChLzEr2S06cDOFU3DEJBwF8U1
cPbH7ExhBAl_BuA2irvgVfg6e2OLAeq8ROnkSJteSfYD7_7IEQvf1w19vsVD
wT.edcg5OJgE9Cw52pOx6k1OzkL54gTic0Jh3.ALhgakLLhU8lfYinus8mMG
MPMiKcMuv5LTcKlmIrEVlt56fsaE0QC91DCt27eSryRoo38JWwcyjL892ND3
dx_xWa9.sN5lk2CrnVX5D7AqVh_YPYJyvRbQEHpJy9H.aGZbTmoV_6CExxsry
Uh.DXl7tpsyN.cy3_YHbXcq4Qb3vRjGugMAP24JKX68v2joesvcxRev3k37A
4doeNGE5cd6JmOCQwEZ5sYjT2RTcg5L.reYNk6ppnS95mwv_3IPiXoIXjEr5
dCtn2nI957gFQbkDF0hHt3KLp4kdAKOyVGYkDeE35AT5BF7gMgWHgGi4lhMr
Lcuu5jpzplgKoTEcuF9oomuMKaBGJ5Gfsp7hWV8RiUHuP4Qt8GZUoYinVPYe
jTc4xEt.u_NHd9UkNrV0aKA5g7nM1Lxn35rifxXhBjesRBHnY5n0Cv63cj5_
Dp0cbkdYJUniEKgOXJTFg1IgApJksSp3Zr7IFrxSryFDoB3CL1gUm_czgBqr
BCgt9lMpGuUZQ00YQ8VKzCvKWhO9s_i_yplaVVwT59oflum1bnvyODpT7Axh eA--
X-Originating-IP: [149.101.25.12]
Authentication-Results: mta1399.mail.bf1.yahoo.com from=usdoj.gov; domainkeys=neutral (no sig); from=usdoj.gov; dkim=neutral (no sig)
Received: from 127.0.0.1 (EHLO mx-jdcw.usdoj.gov) (149.101.25.12) by mta1399.mail.bf1.yahoo.com with SMTPS; Sat, 03 May 2014 18:57:00 +0000
Received: from mx-jdcw-1.doj.gov (mx-jdcw-1.doj.gov [10.222.1.76]) by mailsc30.usdoj.gov (8.14.5/8.14.5) with ESMTP id s43Iv0Dn028795 (version=TLSv1/SSLv3 cipher=DHE-RSA-AES256-SHA bits=256 verify=NOT) for <fduchardt@yahoo.com>; Sat, 3 May 2014 14:57:00 -0400
Received: from CAR-RDC01.car.doj.gov (car-rdc01.car.doj.gov [10.222.1.11]) by mx-jdcw-1.doj.gov (8.14.4/8.14.4) with ESMTP id s43Iuhiw010946; Sat, 3 May 2014 14:56:59 -0400
Received: from USAHUBSHB101.usa.doj.gov (10.200.16.217) by car-rdc01.car.doj.gov (10.222.1.11) with Microsoft SMTP Server (TLS)

id 14.2.347.0; Sat, 3 May 2014 14:56:54 -0400
Received: from USAHUBSMBX104.usa.doj.gov ([fe80::1985:7f65:ecee:b253]) by USAHUBSHB101.usa.doj.gov ([::1]) with mapi id 14.03.0123.003; Sat, 3 May 2014 14:56:55 -0400
From: "Eggert, Randy (USAMOW)" <Randy.Eggert@usdoj.gov>
To: Frederick Duchardt <fduchardt@yahoo.com>
CC: "Peterson, James D (CRM)" <James.D.Peterson@usdoj.gov>
Subject: **RE: Penalty Phase issues**
Thread-Topic: Penalty Phase issues
Thread-Index: AQHPZl0Chy65nsBPpk22KvMRBBUZP5svNXrg
Date: Sat, 3 May 2014 18:56:54 +0000
Message-ID: <9EC2CAD0FE99674AB305F5497B9CDB12338ECC02@USAHUBSMBX104.usa.doj.gov>
References: <1399072782.65613.YahooMailNeo@web140602.mail.bf1.yahoo.com>
In-Reply-To: <1399072782.65613.YahooMailNeo@web140602.mail.bf1.yahoo.com>
Accept-Language: en-US
Content-Language: en-US
x-originating-ip: [10.204.35.2]
x-tm-as-product-ver: SMEX-10.2.0.2087-7.500.1017-20672.000
x-tm-as-result: No--42.575900-8.000000-31
x-tm-as-user-approved-sender: No
x-tm-as-user-blocked-sender: No
Content-Type: multipart/alternative; boundary="_000_9EC2CAD0FE99674AB305F5497B9CDB12338ECC02USAHUBSMBX104us_"
MIME-Version: 1.0
X-Proofpoint-Virus-Version: vendor=fsecure engine=2.50.10432:5.11.96,1.0.14,0.0.0000 definitions=2014-05-03_02:2014-05-02,2014-05-03,1970-01-01 signatures=0
X-Proofpoint-Virus-Version: vendor=fsecure engine=2.50.10432:5.11.96,1.0.14,0.0.0000 definitions=2014-05-03_02:2014-05-02,2014-05-03,1970-01-01 signatures=0
Content-Length: 8288
Received: from 72.30.239.236 (72.30.239.236) by 10.198.5.248(10.198.5.248); Sat, 03 May 2014 19:09:29 +0000

