From: **Frederick Duchardt** fduchardt@yahoo.com
Subject: reconciling in court time
Date: June 13, 2014 at 7:49 AM
To: Bob Lewis bobalew003@yahoo.com, Michael Walker mwwalk@sbcglobal.net

Good morning Bob and Mike

I trust you both saw my memo to Terri yesterday. I used her trial day logs to calculate the precise in court time for which we can charge. Assuming she gives the OK on those totals, those are what we shall use in billing our time for in court. What you will need to do is add accordingly to your out-of-court totals for each day you were in Court (breaktime work, working lunches, early AM and late PM work at the courthouse, etc.). In particular, I am showing us conferring on peremptories on the afternoon of 4/30 for 3.1 hours. We should all account that time the same. Therefore, unless either of you think the time was more or less, that should be the time we all three put on the timesheets.

Also, I remind that I have told Judge Fenner that we shall charge for three lawyers in Court only for the three days of jury selection. Especially since the other two teams had casts of helpers well-exceeding three in going through all of that, I think we are on solid ground with our insistence about three lawyers throughout that process. As for the rest of the days of trial, we set up what I think was a good tag team system to have two lawyers in court at all times. The only exception was during closing arguments. To cover those, I am not charging for my time during Bob's closing in the first phase, and Mike is not charging for his time during my closing in the second phase. While I think it was important for appearances to the jury to have all three lawyers present during the arguments, I don't want to push the point with the Judge, and I think this is the best way to handle the matter.

Let me then go down the list of days to cover what I think are the rotations.

Days 1, 2, 3-all attorneys present in court

Days 4, 5, 6-Bob and Mike present, with Fred present only for 0.5 hours at the end of the day on Day 5 to make argument regarding penalty phase severance (for that brief time we'll show all three of us present)

Day 7, Mike and Bob present for arguments (AM), Fred and Bob present for penalty phase beginning (PM)

Day 8 and 9, Bob and Fred present

Day 10-this day is a bit confusing for me-I recall being in court all day that day myself-both of you only show 1.5 hours of time on your draft timesheets, so I assume this is one of the days on which Bob either came early or left early-the precise times for the day are 3.5 hours AM and 2.3 hours PM-my suggestion is that one of you take the AM portion and one of you take the PM portion, depending upon your recollections of how the day was divided-give your input on this one via return e-mail

Day 11, Fred and Bob present

Days 12-14, on these days, I was working on penalty phase evidence prep, including getting the teleconference matters set up-on these days Fred and Bob are present AM, and Mike and Bob present are present PM

Day 15 (May 19), Fred and Mike present-Bob was under the weather this day, and also was working with Olga

Day 16 Fred and Bob present AM, Mike and Bob present PM-this was another day on which I was doing work in the PM outside the courtroom

Days 17 and 18-here Mike's and my recollections are different-Mike's notes show him being out of Court on the PM of Day 17, and in Court on the PM of the day 18, but my recollection is reversed-that is because I was presenting witnesses all day on day 18, and was preparing for that on day 17-therefore, I believe the correct lineup for these days are, for Day 17 Fred and Bob AM, Mike and Bob PM, and for Day18 Fred and Bob all day

Day 19, Fred and Bob present

Day 20, Fred and Bob present AM, Mike and Bob present PM

Day 21 and 22, Fred and Bob present with Mike making brief cameos each day to make arguments, respectively, on the proportionality offer of proof and the heinousness sufficiency

Day 23 and 24 Fred and Bob present

I think that covers everything.  Let me know if you think I have fouled anything up.  If not, let's get our in-court timesheets coordinated accordingly.  I'll work today on out-of-court timesheets to see if we have anything else we need to reconcile.

Fred

TF.MW.03.01.000031