# FREDERICK A. DUCHARDT, JR./ATTORNEY AT LAW
## P.O. BOX 216/TRIMBLE MISSOURI 64492
## TELEPHONE 816-213-0782 FAX 816-635-5155

### MEMORANDUM

TO: The Honorable Gary A. Fenner, District Judge

FROM: Fred Duchardt

RE: *United States v. Hall*, Case #10-3029-02-CR-S-GAF, Plan for use of Attorney resources for Charles Michael Hall

DATE: April 30, 2014

On Monday, you brought to my attention that I may have misunderstood your directions regarding appointed counsel resources approved for the case. I am sorry if I have misunderstood your directions, and I am particularly sorry for the fact that I have been so busy doing the necessary preparation work for this trial that I have not taken the equally necessary additional step to keep you abreast of my reasons for utilizing allotted resources in the fashions which I have. I wish to use this memo to correct things, and give you a full explanation why I have taken the resource utilization steps that I have.

I came to you in January with the devastating news that Bob Lewis had been diagnosed with cancerous growths on his bladder and colon which required surgery to remove. You were very kind in your words of support for Bob, and very attentive to the needs of trying to keep the case on track toward having the matter tried beginning April 28, 2014. You immediately approved my request to have Mike Walker appointed as additional counsel. Since, at that time, Bob had not yet had the surgery, no one could be sure whether Bob would be laid up entirely from working on the case, or only for a short time, or some amount of time in between. Therefore, Bob was not replaced, and Mike was added to the team. I specifically suggested that I would start Mike on distinct projects, particularly researching and writing on certain legal issues and assisting me with the reading and summarizing of jury questionnaires I further suggested that if Bob's leave from the team turned out to be more extensive, utilization of Mike's time would naturally expand to additional aspects of the trial. That is how things began.

Bob had his surgery, and though it was successful, it turned out to be a 13 hour ordeal, which included bypassing the affected digestive tract with an ileostomy. Bob's mood and determination were great through his recovery in January, February and March. However, Bob's ability to work during those months was limited. Bob soldiered through setbacks, and even had to be hospitalized for complications. During this time, there was substantial question in my mind as to whether Bob would be able to continue. In order to guard against the possibility that Bob would not be able to continue, I had Mike take over entirely work with jury questionnaires and I also prepared Mike to take over additional responsibilities with respect to the first phase of trial. Fortunately for all, by the beginning of April, Bob became more and more able to take on full

1

TF.RL.01.000720

time work on the case. Thanks to hard work Bob did both before and after his surgery, he has been able to take over the lead in handling the first phase of trial. What has developed naturally is a division of duties in which I covered most of the pretrial motion practice and jury instructions, with some help from Mike, Mike addressed all voir dire preparations, Bob and Mike had first phase responsibiliites, and I had control over the penalty phase presentation.

Another curve was thrown our way when the government's rebuttal mental examination of Mr. Hall was delayed until April 26, with a videotape of the examination not ready until April 30, and a report not to be available until May 1 or 2. Under other circumstances, this would have created a crisis, likely necessitating a request for some sort of continuance. Because of the resources available, a natural, alternative solution presented itself. Because Bob and Mike would be handling nearly all of the first phase in-court duties, my presence would have been more as a backstop for them. Thus, it was decided that it would be a better use of team resources for me to not be present in the courtroom during the first part of the first phase of trial. That would free me up to address the government's rebuttal expert and other penalty-phase-related preparation matters.

Just today, another aspect of the reality of our situation arose when Bob had a health complication. Fortunately, Bob has identified that issue, one related to a medication, and it has been corrected. We had manpower resources in place to deal with that problem when it came up today, and things went off without a hitch. And, while we believe there will not be another such situation, if something like that develops again, we as a team will be able to meet it so the case will carry on effectively for Mr. Hall

I hope these explanations for my actions are acceptable. Please let me know if you need any further explanations from me. I thank you for the trust which you have resided in Bob, Mike and me to handle this complex case for Mr. Hall in an effective, as well as cost-effective, manner.

TF.RL.01.000721