# After-Action Report



## Homicide
## January 26, 2010
## United States Medical Center for Federal Prisoners
## Springfield, Missouri

**Submitted By:** Michael K. Nalley
Regional Director, North Central Region

017739

## TABLE OF CONTENTS

Introduction/Executive Summary .......................................... 3

Chronology of Events ................................................... 4

Analysis of Events ..................................................... 5

Conclusions .......................................................... 5

Recommendations ..................................................... 6

Inmate Involvement ................................................... 7

Cost/Impact Statement ................................................ 8

017740

## I. Introduction/Executive Summary

The United States Medical Center for Federal Prisoners (USMCFP), in Springfield, Missouri, is an administrative security level medical facility which houses approximately 1,140 male inmates. Specialty areas include managing "High-Security" cases in both the medical and mental health realm, and a Kidney Dialysis Unit capable of handling a case load of up to 264 inmates. Unit 10-B (location of the homicide) houses approximately 40 inmates with various mental health diagnoses, and is operated as a semi-open unit in relation to the general population.

On January 26, 2010, while monitoring the evening pill line, the Unit 10-B Officer noted several inmates, to include inmate Castro-Rodriguez, Victor, Reg. No,. 57903-004, (hereafter referred to as Castro-Rodriguez) had not reported for their medication. While making rounds to locate the absent inmates, the Unit 10-B Officer discovered inmate Castro-Rodriguez in his assigned cell (cell No. 208) lying unresponsive on the floor at the base of the cell door. The Officer notified control via radio and initiated lifesaving measures.

When a sufficient number of staff arrived on the scene, Castro-Rodriguez was moved to the corridor outside the Unit where Health Services Staff continued lifesaving measures. Staff immediately secured the scene after noting Castro-Rodriguez's hands and legs had been secured with tape and shoestrings. At 8:42 p.m., lifesaving measures were discontinued, when the Medical Duty Officer pronounced Castro-Rodriguez dead.

While staff were securing Unit 10-B, inmates Coonce, Wesley, Reg. No. 30011-039 (hereafter referred to as Coonce), and Hall, Charles, Reg. No. 03766-036 (hereafter referred to as Hall), were adamant about speaking with staff. They openly stated they had killed Castro-Rodriguez. In addition, during statements to FBI Agents, both inmates confessed to killing Castro Rodriguez.

On January 27, 2010, Michael K. Nalley, Regional Director, North Central Region, appointed a team to conduct an After-Action Review of the inmate homicide. The purpose and scope of the review were to determine what, if anything, could have been done by staff to prevent the incident, and to identify strengths and weaknesses of the staff response to the incident. The staff appointed to this After-Action Review team were:

Amber L. Nelson, Senior Deputy Regional Director, NCRO
Brian R. Jett, Warden, FMC Rochester, MN
Rick Schott, Regional Counsel, NCRO
Chris Lamb, Health Services Administrator, NCRO
Eric Jaeger, SIS Coordinator, NCRO
Lisa Latham, Administrative Coordinator, NCRO

017741

## II. Chronology of Events

### January 26, 2010

The chronology of events was established utilizing documentation and time stamps embedded in the CCTV system.[1]

| | |
|---|---|
| 8:05 pm | Unit 10-B Officer checked cell 208, discovered Castro-Rodriguez unresponsive, called for assistance, and initiated lifesaving measures. |
| 8:06 pm | Responding staff entered the unit and assisted with lifesaving measures. |
| 8:08 pm | Castro-Rodriguez was removed from the cell and carried out of the unit into the corridor, where Health Services staff continued lifesaving measures. An ambulance was requested. |
| | Health Services staff noted Castro-Rodriguez's hands and feet were bound with tape and shoestrings. |
| | The Operations Lieutenant directed staff to secure the cell as a crime scene. |
| | Ambulance arrived and paramedics began lifesaving measures on Castro-Rodriguez. |
| 8:30 pm | SIS Technicians arrived at the institution and began to process the crime scene. |
| 8:42 pm | Medical Doctor pronounced Castro-Rodriguez dead. |
| 9:05 pm | Coonce and Hall were placed in Administrative Detention. |
| 9:15 pm | First FBI Agent arrived. |
| 9:22 pm | Adams Funeral Home personnel arrived. |
| 9:32 pm | Second FBI Agent arrived. |
| 10:00 pm | Adams Funeral Home departed with body. |
| 10:15 pm | Mass Interviews of Unit 10-B were initiated. |

---

[1] There was approximately a 9 minute difference between CCTV, Lieutenant Log, and staff memorandums; therefore, it was difficult to determine exact times.

