## BOP Employee Disciplinary Matters

1. ██████████

a. Failure to Properly Supervise Inmates/Breach of Security/Inattention to Duty-8/23/2013 (Pending Discipline) Left an inmate in a surgical procedure room unsupervised. This action is pending, and is currently in the "proposed discipline" stage. The charges were sustained, however, there has not been a decision on what the appropriate sanction will be.

b. Failure to Follow Policy/Workplace Violence-10/9/2012 (Sustained-14 day suspension) ██████ did not have his work keys attached to belt as required by policy. Another staff member alleged he grabbed and twisted her wrist when she informed him the keys were turned in.

c. Falsification of Documents-8/11/2006 (Sustained-Written Reprimand) Wrote a note in medical chart that he had seen the inmate and removed sutures, when another staff member had actually removed them.

2. ██████████

a. Time and Attendance Irregularities (misuse of leave)-8/22/2000 (Sustained-1 day suspension). Requested sick leave, but was seen at a party.

b. Misuse of Government Computer/Unprofessional Conduct-5/22/2008 (Sustained-Written Reprimand) Sent inappropriate email and argued with his supervisor when asked to retract it.

3. ██████████

a. Excessive Use of Force-1/1/2011 (Sustained-Written Reprimand) Inmate placed hand in food slot to prevent it from being closed; ██████ kicked the food slot in order to close it, causing an injury to the inmate's hand.

b. Excessive Use of Force-9/17/2010 (Sustained-Written Reprimand) Inmate placed arm in food slot to prevent it from being closed; ██████ grabbed the inmate's arm and physically forced it back through in order to close the food slot.

4. ██████████

a. Failure to Properly Supervise Inmates/Breach of Security - 6/20/2012 (Sustained-1 day suspension) Left an inmate in his office unsupervised. ██████ stated he intended to tell another staff member that he was leaving.

5. ██████████

a. Inattention to Duty- 4/20/2009 (Sustained No action taken) ██████ admitted to reading a newspaper when he was supervising an inmate at the local hospital.

018911

TF.FD.17.20.000255

b. Failure to Follow Policy/Breach of Security-9/24/2002 (Sustained Written Reprimand) Case involved an inmate escaping from the local hospital; investigation revealed the inmate was not in proper restraints. <span style="background:black">████</span> specific involvement in the case will not be known until the case file is received. It has been requested from Archives, but we do not have it yet.

6. <span style="background:black">████████████</span>

a. Off Duty Misconduct - 11/16/2005 (Sustained -Written reprimand) - DWI

7. <span style="background:black">████████████</span>

a. Failure to Report Violation of Rules/Regulations-07/14/2005- (Sustained-1 day suspension). Failed to report an allegation of abuse.

8. <span style="background:black">████████████</span>

a. Unprofessional Conduct-03/07/2000 (Sustained – 5 day suspension) – Inmate alleged he sprayed him with water and drug him into a cell. Need case file to determine what actions were substantiated. It has been ordered from Archives.

b. Misuse of Government Computer-01/21/2009 (Sustained – Written Reprimand) – forwarded an email that mocked President Obama.

c. Misuse of Travel Charge Card to purchase socks-03/30/2002 (Sustained –No action taken)

9. Robert Logsdon

a. Failure to Follow Policy/Breach of Security – 09/24/2002 (Sustained-Written Reprimand) Case involved an inmate escaping from the local hospital; investigation revealed the inmate was not in proper restraints. Logsdon's specific involvement in the case will not be known until the case file is received. It has been requested from Archives, but we do not have it yet.

b. Inattention to Duty-sleeping on duty –07/28/2003 (Sustained-1 day suspension)

10. <span style="background:black">████████████</span>

a. Unprofessional Conduct-11/26/1996 (Sustained – Written Reprimand) - received pornographic video from someone else while at work.

11. <span style="background:black">████████</span>

a. Physical abuse of inmate/Inattention to Duty/Failure to Follow policy – 12/12/1990 (Sustained-disciplinary action UNKNOWN) – Inmate died during application of restraints. NO knowledge of <span style="background:black">████</span> involvement until case file is received.

018912

TF.FD.17.20.000256

c.     Concealing a Material Fact/Unauthorized Release of Information/Failure to Report –
Need the case file to determine whether the charges led to ███████ termination from the BOP.
███████ release information about an inmate to another inmate, failed to report other staff
members' misconduct, and withheld information during investigation of the charges.

12.     ███████████████████

a.     Use/Abuse of Illegal Drugs/Alcohol  -11/14/2012 (Sustained 15 day suspension) ██████
attended work with a strong odor of alcohol.  She was given 2 Breathalyzer tests at work, which
revealed the presence of alcohol.

████████████████████████

a. Insubordination-03/07/2000 (Sustained-Written Reprimand) – failed to follow instructions of a
supervisor regarding correct procedure to fill out overtime authorizations.

██████████████

a. Time and Attendance Irregularities-09/29/2000 (Sustained-3 day suspension) Called in sick,
but was actually playing in a band at a club and a coffee house.

b. Inattention to Duty-07/14/2005 (Sustained-No action taken) – Failed to include information
about an inmate when documenting an incident. Admitted it was oversight.

████████████████

a. Use/Abuse of Illegal Drugs/Alcohol-10/06/2010 (Sustained-21 day suspension) Given two
Breathalyzer tests at work which revealed the presence of alcohol. Also admitted to having
inadvertently taken too much of his prescribed sleeping medication.

018913

TF.FD.17.20.000257