Declaration of Patrick Gariety, M.D.

I, Patrick Gariety, declare the following:

1. I am a psychiatrist by training and education. I attended Medical School at Ohio State University College of Medicine, followed by a residency in psychiatry at the Sheppard and Enock Pratt Hospital from 1989 through 1993. I am certified in the practice of psychiatry by the American Board of Psychiatry and Neurology and have an active medical license in the state of Washington, where I currently live.

2. I was previously employed by the Federal Bureau of Prisons at the United States Medical Center for Federal Prisoners in Springfield, Missouri as a psychiatrist. While at the Medical Center in Springfield I treated Charles Hall, a patient in the secure psychiatric area of the prison.

3. I remember Mr. Hall well. He suffered from Crohn's disease, with significant ongoing complications to his medical care. He had surgery around early January 2009 for complications related to his Crohn's disease. Mr. Hall was normally housed in the 10 Building, which was a psychiatric inpatient building. But immediately surrounding his surgery at the hospital, he was instead housed in a medical unit apart from the 10 Building psychiatric unit. Mr. Hall recovered from surgery and came back to the 10 Building.

4. While Mr. Hall was in the medical unit, I made a point of going over to that building to see him daily. When he was in the 10 building, I also saw him most days. I was aware that Mr. Hall had a history of suicide attempts, which seemed correlated to health complications from his Crohn's disease. Mr. Hall suffered from deep shame over his ostomy. I saw Mr. Hall more frequently than other patients because I worried his Crohn's and ostomy complications would again make him at increased risk for suicide.

5. Living in prison with an ostomy is challenging. Mr. Hall smelled like feces and suffered from "mishaps" that he relayed to me of his ostomy leaking stool. These mishaps were embarrassing and exacerbated his shame. He voiced a desire to be isolated from other inmates to avoid the embarrassment his condition created.

IFCD 00028541

6. I learned of the murder of Victor Castro the morning after it occurred, upon my arrival at the prison that day. At the same time I learned of Mr. Castro's death, I learned that Mr. Hall was responsible for it. I was not Mr. Castro's treating psychiatrist, but I was aware of him as a fixture in the mental health unit of the prison.

7. I am reminded by current counsel that Mr. Hall had a codefendant, Mr. Coonce. I no longer recall when I learned about Mr. Coonce. He was not my patient.

8. I specifically remember seeing Mr. Hall on the day of the homicide before it occurred. I was rounding that day together with the psychologist on my team- meaning we walked around the unit cell to cell to check in with patients. We formally rounded once a week on patients that were not in locked housing, so that we could lay eyes on every patient and their cell. I often encountered people just walking around the unit while rounding. We saw Mr. Hall that day while doing rounds. I do not recall exactly where we were when we saw Mr. Hall, but Mr. Hall approached us and asked to speak with us off the unit. We asked him if it was urgent. He said no. We told him to come by and see one of us that afternoon, since we were doing rounds. This was the last time I saw Mr. Hall before the homicide.

9. I write as a hobby. During the time I worked for the Bureau of Prisons, I frequently came home from work and wrote. I carried a notepad with me while I worked, and I jotted things down to later incorporate into my writing. I wrote a fair amount about Mr. Hall at the time. Attached to this is an excerpt of my writing from that time that pertains to Mr. Hall. I have changed all names in the writing. Mr. Hall is referred to in the writing as Raskolnikov. Mr. Castro is referred to as Gusta. The writing was based on things I knew to be true at the time, though the quotes are most certainly not verbatim. I do not write about Mr. Coonce, so some facts may leave him out in a way that does not reflect accurately what happened but just my limited understanding at the time.

10. My writing reflects my own efforts as a psychiatrist to reckon with Mr. Hall's actions. I always suspected Mr. Hall to be a victim of sexual abuse based on him telling me the story I recounted in my writing about his sister being a victim of sexual abuse at the hands of their adopted father. I have now been told that his sister denies that she was a victim or that she ever alleged sexual abuse by their adopted father. The fact that Mr. Hall shared this story with me, even if it's not true, still suggests the possibility that he was

sexually abused. It would be unsurprising for a male inmate to have deep shame about any history of sexual abuse and to substitute his own story with a fictional one for someone like a sister. Of course, I had no confirmation of this, but I could see that Mr. Hall suffered deep shame. I have been informed by Mr. Hall's current legal team that Mr. Hall was sexually abused as an adolescent. This information tracks with the behaviors I observed.

11. Mr. Hall acted very emotionally needy at times. At other times he acted with significant bravado and threats. I felt that fear and shame drove both the neediness and the bravado he demonstrated.

12. I was never contacted by counsel for Mr. Hall until 2024. I would have shared any of the information provided in this declaration at any previous time if asked or subpoenaed.

13. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct.

Patrick Gariety, M.D.

Executed this day _____ 5 April _____, 2024 in Olympia, WA.

IFCD 00028543

**6 February 2010 Saturday**

I was walking into work on Wednesday morning a week ago when I learned of the murder.

