# Declaration of Joni AvRutick

I, Joni AvRutick, declare the following:

1. My name is Joni AvRutick. I am over the age of 18 and competent to testify to the matters herein.

2. I was a staff member at the Shaker Mountain School in Burlington, Vermont from the late 1970s until 1983, which was run by headmaster Jerry Mintz.

3. I felt Shaker Mountain was a good and even a healing place for many kids/teenagers who came from difficult backgrounds and had a history of failure in the system. They were seen and heard and were equal participants in all our school daily meetings. They were not seen as failures at Shaker Mountain School. It was an opportunity for them to take control and have autonomy in their own education. While I personally think some kids floundered, particularly younger students, from the lack of structure, others, like I said, needed this autonomy, and time to heal and be accepted into a "community."

4. We had weekly staff meetings out at the group home in Starksboro. I had one afternoon a week when I would drive the school van out to the group home to bring the kids home for the day, and stay there until the staff meeting at night, in order to help give the live-in staff a break. Then I would get a ride back into town with Jerry or another staff member returning after the meeting. I also went a two-week backpacking trip with a student who needed an adult to accompany her, at least for the beginning of her hike on the Long Trail, and I drove the van sometimes to go skiing with students at Mad River Glen, a local ski area.

1

_JA_

IFCD 00027341

5. There was always a very dedicated and caring staff at Shaker Mountain. Unfortunately, Jerry's behavior could dominate. He was the backbone and benefactor of the school. It was his life, and I don't think he could emotionally separate himself. He could be very pouty and immature, and people would give in sometimes to accommodate him. Jerry was a mixed bag. He gave so much to these students, but I do believe he was physically and emotionally inappropriate with many of the teenage boys.

6. Jerry had a tendency to invite young boys to stay overnight with him. He made no effort to hide it. In the 1970s and early '80s no one really talked about these things, but I always had an inkling that something wasn't right about it. In retrospect, I'm confident that it was inappropriate, and that he was doing things he shouldn't with the boys, sexually abusing them. That said, none of the boys ever confided in me directly, nor did I discuss the overnights with other staff. It was more like an open secret that we all knew about, felt awkward about, and simply ignored.

7. I left the country when I left SMS in 1983. When I returned to Vermont five years later, SMS had been shut down. I never learned for certain why or how that came to be, but there was some talk around town that Jerry had been told that if the school didn't close, there would be an investigation into his behavior with the boys.

8. I did not know Chuck Hall, but I was willing to speak with the member of Mr. Hall's current legal team who approached me in 2022 about Mr. Hall's death penalty appeal. That was the first time anyone contacted me on Mr. Hall's behalf. I would have been equally willing to speak with anyone representing Mr. Hall at any earlier point in his case, and I would have told them everything contained in this declaration. I would also

2

have been willing to testify to this information at Mr. Hall's trial in 2014, if I had been asked to do so.

9.  I did not type this declaration. Instead, I related the above information to a member of Mr. Hall's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at ___South Burlington VT 05403__.

_____
Signature

\_\_\_\_4/29/23\_\_\_\_
Date

3

JA

IFCD 00027343