# Declaration of Renee Dubois

I, Renee Dubois, declare the following:

1. My name is Renee Dubois. I am over the age of 18 and competent to testify to the matters herein.

2. I was sent to the Homestead Project, Inc. in Ellsworth, Maine when I was 13 years old. I was there for two years, for seventh and eighth grade.

3. I had a lot of stuff happen to me before I went to Homestead. I was given up by my mother to my aunt and uncle. My uncle molested me. When I told someone in my family what had happened, the rest of the family forced me to confront my uncle in front of all of them. My mother wasn't totally out of my life, and she had a boyfriend; he sexually propositioned me. When I was 13, I stole some bicycles with my older cousin, and her boyfriend turned us in. My cousin went to the Maine Youth Center, so at least I was lucky that I got sent to Homestead instead. I was barely 14 years old when I arrived.

4. In comparison to what my life had been like up to that point, Homestead gave me some structure. The therapy there helped me. It was all group therapy; I don't remember any individual sessions. I'd had therapists before Homestead, but I'd never been able to focus on the treatment with them the way I could at Homestead. I even led a number of our sessions, which I enjoyed, and I thought I was good at it. I also really bonded with my Homestead math teacher and my student mentor. I even ended up naming my first daughter after my student mentor.

5. But I knew some other kids didn't have the same experience at Homestead that I did. There was one girl while I was there who drank toilet cleaner to try to kill herself. And

1

IFCD 00027374

there was a kid named Ryan, a skinny, scrawny kid who just couldn't act right, and the staff was regularly putting him down, up to five of them at a time. Putting him down meant throwing him to the floor to restrain him. It wasn't necessary for them to use so much force, or for there to be so many of them, but I saw them do it repeatedly. Ryan wasn't a bad kid. I felt bad for him, for the way the staff treated him. Depending on what he'd done, he'd get sent to the padded room or he'd get put in one of the jumpsuits. He also got put in a straitjacket a lot. The jumpsuits were for kids who had tried to hurt themselves or run away. The red jumpsuit was for suicide watch, the blue one for runaway watch. You had to wear it all day for however many days you were on watch, so everyone knew what you'd done.

6. I got put on runaway watch once and had to wear the blue jumpsuit, but I hadn't even done anything. All I did was I said something about it not even being worth it to try to run away from Homestead, because it was in Ellsworth, which was three hours away from where I was from, so where was I going to go from there? I said that if I wanted to run away, I'd just wait for a home visit and then run away from there, where I was more familiar with the area and there were more ways to get places. But I wasn't even threatening to actually do it; I was just stating what seemed obvious to me about the stupidity of trying to run away in Ellsworth. Still, I got put on watch. And it wasn't just the blue jumpsuit: you also had to wear moon boots with it, those kind of boots from the 80s' that were huge and poofy and really hard to walk in. I had to wear that outfit for a week. I also got a mandatory three days of restriction on top of the run watch, which meant I couldn't be farther than an arm's length away from a staff member at all times, even when I was sleeping.

2

RAO

IFCD 00027375

7. There were different levels of restriction, and each kid had a different plan for what put you on each one. Baseline restriction was that you wore an orange vest and you couldn't talk to anyone. You weren't allowed to sleep in your bed; you slept on a mattress on the floor of a common room so you would be close enough to staff, who stayed in the common room to watch you. You weren't allowed to go to the bathroom or shower by yourself; staff had to go with you. Regular showers were five minutes; on restriction you only got three. You couldn't have any condiments on restriction, like no butter for your toast. For lunch you could only have PB&J, which you had to make yourself. You lost your allowance, which was 25 cents (which we got in poker chips, because no cash was allowed on campus), which meant you couldn't get anything from the commissary.

8. You could get put on restriction for failing your chores, except they didn't use the word "fail" because it supposedly made you feel like a failure. It was your peers who decided whether you passed or failed your chores. I failed cleaning the bathroom multiple times even though I was trying my best. You could fail for there being one hair on the sink. The rules were very strict.

9. I only got put down once. It was the week before I left. I got mad at an older male teacher who was yelling at my friend about not being respectful enough. I went off on the teacher, telling him that he needed to show respect if he expected to get it. They didn't have to take me down to the floor to restrain me, but they did put me in the padded room. I was in there for a couple of hours.

10. Homestead was run like a military school. You could tell by the names they used, like AWOL, IWP, and GI Day. AWOL was when you ran away. IWP (I don't remember what it stood for) was when, for punishment, you had to carry a bucket of rocks back and forth

3

RAO

for an hour at a time, with 5-10 minutes rest in between, for three hours. Another IWP option was digging sand, which you had to do for the same amount of time. GI Day was Sunday, when everyone had to clean.

11. There might have been some stuff I didn't like about Homestead – I do recognize that the discipline there was harsh, and I think it was eventually shut down because of that – but when it came time for me to leave, I didn't want to. I didn't think I was ready. I begged them to let me stay to continue my therapy, but they refused. They said I had completed my program and it was time for me to go. We weren't allowed to contact staff after we left, even if you'd really bonded with them; it felt like being cut off cold turkey. I went back home and was pregnant within three months. I was kicked out of my school and my house. I had my first daughter at age 16 in 1990. I was kicked out of a different high school when I was pregnant with my second daughter. I ended up having to get my GED because I had no other options. I think that if I'd been allowed to stay at Homestead, I might have been able to follow my dream of becoming a counselor. But Homestead didn't offer much follow-up, so I was really on my own after I left.

12. I remember being at Homestead the same time as Chuck Hall, but I don't have any real memories of him other than him being friends with another kid named Steve Parks. I mostly remember him because he was one of the cute boys and I had a crush on him. I don't recall him getting in trouble a lot. We weren't in the same therapy group. He was just kind of around, just another one of the kids. He didn't really stand out.

13. I hadn't thought about Chuck Hall for years when a member of his current legal team asked me in 2022 about him and Homestead. I was sorry to learn at that time about him being on death row and having Crohn's disease. I was diagnosed with Crohn's myself in

4

RHD

IFCD 00027377

my early 20s, and I was on Prednisone for four years. Those years were miserable. I hated myself and I hated everyone else, because you feel awful and you can't even stand to look at yourself. Luckily, my doctors switched me to Remicaid, and it turned things around for me. I feel much better on it, physically and mentally, and I haven't had to get an ostomy since I've been on it.

14. 2022 was the first time anyone representing Chuck had ever contacted me. I didn't have any problem talking about him and Homestead then, and I would have been happy to talk at any time before that, if someone working for Chuck had asked me to, but no one did. I also would have been willing to testify to everything in this declaration at Chuck's trial in 2014, if I had been asked to do so.

15. I did not type this declaration. Instead, I related the above information to a member of Chuck's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at _Sabattus_ _ME._

Bruce A Dubois
Signature

5-20-23
Date

5