# Declaration of Doris Herbst

I, Doris Herbst, declare the following:

1. My name is Doris Herbst. I am over the age of 18 and competent to testify to the matters herein.

2. I was a staff member at the Shaker Mountain School in Burlington, Vermont. I am now in my 80s, and I don't remember the exact years I was there, but it was from sometime in the 1970s into the early 1980s.

3. I was referred to the job at SMS by a friend that my sons and I were staying with after my divorce. It only paid $30 a month, but it included free room and board for me and my boys, so I was able to make ends meet. We lived in the group home affiliated with the school, which was in Starksboro, Vermont, about a half hour south of Burlington, on property owned by the headmaster of the school, Jerry Mintz.

4. There were wonderful things about SMS, so many good things. I fully supported its mission. I loved that every morning started with a community meeting. Classes would be announced, so the students could choose which they wanted to attend, if they wanted to attend any at all. Policy and procedural matters were addressed and voted on. Every community member, even down to the very youngest, had an equal vote. Of course, in reality, the young ones' votes were rarely independent or fully informed. The truth was that Jerry and C.C. McKegney, who ran the meetings with him, could be persuasive and heavy-handed about their preferences, which I am certain affected how the younger members voted (and maybe some older ones too). The community called itself a

IFCD 00027404

democracy, but in practice it was a little more like an open discussion with adults ultimately in control.

5. Still, the effort to amplify everyone's voice was there, and no one was ever denied the chance to speak. Also, anyone could call an additional meeting, particularly if the "No" rule had been violated. This was of one the few rules that existed at SMS, and it was taken very seriously: if someone did something that another person didn't like, and the second person asked them stop, and the first person didn't stop, the second person had the right to call a community meeting at which they presented their case, and the community decided what the consequences would be.

6. SMS also provided a home for numerous children who had nowhere else they felt safe or wanted. One of the things I appreciated about SMS was that physical affection – things like hugging and massages – was not only condoned, but encouraged. I myself had a perfectly good childhood, but my family did not touch each other often, and I realized, once I was at SMS, how comforting a gentle touch from another person can be.

7. However, it became clear to me over time that this could go too far. I was well aware from almost the beginning of my time at SMS that Jerry regularly had young boys stay overnight with him. He was the only staff who lived at the school, so it was just him alone with the boys. I don't remember any girls ever being invited to stay. Jerry did not try to hide the sleepovers, and everyone was aware of them. There was a little whisper in the back of my head when I learned about them, but I am sorry to say that I brushed it off.

8. None of the boys ever reported directly to me that Jerry had touched them when they slept over with him. However, I heard about complaints to this effect from other staff. The first time another staff member told me about a student claiming that Jerry had

IFCD 00027405

molested them during an overnight, that staff member himself dismissed it, telling me that he did not believe it was true. This influenced my own reaction, and I didn't follow up with the child. In addition to accepting the other staff member's assessment of the situation, I also thought it was possible that gay paranoia might have factored into the complaint. Jerry was generally perceived to be gay. I was never aware of him having an adult partner of any kind and he didn't have any of his own kids. In the 1970s and '80s, that was enough to make assumptions, which many of us did. Regardless of his sexuality, Jerry's commitment to the school and its philosophy was so intense that it was hard for me to imagine that he'd compromise it by abusing the kids.

9. But as time went on, I heard from more staff that other students reported sexual abuse by Jerry while sleeping overnight at the school, and I couldn't ignore it anymore. I realized there likely was some truth to the complaints. Jerry had a dominant personality, which oftentimes went beyond persuasive to downright power-hungry: this was a man who got what he wanted, who didn't follow his own philosophy of consensus. He wasn't a warm man; unlike the rest of the community, he tended to avoid public displays of affection. This conflict tugged at my mind, the idea that a man who didn't tend toward physical intimacy nonetheless regularly invited young boys to sleep with him. Still, I didn't have first-hand evidence of any abuse, and the other staff weren't organizing any response to the complaints, so I simply went on with my job.

10. Eventually, the demands of the work overwhelmed me. I was on duty at the school or at the group home every minute of every day, not to mention raising my own children. When my older son said he wanted to move out of the group home anyway, I decided it was a good time to leave the job.

3

IFCD 00027406

11. At some point after I left SMS, I was contacted by someone who worked for SRS (Social & Rehabilitative Services). They asked me questions about Jerry and his behavior with the boys. I reported the complaints of abuse that I'd heard about from other staff, and I shared my own suspicions and misgivings about not having done more about the complaints while I was there. I don't know what ended up happening with the investigation, but the school eventually shut down and Jerry left town. I assumed it was all connected.

12. I did not know Chuck Hall, but I was willing to talk with the member of Mr. Hall's current legal team who approached me in 2022 about my experience at SMS. I would have been equally willing to speak with anyone representing Mr. Hall at any earlier point in his case, but no one contacted me before 2022. If they had, I would have told them everything contained in this declaration. I would also have been willing to testify to this information at Mr. Hall's trial in 2014, if I had been asked to do so.

13. I did not type this declaration. Instead, I related the above information to a member of Mr. Hall's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at _Burlington, VT_.

_Doris Herbst_
Signature

_April 23, 2023_
Date