# Declaration of Kevin McKegney

I, Kevin McKegney, declare the following:

1. My name is Kevin McKegney. I am over the age of 18 and competent to testify to the matters herein.

2. My mother was Cathleen Collins or "C.C." McKegney, who worked at the Shaker Mountain School (SMS) in Burlington, Vermont in the 1970s and '80s. She passed away in 2018.

3. Around ten or eleven years ago, not long before we had to move my mother into an assisted living situation, she was contacted by a male attorney from out of town who wanted to talk to her about SMS on behalf of his client, who was facing murder charges. At the time, my mother was living semi-independently in a house not far from me in Burlington, although we had found a young woman who was willing to live in the house with her in exchange for reduced rent and assistance in getting my mother to her appointments and other daily tasks. My mother had been getting confused and had started to develop dementia, and we didn't feel it was safe for her to live alone.

4. I do not now recall the attorney's name, or how he contacted my mother, whether he went by her house or called her. I also don't recall exactly how or when I found out that he'd contacted her, but I'm sure it was from her telling me about it. She was upset, because he had been pushy with her even after she told him she didn't remember anything. I think he even contacted her multiple times.

5. I somehow got ahold of the lawyer's number, I think from a business card that he may have left with my mother, although it's possible he came by my house. In any case, I

1

IFCD 00027456

called him. It is possible we met in person based on that call, but I don't remember. However we communicated, I told him, in no uncertain terms, to leave my mother alone, that she had told him she did not remember whatever he wanted to know, and he needed to respect that. He then got pushy with me, insisting that he still needed to talk to her. At that point, I used some unpleasant language to tell him to stay away from her. I felt I needed to protect her from him.

6. In my communication with him, the lawyer did not tell me what exactly it was he wanted from my mother, or ask me about who my mother had worked with at SMS, or who I myself remembered. (I attended the school for a few years in the 1970s.)

7. As far as I know, the lawyer did not contact my mother again. I know I myself never had any further dealings with him, and then, as my mother's condition deteriorated, we moved her out of the house where he had contacted her and into facilities where she could receive more specialized care. I did not hear anything more about the lawyer or his case until I was contacted in 2023 by someone currently representing Mr. Charles Hall about the lawyer's attempts to contact my mother.

8. I did not type this declaration. Instead, I related the above information to the member of Mr. Hall's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at _Burlington Vermont_

_Kevin P. McKegney_
Signature

_April 29th 2023_
Date

KPM

2

IFCD 00027457