# Declaration of Torley Meister

I, Torley Meister, declare the following:

1. My name is Torley Meister. I am over the age of 18 and competent to testify to the matters herein.

2. I attended the Shaker Mountain School (SMS) in Burlington, Vermont around 1983-84. When I was a student there, my last name was Remington. I have also always gone by the first name Torey, even though my legal name is Torley.

3. I was having trouble in public school when I was in my early teens. I started seeing a doctor named Bob Belenky, who thought it would be better for me to attend an alternative school. He looked into a couple of them for me; the ones I remember are the Shaker Mountain School and the Stowe School. I wanted to go to the Stowe School because they skied all the time, but I ended up at SMS instead.

4. It turned out that I did plenty of skiing at SMS too. The headmaster, Jerry Mintz, got us free ski tickets and free ski equipment. In fact, we skied and played foosball and pinball more than we ever had classes. I spent most of my time hanging out with the two other students I lived with, Bruce Sanderson and Lance Bailey. We lived out at the SMS group home in Starksboro, about 30 minutes from the school in Burlington. We lived in a building called the Dome. There was another kid named Jimmy who lived in a separate building, the Bunkhouse. He had a lot of anger issues, a lot of problems. There were a couple staff that lived out in Starksboro with us, in a different building, the Main House. I remember a woman named Theresa and a woman named Jane. They were both good

1

IFCD 00027458

people. Theresa especially helped me talk through some tough stuff going on in my life at the time.

5. SMS didn't have much money. This might be one of the reasons I ended up at SMS instead of Stowe. Even though I was a boarding student, I wasn't in state custody like a bunch of other kids were, but SMS only had families pay what they could afford instead of full tuition, so it was probably a lot cheaper than Stowe. Besides the money from the state for the kids in their custody, Jerry mostly ran everything on donations and stuff he was able to get from local businesses. In addition to the skiing, he got us free movie tickets and bowling and food. Jerry was the kind of guy who would talk a snake out of its skin, although he had us help too: sometimes he even had us ask for money on the street. When I look back on it, he reminds me of the old guy in the Oliver Twist story, the one who runs the band of orphan pick-pockets. He never made us steal anything, but he was a master manipulator, a professional con artist.

6. He was also just a weird guy. I remember on Halloween, he dressed up with a box on his head and a big face painted on his fat belly. He had pants on, but no top. He must have thought it was funny, but it was just weird. But I didn't let him get into my head. I figured out, even as a kid, how much he liked to talk about himself, so I asked him a lot of questions. I remember asking him about how SMS got started. He told me how he went to Goddard College, and how he had a vision there of a field full of little kids running around naked. I guess he meant it as a vision of freedom – a free, democratic school – but even then it didn't sound quite right to me.

7. Another thing that wasn't quite right was all the joking that went on about Jerry inviting boys to sleep over with him in his loft at the school. Jerry was the only staff who lived at

2

IFCD 00027459

the school in Burlington, in a loft above the classrooms; everyone else either lived out at Starksboro with us or in their own houses. Jerry would invite one kid or another to do something fun after school – usually with the free tickets or admission he'd get from someplace or another – and then they'd just stay overnight afterwards instead of going home or back to Starksboro. You'd hear kids talking about the overnights – "Oooh, you're staying over at Jerry's" – like there was something funny about it. I thought it was just a joke at first, but once I stayed over myself, I realized there was something to it, that it was the kind of joke you make when you're uncomfortable, not because you actually think something's funny.

8. I was definitely uncomfortable during the couple of nights I stayed in that loft. I think it was only me there with Jerry, not any other boys – it was always only boys he invited, never girls – but I slept as far away as I possibly could from him on the mattresses he had spread on the floor, because he was in his underwear and I did not like that. I don't think I stayed more than two times before I was grossed out enough that I never went back. I was a pretty tough kid – me and Bruce and Lance, all of us were like that, that's kind of why we got along – so I think Jerry knew he better not try anything with me, but that didn't make it any more comfortable for me. It just made me realize that there were some other boys, some of them my friends, who were not as tough as I was, and might not be able to keep Jerry away from them. And then some of my friends, who I don't feel comfortable naming, more or less confided in me that Jerry had touched them, so I knew it was true.

9. That's why, when Bob Belenky, the doctor who helped me get into SMS, asked me how things were going there, I told him that Jerry was a child molester. I told him that nothing

3

IFCD 00027460

had happened to me personally, but I knew some other kids had been touched. Bob was a mandated reporter, so he reported it, and that was the beginning of SMS getting shut down. I think Bob must have done some digging of his own to get more information, or maybe he didn't, or maybe he couldn't get enough information, and that's why the school wasn't shut down by the time I left, but I know that it did eventually end up closing down and Jerry was told to get out of town or he'd be prosecuted for molesting kids.

10. I don't remember exactly why I left SMS, but it was time for me to go. Jerry had finally started to get into my head, basically turning me against my family, and they didn't like that. I remember them telling me to stop acting brainwashed, and it didn't last very long after they got me away from Jerry. I did feel a little bad when I heard that the school was getting shut down, because I did have fun there, and I know there were some kids who had nowhere else to go, but then I heard that Jerry had gotten in trouble for the same thing – molesting kids – before he even started SMS, and that after SMS he was running an alternative education ~~business~~ organization so he was still around kids, so then I was glad I'd told Bob Belenky what I knew. There is no amount of good you do can do that can balance out the bad from traumatizing kids like Jerry did. It doesn't just take away your childhood; it takes away your life, because you can never forget.

11. I did not know Chuck Hall, but when a member of his current legal team came to ask me about SMS in 2023, I had no problem talking to her. I would have done the same thing if anyone else representing Mr. Hall had come to me any earlier, but no one ever did. If I had been asked to testify at Chuck's trial, I would have done that too.

4

IFCD 00027461

12. I did not type this declaration. Instead, I related the above information to a member of Mr. Hall's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

13. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at Craftsbury VT c

_____
Signature

_____
Date  5/30/23

5

IFCD 00027462