# Declaration of Edith Smith

I, Edith Smith, declare the following:

1. My name is Edith Smith. I am over the age of 18 and competent to testify to the matters herein.

2. I attended the Homestead Project, a juvenile residential treatment program in Ellsworth, Maine, in the mid- to late 1980s.

3. I had a rough childhood. My parents fought a lot and split up when I was 3. My father had schizophrenia. One of my older brothers physically abused me; the other one sexually abused me. To deal with all of it, I started smoking pot and running away early. I think I got assigned to counseling at school, but it was useless. When I was 13, my mother wanted to put me in rehab. We were told that the only option was Jackson Brook Institute, a psychiatric hospital. I was terrified when I first got there, and I knew it wasn't the right place for me. I was clinically depressed, but the other kids there were very mentally ill, much more so than me. I called my mother, begging to come home, but she wouldn't let me. I stayed for a couple of weeks. It was actually even a little bit like a vacation from everything at home.

4. When I got back home, I started up skipping school and smoking again. This time they put me in a rehab, but that didn't really work either. When I got out of there, I started using heavier drugs, like acid, and then I started working the streets in Portland, selling sex for money. I was 14 years old. I had only been doing that for about two weeks when they sent me to Homestead.

1

IFCD 00027532

5. I hated Homestead when I first got there. First of all, it was a couple hours away from home and I didn't like being so far from my best friend. I also didn't like the all the rules. I tried to run away almost immediately, so I got put on "run watch," which meant I had to wear a blue jumpsuit for a few days that let everyone know I'd gotten in trouble. I also got assigned to IWP: Intensive Work Program. This was a bunch of activities that you had to do, all for an hour at a time, over and over: scrubbing the floor in one spot; building and taking down a rock wall; walking back and forth across the porch with a bucket of rocks; digging and refilling a hole in the sand. I had to do the last one, the hole in the sand. Homestead was near a lake, so they brought me down to the beach. At first they gave me a shovel. It was raining out, which made everything that much worse. I got mad and told them they couldn't make me do it, and I threatened to report them to authorities. They told me to go ahead, it was all legal and I was in their custody…and then they took the shovel away and gave me a spoon. They made me stay out there for six hours.

6. But even six hours was less than what happened when you got put on "restriction." For restriction, you had to wear an orange vest for usually one to three days at a time and you had to: sit on the floor during the three daily community meetings, while everyone else sat on chairs; bring your mattress to the main floor to sleep, where everyone could see you and staff could watch you; not talk to anyone without raising your hand and being recognized by a staff member; and sit at the "naughty" table for meals, where you got only plain Cream of Wheat with an apple for breakfast and two peanut butter sandwiches – no jelly – and an apple for both lunch and supper.

2

*E.S.*

7. I really did hate the Homestead rules, but the truth is, Homestead saved my life. The staff were mostly good people who really cared about us kids. I had friends there, especially a boy named Craig, who was from southern Maine like me. I remember that Craig was friends with Chuck Hall. Chuck and I weren't in the same therapy group, and that was how you got to know people best, but I do remember Chuck. I don't remember a lot about him, but I thought he was a really nice guy. He was easy to get along with, and he made me laugh. He did seem to exaggerate his stories sometimes, which it seemed like was to try to get people to like him – and most people did. I remember riding the bus from Homestead to Portland with Craig and Chuck for home visits. We all got a little wild on the bus because we were grateful for the freedom, and especially for being able to smoke on the bus.

8. My boyfriend at Homestead, Eric, was in the same therapy group as Chuck. Their therapist was named Pat. She wasn't a friendly person, at least not to anyone who wasn't in her therapy group. The kids in her therapy group liked her, but from what Eric told me that was because she didn't really make them follow through on anything. The rest of us were doing hard work on ourselves in group, but Pat let her group get away with just coasting along. Eric is deceased now. We broke up when he left Homestead, because he said he didn't want to be seen with me in Portland because he was afraid my old johns from when I'd worked the streets would recognize me.

9. Of the three daily community meetings, the morning and evening ones were more like check-in's, what was going to happen or had happened that day. The mid-day meeting, which happened after school finished for the day, was more for anybody to say anything they needed to talk about. I surprised myself one day when I announced to the whole

3        *E.S.*

IFCD 00027534

room, after another kid shared something about their sexual history, that I had been working the streets before I got there. I guess I had gotten to the point where I trusted everyone there. Plus, I knew they'd all been through some pretty rough stuff themselves in order to end up there, even if they never said what it was. It was a huge relief, finally being surrounded by kids like me, who understood where I was coming from. It was different than rehab, because we had more in common than just abusing drugs. Homestead was kids with the combination of running away and family dysfunction and giving up on school. We were all really lost.

10. I'm sure not everyone had a good experience at Homestead – there were several kids who got into trouble regularly, like I remember one named Ryan and one named Matt – but I did really well there. I was their poster child for turning things around, hating it at first but then reaching my potential. The staff teased me about it, but I didn't mind because I realized how well I was doing, better than I'd ever done in my life. It got so that I didn't want to leave, so when I knew I was getting close to the end of my program, I ran away again, just to get them to punish me by keeping me there longer. My plan backfired, though: I made it all the way to Portland, but I got raped along the way. They kept me at Homestead a few extra months after that, because they wanted to make sure I dealt with the rape before I left. I was 15 years old.

11. When it was finally time for me to go, I was so scared about leaving and going back to my old life that I got them to help me get placed at the same rehab I'd been at before I went to Homestead. I just needed a place to go that was going to have some structure and support, which I knew I wasn't going to have on the outside. That was a problem with Homestead: there wasn't a whole lot to their aftercare. They helped me get to the rehab,

4

IFCD 00027535

and also to get a summer janitorial job set up through my school back at home, but other than my official graduation at the Homestead site three months after I left, I had no further contact with any staff. I wish they had helped me coordinate outpatient counseling at home, so I could keep working on things that came up in my Homestead group therapy, but that didn't happen. It was like once Homestead was over, I was on my own.

12. For a little while, things went ok. The summer job at my school worked out well, and I was even nominated for an award for it. But when school started again, I slipped back into my old circle and my old ways, and in less than a year, when I was 16, I dropped out. I moved in with a boyfriend. Things went downhill from there, and I ended up with severe alcohol addiction for ten years.

13. In early 1989, Chuck called me a few times on the phone. I left Homestead before he did, so I wasn't there to see how it turned out for him in the end, although I do seem to remember that he and Craig stopped hanging around together, but he seemed to be doing well. He told me he was a DJ at a station in Saco, the town he was from. I wasn't sure if I believed him at first, because he could exaggerate, but he was actually on the air while we were on the phone, and I heard him get on the mic and introduce songs. I enjoyed talking to him, but I was also careful, because I had my new boyfriend, and I didn't want either of them to think I was leading Chuck on. After those few calls, Chuck and I lost touch.

14. The next time I heard anything about Chuck was when a member of his current legal team contacted me in 2022 to ask about Homestead. I was so sad to hear what had happened to him, and I had no problem answering any questions his legal team had. If anyone else representing Chuck had approached me any earlier, I would have definitely

5

_E.S._

IFCD 00027536

talked to them as well, but no one ever did. I would have been easy to find between 2010 and 2014, because I used to live only two doors down from where I live now in Hollis Center, Maine, and I lived there for 20 years. I also would have been willing to testify to everything in this declaration at Chuck's trial in 2014, if I had been asked to do so.

15. I did not type this declaration. Instead, I related the above information to a member of Chuck's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at _Hollis, Maine_.


_Edith Smith_
Signature

_May 24, 2023_
Date

6

_E.S._