# Declaration of Cynthia Swahlen

I, Cynthia Swahlen, declare the following:

1. My name is Cynthia Swahlen. I am over the age of 18 and competent to testify to the matters herein.

2. I worked for the Shaker Mountain School (SMS) in Burlington, Vermont in the 1980s.

3. I moved to Burlington from Salt Lake City around 1980 with my friend Jane LoCastro, who has now passed away but was like an older sister to me, and her two youngest daughters, Liz and Trish Miles. Jane learned about SMS once we got there. She didn't want the girls going to public school, so she signed them up at SMS.

4. I had done bookkeeping work for most of my life, but when we got to Vermont I did temp work to help support the family, and I also sold Amway. In the summer, I did a paper route. (I had to give it up in winter because I didn't have a vehicle that could handle the rural roads.) SMS sponsored weekly Bingo games as a fundraiser, and at some point, I started working at those games for extra income. Then a bookkeeper position opened up at SMS. I took that job, and I did it until the school closed down.

5. I had to be at the school once a week for the bookkeeping job. I did not like being there. I've learned as an adult that I am on the autism spectrum, which helped me understand that the SMS environment was overstimulating for me. It was hectic and noisy, like a chaotic zoo, with kids running around everywhere, and no discipline. Thankfully I was mostly in the front office by myself, except for kids running in and out, which drove me crazy. I would just cringe and wait for them to leave. I vaguely remember attending some

1

IFCD 00027538

of the school meetings, which were long and boring. The things they voted on seemed petty. It was excruciating to sit through them.

6. There didn't seem to be curriculum for the students at SMS. My understanding was that Jerry Mintz, the headmaster, didn't like for them to be learning because he wanted for them just to be free. He didn't like structure. Some of the kids at SMS had difficult backgrounds, and Jerry seemed to think that a lack of structure would help them. I didn't agree. I also didn't agree with Jerry's method of fundraising, which, in addition to the Bingo, mostly involved begging for donations. For example, I knew from Liz and Trish that on SMS field trips, he'd make the kids ask for money so they could eat. I had also learned, from working at the Bingo nights, that the school wasn't exactly up-front about selling the tickets; that is, they kept selling tickets even after they knew all the winning ones had been sold, because they wanted to make as much money as possible.

7. Once, when Jane and I were at a coffee shop/fish-n-chips place next to our house in South Burlington, Jerry happened to walked in. I don't know if he saw us. He didn't talk to us. He walked right up to the counter, announced that he ran SMS, and said that, in exchange for his service to the community, they should give him free food. I was shocked. They refused, which I was glad they did. I thought it was terrible of him to even ask, and he wasn't even being nice about it. He marched out after they said no.

8. At some point, some of the male students said Jerry had sexually abused them. I don't think any court charges were filed against him, and my understanding was that it was because when the boys who made the accusations were asked to repeat them, they backed down. I think they must have been scared. What ended up happening was that Jerry was run out of town. I remember thinking how lucky we were that Jane's son, who was older

2

IFCD 00027539

than Liz and Trish and sometimes visited us in Vermont, never went to SMS. We didn't have to worry about the girls with Jerry because it was only boys who said Jerry had molested them, but if their brother had gone to the school, he could have been a victim.

9. Once Jerry was gone, there was talk of closing the school, which had lost most of its students anyway (even Liz left – she went to live with her oldest sister in Arizona for a while), but one person really, really wanted to keep it open. She was the mother of one of the last three students left, a boy named Josh. He had behavioral issues, and his mother didn't know how to handle him. She was desperate for a place for him to go because the public schools wouldn't take him. Somehow, Jane and I became the ones to take over SMS. I don't recall exactly how it happened. I know I never applied for the job; I didn't particularly want it. I know it didn't happen until after Jerry was gone. But suddenly, Jane and I were in charge, and even with so few students, we wanted to make things right.

10. One of the first things we did was hire a woman named Linda Stratford as a teacher. She was certified to teach, unlike most of the SMS teachers who had come before her. Trish, who was one of the three students left, loved Linda. She said it was the first time at SMS that she'd been taught academics on a regular, daily basis. Jane and I thought Linda was great too, and we wanted to make sure we kept her, so we met her salary request, which was something like $300 a week. This was more than SMS teachers had been paid in the past – up until then, it had been $78 a week – but it was a fair price for a certified, reliable, competent teacher. I stayed on, taking care of all the administrative tasks and still doing the bookkeeping. I got paid the same amount as Linda.

11. Money was tight. Jerry hadn't left us much to begin with. I wanted to fundraise in more dignified ways, like raffles, or fun events that would benefit the public even as they came

3

out to support the school, rather than simply asking the public to give, and receive nothing in return. I thought it was the perfect time to try out my ideas, and the Board was open to them. But apparently the Board was still in touch with Jerry, because then they told me that they'd run my proposals by Jerry, and he'd said no. In addition to disliking my ideas, Jerry apparently didn't want anyone to know he'd left town, and my fundraisers would be such a dramatic, public change, that he thought people would realize he was gone. I didn't know why the Board would let Jerry, who was gone, have the final say, but they did.

12. I refused to ask the kids to do things the old way (Jerry's way): begging by phone or door-to-door. This left us with no way to raise money, which was a problem, because besides the regular bills and salaries, I really wanted to keep up the extracurricular activities that the kids liked – not instead of academics, but in addition. The most popular one was horseback riding, and it was expensive. As our funds got lower and lower, I even second-guessed myself and tried Jerry's method myself, making a few calls to local people, but I wasn't any good at it, and I didn't believe it in anyway, so I gave up.

13. We ran out of money. Linda had to leave because we couldn't pay her. The only student left was Josh – Trish was legally old enough to stop going to school, and with Linda gone, she didn't have any reason to be there anymore – and he had so many problems that I was basically just babysitting him. When I went to the Board with the news, they accused me of overpaying myself, and they dismissed me. As far as I know, that's how the school ended up shutting down. Whether they wanted to blame me or not – and I always put every cent I paid, to myself or anyone else, on the books – there was no more money.

4

IFCD 00027541

14. Jane and I moved with the girls to Pennsylvania. I took a paper route to bring in some money, and the strangest thing happened one day while I was out delivering: I ran into Jerry. He was staying in a house on my route. He recognized me as I went by, and he came running out of the house, calling after me, trying to say hi. I didn't want to have anything more to do with him, so I left as fast as I could, not even turning around. I wanted to quit the route right away, but I couldn't, because it was good money. Jerry tried a few more times to talk to me, but I avoided him, so he finally stopped. Jane and the girls and I moved to South Carolina after about a year, and I never saw or heard anything about Jerry again.

15. In 2022, a member of Chuck Hall's current legal team asked me about my work at SMS. I told her everything that's in this declaration, which is what I would have told anyone else working on Mr. Hall's case any earlier, if they had asked me about SMS. No one representing Mr. Hall contacted me on his behalf before 2022, but if they had, I would also have been willing to testify to this information at Mr. Hall's trial in 2014, if I had been asked to do so.

16. I did not type this declaration. Instead, I related the above information to a member of Mr. Hall's current legal team, who typed it for me. I have carefully reviewed the contents of this declaration.

17. I declare under penalty of perjury under the laws of the United States of America that the foregoing statement is true and correct. Executed this date at ___Prescott, AZ___.


___Cynthia L. Swahlen___
Signature

___5-30-23___
Date

5

C S