State of Maine
Department of Corrections
INCIDENT REPORT

Incident Report #: 2128

Disciplinary Board #: 1800-97

1. Name of Correctional Facility: DCF

### PART I – INCIDENT REPORT

| 2. Name of Client | 3. Number | 4. Date of Incident | 5. Time |
|---|---|---|---|
| CHARLES HALL | 873 | 6-6-97 | APPROX 1806 |

| 6. Place of Incident | 7. Assignment | 8. Housing |
|---|---|---|
| SEG/CELL #012 | Lif. | SEG |

| 9. Violation | 10. Code |
|---|---|
| BODILY INJURY | A.3 |

11. Description of Incident

AT APPROXIMATELY 1806 I WENT TO RETRIEVE (1) RAZOR, (1) TOWEL, AND (1) TUBE OF SHAVING CREAM FROM CELL #012. I LOOKED IN THIS CELL AND SAW I/M HALL STANDING OVER THE SINK, HIS LEFT ARM EXTENDED INTO THE SINK. I/M HALL SAID "PAUL, I THINK I JUST DID SOMETHING STUPID". I ASKED HIM IF HE CUT HIS WRIST, HE SAID YES THEN GAVE ME THE RAZOR BLADE. I/M HALL HAD CUT HIS LEFT WRIST

| 12. Reporting Employee's Signature | Date & Time | 13. Name and Title (Print) |
|---|---|---|
| Paul A Estes | 6-6-97 1912 | PAUL A. ESTES COI |

14. There are ___ Additional Pages Attached to this Report

### PART II – PHYSICAL EVIDENCE

15. Description and Disposition of Evidence

(1) RAZOR BLADE AND REMAINS OF YELLOW PLASTIC RAZOR TURNED OVER TO COII DANIELS

### PART III – RECEIVING SUPERVISOR'S COMMENTS – ACTION

16. Comments or Action Taken:

Investigate

| 17. Signature of Supervisor | Date & Time | 18. Name & Title (Print) |
|---|---|---|
| Peter Kjenstad COII | 6-7-97 0030 | Peter Kjenstad COII |

DCF-24     Revised 2/91

**HALL00008443**