EXHIBIT
7
Duchardt AT 1-8-24

Mom + Dad

IF Jim call's him ericho tell him at dady I'm already for the I know a way to Hoyt kill my self.

I ran away because some one told me I should not be in the state of maine if you call the cops before i call you. I shall kill my self and that's not a threat it's a promise. And this is one problem you can't solve with cops so please don't call anyone. Or I a dead man.

This is one promise I will keep.

(thanks for the Idea mom)

Carbon monoxide poisonin

Chuck Hall

Please give me until 5:30 pm Sunday (Till kill myself if you don't)

TF.FD.09.00.001322



TF.FD.09.00.001323

IFCD 00028358