

# IFCD
Indiana Federal Community Defenders

# Authorization for Disclosure of Health Information
(In compliance with HIPAA 42 CFR Part 2 and 45 CFR Parts 160 and 164.508)

TO: **Maine - Dartmouth Family Clinic**
**10 Water Street Suite 303**
**Waterville, ME  04901**

Patient   Charles Michael Hall, Jr.

DOB:   **APRIL 6, 1971**

Address   **USP Terre Haute**

I, Charles Michael Hall, Jr., hereby authorize the above-named healthcare provider, agency or individual to receive from agents of the Indiana Federal Community Defender, 111 Monument Cir., Ste. 3200, Indianapolis, IN 46204, the following mental and physical health information: office notes, social history records, physical examination, consultation notes, diagnosis reports, discharge summaries, order and progress notes, laboratory results, physician and nurse notes, emergency room and operative records, inpatient records and films of x-rays, MRIs or PET scans, medication records, dental records, medical bills and health insurance Medicaid or Medicare records, and any records concerning any medical treatment that I have received from you at your institution as well as all such records which you keep in the regular course of business that are found in my medical records file during any and all periods of treatment.

I hereby authorize release of all records including mental health, emotional illness, psychological and psychiatric (other than psychotherapy notes which must be requested by separate authorization), human immunodeficiency virus (HIV), AIDS-related complex (ARC), acquired immunodeficiency syndrome (AIDS), and substance abuse records.

A photostatic copy hereof shall be as valid as the original. I further authorize the above-named agency to discuss any of the treatment, counseling, or other programming provided to me including discussion of any statements I made during my treatment, counseling, or other programming. I understand that the information used or disclosed may be subject to re-disclosure and no longer protected by state or federal privacy regulations. I understand that I may revoke this authorization by notifying the above-named healthcare provider, agency, or individuals in writing of my desire to revoke authorization. However I understand that if I revoke authorization, it will not have any effect on actions already taken by the above-named healthcare provider, agency, or individuals acting in reliance on this authorization. I understand that I may refuse to sign this authorization. This authorization will expire at the conclusion of my legal representation by agents of the Indiana Federal Community Defender, 111 Monument Cir., Ste. 3200, Indianapolis, IN 46204, unless it is revoked by me in writing before the end of one year _____.

_____
Signature

**Charles Michael Hall, Jr.**
Printed Name

_____3/8/2021_____
Date

111 Monument Circle, Suite 3200, Indianapolis, Indiana 46204
Phone: (317) 383-3520
Facsimile: (317) 383-3525
www.indianafederaldefender.org

IFCD 00002104



MaineGeneral Medical Center
Medical Records Department
Hathaway Creative Center
10 Water St. 3rd Floor
Waterville, ME  04901

## Certification of Medical Records

I, __**Jaime O'Neal**_____ of MaineGeneral Medical Center located in Kennebec County in the State of Maine, hereby certify and declare that I am the custodian of records/designee for MaineGeneral Medical Center. This facility is duly licensed under the laws of the State of Maine, and I attest that the material attached herewith, is a true and complete copy of the original hospital medical record in my custody regarding:

**CHARLES HALL**                    **4/3/1995 – 9-23-1996**

(Name of Patient)                  (DOS Sent)

_Jaime O'Neal_                     _November 15. 2021_
(Signature of Certifying Individual)      (Date of Certification)

Revised: 2/2015, 2/2016, 12/2019

## PATIENT PROBLEM LIST

PATIENT NAME _____    _____    SEX M

| DATE | LONG TERM PROBLEM LIST |
|------|------------------------|
| 7/7 | CROHN's – Oct '83 |
| 3/17/95 | Total Colectomy (left rectum) |
| | Major Depression |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

### HEALTH MAINTENANCE
### IMMUNIZATIONS, TESTS, AND SCREENING

| TEST | DATE | DATE | DATE | DATE | DATE |
|------|------|------|------|------|------|
| CPE | | | | | |
| Mammogram | | | | | |
| Hemoccults | | | | | |
| BSE/TSE | | | | | |
| Osteoporosis | | | | | |
| Cholesterol | | | | | |
| Paps | | | | | |
| **Immunizations** | | | | | |
| DPT | | | | | |
| OPV | | | | | |
| dT | | | | | |
| MMR | | | | | |
| Hib | | | | | |
| TB screen | | | | | |
| Hepatitis | | | | | |
| Pneumovax | | | | | |
| Influenza | | | | | |

| DATE | RISK FACTORS/PERTINENT DATA/SURG |
|------|----------------------------------|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | ETOH  Yes / No  OCC |
| | CIG  Yes / No 1/2 ppd   Cont. on back |

### ALLERGIES

| Substance | Effects |
|-----------|---------|
| Codeine | Rash / Vomiting |
| Asacol | Rash |

| CHRONIC MEDICATIONS | DATE/CHANGES IN DOSE, REACTIONS, D/C | | | | | | |
|---------------------|-----|-----|-----|-----|-----|-----|-----|
| Zantac 150mg + BID | | | | | | | |
| ACE Vitamins | | | | | | | |
| Amitryptiline | 8/29/95 60g HS | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

MDFPR  8/90     **SHORT TERM MEDICATIONS ON VISIT DATA SHEET**     **(CONTINUED ON BACK PAGE)**

IFCD 00002106

# FMI ADULT HISTORY QUESTIONNAIRE

NAME: Hall, Charles M.   DATE: 07-07-95   DOB: 4-6-71

**EMPLOYMENT:**
What work do you do? _Disabled_
What does your partner do? _Disabled_
What does your mother/father do? _Retired_

**FAMILY HISTORY:** Please fill in details about your parents, sisters, brothers, etc.
**DISEASES:** Check if applicable; Comment on back.

| FAMILY MEMBER | AGE | GENERAL HEALTH (if deceased, age+ cause of death) | ALLERGIES | DIABETIC SUGAR | CANCER | EPILEPSY SEIZURES | MENTAL DISORDER | BLEEDERS | HEART DISEASE | HIGH BLOOD PRESSURE | STROKE OR SHOCK | ALCOHOLISM | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FATHER | 60 | Good | ✓ | | | | | | | ✓ | | | | |
| MOTHER | 57 | Good | | | | | | | | ✓ | | | | |
| BROTHERS | | | | | | | | | | | | | | |
| SISTERS | 25 | Good | ✓ | | | | | | | | | | | |
| | 35 | Good | ✓ | | | | | | | | | | | |
| CHILDREN | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| PARTNER | 47 | Poor/Fair | | | | | | | | | | | | |

Work Telephone No. _877-9602_   Emergency Telephone No. _873-3770_

## PAST MEDICAL HISTORY:

Have you ever been in the hospital (except childbirth)? _Yes_

Operations _Total colectomy / Brooke Ileostomy_

Injuries _____

Illnessess _Chrohns disease_

Do you have (or have you had) treatment for:

1. Diabetes or sugar in the urine ............................................ YES/**NO**
2. High blood pressure or heart disease ................................... **YES**/NO
3. Arthritis ................................................................ YES/**NO**
4. Bronchitis, chest trouble, asthma ...................................... YES/**NO**
5. Rheumatic fever ........................................................ YES/**NO**
6. Hepatitis or yellow jaundice ........................................... YES/**NO**

## PRESENT PROBLEMS:

What are your chief complaints now?

1. _Chrohns disease_    3. _____
2. _depression_         4. _____

When did you last feel well? _August/Sept. 1993_

IFCD 00002107

ID-MAINE MEDICAL CENTER
Waterville, ME 04901

| | EXPRESS 675-CARE | | 678 O.P.D. | X | 679 E.R. | METHOD OF ARRIVAL ☐ AMBULANCE ☐ POLICE | ☑ SELF ☐ RELATIVE | MEDICAL RECORD NO. 900215 |

| PATIENT NAME | TELEPHONE | ADMISSION DATE | TIME | SEX | CIVIL STATUS |
|---|---|---|---|---|---|
| HALL, CHARLES M | 207-877-7151 | 06/12/95 | 13:59 | M | M |

| MAILING ADDRESS | | AGE | DATE OF BIRTH | INJURED AT WORK? |
|---|---|---|---|---|
| PO-BOX 1683 WATERVILLE, ME 04903 | | 24 | 04/06/71 | |

| FAMILY OR REFERRING PHYSICIAN | EMPLOYER NAME | NEAREST RELATIVE RELATIONSHIP | NEAREST RELATIVE PHONE |
|---|---|---|---|
| | UNEMPLOYED | WIFE | 207-877-9602 |

| NEAREST RELATIVE | NEAREST RELATIVE ADDRESS |
|---|---|
| HALL, BARBARA D | PO BOX 1683 WATERVILLE, ME 04903 |

INSURANCE INFORMATION: MEDICAID - MAINE    ID92387171AMM

☑SELF PAY

CHIEF COMPLAINT ▶ CHEST PAIN/SOB          CLERK: BFRENCH

WORKING DIAGNOSIS ▶ pleurisy

PHYSICIAN EMERGENCY PHYSICIAN

| CURRENT MEDICATIONS, DOSAGE, AND SCHEDULE | LAST TETANUS | ALLERGIES/REACTIONS |
|---|---|---|
| prednisone — 15mg/day | | Codein |

| | WEIGHT | LMP | | Cig. / PPD |
|---|---|---|---|---|
| | | VISION: | OD | OS |

S Wake up yesterday AM c CP - mid chest
radiation up to neck + shoulders
pain constant ↑ when breathing c/o SOB.
hx wpsn: disease c/o pain at site of Colostomy
cough → non productive

A- cat III

A) cigs — 1 ppd X 8 yrs
(+) EtOH - occ. beer

| TIME | PULSE | RESP | B.P. | TIME: | ACCNT#: |
|---|---|---|---|---|---|

| TIME | TESTS / TREATMENTS | SIGNATURE | RESULTS |
|---|---|---|---|

1535  99 SKruis
OPOF

1535  PA/LAT CXR

expiratory chest film

POOR ORIGINAL

GI: PW LAC WI STD RTC TR<3 PHARY HA MR BACK ANK SINUS NONE

WORK DISABILITY:                    ☐ OCCUPATIONAL DISEASE REPORT NEEDED

| DISPOSITION OF CASE | ☑HOME | ☐HOSPITAL | ☐OTHER | CONDITION ON DISCHARGE | ☑ SATISFACTORY | ☐ SERIOUS | ☐CRITICAL |
| ☑ COPY OF RECORD | | | | PHYSICIAN'S SIGNATURE | | | M.D. |

IFCD 00002108

# MID-MAINE MEDICAL CENTER
### EMERGENCY DEPARTMENT / EXPRESS CARE
#### 872-1300          872-1400

## DISCHARGE INSTRUCTIONS

The examination and treatment you have received here has been rendered on an emergency basis only, and may not be complete treatment for your illness. It is important that you follow the instructions below and follow-up with the physician recommended. If your condition changes or worsens, you may return to the Emergency Department.

INSTRUCTIONS: • Ibuprofen 800mg with meals 3x/day
• Follow-up Dr Alto if no better 3-4 days
— sooner if ↑ pain, fever, shortness of breath

FOLLOW UP WITH: _____

WHEN: _____

**POOR ORIGINAL**

I UNDERSTAND THE ABOVE INSTRUCTIONS

X *Charles M Hall*
*Patient / Parent Signature*

_____        11:30
*Nurse Signature*                              *Time*

HALL, CHARLES M
ECAR -4990
MR#:900215   DOB:04/06/71   DATE:06/12/95   TIME:13:58

IFCD 00002109

**MAINE-DARTMOUTH FAMILY PRACTICE**

Ouler Western Avenue
P.O. Box 341
Fairfield, ME 04937
Tel. (207) 453-8018; Fax (207) 453-9536

PATIENT NAME:_____

| DATE | NOTES |
|------|-------|
| 08/29/95 | **S:** 24 year old white male returns for f/u of depression. He had been put on 25 mg. of Amitriptyline and told to increase to 50 q hs. He did not increase his dose. Over the past several days, he has become increasingly irritable, sleeping poorly 2 1/2 hours per night. No appetite. He went to the ER and was seen by Melanie Canon who took him off the Amitriptyline and hooked him up with more mental health services in addition to his regular Psychologist. He follows up here today. He denies any alcohol or drug use or any suicidality or homicidality. |
| | **O:** VITALS: Weight: stable at 139 1/2. BP: 116/76. |
| | **A/P:** 1. Psych. Continued depression partially related to his Crohn's Disease. Patient had an inadequate trial of Amitriptyline. He was restarted at 50 q hs. and told to increase to 75 in 3 days. He will f/u with myself or Doctor Higgins on Monday. Because I think much of his irritability is due to poor sleep, I did give him 50 mg. of Restoril q hs. prn for 1 week and told him to space it out if possible. I made it clear that this is not a long-term solution. Patient's Amitriptyline to 100 in approximately a week, if no affect has occurred. I told him to be patient, that it would take some time for the medicine to take full effect. He is to have more intensive counselling on Monday.<br><br>Fred C. Rimmele, M.D. |

FCR:dw

IFCD 00002110

HALL, Charles
DOB: 04/06/71
Fred C. Rimmele, M.D.

MAINE-DARTMOUTH FAMILY PRACTICE

Outer Western Avenue
P.O. Box 341
Fairfield, ME 04937
Tel. (207) 453-8010; Fax (207) 453-9536

PATIENT NAME:_____

| DATE | NOTES |
|---|---|
| 08/16/95 | **S:** A 24 year old white gentleman who underwent total colectomy 3 months ago for Crohn's disease was high dose of steroids at the time. He had a reactive depression at that time. He has been seeing a Psychologist once a week since then. He has noticed that it has not been getting any better. In fact, it has been getting worse. He is only sleeping 2-3 hours a night. He is irritable. He does not enjoy company or doing things anymore. He denies suicidality, alcohol, or drug abuse. He states that his wife is being very supportive and she suffers from depression too. His Psychologist suggested seeing a doctor for anti-depressant use. His appetite is down and he eats 1 meal a day. |

**O:** None.

**A/P:** 1. Psychiatric. The patient has major depression. We discussed this extensively. I reviewed the availability of physicians at all times should he start worsening and feel like hurting himself. I encouraged him to continue working with the Psychologist. We agreed to start Amitriptyline, given his sleep problems, at 25 mg. q hs. I reviewed the side-effects of this medicine and that it takes several weeks to have a good effect; although the sleep may be improved within a short time. He is to increase his dose to 50 q hs in a week and we will see him in 2 weeks.

Fred C. Rimmele, M.D.

FCR:dcw

IFCD 00002111

## MAINE-DARTMOUTH FAMILY PRACTICE

Outer Western Avenue
P.O. Box 341
Fairfield, ME 04937
Tel. (207) 453-8018; Fax (207) 453-9536

PATIENT NAME:_____

| DATE | NOTES |
|------|-------|
| 8/16/95 | Depressed, worse. No EtOH/drugs, suicidality. seeing psychologist 1/week. Amitryptiline 25 q HS × 1 week Then ↑ 50 q HS. reviewed availability of physicians |

IFCD 00002112

**MAINE-DARTMOUTH FAMILY PRACTICE**

Outer Western Avenue
P.O. Box 341
Fairfield, ME 04937
Tel. (207) 453-8018; Fax (207) 453-9536

PATIENT NAME:_____

| DATE | NOTES |
|------|-------|
| 7/7/95 | Here to get established c̄ Family Doctor |

PMH:
Crohn's disease dx 10/93, Total cholectomy c̄ ileostomy 5/95.

c/o #1: Depression related to ostomy. Gets embarrassed when it leaks. Post op had 5-7 crying spells per day now about 5 per week. Still enjoying wife's company + sports. appetite good. No thoughts of worthlessness, suicide or homicide. (+) difficulty falling asleep – but once he's asleep no problems c̄ staying asleep. Recently (7/3) stopped prozac

A/P: no meds for now, probably adjustment rx to major surgery. Will monitor for ↑ signs of depression

#2 Crohns: ileostomy functioning well. 1 episode of cramping last week × 5 hours. F/U c̄ Dr. Saletta next week. Levsin relieved cramping. Ostomy output (+) mucus (–) blood

P: F/U c̄ Dr. Saletta as scheduled

#3 Left leg numbness post op. feels "numb" below hip. gradually improving.

PE: Alert O×3 well appearing
Lungs CTA     Heart RRR s̄ ⊝     Abd) soft ND (+) BS
Neuro exam

Precepted H Cott

ms 5/5 RLE
4/5 LLE on dorsiflexion, calf muscles
5/5 on quads.

distribution of ↓ sensation: sole of foot NL
both sides of foot ↓
shin → midthigh around medially

A: paresthesia c̄ focal or dx nerve no sensation pattern – which only slowly is improving

P: F/U in 1 month if any worsening of symptoms to ... Dr. ...

IFCD 00002113

PATIENT'S NAME:  Hall, Charles
DATE OF BIRTH:  04/06/71
MR#:  900215
DATE OF VISIT:  06/12/95
TIME OF VISIT: 13:59
TIME SEEN: 15:17
PRACTITIONER:  Michael Klein, M.D.

CHIEF COMPLAINT: Chest pain

FINAL DIAGNOSIS: Pleurisy--probably viral in etiology

S:  This 24 year old white married male from Waterville presents to the emergency room for evalation of chest discomfort. The patient was in his usual state of health until yesterday morning when he awoke with some mid anterior chest discomfort "like someone is punching me." The discomfort is worse when he takes a deep breath, but does not exacerbate with movement or activity. No relieving features. Denies any fevers, rigors, upper respiratory infection symptoms, productive cough or trauma. There is no history of asthma or prior known pulmonary disease. PAST MEDICAL HISTORY: Remarkable for significant Crohn's disease that recently failed medical treatment and he underwent a total colectomy.  MEDICATIONS: Prednisone. ALLERGIES: Codeine.  SOCIAL HISTORY: The patient is married, unemployed and resides in Waterville. Continues to smoke a pack of cigarettes per day as he has for the past 8 years. He does not invive more than an occasional beer.

O:  Reveals a slender white male sitting quietly upright and speaking in complete sentences who is comfortable and in no acute distress. Temperature 98.5. Vital signs are stable. HEAD: Normocephalic and atraumatic. EYES: Pupils equal, round, and reactive to light and accommodation. Extraocular movements are full, conjunctiva pink, sclera non-icteric, fundi benign. THROAT: There is no drooling, trismus, dysphonia, or tonsillar pillar hypertrophy. There is no edema or exudate and no erythema. The airway is patent. NECK: Supple, nontender without adenopathy, masses or thyromegaly; full nontender range of motion of the cervical spine. LUNGS: Clear to percussion. Slightly decreased breath sounds at the bases, but no crackles or wheezes are audible. There is no forced expiratory wheezes. I do not hear any friction rubs. No chest wall tenderness. I cannot reproduce the discomfort by having him twist and turn the torso. HEART: Regular rate and rhythm, $S_1$ and $S_2$ unremarkable. No murmurs, thrills, or gallops. The patient's midline abdominal

THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.

EMERGENCY DEPARTMENT

IFCD 00002114

incision is healing well, although it is still a little bit tender to palpation. His stoma is draining properly in the right paraumbilical area. No masses are palpable. EXTREMITIES: No tenderness, erythema, deformity or edema in all four extremities. SKIN: No rash, jaundice, or cyanosis.

O2 saturation on room air is 99%. PA and lateral chest X-ray reveals some resolving infiltrate in the lower lung fields (he had pneumonia during his recent hospital stay for his surgery). Initially I thought that he had a small left apical pneumothorax, but his expiratory chest film is entirely unremarkable.

A:     Pleurisy, most likely this is viral in etiology. No evidence of pneumonic process, pneumothorax, or pulmonary embolis.

P:     Reassurance. Stop smoking. Ibuprofen 800mg po tid with meals. Return or see Dr. Alto if any problems. The patient was discharged ambulatory, in good condition to the care of wife at 16:30.

_____
Michael Klein, M.D.

D:  06/12/95
T:  06/13/95 -cp
pc:     Dr. Alto

THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.

EMERGENCY DEPARTMENT

Ex. 94 Page 12 of 152    Case 4:21-cv-08001-BCW    Document 70-91    Filed 04/29/24    Page 12 of 152

IFCD 00002115

POOR ORIGINAL



# CONSULTATION



MAY 1 9 1995

## mid-maine medical center

Consultant:  Mark E. Bolduc, M.D.
Attending Physician:  Michael Saletta, M.D.

Consult Date:  05/16/95

Reason for Consultation:  **PREOP**
____ Consultation
____ Consultation and concomitant care
____ Consultation and transfer to your care

Patient:  HALL, Charles          Medical Record #:  900215          RM# :  352

Date of Dictation:  05/16/95          Transcribed: eb -  05/16/95

The patient is a 24-year old gentleman whom I have been asked to see for Colectomy.

## HISTORY OF PRESENT ILLNESS:
The patient had Crohn's disease diagnosed in 1993. He stated that he had 2-3 years of weight loss, bloody diarrhea, without diagnosis. He had been treated by Dr. Saletta for this with steroids, Azulfidine, without any resolution of his symptoms. He is still having a significant amount of diarrhea and bloody stools. He is also on Levsin, Folic Acid, Lomotil, without significant relief of his symptoms.  Recently a Colonoscopy was done that showed some rectal disease but a significant amount of disease involving the sigmoid and the left colon. The ileocecal valve appeared to be free of any disease. Upper GI and small bowel follow-through did not show any other areas of Crohn's disease. The patient appears to be a medical failure, for surgery.

## PHYSICAL EXAMINATION:
On physical examination, his abdomen is flat, non-tender. No masses are felt. Soft.

## IMPRESSION:
This is a patient with failure of medical management for Crohn's colitis.

I think Dr. Saletta's plan of doing a Total Colectomy, leaving the rectum intact since there is not significant disease there is fine, knowing full well we need to keep surveillance on the distal rectum. Lastly, it is possible to do an Ileo-Proctostomy at some point if he wishes to be reversed. He signed consent freely for an Ileostomy today. His sister is an Ostomy Nurse and he is actually quite educated; the Ostomy Nurse has been notified to come and mark his abdominal wall.

Mark E. Bolduc, M.D.

PC:   Mark E. Bolduc, M.D.
      Michael Saletta, M.D.

THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.

CONSULTATION

IFCD 00002117

# REPORT OF OPERATION
## mid-maine medical center


MAY 11 1995

Dictation Date: 05/05/95

Patient: HALL, CHARLES

Transcribed: 05/08/95-MMTS/317

Medical Record: 900215

Surgeon: Michael Saletta, M.D.

Date of Operation: 05/04/95

Operative Procedure: Colonoscopy.

Pre-Operative Diagnosis:

Post-Operative Diagnosis:

Findings: (Including the condition of all organs examined)
Operation: (Including incision, ligatures, sutures, drainage and closure)

INDICATIONS: This is a 24 year-old male with a prior history of Crohn's colitis diagnosed on incomplete colonoscopy. The patient has had a flare of symptoms of diarrhea and weight loss while on medical therapy. This is to confirm the diagnosis and to exclude exacerbation.

PROCEDURE: Following an explanation of the risks and benefits of the procedure, the patient's informed consent was obtained. IV sedation was administered as per the nursing notes. Examination of the perianal area revealed no fissures nor fistulae. There is perianal skin tab. The prep was somewhat suboptimal, but colonoscopy was performed into the distal terminal ileum. The appearance of the terminal ileum is one of erythema and nodularity although no ulcerations are noted. Random biopsies were obtained. The endoscopic impression was one of mild Crohn's ileitis. The cecum is notable primarily for the presence of multiple large inflammatory polyps. There is asymmetrical involvement in this segment. Multiple inflammatory polyps without ulcerations but with blunting of the vascular pattern is noted throughout the ascending colon. The transverse colon appears relatively normal with the paucity of inflammatory polyps and a better preserved vascular pattern. However, at the area of the splenic flexure the vascular pattern is lost and at least two large 1 cm. ulcerations are identified. The remainder of the descending colon and sigmoid colon are most notable for inflammatory polyps consistent with cobble stoning as well as edema of the haustral folds and luminal narrowing. Retroflexed view within the rectum does not identify a perianal pathology. The rectum is relatively spared. Biopsies were obtained from the terminal ileum, right colon, sigmoid colon and rectum.

IMPRESSION: Crohn's ileocolitis with ulcerations in the area of the splenic flexure and cobblestoning appearance primarily in the descending colon, sigmoid, and cecum.

\V mS.

_____
Michael Saletta, M.D.

pc: Michael Saletta, M.D.

**THIS REPORT IS STRICTLY CONFIDENTIAL
REDISCLOSURE IS PROHIBITED BY LAW.**

IFCD 00002118

CHARLES HALL 5/3/95

The previous weekend, Mr. Hall called and talked to Dr. Hay on call. He reported a raised, red pruritic rash over the trunk several days after starting Asacol. Therefore, he stopped the Asacol and restarted Sulfasalazine. He tolerated Sulfasalazine well with the exception of headaches taking 2gm. It had been my intention to switch him to a 5-ASA product in order to circumvent this problem. However, it appears that the pruritic rash on Asacol was something that was legitimate, and he re-iterates this to me today.

At colonoscopy, he appears to have some inflammation in the distal terminal ileum with nodularity. The right hemi-colon, transverse colon and sigmoid are notable for nodularity, loss of the vascular pattern and normal Haustra fold pattern consistent with quiescent Crohn's. There are areas of active ulceration present in the area of the splenic flexure.

We decided to continue the following regimen: Azulfidine 4gm p.o. daily in divided doses; Prednisone 40mg p.o. daily; Lomotil three tabs p.o. daily; Levsin 0.375mg p.o. b.i.d.; Folate 1mg p.o. daily. I have told him that I do believe at some point he is going to need an operation. I am not clear that this is the right time for that as the disease is significantly improved compared with 1993. I am concerned about the long-term usage of steroids. We are going to sit down for a meeting in approximately two weeks to discuss where we are going to go from there.

Michael J. Saletta, M.D.
MJS/mv

5/8/95 - Pt calls. States had worse pain over this weekend. He and wife spoke and have decided on surgery. Told him Dr. Sal will call this afternoon to discuss. S Baricelli RN

5-9-95 - pt called Dr. Mark Bolduc's office - for May 15 - 3⁰⁰PM (MD) consult per MJS.

5/11/95 Pt calls stating having umbilical area cramping radiating to the RLQ slightly. # Hasn't been able to sleep c̄ π̄. Having looser stools - more watery 7-8 q d. Ø appetite. 99³ temp. Taking all meds as stated above. Spoke c̄ MJS on call last π̄. He offered ER - pt refused. Called in more Levsin SL .lo used prn q4⁰. Spoke c̄ pt and told him when disease active there is certain amt of discomfort that takes awhile to diminish as meds treat it. He will use this till OV c̄ Dr Bolduc. / Sal -D Mailen RN

IFCD 00002119

## Charles Hall

4/3/95 Pt. calls - was in ER over weekend + they told him to call us and one of our physicians could see him this wk. The ER spoke c̄ Dr. Sal about him over weekend. A/p Crohn's disease c̄ surgery in past c̄ Diarrhea. Use to see Dr. Sefvert in Portland but has moved up here. Suggested OV c̄ Dr. Sefvert for exacerbation and then can schedule P.P. appt to transfer care to one of our physicians. Spoke c̄ Dr. Sefvert and he is set up c̄ OV 4/10 @ 3pm. She states they may even be able to see him 4/6/95 because there is a cancellation. They will call him. He set up NP eval here + will discuss transfer of records when he see's Dr. Sefvert. / Sal - D. Martin RN

OV Tuesday 25 @ 2 MTS

5/1/95 - Pt calls. States started having severe cramps after BS last Thurs. Vomitted on Sat + Sun, continues c̄ cramps, is unable to eat. He has had no diarrhea and moved his bowels about 10X since test. He did go to the ER last night, Blood work was done and an X-ray taken. Told him that Dr Sal would like to sched T colon this wk. to see what's going on? severity of illness. Pt should cont muc taking Lomotil. J Baricelli RN

5/3/95 - Pt's wife calls. States he is vomiting Colyte, has HA and chills. Told her pt can take Phospha Soda, 1.5cc is clear juice this afternoon and can repeat at 8PM. J Baricelli RN

IFCD 00002120

CHARLES HALL 4/25/95

Charles Hall is a 24-year-old individual who is seen by me for the first time today. He has previously been incarcerated at the Maine Correctional Center in Windham when he began to suffer symptoms of weight loss and constant bloody diarrhea. Apparently, at this time, he was diagnosed to have Crohn's colitis. He was started initially on Azulfidine 4gm daily and Prednisone and reportedly did well until he would attempt to taper to 40mg and then would develop crampy pain. The results are a bit scarce; however, colonoscopy with biopsies performed in 1993 identified linear ulcerations in the sigmoid. It was an incomplete examination as the ileocecal valve and appendix were not identified. Over the course of the year 1994 and to this point in 1995, I do not believe he has ever been fully weaned off of Prednisone.

He has relocated in the Waterville area; therefore, he has sought out another physician. He had presented to the ER with complaints of lower abdominal cramping and watery diarrhea on April 2. At that time, I had suggested getting stools for culture, O&P and C. diff which were negative and started him on Levsin which he indicates helped his discomfort. He reports today, he has been having four to five daily loose bowel movements with traces of blood but no hematochezia. He denies tenesmus. He has had a relatively poor appetite but prefers to eat six small meals per day. He tends to develop discomfort if he uses more than that. He has been prone to have headaches from time to time and episodes of nausea.

MEDICATIONS: Azulfidine 500mg two tabs p.o. q.i.d.; Prednisone 60mg; Levsin 0.375mg b.i.d.

PAST MEDICAL HISTORY: Diagnosed to have Crohn's sigmoiditis 10/93. Report of endoscopy indicates fairly typical changes in the sigmoid colon; otherwise no abnormalities. This was an incomplete colonoscopy. An upper GI has been obtained 9/93, reportedly normal.

ALLERGIES: Codeine causes vomiting.

SOCIAL HISTORY: He is a one to two-pack per day smoker times five years. He drinks two beers in six months.

FAMILY HISTORY is unavailable, he is adopted.

PHYSICAL EXAM: BP 120/84. WT 147.5 lbs.
He is in no acute distress.
Eyes sclera nonicteric.
Mouth there are no oral aphthous ulcers.
Lungs clear.
Heart rate and rhythm is regular.

IFCD 00002121

RE:  CHARLES HALL
     4/25/95 cont.

Abdomen soft, nontender without palpable hepatosplenomegaly.
Inspection of the perianal area reveals no fissures, no fistulae.
There is an external skin tab.
Extremities show no edema.

IMPRESSION:  24-year-old with diagnosis of Crohn's colitis.

I find his inability to discontinue Prednisone during this time
somewhat curious.  It sounds as if the disease is somewhat limited.
I also find the stories of diffuse watery diarrhea to be unusual
given that he has sigmoid disease only.  My consideration is could
he have ileal involvement in addition or could there be a super
imposed component of irritable bowel syndrome here.  The fact that
he eats six small meals per day makes me wonder about the latter
possibility.

Today, we will obtain a CBC/diff and sedimentation rate.  I would
like to obtain a B-12 and folate levels as B-12 deficiency may
cause diarrhea in these patients.  I think the first thing I would
like to do would be to document the presence or absence of terminal
ileal disease by an upper GI/small bowel follow through.   In
addition, because of the nausea and headaches, I will switch from
Azulfidine to Asacol 400mg three tabs p.o. t.i.d. and add Zantac.
Since he seems relatively quiescent, I will try to bring the
Prednisone to 50mg.  I think at some point re-evaluation with
colonoscopy would be important especially if he still complains of
symptoms.

Michael J. Saletta, M.D.
MJS/mv

IFCD 00002122

# REPORT OF OPERATION
## mid-maine medical center

| | |
|---|---|
| Dictation Date: 05/17/95 | Patient: HALL, CHARLES |
| Transcribed: 05/19/95-MMTS/330 | Medical Record: 900215 |

Surgeon: Mark E. Bolduc, M.D.  Date of Operation: 05/17/95
Surgeon: Jean L. Bolduc, M.D.

Operative Procedure:   Total colectomy and Brooke ileostomy.

Pre-Operative Diagnosis:   Crohn's colitis.

Post-Operative Diagnosis:   Same.

Findings: (Including the condition of all organs examined)
Operation: (Including incision, ligatures, sutures, drainage and closure)

ANESTHESIA: General.

INDICATIONS:  Charles Hall is a 24 year old gentleman who has never been off steroids for Crohn's colitis. He has had weight loss, persistent diarrhea and has never had refractory period. Because of the constant bleeding and diarrhea it is recommended he have a colectomy and he agrees.

