**SPG/SIS~ - Re: Thank you all for your hard work and support during the recent homicide investigation. The primary suspects and/or accessories at this time are Coonce, Hall, Foo and Bruesch. Do not accept any statements from any of these subjects. If they attempt to engage you in a conversation about the incident instruct them to defer any statement for their interview with the FBI. This information is for staff use only. Thanks again, Morris**

| | |
|---|---|
| **From:** | Elizabeth Weiner |
| **To:** | SPG/SIS~.SPGADM1.SPGDOM1@bop.gov |
| **Date:** | 1/30/2010 12:18 PM |
| **Subject:** | Re: Thank you all for your hard work and support during the recent homicide investigation. The primary suspects and/or accessories at this time are Coonce, Hall, Foo and Bruesch. Do not accept any statements from any of these subjects. If they attempt to engage you in a conversation about the incident instruct them to defer any statement for their interview with the FBI. This information is for staff use only. Thanks again, Morris |
| **CC:** | Brandt, John 'Randy' |

Bruesch came to my office yesterday and stated he sent a copout to someone (he did not state whom even when I asked directly) to report that things were getting out of hand on his unit, and that he did this shortly before the incident occurred. He apparently was not more specific than that in what he wrote, if he wrote anything at all. His refusal to tell me who he wrote to seemed suspicious to me. I did not know at that time I was not allowed to have any conversation with him about this, so I did not stop him. I will stop him from here on out.

>>> SPG/SIS~ 1/29/2010 3:19 PM >>>
Thank you all for your hard work and support during the recent homicide investigation. The primary suspects and/or accessories at this time are Coonce, Hall, Foo and Bruesch. Do not accept any statements from any of these subjects. If they attempt to engage you in a conversation about the incident instruct them to defer any statement for their interview with the FBI. This information is for staff use only. Thanks again, Morris

SENSITIVE/PRIVILEGED COMMUNICATION
The information contained in this electronic message and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Department of Justice. If you are not the intended recipient of this information, any disclosures, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately to make arrangements for its return to us.

027706