

## FEDERAL BUREAU OF INVESTIGATION

Date of entry    12/05/2012

JOHNNY LEE BASS ██████████████████████████████████ , inmate, United States Medical Center for Federal Prisoners (USMCFP), Springfield, Missouri, was interviewed in the 10C conference room. In addition to the reporting agent, those present during the interview were inmate CHARLES HALL's attorneys, Fred Duchardt and Bob Lewis; inmate WESLEY COONCE's attorney, Shane Cantin; Assistant United States Attorney Randy Eggert; USMCFP Lieutenant Dave Kreider; USMCFP Attorney Advisor Tina Wiggins; USMCFP Psychologist, Dr. Elizabeth Weiner.

███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████

Investigation on   12/05/2012   at   Springfield, Missouri, United States (In Person)

File # ████████████████                           Date drafted   12/05/2012

by   MCLAIN RICK ERIC

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

00008841

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Interview of Johnny Bass                        , On  12/05/2012 , Page  2 of 4



Ex. 97

Continuation of FD-302 of  Interview of Johnny Bass                          , On  12/05/2012  , Page   3 of 4



00008843

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  Interview of Johnny Bass                                    , On   12/05/2012  , Page   4 of 4



00008844