| MEDICAL RECORD | PROGRESS NOTES |
| --- | --- |

**DATE**

1-26-10
1300

Psych

S/ Doing very well since his return to 10-Bldg. No behavioral problems. No stomal bleeding. No signs of distress or depression. Amicable, easily engaged, 3%. Denies SI or auditory hallucinations c̄ this time.

A Coping well.
Chron Crohn's Disease stable s̄ acute problems.

P Continue present meds with close monitoring.

(Beilty MD)

1-26-2010
1140

SUICIDE RISK ASSESSMENT FILED IN ASSESSMENT SECTION. INMATE DOES NOT APPEAR TO BE AT RISK FOR SELF HARM, BUT HE REPORTED HE WILL KILL SOMEONE ELSE IF GIVEN THE CHANCE. THREAT APPEARS CREDIBLE GIVEN INMATE'S HISTORY OF VIOLENCE AND HIS ADMISSION THAT HE WAS INVOLVED IN THE MURDER OF A POOR BARLOW TODAY. A SUICIDE WATCH DOES NOT APPEAR TO BE NECESSARY, BUT HEIGHTENED MONITORING IS RECOMMENDED TO PREVENT VIOLENCE.

C. BRINK, PH.D.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)

HALL, CHARLES
03766-036
USMCFP SPG MO
Redacted 71%

PROGRESS NOTES
Medical Record

STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

TF.FD.06.00.001278