April 18, 1985



Lt. Gov. Peter Smith
The Pavilion Office
State Buildings
Montpelier, VT 05602

Dear Mr. Smith:

I would like to tell you about a place in Burlington called Shaker Mountain "School."

My thirteen year old grandson, REDACTED had been attending public school in Houston, Texas. Last May, he became Junior Chess Champion for the state of Texas. His mother is a psychologist for the Houston School Department. Because of a learning disability and the fact that the school system was not geared to meeting individual children's needs, REDACTED was having great difficulty academically. We decided to try Shaker Mountain here, since the director reassured REDACTED stently that it was a "real school", although alternative, from which could go on to college. (In fact, however, no academic teaching to go on there.) We were also informed by Jerry Mintz (the director) that the school had a residence in Starksboro for children from out of state. My grandson lived at the residence in Starksboro from July 15, 1984, through December 14, 1984, while he was enrolled at the school.

It took me these five months of consistent inquiries, questioning and visiting to discover the following facts. Whenever I questioned one of the situations described below, I was met with silence or evasive grunts.

IFCD 00012363

1)      The school is <u>not</u> a school.  There is no academic work being done at Shaker Mountain whatsoever--no effort to teach even basic education:  reading, writing, etc.  All their time is taken up by "meetings" led by "counselors" in which children express their feelings about interpersonal conflicts.  This process is important, but can't be considered academic and is <u>all</u> that goes on.

2)      My grandson's residence was in a shed (a remodelled chicken coop) called "the Bunkhouse" in which he didn't even have a lightbulb, sheets and blankets, or bathroom facilities.  For heat, there was an old propane gas heater with no apparent thermostat.  For the summer and fall months, some of these conditions are minimally passable since there are bathroom facilities in the main house. The summer months when children are in residence in Starksboro are called "camp."  However, these conditions remain the same even when winter sets in and the temperature drops below 0°.  I had presumed that he would be moved from the shed into the house or a building called the "Dome," but this was never done. After visiting the Dome, I realized that it was too filthy for a child to live in, although there were children living there.  It was not only filthy, it was the dreariest and most depressing place I'd ever seen. The shed was a palace in comparison.  A social worker from SRS told me she would not keep her dog there.

3)      Groceries were brought in by the counselors and the children were expected to prepare their own meals.  "Anybody who wanted to could cook," as it was expressed to me.  There was no supervision given or responsibility taken by the adult counselors for whether the children were eating or what they were eating. There was absolutely no concern or responsibility taken by these adults for the nutritional requirements of growing children!

4)      When I complained to the director, his answers were:  "I don't live in Starksboro," and "If a kid can't take care of himself, he shouldn't be there."

5)      While attending Shaker Mountain School, REDACTED fell into depression, lost weight and was not learning anything academically; that, combined with the deplorable conditions, motivated us to encourage him to change schools.  It was then that we discovered the children's decisions to transfer to public school are undermined by the director and the staff telling them over and over and in meetings that Shaker Mountain is <u>much</u> better than public school. Attempts are made to talk those who would leave out of their decision.

6)      REDACTED "board" and tuition came to $750.00/month!  It is my understanding that this school--Shaker Mountain--is licensed through Social and Rehabilitative Services and accredited by the Department of Education.  I was told by someone at SRS that this is their worst facility, but they have no other place for these children.

REDACTED is presently attending Edmunds Middle School.  Although he is no longer attending Shaker Mountain, I'm concerned about the children who are still there who are not being educated or cared for. Can't the State of Vermont provide for these children?  There is a Humane Society for animals, why not children? What about rededicating the new Juvenile Detention Center in Essex Junction as a

IFCD 00012364

group home and alternative educational facility for unwanted and troubled children who have not reached the point of being "juvenile delinquents" if, as the person at SRS says, this is their worst facility but all they have?

Sincerely,



cc: Stephen S. Kaagen, Commissioner
State Dept. of Education
Montpelier, VT 05602

Gretchen Morse
Director of Human Services
State Buildings
Montpelier, VT 05602

Mr. William Cleland
Edmunds Middle School
Main St.
Burlington, VT 05401

Leane Page
S.R.S.
1193 North Ave.
Burlington, VT 05401

Arthur Cota
State House of Representatives
State Buildings
Montpelier, VT 05602

William Young, Commissioner
Dept. of Social and
Rehabilitative Services
State Office Complex
103 So. Main St.
Waterbury, VT 05676

IFCD 00012365