CHILD FOR ADOPTIVE PLACEMENT SUMMARY

BABY BOY KELLEY · 29885-V5     White     Protestant or Catholic

FAMILY COMPOSITION:

    FATHER:  No legal

    MOTHER:  Betty Jo Kelley

    CHILD:   Baby Boy Kelley   born 4-6-71

THE FAMILY:

A.  Betty Jo Kelley came to this agency on 3-11-71 asking help for adoptive planning for her unborn child. Miss Kelley, who was then living with her half-brother, Roy Holmes, Steep Falls, had come to Maine from her home in Texas for the express purpose of placing her child for adoption in Maine.

B.  I expect Miss Kelley has returned home since that was her plan: Turnersville, Texas with her parents.

C.  Adoption was discussed with Miss Kelley on 3-11-71, 4-12-71 and 5-7-71. At no time did Miss Kelley waiver in her decision to place her child for adoption. Miss Kelley plans to finish her high school education during summer session. She has been accepted at college and although she has no money, she feels she can work her way through. Miss Kelley stated adoption had always been her plan.

D.  Miss Kelley did not see her child nor did she wish to.

E.  There are no suitable or available relative resources: Miss Kelley has two younger siblings, the putative father married immediately when he learned of Miss Kelley's pregnancy.

F.  Miss Kelley, who was an honor student in high school, has worked in the past as a cashier and sales clerk. She described her health as excellent and did have pre-natal care. The health of the putative father was said to be excellent. He is a high school graduate who has worked as a mechanic and plans to attend college in the fall. Miss Kelley stated he has brown eyes and brown hair, average build being about 5'9". She also indicated to the best of her knowledge there were no hereditary diseases.

THE CHILD:

A.  Baby Boy Kelley has a well shaped head partially covered by a fuzz of light brown hair. His ears are close to his head. His eyes are blue somewhat heavy lidded with light brown lashes. His nose is pugged, his mouth is small but in proportion. At six weeks he is not quite filled out.

HALL00010839

B.  The foster mother describes Baby Boy Kelley as a very good baby and
    this would appear to be true.  He is relaxed, eats and sleeps well,
    loves to cuddle and likes to be rocked.

C.  Male Kelley, who weighed 7 lbs. 8 oz. at birth, weighed 7 lbs. 12 oz.
    at 10 days.  At the time of his six weeks checkup he weighed 10 lbs.
    He is on three meals per day and whole milk.  The examining doctor
    describes his health as good and he received his 1st D.P.T. and Polio.
    Male Kelley is lifting his head, smiling and cooing.

D.  Male Kelley was accepted on the V1 program as of the date of birth.
    On 5-7-71, his mother signed a "Surrender and Release" in Probate Court.

    On 4-16-71 Male Kelley was placed in the foster home of
    Mr. and Mrs. Roger Grant, Eliot, Maine and here he has remained.

MMcD:af

HALL00010840

Form CW-34

DEPARTMENT OF HEALTH AND WELFARE
BUREAU OF SOCIAL WELFARE
STATE HOUSE, AUGUSTA, MAINE

ADOPTIVE HOME PLACEMENT AGREEMENT

This agreement is made and entered into this ____27____ day of __May__ ,
19_7_6 between the Maine Department of Health and Welfare, Division of Child
Welfare, hereinafter designated as "Agency" and ___Charles___
and __Dorothy____Hall____, hereinafter designated as "Foster
Parents," with reference to the placement and possible adoption of

____Male Kelley____            ____N 16 71____
(Name of Child)                (Date of Birth)

Said agency has this day placed with said Foster Parents the above named child
with a view to adoption of said child by said Foster Parents within a year from
this date if the placement proves satisfactory to both agency and Foster Parents.

It is understood that adoption is the legal act whereby an adult person takes
another person into the relationship of parent and child and thereby secures the
rights and incurs the responsibilities of a parent in respect to the person so
adopted.

It is understood and agreed that said Foster Parents may at any time within one
year from date hereof, and before said child is legally adopted, return said
Child to the Agency if the child is found unsatisfactory or if for any reason
said Foster Parents decide they should not keep (her) or (him). It is further
agreed that the Agency reserves the right to remove the child from said Foster
Parents at any time previous to legal adoption if at any time in the judgment
of the Agency such removal is for the best interests of said child.

It is understood and agreed that the Foster Parents may under no circumstances
give the child into the custody of another person or institution without the
consent of the agency.

Said Foster Parents agree to provide said child with all food, clothing, shelter,
medical attention, and other necessaries at their own cost and expense; and also
agree that until the final adoption, by proper legal proceedings, the said child
is in their care, subject to the supervision of said Agency.

Signed on behalf of the Agency            Foster Parent or Parents

____Marie McKennell____            ____Charles V. Hall____

Title ___Social Worker___            ____Dorothy Hall____

TF.FD.17.35.002362