

**Indiana Federal Community Defenders**

April 29, 2024

Clerk of the Court
Western District of Missouri
400 E. Ninth Street
Kansas City, MO 64106

*RE:* 4:21-cv-08001-BCW

Dear Clerk,

Enclosed with this letter please find two flash drives containing the videotaped under oath statement of Frederick Duchardt as it pertains to exhibit 15 of our recently filed motion under USC 18 § 2255.

If you have any questions or trouble opening the files, please do not hesitate to contact me.

Sincerely,

Scott Subick

111 Monument Circle, Suite 3200, Indianapolis, Indiana 46204
Phone: (317) 383-3520
Facsimile: (317) 383-3525
www.indianafederaldefender.org