RECEIVED

2024 MAY -6  PM 1:05

CLERK          COURT
WEST DIST. OF MO
KANSAS CITY, MO

FIRST-CLASS



US POSTAGE PITNEY BOWES

ZIP 46204          $ 001.63⁰
02 7H
0006093084     MAY 01 2024

# INDIANA FEDERAL COMMUNITY DEFENDERS

111 Monument Circle, Suite 3200
Indianapolis, Indiana 46204-5173

Clerk of the Court
Charles Evans Whittaker U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106