**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

CHARLES MICHAEL HALL,       )
      )
          Petitioner,       )
      )
v.       )       Case No.       4:21-CV-08001-BCW
      )
UNITED STATES OF AMERICA,       )
      )
          Respondent.       )

## ORDER TO SHOW CAUSE

Before the Court is Respondent's Motion for Court to Set date for Government's Response to Petitioner Charles Michael Hall's 28 U.S.C. § 2255 Motion. (Doc. #74). The Court, being duly advised of the premises, for the reasons set forth in Respondent's motion and with Petitioner having no objection, grants said motion.

Petitioner, through appointed counsel, filed a Motion to Correct Sentence Under 28 U.S.C. § 2255 on April 29, 2024. (Doc. #70). On May 29, 2024, Respondent filed the instant motion requesting an extended deadline to respond to Petitioner's § 2255 motion. (Doc. #74). For the reasons set forth in the motion, and with Petitioner having no objection, it is hereby

ORDERED Respondent is directed to answer Petitioner's allegations and show cause in writing why the relief Petitioner seeks should not be granted on or before **February 28, 2025.**

IT IS SO ORDERED.

Date: <u>June 10, 2024</u>                      <u>/s/ Brian C. Wimes</u>
                                          JUDGE BRIAN C. WIMES
                                          UNITED STATES DISTRICT COURT