UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:21-CV-08001-BCW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| CHARLES MICHAEL HALL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## MOTION FOR AUTHORIZATION TO CONDUCT DISCOVERY UNDER THE FEDERAL RULES OF CIVIL PROCEDURE AND CRIMINAL PROCEDURE

Defendant, Charles Michael Hall, by and through undersigned counsel, respectfully submits this motion for authorization to conduct discovery pursuant to the Federal Rules of Civil Procedure and Criminal Procedure, as permitted by Rule 6 of the Rules Governing Section 2255 Proceedings upon a showing of good cause.

Undersigned counsel contacted AUSA Randy Eggert who indicated that the government opposes this motion. The reasons for this request are more fully explained in the attached memorandum in support.

## CONCLUSION

WHEREFORE, Mr. Hall respectfully requests that the Court enter an order authorizing Mr. Hall to conduct discovery pursuant to the Federal Rules of Civil

1

Procedure and Criminal Procedure. A memorandum of support follows, and a proposed order is submitted.

Respectfully submitted,


 /s/ Angela S. Elleman
Angela S. Elleman
Chief, Capital § 2255 Unit
F. Italia Patti
Assistant Federal Defender
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN   46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org
italia_patti@fd.org

Keith O'Connor
Mo Bar No. 6313
PO Box 22728
Kansas City, MO 64113
Phone: 816-225-7771
E-Mail: keith@keithoc.com

Dated:  July 9, 2024

2