# IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

CHARLES MICHAEL HALL,

          Movant,

   v.                          No. 4:21-CV-08001-BCW

UNITED STATES OF AMERICA,

          Respondent.

## MOTION FOR EXTENSION OF TIME

The United States of America, by and through its undersigned counsel, respectfully requests an extension of time up to and including Friday, August 2, 2024 in which to file its response to movant's motion for authorization to conduct discovery pursuant to the Federal Rules of Civil Procedure and Criminal Procedure. In support, counsel for the United States offers the following suggestions:

1.      On July 9, 2024, movant filed his motion for authorization to conduct discovery pursuant to the Federal Rules of Civil Procedure and Criminal Procedure. The Court ordered the United States to respond by July 23, 2024.

2.      The United States believes a 14 day extension would be sufficient time to file its response.

3.      Government's counsel is currently participation in a week long EARS Evaluation for the Eastern District of Virginia and with that, and other pressing matters, has prevent the government from completing its response.

4.      No previous extensions have been requested by the United States.

5.      This request for an extension of time is not made to vex either the movant or the Court, but simply to provide the Assistant United States Attorney with adequate time to prepare an appropriate response in this case.

WHEREFORE, the United States respectfully requests that an extension of time up to and including Friday, August 2, 2024, be granted in which to submit its response.

Respectfully submitted,

TERESA A. MOORE
United States Attorney

By      */s/ Randall D. Eggert*

Randall D. Eggert
Assistant United States Attorney
901 St. Louis, Suite 500
Springfield, Missouri 65806
Telephone:  (417) 831-4406

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ Randall D. Eggert*
Randall D. Eggert
Assistant United States Attorney

-2-