# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

CHARLES MICHAEL HALL,

        Movant,

    v.

UNITED STATES OF AMERICA,

        Respondent.

No.  21-08001-CV-S-BCW

## MOTION FOR EXTENSION OF TIME

The United States of America, by and through its undersigned counsel, respectfully requests an extension of time up to and including Friday, August 16, 2024, in which to file its response to movant's motion for authorization to conduct discovery pursuant to the Federal Rules of Civil Procedure and Criminal Procedure.  In support, counsel for the United States offers the following suggestions:

1.      On July 9, 2024, movant filed his motion for authorization to conduct discovery pursuant to the Federal Rules of Civil Procedure and Criminal Procedure. After granting the United States a two-week extension, the United States' response is now due August 2, 2024.

2.      Government's counsel is returning from being out of the district and has been participating in pressing matters that has prevented the United States from completing its response.

3.      The Government believes an additional 14-day extension would be sufficient time to file its response.

4.      One previous two-week extension has been requested by the United States.

5.      This request for an extension of time is not made to vex either the movant or the Court, but simply to provide undersigned counsel with adequate time to give the movant's motion a meaningful review and prepare an appropriate response.

WHEREFORE, the United States respectfully requests that an extension of time up to and including Friday, August 16, 2024, be granted in which to submit its response.

Respectfully submitted,

TERESA A. MOORE
United States Attorney

By      */s/ Randall D. Eggert*

Randall D. Eggert
Assistant United States Attorney
901 St. Louis, Suite 500
Springfield, Missouri 65806
Telephone:  (417) 831-4406

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ Randall D. Eggert*
Randall D. Eggert
Assistant United States Attorney

-2-