UNITED STATES OF AMERICA,      )      Case No. 4:21-CV-08001-BCW
     )
     Plaintiff,      )
     )
V.      )
     )
CHARLES MICHAEL HALL,      )
     )
     Defendant.      )
     )

**_REVISED_ MOTION TO EXCEED THE PAGE LIMIT FOR MOVANT'S REPLY
IN SUPPORT OF MOTION FOR AUTHORIZATION TO CONDUCT DISCOVERY**

Charles Hall, through counsel, has moved for leave to conduct discovery. On August 16, 2024, the government filed its 18-page Response in Opposition. Pursuant to Local Rule 7(c)(3), Mr. Hall's Reply is due on August 30, 2024. Mr. Hall previously filed a Motion to Exceed the Page Limit, which this Court denied on August 28, 2024, because it did not indicate the number of pages requested. Mr. Hall now files this Revised Motion and specifies that he seeks authorization to file a Reply that is no longer than 32 pages.

The discovery procedures Mr. Hall suggested in his Motion sought to avoid protracted discovery litigation, noting that objections to specific discovery requests "can be best addressed in the typical manner in which discovery issues are addressed: after service of a discovery request, the filing of objections and a meet and confer." Dkt. 77-1 (Mem. in Supp. Mot. to Conduct Disc.) at 10. But the government raised specific objections to Mr. Hall's proposed discovery requests without commenting on Mr. Hall's suggestion that the parties should be required to confer and try to resolve issues before petitioning the Court.

1

Although Mr. Hall disagrees that the parties should be asking the Court to rule on specific objections before conferring, because the government raised specific objections, Mr. Hall must respond to them. Responding to these specific objections will require Mr. Hall to file a reply that exceeds the 10-page limit set out in Local Rule 7(d)(1)(C). As such, Mr. Hall respectfully moves this Court for an order, pursuant to Local Rule 7(d)(1), that his Reply in Support of Motion for Leave to Conduct Discovery can exceed the page limit, and asks for authorization to file a Reply that does not exceed 32 pages.

Respectfully submitted,

 */s/ Angela S. Elleman*
Angela S. Elleman
Chief, Capital § 2255 Unit
F. Italia Patti
Assistant Federal Defender
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN   46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org
italia_patti@fd.org

Keith O'Connor
Mo Bar No. 63134
PO Box 22728
Kansas City, MO 64113
Phone: 816-225-7771
E-Mail: keith@keithoc.com

Dated:  August 28, 2024

2