# IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

CHARLES MICHAEL HALL,

           Movant,

v.

UNITED STATES OF AMERICA,

           Respondent.

No. 21-CV-08001-BCW

## MOTION FOR EXTENSION OF TIME

The United States of America, by and through its undersigned counsel, respectfully requests an extension of time up to and including Tuesday, October 15, 2024 in which to file its response to movant's Motion for Conference Pursuant to Fed. R. Civ. P. 16.  In support, counsel for the United States offers the following suggestions:

1.      On August 30, 2024, movant filed his Motion for Conference Pursuant to Fed. R. Civ. P. 16.  The Court ordered the United States to respond by September 13, 2024.

2.      The United States believes a 32-day extension would be sufficient time to file its response.

3.      The Government is currently preparing for a trial in September (U.S. v. Bryce Lanear, Case No. 20-03026-01-CR-S-BP) and will need additional time to prepare a response to the case at hand.

4.      No previous extensions have been requested by the United States.

5.      This request for an extension of time is not made to vex either the movant or the Court, but simply to provide the Assistant United States Attorney with adequate time to prepare an appropriate response in this case.

WHEREFORE, the United States respectfully requests that an extension of time up to and including Tuesday, October 15, 2024, be granted in which to submit its response.

Respectfully submitted,

TERESA A. MOORE
United States Attorney

By     */s/ Randall D. Eggert*

Randall D. Eggert
Assistant United States Attorney
901 St. Louis, Suite 500
Springfield, Missouri 65806
Telephone: (417) 831-4406

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ Randall D. Eggert*
Randall D. Eggert
Assistant United States Attorney