# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

CHARLES MICHAEL HALL,              )        Case No. 4:21-CV-08001-BCW
                                   )
            Petitioner,            )
                                   )
V.                                 )        Notice of Voluntary Dismissal
                                   )
UNITED STATES OF AMERICA,          )
                                   )
            Respondent.            )
_____   )

Petitioner Charles Michael Hall was a recipient of President Joseph R. Biden's grant of commutation on December 23, 2024. In light of commutation, and in consultation with undersigned counsel, Mr. Hall hereby provides notice that he voluntarily dismisses this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

*/s/ Angie Elleman*

Angela S. Elleman                          Keith O'Connor
Chief, Capital § 2255 Unit                 MO Bar No. 6313
F. Italia Patti                            PO Box 22728
Assistant Federal Defender                 Kansas City, MO 64113
Indiana Federal Community Defenders        Phone: 816-225-7771
111 Monument Circle, Suite 3200            E-Mail: keith@keithoc.com
Indianapolis, IN   46204
Phone: 317-383-3520
E-Mail: angie_elleman@fd.org
italia_patti@fd.org

Dated:  January 22, 2025