Message-ID: <1345158080.55643.YahooMailNeo@web111002.mail.gq1.yahoo.com>
Date: Thu, 16 Aug 2012 16:01:20 -0700 (PDT)
From: Frederick Duchardt <fduchardt@yahoo.com>
Reply-To: Frederick Duchardt <fduchardt@yahoo.com>
Subject: **Re: US v. Coonce and Hall**
To: Shane Cantin <shane@c2glaw.com>
Cc: "tom@c2glaw.com" <tom@c2glaw.com>
X-Email-Status: read
X-Source-Folder: Hall Sent E-Mails
X-Email-Hash-MD5: c3b426357f9734e51ec888db5d9a1d6f

Thanks guys, I'll see you at 11

**From:** Shane Cantin <shane@c2glaw.com>
**To:** Frederick Duchardt <fduchardt@yahoo.com>
**Cc:** "tom@c2glaw.com" <tom@c2glaw.com>
**Sent:** Thursday, August 16, 2012 5:55 PM
**Subject:** Re: US v. Coonce and Hall

Yes

Shane Cantin iPhone
417-831-6363
901 E. St. Louis, Suite 1600
Springfield MO 65806

On Aug 16, 2012, at 5:09 PM, Frederick Duchardt <fduchardt@yahoo.com> wrote:

Shane and Tom

Randy has had to change to 1PM. Will 11 work for you guys, so I can switch Randy to 1? Let me know. Thanks.

Fred

**From:** Shane Cantin <shane@c2glaw.com>
**To:** Frederick Duchardt <fduchardt@yahoo.com>
**Cc:** "tom@c2glaw.com" <tom@c2glaw.com>
**Sent:** Thursday, August 16, 2012 3:01 PM
**Subject:** Re: US v. Coonce and Hall

1:00 will work

Shane Cantin iPhone
417-831-6363
901 E. St. Louis, Suite 1600
Springfield MO 65806

On Aug 16, 2012, at 2:15 PM, Frederick Duchardt <fduchardt@yahoo.com> wrote:

Good afternoon Shane and Tom, and thanks for your quick response.

At this point, I have the Johnsons scheduled at 9 AM, and Randy and the FBI agent at 11. Therefore, if I could get you guys at 1 at your place, that would work well for me. Though Shane may have to leave at 2, I think we can get most everything accomplished before that. Let me know if that will work.

Though I don't have the file from the Johnsons, I have looked over all of the court file materials. I can tell you absolutely that there is much I intend to do which has not even been started. That having been said, I think if Judge Fenner will get me all necessary funding approvals from him and the 8th Circuit, I can get things accomplished for a trial date in Spring or Summer of 2013. However, as you have already noted, getting funding approval can be slow at best, and problematic at worst. My experience is this occurs, not on Judge Fenner's end (which is usually very understanding and speedy), but on the 8th Circuit end (which is slow at best). That is why I think it would be well for counsel for both codefendants to see if we can get a meeting with Judge Fenner on funding issues before we decide on a future trial date. In such a meeting, we can express that we need our funding for necessary work in place before we set a date so we can be sure we get our necessary work done to meet whatever trial date is set. We can talk about that when we meet.