017742

### III. Analysis of Events

On January 26, 2010, while monitoring the evening pill line, the Unit 10-B Officer noted several inmates, to include inmate Castro-Rodriguez, Victor, Reg. No,. 57903-004, had not reported for their medication. While making rounds to locate the absent inmates, the Unit 10-B Officer discovered inmate Castro-Rodriguez in his assigned cell (cell No. 208) lying unresponsive on the floor at the base of the cell door. The Officer notified control via radio and initiated lifesaving measures.

Upon hearing the Unit 10-B Officer's radio transmission, the Operations Lieutenant, Activities Lieutenant, and other staff responded to cell 208 in Unit 10-B, where they saw the Unit 10-B Officer performing CPR on Castro-Rodriguez. Additional staff arrived and assisted. Castro-Rodriguez was rolled onto a sheet and transported from the cell to the corridor area outside the Unit 10-B entrance. While medical staff continued lifesaving efforts, an ambulance was called. The ambulance crew arrived and assumed lifesaving efforts, which were discontinued at 8:42 p.m. when the Medical Doctor pronounced inmate Castro-Rodriguez dead.

At approximately 8:30 p.m. Special Investigative Support Technicians arrived at the institution and initiated crime scene preservation procedures in preparation of evidence collection. FBI Special Agents arrived at UCMCFP Springfield at approximately 9:15 and 9:32 p.m. respectively. Upon completion of their initial review, the Special Agents released the crime scene to institution staff. The Special Agents, accompanied by Special Investigative Staff (SIS) conducted individual interviews with inmates Hall and Coonce. Both inmates were advised of their Miranda Rights, and they agreed to provide statements to the FBI.

Numerous staff memorandums indicated Coonce and Hall voluntarily admitted to killing Castro-Rodriguez. Although a clear motive is yet to be determined, the prevalent information indicated Coonce and Hall felt Castro-Rodriguez had provided information to staff on various occasions regarding inmate activities and misconduct. The statements Coonce and Hall provided to the FBI were not released by the AUSA for review by the After Action Team.

### IV. Conclusions

At the conclusion of this review, it is the consensus of the After-Action Team that staff acted appropriately and within the scope of their assigned duties in response to this incident. Staff promptly initiated lifesaving measures and effectively secured the crime scene.

017743

## V.  Recommendations

There were no identifiable contributing factors that could have been mitigated by any operational procedures.  However, the following should be noted:

- According to Program Statement 5270.07, Inmate Discipline and Special Housing Units, Incident Reports should be promptly written and suspended in Sentry for incidents that are pending prosecution.

- Post Orders should accurately define the expectations of the post, i.e., inmates participating in mainline versus meals in the unit, recreation, and unit restriction/boundaries.

- General expectations for Unit 10-B activities (inmate uniforms/dress code, boundaries governing unit restriction, mainline vs. meals in the unit, commissary and visiting procedures) should be clearly defined in writing, and posted, for reference by staff and inmates.

- Standardized criteria should be established and utilized by mental health and correctional staff in determining appropriate admissions and discharges to the unit.

- Posted pill line times should be accurate.

- Review Unit Team schedule (late night and weekend coverage) to ensure policy compliance and provide additional inmate supervision.

- Examine utilization of 10 Unit Rover post to provide additional supervision through evening pill line and count.

- Enhance physical security of the Unit 10-B nurse's station door to provide additional security for nursing staff during pill line.

- While not causally connected to this incident, Unit 10-B routine late night television hours should be reviewed to ensure "open hours" coincide with maximum staff coverage.