We submit to a security gauntlet at the main entrance: a scanner for lunch pails, briefcases, backpacks and such, and a walkthrough full-body metal detector, like the airport.[1] After that we display IDs before finally entering the prison via a double-grilled sallyport. With the arrival of day-shift the small reception area becomes jammed and bottlenecked with the pandemonium of crowded employees shedding coats, shoes, belts, keys, key-chains and being wanded with a prod-like detector for un-removable metal (i.e. underwire bras). The CO running the scanner that morning was informing people of the news as we entered.

*"If you haven't already heard folks, an inmate was killed last night."*

Hearing this I was jolted into my usual state of anticipatory anxiety in the face of Asylum catastrophe; I hoped and prayed that it wasn't a 10-Building incident, and that if it was, it didn't involve any of my guys. (The first law of bureaucracy: COVER THY ASS.)

*"Who was it?"*

*"It was a 10-Building guy, Gusta. Another 10-Building inmate killed him. He tied Gusta up and beat him to death. Raskolnikov done it."*

Oh holy fucking Christ. This was quite bad. Raskolnikov is a patient of mine! Despite knowing better, as I anxiously made my way through the tunnels to 10-Building, I kept hoping against reason that there was another 10-Building inmate named Raskolnikov, and that it wasn't my patient who'd done this.

Though I've lived through the trauma of a handful of inmate suicides in my ten years at the Asylum, including one of my own patients, this was the first occasion of a 10-Building homicide. There was an inmate homicide over in one of the cadre dorms a few years back, but that's so separate from 10-Building that it may as well have occurred at another prison facility.

Morning Report was mostly business as usual, except that executive staff was conspicuously present a day early. In giving report the nurses spoke around the murder, simply referring to it as "*the incident with Gusta.*" Sally Hess was one of the nurses who'd tried to revive Gusta. She was presently working an overtime shift and gave a circumscribed report of his death. Sally is a great nurse—patient-focused but not easily conned, compassionate, professional, conscientious, easy to work with—a strong woman. She segued into an aside.

---

[1] All BOP prison entrances were transformed into employee security checkpoints in the wake of a 2006 shootout at the entrance to a federal women's prison in Tallahassee Florida. Law enforcement officers arrived with the morning shift, indictments in hand, intent upon arresting several of the Tallahassee CO's. One of the CO's shot and killed one of the arresting officers, and he was then himself killed. The shootout pulled back the curtain on a sordid, long-running scheme in which six male COs were exploiting female inmates. The male guards were trading privileges and contraband for sex and cash, using threats to cover up their corrupt acts.

1

IFCD 00028544

*"I just have to say how much I appreciated all the staff who were here last night. Nursing, corrections, unit staff, and psychology. Everyone pulled together and made a horrible situation less horrible. We worked on reviving Gusta for forty-five minutes."* At this, she briefly lost her composure and struggled to control tears and a sudden catch in her voice. She seemed embarrassed by her emotional hiccup, quickly regained composure and concluded: *"I just want to thank all of you. None of us can do this sort of work alone."*

After nursing finished up, the warden made some comments about how impressed he was with the professionalism of staff and their efforts to save Gusta. He thanked staff for maintaining the integrity of the crime scene while not letting it impede their resuscitation efforts.

At last someone voiced what was on all our minds, at least those of us absent the night before. *"Warden, do you think you could tell us your understanding of WHAT happened?"*

*"Yeah, I suppose so. But keep in mind the FBI is investigating this now and the perpetrator is sure to be charged. It's going before a grand jury so we have to be careful what we say. No statements to anyone outside the prison, and you should refer all inquiries to our public information officer.*

*"About 45 minutes after yesterday's 1600 med line, inmate Gusta was found unresponsive in his 10-B cell. His wrists and ankles were bound and he was gagged. He'd been badly beaten and we couldn't revive him. It appears he was taken off the count by inmate Raskolnikov. His throat was stomped in and he probably suffocated to death. There'll be an autopsy... Shortly after Gusta was found, Raskolnikov confessed to being his assailant."*

Someone interrupted the warden: *"Why would Raskolnikov give himself up?"*

*"Because he wanted credit for it. Raskolnikov was proud of what he'd done. But we don 't know why he did it, at least not yet. We may never know. It appears he did it when the officer was out observing pill line. There's a rumor, unsubstantiated at this point, that afterwards Raskolnikov showed some other 10-B inmates what he'd done.*

*"Like I said, there'll be a full investigation along with an after-action committee, a board of inquiry, and a visit by the OIA* [Office of Internal Affairs]. *Some of you have been through this sort of thing before and know what to expect. There'll be lots of Monday morning armchair quarterbacking—it's the nature of the beast. Try not to sweat it and just tell the truth. The folks who get in trouble in these things are folks who try and dissemble. Tell the truth. They're bound to find something to gig us on, that's their job, and no prison operation is perfect. But on balance, we do an outstanding job here under the most challenging circumstances.*

*"Something else I want to remind you of. As you know, nearly every inmate area in this prison is on camera. So, yes, they'll certainly be reviewing tapes from last night. But you can also bet that Regional and Central Offices are going to be keeping a sharp eye on us via their video feeds over the next few weeks. So, turn around and wave at the Regional Director if you like, but don't forget to smile. They want to make sure we maintain our professionalism and keep our personal feelings in check. They realize that when you've spent forty-five minutes strenuously pounding on a guy 's chest, trying to put life back into him, afterwards it's damned hard to turn around and continue providing care to the person who did this. And in Gusta's case this is especially true as I*