FINDINGS AT TIME OF PROCEDURE:  The colon looked somewhat abnormal. There was no creeping fat. There were no gallstones.

DESCRIPTION OF PROCEDURE:  The patient's abdomen was prepped and draped in sterile manner. A midline incision was made and carried down into the abdomen. We then started our dissection in the sigmoid colon, freeing it up in the avascular line of Toldt and coming across the mesentery we sequentially devascularized, clamping it. We freed up the splenic flexure, clamping and tying, and continued with devascularization all the way around to the right colon and to the terminal ileum. We took the proximal transection at the terminal ileum. We maintained an excellent vessel for perfusion to this and with a TA-50 we fired across it and transected it. The rectum was fired across with a TA-55 again after sequentially devascularizing it. Both ureters were seen and not injured. With that in a premarked area we excised a portion of skin and cruciate incision through the fascia. We brought the terminal ileum up through the anterior abdominal wall and held it with a Babcock. We irrigated with saline, sucked all effluent out. We closed with a running Vicryl and 0 Chromic in the infraumbilical peritoneum. The wound was closed with a running 4-0 Vicryl. The Brooke ileostomy was matured after the wound was closed, first 3-0 silks attaching the fascia to the seromuscular layer. Then with interrupted 4-0 Vicryls we inverted the nipple, getting the skin, serosa and mucosa. This went uneventfully. We also used 3-0 silk to attach the ileum to the side wall to prevent internal herniazation.

THIS REPORT IS STRICTLY CONFIDENTIAL
REDISCLOSURE IS PROHIBITED BY LAW.

IFCD 00002123

CONDITION ON DISCHARGE:    The patient remained in the operating room for an epidural and was then brought back to Post Anesthesia Recovery Unit in good condition.


_____
Mark E. Bolduc, M.D.


pc:    Mark E. Bolduc, M.D.
       Jean L. Bolduc, M.D.
       Michael Saletta, M.D.

**THIS REPORT IS STRICTLY CONFIDENTIAL
REDISCLOSURE IS PROHIBITED BY LAW.**

IFCD 00002124

# DISCHARGE SUMMARY
## mid-maine medical center



| | |
|---|---|
| Physician: Mark E. Bolduc, M.D. | Patient: HALL, CHARLES M. |
| Admission Date: 05/12/95 | Discharge Date: 05/21/95 |
| Date of dict: 05/21/95    Date of Trans: 05/23/95-MMTS/342 | MR #: 900215 |

DISCHARGE DIAGNOSIS:
Crohn's colitis, status post total colectomy and ileostomy.

CHIEF COMPLAINT/HISTORY OF PRESENT ILLNESS:
This 24 year old patient was admitted with complaints of nausea, vomiting. The patient was diagnosed with Crohn's disease back in October of 1993. He has had significant weight loss and continued to have diarrhea. He had a 2-3 month period where he feels good, but lately this has become more rare. Over the past 2-3 weeks he has had symptoms every day with diarrhea which is watery, 6-7 times, decreased appetite, crampy abdominal pain. He has been worked up by Dr. Saletta with a small bowel follow-through that shows essentially no disease in the small bowel, and a colonoscopy that shows a significant amount of Crohn's disease involving the left end-sigmoid colon. He was referred to me for a total colectomy, being a medical failure.

MEDICATIONS:
1.    Azulfidine 500 mg, 2 tablets PO q.i.d.
2.    Prednisone 40 mg PO q.d.
3.    Folic acid 1 mg PO q.d.
4.    Hyoscyamine.

ALLERGIES:
He is **ALLERGIC TO CODEINE**.

PAST MEDICAL HISTORY:
His only medical problem is his Crohn's disease.

SOCIAL HISTORY:
He is a longstanding smoker.

PAST SURGICAL HISTORY:
He is status post orthopedic hand surgery.

PHYSICAL EXAMINATION:
GENERAL: The patient was awake and alert.
CHEST: Clear to auscultation.
HEART: S1, S2 heard, regular rhythm, no rubs or murmurs.
ABDOMEN: Positive bowel sounds, soft, nontender, no guarding. No peritoneal signs.



THIS REPORT IS STRICTLY CONFIDENTIAL
REDISCLOSURE IS PROHIBITED BY LAW.

IFCD 00002125

**HOSPITAL COURSE:**
The patient was admitted and put on continuous steroid drip by Dr. Saletta. I was asked to se the patient in consultation. He was taken to surgery on 5/17/95 and had an uneventful tota colectomy and Brooke ileostomy.

Postoperatively he had done very well. He has been placed on a very progressive diet and is eating regular food at this point. He has been returned to his Prednisone 40 mg q.d. He is presently taking Percocet for pain. He has had some productive cough with some yellow-tinged sputum. Chest x-ray yesterday shows no infiltrates. He has no signs of toxicity. He has no fever. His wound is well healing without signs of infection. He has been seen by the ileostomy nurse and has been trained in taking care of his ileostomy drainage. He will be discharged today.

**FOLLOW UP:**
To be seen in my office in approximately 4 days time.

**DISCHARGE PLANS:**
He has been encouraged to take PO fluids.

**DISCHARGE MEDICATIONS:**
1.     He has been given a prescription for Percocet for pain and ileostomy bags.
2.     He is to continue with his Zantac.
3.     Continue Prednisone.

Mark E. Bolduc, M.D.

pc:     Mark E. Bolduc, M.D.
        Michael Saletta, M.D.

THIS REPORT IS STRICTLY CONFIDENTIAL
REDISCLOSURE IS PROHIBITED BY LAW.

IFCD 00002126

MID-MAINE MEDICAL CENTER; WATERVILLE, MAINE 04901
JOHN W. CHOWNING, MD.; LABORATORY DIRECTOR

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | D/A | DP21-MAY-95/AP12-MAY-9 |
| NAME | HALL, CHARLES M | SEX | M |
| AGE | 024 Y | LOC | T351-2 |
| PHY | SALETTA, MICHAEL J | PHY1 |  |
| ACCT | 00003858842 | MREC | 900215 |
| PHY2 |  | STR | P O BOX 1683 |
| TEL | 8777151 | ADDR | WATERVILLE,ME 04903 |

++++++++++++++++++++++++++++++++++++++ LEGEND ++++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD

==================== MICROBIOLOGY RAPID SCREEN ================

| TEST | NORMAL RANGE | ID:4936 2143 12-MAY-95 |
|---|---|---|
| C-DIFFICILE TOXIN | NEGATIVE | STOOL:NEGATIVE FOR C.DIFFICILE ANTIGEN |
| GIARDIA ANTIGEN | NEGATIVE | STOOL/NEGATIVE FOR GIARDIA ANTIGEN |

HALL, CHARLES M #00003858842      22-MAY-95 AT 11:13 AM (CONT.)
- PAGE 3 -      DISCHARGE SUMMARY

IFCD 00002127

MID-MAINE MEDICAL CENTER; WATERVILLE, MAINE 04901
JOHN W. CHOWNING, MD.; LABORATORY DIRECTOR

|  |  |  |  |
|---|---|---|---|
| | | D/A | DP21-MAY-95/AP12-MAY-9 |
| NAME | HALL, CHARLES M | SEX | M |
| AGE | 024 Y | LOC | T351-2 |
| PHY | SALETTA, MICHAEL J | PHY1 | |
| ACCT | 00003858842 | MREC | 900215 |
| PHY2 | | STR | P O BOX 1683 |
| TEL | 8777151 | ADDR | WATERVILLE,ME 04903 |

++++++++++++++++++++++++++++++++++ LEGEND ++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD

========================= MICROBIOLOGY =====================

ID: 4936

CULTURE SOURCE               COLLECTION DATE: 12-MAY-95
...............              COLLECTION TIME: 21:43
STOOL

PRELIMINARY REPORT
...................
MIXED GROWTH

FINAL REPORT
............
NO SALMONELLA, SHIGELLA, ECOLI 0157:H7 OR CAMPYLOBACTER ISOLATED*

MAY 2 4 1995

HALL, CHARLES M #00003858842      22-MAY-95 AT 11:13 AM (CONT.)
                - PAGE 4 -      DISCHARGE SUMMARY

IFCD 00002128

|         |                    |      |                          |
|---------|--------------------|------|--------------------------|
|         |                    | D/A  | DP21-MAY-95/AP12-MAY-9   |
| NAME    | HALL, CHARLES M     | SEX  | M                        |
| AGE     | 024 Y              | LOC  | T351-2                   |
| PHY     | SALETTA, MICHAEL J | PHY1 |                          |
| ACCT    | 00003858842        | MREC | 900215                   |
| PHY2    |                    | STR  | P O BOX 1683             |
| TEL     | 8777151            | ADDR | WATERVILLE,ME 04903      |

++++++++++++++++++++++++++++++++++++ LEGEND ++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD

=========================== MICROBIOLOGY =====================

ID: 2644

CULTURE SOURCE  
...............  
SPUTUM

COLLECTION DATE: 20-MAY-95  
COLLECTION TIME: 12:21

PRELIMINARY REPORT  
...................  
MIXED GROWTH*

FINAL REPORT  
............  
FREQ YEAST*



AND USUAL THROAT FLORA*

IFCD 00002129

CHARLES HALL 6/6/95

Mr. Hall is seen in follow up. He is now almost three weeks status
post total colectomy and Brook ileostomy by Dr. Bolduc. He feels
terrific. He is now only emptying the ostomy bag only three or
four times per day. Stools are the consistency of toothpaste. He
is staying well hydrated. He has no abdominal pain. The ileostomy
is functioning quite well. There is only some trivial bleeding
when he changes appliances. He has had no fever, and the painful
spasms he has had in the abdomen have resolved.

MEDICATIONS: Prednisone 25mg daily; Zantac 150mg used PRN.

PHYSICAL EXAM: WT 132.5 lbs. BP 124/60.
Abdomen is soft, nontender. The midline incision is well healed
without evidence of a hernia. The stoma appears normal.

IMPRESSION: Status post total colectomy and ileostomy.

We have established a schedule to taper the Prednisone by which he
should be off Prednisone entirely by July 24. I have told him to
call me if he has problems with tapering of the medication. He has
not required any Imodium or Lomotil. I have cautioned him
regarding getting dehydrated during the hot weather months, and
again he will contact me if there are any problems. We decided
that we would meet once again at the end of July after he has
completed the Prednisone. If there are no problems at that point,
we can establish a plan for a long-term follow up.

*Michael Saletta, MD*

Michael J. Saletta, M.D.
MJS/mv
cc: Mark Bolduc, M.D.

6/13/95 — Pt calls. States is having chest pain c̄ intake of breath which
radiates up his neck and ears). Also pain around stoma
site when it's active. Told him should be seen for chest
pain in Cypress Care or ER. Will let Dr Sal know and
ask about pain at stoma site. Pt states will see
stoma nurse at hospital and call us in F/U. A Barica

IFCD 00002130

5/16/95 CHARLES HALL

WT: BP:

CHARLES HALL

5/30/95

WT:
WT: BP:

CHARLES HALL

6/6/95

WT: 132½

oJ tom
toort peste    ½ gallon
8-9x
3-4x

BP: 124/60

Pral 25mg.
zantac 150
prn

IFCD 00002131

4/25/95  CHARLES HALL

WT: 147 ½  BP: 120/84

POOR ORIGINAL

AZN 2G
Folate 1gc
Prad(oo)mg
Lexsin 0...
Bid

2-3 weeks ago ↑ Asacol ← 60 mg

Constant diarrhea Blood
Lost eighty pounds
Has had diarrhea 10-12 lbs /week
4-5 X daily loose
Sr. blood in ...
Small appetite  6 small meals
Lower back hurts
Sm → had headache
— ... 

Meds   AZN
       Prednisone 40 mg    8-9 months ago off 2 months
       Levsin

PMHx: Crohns 10-93        colonoscopy
      UGI S BFT ...
      hands ...

allergies: Codeine → vomiting ...

Shx:  1-2 PPD
      ≤ 1 PPD
      Drinks 2 beers 6 months

FMhx: adopted

* Add Zantac
* Asacol 400 mg 3 tid
  Levsin
  ↓ prednisone 50 mg qd

4/27/95 — Pt calls for result of bld work. Told him not in yet. Also.
States had UGI/SBFT today, has not moved bowels yet, is
crampy. Told him drink lots of fluid and walk a lot. Can
take MOM. Call if still uncomfortable and no BM.
                                              A Banicelli

IFCD 00002132

==================================
**HALL, CHARLES M**              24 M
DOB:04/06/71  DISIN
ACT#:00003858842      ADM:05/12/95
DR:SALETTA, MICHAEL J MR#:900215
==================================
DX:CROHNS COLITIS

CONSULTING MD:
CONSULTING MD: BOLDUC,MARK E.
CONSULTING MD: .RESIDENTS-MED
CONSULTING MD: DIAZ,STEVEN
CONSULTING MD: LAMBKE,MICHAEL

ORDER: CHEST PA AND LATERAL  159.01
INDICATIONS: PNEUMONIA

RADIOLOGIST:  ECCHER, S. MD
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
ORDERING PHYSICIAN:  BOLDUC,MARK E.

DATE OF EXAM: 05/20/95

CHEST-PA AND LATERAL:  71020

THERE IS AIR IN BOTH HEMI-DIAPHRAGMS DUE TO RECENT ABDOMINAL SURGERY.
THERE IS MINIMAL DENSITY PARALLELING THE UPPER EDGE OF THE LEFT HEMI-
DIAPHRAGM.  THERE IS PROBABLY SOME MINIMAL ATELECTASIS AND SMALL LEFT
PLEURAL EFFUSION.  NO SIGNIFICANT LUNG INFILTRATES.  THE HEART AND
MEDIASTINUM ARE NORMAL.  SCOLIOSIS IN THE THORACIC SPINE CONVEX LEFT
AND IN LUMBAR SPINE CONVEX RIGHT.

DISCUSSED WITH DR. BOLDUC.

ENTERED BY: TLL

                              LASTPAGE

-*-

VERIFIED RADIOLOGY RESULTS
 -PERMANENT CHART COPY-
REQ#: I-140-021

MAY 2 3 1995

REPORT SENT

MAY 2 2 1995

IFCD 00002133

XRY2T-9566-02       MID-MAINE MEDICAL CENTER
04/27/95 15:24                    (QAIRLR)                              PA
================================
**HALL, CHARLES M**                 24 M
DOB:04/06/71  1TIME
ACT#:00003786183     ADM:04/27/95
DR:SALETTA, MICHAEL J MR#:900215
================================
DX:*NONE                                    VERIFIED RADIOLOGY R!
                                             -PERMANENT CHART C(
CONSULTING MD:                               REG#: I-117-022

ORDER: GI-SMALL BOWEL SERIES    1.01
INDICATIONS: --HX OF CROHN'S COLITIS

RADIOLOGIST: HALLENBECK, J. MD
" " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " " "
ORDERING PHYSICIAN:  SALETTA,MICHAEL

DATE OF EXAM: 04/27/95

UPPER GI AND SMALL BOWEL SERIES:  74249

PRELIMINARY FILM OF THE ABDOMEN IS UNREMARKABLE.  THERE IS NO
SWALLOWING ABNORMALITY.  THE STOMACH, DUODENAL BULB AND C-LOOP APPEAR
OF NORMAL PERISTALSIS AND PLIABILITY WITH NO ABNORMALITY OF MUCOSAL
PATTERN.  THERE IS NO EVIDENCE OF ACTIVE ULCER OR CRATER.  ADDITIONAL
BARIUM IS FOLLOWED THROUGHOUT IT'S COURSE IN THE SMALL BOWEL WITH
COMPRESSION PERFORMED OVER THE SMALL BOWEL AND PARTICULARLY THE
TERMINAL ILEUM REGION.  TRANSIT TIME IS WITHIN NORMAL LIMITS.  TERMINAI
ILEUM HAS A SOMEWHAT NODULAR APPEARANCE WITHOUT SIGNIFICANT WALL
THICKENING.  THE PATIENT IS NOT PARTICULARLY TENDER OVER THIS REGION.
THE REMAINDER OF THE SMALL BOWEL IS UNREMARKABLE.  THE APPENDIX IS
VISUALIZED.


IMPRESSION:  SOMEWHAT NODULAR APPEARING TERMINAL ILEUM COULD REPRESENT
LYMPHOID HYPERPLASIA OR BE THE RESULT OF MILD ACTIVE CROHN'S
INFLAMMATION IN THIS AREA.  SIGNIFICANT TENDERNESS COULD NOT BE
ELICITED WITH DIRECT PALPATION OVER THIS AREA.  REMAINDER OF THE LOOPS
OF SMALL BOWEL ARE UNREMARKABLE.

ENTERED BY: TLL

                                        LASTPAGE
-*-
                                                          MAY 0 1 1995


                                             REPORT SENT

                                             APR 2 7 1995

IFCD 00002134

```
                                    D/A      AP30-APR-95
NAME       HALL, CHARLES M          SEX      M
AGE        024 Y                    LOC      TER
PHY        CHAPIN, SALLY L          PHY1     SALETTA, MICHAEL J
ACCT       00003799707             MREC      900215
PHY2             .                  STR      P O BOX1683
TEL        8777151                  ADDR     WATERVILLE,ME 04903
```

+++++++++++++++++++++++++++++++++++++ LEGEND +++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD-VALUE

============================ HEMATOLOGY CBC & DIFF ============================

```
                                   ID:10596
                    NORMAL          2139
TEST                RANGE           30-APR-95
--------------------------------------------------------------------------------
WBC              4.8-10.8   X10(3)    11.8* H
RBC              4.7-6.1    X10(6)    4.92*
HEMOGLOBIN       14.0-18.0  GM/DL     14.1*
HEMATOCRIT       42.0-52.0  %         41.3* L
MCV              80.0-94.0  FL        84.0*
MCH              27.0-31.0  PG        28.8*
MCHC             33.0-37.0  GM/DL     34.2*
RDW(%)           11.5-14.5            12.9*
PLATELET COUNT   150000.-400000.     232,000*
POLY(%)          55-75               65.0*
LYMPH(%)         20-35               25.3*
MONO(%)          2-6                 8.4* H
EOS(%)           1-3                 0.7* L
BASO(%)          0-1                 0.6*
```

MAY 02 1995



HALL, CHARLES M #00003799707    01-MAY-95 AT 12:11 AM
ORIGINAL COPY - PAGE 1 -

IFCD 00002135

MID-MAINE MEDICAL CENTER; WATERVILLE, MAINE 04901
JOHN W. CHOWNING, MD.; LABORATORY DIRECTOR

|  |  | D/A | DP21-MAY-95/AP12-MAY-9 |
|---|---|---|---|
| NAME | HALL, CHARLES M | SEX | M |
| AGE | 024 Y | LOC | T351-2 |
| PHY | SALETTA, MICHAEL J | PHY1 | |
| ACCT | 00003858842 | MREC | 900215 |
| PHY2 | | STR | P O BOX 1683 |
| TEL | 8777151 | ADDR | WATERVILLE,ME 04903 |

MAY 2 4 1995

++++++++++++++++++++++++++++++++++++++ LEGEND +++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD

======================= HEMATOLOGY CBC & DIFF =================

|  | NORMAL RANGE | ID:4431 1732 12-MAY-95 | ID:5187 0600 18-MAY-95 |
|---|---|---|---|
| TEST | | | |
| MONO(%) | 2-6 | 0.0 L | |
| EOS(%) | 1-3 | 0.0 L | |
| BASO(%) | 0-1 | 0.0 | |
| META(%) | | 0.0 | |
| MYELOCYTES | 0% | 0.0 | |
| ATYP(%) | 0-7 | 0.0 | |
| NRBC'S | 0% | 0.0 | |
| PLT EST | ADEQUATE | ADEQUATE | |
| DIFF COMMENTS | | NORMAL | |

==================== MISC. HEMATOLOGY REPORT ================

|  | NORMAL RANGE | ID:4923 2130 12-MAY-95 |
|---|---|---|
| TEST | | |
| ESR | 0-15 MM/HR | 17 H |

===================== MICROBIOLOGY SMEARS =================

|  | NORMAL RANGE | ID:2644 1221 20-MAY-95 |
|---|---|---|
| TEST | | |
| GRAM SMEAR | | SEE BELOW |

ID : 2644        TEST : GRAM SMEAR
PDAT : 20-MAY-95        PTIM : 1221

SPUTUM: MANY WBCS; MANY GRAM NEGATIVE ROD & FREQ YEAST
AND FEW GRAM POSITIVE COCCI IN PAIRS

HALL, CHARLES M #00003858842        22-MAY-95 AT 11:13 AM (CONT.)
- PAGE 2 -        DISCHARGE SUMMARY

IFCD 00002136

MID-MAINE MEDICAL CENTER; WATERVILLE, MAINE 04901
JOHN W. CHOWNING, MD.; LABORATORY DIRECTOR

|  |  |  |  |
|---|---|---|---|
| | | D/A | DP21-MAY-95/AP12-MAY-9 |
| NAME | HALL, CHARLES M | SEX | M |
| AGE | 024 Y | LOC | T351-2 |
| PHY | SALETTA, MICHAEL J | PHY1 | |
| ACCT | 00003858842 | MREC | 900215 |
| PHY2 | | STR | P O BOX 1683 |
| TEL | 8777151 | ADDR | WATERVILLE,ME 04903 |

++++++++++++++++++++++++++++++++++++ LEGEND +++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD

===================== CHEMISTRY REPORT ====================

| TEST | NORMAL RANGE | | ID:4431 1732 12-MAY-95 | ID:11366 0600 16-MAY-95 | ID:5187 0600 18-MAY-95 |
|---|---|---|---|---|---|
| TOTAL PROTEIN | 6.1-8.0 | GM/DL | 7.1 | 6.8 | 5.6 L |
| ALBUMIN | 3.5-4.8 | GM/DL | 4.1 | 4.1 | 3.4 L |
| CALCIUM | 8.7-10.7 | MG/DL | 9.5 | 9.5 | 9.1 |
| PHOSPHOROUS | 2.6-4.9 | MG/DL | 5.4 H | 3.0 | 4.2 |
| CHOLESTEROL | 100-200 | MG/DL | 163 | 161 | 123 |
| GLUCOSE | 70-108 | MG/DL | 102 | 101 | 102 |
| BUN | 7-22 | MG/DL | 13 | 9 | 12 |
| CREATININE | 0.5-1.2 | MG/DL | 0.9 | 0.9 | 0.8 |
| URIC ACID | 3.9-7.8 | MG/DL | 5.9 | 3.4 L | 4.0 |
| TOTAL BILIRUBIN | 0.3-1.2 | MG/DL | 0.6 | 0.6 | 0.7 |
| ALK.PHOS | 37-107 | IU/L | 74 | 71 | 56 |
| LDH | 94-172 | IU/L | 122 | 122 | 139 |
| SGOT | 12-45 | IU/L | 14 | 15 | 17 |
| MAGNESIUM | 1.6-2.4 | MG/DL | 2.1 | 2.3 | 2.0 |
| CHLORIDE | 96-108 | MEQ/L | 109 H | 106 | 103 |
| CO2 | 23-33 | MEQ/L | 24 | 28 | 33 |
| SODIUM | 135-145 | MEQ/L | 142 | 141 | 139 |
| POTASSIUM | 3.8-5.2 | MEQ/L | 3.8 | 3.9 | 4.1 |

CONFIDENTIAL INFORMATION
NOT FOR REDISCLOSURE

MAY 24 1995

================== HEMATOLOGY CBC & DIFF ==================

| TEST | NORMAL RANGE | | ID:4431 1732 12-MAY-95 | ID:5187 0600 18-MAY-95 |
|---|---|---|---|---|
| WBC | 4.8-10.8 | X10(3) | 15.1 H | 12.5 H# |
| RBC | 4.7-6.1 | X10(6) | 4.92 | 4.85 |
| HEMOGLOBIN | 14.0-18.0 | GM/DL | 14.3 | 14.1 |
| HEMATOCRIT | 42.0-52.0 % | | 41.4 L | 41.0 L |
| MCV | 80.0-94.0 FL | | 84.1 | 84.5 |
| MCH | 27.0-31.0 PG | | 29.0 | 29.1 |
| MCHC | 33.0-37.0 GM/DL | | 34.4 | 34.4 |
| RDW(%) | 11.5-14.5 | | 13.3 | 13.3 |
| PLATELET COUNT | 150000.-400000. | | 217,000 | |
| POLY(%) | 55-75 | | 96.0 H | |
| STABS(%) | 2-6 | | 1.0 L | |
| LYMPH(%) | 20-35 | | 3.0 L | |

HALL, CHARLES M #00003858842          22-MAY-95 AT 11:13 AM (CONT.)
                       - PAGE 1 -       DISCHARGE SUMMARY

IFCD 00002137

MID-MAINE MEDICAL CENTER; WATERVILLE, MAINE 04901
JOHN W. CHOWNING, MD.; LABORATORY DIRECTOR

|       |                    |       | D/A  | AP25-APR-95           |
|-------|--------------------|-------|------|-----------------------|
| NAME  | HALL, CHARLES M     |       | SEX  | M                     |
| AGE   | 024 Y              |       | LOC  | T1TIME                |
| PHY   | SALETTA, MICHAEL J |       | PHY1 |                       |
| ACCT  | 00003779469        |       | MREC | 900215                |
| PHY2  |                    |       | STR  | P O BOX 1683          |
| TEL   | 8777151            |       | ADDR | WATERVILLE,ME 04903   |

++++++++++++++++++++++++++++++++++++ LEGEND ++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD-VA

===================== CHEMISTRY REPORT =======================

|                 | NORMAL RANGE       | ID:9021 1700 25-APR-95 |
|-----------------|--------------------|------------------------|
| TEST            |                    |                        |
| TOTAL PROTEIN   | 6.1-8.0  GM/DL     | 6.7*                   |
| ALBUMIN         | 3.5-4.8  GM/DL     | 3.9*                   |
| CALCIUM         | 8.7-10.7 MG/DL     | 9.5*                   |
| PHOSPHOROUS     | 2.6-4.9  MG/DL     | 3.5*                   |
| CHOLESTEROL     | 100-200  MG/DL     | 150*                   |
| GLUCOSE         | 70-108   MG/DL     | 109* H                 |
| BUN             | 7-22     MG/DL     | 10*                    |
| CREATININE      | 0.5-1.2  MG/DL     | 0.9*                   |
| URIC ACID       | 3.9-7.8  MG/DL     | 5.3*                   |
| TOTAL BILIRUBIN | 0.3-1.2  MG/DL     | 0.4*                   |
| ALK.PHOS        | 37-107   IU/L      | 83*                    |
| LDH             | 94-172   IU/L      | 121*                   |
| SGOT            | 12-45    IU/L      | 14*                    |
| MAGNESIUM       | 1.6-2.4  MG/DL     | 2.0*                   |
| CHLORIDE        | 96-108   MEQ/L     | 107*                   |
| CO2             | 23-33    MEQ/L     | 30*                    |
| SODIUM          | 135-145  MEQ/L     | 140*                   |
| POTASSIUM       | 3.9-5.3  MEQ/L     | 4.1*                   |
| B12             | 250-1000 PG/ML     | 387*                   |
| FOLATE          | 3.0-20.0 NG/ML     | 13.1*                  |

MS

APR 27 1995

================= HEMATOLOGY CBC & DIFF ==================

|                | NORMAL RANGE        | ID:9021 1700 25-APR-95 |
|----------------|---------------------|------------------------|
| TEST           |                     |                        |
| WBC            | 4.8-10.8  X10(3)    | 10.5*                  |
| RBC            | 4.7-6.1   X10(6)    | 5.03*                  |
| HEMOGLOBIN     | 14.0-18.0 GM/DL     | 14.6*                  |
| HEMATOCRIT     | 42.0-52.0 %         | 42.2*                  |
| MCV            | 80.0-94.0 FL        | 83.9*                  |
| MCH            | 27.0-31.0 PG        | 29.0*                  |
| MCHC           | 33.0-37.0 GM/DL     | 34.5*                  |
| RDW(%)         | 11.5-14.5           | 13.0*                  |
| PLATELET COUNT | 150000.-400000.     | 218,000*               |
| POLY(%)        | 55-75               | 70.8*                  |

HALL, CHARLES M #00003779469    26-APR-95 AT 01:33 PM (CONT.)
ORIGINAL COPY - PAGE 1 -

IFCD 00002138

```
                                    D/A        AP25-APR-95
      NAME      HALL, CHARLES M      SEX        M
      AGE       024 Y                LOC        T1TIME
      PHY       SALETTA, MICHAEL J   PHY1
      ACCT      00003779469          MREC       900215
      PHY2                           STR        P O BOX 1683
      TEL       8777151              ADDR       WATERVILLE,ME 04903
```

+++++++++++++++++++++++++++++++++++++++++ LEGEND +++++++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD-VA'

===================== HEMATOLOGY CBC & DIFF =====================

| TEST | NORMAL RANGE | ID:9021 1700 25-APR-95 |
|------|--------------|-------------------------|
| LYMPH(%) | 20-35 | 20.3* |
| MONO(%) | 2-6 | 5.5* |
| EOS(%) | 1-3 | 3.0* |
| BASO(%) | 0-1 | 0.4* |

===================== MISC. HEMATOLOGY REPORT =====================

| TEST | NORMAL RANGE | ID:9021 1700 25-APR-95 |
|------|--------------|-------------------------|
| ESR | 0-15 MM/HR | 32* H |

APR 2 7 1995



IFCD 00002139

Ex. 94 Page 36 of 152   Case 4:21-cv-28001-BCW   Document 70-91   Filed 04/29/24   Page 36 of 152

**Mid Maine Gastroenterology, P.A.**

Michael J. Griffin, M. D.
David W. Hay, M. D.
Michael J. Saletta, M.D.

BUILDING E
325 KENNEDY MEMORIAL DRIVE
WATERVILLE, ME 04901

TELEPHONE (207) 872-2424
FAX (207) 872-2099

June 26, 1995

RE: **Charles M. Hall**
**SSN 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**
**DOB 4/6/71**

To Whom It May Concern:

Charles Hall suffered from Crohn's colitis for a period of time prior to October of 1993 when he was first diagnosed by Dr. W. Stephen Gefvert in Portland, Maine. I cared for Mr. Hall since April 25, 1995 for his Crohn's disease. Prior to April 25, 1995, when I saw him for the first time, he had required Prednisone in high doses and Azulfidine for management of his Crohn's colitis. Despite the use of high dose steroids, he experienced persistent diarrhea and persistent abdominal pain to the extent that it was my impression that during this time, his disease imposed upon him significant impairment such that work related physical activities were not possible for any significant length of time. From April 25 to May of 1995, his symptoms persisted to the extent that he ultimately required surgery for removal of the colon and ileostomy. During the time of his surgery and in the post-operative recovery period, I also feel that work related physical activities were not possible from a medical standpoint.

Should you have any additional questions regarding Mr. Hall's care, please feel free to contact our office.

Sincerely yours,

Michael Saletta, MD

Michael J. Saletta, M.D.

MJS/mv

IFCD 00002140

# DISCHARGE SUMMARY
## mid-maine medical center

Physician: Mark E. Bolduc, M.D.                    Patient: HALL, CHARLES M.

Admission Date: 05/12/95                            Discharge Date: 05/21/95

Date of dict: 05/21/95        Date of Trans: 05/23/95-MMTS/342        MR #: 900215

**DISCHARGE DIAGNOSIS:**
Crohn's colitis, status post total colectomy and ileostomy.

**CHIEF COMPLAINT/HISTORY OF PRESENT ILLNESS:**
This 24 year old patient was admitted with complaints of nausea, vomiting. The patient was diagnosed with Crohn's disease back in October of 1993. He has had significant weight loss and continued to have diarrhea. He had a 2-3 month period where he feels good, but lately this has become more rare. Over the past 2-3 weeks he has had symptoms every day with diarrhea which is watery, 6-7 times, decreased appetite, crampy abdominal pain. He has been worked up by Dr. Saletta with a small bowel follow-through that shows essentially no disease in the small bowel, and a colonoscopy that shows a significant amount of Crohn's disease involving the left end-sigmoid colon. He was referred to me for a total colectomy, being a medical failure.

**MEDICATIONS:**
1.  Azulfidine 500 mg, 2 tablets PO q.i.d.
2.  Prednisone 40 mg PO q.d.
3.  Folic acid 1 mg PO q.d.
4.  Hyoscyamine.