On the issue of severance, you may already know that the previous approach of the WDMO Judges, including Judge Fenner, has been to address penalty phase severance issues by having sequential penalty phases after a guilty verdict for multiple death case codefendants, with the order determined by the order in the indictment. Though Judge Fenner did not

say so in so many words, my guess is that a big part of the reason your motion was turned down was because your client would be first in the sequence, and therefore not be prejudiced by whatever approach to things are taken by Mr. Hall at penalty phase. However, you have identified in your motion all of the reasons why Mr. Hall should fear your penalty phase presentation (as the caselaw puts it, you all will be second and third prosecutors against Mr. Hall). You can figure it highly likely that I shall be filing a motion for severance on behalf of Mr. Hall.

Get back to me, and let me know if 1 works for you guys.

Fred

**From:** Shane Cantin <shane@c2glaw.com>
**To:** Frederick Duchardt <fduchardt@yahoo.com>
**Cc:** "tom@c2glaw.com" <tom@c2glaw.com>
**Sent:** Thursday, August 16, 2012 11:48 AM
**Subject:** Re: US v. Coonce and Hall

Good to hear you are on board. Next Wednesday is good for me up until 2:00. I have an expert deposition scheduled to start at that time, but it appears it might be postponed. For now it's on, but the rest of the morning is open. As soon as Tom weighs in, let us know what time might work and we'll get it on the schedule.

I had previously spoken to AUSA Randy Eggert about continuance of the trial, but this was before the issues with Darryl came to light. At that time, we were talking about resetting it for April/May, but that did not assume a new team taking over for Mr. Hall. As we can discuss when we meet, we have two pending and extremely important expert witness motions asking J. Fenner to approve funding. Those were filed in December and January. Try as we might, they are still not granted, and so we are in limbo on those. I can only guess what the Hall team has not done, and so I think you will start in many ways from ground zero, which will certainly impact the trial date. We should also talk about severance issues.

Let me know your travel schedule, and we can get something set up.

SPC

On Aug 16, 2012, at 11:30 AM, Frederick Duchardt wrote:

> Good morning Shane and Tom
> Judge Fenner contacted me yesterday and asked that I take over representation of Mr. Hall. I have made arrangements with the Johnsons to pick up their file on next Wednesday. While I'm in Springfield at that time, I wanted to make connections with you both to talk about the case if you have time in your schedules to do that. Let me know. Also, in the meantime, I note you have filed a request for continuance on behalf of Mr. Coonce, but have not asked for a particular new trial date. Obviously, I do not believe I can be ready to try the case as scheduled in November, so I shall be joining in the request for continuance. I'm wanting to see if we can reach a meeting of the minds on the rescheduling of the trial. Let me know your thoughts on that as soon as you can. Thanks.
> Frederick A. (Fred) Duchardt, Jr.
> P.O. Box 216
> Trimble MO 64492
> 816-213-0782
> fduchardt@yahoo.com

Shane Cantin
Carver, Cantin and Grantham
901 E. St. Louis St., Suite 1600
Springfield, MO 65806
Tel: 417.831.6363
shane@c2glaw.com
STATE & FEDERAL CRIMINAL DEFENSE

NOTE: The Missouri Bar Disciplinary Counsel requires all Missouri Lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication, (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa, (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through.

## SMTP Header

X-Email-UID: 1623983868.20

X-IMAP-Flags: \Seen

X-Date-Stored: 16-Aug-2012 23:01:21 +0000

X-YMail-OSG: ucDj3tcVM1npmTdmfimwZbQxP6nCvD6FJna9rYK41pYFI5R 1Lx_x62loSvpkyneTvjpTam9lho.hluwVpMwr6.ErnAkHLZ_JerDY08eLlM8x
tmSmpyQOoOcCOlZUaoHMwDHkrd0w16bwJHstAh_JNIB9htQdGcUC2HKrn0pNS
IHdZ9pzLVTUa96oDNY62oepfKGBqlk94ntWPJgK8yF.bTgGjjGt5wTGGFOgC
mXPiaZONB6TOcr6oFv7qAFdKMMrZMeVoMJWdzhICN8UUrmMz98i5p6MCsfrcu
mjHGdJiLF0SkKduY86HTErY2x9qquFoX0gbW0wqTQXutUr49_yZEm1ZjuI9.
jxjdt5thgvRbvSaYms8C.EVQph_39ernIUamCwbXUjIlfy1Sd1L08SrNusG0 f3nSNagZnU5S4VQp0