- Install additional cameras in the unit to improve visibility of all areas.

- The radio, trunking, and NiceVision/DVR systems should be synched to within one minute.  It appears there may be an approximate 9 minute discrepancy.

- Copies should be retained of mass interview forms prior to providing the originals to the FBI.

017744

## VI. Inmate Involvement

**Victor Manuel Castro-Rodriguez, Reg. No. 57903-004 (Deceased)**
Inmate Castro-Rodriguez was a 51-year-old white Hispanic male committed under Title 18, U.S. Code, Section 4246, Western District of Missouri, with an original offense/charge of Assault on a Federal Officer. Due to the type of commitment, inmate Castro-Rodriguez did not have a release date. His original offense was Aggravated Assault on a Police Officer, Southern District of Florida. He was a Medium Security Level inmate with IN custody. Inmate Castro-Rodriguez arrived at USMCFP Springfield on February 22, 2002. He had eight, 200-level incident reports, thirteen, 300-level incident reports, and two, 400-level incident reports. He had no Central Inmate Monitoring (CIM) or Security Threat Group (STG) assignments.

**Charles Hall, Reg. No. 03766-036 (Suspect)**
Inmate Hall is a 38-year-old White male serving a 194-month sentence for Mailing Threatening Communication with Intent to Extort, District of Maine. He has a projected release date of September 27, 2018. He arrived at USMCFP Springfield on October 27, 2009, for further treatment of his Crohn's Disease and Bipolar Disorder, following an assault on another inmate. He has one,100-level incident report, two, 200-level incident reports, ten, 300-level incident reports, and three, 400-level incident reports. He was a High Security level inmate with IN Custody at the time of the homicide, with a Central Inmate Monitoring (CIM) assignment of Separation and Security Threat Group (STG) assignments of Threat to Judiciary, History of Mail Abuse, History of Serious Phone Abuse, Posted Picture Card File and Secret Service List. He is currently assigned MAX custody. He was assigned to Unit 10-B, Cell 218, on January 25, 2010.

**Wesley Coonce, Reg. No. 30011-039 (Suspect)**
Inmate Coonce is a 29-year-old White male serving a Life sentence for Kidnaping and Carjacking, Northern District of Texas. He arrived at USMCFP Springfield on March 17, 2009. He has three, 100-level incident reports, fourteen, 200-level incident reports, nineteen, 300-level incident reports, and three, 400-level incident reports. He was a High Security level IN Custody inmate at the time of the homicide, with a (Central Inmate Monitoring (CIM) assignment of Separation and Security Threat Group (STG) Assignments of Assault on Correctional Staff, History of Compromising Staff, Sexually Assaulted BOP Staff, and Sex Offender. He is currently assigned MAX custody. He was assigned to Cell 002 in Unit 10-B on January 26, 2010.

017745

## VII. Cost/Impact Statement

**Overtime:**

| Cost Center | Hours | | Cost | |
|---|---|---|---|---|
| Correctional Svcs (E1) | 18.0 | | $ 730.00 | |
| | 0.0 | | Comp. Time | |
| Unit Management (F7) | 6.0 | | $ 240.00 | |
| Total | 22.0 | | $ 970.00 | |
| | SUB TOTAL | | | $ 970.00 |

**Operational:**

| Cost Center | | | Cost | |
|---|---|---|---|---|
| Case Management (F4) | Funeral | | $4,073.00 | |
| | Autopsy | | $1,150.00 | |
| | SUB TOTAL | | | $ 5,223.00 |

**Medical Treatment Cost Statement:**

| | | | | |
|---|---|---|---|---|
| Health Services (B1) | Ambulance Crew | | $ 900.00 | |
| | SUB TOTAL | | | $ 900.00 |
| TOTAL | | | | $ 7,093.00 |

**RECAP:**

| | |
|---|---|
| Overtime | $ 970.00 |
| Operational | $ 5223.00 |
| Health Services | $ 900.00 |
| **Total** | $ 7,093.00 |

017746