IFCD 00028545

*understand he was a popular inmate with staff. Hell, maybe that's why he was killed, I don't know.*

*"Normally, when something like this happens, the Bureau tries to designate the perpetrator to another institution as soon as possible, for both staff's and the inmate's sake. But I don 't think we'll be saying goodbye to Mr. Raskolnikov anytime soon. He'll be obliged to stay here at least until the FBI completes its homicide investigation. Plus, Raskolnikov has enough medical problems to keep him anchored to a Medical Center and he 's already worn out his welcome at our sister institutions.*

*"I'll take this opportunity to remind everyone to be extra careful and ever-vigilant at all times. Remember what we do here and who we work with. We're all our brothers' and sisters' keeper. If you see someone doing something stupid, it's your responsibility to pull them back on track.*

*"Mr. Raskolnikov is now locked up, on camera, over on 10-E. We're raising his custody level to Max Hi immediately…*

*"Doctor Rivera, I know you're intending to notify Gusta's family of his death. That'll be hard, I realize. Just tell them that it appears to be a homicide and is under investigation as such. You can also let them know about the memorial service that will be held here on Saturday. After you've informed them, alert medical records so they can follow up and determine what the family wants done with the body.*

*"This morning, immediately after we wrap up here, I want clinical staff to check on every inmate on 10-B and see how they're doing. They were all locked down last night after the incident. Corrections will unlock them as soon as you've given them a green light…"*

———

Vincent Gusta was never a patient of mine, so I don't know many particulars of his story. But I knew him, as anyone working 10-Building the past few years did. Gusta was a Cuban-American who suffered from a severe, brittle bipolar mood disorder. He lived his life on a seesaw of mania, always cycling to-and-fro on a high-wire running from pleasantly hypo-manic mirth to frankly invasive psychotic ebullition. He was thin, hyperkinetic, artistic, sported a thin mustache and a bald pate surrounded by a rim of turf-like hair. His appearance was a bit reminiscent of an amped-up Reverend Jim, on the old TV series, *Taxi*. Gusta fancied himself a suave ladies' man and affected an exaggerated manner of debonair chivalry, which was—depending upon how far out he was in orbit—by turns charming, or brashly obnoxious.

When Gusta was in full orbit he'd invariably have to be placed in lockup until he'd begun his descent back to earth. I recall that while in lockup he'd often engage us on rounds. With an audience at hand, peering through his cell window, he'd excitedly instruct us to, *"WATCH THIS!,"* then proceed to rapidly flip himself into a handstand atop his bunk and precariously hold it while proudly grinning at us. We'd always enthuse over his gymnastic talent yet encourage him not to do it atop his bunk, as sooner or later we were certain it would spill him onto the floor.

3

IFCD 00028546

Gusta was a talented graphic artist whose favorite medium was color markers. His art reflected his personality; it was loud, vibrant, effervescent, at times psychedelically so. When he was in lower orbit Gusta favored radiant day-glow flowers as his subject—flower-power redux. When he was zooming through the Milky Way, he favored male superheroes—spandex-sheathed testosterone bounding into action. I have some of his art hanging in my office. One is a flower, its orange petals tumid and embracing brilliant bolts of sunlight. Another is Spider Man, extremities gracefully askew, lunging mightily amongst skyscraper pinnacles. Yet another is a superhero who looks like a hybrid of Batman and Superman. Caped and masked, he's posing, buff and chesty, arms akimbo—sentinel like—smiling while proudly gazing out of the drawing's frame.

The warden was accurate in his appraisal of Gusta's popularity, but it wasn't just with staff. Gusta was popular with staff and inmates alike. To a great extent he was abided as the mad fool, the mirthful jester, the zany mascot of 10-Building. While he was often an annoyance, he wasn't malicious or malevolent and was generally well tolerated by all. Offsetting Gusta's annoyances were his gift for clownish entertainment and a manic generosity of spirit. He merrily handed out his artwork to everyone.

Gusta had been a civilly committed fixture of 10-Building for many years, his custody punctuated by intervals of short-lived conditional release to the community. He's a great example of "criminalized" mental illness. That is, someone with serious chronic mental illness who can't make it in the community (with its paucity of mental health resources), and who by default ends up buried in a federal prison thousands of miles from home. Gusta no doubt got caught up in some sort of illegality at some point in time—that's how you get caught in the fed's web. But he wasn't a sentenced inmate at the time of his death; he'd either completed his sentence or was never convicted in the first place due to his mental illness. However, Gusta's assailant was a sentenced inmate; a severely antisocial sentenced inmate.

I'll say more about Raskolnikov in a bit. But the point I'm laboring to make here is this. Gusta's death was a direct result of warehousing the chronically mentally ill in prisons. You can call it a medical center, a hospital, an asylum, any damned euphemism you like, but the fact is we endanger our charges and render psychiatric care a cruel facade when we deign to "treat" psychiatric patients by imprisoning them with dangerous felons.