**ALLERGIES:**
He is **ALLERGIC TO CODEINE.**

**PAST MEDICAL HISTORY:**
His only medical problem is his Crohn's disease.

**SOCIAL HISTORY:**
He is a longstanding smoker.

**PAST SURGICAL HISTORY:**
He is status post orthopedic hand surgery.

**PHYSICAL EXAMINATION:**
GENERAL: The patient was awake and alert.
CHEST: Clear to auscultation.
HEART: S1, S2 heard, regular rhythm, no rubs or murmurs.
ABDOMEN: Positive bowel sounds, soft, nontender, no guarding. No peritoneal signs.

**THIS REPORT IS STRICTLY CONFIDENTIAL**
**REDISCLOSURE IS PROHIBITED BY LAW.**

IFCD 00002141

## HOSPITAL COURSE:

The patient was admitted and put on continuous steroid drip by Dr. Saletta. I was asked to see the patient in consultation. He was taken to surgery on 5/17/95 and had an uneventful total colectomy and Brooke ileostomy.

Postoperatively he had done very well. He has been placed on a very progressive diet and is eating regular food at this point. He has been returned to his Prednisone 40 mg q.d. He is presently taking Percocet for pain. He has had some productive cough with some yellow-tinged sputum. Chest x-ray yesterday shows no infiltrates. He has no signs of toxicity. He has no fever. His wound is well healing without signs of infection. He has been seen by the ileostomy nurse and has been trained in taking care of his ileostomy drainage. He will be discharged today.

## FOLLOW UP:

To be seen in my office in approximately 4 days time.

## DISCHARGE PLANS:

He has been encouraged to take PO fluids.

## DISCHARGE MEDICATIONS:

1. He has been given a prescription for Percocet for pain and ileostomy bags.
2. He is to continue with his Zantac.
3. Continue Prednisone.

_____

Mark E. Bolduc, M.D.

pc: Mark E. Bolduc, M.D.
    Michael Saletta, M.D.

THIS REPORT IS STRICTLY CONFIDENTIAL
REDISCLOSURE IS PROHIBITED BY LAW.

# REPORT OF OPERATION
## mid-maine medical center

Dictation Date: 05/17/95

Patient: HALL, ~~CHARLES~~

Transcribed: 05/19/95-MMTS/330

Medical Record: 900215

Surgeon: Mark E. Bolduc, M.D.
Surgeon: Jean L. Bolduc, M.D.

Date of Operation: 05/17/95

Operative Procedure: Total colectomy and Brooke ileostomy.

Pre-Operative Diagnosis: Crohn's colitis.

Post-Operative Diagnosis: Same.

Findings: (Including the condition of all organs examined)
Operation: (Including incision, ligatures, sutures, drainage and closure)

ANESTHESIA: General.

INDICATIONS: Charles Hall is a 24 year old gentleman who has never been off steroids for Crohn's colitis. He has had weight loss, persistent diarrhea and has never had refractory period. Because of the constant bleeding and diarrhea it is recommended he have a colectomy and he agrees.

FINDINGS AT TIME OF PROCEDURE: The colon looked somewhat abnormal. There was no creeping fat. There were no gallstones.

DESCRIPTION OF PROCEDURE: The patient's abdomen was prepped and draped in sterile manner. A midline incision was made and carried down into the abdomen. We then started our dissection in the sigmoid colon, freeing it up in the avascular line of Toldt and coming across the mesentery we sequentially devascularized, clamping it. We freed up the splenic flexure, clamping and tying, and continued with devascularization all the way around to the right colon and to the terminal ileum. We took the proximal transection at the terminal ileum. We maintained an excellent vessel for perfusion to this and with a TA-50 we fired across it and transected it. The rectum was fired across with a TA-55 again after sequentially devascularizing it. Both ureters were seen and not injured. With that in a premarked area we excised a portion of skin and cruciate incision through the fascia. We brought the terminal ileum up through the anterior abdominal wall and held it with a Babcock. We irrigated with saline, sucked all effluent out. We closed with a running Vicryl and 0 Chromic in the infraumbilical peritoneum. The wound was closed with a running 4-0 Vicryl. The Brooke ileostomy was matured after the wound was closed, first 3-0 silks attaching the fascia to the seromuscular layer. Then with interrupted 4-0 Vicryls we inverted the nipple, getting the skin, serosa and mucosa. This went uneventfully. We also used 3-0 silk to attach the ileum to the side wall to prevent internal herniazation.

THIS REPORT IS STRICTLY CONFIDENTIAL
REDISCLOSURE IS PROHIBITED BY LAW.

IFCD 00002143

CONDITION ON DISCHARGE: The patient remained in the operating room for an epidural and was then brought back to Post Anesthesia Recovery Unit in good condition.

_____

Mark E. Bolduc, M.D.

pc:  Mark E. Bolduc, M.D.
     Jean L. Bolduc, M.D.
     Michael Saletta, M.D.

THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.

IFCD 00002144

# CONSULTATION
## mid-maine medical center

Consultant: Mark E. Bolduc, M.D.  
Attending Physician: Michael Saletta, M.D.

Consult Date: 05/16/95

Reason for Consultation:  
____ Consultation  
____ Consultation and concomitant care  
____ Consultation and transfer to your care

**PREOP**

Patient: HALL, Charles    Medical Record #: 900215    RM# : 352

Date of Dictation: 05/16/95    Transcribed: eb - 05/16/95

The patient is a 24-year old gentleman whom I have been asked to see for Colectomy.

**HISTORY OF PRESENT ILLNESS:**
The patient had Crohn's disease diagnosed in 1993. He stated that he had 2-3 years of weight loss, bloody diarrhea, without diagnosis. He had been treated by Dr. Saletta for this with steroids, Azulfidine, without any resolution of his symptoms. He is still having a significant amount of diarrhea and bloody stools. He is also on Levsin, Folic Acid, Lomotil, without significant relief of his symptoms. Recently a Colonoscopy was done that showed some rectal disease but a significant amount of disease involving the sigmoid and the left colon. The ileocecal valve appeared to be free of any disease. Upper GI and small bowel follow-through did not show any other areas of Crohn's disease. The patient appears to be a medical failure, for surgery.

**PHYSICAL EXAMINATION:**
On physical examination, his abdomen is flat, non-tender. No masses are felt. Soft.

**IMPRESSION:**
This is a patient with failure of medical management for Crohn's colitis.

I think Dr. Saletta's plan of doing a Total Colectomy, leaving the rectum intact since there is not significant disease there is fine, knowing full well we need to keep surveillance on the distal rectum. Lastly, it is possible to do an Ileo-Proctostomy at some point if he wishes to be reversed. He signed consent freely for an Ileostomy today. His sister is an Ostomy Nurse and he is actually quite educated; the Ostomy Nurse has been notified to come and mark his abdominal wall.

_____  
Mark E. Bolduc, M.D.

PC: Mark E. Bolduc, M.D.  
Michael Saletta, M.D.

THIS REPORT IS STRICTLY CONFIDENTIAL. REDISCLOSURE IS PROHIBITED BY LAW.

CONSULTATION

IFCD 00002145

XRY.ZT+6697          MID..AINE MEDICAL CENTER
05/22/95 13:13                  (GAIRLR)                              PAGE 001
==================================
HALL, CHARLES M               24 M
DOB:04/06/71  DISIN
ACT#:00003858842    ADM:05/12/95
DR:SALETTA, MICHAEL J MR#:900215
==================================
DX:CROHNS COLITIS                          VERIFIED RADIOLOGY RESULTS
                                             -PERMANENT CHART COPY-
CONSULTING MD:                              REQ#: I-140-021
CONSULTING MD: BOLDUC,MARK E.
CONSULTING MD: .RESIDENTS-MED
CONSULTING MD: DIAZ,STEVEN
CONSULTING MD: LAMBKE,MICHAEL

ORDER: CHEST PA AND LATERAL  159.01
INDICATIONS: PNEUMONIA

RADIOLOGIST: ECCHER, S. MD
============================================
ORDERING PHYSICIAN: BOLDUC,MARK E.

DATE OF EXAM: 05/20/95

CHEST-PA AND LATERAL:  71020

THERE IS AIR IN BOTH HEMI-DIAPHRAGMS DUE TO RECENT ABDOMINAL SURGERY.
THERE IS MINIMAL DENSITY PARALLELING THE UPPER EDGE OF THE LEFT HEMI-
DIAPHRAGM.  THERE IS PROBABLY SOME MINIMAL ATELECTASIS AND SMALL LEFT
PLEURAL EFFUSION.  NO SIGNIFICANT LUNG INFILTRATES.  THE HEART AND
MEDIASTINUM ARE NORMAL.  SCOLIOSIS IN THE THORACIC SPINE CONVEX LEFT
AND IN LUMBAR SPINE CONVEX RIGHT.

DISCUSSED WITH DR. BOLDUC.

ENTERED BY: TLL

                                LASTPAGE

-*-

REPORT SENT

MAY 2 2 1995

IFCD 00002146

POOR ORIGINAL

MID-MAINE MEDICAL CENTER
Waterville, Maine 04901

J. Chowning, M.D.
J. Oprendek, M.D.
J. Benziger, M.D.

## SURGICAL PATHOLOGY REPORT

NAME: HALL, CHARLES
DOB: 04/06/71          SEX: M          ACC#: S95-2342
PROCEDURE: COLECTOMY
SITE: COLON
PREOPERATIVE IMPRESSION: CROHN'S DISEASE - COLITIS
POSTOPERATIVE IMPRESSION: SAME
ATTENDING PHYSICIAN: M. BOLDUC          MR#: 900215
DATE: 05/19/95          ROOM NUMBER: T-352
PATHOLOGIST: J. W. CHOWNING

GROSS DESCRIPTION: Submitted in formalin and labeled colon is a segment of intestine extending from the distal ileum through the cecum with a segment of adjacent colon that appears to extend through the distal colon. The segment of ileum has a length of 2.8 cm. The colon measures 70 cm in length. The ascending colon shows distension. The distal colon has a thickened wall with focal flattening of the mucosa. The cecum also has a thickened wall with some accentuation of the rugal folds. A section of the ileum at the line of resection is submitted as 1; of the distal colonic margin as 2. Sections from the cecum are submitted as 3; ascending colon 4; transverse colon 5; descending colon 6. The appendix is attached to the cecum and this measures 5.2 x 0.5 cm. Serial sections show no unusual changes and portions are submitted as 7. Several lymph nodes are identified within the mesenteric tissue, and most notably around the cecum, and these measure up to 2 cm in greatest dimension. A random sampling of these is submitted as 8.

MICROSCOPIC DESCRIPTION: Slide 1 consists of mucosa that shows both small intestinal and colonic differentiation. There is an increased number of chronic inflammatory cells within the lamina propria. Occasional glands show some branching. Slide 2 consists of portions of colonic wall and these show a mild to moderate increase in the number of chronic inflammatory cells within the lamina propria. The glands are relatively intact with the glands being of normal length and being relatively uninvolved by the inflammatory reaction. Slides 3 through 6 show some variation in their appearance. All of the sections show evidence of autolysis. Sections from the cecum are the worst as far as inflammation. There is architectural distortion of glands with branching and a moderate to marked inflammatory reaction within the lamina propria, with focal ulceration of the surface mucosa. The inflammation focally extends into the underlying muscularis externa with occasional lymphocytic aggregates being noted within the subserosal connective tissues. Occasional non-caseating granulomas are found within the mucosa. Slide 4 shows patchy areas of inflammation varying from mild to marked intensity. In slide 5 the inflammation varies from mild to moderate in intensity. The glands do show some architectural variation, including branching. Most of the changes are present within the mucosa. Slide 6 also shows a mild inflammatory reaction within the lamina propria, with some architectural variation in the glands. One small focus of chronic inflammation is noted within the subserosal connective tissues. Otherwise the muscularis externa has a relatively normal appearance. The submucosa does show some focal fibrosis. Slide 7 consists of portions of appendix. The tip of the appendix is fibrotic. There is some patchy chronic inflammation noted within the muscular wall focally. No granulomas are noted. Slide 8 consists of lymph nodes and these show reactive changes including edema and some reactive germinal centers within the follicles.

IFCD 00002147

POOR ORIGINAL


## SURGICAL PATHOLOGY REPORT

NAME: HALL, CHARLES
ACC# S95-2342

In summary, the changes within this segment of colon are consistent with Crohn's colitis. Inflammatory infiltrate in most areas is relatively confined to the mucosa and varies from most areas showing a mild to moderate intensity to focal areas of marked chronic inflammation. Some focal chronic inflammation can be found within the terminal ileum near the line of resection.

DIAGNOSIS: Resected portion of distal ileum and colon:
Crohn's colitis.



IFCD 00002148

# PATIENT REGISTRATION

NAME Charles M Hall   MARITAL STATUS S (M) W D SEP   DATE OF BIRTH 4-6-76   873-5877
STREET ADDRESS 42 Charlotte St Winslow   59 Water st, Waterville   PHONE (H) 877-7151   (O) 877-8546
CITY STATE, ZIP Winslow MC 04903   allergies: codine
OCCUPATION/ EMPLOYER   PHONE   SPOUSES OCCUPATION/ EMPLOYER   PHONE
SPOUSE'S NAME Barbara Hall   SPOUSE'S DATE OF BIRTH 3-21-48   IF UNDER 18 PARENT / GUARDIAN
EMERGENCY CONTACT (OTHER THAN SPOUSE) B.F. Oettinger   PHONE 873-3770   ADDRESS 31 Central ave   RELATION mother in law
your SS# 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   REFERRED BY m.d mains Med. center

## INSURANCE & BILLING INFORMATION

BILLING NAME (IF OTHER THAN PATIENT) medicade   RELATIONSHIP

BILLING ADDRESS   PHONE #

PHONE (H)

*PAYMENT REQUESTED AT TIME OF SERVICE – UNLESS PRIOR ARRANGEMENTS HAVE BEEN MADE.*

| 1) INSURANCE COMPANY | ADDRESS | | EFFECTIVE DATE |
|---|---|---|---|
| SUBSCRIBER'S NAME | I.D.# | GROUP # | BENEFIT CODE |
| 2) INSURANCE COMPANY | ADDRESS | | EFFECTIVE DATE |
| SUBSCRIBER'S NAME | I.D.# | GROUP # | BENEFIT CODE |

MEDICARE #   MEDICAID I.D.# 923871191A

OTHER COVERAGE

## ASSIGNMENT OF INSURANCE BENEFITS

I hereby authorize direct payment of surgical / medical benefits to Dr. Salletta, for services rendered by him / her in person or under his / her supervision. I understand that I am financially responsible for any balance not covered by my insurance.

## AUTHORIZATION TO RELEASE INFORMATION

I hereby authorize Dr. Salletta, to release any medical or incidental information that may be necessary for either medical care or in processing applications for financial benefit.

## MEDICARE ▸ MEDICAID

I certify that the information given by me in applying for payment is correct. I authorize release of all records on request. I request that payment of authorized benefits be made on my behalf

*A photocopy of these assignments shall be valid as the original.*

PATIENT Charles M. Hall   DATE 04-25-95

PARENT/GUARDIAN   SIGNATURE

## Formedic

**Formedic**
FREE PATIENT RECORD FORMS
PARTNERS WITH PHYSICIANS
SINCE 1982

*Your Supplier of Free Patient Record Forms*

12-D WORLDS FAIR DRIVE • SOMERSET, N.J. 08873

Name Charles Hall SS#  Page#

Address

Phone (Home) (Work)

Drug allergies Codeine

| DATE | NOTES | Rx/DOSAGE | REFILLS | STOP/CHANGE DATE |
|------|-------|-----------|---------|------------------|
| 5-5-95 | Levsin 0.375 mg BID #30 | | 3 | SNS tongview |
| 5-5-95 | Lomotil one tab po tid #40 | | 0 | |
| 5/11/95 | Levsin 0.125 mg #30 | 5 10⁴⁰ prn | 2 | 872-2182 |

IFCD 00002150

ime ь  **Charles Hall**

ite  9/5/94

w Patient                          Established Patient

:p    99202   65.00               Prob Foc 99212   35.
:t    99203   85.00               Exp      99213   4̶5̶.
mp 1  99204  125.00               Det      99214   75.
mp 2  99205  155.00               Comp     99215  115.

nsult Expanded  99242    95.00
       Detailed 99243   120.00
       Comprhsv 99244   170.00

eturn to Office  _Tickle 7 days_

iagnosis  _Crohns_
: * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

emocult Cards x 3  _____

lu  Shot           _____

12 Shot            _____

IFCD 00002151

Name _Charles Hall_

Date _7/27/95_

### New Patient

| | | |
|---|---|---|
| Expanded | 99202 | $60.00 |
| Detailed | 99203 | 80.00 |
| Comprehen. | 99204 | 115.00 |
| Comprehen | 99205 | 145.00 |

### Established Patient

| | | |
|---|---|---|
| Prob Focused | 99212 | $32.00 |
| Expanded | 99213 | 45.00 |
| Detailed | 99214 | 70.00 |
| Comprehensive | 99215 | 110.00 |

### New Patient Consult

| | | |
|---|---|---|
| Consult Expanded | 99242 | $90.00 |
| Consult Detailed | 99243 | 115.00 |
| Consult Comprehensive | 99244 | 160.00 |

RETURN TO OFFICE _____

DIAGNOSIS _____ Crohns _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____ Tickle 1 yr. _____

lemocult x 3_____ flu inj_____ B12 inj_____

IFCD 00002152

Name *Charles Hall*

Date *6/6/95*

## New Patient

| | | |
|---|---|---|
| Expanded | 99202 | $60.00 |
| Detailed | 99203 | 80.00 |
| Comprehen. | 99204 | 115.00 |
| Comprehen | 99205 | 145.00 |

## Established Patient

| | | |
|---|---|---|
| Prob Focused | 99212 | $32.00 |
| Expanded | 99213 | (45.00) |
| Detailed | 99214 | 70.00 |
| Comprehensive | 99215 | 110.00 |

## New Patient Consult

| | | |
|---|---|---|
| Consult Expanded | 99242 | $90.00 |
| Consult Detailed | 99243 | 115.00 |
| Consult Comprehensive | 99244 | 160.00 |

RETURN TO OFFICE  *after July 24*

DIAGNOSIS  *Crohns*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

hemocult x 3_____ flu inj_____ B12 inj_____

IFCD 00002153

Name **Charles Hall**

Date **4-25-95** Balance _____

### ew Patient

xpanded...99203...... 55.00
etalled . 99204 ... 70.00
omprehensive 1 99204 . 95.00
omprehensive 2 99205. .110.00

### ew Patient Consult

Consult Intermediate .99242. . .80.00
Consult Expanded. . 99243 100.00
Consult Comprehensive 99244 . .140.00

### Established Patient

Problem Focused .99212 . . 30.00
Expanded . . . . 99213. . .40.00
Detailed . . . . 99214. . .65.00
Comprehensive... 99215 . . 95.00

Return to office _____

| Diagnosis CROHNS COLITS | Date |
|---|---|
| | 9-25 |
| UGI SBFT CROHNS 4/6/7? 677-715 | 4/27 95 |
| CBC, diff | 8:45 |
| ESR | |
| Clem 18 | |
| Vitamin B-12 | |
| Folile | |
| See o/V R/V 2 wee | |
| | |
| | |
| | |

IFCD 00002154

**CHARLES HALL** 9/23/96

Mr. Hall is now incarcerated at Kennebec County Jail in Augusta.
My last office note of 9/5/96 was forwarded to Rachel Garcia, nurse
at the Kennebec County Jail to provide details of his most recent
office visit.

*Michael Saletta*

Michael J. Saletta, M.D.
MJS/mv

IFCD 00002155

RE: **CHARLES HALL** 9/5/96 cont.

PLAN: Dr. MacLoed had previously outlined in detail the possibility of recurrent disease. I had done the same prior to sending him the referral to Dr. MacLoed. He does appear to be regulating his diet adequately. Although he has not eliminated smoking, he has cut down. I have encouraged him to try to eliminate this completely. I think in an effort to try to stave off the need for take down of the ileorectal anastomosis, it would not be unreasonable to resume Prednisone at 40 mg daily, continue the Pentasa and increase the anti-diarrheal in the way of Lomotil up to 8 per day. If this is ineffective, I told him we should be absolutely certain that he is absorbing the Prednisone properly by hospitalization and IV admission of steroids, and he understands this. He also understands that it will be ineffective in medically managing this recurrence. I still believe he is not reliable enough to use Imuran, and I am reticent to expose him to risks of marrow suppression with this drug in light of the lack of demonstrated compliance with appropriate follow up. We will follow up with him via telephone next week. He has been told that if he has no good response to the oral Prednisone, hospitalization with IV corticosteroids is an option.

*Michael Saletta, MD*

Michael J. Saletta, M.D.
MJS/mv
cc: Cathel MacLoed, M.D.

9/16/96 Pt. called on 9/16 leaving mess ē secretaries that the "pills still coming out whole". Have tried to reach him since then. leaving 2 messages ē girlfriend for him to call me back - no response from pt. / Sal
—D. Martin RN

9/18/96: Multiple attempts to reach Mr Hall have been unsuccessful. We will await his phone call in followup. If no response we will notify him via the mail.
Michael Saletta

IFCD 00002156

WT: 139

BP: 112/96

Pentasa 250mg
4 QID

Loxotil —
2-3 qd - PRN

Questran
1 scoop qd

2-3 days o.k.
13-17 x daily
night some cramping
tarry loose
losing weight

9-10 x
2 wks
knee aches

**CHARLES HALL** 9/5/96

Mr. Hall is seen in follow up.  I saw him last on 8/5/96 when he had returned with increased frequency of bowel movements.  Small bowel follow through showed no detectable macroscopic evidence of recurrent Crohn's, however.  On endoscopy, multiple aphthous ulcerations were seen within the rectum and extending to the ileorectal anastomosis.  It turns out his diet, at least by his history, has been fairly well regulated.  He is not using any caffeine, apple juice, no tea, no coffee.  He has eliminated carbonated beverages as well.  He has reduced his smoking from one and a half packs per day to about one pack per week.

In response to the findings on endoscopy, he was started on Pentasa 250 mg four tabs q.i.d.; Lomotil tablets to be used Prn; Questran 1 scoop in 8 oz of water daily.  In retrospect, he thinks for approximately two to four days, this might have made a difference in cutting down on the frequency of stools.  Nonetheless, shortly thereafter, he began to resume a pattern of 10 to 15 small volume stools per day.  There has only been one isolated episode of mild hematochezia. He notes generalized cramping, abdominal discomfort, usually at night.  He has noted arthralgias in the knees bilaterally.  He feels his weight has gone down, and although he weighs now more than he did prior to his initial sub-total colectomy, it appears to me that he has lost weight, and his clothes are fitting poorly.

MEDS:  Pentasa 250 mg 4 q.i.d.; Lomotil 2-3 tabs daily used Prn; Questran 1 scoop daily.

PHYSICAL EXAM:  BP 112/76.  WT 139 lbs.
Abdomen soft, nontender.
Rectal exam not repeated.

IMPRESSION:  S/P sub-total colectomy for Crohn's colitis with subsequent take down of ileostomy and ileorectal anastomosis with recurrent Crohn's disease.

IFCD 00002157

*Charles Hall*

8/12/96 — Called pt in F/U. Told him Dr Sal says he shows recurrent Crohns at anastomosis and in rectum). Wants to start him on Pentasa 4 QID. Also start Questran, 1 scoop qd and cont. c̄ Lomotil TID. Make OV appt. for F/U when Dr Sal is back from vacation. Pt will pick up RX's.

**CHARLES HALL** 8/12/96

Mr. Hall contacted our office with states of increased frequency of bowel movements, to use his terms "from 14 to 15 times daily". He underwent endoscopy which demonstrated macroscopic evidence of recurrent Crohn's disease in the rectum and at the ileorectal anastomosis, manifest by aphthous ulcerations. The intervening mucosa did not appear particularly inflamed. An upper GI/small bowel follow through demonstrated no radiologically visible evidence of recurrent Crohn's. He was started on Lomotil using two tabs p.o. t.i.d. and had a decrease in frequency of stools, from nine to eleven daily. He is still unhappy with the results, and I am not optimistic about the long-term outcome here. Nonetheless, I am going to attempt to treat this initially with Pentasa 250 mg four tabs q.i.d., continue his Lomotil and to utilize a small amount of Questran. He is to see me in an office visit follow up in approximately two weeks time. Other considerations would be for resuming corticosteroids. My feeling is, he is too unreliable to use Imuran.

Michael J. Saletta, M.D.
MJS/mv
cc: Cathel MacLoed, M.D.

IFCD 00002158

<u>Charles Hall</u>

3/6/96 Spoke c̄ pt. Told him the only prep for his illeoscopy tom is clear liquids p̄ supper tonight up till 10pm tom, then NPO. Registration / Procedure reviewed. Per Sal - D. Martin RN

3/13/96 Pt. called 3/11/96? if any further testing needed to be done + what results were. Has OV c̄ Dr McLeod 4/1. Told him BX basically norm + SBFT OK. He will take X-rays to Port when he goes. X-ray called to have them ready. Dr Sal sending cc of X-ray + Path. cc of illeoscopy should have been sent already. / Sal - D. Martin RN

3/26/96 Pt. calls to thank us for our help getting him to Dr. McLeod + facilitating tests. His surgery is 4/5/96. Per Sal - D. Martin RN

4/8/96 - Ruth Mattson calls about pt.? if Dr Sal has been in touch c̄ Dr McLeod. Also asks if he can be transferred from Maine Medical to Thayer. Is not happy c̄ care there. Told her Dr Sal said would be unwise to transfer now. Also this matter should be handled doctor to doctor. She can make concerns known to Dr McLeod. S Barricelli RN ___

5/29/96 - Pt calls. States surgical site still draining. Soaking through 4 gauze pads c̄ greenish/yellow drainage. Told him Dr Sal has no info from surgeon in Portland. Will be in contact c̄ him. If needs immediate attention, should contact him directly. S Barricelli RN ___

8/12/96 - Called pt c̄ results of SBFT. Told him it is normal. Pt states cont. c̄ freq., loose stools. Is taking Lomotil TID. BM's have ↓ from 14-15 X's qd to 9-11 X's q day. Will inform Dr Sal. S Barricelli RN ___

IFCD 00002159

Ex. 94 Page 56 of 152

CHARLES HALL 8/29/95

Report of a phone conversation with Mrs. Hall. Apparently Charles has been depressed as of late. He apparently is frustrated about the presence of an ileostomy and the requirements of an ileostomy pouch. This is in marked contra-distinction to his mood immediately in the peri-operative period when he was desperate to undergo surgery and after surgery when he was very pleased with the results. Mr. Hall has been seen at the Fairfield Family Practice Center where he has been receiving prescriptions for Amitriptyline. Mrs. Hall is concerned that Charles is very depressed. My suggestion to her is that if this is the case, Charles should be brought to the Emergency Room and be evaluated by the psychiatrist on call. I have communicated this to her.

*Michael Saletta, MD*

Michael J. Saletta, M.D.
MJS/mv

2/15/96 – Pt calls. States wants surgery done to get rid of Colostomy. Has had loose, mucousy stools. Has been to the ER sev. times for pain and cramping. Is taking Levsinex PRN. Also has had ulcerations on stoma for over 1 mo. Saw Dr Suski who tx'd c̄ Silver Nitrate. Is not getting used to having Colostomy and wants surgery reversed. Will inform Dr Sal. S Barricelli

2/26/96 spoke c̄ pt again. He and a friend he is staying c̄ called several times last wk, speaking c̄ me x1 and our secretary x 3. Charles is very upset + wants to have ileo-anal surgery done ASAP. Was very upset on 2/19 that Dr Sal was out and we had no info for him yet. Dr Sal spoke c̄ pt end of last wk. Tried to reach him also but wasn't living c̄ ex wife. I left mess? 873-5877# and no response. I called back today + told him Dr Sal spoke c̄ Dr. McLeod in Bost + for him to set up OV to see him. He states he has OV already 2/29/96 c̄? surgery mid March. Pt. hadn't called in several days because he already had OV c̄ Dr McLeod. Pt. is having trouble c̄ skin ulceration around stoma – encouraged pt to be in touch c̄ Pat Slenon @ mmmc for help c̄ this. He states he has lost wb due w stoma/ileostomy. Can't adjust. Discussed

IFCD 00002160

CHARLES HALL 7/12/95

Called Mr. Hall in follow up.  He had been in the ER Monday night,
which was 7/10, with a lot of cramping.  He states today he is
feeling a little bit better as far as the cramping.  A lot of it
has subsided, but yesterday morning, he started in with a constant
watery diarrhea.  He had to empty his ileostomy 14 to 16 times with
approximately 3 cups each time.  So far today in about a 6 hour
period, he has emptied it 6 times, but the amount has decreased.
He feels like he caught a flu bug.  They went somewhere where some
kids were getting over a virus.  He says he is sleeping a lot, and
he is achy, so he just really feels like he has the flu.  He is not
consuming caffeine or dairy products.  He will just watch his
symptoms and call if they do not continue to improve and drink lots
of liquid.

*D. Martin RN*

Deborah Martin, M.D.    */sal*
DM/mv

7/27/95                          CHARLES HALL

WT: *135 1/2*                                        BP: *112/68*

*Zantac 150mg*
*prn*
*Vit A, C, E*

*Monday skipped*
*prednisone*
*Two galbee*
*5-6 λ day*                *onions*

CHARLES HALL 7/27/95

Mr. Hall is seen in follow up.  In general, he has been doing well.
He had been seen in the emergency room on 7/10/95 with abdominal
pain.  However, evaluation at that time including KUB and upright
was unremarkable.  The discomfort from that evening subsided
spontaneously.  He is now doing well.  He discontinued the
Prednisone three days earlier and although somewhat more tired,
really has not had any particular difficulties with discontinuing
the medication.  He is emptying the ileostomy bag on average five
to six times daily.  He notes more gas with certain particular
foods, but he has noted no bleeding.  The ileostomy has shrunk
somewhat, but in general is working quite well.

MEDS:  Zantac 150mg p.o. b.i.d. PRN; vitamin supplements.

IFCD 00002161

RE:  CHARLES HALL
     7/27/95 cont.

PHYSICAL EXAM:  BP 112/68.  WT 135.5 lbs.
Abdomen soft, nontender.  The surgical scar is well healed.  There
is no evidence of abdominal wall hernia.  Stoma site looks quite
well.

IMPRESSION:  Status post sub-total colectomy with ileostomy for
Crohn's colitis.

I have let Mr. Hall know that I think he is doing well and that I
would see him in one year's time in follow up, earlier if he
develops problems.

*Michael Saletta, MD*

Michael J. Saletta, M.D.
MJS/mv
cc:  Mark Bolduc, M.D.

IFCD 00002162

CHARLES HALL 6/6/95

Mr. Hall is seen in follow up. He is now almost three weeks status post total colectomy and Brook ileostomy by Dr. Bolduc. He feels terrific. He is now only emptying the ostomy bag only three or four times per day. Stools are the consistency of toothpaste. He is staying well hydrated. He has no abdominal pain. The ileostomy is functioning quite well. There is only some trivial bleeding when he changes appliances. He has had no fever, and the painful spasms he has had in the abdomen have resolved.

MEDICATIONS: Prednisone 25mg daily; Zantac 150mg used PRN.

PHYSICAL EXAM: WT 132.5 lbs. BP 124/60.
Abdomen is soft, nontender. The midline incision is well healed without evidence of a hernia. The stoma appears normal.

IMPRESSION: Status post total colectomy and ileostomy.

We have established a schedule to taper the Prednisone by which he should be off Prednisone entirely by July 24. I have told him to call me if he has problems with tapering of the medication. He has not required any Imodium or Lomotil. I have cautioned him regarding getting dehydrated during the hot weather months, and again he will contact me if there are any problems. We decided that we would meet once again at the end of July after he has completed the Prednisone. If there are no problems at that point, we can establish a plan for a long-term follow up.

*Michael Saletta, MD*

Michael J. Saletta, M.D.
MJS/mv
cc: Mark Bolduc, M.D.