Received: from [66.64.154.130] by web111002.mail.gq1.yahoo.com via HTTP; Thu, 16 Aug 2012 16:01:20 PDT

X-Mailer: YahooMailWebService/0.8.120.356233

References: <1345134607.54451.YahooMailNeo@web111005.mail.gq1.yahoo.com> <2917B3BC-4700-4E24-996F-F4B6C9772205@c2glaw.com>
<1345144501.60487.YahooMailNeo@web111003.mail.gq1.yahoo.com> <C12AC3F3-F875-4491-9F61-EF443A1F998D@c2glaw.com>
<1345154974.65966.YahooMailNeo@web111011.mail.gq1.yahoo.com> <1830745C-6DFB-4D86-AF0C-687680DBF21B@c2glaw.com>

Message-ID: <1345158080.55643.YahooMailNeo@web111002.mail.gq1.yahoo.com>

Date: Thu, 16 Aug 2012 16:01:20 -0700 (PDT)

From: Frederick Duchardt <fduchardt@yahoo.com>

Reply-To: Frederick Duchardt <fduchardt@yahoo.com>

Subject: **Re: US v. Coonce and Hall**

To: Shane Cantin <shane@c2glaw.com>

Cc: "tom@c2glaw.com" <tom@c2glaw.com>

In-Reply-To: <1830745C-6DFB-4D86-AF0C-687680DBF21B@c2glaw.com>

MIME-Version: 1.0

Content-Type: multipart/alternative; boundary="1394528590-1659126257-1345158080=:55643"

Content-Length: 21972

Message-ID: <1399110673.23762.YahooMailNeo@web140604.mail.bf1.yahoo.com>
Date: Sat, 3 May 2014 02:51:13 -0700 (PDT)
From: Frederick Duchardt <fduchardt@yahoo.com>
Reply-To: Frederick Duchardt <fduchardt@yahoo.com>
Subject: **Re: Sequential penalty phase**
To: bob lewis <bobalew003@yahoo.com>, "mwalk@sbcglobal.net" <mwalk@sbcglobal.net>
X-Email-Status: read
X-Source-Folder: Hall Sent E-Mails
X-Email-Hash-MD5: fe2a749eb68b1d20ea46ea77a3c87300

Good morning Bob

I had a long talk with Chuck over the phone last night. He told me about his desire to confront his accusers. I explained to him he absolutely has the right to do that in his own trial. However, he does not have such a right in someone else's trial, and if there is a severance, there are two trials, and if we go first, there is nothing to confront. I also explained to him that it was always a possibility that if we decided to abandon sequential penalty phases, Coonce would take up that approach, to keep us from the joint penalty phase trial he wants. Therefore, we are in a position to have to ask for going second, which we are going to do.

I trust you have seen my e-mail asking for input from the parties about length of presentations, and setting forth the positions stated by the government desiring Coonce to go first since, if Coonce gets life, they will likely abandon the pursuit of death against Hall. As soon as I get input back, I shall file a request for a ruling on that.

I have already talked to Kathy and have told her we figure to need her on Tuesday afternoon. I figure that either Mike or I will take her.

Dr. Wisner and I are making good progress getting through Dietz's 163 page report and 8 hour video. I have appended a copy of the Dietz report if you have time to look at that.

I have also requested Randy's help in getting another copy of the Foo impeachment materials, and I copied you on that memo. I cannot seem to open my copy of that part of the discovery, and so it is no use to forward that to you. I had had problems with that initially, then they cleared up enough for me to review the items. However, the problems have re-occurred. In any event, Randy has direct that Scarlet get to us a fresh copy of that raw impeachment data consisting of Foo's prior record, the nature of his new charges, and the plea agreement he entered.

I shall update you on the personal situation when I see you, which will be Monday or Tuesday. Thanks for the thoughts and prayers.

Fred
On Friday, May 2, 2014 7:24 PM, bob lewis <bobalew003@yahoo.com> wrote:
Fred:

Per Chuck's demand, we have withdrawn our request for a sequential penalty phase. At the end of today's trial, Fenner made it known that in fact we had withdrawn our request but then asked Carver what his thoughts were. Carver indicated he thought there should be a sequential penalty phase and Fenner more or less indicated that if any defendant requested a sequential phase, he would grant it.