The word is that Gusta's family can't afford to have his remains shipped back home to New Jersey. So he'll be planted in the prison's potter's field, that is, the old Shipman Cemetery just outside Sparta.

———

Like every other 10-Building staff member here, I've reflected upon my interactions with the perpetrator and wondered at what I missed, or could have done differently, that would have prevented Gusta's murder. Whether we admit it or not, we all feel implicated in the death by virtue of our responsibility to keep this place safe, or at least non-lethal.

Carl Raskolnikov is new to Springfield's Asylum. He'd only been a patient of mine for six weeks at the time of the murder—a mere time-blink in a place where many patients are in psychiatric

IFCD 00028547

treatment for years at a time. But that's not to say that he was new to prison. Raskolnikov has spent half of his 40 years, nearly all his adult life, doing prison time, living life in a spin-cycle of release followed by rapidly recurring recidivism and re-incarceration. Doing time on the installment plan.

Raskolnikov looks thuggy. He's fit, blond and blue-eyed, shaves his head, and has a profusion of professional quality tattoos covering much of his body. But Raskolnikov deftly disabused me of this first impression by skillfully belying his antisociality with sick-role neediness, self-ingratiating politeness, and fervently expressed appreciation. Though I always sensed he was conning us, I never sensed any murderous predilections.

Raskolnikov has been afflicted with Crohn's disease for nearly 20 years. Crohn's is a chronic disease wherein the body's immune system turns on itself and begins destroying different portions of the body, its primary target being the intestines. Like many autoimmune maladies, over time Crohn's tends to cycle between flare-up and remission. Raskolnikov's Crohn's has been highly virulent and—consequent to it destroying much of his large bowel—his colon and rectum were removed years ago. He was left with an ileostomy; that is, an opening was constructed in his abdominal wall, just lateral to his navel, and his small intestine was connected to it. Via the wonders of surgical plumbing, Raskolnikov's God-given bunghole was replaced with a man-made version.

Though new to Springfield, Raskolnikov has logged lots of time at the fed's other Medical Centers by virtue of his Crohn's. The reason he was designated to 10-Building was because of his history of suicide attempts while in custody; one of them a near-lethal Tylenol overdose about a year ago. In addition to his Crohn's medications, Raskolnikov has long been on a voluntary cocktail of antidepressant, mood stabilizer, and an antipsychotic kicker. His suicide attempts have invariably occurred during bad Crohn's flare-ups, which entail malnutrition, weight loss, and bleeding inflammation of his stoma, ultimately necessitating surgical revision.

And the torment, unfortunately, doesn't entirely end when the Crohn's goes into remission. Raskolnikov has done a good deal of SHU time due to the considerable sensitivity and shame he carries with regards to his stoma and stomatal mishaps. Things like his unsubtle Pepe Le Pew fecal fragrance; inopportune leaks when his ostomy bag accidentally becomes unhitched (at mainline chow-hall, for example); his bag coming off in sleep and his waking up covered in ostomy slime; these sorts of things. Life as such has been understandably *shitty* for Raskolnikov, and at times he's asked to be locked up to avoid getting into fights with inmates whom he's felt were making fun of his physical malady. On other occasions Raskolnikov has given into violent impulse and landed in the hole after fighting with others.

In fact, it was such a fight that prompted Raskolnikov's transfer to Springfield. Was Raskolnikov's assault history a missed red flag portending his eventually killing someone? I don't think so. Hitherto, none of his assaults had resulted in serious injury to either party. If we were to preemptively lock up all inmates who've been in fights, there'd be nearly no one in open population.

Shortly after Raskolnikov's arrival at Springfield he experienced a Crohn's flareup and subsequently underwent surgical reconstruction of his stoma. Given his history, we were quite vigilant of his mood and generously indulgent of his neediness, rounding on him daily and

IFCD 00028548

making time for him when he sought us out, even when he was on the medical unit, in another building at the far end of the prison complex. This had all happened several weeks prior to the assault and Raskolnikov had seemed to have weathered the crisis, indeed, had moved back and re-settled into 10-Building quarters.

Not only had Raskolnikov seemingly put his most recent Crohn's crisis behind him, he seemed happy and excited about having reestablished contact with his family, that is his elderly parents and two older sisters. Raskolnikov had estranged himself from them a few years earlier.

———

As I go back and reread my initial psych assessment, done at the time of Raskolnikov's arrival, certain things jump off the page. Things that were of merely incidental interest at that time, and subsequently forgotten, now invite all sorts of musings in light of Gusta's murder.