6/12/95 — Pt calls. States is having chest pain (on intake of breath which radiates up his neck and ears). Also pain around stoma site when it's active. Told him should be seen for chest pain in Express Care or ER. Will let Dr. Sal know and ask about pain at stoma site. Pt states will see stoma nurse at hospital and call us in F/U. S Barricelli RN

IFCD 00002163

5/16/95                           CHARLES HALL

WT:                                                           BP:

5/30/95                    CHARLES HALL

WT:
WT:                                                           BP:

6/6/95                     CHARLES HALL

WT: 132½

os tong
tooth paste    ½ gallon
8-9×
3-4×

BP: 124/60

Pred 25mg qd
zantac 150mg
prn

IFCD 00002164

CHARLES HALL 5/3/95

The previous weekend, Mr. Hall called and talked to Dr. Hay on call. He reported a raised, red pruritic rash over the trunk several days after starting Asacol. Therefore, he stopped the Asacol and restarted Sulfasalazine. He tolerated Sulfasalazine well with the exception of headaches taking 2gm. It had been my intention to switch him to a 5-ASA product in order to circumvent this problem. However, it appears that the pruritic rash on Asacol was something that was legitimate, and he re-iterates this to me today.

At colonoscopy, he appears to have some inflammation in the distal terminal ileum with nodularity. The right hemi-colon, transverse colon and sigmoid are notable for nodularity, loss of the vascular pattern and normal Haustra fold pattern consistent with quiescent Crohn's. There are areas of active ulceration present in the area of the splenic flexure.

We decided to continue the following regimen: Azulfidine 4gm p.o. daily in divided doses; Prednisone 40mg p.o. daily; Lomotil three tabs p.o. daily; Levsin 0.375mg p.o. b.i.d.; Folate 1mg p.o. daily. I have told him that I do believe at some point he is going to need an operation. I am not clear that this is the right time for that as the disease is significantly improved compared with 1993. I am concerned about the long-term usage of steroids. We are going to sit down for a meeting in approximately two weeks to discuss where we are going to go from there.

Michael J. Saletta, M.D.
MJS/mv

5/8/95 – Pt calls. States had worse pain ever this weekend. He and wife spoke and have decided on surgery. Told him Dr. Sal will call this afternoon to discuss. A Baricelli RN

5-9-95 – Pt called Dr Mark Bolduc's office – for May 15 - 3⁰PM (MD) consult per MJS.

5/11/95 Pt calls stating having umbilical area cramping radiating to the RLQ slightly. Hasn't been able to sleep c̄ π̄. Having looser stools – more watery 7-8 qd. ↓ appetite. 99³ Temp. Taking all meds as stated above. Spoke c̄ MJS on call last π̄. Ⓧ offered ER - Pt refused. Called in more Levsin sl. to use prn q 4°. Spoke c̄ pt and told him when disease active there is certain amt of discomfort that takes awhile to diminish as medicines treat it. He will use this till OV c̄ Dr Bolduc. / Sal -D Marten RN

IFCD 00002165

<u>Charles Hall</u>

4/3/95 Pt. calls - was in ER over weekend + they told him to call us and one of our physicians could see him this wk. The ER spoke c̄ Dr. Sal about him over weekend. H/o Crohn's disease c̄ surgery in past c̄ diarrhea. Use to see Dr. Sefvert in Portland but has moved up here. Suggested OV c̄ Dr. Sefvert for exacerbation and then can schedule H.P. appt to transfer care to one of our physicians. Spoke c̄ Dr. Sefvert and he is set up c̄ OV 4/10 @ 3pm. She states they may even be able to see him 4/6/95 because there is a cancellation. They will call him. He set up NPeval here + will discuss transfer of records when he see's Dr. Sefvert. / Sal - D. Martin RN

OV Tues 4/25 @ 2PM MJS

5/1/95 - Pt calls. States started having severe cramps after OS last Thurs. Vomitted on Sat + Sun, continues c̄ cramps, is unable to eat. He has had no diarrhea and moved his bowels about 10X since test. He did go to the ER last night, Blood work was done and an X-ray taken. Told him that Dr Sal would like to sched Tcolon this wk. to see what's going on? severity of illness. Pt should continue taking Lomotil. S Baricelli RN

5/3/95 - Pts wife calls. States he is vomiting Colyte, has HA and chills. Told her pt can take Phospha Soda, 1.5cc in clear juice this afternoon and can repeat at 8PM. S Baricelli RN

IFCD 00002166

Ex. 94 Page 63 of 152    Case 4:21-cv-28001-BCW    Document 70-91    Filed 04/29/24    Page 63 of 152

CHARLES HALL 4/25/95

Charles Hall is a 24-year-old individual who is seen by me for the first time today. He has previously been incarcerated at the Maine Correctional Center in Windham when he began to suffer symptoms of weight loss and constant bloody diarrhea. Apparently, at this time, he was diagnosed to have Crohn's colitis. He was started initially on Azulfidine 4gm daily and Prednisone and reportedly did well until he would attempt to taper to 40mg and then would develop crampy pain. The results are a bit scarce; however, colonoscopy with biopsies performed in 1993 identified linear ulcerations in the sigmoid. It was an incomplete examination as the ileocecal valve and appendix were not identified. Over the course of the year 1994 and to this point in 1995, I do not believe he has ever been fully weaned off of Prednisone.

He has relocated in the Waterville area; therefore, he has sought out another physician. He had presented to the ER with complaints of lower abdominal cramping and watery diarrhea on April 2. At that time, I had suggested getting stools for culture, O&P and C. diff which were negative and started him on Levsin which he indicates helped his discomfort. He reports today, he has been having four to five daily loose bowel movements with traces of blood but no hematochezia. He denies tenesmus. He has had a relatively poor appetite but prefers to eat six small meals per day. He tends to develop discomfort if he uses more than that. He has been prone to have headaches from time to time and episodes of nausea.

MEDICATIONS: Azulfidine 500mg two tabs p.o. q.i.d.; Prednisone 60mg; Levsin 0.375mg b.i.d.

PAST MEDICAL HISTORY: Diagnosed to have Crohn's sigmoiditis 10/93. Report of endoscopy indicates fairly typical changes in the sigmoid colon; otherwise no abnormalities. This was an incomplete colonoscopy. An upper GI has been obtained 9/93, reportedly normal.

ALLERGIES: Codeine causes vomiting.

SOCIAL HISTORY: He is a one to two-pack per day smoker times five years. He drinks two beers in six months.

FAMILY HISTORY is unavailable, he is adopted.

PHYSICAL EXAM: BP 120/84. WT 147.5 lbs.
He is in no acute distress.
Eyes sclera nonicteric.
Mouth there are no oral aphthous ulcers.
Lungs clear.
Heart rate and rhythm is regular.

IFCD 00002167

RE: CHARLES HALL
4/25/95 cont.

Abdomen soft, nontender without palpable hepatosplenomegaly. Inspection of the perianal area reveals no fissures, no fistulae. There is an external skin tab. Extremities show no edema.

IMPRESSION: 24-year-old with diagnosis of Crohn's colitis.

I find his inability to discontinue Prednisone during this time somewhat curious. It sounds as if the disease is somewhat limited. I also find the stories of diffuse watery diarrhea to be unusual given that he has sigmoid disease only. My consideration is could he have ileal involvement in addition or could there be a super imposed component of irritable bowel syndrome here. The fact that he eats six small meals per day makes me wonder about the latter possibility.

Today, we will obtain a CBC/diff and sedimentation rate. I would like to obtain a B-12 and folate levels as B-12 deficiency may cause diarrhea in these patients. I think the first thing I would like to do would be to document the presence or absence of terminal ileal disease by an upper GI/small bowel follow through. In addition, because of the nausea and headaches, I will switch from Azulfidine to Asacol 400mg three tabs p.o. t.i.d. and add Zantac. Since he seems relatively quiescent, I will try to bring the Prednisone to 50mg. I think at some point re-evaluation with colonoscopy would be important especially if he still complains of symptoms.

Michael J. Saletta, M.D.
MJS/mv

IFCD 00002168

4/25/95

WT: 147½

BP: 120/84

AZN 2 Qid
Folate 1 g↓ qd
Prednisone mg
Levsin 0.375 mg
Bid

2-3 weeks ago ↑ Prednisone 60 mg

Constant diarrhea Blood
Lost eighty pounds
Has bed pflarea 10-12 lbs / week
4-5 X daily loose
In blood no hematochezia
Small appetite 6 small meals
Lower back hurts
Sm → bad headache
not persistent

Meds  AZN
      Prednisone 60 mg    8-9 months ago off 2 months
      Levsin

PMHx: Crohns 10-93        colonoscopy
      UGIS BPFC

      hands

Allergies: Codeine → vomiting loose.

SHx: 1-2 PPD
     ≤ 1 PPD

     Drinks 2 beers 6 weeks

FHx: adopted

* Add Zantac
* Asacol 400 mg 3 tid
  Levsin

  ↓ Prednisone 50 mg qd

4/27/95 — Pt calls for result of bld work. Told him not in yet. Also.
states had UGI / SBFT today, has not moved bowels yet, is
crampy. Told him drink lots of fluid and walk a lot. Can
take MOH. Call if still uncomfortable and no BM.
                                    S Barricelli RN

IFCD 00002169

```
XRYZT-5547          MID-MAINE MEDICAL CENTER
08/09/96 13:23               (QAIRLR)                        PAGE 001
==================================
HALL, CHARLES M              25 M
DOB:04/06/71  1TIME
ACT#:00005979851    ADM:08/07/96
DR:SALETTA, MICHAEL J MR#:900215
==================================
DX:? EVIDENCE RECURRENT CROHNS          VERIFIED RADIOLOGY RESULTS
                                         -PERMANENT CHART COPY-
CONSULTING MD: GROUP COVERAGE           REQ#: I-220-020

ORDER: SMALL BOWEL SERIES    1.01
INDICATIONS: --HX OF CROHNS, S/P COLECTOMY W/ILEORECTAL ANASTAMOSIS, ---
? EVIDENCE OF RECURRENT CROHNS

RADIOLOGIST: ECCHER, S. MD
=========================================================
ORDERING PHYSICIAN:  SALETTA, MICHAEL

DATE OF EXAM:  08/07/96

ABDOMEN AND SMALL BOWEL FOLLOW THROUGH WITHOUT UPPER GI SERIES:  74250

PRELIMINARY ABDOMINAL FILM SHOWS FIVE LUMBAR VERTEBRAE.  THERE ARE
SURGICAL STAPLES IN THE PELVIS IN THE MIDLINE.  SOFT TISSUE PLANES AND
GAS PATTERN ARE NORMAL.  THE PATIENT IS GIVEN BARIUM AND FILMING IS
DONE OF THE ABDOMEN AND SMALL INTESTINE PLUS FLUOROSCOPY OF THE LATER
PORTIONS.  THE ENTIRE SMALL BOWEL APPEARS NORMAL.  THERE HAS BEEN A
PREVIOUS COLECTOMY WITH RE-ANASTOMOSIS OF ILEUM TO RECTUM.  THERE
APPEARS TO BE ABOUT 15 CM OF RECTUM.  I CANNOT SEE ANY EVIDENCE FOR
RECURRENT CROHN'S DISEASE.  THERE IS NO STRICTURE OR NARROWING OR
OBSTRUCTION OR THICKENING OF FOLDS.

IMPRESSION:  STATUS POST COLECTOMY WITH RE-ANASTOMOSIS OF TERMINAL
ILEUM TO RECTUM.


ENTERED BY: LDD

                              . . . . LASTPAGE
-*-
```

MS
CC: Cathl MacLeod
Sayd g /Det:
call her & results
? still symptoms of
diarrhea. Let
me know

IFCD 00002170

XRY2T-3718        MID-MAINE MEDICAL CENTER
03/08/96 14:46             (QAIRLR)                                    PAGE 001
===============================
HALL, CHARLES M                24 M
DOB:04/06/71  1TIME
ACT#:00005269048    ADM:03/08/96
DR:SALETTA, MICHAEL J MR#:900215
===============================
DX:SMALL BOWEL SERIES                        VERIFIED RADIOLOGY RESULTS
                                             -PERMANENT CHART COPY-
CONSULTING MD:                               REQ#: I-068-010

ORDER: SMALL BOWEL SERIES    1.01
INDICATIONS: --HX CROHNS, S/P COLECTOMY & ILEOSTOMY R/O SM BOWEL CROHNS

RADIOLOGIST:  WOOD, R. MD
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
ORDERING PHYSICIAN:  SALETTA, MICHAEL

DATE OF EXAM:   03/08/96

SMALL BOWEL SERIES:   74250

PATIENT HAS HAD A PRIOR COLECTOMY.  THERE IS VERY SLIGHT DILATATION OF
ONE LOOP OF MID SMALL BOWEL.  THERE IS NO DISTAL SMALL BOWEL DILATATION
AND THE SPOT FILMS OF THE STOMA AND SMALL BOWEL AS IT GOES THROUGH THE
ANTERIOR ABDOMINAL WALL SHOW THAT THIS MAY BE SLIGHTLY NARROWER THAN
USUAL.  HOWEVER THIS CAN HAVE A VARIABLE APPEARANCE HOWEVER DUE TO
PINCHING ACTION OF THE ABDOMINAL WALL MUSCULATURE AND THIS DOES NOT
APPEAR TO BE PRODUCING ANY SIGNIFICANT OBSTRUCTION SINCE THERE IS NO
DISTENTION OF SMALL BOWEL LOOPS IMMEDIATELY PROXIMAL TO THE STOMA.


IMPRESSION:  VERY SLIGHT NARROWING OF THE DISTAL MOST SMALL BOWEL WHICH
GOES TO THE ANTERIOR ABDOMINAL WALL, BUT THIS CAN HAVE A VARIABLE
APPEARANCE AS NOTED ABOVE.  SMALL BOWEL IMMEDIATELY PROXIMAL TO THIS IS
NOT DISTENDED.

ENTERED BY: TLT

                                             LASTPAGE

-*-

cc: Dr. Macleod
Chart to Saletta

PE... ...T SENT

MAR 0 8 1996

IFCD 00002171

=================================
**HALL, CHARLES M**                24 M
DOB:04/06/71  DISOU
ACT#:00005048350      ADM:01/18/96
DR:COVEY, BARBARA P    MR#:900215
=================================
DX:ABD CRAMPING                          VERIFIED RADIOLOGY RESULTS
                                          -PERMANENT CHART COPY-
ORDER: ABD SERIES-3 VIEWS    5.01        REQ#: I-018-177
INDICATIONS: PAIN

RADIOLOGIST:  WOOD, R. MD
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
ORDERING PHYSICIAN:  GABLE, DIANE M.

DATE OF EXAM: 1/18/96

ABDOMINAL SERIES:  74022

A STOMA APPLIANCE IS NOTED IN THE RIGHT LOWER QUADRANT WITH ANASTOMOTIC
WIRING IN THE PELVIS.  BY HISTORY THE PATIENT HAS HAD A PRIOR COLECTOMY
AND ILEOSTOMY FOR CROHN'S DISEASE.  THERE IS NO EVIDENCE OF SMALL BOWEL
OBSTRUCTION.  AN UPRIGHT FILM SHOWS NO EVIDENCE OF FREE AIR.  THERE ARE
NO INTRA-ABDOMINAL CALCIFICATIONS.  AN UPRIGHT CHEST FILM SHOWS NO
EVIDENCE OF BASILAR PNEUMONIA.

IMPRESSION: STATUS POST COLECTOMY AND ILEOSTOMY.  NO EVIDENCE OF SMALL
BOWEL OBSTRUCTION.

PC:  SALETTA


ENTERED BY: TLT

                                  LASTPAGE            REPORT SENT

-*-                                                   JAN 1 9 1996

IFCD 00002172

================================
**HALL, CHARLES M**                      24 M
DOB:04/06/71  DISIN
ACT#:00003858842      ADM:05/12/95
DR:SALETTA, MICHAEL J MR#:900215
================================
DX:CROHNS COLITIS                              VERIFIED RADIOLOGY RESULTS
                                                 -PERMANENT CHART COPY-
CONSULTING MD:                                 REQ#: I-140-021
CONSULTING MD: BOLDUC,MARK E.
CONSULTING MD: .RESIDENTS-MED
CONSULTING MD: DIAZ,STEVEN
CONSULTING MD: LAMBKE,MICHAEL                       MAY 2 3 1995

**ORDER:** CHEST PA AND LATERAL   159.01
**INDICATIONS:** PNEUMONIA

**RADIOLOGIST:** ECCHER, S. MD
================================
ORDERING PHYSICIAN:  BOLDUC,MARK E.

DATE OF EXAM: 05/20/95

CHEST-PA AND LATERAL:   71020

THERE IS AIR IN BOTH HEMI-DIAPHRAGMS DUE TO RECENT ABDOMINAL SURGERY.
THERE IS MINIMAL DENSITY PARALLELING THE UPPER EDGE OF THE LEFT HEMI-
DIAPHRAGM.   THERE IS PROBABLY SOME MINIMAL ATELECTASIS AND SMALL LEFT
PLEURAL EFFUSION.   NO SIGNIFICANT LUNG INFILTRATES.   THE HEART AND
MEDIASTINUM ARE NORMAL.   SCOLIOSIS IN THE THORACIC SPINE CONVEX LEFT
AND IN LUMBAR SPINE CONVEX RIGHT.

DISCUSSED WITH DR. BOLDUC.

ENTERED BY: TLL

                              LASTPAGE

-*-

REPORT SENT

MAY 2 2 1995

IFCD 00002173

XRY2T-9566-02

```
XRY2T-9566-02      MID-MAINE MEDICAL CENTER
04/27/95 15:24              (QAIRLR)                          PAGE 001
================================
HALL, CHARLES M                 24 M
DOB:04/06/71  1TIME
ACT#:00003786183    ADM:04/27/95
DR:SALETTA, MICHAEL J MR#:900215
================================
DX:*NONE                                   VERIFIED RADIOLOGY RESULTS
                                            -PERMANENT CHART COPY-
CONSULTING MD:                             REQ#: I-117-022

ORDER: GI-SMALL BOWEL SERIES    1.01
INDICATIONS: --HX OF CROHN'S COLITIS

RADIOLOGIST:  HALLENBECK, J. MD
= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =
ORDERING PHYSICIAN:  SALETTA,MICHAEL

DATE OF EXAM: 04/27/95

UPPER GI AND SMALL BOWEL SERIES:  74249

PRELIMINARY FILM OF THE ABDOMEN IS UNREMARKABLE.  THERE IS NO
SWALLOWING ABNORMALITY.  THE STOMACH, DUODENAL BULB AND C-LOOP APPEAR
OF NORMAL PERISTALSIS AND PLIABILITY WITH NO ABNORMALITY OF MUCOSAL
PATTERN.  THERE IS NO EVIDENCE OF ACTIVE ULCER OR CRATER.  ADDITIONAL
BARIUM IS FOLLOWED THROUGHOUT IT'S COURSE IN THE SMALL BOWEL WITH
COMPRESSION PERFORMED OVER THE SMALL BOWEL AND PARTICULARLY THE
TERMINAL ILEUM REGION.  TRANSIT TIME IS WITHIN NORMAL LIMITS.  TERMINAL
ILEUM HAS A SOMEWHAT NODULAR APPEARANCE WITHOUT SIGNIFICANT WALL
THICKENING.  THE PATIENT IS NOT PARTICULARLY TENDER OVER THIS REGION.
THE REMAINDER OF THE SMALL BOWEL IS UNREMARKABLE.  THE APPENDIX IS
VISUALIZED.


IMPRESSION:  SOMEWHAT NODULAR APPEARING TERMINAL ILEUM COULD REPRESENT
LYMPHOID HYPERPLASIA OR BE THE RESULT OF MILD ACTIVE CROHN'S
INFLAMMATION IN THIS AREA.  SIGNIFICANT TENDERNESS COULD NOT BE
ELICITED WITH DIRECT PALPATION OVER THIS AREA.  REMAINDER OF THE LOOPS
OF SMALL BOWEL ARE UNREMARKABLE.

ENTERED BY: TLL

                            LASTPAGE
-*-
```

MAY 0 1 1995

REPORT SENT

APR 2 7 1995

IFCD 00002174

MID-MAINE MEDICAL CENTER, WATERVILLE, MAINE 04901
JOHN W. CHOWNING, MD, LABORATORY DIRECTOR

JAN 2 2 1996

| | | | |
|---|---|---|---|
| | | D/A | AP18-JAN-96 |
| NAME | HALL, CHARLES M | SEX | M |
| AGE | 024 Y | LOC | TER |
| PHY | COVEY, BARBARA P | PHY1 | SALETTA, MICHAEL J |
| ACCT | 00005048350 | MREC | 900215 |
| PHY2 | | STR | 59 WATER ST |
| TEL | 8735877 | ADDR | WATERVILLE, ME 04903 |
| PHY3 | | | |

+++++++++++++++++++++++++++++++++++ LEGEND +++++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW [J=OLD-VALU·

========================= HEMATOLOGY CBC & DIFF =========================

| TEST | NORMAL RANGE | | ID:10326 1948 18-JAN-96 |
|---|---|---|---|
| HEMATOCRIT | 42-52 | % | 44.0* |
| MCV | 80-94 | FL | 83.3* |
| MCH | 27-31 | PG | 30.6* |
| MCHC | 33-37 | GM/DL | 34.6* |
| RDW(%) | 11.5-14.5 | | 12.6* |
| PLATELET COUNT | 150000.-400000. | | 215,000* |
| POLY(%) | 55-75 | | 57.3* |
| LYMPH(%) | 20-40 | | 29.8* |
| MONO(%) | 4-12 | | 8.5* |
| EOS(%) | 1-4 | | 3.9* |
| BASO(%) | 0-1 | | 0.5* |

C

HALL, CHARLES M #00005048350    18-JAN-96 AT 10:02 PM
ORIGINAL COPY -- PAGE 2 -

IFCD 00002175

MID-MAINE MEDICAL CENTER; WATERVILLE, MAINE 04901
JOHN W. CHOWNING, MD,; LABORATORY DIRECTOR

```
                                    D/A      D 11-JUL-95/AP10-JUL-95
      NAME    HALL, CHARLES M       SEX      M
      AGE     024 Y                 LOC      TER
      PHY     CHAPIN, SALLY L       PHY1     SALETTA, MICHAEL J
      ACCT    00004158838           MREC     900215
      PHY2                          STR      POBOX 1683
      TEL     8779602               ADDR     WATERVILLE,ME 04903
      PHY3
```

+++++++++++++++++++++++++++++++++++++++ LEGEND +++++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD-VALUE

============================= MICROBIOLOGY SMEARS =============================

```
                        ID:7521
                NORMAL   0137
TEST            RANGE    11-JUL-95
-----------------------------------------------------------------------------------
GRAM SMEAR               SEE BELOW

  ID : 7521             TEST : GRAM SMEAR
PDAT : 11-JUL-95        PTIM : 0137
      STOOL: NO WBCS; MANY YEAST AND USUAL FECAL FLORA*
```

M

HALL, CHARLES M #00004158838    11-JUL-95 AT 10:01 AM
ORIGINAL COPY - PAGE 1 -

IFCD 00002176

MID-MAINE MEDICAL CENTER; WATERVILLE, MAINE 04901
JOHN W. CHOWNING, MD.; LABORATORY DIRECTOR

|  |  |  |  |
|---|---|---|---|
|  |  | D/A | D 11-JUL-95/AP10-JUL-95 |
| NAME | HALL, CHARLES M | SEX | M |
| AGE | 024 Y | LOC | TER |
| PHY | CHAPIN, SALLY L | PHY1 | SALETTA, MICHAEL J |
| ACCT | 00004158838 | MREC | 900215 |
| PHY2 |  | STR | POBOX 1683 |
| TEL | 8779602 | ADDR | WATERVILLE,ME 04903 |
| PHY3 |  |  |  |

+++++++++++++++++++++++++++++++++++++ LEGEND +++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD-VALUE

============================== MICROBIOLOGY ==============================
ID: 7521

CULTURE SOURCE
...............

<X>@STOOL

COLLECTION DATE: 11-JUL-95
COLLECTION TIME: 01:37

PRELIMINARY REPORT
...................

MIXED GROWTH*

MS

JUL 1 3 1995

HALL, CHARLES M #00004158838    12-JUL-95 AT 12:04 PM
ORIGINAL COPY - PAGE 1 -

IFCD 00002177

MID-MAINE MEDICAL CENTER, WATERVILLE, MAINE 04901
JOHN W. CHOWNING, MD., LABORATORY DIRECTOR

| | | | |
|---|---|---|---|
| | | D/A | D 11-JUL-95/AP10-JUL-95 |
| NAME | HALL, CHARLES M | SEX | M |
| AGE | 024 Y | LOC | TER |
| PHY | CHAPIN, SALLY L | PHY1 | SALETTA, MICHAEL J |
| ACCT | 00004158838 | MREC | 900215 |
| PHY2 | | STR | POBOX 1683 |
| TEL | 8779602 | ADDR | WATERVILLE,ME 04903 |
| PHY3 | | | |

++++++++++++++++++++++++++++++++++++ LEGEND +++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI $=DELTA *=NEW []=OLD-VALU

=============================== MICROBIOLOGY ===============================
ID: 7521

CULTURE SOURCE                                    COLLECTION DATE: 11-JUL-95
"""""""""""""                                     COLLECTION TIME: 01:37
STOOL

PRELIMINARY REPORT
""""""""""""""""""""
MIXED GROWTH

FINAL REPORT
""""""""""""
NO SALMONELLA, SHIGELLA, ECOLI 0157:H7 OR CAMPYLOBACTER ISOLATED*

HALL, CHARLES M #00004158838     13-JUL-95 AT 02:02 PM
ORIGINAL COPY - PAGE 1 -

IFCD 00002178

MID-MAINE MEDICAL CENTER; WATERVILLE, MAINE 04901
JOHN W. CHOWNING, MD.; LABORATORY DIRECTOR

JUL 12 1995

| | | | |
|---|---|---|---|
| NAME | HALL, CHARLES M | D/A | AP10-JUL-95 |
| | | SEX | M |
| AGE | 024 Y | LOC | TER |
| PHY | CHAPIN, SALLY L | PHY1 | SALETTA, MICHAEL J |
| ACCT | 00004158838 | MREC | 900215 |
| PHY2 | | STR | POBOX 1683 |
| TEL | 8779602 | ADDR | WATERVILLE,ME 04903 |
| PHY3 | | | |

++++++++++++++++++++++++++++++++++++ LEGEND ++++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD-VALUE

=========================== HEMATOLOGY CBC & DIFF ===========================

|  | NORMAL | ID:7495 |
|---|---|---|
| TEST | RANGE | 0019 |
| | | 11-JUL-95 |
| HEMATOCRIT | 42.0-52.0 % | 47.3* |
| MCV | 80.0-94.0 FL | 82.7* |
| MCH | 27.0-31.0 PG | 28.6* |
| MCHC | 33.0-37.0 GM/DL | 34.6* |
| RDW(%) | 11.5-14.5 | 13.5* |
| PLATELET COUNT | 150000.-400000. | 231,000* |
| POLY(%) | 55-75 | 73.8* |
| LYMPH(%) | 20-35 | 14.3* L |
| MONO(%) | 2-6 | 8.1* H |
| EOS(%) | 1-3 | 2.9* |
| BASO(%) | 0-1 | 0.9* |

M S

HALL, CHARLES M #00004158838    11-JUL-95 AT 04:01 AM
ORIGINAL COPY - PAGE 2 -

IFCD 00002179

| | | | D/A | AP10-JUL-95 |
|---|---|---|---|---|
| NAME | HALL, CHARLES M | | SEX | M |
| AGE | 024 Y | | LOC | TER |
| PHY | CHAPIN, SALLY L | JUN 12 1995 | PHY1 | SALETTA, MICHAEL J |
| ACCT | 00004158838 | | MREC | 900215 |
| PHY2 | | | STR | POBOX 1683 |
| TEL | 8779602 | | ADDR | WATERVILLE,ME 04903 |
| PHY3 | | | | |

```
++++++++++++++++++++++++++++++++++++++++++ LEGEND ++++++++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD-VALUE
```

================================ CHEMISTRY REPORT ================================

| TEST | NORMAL RANGE | | ID:7497 0037 11-JUL-95 |
|---|---|---|---|
| TOTAL PROTEIN | 6.1-8.0 | GM/DL | 8.2* H |
| ALBUMIN | 3.5-4.8 | GM/DL | 4.7* |
| CALCIUM | 8.7-10.7 | MG/DL | 10.4* |
| PHOSPHOROUS | 2.6-4.9 | MG/DL | 3.7* |
| CHOLESTEROL | 100-200 | MG/DL | 147* |
| GLUCOSE | 70-108 | MG/DL | 93* |
| BUN | 7-22 | MG/DL | 11* |
| CREATININE | 0.5-1.2 | MG/DL | 0.9* |
| URIC ACID | 3.9-7.8 | MG/DL | 6.5* |
| TOTAL BILIRUBIN | 0.3-1.2 | MG/DL | 0.7* |
| ALK.PHOS | 37-107 | IU/L | 96* |
| LDH | 94-172 | IU/L | 125* |
| SGOT | 12-45 | IU/L | 13* |
| MAGNESIUM | 1.6-2.4 | MG/DL | 2.0* |
| CHLORIDE | 96-108 | MEQ/L | 109* H |
| CO2 | 23-33 | MEQ/L | 23* |
| SODIUM | 135-145 | MEQ/L | 138* |
| POTASSIUM | 3.8-5.2 | MEQ/L | 3.7* L |
| AMYLASE | 34-122 | IU/L | 99* |
| LIPASE | 4.0-24.0 | U/DL | 7* |

================================ HEMATOLOGY CBC & DIFF ================================

| TEST | NORMAL RANGE | | ID:7495 0019 11-JUL-95 |
|---|---|---|---|
| WBC | 4.8-10.8 | X10(3) | 10.0* |
| RBC | 4.7-6.1 | X10(6) | 5.72* |
| HEMOGLOBIN | 14.0-18.0 | GM/DL | 16.4* |

HALL, CHARLES M #00004158838    11-JUL-95 AT 04:01 AM (CONT.)
ORIGINAL COPY - PAGE 1 -

IFCD 00002180

| | | |
|---|---|---|
| NAME | HALL, CHARLES M | D/A   DP21-MAY-95/AP12-MAY-95 |
| AGE | 024 Y | SEX  M |
| PHY | SALETTA, MICHAEL J | LOC  T351-2 |
| ACCT | 00003858842 | PHY1 |
| PHY2 | | MREC  900215 |
| TEL | 8777151 | STR  P O BOX 1683 |
| | | ADDR  WATERVILLE,ME 04903 |

++++++++++++++++++++++++++++++++++++++++ LEGEND ++++++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD-VA

========================= CHEMISTRY REPORT =========================

| TEST | NORMAL RANGE | | ID:4431 1732 12-MAY-95 | ID:11366 0600 16-MAY-95 | ID:5187 0600 18-MAY-95 |
|---|---|---|---|---|---|
| TOTAL PROTEIN | 6.1-8.0 | GM/DL | 7.1 | 6.8 | 5.6 L |
| ALBUMIN | 3.5-4.8 | GM/DL | 4.1 | 4.1 | 3.4 L |
| CALCIUM | 8.7-10.7 | MG/DL | 9.5 | 9.5 | 9.1 |
| PHOSPHOROUS | 2.6-4.9 | MG/DL | 5.4 H | 3.0 | 4.2 |
| CHOLESTEROL | 100-200 | MG/DL | 163 | 161 | 123 |
| GLUCOSE | 70-109 | MG/DL | 102 | 101 | 102 |
| BUN | 7-22 | MG/DL | 13 | 9 | 12 |
| CREATININE | 0.5-1.2 | MG/DL | 0.9 | 0.9 | 0.8 |
| URIC ACID | 3.9-7.8 | MG/DL | 5.9 | 3.4 L | 4.0 |
| TOTAL BILIRUBIN | 0.3-1.2 | MG/DL | 0.6 | 0.6 | 0.7 |
| ALK.PHOS | 37-107 | IU/L | 74 | 71 | 56 |
| LDH | 94-172 | IU/L | 122 | 122 | 139 |
| SGOT | 12-45 | IU/L | 14 | 15 | 17 |
| MAGNESIUM | 1.6-2.4 | MG/DL | 2.1 | 2.3 | 2.0 |
| CHLORIDE | 96-108 | MEQ/L | 109 H | 106 | 103 |
| CO2 | 23-33 | MEQ/L | 24 | 28 | 33 |
| SODIUM | 135-145 | MEQ/L | 142 | 141 | 139 |
| POTASSIUM | 3.8-5.2 | MEQ/L | 3.8 | 3.9 | 4.1 |