I made a record that we were opposed to a sequential phase and wanted a joint penalty phase (per Chuck's demand). Carver then indicated they wanted a sequential phase and the judge seemed inclined to do that.

I left that hearing with the belief that if there was going to be a sequential penalty phase, that Coonce would go first.

However, after the hearing I spoke with Rubenstein and Cantin and they left the hearing with the feeling that Hall would go first in light of the judge's understanding that Coonce would be trying to lay the blame off onto Hall.

Hall is adamant: he wants the joint phase. His idea is if there are separate phases that he won't be able to "confront" Coonce's evidence that he was the bad guy.

Any way we can get a clarification from Fenner as to who goes first? He seems very inclined to do a sequential phase even tho we have withdrawn our request for same.

In speaking with Cantin and Rubenstein, they now apparently are inclined for Hall to go first.

Changing the subject, the gov said their case will end by noon on Tues. Carver told the judge he would possibly have an hour's worth of testimony, if any (Cantin told me they were not going to play Bass' deposition during the guilt phase but would in the penalty phase).

I told the judge that if Coonce would be finished by 2:00 p.m. on tuesday, we would have one witness (probably less than an hour).

If you're not going to be back, get me Kathy's number so I can get with her re when she has to be here. I'll take her as a witness.

Will send a summary of the witnesses' testimony to date on Saturday.

Fred, still hoping that things get better for you.

Bob
Bob

---

**SMTP Header**

X-Email-UID: 1623983868.1716

X-IMAP-Flags: \Seen

X-Date-Stored: 03-May-2014 09:51:13 +0000

X-YMail-OSG: epRfZuAVM1Ih98GYUnfD_m1CZHiZtrVw3QQ5ROe4UM3w0M9 HF6Lf3tRhWP6HVQYllAJldmM7iwxxPkPrl_5Cr95.m1O2SlZoIXleBJBdOTV
t5w2AyXlGatxbrENGMB.kT1UTLy_KZ6yBqM4T.FXsB9l3UBBGldLkXBVHWxd
WzRWiEgKA5_Wi4EfEAoL4.CUOQDVU12ydw8HoMCkoCeOlp25t5BB7hGX2FXP
GNDyWtPxiXKUHudDhR6OSKjzxAvmJlFEvPZwvj6t1Ja13CeNTdeiiFVrAsVf
o7jN2lCGm1qYv9PFZZomr4jsBa8oxeTmg5SODUm1lu4lhXMMpA61cT3n8jtA
lyXvgZtERycX9V71LUrzmgVrl1duJw8rqWOhLAjrVpY1kvzQsQj_kw4igC_V
zYGudgLFKJAiExAen_jSVq08AJtDaP6kxv4M.VsOs9OCRel5nijhl8bfTVud
6fMUPCQdgT6IL0kyY2yEOY_.t7mv4yXlRZauAijndj.dw.pT9yUJxBbualJ1
IgbjPrEwU9_j.1vh0ewFQ.xUOYXITF091p7Wxfs0gufU3E0Gead3Q1JA-

Received: from [74.5.235.101] by web140604.mail.bf1.yahoo.com via HTTP; Sat, 03 May 2014 02:51:13 PDT

X-Mailer: YahooMailWebService/0.8.188.663

References: <1399076490.12688.YahooMailNeo@web160803.mail.bf1.yahoo.com>

Message-ID: <1399110673.23762.YahooMailNeo@web140604.mail.bf1.yahoo.com>

Date: Sat, 3 May 2014 02:51:13 -0700 (PDT)

From: Frederick Duchardt <fduchardt@yahoo.com>

Reply-To: Frederick Duchardt <fduchardt@yahoo.com>

Subject: **Re: Sequential penalty phase**

To: bob lewis <bobalew003@yahoo.com>, "mwalk@sbcglobal.net" <mwalk@sbcglobal.net>

In-Reply-To: <1399076490.12688.YahooMailNeo@web160803.mail.bf1.yahoo.com>

MIME-Version: 1.0

Content-Type: multipart/alternative; boundary="1023258982-1634984423-1399110673=:23762"

Content-Length: 13524

Received: from 72.30.239.227 (72.30.239.227) by 10.193.54.212(10.193.54.212); Sat, 03 May 2014 09:51:13 +0000