I noted a U.S. probation officer's comment in Raskolnikov's 2000 Pre-sentence Report. *"Raskolnikov described himself as one who has difficulty in controlling his temper. He said that he often fails to think about the potential consequences of his actions before he reacts angrily."* That same report detailed Raskolnikov's mélange of tattoos. *"He has several tattoos, as follows: on his left thigh, two faces divided by a prison watch tower; on his right calf, four claws; on his left upper forearm, a face with the word 'outlaw' across it, the letters 'FTW'* [Fuck The World?] *and the head of a panther; on his left lower forearm, a snake head; on his left bicep, a skull with the word 'kill;' on his right middle finger, a cross; on his right upper forearm, two crossed swords; on his right lower forearm, a lion lying with a woman; and on his right bicep, 'Brianna.'"*

The outline of Raskolnikov's social and criminal histories is fairly generic. He never knew his birth parents—Raskolnikov was adopted at six weeks of age by a blue-collar working-class family. Academic and behavioral problems made school difficult for Raskolnikov and he dropped out in the tenth grade. His employment history is sparse and menial. His rap sheet is a long litany of recurring petty criminality beginning at age eighteen; mostly home burglaries, auto theft, and forged checks. The only deviation from these themes are the charges that earned him the sixteen-year sentence he's presently serving; Threatening Communications With Intent to Extort.

Back in 1999, while doing state time, Raskolnikov communicated a number of threats to various federal officials, ranging from murder to bombings, via phone and mail. He succeeded in shutting down a major airport for several hours. Demands included one million dollars and that all his criminal charges be dropped. Raskolnikov must have realized the futility of what he was doing, that is, making threats from prison. He even signed his name to one of the mailed threats. The PSI notes: *"Raskolnikov had no explicable reason for his conduct although he admitted the threatening letter conduct... Raskolnikov realizes the futility of his actions and that he is simply creating more incarceration time for himself Raskolnikov also stated that he sometimes gets bored and angry, leading to his behavior."*

Bored and angry.

6

I had explored Raskolnikov's family history with him during my admission evaluation, and I recorded the following.

Relates a history of learning that one of his older sisters had been sexually abused by their adoptive father when she was about 12-years-old and he himself 11. He stated that in response he poisoned his father by lacing Drano crystals into his anti-hypertension capsules; his father became ill, but survived, and never knew that he'd been poisoned... Mr. Raskolnikov relates that he had high hopes of enlisting in the military at age eighteen, but was turned down on medical grounds (some sort of blood abnormality). The rejection left him very angry and his Crohn's disease was diagnosed soon thereafter. He explains his criminal lifestyle as having been acquired from the neighborhood peer group that he was drawn to at a young age. He has been incarcerated in state and federal institutions for most of the past 20 years. He's had several releases during that time, but has always quickly violated probation by re-offending. He explains his chronic recidivism as being due to: "*I'm too lazy to get a real job. I've done this sort of thing for so long that I don 't know what else to do with myself and I've been in prisons for so long that they don't deter me.*"

———

Here follow some snippets of statements Raskolnikov has made to me when I've seen him on daily rounds in the week since Gusta's death.

*"Look, nobody's told me anything. Is Gusta dead? I'm pretty certain he is, but I'd like to know for sure. I mean, he was blue and his eyes were all rolled back when I finished with him. But I saw staff working on him afterwards. Maybe they saved him? I'd just like to know. I figure he must be dead if the FBI is investigating this...*

*"I didn't feel anything afterwards. No excitement, no adrenaline, no rush. I felt nothing—a flat line—which is the closest I've come to relaxation in years. No tension, no gut pain, nothin'…*

*"I don 't wanna talk about the reasons or circumstances. If I told you why, you'd probably think I was crazy. I already made a statement to the FBI, though I probably shouldn't have... Yeah, I'd been thinking about doing something for a few weeks beforehand… Hey, I didn't lie to you guys. I'm a man of my word. I only told you I wouldn't hurt myself, I never said anything about not hurting anybody else. You should know that I still feel the same way; I wanna kill someone, and if given the opportunity, I will, staff or inmate, it doesn't matter to me. I want you to take me seriously. I want you to talk to the lieutenant and get me placed in the isolation cell where I'll have no contact with anyone. I know that with what's happened, I'm probably gonna die in prison, and I want to be away from everyone... Why isn't executive staff down here talking to me? You people need to take me seriously...*

*"Can you please get this light turned off? I don't need to be on camera. I have absolutely no intention of hurting myself and I'll tell you if that changes, I give you my word...*

*"It was a culmination of lots of things building up in me. I was tired of people. Tired of their sarcasm. It had been building up in me for a couple of weeks. I was at the point where I was on the edge of a cliff, and I was either gonna fall back, or step forward. I'd been thinking hard about taking a staff member hostage, you know, make them take me out. I'd walked around looking for offices with doors that opened inwards, where I might get a chance to overpower someone alone in their office. But then Gusta got ignorant with me, and so, spur of the moment, I decided to target him, and I talked him into going to his cell with me.*

7

IFCD 00028550

*"He was just talking trash to me, ignorant stuff. And when I tried to check him on it, he laughed in my face and said he'd march right up to the warden and snitch me out. He was being ignorant, a fool, like someone who's never been anywhere but a psych facility. If it wouldn't have been Gusta, it would've been somebody else...*

*"My stoma wasn't healing right and I'd had another accident in the cafeteria. When I'm in a downward spiral it doesn't take much to trip me up. I was bored and angry...*

*"I tried talking to you and Dr. Huntley, but you were both busy. Yeah, if I'd been able to talk with either of you guys, I probably woulda locked up...[2]*

*"What do I mean by saying I don't feel I'm being taken seriously? I'm talking about officers standing outside this security cell's window and talking trash and laughing at me. I don't think there's anything funny about murdering someone...*