CONFIDENTIAL INFORMATION
NOT FOR REDISCLOSURE

MAY 2 4 1995

========================= HEMATOLOGY CBC & DIFF =========================

| TEST | NORMAL RANGE | | ID:4431 1732 12-MAY-95 | ID:5187 0600 18-MAY-95 |
|---|---|---|---|---|
| WBC | 4.8-10.8 | X10(3) | 15.1 H | 12.5 H# |
| RBC | 4.7-6.1 | X10(6) | 4.92 | 4.85 |
| HEMOGLOBIN | 14.0-18.0 | GM/DL | 14.3 | 14.1 |
| HEMATOCRIT | 42.0-52.0 | % | 41.4 L | 41.0 L |
| MCV | 80.0-94.0 | FL | 84.1 | 84.5 |
| MCH | 27.0-31.0 | PG | 29.0 | 29.1 |
| MCHC | 33.0-37.0 | GM/DL | 34.4 | 34.4 |
| RDW(%) | 11.5-14.5 | | 13.3 | 13.3 |
| PLATELET COUNT | 150000.-400000. | | 217,000 | |
| POLY(%) | 55-75 | | 96.0 H | |
| STABS(%) | 2-6 | | 1.0 L | |
| LYMPH(%) | 20-35 | | 3.0 L | |

HALL, CHARLES M #00003858842     22-MAY-95 AT 11:13 AM (CONT.)
- PAGE 1 -     DISCHARGE SUMMARY

```
                                  MAY 2 4 1995    D/A      DP21-MAY-95/AP12-MAY-95
        NAME      HALL, CHARLES M                 SEX      M
        AGE       024 Y                           LOC      T351-2
        PHY       SALETTA, MICHAEL J              PHY1
        ACCT      00003858842                     MREC     900215
        PHY2                                      STR      P O BOX 1683
        TEL       8777151                         ADDR     WATERVILLE,ME 04903
```

++++++++++++++++++++++++++++++++++++ LEGEND +++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD-VA

====================== HEMATOLOGY CBC & DIFF ======================

| TEST | NORMAL RANGE | ID:4431 1732 12-MAY-95 | ID:5187 0600 18-MAY-95 |
|------|------|------|------|
| MONO(%) | 2-6 | 0.0 L | |
| EOS(%) | 1-3 | 0.0 L | |
| BASO(%) | 0-1 | 0.0 | |
| META(%) | | 0.0 | |
| MYELOCYTES | 0% | 0.0 | |
| ATYP(%) | 0-7 | 0.0 | |
| NRBC'S | 0% | 0.0 | |
| PLT EST | ADEQUATE | ADEQUATE | |
| DIFF COMMENTS | | NORMAL | |

====================== MISC. HEMATOLOGY REPORT ======================

| TEST | NORMAL RANGE | ID:4923 2130 12-MAY-95 |
|------|------|------|
| ESR | 0-15 MM/HR | 17 H |

====================== MICROBIOLOGY SMEARS ======================

| TEST | NORMAL RANGE | ID:2644 1221 20-MAY-95 |
|------|------|------|
| GRAM SMEAR | | SEE BELOW |

```
 ID : 2644        TEST : GRAM SMEAR
PDAT : 20-MAY-95  PTIM : 1221
```

SPUTUM: MANY WBCS; MANY GRAM NEGATIVE ROD & FREQ YEAST
AND FEW GRAM POSITIVE COCCI IN PAIRS

IFCD 00002182

MID-MAINE MEDICAL CENTER, WATERVILLE, MAINE 04901
JOHN W. CHOWNING, MD., LABORATORY DIRECTOR

```
                                          D/A      DP21-MAY-95/AP12-MAY-95
       NAME      HALL, CHARLES M          SEX      M
       AGE       024 Y                    LOC      T351-2
       PHY       SALETTA, MICHAEL J       PHY1
       ACCT      00003858842              MREC     900215
       PHY2                               STR      P O BOX 1683
       TEL       8777151                  ADDR     WATERVILLE,ME 04903
```

++++++++++++++++++++++++++++++++++++++++ LEGEND ++++++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW [1=OLD-VA

=================== MICROBIOLOGY RAPID SCREEN ------------------

```
                          ID:4936
                 NORMAL   2143
TEST             RANGE    12-MAY-95
------------------------------------------------------------------------------------
C-DIFFICILE TOXIN  NEGATIVE  STOOL:NEGATIVE FOR C.DIFFICILE ANTIGEN
GIARDIA ANTIGEN    NEGATIVE  STOOL/NEGATIVE FOR GIARDIA ANTIGEN
```

HALL, CHARLES M #00003858842        22-MAY-95 AT 11:13 AM (CONT.)
                    - PAGE 3 -       DISCHARGE SUMMARY

IFCD 00002183

|  |  |  |  |
|---|---|---|---|
|  |  | D/A | DP21-MAY-95/AP12-MAY-95 |
| NAME | HALL, CHARLES M | SEX | M |
| AGE | 024 Y | LOC | T351-2 |
| PHY | SALETTA, MICHAEL J | PHY1 |  |
| ACCT | 00003858842 | MREC | 900215 |
| PHY2 |  | STR | P O BOX 1683 |
| TEL | 8777151 | ADDR | WATERVILLE,ME 04903 |

+++++++++++++++++++++++++++++++++++++++++ LEGEND +++++++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD-VA

=========================== MICROBIOLOGY ==========================

ID: 4936

CULTURE SOURCE                    COLLECTION DATE: 12-MAY-95
*************                     COLLECTION TIME: 21:43
STOOL

PRELIMINARY REPORT
*******************
MIXED GROWTH

FINAL REPORT
************
NO SALMONELLA, SHIGELLA, ECOLI 0157:H7 OR CAMPYLOBACTER ISOLATED*





MAY 2 4 1995

IFCD 00002184

MID-MAINE MEDICAL CENTER; WATERVILLE, MAINE 04901
JOHN W. CHOWNING, MD.; LABORATORY DIRECTOR

```
                                    D/A       DP21-MAY-95/AP12-MAY-95
         NAME    HALL, CHARLES M    SEX       M
         AGE     024 Y              LOC       T351-2
         PHY     SALETTA, MICHAEL J PHY1
         ACCT    00003858842        MREC      900215
         PHY2                       STR       P O BOX 1683
         TEL     8777151            ADDR      WATERVILLE,ME 04903
```

++++++++++++++++++++++++++++++++++++ LEGEND ++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD-VA

============================= MICROBIOLOGY =============================
ID: 2644

CULTURE SOURCE                  COLLECTION DATE: 20-MAY-95
.............                   COLLECTION TIME: 12:21
SPUTUM

PRELIMINARY REPORT
.....................

MIXED GROWTH*

FINAL REPORT
.............

FREQ YEAST*


AND USUAL THROAT FLORA*

IFCD 00002185

Ex. 94 Page 81 of 152    Case 4:21-cv-28001-BCW    Document 70-91    Filed 04/29/24    Page 82 of 152

| | | | |
|---|---|---|---|
| | | D/A | AP30-APR-95 |
| NAME | HALL, CHARLES M | SEX | M |
| AGE | 024 Y | LOC | TER |
| PHY | CHAPIN, SALLY L | PHY1 | SALETTA, MICHAEL J |
| ACCT | 00003799707 | MREC | 900215 |
| PHY2 | | STR | P O BOX1683 |
| TEL | 8777151 | ADDR | WATERVILLE,ME 04903 |



+++++++++++++++++++++++++++++++++++++++ LEGEND ++++++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW [J=OLD-VALUE

========================= HEMATOLOGY CBC & DIFF =========================

| TEST | NORMAL RANGE | ID:10596 2139 30-APR-95 |
|---|---|---|
| WBC | 4.8-10.8  X10(3) | 11.8* H |
| RBC | 4.7-6.1  X10(6) | 4.92* |
| HEMOGLOBIN | 14.0-18.0 GM/DL | 14.1* |
| HEMATOCRIT | 42.0-52.0 % | 41.3* L |
| MCV | 80.0-94.0 FL | 84.0* |
| MCH | 27.0-31.0 PG | 29.8* |
| MCHC | 33.0-37.0 GM/DL | 34.2* |
| RDW(%) | 11.5-14.5 | 12.9* |
| PLATELET COUNT | 150000.-400000. | 232,000* |
| POLY(%) | 55-75 | 65.0* |
| LYMPH(%) | 20-35 | 25.3* |
| MONO(%) | 2-6 | 8.4* H |
| EOS(%) | 1-3 | 0.7* L |
| BASO(%) | 0-1 | 0.6* |

MAY 0 2 1995



HALL, CHARLES M #00003799707     01-MAY-95 AT 12:11 AM
ORIGINAL COPY - PAGE 1 -

IFCD 00002186

|  |  |  |  |
|---|---|---|---|
| | | D/A | AP25-APR-95 |
| NAME | HALL, CHARLES M | SEX | M |
| AGE | 024 Y | LOC | T1TIME |
| PHY | SALETTA, MICHAEL J | PHY1 | |
| ACCT | 00003779469 | MREC | 900215 |
| PHY2 | | STR | P O BOX 1683 |
| TEL | 8777151 | ADDR | WATERVILLE,ME 04903 |

++++++++++++++++++++++++++++++++++++++++ LEGEND ++++++++++++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD-VALUE

=================== CHEMISTRY REPORT ===========================

| TEST | NORMAL RANGE | | ID:9021 1700 25-APR-95 |
|---|---|---|---|
| TOTAL PROTEIN | 6.1-8.0 | GM/DL | 6.7* |
| ALBUMIN | 3.5-4.8 | GM/DL | 3.9* |
| CALCIUM | 8.7-10.7 | MG/DL | 9.5* |
| PHOSPHOROUS | 2.6-4.9 | MG/DL | 3.5* |
| CHOLESTEROL | 100-200 | MG/DL | 150* |
| GLUCOSE | 70-108 | MG/DL | 109* H |
| BUN | 7-22 | MG/DL | 10* |
| CREATININE | 0.5-1.2 | MG/DL | 0.9* |
| URIC ACID | 3.9-7.8 | MG/DL | 5.3* |
| TOTAL BILIRUBIN | 0.3-1.2 | MG/DL | 0.4* |
| ALK.PHOS | 37-107 | IU/L | 83* |
| LDH | 94-172 | IU/L | 121* |
| SGOT | 12-45 | IU/L | 14* |
| MAGNESIUM | 1.6-2.4 | MG/DL | 2.0* |
| CHLORIDE | 96-108 | MEQ/L | 107* |
| CO2 | 23-33 | MEQ/L | 30* |
| SODIUM | 135-145 | MEQ/L | 140* |
| POTASSIUM | 3.9-5.3 | MEQ/L | 4.1* |
| B12 | 250-1000 | PG/ML | 387* |
| FOLATE | 3.0-20.0 | NG/ML | 13.1* |

MS

APR 2 7 1995

==================== HEMATOLOGY CBC & DIFF ====================

| TEST | NORMAL RANGE | | ID:9021 1700 25-APR-95 |
|---|---|---|---|
| WBC | 4.8-10.8 | X10(3) | 10.5* |
| RBC | 4.7-6.1 | X10(6) | 5.03* |
| HEMOGLOBIN | 14.0-18.0 | GM/DL | 14.6* |
| HEMATOCRIT | 42.0-52.0 | % | 42.2* |
| MCV | 80.0-94.0 | FL | 83.9* |
| MCH | 27.0-31.0 | PG | 29.0* |
| MCHC | 33.0-37.0 | GM/DL | 34.5* |
| RDW(%) | 11.5-14.5 | | 13.0* |
| PLATELET COUNT | 150000.-400000. | | 218,000* |
| POLY(%) | 55-75 | | 70.8* |

HALL, CHARLES M #00003779469    26-APR-95 AT 01:33 PM (CONT.)
ORIGINAL COPY - PAGE 1 -

IFCD 00002187

Ex. 088 - Page 85 of 133

MID-MAINE MEDICAL CENTER; WATERVILLE, MAINE 04901
JOHN W. CHOWNING, MD.; LABORATORY DIRECTOR

|  |  | D/A | AP25-APR-95 |
| --- | --- | --- | --- |
| NAME | HALL, CHARLES M | SEX | M |
| AGE | 024 Y | LOC | T1TIME |
| PHY | SALETTA, MICHAEL J | PHY1 |  |
| ACCT | 00003779469 | MREC | 900215 |
| PHY2 |  | STR | P O BOX 1683 |
| TEL | 8777151 | ADDR | WATERVILLE,ME 04903 |

+++++++++++++++++++++++++++++++++++++ LEGEND +++++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD-VALUE

---------------------------- HEMATOLOGY CBC & DIFF ===========================

| TEST | NORMAL RANGE | ID:9021 1700 25-APR-95 |
| --- | --- | --- |
| LYMPH(%) | 20-35 | 20.3* |
| MONO(%) | 2-6 | 5.5* |
| EOS(%) | 1-3 | 3.0* |
| BASO(%) | 0-1 | 0.4* |

=================== MISC. HEMATOLOGY REPORT ===================

| TEST | NORMAL RANGE | ID:9021 1700 25-APR-95 |
| --- | --- | --- |
| ESR | 0-15 MM/HR | 32* H |

APR 2 7 1995

MS

IFCD 00002188



On Geffrerti's pictures

MS = Charles Hall Chart

IFCD 00002189



IFCD 00002190



# HISTORY & PHYSICAL EXAMINATION
## mid-maine medical center

Admission Date: 08/05/96    Patient: Hall, Charles

Dictation Date: 08/05/96    Medical Record #: 900215    Rm:

Transcribed: ped - 08/05/96    Physician: Michael Saletta, M.D.

REASON FOR ADMISSION: Abdominal pain.

HISTORY OF PRESENT ILLNESS: This 25 year old patient has a previously documented history of Crohn's colitis. He is status post subtotal colectomy with end ileostomy and several months earlier because of difficulties psychologically adjusting to the presence of an ileostomy, he underwent take down of the ileostomy and formation of a ileal rectal anastomosis. This has been quite satisfactory to him for some time. Approximately one month earlier he had a small amount of hematochezia which he tells me resolved after he cut down on the amount of roughage in his diet. For the past 3-4 days he describes lower abdominal and periumbilical cramping pain. The patient initially 4 days earlier was steady. Over the past 3 days it has waxed and waned. He has noted that increased PO intake seems to result in increased abdominal discomfort. In conjunction with this he's noted 10-12 loose bowel movements daily. Normally he will only move his bowels 2-3 times daily. He has not noted hematochezia nor fever, chills or rigors.

ALLERGIES: CODEINE, ? ASACOL.

PHYSICAL EXAMINATION:
Vital Signs: Temperature 98.0, pulse 100, respiratory rate 20, blood pressure 128/80.
Lungs: Clear.
Heart: Rate and rhythm regular.
Abdomen: Showed a well healed midline healed surgical scar at the site of his ileostomy. The abdomen is soft, non-tender. No hepatosplenomegaly.

I would like to evaluate him both endoscopically and with a small bowel x-ray. I am concerned about recurrent Crohn's particularly at the anastomotic site. However, the location of the pain I would think is somewhat unusual. For the sake of completeness after we've obtained flexible sigmoidoscopy we will evaluate a small bowel follow through radiographically.

Michael Saletta, M.D.

cc:    Michael Saletta, M.D.          (P)
       MMMC                           (P)(O)

THIS REPORT IS STRICTLY CONFIDENTIAL
REDISCLOSURE IS PROHIBITED BY LAW.

COPY FOR Michael Saletta, M.D.

HISTORY & PHYSICAL



# REPORT OF OPERATION

### mid-maine medical center

Dictation Date: 08/05/96          Patient:   Hall, Charles

Transcribed: ped - 08/05/96       Medical Record #:  900215          RM:

Surgeon:   Michael Saletta, M.D.                    Date of Operation:   08/05/96

Operative Procedure: Flexible endoscopy with examination of the rectum, ileorectal anastomosis and distal terminal ileum.

Pre-Operative Diagnosis:

Post-Operative Diagnosis:

Findings: (Including the condition of all organs examined)
Operation: (Including incision, ligatures, sutures, drainage and closure)

INDICATION:  This is a 25 year old patient with a history of Crohn's colitis status post subtotal colectomy with end ileostomy, status post take down of end ileostomy and formation of ileorectal anastomosis.  This is to exclude recurrent Crohn's disease in the setting of hematochezia and abdominal pain.

PROCEDURE:  Following an explanation of the risks and benefits of the procedure the patient's informed consent was obtained.  On inspection of the perianal area this revealed no fissures and no fistulae.  Digital rectal examination was normal.  Using the flexible sigmoidoscope endoscopy was performed proximal to the ileorectal anastomosis for a distance of approximately 5-10 cms.  The appearance of the mucosa of the ileum is normal.  Just at the ileorectal anastomosis I see 3 small aphthous ulcerations.  Biopsies were obtained.  The anastomosis is widely patent.  No evidence of stricturing nor narrowing.  Examination of the rectum is noteworthy for multiple areas of erythema as well as at least 6-8 small aphthous ulcerations which are sharp and punched out with well demarcated margins and a surrounding halo of erythema.  I see no deep linear ulcerations.

IMPRESSION:
1.      Status post ileorectal anastomosis for Crohn's disease.
2.      Endoscopic evidence of recurrent Crohn's at ileorectal anastomosis and within the rectum.  Biopsies pending.



THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.

**COPY FOR Michael Saletta, M.D.**

Report of Operation

IFCD 00002192

900215

ADDENDUM:  I'm also going to obtain a small bowel follow through to evaluate for any radiographic evidence of Crohn's disease in the small intestine.  Pending the outcome of that study we can attempt to treat this medically.

Michael Saletta, M.D.


cc:   Michael Saletta, M.D.                          (P)
      Cathel Macleod, M.D.                           (P)
      MMMC                                           (P)(O)


THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.          **COPY FOR Michael Saletta, M.D.**

                                            Report of Operation

                                            IFCD 00002193

MID-MAINE MEDICAL CENTER
149 North Street   Waterville, ME  04901

## SURGICAL PATHOLOGY REPORT

NAME  HALL, CHARLES
DOB    04/06/71        SEX    M.              ACC#   S96-3512
DATE PERFORMED    08/05/96          MR#    900215
DATE ACCESSIONED  08/06/96          LOCATION    TOP
DATE REPORTED      08/07/96          PHYSICIAN    M Saletta, MD
PATHOLOGIST          J R Benziger, MD      CONSULTANT

*JR Benziger MD*

CLINICAL INFORMATION
Biopsy ileum. Crampy abdominal pain. Hx resection for Crohn's with ileorectal anastomosis.

GROSS DESCRIPTION
The specimen is labeled biopsy of ileum and consists of four 2 mm tan soft tissue fragments.
TS1.

MICROSCOPIC DESCRIPTION
Multilevel sections show pieces of small bowel mucosa with general preservation of architecture.
Edema and patchy mild nonspecific chronic inflammation is present.  One fragment shows a
somewhat more intense infiltrate composed of lymphocytes, plasma cells, eosinophils and
neutrophils.  No granulomata are seen.  There is no significant atypia.

DIAGNOSIS
Biopsies of ileum:
     Mild and focal moderate nonspecific chronic inflammation, please see description.



IFCD 00002194

# REPORT OF OPERATION

## mid-maine medical center

Dictation Date: 03/08/96     Patient: Hall, Charles

Transcribed: lcd - 03/08/96     Medical Record #: 900215     RM:

Surgeon: Michael Saletta, M.D.     Date of Operation: 03/07/96

Operative Procedure: Ileoscopy.

Pre-Operative Diagnosis:

Post-Operative Diagnosis:

MAR 1 2 1996

Findings: (Including the condition of all organs examined)
Operation: (Including incision, ligatures, sutures, drainage and closure)

INDICATIONS: 24-year-old patient with a prior history of Crohn's colitis who is status post total colectomy with Hartmann procedure and Brook ileostomy. The patient is desirous of having a take down of the ileostomy and surgery for a ileorectal anastomosis. This is to exclude active Crohn's disease in the terminal ilium. He has described having to empty his ileostomy bag 10 to 12 times today.

PROCEDURE: Following an explanation of the risks and benefits of the procedure to the patient, informed consent was obtained. Examination of the stoma shows that the stoma is beefy red. There are no ulcerations present. After examination of the ostomy with the examining finger, the GIF 100 endoscope was introduced and advanced for a distance of approximately 30 cm. The terminal ileum appears normal, no ulcerations are present. Biopsies were obtained approximately 20 cm on advancement. In the distal terminal ileum within 2 to 3 cm from the ostomy there is some nodularity present. Biopsies were obtained here as well. Within the distal 1 cm the area appears somewhat friable but again no ulcerations are noted. Biopsies were obtained here as well.

IMPRESSION: Mild nodularity of distal terminal ileum, but otherwise normal ileoscopy, biopsies pending.

_____
Michael Saletta, M.D.

cc:     Michael Saletta, M.D.     (P)
    Cathel MacLeod, M.D. Portland     (P)
    MMMC     (P)(O)

THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.

## COPY FOR Michael Saletta, M.D.

Report of Operation

IFCD 00002195

MID-MAINE MEDICAL CENTER
149 North Street   Waterville, ME  04901



SURGICAL PATHOLOGY REPORT

NAME   HALL, CHARLES
DOB    04/06/71      SEX   M          ACC#   S96-1116
DATE PERFORMED    03/07/96            MR#    900215
DATE ACCESSIONED  03/08/96            LOCATION    TOP
DATE REPORTED     03/11/96            PHYSICIAN   M Saletta, MD
PATHOLOGIST       J R Benziger, MD    CONSULTANT

*R Benziger MD*

CLINICAL INFORMATION
1. Terminal ileum via ileoscopy #20 cm. 2. Terminal ileum via ileoscopy #10 cm. 24 year old male.
Hx Crohn's colitis. S/P colonoscopy. Biopsies of terminal ileum. Endoscopically normal appearing.
? Evidence Crohn's.

GROSS DESCRIPTION
The specimen is submitted in two portions.  The first labeled terminal ileum at 20 cm consists of
three tan fragments measuring 1 mm.  TS.  1.  The second labeled terminal ileum at 10 cm
consists of two tan fragments measuring between 1 and 2 mm.  TS.  2.  JWC

MICROSCOPIC DESCRIPTION
Multilevel sections of both blocks show pieces of small bowel mucosa with preserved villous/crypt
architecture.  Lymphoid tissue is present within the lamina propria as is often seen in the ileum.
The lamina propria shows mild edema and a patchy nonspecific infiltrate of lymphocytes,
eosinophils and plasma cells.  There is no evidence of ulceration, granuloma formation nor atypia.

DIAGNOSIS
1. Biopsy of terminal ileum at 20 cm:
        Mild nonspecific chronic inflammation.
2.  Biopsy of terminal ileum at 10 cm:
        Mild nonspecific chronic inflammation.

MS/
JC: Cathel
MacLeod

IFCD 00002196

# CONSULTATION

## mid-maine medical center

| | |
|---|---|
| Consultant: Michael J. Bushey, M.D. | Consult Date: 05/17/95 |
| Attending Physician: Michael Saletta, M.D. | |

Reason for Consultation:
____ Consultation
____ Consultation and concomitant care
____ Consultation and transfer to your care

*MAY 1 9 1995*

| | | |
|---|---|---|
| Patient: Hall, Charles M. | Medical Record #: 900215 | RM# : T352-2 |

Date of Dictation: 05/17/95

Transcribed: cfs - 05/17/95

PROCEDURE: Placement of epidural catheter for postoperative pain.

After completion of exploratory laparotomy and total colectomy, the patient was placed in the right lateral decubitus position. The lumbar spine was prepped with Betadine and draped in the usual fashion. The epidural space was accessed with a #18 gauge tuohy needle and loss of resistance technique was used to identify it. An Epidural catheter was threaded a distance of 3 cm. There is no blood or cerebrospinal fluid in the needle or the catheter. 10 cc. of .125% Bupivacaine with 100 mics. of Fentanyl was injected through the catheter. Sterile dressing was applied. The patient was transported and extubated to the recovery room in good condition.


Michael J. Bushey, M.D.

pc:    Michael J. Bushey, M.D.
       Michael Saletta, M.D.
       Anesthesia Department (3)



THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.

CONSULTATION

IFCD 00002197

# CONSULTATION

## mid-maine medical center

Consultant: Mark E. Bolduc, M.D.　　　　Consult Date: 05/16/95

Attending Physician: Michael Saletta, M.D.

Reason for Consultation:

_____ Consultation　　　　　　MAY 1 8 1995　　　**PREOP**

_____ Consultation and concomitant care

_____ Consultation and transfer to your care

Patient: HALL, Charles　　　Medical Record #: 900215　　　RM# : 352

Date of Dictation: 05/16/95　　　　　　Transcribed: eb - 05/16/95

The patient is a 24-year old gentleman whom I have been asked to see for Colectomy.

**HISTORY OF PRESENT ILLNESS:**
The patient had Crohn's disease diagnosed in 1993. He stated that he had 2-3 years of weight loss, bloody diarrhea, without diagnosis. He had been treated by Dr. Saletta for this with steroids, Azulfidine, without any resolution of his symptoms. He is still having a significant amount of diarrhea and bloody stools. He is also on Levsin, Folic Acid, Lomotil, without significant relief of his symptoms. Recently a Colonoscopy was done that showed some rectal disease but a significant amount of disease involving the sigmoid and the left colon. The ileocecal valve appeared to be free of any disease. Upper GI and small bowel follow-through did not show any other areas of Crohn's disease. The patient appears to be a medical failure, for surgery.

**PHYSICAL EXAMINATION:**
On physical examination, his abdomen is flat, non-tender. No masses are felt. Soft.

**IMPRESSION:**
This is a patient with failure of medical management for Crohn's colitis.

I think Dr. Saletta's plan of doing a Total Colectomy, leaving the rectum intact since there is not significant disease there is fine, knowing full well we need to keep surveillance on the distal rectum. Lastly, it is possible to do an Ileo-Proctostomy at some point if he wishes to be reversed. He signed consent freely for an Ileostomy today. His sister is an Ostomy Nurse and he is actually quite educated; the Ostomy Nurse has been notified to come and mark his abdominal wall.

_____
Mark E. Bolduc, M.D.

PC:　Mark E. Bolduc, M.D.
　　　Michael Saletta, M.D.

THIS REPORT IS STRICTLY CONFIDENTIAL REDISCLOSURE IS PROHIBITED BY LAW.

CONSULTATION

IFCD 00002198

# CONSULTATION

### mid-maine medical center

 MAY 1 9 1995

| | |
|---|---|
| Consultant: Mark E. Bolduc, M.D. | Consult Date: 05/16/95 |
| Attending Physician: Michael Saletta, M.D. | |

Reason for Consultation:                               **PREOP**
____ Consultation
____ Consultation and concomitant care
____ Consultation and transfer to your care

| | | |
|---|---|---|
| Patient: HALL, Charles | Medical Record #: 900215 | RM# : 352 |

Date of Dictation: 05/16/95                              Transcribed: eb - 05/16/95

The patient is a 24-year old gentleman whom I have been asked to see for Colectomy.

**HISTORY OF PRESENT ILLNESS:**
The patient had Crohn's disease diagnosed in 1993. He stated that he had 2-3 years of weight loss, bloody diarrhea, without diagnosis. He had been treated by Dr. Saletta for this with steroids, Azulfidine, without any resolution of his symptoms. He is still having a significant amount of diarrhea and bloody stools. He is also on Levsin, Folic Acid, Lomotil, without significant relief of his symptoms. Recently a Colonoscopy was done that showed some rectal disease but a significant amount of disease involving the sigmoid and the left colon. The ileocecal valve appeared to be free of any disease. Upper GI and small bowel follow-through did not show any other areas of Crohn's disease. The patient appears to be a medical failure, for surgery.

**PHYSICAL EXAMINATION:**
On physical examination, his abdomen is flat, non-tender. No masses are felt. Soft.

**IMPRESSION:**
This is a patient with failure of medical management for Crohn's colitis.

I think Dr. Saletta's plan of doing a Total Colectomy, leaving the rectum intact since there is not significant disease there is fine, knowing full well we need to keep surveillance on the distal rectum. Lastly, it is possible to do an Ileo-Proctostomy at some point if he wishes to be reversed. He signed consent freely for an Ileostomy today. His sister is an Ostomy Nurse and he is actually quite educated; the Ostomy Nurse has been notified to come and mark his abdominal wall.

                                        Mark E. Bolduc, M.D.

PC:   Mark E. Bolduc, M.D.
       Michael Saletta, M.D.

THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.

CONSULTATION

IFCD 00002199

# REPORT OF OPERATION
## mid-maine medical center



MAY 1 1 1995

Dictation Date: 05/05/95     Patient: HALL, CHARLES

Transcribed: 05/08/95-MMTS/317     Medical Record: 900215

Surgeon: Michael Saletta, M.D.     Date of Operation: 05/04/95

Operative Procedure: Colonoscopy.

Pre-Operative Diagnosis:

Post-Operative Diagnosis:

Findings: (Including the condition of all organs examined)
Operation: (Including incision, ligatures, sutures, drainage and closure)

INDICATIONS: This is a 24 year-old male with a prior history of Crohn's colitis diagnosed on incomplete colonoscopy. The patient has had a flare of symptoms of diarrhea and weight loss while on medical therapy. This is to confirm the diagnosis and to exclude exacerbation.

PROCEDURE: Following an explanation of the risks and benefits of the procedure, the patient's informed consent was obtained. IV sedation was administered as per the nursing notes. Examination of the perianal area revealed no fissures nor fistulae. There is perianal skin tab. The prep was somewhat suboptimal, but colonoscopy was performed into the distal terminal ileum. The appearance of the terminal ileum is one of erythema and nodularity although no ulcerations are noted. Random biopsies were obtained. The endoscopic impression was one of mild Crohn's ileitis. The cecum is notable primarily for the presence of multiple large inflammatory polyps. There is asymmetrical involvement in this segment. Multiple inflammatory polyps without ulcerations but with blunting of the vascular pattern is noted throughout the ascending colon. The transverse colon appears relatively normal with the paucity of inflammatory polyps and a better preserved vascular pattern. However, at the area of the splenic flexure the vascular pattern is lost and at least two large 1 cm. ulcerations are identified. The remainder of the descending colon and sigmoid colon are most notable for inflammatory polyps consistent with cobble stoning as well as edema of the haustral folds and luminal narrowing. Retroflexed view within the rectum does not identify a perianal pathology. The rectum is relatively spared. Biopsies were obtained from the terminal ileum, right colon, sigmoid colon and rectum.

IMPRESSION: Crohn's ileocolitis with ulcerations in the area of the splenic flexure and cobblestoning appearance primarily in the descending colon, sigmoid, and cecum.

MS

_____
Michael Saletta, M.D.

pc: Michael Saletta, M.D.

THIS REPORT IS STRICTLY CONFIDENTIAL
REDISCLOSURE IS PROHIBITED BY LAW.

IFCD 00002200

MID-MAINE MEDICAL CENTER
Waterville, Maine 04901

J. Chowning, M.D.
J. Oprendek, M.D.
J. Benziger, M.D.

## SURGICAL PATHOLOGY REPORT

NAME: HALL, CHARLES
DOB: 04/06/71        SEX: M        ACC#: S95-2099
PROCEDURE: COLONOSCOPY
SITE:   #1 BIOPSY TI - #2 BIOPSY RIGHT COLON -
        #3 BIOPSY SIGMOID - #4 BIOPSY RECTUM
PREOPERATIVE IMPRESSION: HX CROHN'S
POSTOPERATIVE IMPRESSION:
ATTENDING PHYSICIAN: M. SALETTA          MR#: 900215
DATE: 05/05/95              ROOM NUMBER: TOP
PATHOLOGIST: J. W. CHOWNING



GROSS DESCRIPTION: The specimen is submitted in four portions. The first labeled biopsy terminal ileum consists of two tan fragments measuring 2 and 3 mm. TS. 1. The second labeled right biopsy right colon consists of a solitary tan fragment measuring 4 mm. TS. 2. The third labeled biopsy sigmoid consists of a solitary pink fragment measuring 3 mm. TS. 3. The fourth portion labeled biopsy rectum consists of three tan fragments measuring between 1 and 2 mm. TS. 4.

MICROSCOPIC DESCRIPTION: Slides 1 through 4 consist of biopsies of colonic mucosa. In slide 1 the epithelium has primarily a colonic look although there are some villous-like characteristics to the epithelium consistent with small intestinal mucosa. This fragment is consistent with material from the ileocecal valve. The basic architecture is intact with no appreciable increase in the number of inflammatory cells in the lamina propria. In slide 2, the basic architecture is intact and again there is no appreciable increase in the number of inflammatory cells within the lamina propria. In slide 3 the basic architecture is intact with no appreciable increase in the number of inflammatory cells in the lamina propria. There is one intramucosal lymphoid aggregate. In slide 4 the glands show some reactive changes. One area shows partial fibrosis of the stroma with some mild increase in the number of inflammatory cells, which includes occasional neutrophils. Also, a few of these neutrophils involve the glands causing some cryptitis. The glands again show no branching or shortening.