*"I wrote a letter to my Mom and told her what's happening. I don't think she's gonna take it very well, but I'd rather she hear it from me first than somebody else. That's the only thing I feel bad about. Not about Gusta, and I don't care what they do to me, but I feel bad for my Mom."*

———

**Cop-Out**
**To: Warden N. Stewart**
**From: Carl Raskolnikov**

**I'm being held on 10-E, pending investigation stemming from the murder of inmate Vincent Gusta. I've spoken to the FBI, Dr. Gariety, and Dr. Huntley briefly. But I'm still feeling very homicidal. I'm-not going to injure myself, but the right time may present itself and I'll take another life. It could be either staff or inmate. I'll kill as many people as I have to in order to make you take me seriously. I've heard there is a cell away from everyone where there is no human contact. That's the cell I want. If I can't get it then I'll have to find ways to kill again and again until they put me on death row**

**Sincerely,**
**Carl Raskolnikov**

---

[2] At the risk of sounding defensive (I *am* defensive), I must comment on Raskolnikov's complaint of his doctors being unavailable. Huntley and I have given more of our time to Raskolnikov in the weeks since his admission than to any other inmate presently on our caseload. We did this because of the seriousness of his medical condition and his past history of near-lethal suicide attempts. We rounded on him nearly every day and saw him on a few occasions in brief one-on-one sessions. We made ourselves available— availability is our clinical M.O. and what most sets us apart from our peers here. On the day of the murder we crossed paths with Raskolnikov on our way to locked rounds. It was in the morning, and he did express a desire to speak to one of us off the unit. We asked him if it could wait until the afternoon as we were busy with rounds. Raskolnikov said that it could and we told him to catch one of us in our office that afternoon. He never followed up on this. I suppose you could fault us for not having taken the initiative ourselves to follow up with Raskolnikov. But he had revealed no distress or urgency to us that morning and he knew full well that we're available in the afternoons. If we'd sought Raskolnikov out that day, would it have prevented Gusta's murder? Who knows. I do know that the way Raskolnikov retrospectively pitched this to us sounds an awful lot like self-serving antisocial sleight-of-hand permitting him to shed responsibility for the murder by passing it off to us, his physicians.

IFCD 00028551

_____

Raskolnikov has been moved to the isolation cell on 10-E, as he requested. One of the COs told me that an evening shift lieutenant went off on Raskolnikov a few nights ago. It was Lieutenant Reardon, our resident hard-ass, a thug in cop's clothing. So no great surprise there. Raskolnikov was making his usual inquiries, trying to get staff to confirm Gusta's death. When he asked Reardon, the Lieutenant exploded in anger; *"YOU KNOW GODDAMNED WELL HE'S DEAD!! YOU WORTHLESS PIECE OF SHIT!!!"* Up until then, nobody had given up the fact of Gusta's death to Raskolnikov. He played Reardon like a fiddle.

## 8 February 2010 Monday

**Memo From: Chaplain Gene O'Brien**
**To: SPG/Everyone**
**Subject: Inmate Gusta**

**Inmate Gusta was buried this morning. Seven family members drove all the way from Camden, New Jersey (in an ancient Jeep Cherokee) for his 15-minute ceremony at the Shipman Cemetery. His sister, brother, sister-in-law, a friend, and three young people attended. I talked with them at length about Gusta's character and his friends among the inmates—just some consoling words for their sake. It was very fortunate that I remembered to stuff my pockets with Catholic remembrances (rosaries, holy cards, medals, etc) as they really appreciated them.**

**I know a priest/chaplain is not supposed to think these thoughts, but Gusta's brother is the size of an NFL fullback... How good it would be for him to have had five minutes, alone, with the person who did this to his brother!**

**PS: I will be providing ashes again for Ash Wednesday on Feb. 17th. Two time periods are available that day: 0730-0830 & 1200-1245. I will also be providing ashes for the inmates at these same times, plus to the lockups when I make my rounds. Just so you all know, it's no "Satanic sign." It's just a ritualized reminder of the mortality of our flesh—ashes to ashes, dust to dust.**

## 10 February 2010 Wednesday

In recent centuries, for better and worse, western medicine has morphed into highly empirical reductionism, a "hard science." While this has freed medicine up from superstition and folklore, it has led to loss of much of the healing care provided by previously holistic attempts to address both mind and body of suffering patients.

In the first half of the last century an ambitious attempt to revivify holistic, mind-body healthcare was made by a group of physicians under the aegis of "psychosomatic medicine." They did this by superimposing Freudian concepts of the unconscious upon organic disease processes. Its most articulate advocate was a Hungarian-American named Franz Alexander. Alexander was a psychoanalyst and physician who linked a variety of physical ailments and organ systems to specific emotional problems and personality types.