In summary, the changes within these biopsies are not sufficient to warrant a diagnosis of inflammatory bowel disease. Accept for the biopsy of rectum, the other biopsies are essentially normal. Biopsy of rectum does show a focal area of mild chronic inflammation with cryptitis and this partially involves the fragment of tissue. The etiology of this is not apparent.

DIAGNOSIS:    Biopsies of intestine, clinically from:
              1. Terminal ileum:
                   Normal small intestine and colonic mucosa.
              2. Right colon:
                   Normal mucosa.
              3. Sigmoid colon:
                   Normal mucosa.
              4. Rectum:
                   Focal mild chronic colitis.





IFCD 00002201

MID-MAINE MEDICAL CENTER, WATERVILLE, MAINE 04901
JOHN W. CHOWNING, MD., LABORATORY DIRECTOR

| | | D/A | AP18-JAN-96 |
|---|---|---|---|
| NAME | HALL, CHARLES M | SEX | M |
| AGE | 024 Y | LOC | TER |
| PHY | COVEY, BARBARA  JAN 2 2 1996 | PHY1 | SALETTA, MICHAEL J |
| ACCT | 00005048350 | MREC | 900215 |
| PHY2 | | STR | 59 WATER ST |
| TEL | 8735877 | ADDR | WATERVILLE,ME 04903 |
| PHY3 | | | |

++++++++++++++++++++++++++++++++++++++++ LEGEND ++++++++++++++++++++++++++++++++++++++++
X=REQUEST @=PICKED-UP ?=PENDING C=CRITICAL L=LO H=HI #=DELTA *=NEW []=OLD-VALU

================================= CHEMISTRY REPORT =================================

| TEST | NORMAL RANGE | | ID:10326 1948 18-JAN-96 |
|---|---|---|---|
| TOTAL PROTEIN | 6.1-8.0 | GM/DL | 6.8* |
| ALBUMIN | 3.5-4.8 | GM/DL | 3.5* |
| CALCIUM | 8.7-10.7 | MG/DL | 9.6* |
| PHOSPHOROUS | 2.6-4.9 | MG/DL | 4.1* |
| CHOLESTEROL | 100-200 | MG/DL | 122* |
| GLUCOSE | 70-108 | MG/DL | 87* |
| BUN | 7-22 | MG/DL | 9* |
| CREATININE | 0.5-1.2 | MG/DL | 0.8* |
| URIC ACID | 3.9-7.8 | MG/DL | 4.5* |
| TOTAL BILIRUBIN | 0.3-1.2 | MG/DL | 0.4* |
| ALK.PHOS | 37-107 | IU/L | 84* |
| LDH | 94-172 | IU/L | 132* |
| SGOT | 12-45 | IU/L | 19* |
| MAGNESIUM | 1.6-2.4 | MG/DL | 2.2* |
| CHLORIDE | 96-108 | MEQ/L | 103* |
| CO2 | 23-33 | MEQ/L | 32* |
| SODIUM | 135-145 | MEQ/L | 142* |
| POTASSIUM | 3.8-5.2 | MEQ/L | 4.3* |
| AMYLASE | 34-122 | IU/L | 99* |
| LIPASE | 4.0-24.0 | U/DL | 13* |

================================= HEMATOLOGY CBC & DIFF =================================

| TEST | NORMAL RANGE | | ID:10326 1948 18-JAN-96 |
|---|---|---|---|
| WBC | 4.0-10.8 | X10(3) | 9.2* |
| RBC | 4.7-6.1 | X10(6) | 5.07* |
| HEMOGLOBIN | 14.0-18.0 | GM/DL | 15.5* |

HALL, CHARLES M #00005048350     18-JAN-96 AT 10:02 PM (CONT.)
ORIGINAL COPY - PAGE 1 -

IFCD 00002202

Dr. Cathel Macleod
Brookside Professional Park
261 Gorham Road
South Portland, Me.
04106

RE: Charles Hall

Dear Cathel,

Following our conversation regarding Charles Hall, I understand he subsequently contacted your office to schedule an appointment. I believe you should have received office notes and a report of operation from 5/17/95. Dr. Bolduc is out of the country until early March but I know he would be happy to provide any additional details regarding Mr. Hall's colectomy. I have not done any endoscopy on Charles since his surgery but I believe you will find that there is sufficient remaining rectum to make an IRA technically possible. At the time of surgery my notes indicated he had no perianal pathology and that the rectum was relatively spared but I believe it was not completely normal.

At the time, this strategy had been employed with the thought that in the future if medical therapy had been developed which would ensure a relatively low rate of recurrence for Crohns's and if he desired reoperation we would consider referral for an IRA. At this time I dont feel that Asacol or Imuran have been demonstrated to unequivocally decrease the post surgical relapse rate and that, as you had stated, he would be facing a 50-67% risk of relapse. In any case Mr. Hall poorly tolerated Asacol as well as Prednisone and I am not confident he would comply with the periodic blood monitoring required while on Imuran and I would not prescribe this for him. One of my concerns is that no matter what is done for him, he is not going to be satisfied with the result. However I would very much welcome your opinion if and when you see him. Please feel free to evaluate him in any fashion you deem appropriate. Many thanks in advance.

Sincerely yours,
Michael Saletta

MS
for
Charles
Hall /
Chart

IFCD 00002203

| MID-MAINE MEDICAL CENTER Waterville, ME 04901 | ☐ EXPRESS 675 CARE | ☒ 678 O.P.D. | ☐ 679 E.R. | METHOD OF ARRIVAL ☐ AMBULANCE ☐ POLICE / ☐ SELF ☒ RELATIVE | | MEDICAL RECORD NO. 900215 |

| PATIENT NAME | | TELEPHONE | ADMISSION DATE | TIME | SEX | CIVIL STATUS |
|---|---|---|---|---|---|---|
| HALL, CHARLES M | | 207-873-5877 | 03/07/96 | 12:11 | M | M |

| MAILING ADDRESS | | AGE | DATE OF BIRTH | INJURED / WORK? |
|---|---|---|---|---|
| 59 WATER ST WATERVILLE, ME 04903 | | 24 | 04/06/71 | |

| FAMILY OR REFERRING PHYSICIAN | EMPLOYER NAME | NEAREST RELATIVE RELATIONSHIP | NEAREST RELATIVE PHONE |
|---|---|---|---|
| | UNEMPLOYED | FRIEND | 207-873-587? |

E.D.

| NEAREST RELATIVE | NEAREST RELATIVE ADDRESS |
|---|---|
| MATTSON, RUTH A | 59 WATER ST WATERVILLE, ME 04903 |

| LEVEL | INSURANCE INFORMATION: MEDICAID - MAINE | ID9Z387191A MM |
|---|---|---|

PROCEDURE: ZSELF PAY  AD:N ON F.IL

CHIEF COMPLAINT ▶ ILIOSCOPY  CLERK: V Veilleux

BILLING DIAGNOSIS ▶ Ilioscopy  PHYSICIAN Saletta

| CURRENT MEDICATIONS, DOSAGE, AND SCHEDULE | LAST TETANUS | ALLERGIES/REACTIONS Codeine's |
|---|---|---|
| NKA | | |
| | WEIGHT | |
| | LMP | Clg. / PPD |
| | VISION: | OD OS |

T

R  S-pt here by appt for a ilioscopy today c Dr Saletta, pt has p...
h/o chrons + has a iliostomy.
O-pt alert, orient that & cooperative 3.7.96  ...
A-cath...
G-prep pt for the procedure & notify MD.
E

ACCNT#:00005266374

TIME: 97 81 20 197/60  TIME:

| TIME | TESTS / TREATMENTS | SIGNATURE | RESULTS |
|---|---|---|---|

ileoscopy 30 cm

no ulcers
small friable area (Bx'd)
nodularity (Bx'd)

SBFT:  Hx crohns
s/p colectomy
s/p end ileostomy
r/o SB crohns
FTU 3/8 at 0745

WORK DISABILITY:  ☐ OCCUPATIONAL DISEASE REPORT NEEDED

DISPOSITION OF CASE ☒ HOME ☐ HOSPITAL ☐ OTHER  CONDITION ON DISCHARGE ☐ SATISFACTORY ☒ SERIOUS ☐ CRITICAL

☐ COPY OF RECORD TO DR. _____  TIME 1535  PHYSICIAN'S SIGNATURE

MEDICAL RECORD'S COPY

IFCD 00002204

IFCD 00002205

**Mid Maine Gastroenterology, P.A.**

Michael J. Griffin, M. D.
David W. Hay, M. D.
Michael J. Saletta, M.D.
BUILDING E
325 KENNEDY MEMORIAL DRIVE
WATERVILLE, ME 04901

TELEPHONE (207) 872-2424
FAX (207) 872-2099

April 17, 1996

Cathel MacLoed, M.D.
261 Gorham Road
So. Portland, ME   04106

RE:  **Charles M. Hall**

Dear Cathel:

I was out of town last week when apparently Charles Hall made a
visit to the emergency room rather than contact any of the
physicians covering in the Waterville area.  I am enclosing copies
of the Emergency Department notes that I have received from those
two visits.  I have still not yet heard anything from Mr. Hall.  If
I should hear of any new developments, I will surely let you know.

Sincerely yours,

Michael J. Saletta, M.D.

MJS/mv

Enclosures:  ER notes.

IFCD 00002206

RE: **Charles Hall**
      SSN  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
      DOB  04/06/71
Page 2
May 13, 1996

proceeded to make an uneventful recovery from the surgery, I would presume that he would not have any significant impairments which would preclude him from resuming work.  While it is possible that he may develop recurrent inflammatory bowel disease in the future, the possibility that he may develop recurrent disease would not be a reason for him to be unable to work.  As I mentioned, since March of 1996, I have not seen him or cared for him.

I have enclosed copies of my office notes for your review.

Sincerely yours,

Michael J. Saletta, M.D.

MJS/mv

Enc:  Copies of my office notes, my procedure notes and my biopsy
      reports.

**Mid Maine Gastroenterology, P.A.**

Michael J. Griffin, M. D.
David W. Hay, M. D.
Michael J. Saletta, M.D.
BUILDING E
325 KENNEDY MEMORIAL DRIVE
WATERVILLE, ME 04901
——
TELEPHONE (207) 872-2424
FAX (207) 872-2099

May 13, 1996

Maine Department of Human Services
Medical Review Team
Whitten Road
11 State House Station
Augusta, ME  04333-0011

Sent 5/15/96 (VC)

RE:  **Charles Hall**
     SSN 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
     DOB 04/06/71

To Whom It May Concern:

I have seen Charles Hall on an intermittent basis from April of 1995 to March 7, 1996.  He had been previously diagnosed with Crohn's colitis in October of 1993 by Dr. Stephen Gefvert in Portland, Maine.  Prior to April 25, 1995, when I saw him for the first time, he had required Prednisone in large doses and Azulfidine for management of his Crohn's colitis.  Despite the use of high-dose steroids, he experienced persistent diarrhea and persistent abdominal pain to the extent that at that time, it was my impression that his disease imposed upon him significant impairment such that work-related physical activities were not possible.

He subsequently underwent a sub-total colectomy and ileostomy 5/17/95 with Dr. Mark Bolduc with improvement in his symptoms.  However, he was having difficulty with his lifestyle owing to the presence of an ileostomy and desired another surgery to restore continuity of the small intestine and rectum.  I last saw him on 3/7/96 at which time he underwent a physical exam and ileoscopy.  At this point, he had no evidence of active disease in the small intestine, and this was confirmed with a small bowel x-ray.  Dr. MacLoed, thereafter, saw him and found minimal involvement of inflammation in the rectum, and proceeded to perform surgery on Mr. Hall in April of 1996, at which time he underwent take-down of his ileostomy and ileorectal anastomosis.

I have not seen Mr. Hall since that time. My feeling is that there would be a necessary recovery period following his restorative surgery, and I would refer you to Dr. MacLoed as to the precise duration of expected recovery from his surgery.  If Mr. Hall has

IFCD 00002207



IFCD 00002208

POOR ORIGINAL

ID-MAINE MEDICAL CENTER | ☐ EXPRESS 675 CARE | ☐ 678 O.P.D. | ☐ 679 E.R. | METHOD OF ARRIVAL ☐ AMBULANCE ☐ POLICE / ☐ SELF ☐ RELATIVE | MEDICAL RECORD NO. 700213
Waterville, ME 04901

| PATIENT NAME | | TELEPHONE | ADMISSION DATE | TIME | SEX | CIVIL STATUS |
|---|---|---|---|---|---|---|
| HALL, CHARLES M | | 207-877-8544 | 08/05/9 | 13:25 | M | D |

MAILING ADDRESS | AGE | DATE OF BIRTH | INJURED AT WORK?
59 WATER ST WATERVILLE, ME 04901 | 25 | 04/06/7

FAMILY OR REFERRING PHYSICIAN | EMPLOYER NAME UNEMPLOYED | NEAREST RELATIVE RELATIONSHIP FRIEND | NEAREST RELATIVE PHONE 207-877-8544

NEAREST RELATIVE MATTSON, RUTH A | NEAREST RELATIVE ADDRESS PO BOX 1655 WATERVILLE, ME 04901

INSURANCE INFORMATION: MEDICAID - MAINE      ID92387191A MM
ZSELF PAY      AD:N ON FILE:N

EF COMPLAINT ▶ APPT W/DR. SALETTA      CLERK:

PHYSICIAN Saletta

LING GNOSIS ▶

CURRENT MEDICATIONS, DOSAGE, AND SCHEDULE | LAST TETANUS | ALLERGIES/REACTIONS
Ø | WEIGHT | 
| | LMP | Clg. / PPD
| | VISION:  OD  OS

| TIME 1400 | TEMP 98.0 | PULSE 100 | RESP 20 | B.P. 138/80 | TIME: |
|---|---|---|---|---|---|

| TIME | TESTS / TREATMENTS | SIGNATURE | RESULTS |
|---|---|---|---|

WORK DISABILITY:      ☐ OCCUPATIONAL DISEASE REPORT NEEDED

ISPOSITION OF CASE  ☑ HOME  ☐ HOSPITAL  ☐ OTHER   CONDITION ON DISCHARGE  ☐ SATISFACTORY  ☐ SERIOUS  ☐ CRITICAL
COPY OF RECORD TO DR.      TIME 1600   PHYSICIAN'S SIGNATURE      M.D.
PHYSICIAN'S COPY

IFCD 00002209

# MID-MAINE MEDICAL CENTER
## EMERGENCY DEPARTMENT / EXPRESS CARE
### 872-1300          872-1400

POOR ORIGINAL

### DISCHARGE INSTRUCTIONS

The examination and treatment you have received here has been rendered on an emergency basis only, and may not be complete treatment for your illness. It is important that you follow the instructions below and follow-up with the physician recommended. If your condition changes or worsens, you may return to the Emergency Department.

You are being treated for: _____

INSTRUCTIONS: _____

SPRT only 1 h/o Crohns
s/p colectomy ī ileal-rectal
anastomosis) ? evidence
recurrent Crohns

Wed 8:30 Am
NPO p̄ MN

**EDUCATIONAL HANDOUTS**

- [ ] Back/Neck Strain
- [ ] Cold
- [ ] Corneal Abrasion
- [ ] Ear Sheet
- [ ] Fever
- [ ] Head Injury
- [ ] Med Instructions
- [ ] Nose Bleed
- [ ] Sprain/Splint Care
- [ ] STD
- [ ] Steroid Schedule 40-60
- [ ] UTI
- [ ] Vomiting & Diarrhea
- [ ] Wound Sheet
- [ ] TIPP
- [ ] Sore Throat

I UNDERSTAND THE ABOVE INSTRUCTIONS

X _____
*Patient / Responsible Person:*
*(relationship_____ )*

_____
*Nurse Signature*                              *Time*

SPROC-0777
HALL, CHARLES M      MR#:900215  DOB:04/06/71  DATE:08/05/96  TIME:13:26

LEARNING NEEDS:
☐None    ☐If yes, what? _____

BARRIERS TO EDUCATION:
☐None    ☐If yes, what? _____

IFCD 00002210

IF-MAINE MEDICAL CENTER
Waterville, ME 04901

| ☐ EXPRESS 675 CARE | ☐ 678 O.P.D. | ☐ 679 E.R. | METHOD OF ARRIVAL ☐ AMBULANCE ☐ POLICE ☐ SELF ☐ RELATIVE | MEDICAL RECORD NO. 900215 |

| PATIENT NAME | | TELEPHONE 873-5877 | ADMISSION DATE 4-14-96 | TIME | SEX M | CIVIL STATUS |

MAILING ADDRESS ... Winter St, Waterville

| FAMILY OR REFERRING PHYSICIAN | EMPLOYER NAME | | NEAREST RELATIVE RELATIONSHIP | NEAREST RELATIVE PHONE |
AGE | DATE OF BIRTH 4-6-7 | INJURED AT WORK? ☐

NEAREST RELATIVE | NEAREST RELATIVE ADDRESS

INSURANCE INFORMATION:

EF COMPLAINT ▶ Kecheck

.ING GNOSIS ▶ S/P Reanastomosis of Small Bowel

PHYSICIAN

CURRENT MEDICATIONS, DOSAGE, AND SCHEDULE
Vicodin
Antibiotic

Healing Ostomy site

| LAST TETANUS | ALLERGIES/REACTIONS Codeine - Hives |
| WEIGHT | |
| | LMP | Clg. / PPD |
| | VISION: OD OS |

S) Pt. stated ess the same as last nite - see previous ER record
— New — bleeding from stoma
O) Cute joint skin w/d ∅+tl
A) Cat IV Vascular Connection

acct # 543677-9

| TIME | TEMP 98 tu | PULSE 100 | RESP 22 | B.P. 130/70 | 1715 |

| TIME | TESTS / TREATMENTS | SIGNATURE | RESULTS |

5436779

Dictation
Dr. Norman Sam
S.w/ colecion
reanastomosis/McConl Bulla
→ Burning at site
→ new day 4 = sealer
R = Alped - CAy sit
Antib x 3da
Vicodin (20)

POOR ORIGINAL

WORK DISABILITY: | ☐ OCCUPATIONAL DISEASE REPORT NEEDED

SPOSITION OF CASE | ☐ HOME ☐ HOSPITAL ☐ OTHER | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ SERIOUS ☐ CRITICAL
COPY OF RECORD TO DR. | TIME 1735 | PHYSICIAN'S SIGNATURE _____ M.D.
PHYSICIAN'S COPY

IFCD 00002211

# MID-MAINE MEDICAL CENTER
## EMERGENCY DEPARTMENT / EXPRESS CARE
**872-1300**          **872-1400**

POOR ORIGINAL

## DISCHARGE INSTRUCTIONS

The examination and treatment you have received here has been rendered on an emergency basis only, and may not be complete treatment for your illness. It is important that you follow the instructions below and follow-up with the physician recommended. If your condition changes or worsens, you may return to the Emergency Department.

You are being treated for: _____

INSTRUCTIONS: → _Finish Antibiotics_
→ _Follow-up as needed_
— _continue packing._

### EDUCATIONAL HANDOUTS

- [ ] Back/Neck Strain
- [ ] Cold
- [ ] Corneal Abrasion
- [ ] Ear Sheet
- [ ] Fever
- [ ] Head Injury
- [ ] Med Instructions
- [ ] Nose Bleed
- [ ] Sprain/Splint Care
- [ ] STD
- [ ] Steroid Schedule 40-60
- [ ] UTI
- [ ] Vomiting & Diarrhea
- [ ] Wound Sheet
- [ ] TIPP
- [ ] Sore Throat

**I UNDERSTAND THE ABOVE INSTRUCTIONS**

X _Charles M Hall_
Patient / Responsible Person:
(relationship _____ )
_R. by Bardewijn PAc (1735)_
Nurse Signature                          Time

---

**LEARNING NEEDS:**
☐None    ☐If yes, what? _____

**BARRIERS TO EDUCATION:**
☐None    ☐If yes, what? _____

IFCD 00002212

**MID-MAINE MEDICAL CENTER**
Waterville, ME 04901

- [ ] EXPRESS 675 CARE
- [ ] 678 O.P.D.
- [ ] 679 E.R.

METHOD OF ARRIVAL
- [ ] AMBULANCE
- [ ] POLICE
- [ ] SELF
- [x] RELATIVE

MEDICAL RECORD NO. 900215

| PATIENT NAME | TELEPHONE | ADMISSION DATE | TIME | SEX | CIVIL STATUS |
|---|---|---|---|---|---|
| HALL, CHARLES M | 207-873-5877 | 04/13/96 | 20:57 | M | S |

MAILING ADDRESS: 59 WATER ST WATERVILLE, ME 04903

| | AGE | DATE OF BIRTH | INJURED AT WORK? |
|---|---|---|---|
| | 25 | 04/06/71 | [ ] |

FAMILY OR REFERRING PHYSICIAN: SALETTA, MICHAEL J
EMPLOYER NAME: UNEMPLOYED

NEAREST RELATIVE RELATIONSHIP: FRIEND
NEAREST RELATIVE PHONE: 207-873-5877

NEAREST RELATIVE: MATTSON, RUTH A
NEAREST RELATIVE ADDRESS: PO BOX 1655 WATERVILLE, ME 04901

INSURANCE INFORMATION: MEDICAID - MAINE    ID 92387191A MM

PROCEDURE: ZERO PAY    ADM:N ON FILE:N

CHIEF COMPLAINT ▶ ? INFECTION    CLERK: LBAIRDON

NURSING DIAGNOSIS ▶ wound check    PHYSICIAN: DR. Klein

CURRENT MEDICATIONS, DOSAGE, AND SCHEDULE
Vicodin + PO @ 1130.

LAST TETANUS: ?

ALLERGIES/REACTIONS: Codeine - hives

WEIGHT:

LMP:    Cig./PPD    ? ppd.

VISION:    OD    OS

S. PMH Crohns - Sm. intestine colon reconnected to rectum April 5. Stoma on abd left open to heal by granulation. Pt. c/o deep burning sensation - "I'm afraid I have an infection." Sm. amt drge. Anastomoses functioning properly.

O. A+O, pink, appears red.

A. cat III    Charlotte Davis RN

| TIME | TEMP | PULSE | RESP | B.P. | | | | |
|---|---|---|---|---|---|---|---|---|
| 125 | 98.6 | 112 | 38 | 136/82 | | | ACCNT#00005935433 | |

| TIME | TESTS / TREATMENTS | SIGNATURE | RESULTS |
|---|---|---|---|
| 2205 | | | |

POOR ORIGINAL

1645 A female called stating she was his girl-friend - was concerned about blood @ stoma. I informed her if she were very concerned that they were more than welcome to come into the ER but it was difficult to ascertain problems over the phone. No line _____
SHFT CXR CP TEA EX INFEC LAB ABD MR HST JEP STD LCA VO NONE

WORK DISABILITY:    [ ] OCCUPATIONAL DISEASE REPORT NEEDED

DISPOSITION OF CASE [x] HOME  [ ] HOSPITAL  [ ] OTHER
CONDITION ON DISCHARGE [x] SATISFACTORY  [ ] SERIOUS  [ ] CRITICAL

COPY OF RECORD TO DR. _____    TIME 2230    PHYSICIAN'S SIGNATURE _____ M.D.

IFCD 00002213

# MID-MAINE MEDICAL CENTER
## EMERGENCY DEPARTMENT / EXPRESS CARE
### 872-1300    872-1400

POOR ORIGINAL

### DISCHARGE INSTRUCTIONS

The examination and treatment you have received here has been rendered on an emergency basis only, and may not be complete treatment for your illness. It is important that you follow the instructions below and follow-up with the physician recommended. If your condition changes or worsens, you may return to the Emergency Department.

You are being treated for: _____

INSTRUCTIONS: (1) Continue regular dressing changes (2) Return or see Dr Soletsky if symptoms persist

**EDUCATIONAL HANDOUTS**

- [ ] Back/Neck Strain
- [ ] Cold
- [ ] Corneal Abrasion
- [ ] Ear Sheet
- [ ] Fever
- [ ] Head Injury
- [ ] Med Instructions
- [ ] Nose Bleed
- [ ] Sprain/Splint Care
- [ ] STD
- [ ] Steroid Schedule 40-60
- [ ] UTI
- [ ] Vomiting & Diarrhea
- [ ] Wound Sheet
- [ ] TIPP
- [ ] Sore Throat

I UNDERSTAND THE ABOVE INSTRUCTIONS

X _____
Patient / Responsible Person:
_____ (relationship _____)

Nurse Signature _____    2230
                                              Time

---

EMER -4609
HALL, CHARLES M    MR#:900215    DOB:04/06/71    DATE:04/13/96    TIME:20:59

---

LEARNING NEEDS:
☐ None    ☐ If yes, what? _____

BARRIERS TO EDUCATION:
☐ None    ☐ If yes, what? _____

IFCD 00002214

## EMERGENCY DEPARTMENT
## Mid- Maine Medical Center

PATIENT'S NAME:  Hall, Charles
DATE OF BIRTH:  04/06/71
MR#:  900215
DATE OF VISIT:  04/30/95
TIME OF VISIT: 2102
TIME SEEN: 2125
PRACTITIONER:  Patricia D. Gathman, PA-C

CHIEF COMPLAINT: Crohn's disease.

FINAL DIAGNOSIS: Crohn's disease and exacerbation.

S:  The patient reports he has moved to Maine within the last month or so. Since then he has been having a lot of trouble with his Crohn's disease. He follows with Dr. Saletta now. He is currently on numerous medications but presents today because he has had increasing discomfort. He reports he had two episodes of vomiting yesterday, none today but he hasn't been able to eat today. He does report he is keeping fluids down. He is urinating okay. He is basically concerned because he has had increasing pain. He was told by Dr. Hay to come to the emergency room if he worsens. He is currently on 50 mg.s of Prednisone, Sulfasalazine 500 mg.s two tabs QID, Diphen-Atropine two tabs Q 6 hours, Levsin two tabs QID, folic acid 1 mg. Q day and Zantac 150 mg.s BID. The patient is concerned that he is obstructed. He just had an upper GI, lower GI and small bowel follow through Thursday. He is still passing Barium and has had two bowel movements today. He reports he did have blood in his stool.

O:  24-year-old in no acute distress. He acts as if he is uncomfortable but he is not writhing. He appears comfortable when he is sitting. TMs clear. Throat not injected. Mucous membranes are moist. NECK: No lymphadenopathy. LUNGS: Clear. HEART:  regular rate and rhythm, normal $S_1$, $S_2$ without murmur. ABDOMEN:  Tender with palpation, especially in the midepigastric and in the left and right upper quadrants. He had no lower abdominal pain, no guarding, no rebound, no flank pain. CBC and diff revealed a white count of 11,800 with a fairly normal differential. Abdominal series negative for obstruction. He did have some Barium still left in his right inferior colon. The patient was given 50 mg.s of Demerol and 25 of Phenergan IM.

A:  Crohn's disease exacerbation.

THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.

EMERGENCY DEPARTMENT

IFCD 00002215

P:    I have given him a very small amount of Darvocet for discomfort.  I told him it was not a good idea to start treating the pain with narcotics, if at all possible to avoid it as he does have a chronic illness.  Advised that he follow-up with Dr. Saletta's office in the morning for recheck.  If at any point severe high fever, persistent increasing abdominal pain, signs of dehydration to return.

The patient discharged 2248.

_____
Patricia D. Gathman, PA-C

PC:  Dr. Saletta
D:  04/30/95
T:  05/01/95 -cm

THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.

EMERGENCY DEPARTMENT

IFCD 00002216

**MID-MAINE MEDICAL CENTER**
Waterville, ME 04901

☐ EXPRESS 675 CARE  ☐ 678 O.P.D.  ☑ 679 E.R.

METHOD OF ARRIVAL
☐ AMBULANCE  ☐ SELF
☐ POLICE  ☐ RELATIVE

MEDICAL RECORD NO. 900315

| PATIENT NAME | | TELEPHONE | ADMISSION DATE | TIME | SEX | CIVIL STATUS |
|---|---|---|---|---|---|---|
| HALL, CHARLES M | | 207-877-7151 | 04/02/95 | 21:59 | M | |

MAILING ADDRESS
PO BOX 1483 WATERVILLE, ME 04903

AGE: 23  DATE OF BIRTH: 04/04/71  INJURED AT WORK? ☐

FAMILY OR REFERRING PHYSICIAN: Get verts Gifford, Portland

EMPLOYER NAME

NEAREST RELATIVE RELATIONSHIP

NEAREST RELATIVE PHONE

NEAREST RELATIVE

NEAREST RELATIVE ADDRESS

**POOR ORIGINAL**

INSURANCE INFORMATION:

PROCEDURE (3)

CHIEF COMPLAINT ► CROHN'S DISEASE / CRAMPING / DIARRHEA

CLERK: ROLLINS, STACY

WORKING DIAGNOSIS ► Chronic Disorder

PHYSICIAN

| CURRENT MEDICATIONS, DOSAGE, AND SCHEDULE | LAST TETANUS | ALLERGIES/REACTIONS |
|---|---|---|
| | | |

WEIGHT

LMP

VISION: OD  OS

Clg. / PPD

[illegible handwritten clinical notes]

TIME 2207  TEMP 98.6  PULSE 84  RESP 18  B.P.  TIME:  ACCNT#:

| TIME 2240 | TESTS / TREATMENTS | SIGNATURE | RESULTS |
|---|---|---|---|
| 2237 | [illegible] | | |

[illegible handwritten notes]

Levsin .125 i po [illegible] — 234T

[illegible] noc pharmacy KR

[illegible]

[illegible] 0039 Donnatal 15cc po [illegible]

Rx Levsin .125 i qid #20 RFx? H 3 days [illegible] noc pharmacy KR
0237 send stool container home i pt.

ATC  CP  FUR  PT  INFEC  INC  LAB  MR  NST  SPF  PTB  LEA  NO  NONE

WORK DISABILITY: 0039

☐ OCCUPATIONAL DISEASE REPORT NEEDED

DISPOSITION OF CASE: ☑ HOME  ☐ HOSPITAL  ☐ OTHER

CONDITION ON DISCHARGE: 2. ☐ SATISFACTORY  ☐ SERIOUS  ☐ CRITICAL

COPY OF RECORD TO DR. _____

PHYSICIAN'S SIGNATURE _____ M.D.

IFCD 00002217

# MID-MAINE MEDICAL CENTER
## EMERGENCY DEPARTMENT / EXPRESS CARE
872-1300          872-1400

### DISCHARGE INSTRUCTIONS

The examination and treatment you have received here has been rendered on an emergency basis only, and may not be complete treatment for your illness. It is important that you follow the instructions below and follow-up with the physician recommended. If your condition changes or worsens, you may return to the Emergency Department.

INSTRUCTIONS: 1) No milk products 2) Levsin 1 4x/day (every 6 hrs) for abdominal cramping
3) Bring stool to lab — call 48 hrs for results  call after 1pm
4) Try to get records transferred.
5) Call Dr in Portland to see if you can make timely appt — if you cannot call Dr Salettas office for appt this week
6) Return to ER if severe pain, fever, vomiting, problems

FOLLOW UP WITH: _____

WHEN: _____

I UNDERSTAND THE ABOVE INSTRUCTIONS

POOR ORIGINAL

X _Charles Michael Hall_
*Patient / Parent Signature*

_Karen Rodriguez_          _0039_
*Nurse Signature*                *Time*

EMER -0531
HALL, CHARLES M     MR#:000215  DOB:04/04/71  DATE:04/03/95  TIME:21:59

IFCD 00002218

## EMERGENCY DEPARTMENT
### Mid- Maine Medical Center

PATIENT'S NAME:  HALL, Charles
DATE OF BIRTH:  04/06/71
MR#:  900215
DATE OF VISIT:  04/02/95
TIME OF VISIT: 2159
TIME SEEN: 2240
PRACTITIONER:  Patricia D. Gathman, PA-C

CHIEF COMPLAINT: Crohn's disease, cramping and diarrhea.

FINAL DIAGNOSIS: Crohn's disease, ? flare.