Alexander posited that all human emotion is expressed physiologically, and that when emotions are severely disturbed, bodily damage ensues. Unconscious conflict, chronic stress and the like, were seen as capable of disturbing normal immunological and hormonal balance, and if severe enough, causing disease. Physical symptoms were viewed "psychosomatically," that is, as symbolic connotations of the mind. "Psychogenic" flags, as it were. Strongly repressed fear,

IFCD 00028552

aggression, guilt, shame, desire and such were all capable of throwing the body's finely calibrated homeostasis dangerously out of tune. Repressed rage was thought to be specific to cardiovascular disease; dependency issues to gastrointestinal function; sexual issues to the respiratory system; and so on. The ancients' mind/body associations were even tighter in their specificity: unresolved grief broke hearts; a loose uterus was tied to extreme emotionality; melancholy was indicative of an excess of bile; etcetera.

Alexander's ideas have become passé and are no longer part of medical school curricula. Indeed, empirical studies—the lingua franca of modern medicine—have consistently failed to demonstrate the specific correlations of psyche and soma invoked by Alexander. Though Alexander's Freudian constructs have failed to hold up as rational explanations of disease mechanisms, I believe that the gist of psychosomatic theory remains valid and valuable. Namely, that mind and body are for all practical purposes inextricably linked (if not inseparable), and to treat one while ignoring the other is, ultimately, folly.

I think of these things when I ponder the ontology of Gusta's murder. More specifically, when I ponder my patient Raskolnikov's personality, how he came to murder, and where his self-destroying Crohn's disease fits into it all.

### 13 February 2010 Saturday

In the immediate wake of Gusta's death, I struggled with my own feelings of revulsion and anger. While making my daily rounds on Raskolnikov it was challenging to hide these feelings behind a professional facade of care and civility. It was a big help to have Huntley at my side. I recall when Raskolnikov began experiencing significant post-homicidal anxiety. Mind you, his distress seemed in no manner overtly tied to guilt, shame, or remorse, but rather a belated worry about the legal consequences of his violence. One day he asked me for some medication help.

*"Doc, can you give me some more Ativan, I'm having a difficult time here. I'm startin' to feel real jacked-up about everything. I'm worried about what that FBI guy got me to say after the murder. I didn't really want to say anything to him without a lawyer present, but he cajoled it out of me. I know I'm gonna be in the hole for an awful long time, but I'd like to obtain some good legal representation—NOT a public defender. I haven 't been able to sleep much, and I'm feeling real agitated. Yeah, I'd kill again if given the opportunity, and no, I don't wanna hurt myself. Can you please give me an Ativan boost, just to tide me over this rough spot?"*

I replied, *"Mr. Raskolnikov, there's no drug on earth that's going to alleviate the hell you've put yourself into. And even if there was, I'd be disinclined to give it to you. The fact that you're feeling bad—feeling shitty—is a good thing in my view. In fact, it gives me a little bit of hope about your long-term prognosis. To whatever extent your distress is related to what you did, it is entirely appropriate and welcome. If you weren't feeling bad, I'd be worried about you. And if you think that your hurt is bad, I'd urge you to think about how badly Mr. Gusta's family is feeling right now. You, Sir, are an inflamed prolapsed stoma, a shit conduit on its worst day; truly a homicidal hemorrhoid on the arsehole of the world. Woe be it to me to supply Preparation H of ANY sort! Have a nice day, Mr. Shitty-Shit."*

IFCD 00028553

No, I didn't actually say any of the above to Raskolnikov. It's just a fantasized response I've indulged in. In fact, I increased his Ativan as requested.

Since then my feelings of anger have abated, dissipated by the monotony of daily Asylum toil. The horror and uproar triggered by Gusta's death have sunk into the silent oblivion of the past, pushed offstage by the urgency of more pressing issues among our dire caseload.

The feeling I'm left with is a morbid curiosity and perplexity in the face of this seemingly senseless murder. I don't understand why Raskolnikov resorted to it. Gusta posed no apparent threat to Raskolnikov, and as such, his killing seems entirely gratuitous. I can wrap it in some vaguely explanatory psychodynamic constructs, things invoking deep shame, long-repressed rage, intense self-hatred, and the like. But it feels like an abstract exercise, and as such, does little to enable empathic understanding. Most of us struggle at times with feelings of shameful rage and self-hate. Why are some susceptible to being pushed to murder by such?

Recently I came across a review of Truman Capote's now classic true-crime opus, *In Cold Blood*. When I read the review, a click of recognition of an essential truth registered and helped me gain a little better understanding of Raskolnikov.

———

When I was 14 I committed a series of crimes that were apparently motiveless. Technically, they were acts of vandalism. Once at night I climbed into an unlocked car, found some camera equipment and broke it. Four times, during broad daylight, I broke into homes, wandered around the emptiness, searched through desks and bureaus, made a few messes and left. Once I found a bottle of whiskey in a drawer and emptied it onto a bed. I did other things I can 't bring myself to mention even now, after 20 years. I was seen twice, once only a few seconds after I had entered the house. The woman had not answered the door because she didn't feel like it, but right after I had expertly pried open a window and dropped to the hall floor, she came out and stared at me. I told her I had heard sounds and thought she might be in trouble. More talk, more lies, and I got away. I was not frightened for hours.

This, of course, is the point of my confession: I was not scared. Normally I was a cowardly little boy and when I went out on these obviously sexual episodes, I felt nothing. I did not even feel like a master criminal. I did not attempt to justify myself to myself. I just did them. Something came over me, and out I would go. But this calmness was a form of emotion, it was an excitement beyond excitement, a feeling so powerful that it keyed all my reactions to their peak, gave me the ability to act, to escape when necessary, without panic or even fear.