S:   HISTORY OF PRESENT ILLNESS:  Patient reports he has recently moved here
     from the Portland area.  He apparently was seeing a doctor named Gefverts down in
     Portland for his Crohn's disease.  He was diagnosed in 1993 when he went from
     weighing 210 pounds to 160 pounds in six months.  He reports he has been on
     medications on and off for the last 2-3 years.  He was currently placed on his current
     meds about two months ago at his last visit.  He reports he was doing well until
     about a week ago when he developed diarrhea and abdominal cramping.  He
     describes the stools to be seven to eight times a day and watery and brown in color.
     Denies any blood in his stools.  No vomiting.  He is taking fluids and has been eating
     pretty much whatever he feels like.  He reports that today he had a bowl of soup and
     tuna fish sandwich.  He also drank a glass of milk.  He has been urinating normally.
     He apparently did report he had a small section of his ileum removed in 1994.  He
     denies fever associated with this illness.  He presents to the emergency room
     requesting referral to gastroenterology in this area.  He is currently on Sulfasalazole
     500 mgs. two tabs q.i.d., Prednisone two tabs b.i.d. and Folic acid one mg. daily.

O:   Twenty-three-year-old in no acute distress.  He really appears comfortable lying on
     the bed.  EARS: TM's clear.  THROAT: Non injected.  Mucous membranes are
     very moist.  He has good color to his skin.  LUNGS: Clear.  HEART:  regular rate
     and rhythm, normal $S_1$, $S_2$ without murmur.  ABDOMEN:  Soft.  He has no real
     guarding or rebound.  He complains of peri-umbilical discomfort that comes and goes
     but he says he is comfortable now.  He reports his cramping seems to get better after
     he passes stool.  RECTAL:  Reveals no obvious hemorrhoids.  He had a normal
     prostate.  He had a little bit of brown stool that was just trace positive for blood.

THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.

EMERGENCY DEPARTMENT

IFCD 00002219

Sed rate, CBC, chem 18, stool C&S, Giardia screen and C-difficile were ordered at Dr. Saletta's request.

A:    Crohn's disease.

P:    Dr. Saletta was consulted. He advised of the above blood work and stool cultures. Patient appeared comfortable. There were no signs of acute obstruction. As long as blood work was stable, patient will contact Dr. Saletta's office for follow up appointment this week. Dr. Saletta did advise patient to call his own doctor in Portland and if he could be seen down there in the next couple of days, to follow up with them, but if he could not or could not find a ride, he would see him here in the next week. He was advised to take Levsin .125 mgs. q.i.d. for cramping. He could not give us a stool sample here while in the emergency room and thus he was sent home with stool container to bring back and call for results in 48 hours. If at any point he develops severe abdominal pain, vomiting, high fever, he will return to the emergency room. Patient care was turned over to Dr. Snuggs at 2347 in stable condition as she was going to review his labs. As long as they were within normal limits, he would be discharged per the above instructions.

_____
Patricia D. Gathman, PA-C

D:  04/02/95
T:  04/04/95 -rlp
pc:  Dr. Saletta

THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.

EMERGENCY DEPARTMENT

IFCD 00002220

# PROCEDURE WORKSHEET
Michael J. Griffin, M.D.
David W. Hay, M.D.
Michael J. Saletta, M.D
325-E Kennedy Memorial Drive
Waterville ME 04901
872-2424

Patient Name: _Charles Hall_      Patient Phone: _877-7151_

Procedure: _T-colon_      Referring Physician: _Dr. Hefvert_

Referred to: Either____; Griffin____; Hay____; Saletta _✓_;

Reason for Procedure/Pertinent History: _abd pain / vomiting ;_
_H/o Crohn's ℅ surgery? ; Ho diarrhea and_
_blood in stools . ☺_

Other active/pertinent medical problems: _lower back pain ;_
_Smokes 1-2 PPD_

Meds: _? AZN 2 QID ; Zantac_      Allergies: _Codeine_
_Folate, 1 qd ; Asacol 400mg 3 TID_
_Pred 50mg_
_Levsin 0.375mg BID_

Antibiotic prophlyaxis needed? Yes____ No _✓_
(indications might include prosthetic valves, rheumatic or other valvular disease, mitral valve prolapse only if with a murmur, prior endocarditis, recent orthopedic prostheses or recent arterial grafts; now only for select procedures such as banding of varices and esophageal dilatation- see JAMA *264*, 2919 (1990) )

Is Patient on ASA or NSAIDS? Yes____ No _✓_
If YES hold for seven days prior if clinically reasonable.

Is patient on Insulin? Yes____ No _✓_
If YES please arrange dose change for day of prep and day of procedure.

Is the patient on coumadin? Yes____ No _✓_
If YES please call to discuss.

Is there a history suggesting a bleeding disorder? Yes____ No _✓_
If YES obtain a PT/PTT and platelet count and any other screens you see fit.

----------------------------------------------------------------

DATE OF PROCEDURE: _5/4/95_
PRE-PROCEDURE PHYSICAL: Heart_____ Chest:_____
     Mental Status_____ Abdomen_____ Other_____

COMPLICATIONS (If any) _____

SIGNED:_____, M.D.

IFCD 00002221

MID-MAINE MEDICAL CENTER
Waterville, ME 04901

☐ EXPRESS 675 CARE    ☐ 678 O.P.D.    ☐ 679 E.R.

**METHOD OF ARRIVAL**
☐ AMBULANCE
☐ POLICE
☐ SELF
☑ RELATIVE

MEDICAL RECORD NO. 900215

| PATIENT NAME | TELEPHONE | ADMISSION DATE | TIME | SEX | CIVIL STATUS |
|---|---|---|---|---|---|
| HALL, CHARLES M | 207 873-5871 | 01/18/96 | 19:27 | M | M |

MAILING ADDRESS: 59 WATER ST WATERVILLE, ME 04903

AGE 24    DATE OF BIRTH 04/06/71    INJURED AT WORK? ☐

| FAMILY OR REFERRING PHYSICIAN | EMPLOYER NAME | NEAREST RELATIVE RELATIONSHIP | NEAREST RELATIVE PHONE |
|---|---|---|---|
| SALETTA, MICHAEL J | UNEMPLOYED | FRIEND | 207-873-5827 |

NEAREST RELATIVE: MATTSON, RUTH A    NEAREST RELATIVE ADDRESS: 59 WATER ST WATERVILLE, ME 04903

INSURANCE INFORMATION: MEDICAID - MAINE    ID923871916 MM

PROCEDURE: ZSELF PAY    ADMN ON CHAIN

CHIEF COMPLAINT ▶ ABD CRAMPING    CLERK: LNOILES

WORKING DIAGNOSIS ▶ abdominal pain, no evidence of acute abdomen

PHYSICIAN

| CURRENT MEDICATIONS, DOSAGE, AND SCHEDULE | LAST TETANUS | ALLERGIES/REACTIONS |
|---|---|---|
| | | Codeine |

WEIGHT

LMP    Cig. / PPD

VISION:    OD    OS

S - PMH Crohns disease. Past 4-5 days has had some abd cramping & blood in stool (dark tarry) also has "what he?" describing as ulcers pain about some. He frequent nausea only. Change in compliance this AM. unable to keep food or fluids down. Thinks his Crohns is acting up. Denies fever or chills. Denies all symptoms.

O - Alert, this & skin pale w/d. Appears AAD & cool. Smiles.

| TEMP 98.4 | PULSE 80 | RESP 20 | B.P. 120/80 | TIME: 19:10 | AC #18 - G 000504 6300 |
|---|---|---|---|---|---|

| TIME | TESTS / TREATMENTS | SIGNATURE | RESULTS |
|---|---|---|---|
| | Orthostatic BP & P | | |
| 1925 | 131/76 P-97 lying | Barbara Mawthef | |
| | 143/89 P-100 sitting | | |
| | 159/91 P-96 standing | | |
| 1945 | Phenergan 25 mg IM ® upper thigh | Barb. Mawthe | |
| | CBC dif, chem 18, amylase lipase { acute abd series | Carol Myers RN | |
| | Severin 0.125 mg - disp 6 - 1-TT po q 4-6 hrs prn abdominal cramp - disp by Hary pharmacy z med inst c d handout | J. C. McMahon | |

POOR ORIGINAL

SHIFT C/S OF TPR FL INFEC LAB ABD MR MST MED STD LEA VC (NONE)

WORK DISABILITY:    ☐ OCCUPATIONAL DISEASE REPORT NEEDED

DISPOSITION OF CASE: ☑ HOME   ☐ HOSPITAL   ☐ OTHER    CONDITION ON DISCHARGE: ☑ SATISFACTORY ☐ SERIOUS ☐ CRITICAL

COPY OF RECORD TO DR. _____    TIME: 2015    PHYSICIAN'S SIGNATURE _____ M.D.

IFCD 00002222

# MID-MAINE MEDICAL CENTER
### EMERGENCY DEPARTMENT / EXPRESS CARE
**872-1300**       **872-1400**

POOR ORIGINAL

### DISCHARGE INSTRUCTIONS

The examination and treatment you have received here has been rendered on an emergency basis only, and may not be complete treatment for your illness. It is important that you follow the instructions below and follow-up with the physician recommended. If your condition changes or worsens, you may return to the Emergency Department.

You are being treated for: _____

INSTRUCTIONS: 1) sips of clear liquids - 7up, ginger ale, gatorade, any broth

2) Call dr. Laletta tomorrow morning at 8 AM for an appointment.

I UNDERSTAND THE ABOVE INSTRUCTIONS

X _Charles Hall_
*Patient / Parent Signature*

_Jane McManus RN_      2/15
*Nurse Signature*        *Time*

**EDUCATIONAL HANDOUTS**

- ☐ Back/Neck Strain
- ☐ Cold
- ☐ Corneal Abrasion
- ☐ Ear Sheet
- ☐ Fever
- ☐ Head Injury
- ☑ Med Instructions Lortab
- ☐ Nose Bleed
- ☐ Sprain/Splint Care
- ☐ STD
- ☐ Steroid Schedule 40-60
- ☐ UTI
- ☐ Vomiting & Diarrhea
- ☐ Wound Sheet
- ☐ TIPP

EMER -9374

HALL, CHARLES B

IFCD 00002223

**Mid Maine Gastroenterology, P.A.**

Michael J. Griffin, M. D.
David W. Hay, M. D.
Michael J. Saletta, M.D.
BUILDING E
325 KENNEDY MEMORIAL DRIVE
WATERVILLE, ME 04901
—
TELEPHONE (207) 872-2424
FAX (207) 872-2099

June 26, 1995

RE:   **Charles M. Hall**
      **SSN 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**
      **DOB 4/6/71**

To Whom It May Concern:

Charles Hall suffered from Crohn's colitis for a period of time prior to October of 1993 when he was first diagnosed by Dr. W. Stephen Gefvert in Portland, Maine. I cared for Mr. Hall since April 25, 1995 for his Crohn's disease. Prior to April 25, 1995, when I saw him for the first time, he had required Prednisone in high doses and Azulfidine for management of his Crohn's colitis. Despite the use of high dose steroids, he experienced persistent diarrhea and persistent abdominal pain to the extent that it was my impression that during this time, his disease imposed upon him significant impairment such that work related physical activities were not possible for any significant length of time. From April 25 to May of 1995, his symptoms persisted to the extent that he ultimately required surgery for removal of the colon and ileostomy. During the time of his surgery and in the post-operative recovery period, I also feel that work related physical activities were not possible from a medical standpoint.

Should you have any additional questions regarding Mr. Hall's care, please feel free to contact our office.

Sincerely yours,

Michael J. Saletta, M.D.

MJS/mv

IFCD 00002224

## EMERGENCY DEPARTMENT
### Mid- Maine Medical Center

PATIENT'S NAME: HALL, Charles
DATE OF BIRTH: 04/06/71
MR#: 900215
DATE OF VISIT: 07/10/95
TIME OF VISIT: 2340
TIME SEEN: 2350
PRACTITIONER: Sally Chapin, M.D.

*JUL 1 4 1995*

CHIEF COMPLAINT: Diarrhea

FINAL DIAGNOSIS: Diarrhea

S: Patient is a 24-year-old white male with history of Crohn's disease, status post colectomy in May of 1995, here with chief complaint of 16 episodes of diarrhea through this day associated with vomiting. Patient states that he has needed to empty his colectomy bag numerous times. He has had no blood in the stool. It has been noted that there are two other family members who have had vomiting and diarrhea within the last seven to ten days. Patient has associated crampy abdominal discomfort associated with this.

O: Alert, conversant male in no acute distress. Patient appears well hydrated. LUNGS: Clear to auscultation without rales or wheezes. HEART: $S_1$, $S_2$ normal, negative murmur, rub, heave or JVD. ABDOMEN: Scaphoid with diffuse mild tenderness to palpation without guarding or rebound. He has a functioning colectomy bag. There is 300 cc's of liquid light brown stool without blood or mucous. Hemoccult is negative. EXTREMITIES: Negative clubbing, cyanosis or edema.
CBC with diff, chem 18, amylase and lipase normal. Abdominal series shows no obstruction. Patient was given IV hydration and Demerol 25 mgs. IV, Phenergan 25 mgs. IV with symptomatic improvement. Patient felt well and wished to go home. Dr. Griffin, covering for Dr. Saletta, was consulted and we will follow his recommendations.

A: Diarrhea in a patient with history of Crohn's disease--he might have an intercurrent viral illness.

P: Diarrhea instructions. Lomotil 5 mgs. p.o. q.i.d. p.r.n., Phenergan 25 mgs. p.o. q. 6 h., p.r.n. nausea and vomiting. Patient to return for pain or no improvement in the diarrhea. Patient to call Dr. Saletta in the a.m. if not improving through the night.

THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.



**EMERGENCY DEPARTMENT**

IFCD 00002225

DISPOSITION: Patient was discharged in good condition appearing well in the company of mother at 0225.

_____

Sally Chapin, M.D.

D: 07/10/95
T: 07/12/95 -rlp
pc: Dr. Saletta

THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.

**EMERGENCY DEPARTMENT**

IFCD 00002226

# DISCHARGE SUMMARY
## mid-maine medical center



| | |
|---|---|
| Physician:  Mark E. Bolduc, M.D. | Patient:  HALL, CHARLES M. |
| Admission Date:  05/12/95 | Discharge Date:  05/21/95 |
| Date of dict: 05/21/95     Date of Trans: 05/23/95-MMTS/342 | MR #: 900215 |

**DISCHARGE DIAGNOSIS:**
Crohn's colitis, status post total colectomy and ileostomy.

**CHIEF COMPLAINT/HISTORY OF PRESENT ILLNESS:**
This 24 year old patient was admitted with complaints of nausea, vomiting.  The patient was diagnosed with Crohn's disease back in October of 1993.  He has had significant weight loss and continued to have diarrhea.  He had a 2-3 month period where he feels good, but lately this has become more rare.  Over the past 2-3 weeks he has had symptoms every day with diarrhea which is watery, 6-7 times, decreased appetite, crampy abdominal pain.  He has been worked up by Dr. Saletta with a small bowel follow-through that shows essentially no disease in the small bowel, and a colonoscopy that shows a significant amount of Crohn's disease involving the left end-sigmoid colon.  He was referred to me for a total colectomy, being a medical failure.

**MEDICATIONS:**
1. Azulfidine 500 mg, 2 tablets PO q.i.d.
2. Prednisone 40 mg PO q.d.
3. Folic acid 1 mg PO q.d.
4. Hyoscyamine.

**ALLERGIES:**
He is **ALLERGIC TO CODEINE.**

**PAST MEDICAL HISTORY:**
His only medical problem is his Crohn's disease.

**SOCIAL HISTORY:**
He is a longstanding smoker.

**PAST SURGICAL HISTORY:**
He is status post orthopedic hand surgery.

**PHYSICAL EXAMINATION:**
GENERAL:  The patient was awake and alert.
CHEST:  Clear to auscultation.
HEART:  S1, S2 heard, regular rhythm, no rubs or murmurs.
ABDOMEN:  Positive bowel sounds, soft, nontender, no guarding.  No peritoneal signs.

THIS REPORT IS STRICTLY CONFIDENTIAL
REDISCLOSURE IS PROHIBITED BY LAW.



IFCD 00002227

HOSPITAL COURSE:
The patient was admitted and put on continuous steroid drip by Dr. Saletta. I was asked to see the patient in consultation. He was taken to surgery on 5/17/95 and had an uneventful total colectomy and Brooke ileostomy.

Postoperatively he had done very well. He has been placed on a very progressive diet and is eating regular food at this point. He has been returned to his Prednisone 40 mg q.d. He is presently taking Percocet for pain. He has had some productive cough with some yellow-tinged sputum. Chest x-ray yesterday shows no infiltrates. He has no signs of toxicity. He has no fever. His wound is well healing without signs of infection. He has been seen by the ileostomy nurse and has been trained in taking care of his ileostomy drainage. He will be discharged today.

FOLLOW UP:
To be seen in my office in approximately 4 days time.

DISCHARGE PLANS:
He has been encouraged to take PO fluids.

DISCHARGE MEDICATIONS:
1.    He has been given a prescription for Percocet for pain and ileostomy bags.
2.    He is to continue with his Zantac.
3.    Continue Prednisone.


Mark E. Bolduc, M.D.


pc:    Mark E. Bolduc, M.D.
       Michael Saletta, M.D.

THIS REPORT IS STRICTLY CONFIDENTIAL
REDISCLOSURE IS PROHIBITED BY LAW.

POOR ORIGINAL

| ATE | PROGRESS NOTE |
|---|---|

INTERN Admit Note

cc: 24 yo ♂ ē Crohn's disease resistant to medical therapy

HPI:   Pt was diagnosed ē Crohn's disease in october
of 1993. He has had 2-3 month period where he feels
good but lately these have become more rare. Over
the past 2-3 wks he has had symptoms every day,
c/o diarrhea watery fluid 6-7x/d s̄ blood, decreased
appetite, increased crampy pain located in the mid
to right abdomen. He c/o nausea and vomited a
few times last week. He is tired all the time.
He has been on prednisone for much of the past year.

Meds: Azulfidine 2 tabs 4 times/d (500 mg each)
         prednisone 40mg/d (took 60mg today)
         folic acid 1mg/d
         hyosyamine

All: codeine — rash + itch

PMH. (1) Crohn's dx ⓒ 10/93

PSH.: orthopedic hand surgery mult fractures

FH: adopted

SH; married 3 children wife legally blind
     unemployed - had worked in woods
     smokes 7-8 cig/d + h/o 2-3 gr/d
     ⊘ ETOH, IVDA
     mult tatoos, denies sharing needles

                                                    Higgins →

HALL, CHARLES M                    24 M
DOB:04/06/71            S-N    T352-2
ACT#:C0003858842       ADM:05/12/95
DR:SALETTA, MICHAEL    JMR#: 900215

PATIENT IDENTIFICATION

Instructions

1. Notes shall be recorded at time of observation.

2. Notes shall be written at least daily on critically
   ill patients, where there is difficulty in diagnosis,
   or management of a clinical problem.

POOR ORIGINAL

| DATE | PROGRESS NOTE |
|------|---------------|

He has had no prior surgery + has
had no perineal Crohns.

UGISBFT (4-27-95) showed nodularity
in terminal ileum but no other abnormalities.

Coloroscopy (5-04-95) showed pseudopolyps
from cecum to sigmoid + active disease
characterized by ulcerations within the
descending colon + sigmoid. The rectum
appeared spared endoscopically but
bx of rectum showed histologic evidence of
Crohns.

He has had active colonic disease despite
high dose corticosteroids and is at increasing
risk for side effects secondary to prolonged
use of Prednisone. He is potentially a
candidate for Imuron but this will not
be effective (if it ever is) for months.
He is very desirous of surgical treatment
and given the course of his disease I
agree c̄ seeking surgical consultation.
Will ask Dr. Bolduc to see

*symptomatic*

_Saletta_

Instructions

1. Notes shall be recorded at time of observation.

2. Notes shall be written at least daily on critically
   ill patients, where there is difficulty in diagnosis,
   or management of a clinical problem.

HALL, CHARLES M          3-N    T352-2
DOB:04/06/71      24 M    ADM:05/12/95
ACT#:0003858842
DR:SALETTA, MICHAEL  JMR#: 900215

PATIENT IDENTIFICATION

IFCD 00002230

| DATE | PROGRESS NOTE |
|---|---|

5/12/95

Int Addendum

15¹ / 14³ / 41⁴ 217     142 | 109 | 13 / 102     Alb 4.1
         3.8 | 24 | 0.9      Chol 163

96 P1B 3L        ACO Fecm 74
            TB 0.6
            Sgot .14

This 24 yo ♂ was diagnosed as having Crohn's colitis (severe) in 11-93 after a several month history of abdominal pain, hematochezia & 20 lb. weight loss.

He initially improved somewhat on Prednisone & Azulfidine but experienced flaring of symptoms when the Prednisone was dropped below 40 mg. He did relatively well in 1994, but in February 1995 had increasing symptoms of pain, diarrhea requiring Prednisone 40mg - 60mg the entire year.

I saw him for the first time in May 1995 when he was asymptomatic despite Prednisone 40mg, Azulfidine 4gm (couldn't tolerate higher dose) & developed rash while on Asacol     ⟶

---

HALL, CHARLES M
DOB:04/06/71      24 M
ACT#:00003858842   S-N   T352-2
DR:SALETTA, MICHAEL   ADM:05/12/95
                   JMR#: 900215

PATIENT IDENTIFICATION

**Instructions**

1. Notes shall be recorded at time of observation.

2. Notes shall be written at least daily on critically ill patients, where there is difficulty in diagnosis, or management of a clinical problem.

IFCD 00002231

| DATE | PROGRESS NOTE |
|---|---|

ROS ⊕ nausea                    ⊖ bloody stools
     diarrhea                    vrs d/o
     vomited few hrs post wk      chest pain
     crampy abd pain             cough
                                 SOB
                                 fever/chills

PE Alert young thin ♂ NAD
   VS 100°   80   136/80

HEENT: NC/AT EOMI PERRL  fundos wnl OP mucos clear.
neck supple ⊕ adenopathy I submandib nodes ~ 1 cm each
chest CTA
cor RRR S1 S2

abd ⊕ BS soft ⊖ HSM
   ⊖ guarding ⊕ tender palp RUQ.
   ⊕ peritoneal signs (tenderness to shaking/percussion)
ext ⊖ c/c/e                  (colonoscopy 5/95 - mild Crohn ileitis
neuro A&O x III                 ᾱ ulcerations splenic
      DTR' symmetric              flexure, & cobblestoning
                                 in desc colon, sigmoid, cecum)
                    —

Imp 24 y/o ♂ I h/o Crohn's d3 c/o ↑ Sx ᾱ 2-3 wks
    persistent cramping pain, diarrhea, ↓ po intake
PLAN: Admit
      NPO
      solumedrol
      discuss ᾱ Dr. Saletta

                                    [signature]
                                    Saletta

HALL, CHARLES M
DOB:04/06/71                    24 M
ACT#:0C0003855342      S-N   TS52-2
DR:SALETTA, MICHAEL    ADM:05/12/95
                       JMR#: 900215

PATIENT IDENTIFICATION

**Instructions**

1. Notes shall be recorded at time of observation.

2. Notes shall be written at least daily on critically ill patients, where there is difficulty in diagnosis, or management of a clinical problem.

Ex. 94 Page 129 of 152   Case 4:21-cv-08001-BCW   Document 70-91   Filed 04/29/24   Page 129 of 152

IFCD 00002233

**Mid Maine Gastroenterology, P.A.**
Michael J. Griffin, M. D.
David W. Hay, M. D.
Michael J. Saletta, M.D.
BUILDING E
325 KENNEDY MEMORIAL DRIVE
WATERVILLE, ME 04901
—
TELEPHONE (207) 872-2424
FAX (207) 872-2099

November 20, 1995

Chairperson, G.I. Quality Assurance
Mid-Maine Medical Center
Waterville, ME  04901

RE:  **Charles M. Hall**
     DOB 4/6/71
     MMMC MR# 900215

I was asked to review this case.  Following a colectomy, it was
noted that the pathology from the surgical resection showed very
mild disease.  Surgical tissue and audit asked for further
documentation and an opinion about whether this was a reasonable
procedure.

He was first seen by Dr. Saletta in April.  He had just been
released from the Maine Correctional Center.  He had, at that time,
described at least two to three years of intermittent symptoms.  He
had been on corticosteroids for much of that time and had been
unable to wean off of them.  Under Dr. Saletta's care, several
attempts were made to place him on 5-ASA products.  He developed a
rash on Asacol, and he was not able to tolerate Sulfasalazine
because of headaches.  Each time that the Prednisone was decreased
in its dosage, his symptoms would recur.  These included bleeding,
watery diarrhea, nausea, vomiting and inability to eat.  In the
next two months, he lost approximately 10 to 15 lbs.  Through this
time, numerous phone calls because of symptoms and inability to
tolerate the Prednisone taper had been well documented.  At that
time, it was felt that he was failing medical management.  It was
also noted that he had a history of failing to not always follow
medical advice.  Therefore, it was felt that immunosuppressive
therapy with Imuran was not appropriate.  Therefore, it was
suggested that he undergo a total proctocolectomy.

It should be noted that colonoscopy had confirmed modestly severe
disease early in this treatment course.  An upper GI/small bowel
follow through had documented possible small amount of ileal
disease, but this probably represented prominent lymphoid
hyperplasia.

**Mid Maine Gastroenterology, P.A.**
Michael J. Griffin, M. D.
David W. Hay, M. D.
Michael J. Saletta, M.D.
BUILDING E
325 KENNEDY MEMORIAL DRIVE
WATERVILLE, ME 04901

TELEPHONE (207) 872-2424
FAX (207) 872-2099

November 20, 1995

Chairperson, G.I. Quality Assurance
Mid-Maine Medical Center
Waterville, ME  04901

RE:  **Charles M. Hall**
DOB 4/6/71
MMMC MR# 900215

I was asked to review this case.  Following a colectomy, it was noted that the pathology from the surgical resection showed very mild disease.  Surgical tissue and audit asked for further documentation and an opinion about whether this was a reasonable procedure.

He was first seen by Dr. Saletta in April.  He had just been released from the Maine Correctional Center.  He had, at that time, described at least two to three years of intermittent symptoms.  He had been on corticosteroids for much of that time and had been unable to wean off of them.  Under Dr. Saletta's care, several attempts were made to place him on 5-ASA products.  He developed a rash on Asacol, and he was not able to tolerate Sulfasalazine because of headaches.  Each time that the Prednisone was decreased in its dosage, his symptoms would recur.  These included bleeding, watery diarrhea, nausea, vomiting and inability to eat.  In the next two months, he lost approximately 10 to 15 lbs.  Through this time, numerous phone calls because of symptoms and inability to tolerate the Prednisone taper had been well documented.  At that time, it was felt that he was failing medical management.  It was also noted that he had a history of failing to not always follow medical advice.  Therefore, it was felt that immunosuppressive therapy with Imuran was not appropriate.  Therefore, it was suggested that he undergo a total proctocolectomy.

It should be noted that colonoscopy had confirmed modestly severe disease early in this treatment course.  An upper GI/small bowel follow through had documented possible small amount of ileal disease, but this probably represented prominent lymphoid hyperplasia.

IFCD 00002234

HALL,CHARLES M                                        M        M00159675
UNKNOWN PHYSICIAN                          OUT      RAD        M183486
Stockwell, Ira W. DO            04/06/71    22    -- 09/13/93

EXAMS: UPPER GI W/AIR CONTRAST

REASON FOR EXAM:  WEIGHT LOSS AND ULCERS

UPPER GI:

An air contrast upper GI was performed. The barium passed freely and
rapidly through the esophagus and gastroesophageal junction. The
stomach is opacified in the usual fashion. There is a generalized
paucity of gastric mucosal folds, but there is no mucosal ulceration
or submucosal mass. Fluoroscopically, there was normal peristalsis.
The barium passed freely and rapidly through the pylorus and opacified
the duodenum. The duodenal bulb is normal in size and configuration.
The mucosal folds and duodenal sweep are normal to the ligament of
Treitz. There is no free gastroesophageal reflux.

CONCLUSION:  MILD ATROPHIC GASTRITIS. OTHERWISE, NORMAL UPPER GI.

-------------------------------------
MASCETTA, PETER J. DO

10/21/93
Copy to Dr. Gefuert

CC: Maine Correctional Center; Stockwell, Ira W. D.O.

TRANSCRIBED DATE/TIME: 09/13/93 (1148)
TRANSCRIPTIONIST: RAD.JAR
PRINTED DATE/TIME: 10/20/93 (0749)

PAGE 1

495-pt

IFCD 00002235

**Mid Maine Gastroenterology, P.A.**
Michael J. Griffin, M. D.
David W. Hay, M. D.
Michael J. Saletta, M.D.
BUILDING E
325 KENNEDY MEMORIAL DRIVE
WATERVILLE, ME 04901

TELEPHONE (207) 872-2424
FAX (207) 872-2099

November 20, 1995

Chairperson, G.I. Quality Assurance
Mid-Maine Medical Center
Waterville, ME  04901

RE:  **Charles M. Hall**
     DOB 4/6/71
     MMMC MR# 900215

I was asked to review this case.  Following a colectomy, it was noted that the pathology from the surgical resection showed very mild disease.  Surgical tissue and audit asked for further documentation and an opinion about whether this was a reasonable procedure.

He was first seen by Dr. Saletta in April.  He had just been released from the Maine Correctional Center.  He had, at that time, described at least two to three years of intermittent symptoms.  He had been on corticosteroids for much of that time and had been unable to wean off of them.  Under Dr. Saletta's care, several attempts were made to place him on 5-ASA products.  He developed a rash on Asacol, and he was not able to tolerate Sulfasalazine because of headaches.  Each time that the Prednisone was decreased in its dosage, his symptoms would recur.  These included bleeding, watery diarrhea, nausea, vomiting and inability to eat.  In the next two months, he lost approximately 10 to 15 lbs.  Through this time, numerous phone calls because of symptoms and inability to tolerate the Prednisone taper had been well documented.  At that time, it was felt that he was failing medical management.  It was also noted that he had a history of failing to not always follow medical advice.  Therefore, it was felt that immunosuppressive therapy with Imuran was not appropriate.  Therefore, it was suggested that he undergo a total proctocolectomy.

It should be noted that colonoscopy had confirmed modestly severe disease early in this treatment course.  An upper GI/small bowel follow through had documented possible small amount of ileal disease, but this probably represented prominent lymphoid hyperplasia.

IFCD 00002236

RE: **Charles M. Hall**
DOB 4/6/71
MR# 900215
Page 2
November 20, 1995

It is the general opinion that in patients that do not respond to non-corticosteroid medical management, surgery is indicated rather than long-term corticosteroid use. Patients who have colonic Crohn's disease have a lower incidence of recurrent disease than those who have just ileal disease or combined colonic and ileal disease. It was the judgement of both the surgeon and medical gastroenterologist that this man suffered from almost entirely colonic disease.

I, therefore, agree with the decision to suggest a total proctocolectomy in this context.

I should note that since surgery, the man has been able to wean off his corticosteroids without any evidence of small bowel disease, and he has required no further hospitalizations or significant medical therapy for his colitis. I will be glad to be present for questions if the Surgical Tissue and Audit Committee has any further areas that they wish to talk about.

Sincerely,

Michael J. Griffin, M.D.
DICTATED NOT READ

MJG/mv

IFCD 00002237

# EMERGENCY DEPARTMENT
## Mid- Maine Medical Center

PATIENT'S NAME:  Hall, Charles
DATE OF BIRTH:  04/06/71
MR#:  900215
DATE OF VISIT:  01/18/96
TIME OF VISIT: 1827
TIME SEEN: 1910
PRACTITIONER:  Diane Gable, M.D.

JAN 2 2 1996

CHIEF COMPLAINT:  Abdominal cramping.

FINAL DIAGNOSIS:  Abdominal cramping, rule out Crohn's disease.

S:    This 24 year old male who was diagnosed back in 1993 with Crohn's disease
      but says at that time he was told he probably had it since about age 13 or so.
      In May of 1995 he had a total colectomy and ileostomy.  He says his last
      exacerbation of his Crohn's disease was back in September or October.  About
      four days ago he developed some abdominal cramping and a little bit more
      output from his ileostomy.  He thought he might be coming down with the flu
      but then the cramping seemed to resolve.  The next day, once again he felt
      good in the morning but as the day progressed he developed abdominal
      cramping and this has continued for the past two days.  In addition, on one
      day two days ago he noted a little bit of blood mixed in with his ileostomy
      output.  Today he has quite a bit of vomiting and says that every time he eats
      or drinks anything, 2-5 minutes later he vomits it up.  For that reason, he says
      his ileostomy has had less output today, although he has continued to have
      some output.  He has not noticed any mucous or any more bleeding other than
      the one episode two days ago.  He has noticed some ulcerations around the
      stoma at his ileostomy and he says that when that happens that is often a sign
      of a flare of his Crohn's disease.  He says that in the past nothing has really
      worked well for his Crohn's disease which is why he had the total colectomy.
      He does not feel dizzy at all.  He does not feel he has had any fever or chills.