But my mind. Where was my mind? Lost, I think, in the aura of madness, returning only later, when I would enter a frenzied hangover of terror and guilt. Only then would I realize, with increasing panic, that only dumb luck kept me from being caught. But the next time the feeling would come over me I would forget the guilt and the terror and go out again. My criminal career lasted only a few weeks, and then went away.

The point of all this belated confession is that I think it gives me a particular sense of empathy with the two men Capote writes about in *In Cold Blood*. When I put the book down all I could think was that a little more hate, an ounce less stability, and I might have been the murderer. That woman who caught me: mightn't I have decided it was too risky to let her live? What if she hadn't believed (or appeared to have believed) my story? At a moment like that, ethics or fear of any sort simply do not exist: the beast is in charge.[3]

### 20 February 2010 Saturday

---

[3] Don Carpenter; Review of *In Cold Blood* by Truman Capote; Ramparts, April, 1966.

IFCD 00028554

Raskolnikov is experiencing a Crohn's flare-up and is having problems with his recently revised ostomy. He's been frustrated by Medical's slow response, and on rounds this week he insisted upon showing us the problem. We were at his cell door, peering through the security window.

Removing the ostomy bag from his abdomen, Raskolnikov revealed his prolapsed intestinal tissue. It looked obscene. Not morally obscene—like murder—but visually indecent. The exposed gut was turgid and angry looking, big as a child's fist, moist and deep mucosal pink, like a glans rutting through the surgical she-slash in his side. This visual, in tandem with the faint sickly/sweet bowel scent triggered a gag-reflex which I struggled to stifle.

Raskolnikov' s stoma problems have triggered the usual response among medical staff, reflexive suspicion that he's self-injuring it—a Münchhausen syndrome. Though factitious disorders are an appropriate part of the differential, especially in inmate populations, I think medical is too quick to suspect this. Regardless of the cause, the stoma needs medical attention, and Raskolnikov's history clearly suggests that to ignore it is to invite his self-injurious acting out. So Huntley and I have pushed Medical staff to keep close tabs on it and demonstrate to Raskolnikov that his physical problems are being taken *seriously*.

—————

The ontology of a murder; dime-store psychologizing formulation, number 48, take 5: the homicidal need to be taken *seriously*...

So-called psychodynamic psychiatry is now considered passé, as obsolete as eight-track-tapes, long ago rendered irrelevant by the "hard" sciences of neurology, genetics, and pharmacology. But I was heavily exposed to (if not hopelessly indoctrinated by) the now quaint notion that our most irrational behaviors are driven by unconscious conflict arising from childhood—that indeed, the child is the father of the man.

A corollary to this Freudian precept is that unresolved childhood conflict will inevitably reveal itself within the context of any ongoing relationship. As such, the therapist's own subjective feelings become instrumental in understanding what, from childhood, is being replicated within the therapeutic relationship by their patient. It's tricky, and some would argue hopelessly unreliable by the complicating factor of the therapist's own unconscious conflicts. Be that as it may, the therapist's aim is to employ his/her experience of the patient as a means of divining where the patient is coming from. As such, the literalness of spoken words is augmented (and supplanted) by the entire gamut of non-verbal emotional expression.

When I'm talking with Raskolnikov, I often *feel* as though I'm talking with a child, by turns self-ingratiating, ravenously needy, or blustery and threatening. *Take me seriously. Don't leave me. I'll be a good patient. Please give me more Ativan. Thank you, you're great... I'll kill as many people as I have to in order to make you take me seriously. I'm a man of my word. If I can't get what I want than I'll have to find ways to kill again and again until they put me on death row*... By turns clingy-whiney, or extravagantly macho and threatening.

Underneath both these postures I sense—at times I literally *smell*—fear, even terror.

IFCD 00028555

Being adopted, we know nothing of the quality of Raskolnikov's first six weeks of life. By Raskolnikov's own account, his adoptive father abused his children. Though Raskolnikov only cited sexual abuse of his sister, it's easy for me to imagine this only being the tip of the iceberg, and that Raskolnikov himself may well have been a direct recipient of abuse. Whatever the paternal abuse amounted to in actuality, it was disturbing enough for Raskolnikov to confess that he'd attempted to poison his adoptive father.

If Raskolnikov has lived inside some sort of parental trauma his entire life, then he could be viewed as crying out with violence because he feels unattended and threatened—not taken seriously, not being listened to, not being taken care of. His macho posturing and violence are a way of warding off feelings of dependency and a way to imagine himself now strong enough to stand up to the abusive parent. It would be farcical if not for the actual violence it engenders.

Perhaps if it were *only* the family trauma Raskolnikov was hauling around, he'd never have arrived at murder. But when you've got those sorts of ghosts sitting in the back seat from the get-go, and long-term incarceration along with horribly disfiguring disease subsequently coming along for the ride, maybe then all that dependency, rage, and shame gets supercharged to the red line. Perhaps *that's* what enabled his Beast to take charge.

13

IFCD 00028556