O:    This is an alert male, cooperative in no acute distress.  He doesn't appear to
      be in pain.  He is not orthostatic with a pulse that goes from 92-96 when he
      stands.  Conjunctiva are pink, sclera are nonicteric. LUNGS:  Clear to
      auscultation; no rales, wheezes, or rhonchi. HEART:  regular rate and rhythm
      without murmurs, gallops, or rubs. ABDOMEN:  Ileostomy is in place on the
      right side with some brownish liquid output.  There are a couple of ulcerations

THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.



EMERGENCY DEPARTMENT

IFCD 00002238

Hall, Charles                                                                    Page 2

superiorly on the stoma site.  Abdomen itself shows bowel sounds to be present.  He has some minimal tenderness to deep palpation throughout the entire abdomen, no guarding, no rebound, no palpable masses.  Acute abdomen series showed no free air and no air fluid levels to suggest an obstruction.  White count was normal at 9,200.  Chem-18 was unremarkable.  Amylase was normal at 99, lipase also normal at 13.

A:   Abdominal cramping, rule out exacerbation of Crohn's disease.

P:   I spoke with Dr. Hay who is covering for Dr. Saletta.  He had suggested the lab work as well as the x-ray to be sure that there wasn't any real acute process going on that would require admission.  I also gave him some Phenergan which seemed to help with his nausea.  He was able to have some ice chips here without any vomiting and had no vomiting the entire time he was in the Emergency Room.  I did give him Levsin because he said that has sometimes helped with the cramping in the past, although nothing works really well, according to him.  He will call Dr. Saletta first thing in the morning to be seen tomorrow so they can decide if this is a flare of his Crohn's disease and if any further treatment is needed.

_____
Diane Gable, M.D.

pc:   Dr. Saletta

D:  01/18/96
T:  01/19/96 -cfs

THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.

EMERGENCY DEPARTMENT

# EMERGENCY DEPARTMENT
## Mid- Maine Medical Center

PATIENT'S NAME:  HALL, CHARLES M.
DATE OF BIRTH:  04/06/71
MR#:  900215
DATE OF VISIT:  04/13/96
TIME OF VISIT:
TIME SEEN: 22:05
PRACTITIONER:  Christopher Luck, PA-C

CHIEF COMPLAINT: ? of wound infection.

FINAL DIAGNOSIS: Normal exam.

S:   This is a 25-year-old male with a past history of Crohn's disease.  Apparently he was shot in the abdomen and subsequently had to undergo a full colectomy with an ileostomy due to failure to heal.  Just a week ago, he had reanastomosis of his small bowel to his rectum by Dr. McLeod in Portland.  He has been out of the hospital for two days.  He was told that if he had any drainage or burning sensation at the site, he should come in to have it checked.  Tonight he has noted some burning at the former ileosteal stoma site as well as some clear drainage from the laparotomy incision.  He presents for evaluation.  He denies any fever, chills, or other associated symptoms.

PHYSICAL EXAMINATION:  Well-developed, well-nourished male in no acute distress.  The wound appears fairly well healed and is closed with steri-strips.  In the exact center of the laparoscopy incision there is a small amount of serous drainage present.  There is a 4 x 5 cm ulcer to the right lateral aspect of the laparotomy incision with good granulation tissue at the base.  It was apparently the site of his ileostomy stoma.

A:   No evidence of wound infection.

P:   Reassurance is given.  The wound is packed and redressed.  I will put him on an antibiotic for the next 3 days if on the off chance that the serous drainage from the laparoscopy site indicates an early infection.  In addition, I have refilled his Vicodin

THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.

EMERGENCY DEPARTMENT

900215

#20 to take prn pain and he will follow-up with Dr. Saletta or Dr. McLeod with any problems.

_____
Christopher Luck, PA-C

/rjk
D: 04/13/96
T: 04/16/1996
cc Dr. Saletta

THIS REPORT IS STRICTLY CONFIDENTIAL
REDISCLOSURE IS PROHIBITED BY LAW.

EMERGENCY DEPARTMENT

IFCD 00002241

## EMERGENCY DEPARTMENT
### Mid- Maine Medical Center

PATIENT'S NAME:  Hall, Charles M.
DATE OF BIRTH:  04/06/71
MR#:  900215
DATE OF VISIT:  04/14/96
TIME OF VISIT:
TIME SEEN: 1715
PRACTITIONER:  Rob J. Boudewijn, PA-C

*APR 1 7 1996*

CHIEF COMPLAINT: Recheck.

FINAL DIAGNOSIS:  Status post re-anastomosis of small bowel to rectal region with a healing ostomy site.

S:  HISTORY OF PRESENT ILLNESS:  Please see original note of yesterday, 4/13/96. The patient was seen at that time for what he was concerned about a possible infection. He returns today because he noticed some bleeding and he also noticed a white line at his ostomy site and he felt that perhaps it might be an abscess. He has had no fever or chills. No nausea, vomiting or diarrhea. He does have frequent soft stool since he has had his anastomosis. He had a surgical re-anastomosis following a stab wound and Crohn's disease with discharge approximately one week ago. He has a follow-up appointment with his physician in about a month. Staples were removed several days ago. The patient is otherwise in good health. He is taking an antibiotic and also Vicodin for severe pain.

O:  Temperature 98.7°, pulse 100, respirations 22 and blood pressure 130/70. The patient is sitting upright. HEAD: Normocephalic without lesions or evidence of trauma. EARS: Pinnae/tragus non-tender. Canals clear. Tympanic membranes shiny with normal landmarks. Negative to insufflation. EYES: Pupils equal, round, and reactive to light and accommodation. Extra ocular movements are full. Conjunctivae pink, sclerae non-icteric. NOSE: No discharge. Oropharynx normal. NECK: Supple, no adenopathy or thyromegaly. Full range of motion without pain. Non-tender to palpation. HEART: Regular rhythm. No murmurs, thrills, or gallops. LUNGS: Lungs clear without rales or wheezes, breath sounds equal. Abdomen: He has a well healed surgical incision with steri-strips. In the right lower quadrant, he has an approximately 4 cm. diameter closing ostomy site. He has some granular tissue in the central portion of the ostomy site which on palpation is slightly tender

THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.

**EMERGENCY DEPARTMENT**

IFCD 00002242

but certainly does not reveal any fluctuance or exudate. He has no erythema in the ostomy region and there is no evidence of induration. Two steri-strips were removed from the central portion of his abdominal incision as they were quite wet looking. It reveals a slight amount of serous fluid with no evidence of fluctuance or purulent exudate. BACK: No costovertebral angle or spinal tenderness with palpation or percussion. Rectal examination was deferred.

A:     Status post re-anastomosis of small bowel to rectum with a healing ostomy site.

P:     The patient was reassured. The wound was cleaned and dressed and the patient was discharged in stable condition at 1735.

_____

Rob J. Boudewijn, PA-C

/dar
D: 04/14/96
T: 04/16/1996

cc: Dr. Michael Saletta

THIS REPORT IS STRICTLY CONFIDENTIAL.
REDISCLOSURE IS PROHIBITED BY LAW.

EMERGENCY DEPARTMENT

IFCD 00002243

**MID-MAINE MEDICAL CENTER**
Waterville, ME 04901

| | |
|---|---|
| EXPRESS 675 CARE | |
| 678 O.P.D. | X |
| 679 E.R. | |
| METHOD OF ARRIVAL | ☐ AMBULANCE ☐ POLICE ☐ SELF ☑ RELATIVE |
| MEDICAL RECORD NO. | 900215 |

| PATIENT NAME | TELEPHONE | ADMISSION DATE | TIME | SEX | CIVIL STATUS |
|---|---|---|---|---|---|
| HALL, CHARLES M | 207-873-5877 | 03/07/96 | 12:11 | M | M |

| MAILING ADDRESS | AGE | DATE OF BIRTH | INJURED AT WORK? |
|---|---|---|---|
| 59 WATER ST WATERVILLE, ME 04903 | 24 | 04/06/71 | |

| FAMILY OR REFERRING PHYSICIAN | EMPLOYER NAME | NEAREST RELATIVE RELATIONSHIP | NEAREST RELATIVE PHONE |
|---|---|---|---|
| | UNEMPLOYED | FRIEND | 207-873-5877 |

| NEAREST RELATIVE | NEAREST RELATIVE ADDRESS |
|---|---|
| MATTSON, RUTH A | 59 WATER ST WATERVILLE, ME 04903 |

TEL 2203
INSURANCE INFORMATION: MEDICAID - MAINE ID92387191A MM
PROCEDURE
ZSELF PAY
AD:N ON FILE:N

CHIEF COMPLAINT ▶ ILIOSCOPY
CLERK: V Veilleux
ADMITTING DIAGNOSIS ▶ Ilioscopy
PHYSICIAN: Saletta

| CURRENT MEDICATIONS, DOSAGE, AND SCHEDULE | LAST TETANUS | ALLERGIES/REACTIONS |
|---|---|---|
| none | | Codeine's |
| | WEIGHT | |
| | | LMP Cig. / PPD |
| | | VISION: OD OS |

S - pt here by appt for ileoscopy today c Dr. Saletta, pt has past hx of Crohn's & had colectomy.
O - pt alert, oriented & cooperative
A - cat II
P - prep pt for procedure & notify MD.
[signature]

| TIME | TEMP | PULSE | RESP | B.P. | TIME: |
|---|---|---|---|---|---|
| 1310 | 97.9 | 84 | 20 | 102/60 | |

ACCNT#:0000026[illegible]

| TIME | TESTS / TREATMENTS | SIGNATURE | RESULTS |
|---|---|---|---|

POOR ORIGINAL

ileoscopy 30cm
no ulcers
small friable area (bx)
nodularity (bx)

Please schedule SBFT
h/o Crohns s/p colectomy c end ileostomy
r/o SB Crohns
Fri 3/8 at 0745

WORK DISABILITY: ☐ OCCUPATIONAL DISEASE REPORT NEEDED

DISPOSITION OF CASE ☑ HOME ☐ HOSPITAL ☐ OTHER CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ SERIOUS ☐ CRITICAL

☐ COPY OF RECORD TO DR. ________ TIME 1525 PHYSICIAN'S SIGNATURE [signature] M.D.

PHYSICIAN'S COPY

IFCD 00002244

# MID-MAINE MEDICAL CENTER
## EMERGENCY DEPARTMENT / EXPRESS CARE
**872-1300**  **872-1400**

*POOR ORIGINAL*

### DISCHARGE INSTRUCTIONS

The examination and treatment you have received here has been rendered on an emergency basis only, and may not be complete treatment for your illness. It is important that you follow the instructions below and follow-up with the physician recommended. If your condition changes or worsens, you may return to the Emergency Department.

You are being treated for: _____

INSTRUCTIONS: _____

*Call Galetta's office 7 days for Bx results*

*Please schedule SBFT (see sheet)*

**I UNDERSTAND THE ABOVE INSTRUCTIONS**

X _____
*Patient / Responsible Person:*
*(relationship_____ )*

_____
*Nurse Signature*                    *Time*

### EDUCATIONAL HANDOUTS

- ☐ Back/Neck Strain
- ☐ Cold
- ☐ Corneal Abrasion
- ☐ Ear Sheet
- ☐ Fever
- ☐ Head Injury
- ☐ Med Instructions
- ☐ Nose Bleed
- ☐ Sprain/Splint Care
- ☐ STD
- ☐ Steroid Schedule 40-60
- ☐ UTI
- ☐ Vomiting & Diarrhea
- ☐ Wound Sheet
- ☐ TIPP
- ☐ Sore Throat

SPROC-1876
HALL, CHARLES M    MR#:900215   DOB:04/06/71   DATE:03/07/96   TIME:12:13

**LEARNING NEEDS:**
☐None   ☐If yes, what? _____

**BARRIERS TO EDUCATION:**
☐None   ☐If yes, what? _____

PHYSICIAN'S COPY

IFCD 00002245

# PROCEDURE WORKSHEET
Michael J. Griffin, M.D.
David W. Hay, M.D.
Michael J. Saletta, M.D
325-E Kennedy Memorial Drive
Waterville ME 04901
872-2424

Patient Name: _Charles Hall_      Patient Phone: _873-5877_

Procedure: _ileoscopy_      Referring Physician: _Dr Mark Bolduc_
_#900215_

Referred to: Either____; Griffin____; Hay____; Saletta ✓;

Reason for Procedure/Pertinent History: _recheck — s/p sub-total_
_colectomy c ileostomy for "Crohn's colitis) — ? possible_
_ileostomy reversal_

Other active/pertinent medical problems: _s/p surgery for (L) hand_
_fx ; smokes 1/2 PPD._

Meds: _Zantac 150mg PRN_      Allergies: _Codeine_
_Vit A, C, E_

Antibiotic prophlyaxis needed?   Yes____   No ✓
    (indications might include prosthetic valves, rheumatic or other valvular disease,
    mitral valve prolapse only if with a murmur, prior endocarditis, recent orthopedic
    prostheses or recent arterial grafts; now only for select procedures such as banding
    of varices and esophageal dilatation- see JAMA *264,* 2919 (1990) )

Is Patient on ASA or NSAIDS?   Yes____   No ✓
    If YES hold for seven days prior if clinically reasonable.

Is patient on Insulin?   Yes____   No ✓
    If YES please arrange dose change for day of prep and day of procedure.

Is the patient on coumadin?   Yes____   No ✓
    If YES please call to discuss.

Is there a history suggesting a bleeding disorder?   Yes____   No ✓
    If YES obtain a PT/PTT and platelet count and any other screens you see fit.

----------------------------------------------------------------------

**DATE OF PROCEDURE:** _3/7/96_
**PRE-PROCEDURE PHYSICAL:** **Heart**_____    **Chest:**_____
     **Mental Status**_____    **Abdomen**_____    **Other**_____

**COMPLICATIONS (If any)** _____

**SIGNED:**_____, **M.D.**

IFCD 00002246

MID-MAINE MEDICAL CENTER
Waterville, ME 04901

EXPRESS 675 CARE | 676 O.P.D. | 679 E.R.

METHOD OF ARRIVAL: ☐ AMBULANCE ☐ POLICE ☐ SELF ☒ RELATIVE

MEDICAL RECORD NO.

| PATIENT NAME | TELEPHONE | ADMISSION DATE | TIME | SEX | CIVIL STATUS |
|---|---|---|---|---|---|
| HALL, CHARLES M | 207-877-9602 | 07/10/95 | 2314 | M | M |

| MAILING ADDRESS | AGE | DATE OF BIRTH | INJURED AT WORK? |
|---|---|---|---|
| PO BOX 1683 WATERVILLE, ME 04903 | 24 | 04/06/71 | |

| FAMILY OR REFERRING PHYSICIAN | EMPLOYER NAME | NEAREST RELATIVE RELATIONSHIP | NEAREST RELATIVE PHONE |
|---|---|---|---|
| SALETTA, MICHAEL J | UNEMPLOYED | WIFE | 207-877-9602 |

| NEAREST RELATIVE | NEAREST RELATIVE ADDRESS |
|---|---|
| HALL, BARBARA D | PO BOX 1683 WATERVILLE, ME 04903 |

LEVEL 3 — INSURANCE INFORMATION: MEDICAID - MAINE ID92387191AMH

PROCEDURE — ZSELF PAY

CHIEF COMPLAINT ▶ DIARRHEA VOMITING

POOR ORIGINAL

CLERK: LSTEIN

ADMITTING DIAGNOSIS ▶ Diarrhea

PHYSICIAN Dr Chapin

CURRENT MEDICATIONS, DOSAGE, AND SCHEDULE: Ø

LAST TETANUS

WEIGHT

ALLERGIES/REACTIONS: Codeine - Rash

LMP — Cig. / PPD

VISION: OD — OS

S - PMH - Crohns Disease & had colostomy done in May 95. This PM developed cramping & diarrhea, & vomiting started this evening. 6 [illegible] chills. Has ileostomy & has had to empty this numerous times today.
O - Alert [illegible] Skin pink/dry. Appears NAD. [illegible]
III [illegible]

| TIME | TEMP | PULSE | RESP | B.P. |
|---|---|---|---|---|
| 2350 | 97.9 R | 93 reg | 16 | 110/84 |

TIME: ACCT#: [illegible]

| TIME | TESTS / TREATMENTS | SIGNATURE | RESULTS |
|---|---|---|---|
| | #2 ↑ @ 0130 | | |
| 0035 | IV. LR - run in 2L via #20g Insite in (L) post hand. | | [signature] |
| @ 0030 | CBC diff / Chem 18 / Amylase / Lipase [initials] | | |
| | Abd Series [illegible] to dept @ 0050 | | |
| 0035 | Pt needs to empty bag → stool container | hemoccult | 300cc Liq. Lt. brown, watery, ⊖ [illegible] |
| 0048 | Demerol - 25 mg IV [initials] | | |
| 0045 | Phenergan - 25 mg IV [initials] | | |
| 0140 | to lab stool for leukocytes culture | | |
| 0200 | Lomotil - 5 mg po [illegible] 2 days / day; Phenergan - 25 mg po q 6 h prn N/V (2) days | 2.5 x 6 [illegible] every [illegible] [initials] | |

| | I | O |
|---|---|---|
| (IV) | 1000 | 300 |
| | 1000 | + BR x 1 |

0225 IV # 2 absorbed & d/c. Insite intact. Skin clear - DSD to site. Drowsy - Skin pink & warm/dry. States he feels better. Pain ↓ # 2. [initials]
Ambulating well - to bathroom to empty colostomy bag of liq. stool. [initials]

RTC C79 CP FVR FX INFEC LAC LMP MR MST SFR STD LEA VD NONE

WORK DISABILITY: [illegible] Ambulatory @ 0225

☐ OCCUPATIONAL DISEASE REPORT NEEDED

DISPOSITION OF CASE ☒ HOME ☐ HOSPITAL ☐ OTHER — CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ SERIOUS ☐ CRITICAL

COPY OF RECORD TO DR. Saletta — PHYSICIAN'S SIGNATURE [signature] M.D.

PHYSICIAN'S COPY

IFCD 00002247



# MID-MAINE MEDICAL CENTER
## EMERGENCY DEPARTMENT / EXPRESS CARE
### 872-1300          872-1400

POOR ORIGINAL

### DISCHARGE INSTRUCTIONS

The examination and treatment you have received here has been rendered on an emergency basis only, and may not be complete treatment for your illness. It is important that you follow the instructions below and follow-up with the physician recommended. If your condition changes or worsens, you may return to the Emergency Department.

INSTRUCTIONS: _Vomiting and Diarrhea Instructions_
_Return for pain or no improvement in_
_the diarrhea_
_Dr Griffin would like you to take_
_Imodium for the diarrhea (a Lomotil) used nad_
_Sheet disp._
_Call Dr Saletta in AM if not improved_
_Phenergan med inst Sheet (use for nausea +_
_torsion_

FOLLOW UP WITH: _____

WHEN: _____

I UNDERSTAND THE ABOVE INSTRUCTIONS

X _____
*Patient / Parent Signature*

_Gloria Di Salvatino RN_          _0225_
*Nurse Signature*                  *Time*

EMER -7047

WALL CHARLES M          REV 00015  DOB 04/06/71  DATE 07/10/95  TIME 1315

PHYSICIAN'S COPY

IFCD 00002248

# REPORT OF OPERATION
## mid-maine medical center

Dictation Date: 05/17/95

Transcribed: 05/19/95-MMTS/330

Patient: HALL, CHARLES

Medical Record: 900215

MAY 25 1995

Surgeon: Mark E. Bolduc, M.D.
Surgeon: Jean L. Bolduc, M.D.

Date of Operation: 05/17/95

Operative Procedure: Total colectomy and Brooke ileostomy.

Pre-Operative Diagnosis: Crohn's colitis.

Post-Operative Diagnosis: Same.

Findings: (Including the condition of all organs examined)
Operation: (Including incision, ligatures, sutures, drainage and closure)

ANESTHESIA: General.

INDICATIONS: Charles Hall is a 24 year old gentleman who has never been off steroids for Crohn's colitis. He has had weight loss, persistent diarrhea and has never had refractory period. Because of the constant bleeding and diarrhea it is recommended he have a colectomy and he agrees.

FINDINGS AT TIME OF PROCEDURE: The colon looked somewhat abnormal. There was no creeping fat. There were no gallstones.

DESCRIPTION OF PROCEDURE: The patient's abdomen was prepped and draped in sterile manner. A midline incision was made and carried down into the abdomen. We then started our dissection in the sigmoid colon, freeing it up in the avascular line of Toldt and coming across the mesentery we sequentially devascularized, clamping it. We freed up the splenic flexure, clamping and tying, and continued with devascularization all the way around to the right colon and to the terminal ileum. We took the proximal transection at the terminal ileum. We maintained an excellent vessel for perfusion to this and with a TA-50 we fired across it and transected it. The rectum was fired across with a TA-55 again after sequentially devascularizing it. Both ureters were seen and not injured. With that in a premarked area we excised a portion of skin and cruciate incision through the fascia. We brought the terminal ileum up through the anterior abdominal wall and held it with a Babcock. We irrigated with saline, sucked all effluent out. We closed with a running Vicryl and 0 Chromic in the infraumbilical peritoneum. The wound was closed with a running 4-0 Vicryl. The Brooke ileostomy was matured after the wound was closed, first 3-0 silks attaching the fascia to the seromuscular layer. Then with interrupted 4-0 Vicryls we inverted the nipple, getting the skin, serosa and mucosa. This went uneventfully. We also used 3-0 silk to attach the ileum to the side wall to prevent internal herniazation.



THIS REPORT IS STRICTLY CONFIDENTIAL
REDISCLOSURE IS PROHIBITED BY LAW.

IFCD 00002249

CONDITION ON DISCHARGE:   The patient remained in the operating room for an epidural and was then brought back to Post Anesthesia Recovery Unit in good condition.


Mark E. Bolduc, M.D.


pc:    Mark E. Bolduc, M.D.
       Jean L. Bolduc, M.D.
       Michael Saletta, M.D.

THIS REPORT IS STRICTLY CONFIDENTIAL
REDISCLOSURE IS PROHIBITED BY LAW.

IFCD 00002250

| | EXPRESS 675 CARE | | 678 O.P.D. | | 679 E.R. | METHOD OF ARRIVAL | MEDICAL RECORD NO. |
|---|---|---|---|---|---|---|---|

METHOD OF ARRIVAL: ☐ AMBULANCE  ☐ SELF  ☐ POLICE  ☐ RELATIVE

| PATIENT NAME | TELEPHONE | ADMISSION DATE | TIME | SEX | CIVIL STATUS |
|---|---|---|---|---|---|
| HALL, CHARLES M | 207-877-7151 | 05/04/95 | 12:00 | M | M |

| MAILING ADDRESS | AGE | DATE OF BIRTH | INJURED AT WORK? |
|---|---|---|---|
| P O BOX 1683 WATERVILLE, ME 04903 | 24 | 04/06/71 | |

| FAMILY OR REFERRING PHYSICIAN | EMPLOYER NAME | NEAREST RELATIVE RELATIONSHIP | NEAREST RELATIVE PHONE |
|---|---|---|---|
| | UNEMPLOYED | WIFE | 207-877-7151 |

| NEAREST RELATIVE | NEAREST RELATIVE ADDRESS |
|---|---|
| HALL, BARBARA D | P O BOX 1683 WATERVILLE, ME 04903 |

INSURANCE INFORMATION: MEDICAID - MAINE    ID92397191AMM

SELF PAY

CHIEF COMPLAINT ▶ COLONOSCOPY

CLERK: _____
PHYSICIAN: Saletta

WORKING DIAGNOSIS ▶

CURRENT MEDICATIONS, DOSAGE, AND SCHEDULE: Prednisone, Azulfadine, Tauric, Folic Acid

LAST TETANUS

ALLERGIES/REACTIONS: Codeine

WEIGHT

LMP              Clg. / PPD
VISION:     OD          OS

S. Here for colonoscopy by D. Saletta
a alert oriented amb, colorpink, RRn w/o
a cardi failure seasalt

**POOR ORIGINAL**

| TIME | TEMP | PULSE | RESP | B.P. | TIME: | ACCNT#: |
|---|---|---|---|---|---|---|

| TIME | TESTS / TREATMENTS | SIGNATURE | RESULTS |
|---|---|---|---|

Colonscopy to cecum
& into T.I.

Crohns
Ileocolitis

WORK DISABILITY:                    ☐ OCCUPATIONAL DISEASE REPORT NEEDED

DISPOSITION OF CASE  ☐ HOME  ☐ HOSPITAL  ☐ OTHER    CONDITION ON DISCHARGE  ☐ SATISFACTORY  ☐ SERIOUS  ☐ CRITICAL

COPY OF RECORD TO DR. _____    PHYSICIAN'S SIGNATURE _____ M.D.

PHYSICIAN'S COPY

IFCD 00002251

# MID-MAINE MEDICAL CENTER
## EMERGENCY DEPARTMENT / EXPRESS CARE
872-1300          872-1400    POOR ORIGINAL

### DISCHARGE INSTRUCTIONS

The examination and treatment you have received here has been rendered on an emergency basis only, and may not be complete treatment for your illness. It is important that you follow the instructions below and follow-up with the physician recommended. If your condition changes or worsens, you may return to the Emergency Department.

INSTRUCTIONS: *Continue Azithpdue*
*+ Prednisone.*

*Call Dr Schettas office*

*for F/U*

FOLLOW UP WITH: _____

WHEN: _____

I UNDERSTAND THE ABOVE INSTRUCTIONS

X_____
*Patient / Parent Signature*

_____    _____
*Nurse Signature*                              *Time*

PHYSICIAN'S COPY

IFCD 00002252

MID-MAINE MEDICAL CENTER
Waterville, ME 04901

☐ EXPRESS 676 CARE  ☐ 678 O.P.D.  ☐ 679 E.R.

METHOD OF ARRIVAL
☐ AMBULANCE  ☐ SELF
☐ POLICE  ☑ RELATIVE

MEDICAL RECORD NO. 900215

| PATIENT NAME | TELEPHONE | ADMISSION DATE | TIME | SEX | CIVIL STATUS |
|---|---|---|---|---|---|
| HALL, CHARLES M | 207-877-7151 | 04/30/95 | 21:02 | M | M |

MAILING ADDRESS
P O BOX 1683 WATERVILLE, ME 04903

| | AGE | DATE OF BIRTH | INJURED AT WORK? |
|---|---|---|---|
| | 24 | 04/06/7 | ☐ |

FAMILY OR REFERRING PHYSICIAN: SALETTA, MICHAEL J    EMPLOYER NAME: UNEMPLOYED

NEAREST RELATIVE RELATIONSHIP: WIFE    NEAREST RELATIVE PHONE: 207-877-7151

NEAREST RELATIVE: HALL, BARBARA D
NEAREST RELATIVE ADDRESS: P O BOX 1683 WATERVILLE, ME 04903

INSURANCE INFORMATION: MEDICAID - MAINE    ID92387191AMM

PROCEDURE (2)    ZSELF PAY

CHIEF COMPLAINT ► CROHNS DISEASE    CLERK: SROLLINS

WORKING DIAGNOSIS ► Chron Disease    PHYSICIAN Klein

CURRENT MEDICATIONS, DOSAGE, AND SCHEDULE
Zantac 150 bid
Folic Acid 1mg d
see attached list
Sulfasalazine 500  2 tab bid / Dipentum 2 tab bid
Prednisone 36 mg qd    /Revision 2 tab bid

LAST TETANUS

ALLERGIES/REACTIONS: Cardiac Hsacol

WEIGHT

LMP

VISION: OD ___ OS ___

Cig. / PPD

S: Pt states PMH Crohns disease. Last few days. ↑ N/V, ↓ appetite
abd cramping, fatigue. Next appt ₹ Dr. Saletta one week from
Tues. States unable to keep food down, able to keep liquids
down.
O: alert male, NAD, color good, skin w/d, flat affect, clear speech
A: Cat III
P: ERMN                    Sherri Thornton RN

* Note attached chart + picks.    ☆

| | TEMP | PULSE | RESP | B.P. | TIME |
|---|---|---|---|---|---|
| 0105 | 98° | 96 | 16 | 142/70 | TIME: |

ACCNT#: 000003799707

TIME 2/25    TESTS / TREATMENTS    SIGNATURE Emi Ken    RESULTS

Thursday
CBC, diff - done 0145 R(anderson RN)    WBC / 10um G=
Abd series - ☆ done 2200 K. (Carriveau)    small Bowel follow thru
i No obstruction    Rachael Carriveau
Demerol 50↗ phenergan 25mg IM qi im R buttocks 0145    (BM x 2)

Appetite ↑
Drinking
No vomiting okay
Mel today.

POOR ORIGINAL

MAY 02 1995

RTC  C99  EP  FVR  FX  INFEC  LAC  LAP  MR  MST  SFR  STD  LEA  VO  (NONE)

WORK DISABILITY:    ☐ OCCUPATIONAL DISEASE REPORT NEEDED

DISPOSITION OF CASE  ☑ HOME  ☐ HOSPITAL  ☐ OTHER
CONDITION ON DISCHARGE  ☑ SATISFACTORY  ☐ SERIOUS  ☐ CRITICAL

COPY OF RECORD TO DR. ___    PHYSICIAN'S SIGNATURE ___ M.D.

PHYSICIAN'S COPY

IFCD 00002253



# MID-MAINE MEDICAL CENTER
## EMERGENCY DEPARTMENT / EXPRESS CARE
### 872-1300          872-1400

*POOR ORIGINAL*

## DISCHARGE INSTRUCTIONS

The examination and treatment you have received here has been rendered on an emergency basis only, and may not be complete treatment for your illness. It is important that you follow the instructions below and follow-up with the physician recommended. If your condition changes or worsens, you may return to the Emergency Department.

INSTRUCTIONS: _____ 1) Darvon 1-2 every 4-6 hrs

for Pain.

2) call Dr Soletho office in the

morning —

3) recheck if high fever, persistant

vomiting, dehydration problems

FOLLOW UP WITH: _____

WHEN: _____

I UNDERSTAND THE ABOVE INSTRUCTIONS

X _____
*Patient / Parent Signature*

_____   4-24 s
*Nurse Signature*                  *Time*

EMER ~2379

HALL, CHARLES M     MR#:900215   DOB:04/04/71   DATE:04/30/95   TIME:21:02

PHYSICIAN'S COPY

IFCD 00002254

**Mid Maine Gastroenterology, P.A.**

Michael J. Griffin, M. D.
David W. Hay, M. D.
Michael J. Saletta, M.D.

BUILDING E
325 KENNEDY MEMORIAL DRIVE
WATERVILLE, ME 04901

TELEPHONE (207) 872-2424
FAX (207) 872-2099

March 14, 1996

Cathel MacLoed, M.D.
261 Gorham Road
So. Portland, ME  04106

RE:  **Charles Hall**

Dear Cathel:

Just a quick follow up letter on Charles Hall who underwent ileoscopy on 3/7/96. I examined the ileum for approximately 25-30cm. There is some nodularity consistent with lymphoid hyperplasia in the distal ileum but no ulcers and no evidence of active Crohn's disease. Biopsies from the distal ileum showed nonspecific inflammation only and are essentially normal. His small bowel follow through obtained the following day, showed some post-surgical changes only but no evidence of active inflammatory bowel disease. I have asked Mr. Hall to obtain copies of these films to bring to you when he sees you once again.

At your suggestion, he has significantly cut down on his use of caffeinated beverages and now finds that he needs to empty his stoma appliance only four to five times per day.

My understanding is that he is to see you once again in about three to four weeks. Based upon these studies, I cannot find any contra-indication to surgery if you deem this appropriate. My intention would be after he is recovered to attempt to maintain him on Asacol to hopefully reduce the chances of remission. However, that may not be possible owing to side effects. In any event, I would be most interested to hear the outcome of surgery if this proceeds. Many thanks for your assistance with his care.

Sincerely yours,

*Michael Saletta, MD*

Michael J. Saletta, M.D.

MJS/mv

IFCD 00002255